B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

**IN RE:** Case No. **13-19032 EEB**

**Evanson, Terry Lee & Evanson, Lynette Pearce**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Internal Revenue Service**<br>MS 5004<br>1999 Broadway Ste 511<br>Denver, CO  80202-3025 | | | Disputed | 636,764.47 |
| **Hill Property**<br>PO Box 4389<br>Taber, Alberta<br>Canada, | | | | 1,433,000.00<br>Collateral:<br>957,000.00<br>Unsecured:<br>476,000.00 |
| **US Bank**<br>PO Box 790401<br>Saint Louis, MO  63179-0401 | | | Contingent<br>Unliquidated<br>Disputed | 100,000.00 |
| **Chase**<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 | | | | 42,057.00 |
| **Chase**<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 | | | | 13,086.00 |
| **Discover**<br>PO Box 29033<br>Phoenix, AZ  85038-9033 | | | | 12,164.00 |
| **Wells Fargo Card Services**<br>PO Box 30086<br>Los Angeles, CA  90030-0086 | | | | 10,966.00 |
| **American Express**<br>PO Box 297879<br>Fort Lauderdale, FL  33329-7879 | | | | 10,840.00 |
| **Chase**<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 | | | | 10,192.00 |
| **Discover**<br>PO Box 29033<br>Phoenix, AZ  85038-9033 | | | | 10,147.30 |
| **NCO Financial Systems, Inc.**<br>355 Union Blvd Ste 350<br>Lakewood, CO  80228-1528 | | | | 9,379.98 |
| **Citi**<br>PO Box 6077<br>Sioux Falls, SD  57117-6077 | | | | 9,000.00 |

| Creditor | Status | Amount |
|---|---|---|
| **Internal Revenue Service**<br>MS 5004<br>1999 Broadway Ste 511<br>Denver, CO  80202-3025 | Disputed | 7,949.86 |
| **Discover**<br>PO Box 29033<br>Phoenix, AZ  85038-9033 | | 7,575.00 |
| **American Express**<br>PO Box 297879<br>Ft Lauderdale, FL  33329-7879 | | 7,382.00 |
| **Chase**<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 | | 5,138.55 |
| **Wells Fargo**<br>PO Box 30097<br>Los Angeles, CA  90030-0097 | | 5,046.00 |
| **Lowes**<br>PO Box 530954<br>Atlanta, GA  30353-0954 | | 3,200.00 |
| **Bank Of America**<br>PO Box 851001<br>Dallas, TX  75285-1001 | | 3,022.66 |
| **U.S. Bank**<br>C/O Law Office Of David A. Bauer, P.C.<br>2594 S Lewis Way Unit A<br>Lakewood, CO  80227-2839 | | 3,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 28, 2013**    Signature   */s/ Terry Lee Evanson*
                         of Debtor                                **Terry Lee Evanson**

Date: **May 28, 2013**    Signature   */s/ Lynette Pearce Evanson*
                         of Joint Debtor                          **Lynette Pearce Evanson**
                         (if any)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only