# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Terry Lee Evanson | ) | Case No. 13-19032 EEB |
| Lynette Pearce Evanson | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

The United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: May 28, 2013.                    Respectfully submitted,

RICHARD A. WIELAND
UNITED STATES TRUSTEE

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
999 18th Street, Suite 1551
Denver, CO  80202
(303) 312-7999
(303) 312-7259 fax
Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: May 28, 2013

Terry Lee Evanson
Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

              /s/ Nicole Nagler
              Office of the United States Trustee