**United States Bankruptcy Court**
**District of Colorado**

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. **13-19032 EEB**

**Evanson, Terry Lee & Evanson, Lynette Pearce**　　　　　　Chapter **11**
　　　　　　　　　　Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **May 28, 2013**　　　Signature: ***/s/ Terry Lee Evanson***
　　　　　　　　　　　　　　　　　　　**Terry Lee Evanson**　　　　　　　　　　　　　　Debtor

Date: **May 28, 2013**　　　Signature: ***/s/ Lynette Pearce Evanson***
　　　　　　　　　　　　　　　　　　　**Lynette Pearce Evanson**　　　　　　　　Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Advantedge Business Group, LLC
9777 Pyramid Ct Ste 220
Englewood, CO   80112-6046



Allied Interstate
3000 Corporate Exchange Dr
Columbus, OH   43231-7689



American Express
PO Box 297879
Fort Lauderdale, FL   33329-7879



American Express
PO Box 650448
Dallas, TX   75265-0448



American Express
PO Box 297879
Ft Lauderdale, FL   33329-7879



Bank Of America
PO Box 851001
Dallas, TX   75285-1001



Castle Rock Security
400 W Division St
Syracuse, NY   13204-1438



Chase
Cardmember Service
PO Box 94014
Palatine, IL   60094-4014
```

```
Citi
PO Box 6077
Sioux Falls, SD  57117-6077


Command Center, Inc.
C/O Heather Cleary & Thomas Kanan
999 18th St Ste 3100
Denver, CO  80202-2499


Discover
PO Box 29033
Phoenix, AZ  85038-9033


Hill Property
PO Box 4389
Taber, Alberta
Canada,


Home Depot
Processing Center
Des Moines, IA  50364-0500


Houslanger & Associates, PLLC
372 New York Ave
Huntington, NY  11743-3311


Internal Revenue Service
MS 5004
1999 Broadway Ste 511
Denver, CO  80202-3025


Lowes
PO Box 530954
Atlanta, GA  30353-0954
```

NCO Financial Systems, Inc.
355 Union Blvd Ste 350
Lakewood, CO   80228-1528


North Shore Agency
4000 E 5th Ave
Columbus, OH   43219-1811


Provo Dental
1355 N University Ave Ste 330
Provo, UT   84604-2721


Red Rocks Credit Union
9325 Dorchester St Ste 200
Highlands Ranch, CO   80129-2519


Sprint
PO Box 4191
Carol Stream, IL   60197-4191


Sprint
6391 Sprint Parkway
Overland Park, KS   66251-6100


State Of Colorado
1375 Sherman St
Denver, CO   80203-2246


U.S. Bank
C/O Law Office Of David A. Bauer, P.C.
2594 S Lewis Way Unit A
Lakewood, CO   80227-2839

```
US Bank
PO Box 790401
Saint Louis, MO  63179-0401



Wells Fargo
PO Box 30097
Los Angeles, CA  90030-0097



Wells Fargo
PO Box 5247
Denver, CO  80217-5247



Wells Fargo Card Services
PO Box 30086
Los Angeles, CA  90030-0086



Westcore Pyramid LP
PO Box 748175
Los Angeles, CA  90074-8175
```