**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                                           Case No. **13-19032 EEB**

**Evanson, Terry Lee & Evanson, Lynette Pearce**                          Chapter **11**
                                    Debtor(s)

TO:

**Command Center, Inc.**
**C/O Heather Cleary & Thomas Kanan**
**999 18th St Ste 3100**
**Denver, CO  80202-2499**

### NOTICE OF AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that an order for relief has been made for the Debtor(s) named above based upon a voluntary petition filed in this court on    **5/28/2013**   , in accordance with Title 11 U.S.C. § 301. Pursuant to Title 11 U.S.C. § 362 (a), all creditors of said debtor(s) are hereby stayed from the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
(2) the enforcement, against the debtor or against property of the estate, of a judgement obtained before the commencement of this case under this title;
(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
(4) any act to create, perfect, or enforce any lien against property of the estate;
(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of this case under this title;
(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;
(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and
(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

Relief from the automatic stay may be sought by filing a motion in this court pursuant to 11 U.S.C. § 362(d).

### CERTIFICATE OF MAILING / FACSIMILE TRANSMISSION

I hereby certify that on the   **28th**   day of     **May**    ,  **2013**   I sent a true and correct copy of the above Notice of Automatic Stay via Facsimile / ~~United States Mail postage prepaid~~ to the above stated person.

*/s/ Jeffrey A. Weinman*

**Jeffrey A. Weinman 7605**
**Weinman & Associates, P.C.**
**730 17th Street Suite 240**
**Denver, CO  80202**

**jweinman@epitrustee.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only