| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 13-19032-EEB<br>District of Colorado<br>Denver<br>Tue May 28 15:09:41 MDT 2013 | Advantedge Business Group, LLC<br>9777 Pyramid Ct Ste 220<br>Englewood, CO  80112-6046 | Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231-7684 |
| American Express<br>PO Box 297879<br>Fort Lauderdale, FL  33329-7879 | American Express<br>PO Box 297879<br>Ft Lauderdale, FL  33329-7879 | American Express<br>PO Box 650448<br>Dallas, TX  75265-0448 |
| Bank Of America<br>PO Box 851001<br>Dallas, TX  75285-1001 | Castle Rock Security<br>400 W Division St<br>Syracuse, NY  13204-1438 | Chase<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 |
| Citi<br>PO Box 6077<br>Sioux Falls, SD  57117-6077 | Command Center, Inc.<br>C/O Heather Cleary & Thomas Kanan<br>999 18th St Ste 3100<br>Denver, CO  80202-2499 | Discover<br>PO Box 29033<br>Phoenix, AZ  85038-9033 |
| Lynette Pearce Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | Terry Lee Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | Hill Property<br>PO Box 4389<br>Taber, Alberta<br>Canada, |
| Home Depot<br>Processing Center<br>Des Moines, IA  50364-0500 | Houslanger & Associates, PLLC<br>372 New York Ave<br>Huntington, NY  11743-3311 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Lowes<br>PO Box 530954<br>Atlanta, GA  30353-0954 | Alan K. Motes<br>United States Trustee Program<br>999 18th St., Ste. 1551<br>Denver, CO 80202-2415 | NCO Financial Systems, Inc.<br>355 Union Blvd Ste 350<br>Lakewood, CO  80228-1528 |
| North Shore Agency<br>4000 E 5th Ave<br>Columbus, OH  43219-1811 | Provo Dental<br>1355 N University Ave Ste 330<br>Provo, UT  84604-2721 | Red Rocks Credit Union<br>9325 Dorchester St Ste 200<br>Highlands Ranch, CO  80129-2519 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | State Of Colorado<br>1375 Sherman St<br>Denver, CO  80203-2246 | U.S. Bank<br>C/O Law Office Of David A. Bauer, P.C.<br>2594 S Lewis Way Unit A<br>Lakewood, CO  80227-2839 |
| US Bank<br>PO Box 790401<br>Saint Louis, MO  63179-0401 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 |

| | | |
|---|---|---|
| Wells Fargo<br>PO Box 30097<br>Los Angeles, CA  90030-0097 | Wells Fargo<br>PO Box 5247<br>Denver, CO  80217-5247 | Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA  90030-0086 |
| Westcore Pyramid LP<br>PO Box 748175<br>Los Angeles, CA  90074-8175 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>MS 5004<br>1999 Broadway Ste 511<br>Denver, CO  80202-3025 | Sprint<br>6391 Sprint Parkway<br>Overland Park, KS  66251-6100 | (d)Sprint<br>PO Box 4191<br>Carol Stream, IL  60197-4191 |

End of Label Matrix
Mailable recipients     33
Bypassed recipients      0
Total                   33