(COB Form ntccrass_prior_file, #188)(12/03)

# UNITED STATES BANKRUPTCY COURT
**District of Colorado**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Terry Lee Evanson and Lynette Pearce Evanson

Case No.: 13−19032−MER
Chapter: 11

Debtor(s)

## NOTICE OF REASSIGNMENT

The above−named debtor has filed a petition in bankruptcy within the past eight years in the district of Colorado or there is a related case pending in this district, Case No. 13−10006 MER. Pursuant to L.B.R. 1073−1, this case shall be reassigned to the judge that heard and/or is assigned to the previous case. Accordingly,

YOU ARE HEREBY NOTIFIED that the above−named Proceeding is reassigned to the Honorable Michael E. Romero , United States Bankruptcy Judge, and that the caption for all further documents in the above captioned case or proceeding shall bear the case number and suffix of 13−19032−MER rather than 13−19032−EEB .

Dated:  5/29/13

FOR THE COURT:
s/ Kelly J. Sweeney (Acting Clerk) , Clerk