UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Terry Lee Evanson and Lynette Pearce Evanson
      Debtor(s)

Case No.: 13-19032 MER
Chapter: 11

Notice of Deficiency
Failure to File Statement of Financial Affairs and/or Schedules, Corporate Resolution, and/or
Verification of Creditor Matrix
Omission of Information
And Notice of U. S. Trustee's Standing Motion to Dismiss

This Notice refers to the following document filed with the court on : 5/28/2013
By : Jeffrey Weinman
- Voluntary Petition and/or Voluntary Petition Official Form 1 dated (01/08)

This Notice refers to the following missing documents which were NOT filed with the court and your case will be dismissed if you do not file the missing document(s):

- Statement of Current Monthly Income--Chapter 11 (Form B22 B)

- Other: Declaration re: Schedules missing
    Summary of Schedules missing
- Statement of financial affairs - Missing
- Schedules - Missing all schedules

NOTICE IS HEREBY GIVEN that the Court cannot, or may not be able to administer your case effectively because of the missing document(s).  If you do not timely file the missing documents, this case will be dismissed. (Pursuant to Local Bankruptcy Rule 1017-3, the United States Trustee's Standing Motion to Dismiss Deficient Case now applies to this deficient case. The rules and statutes that explain the document filing requirements and support dismissal when those requirements are not met are found in: (a) 11 U.S.C. § 521; (b) Fed.R.Bankr.P. 1007; and (c) Local Bankruptcy Rules 1007-1 and 1017-3. Under this Notice, your case may be dismissed no sooner than in fourteen days from the date that you filed the case pursuant to 11 U.S.C. §§ 707, 112, 1208  or 1307, as applicable, without any additional notice or a hearing.  Moreover, the failure to timely file the missing documents will result in the dismissal of the case pursuant to 11 U.S.C. 521.)*

It appears that the debtor has filed a petition which is not accompanied by the statement of financial affairs and schedules required by 11 U.S.C. 521(1). Pursuant to Fed.R.Bankr.P. 1007(c), the debtor shall file said statement and schedules within 14 days after filing the petition. The deficiency cure date appears below.

DEFICIENCY CURE DATE: 6/11/2013        FOR THE COURT:
                                       Kelly J. Sweeney, Acting Clerk

                                       s/ E. King
                                             Deputy Clerk

                                       Dated  5/29/2013

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

*If your case was filed electronically by an attorney, the attorney already has received this deficiency notice.