United States Bankruptcy Court
District of Colorado

In re:                                                      Case No. 13-19032-MER
Terry Lee Evanson                                           Chapter 11
Lynette Pearce Evanson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: kinge          Page 1 of 2          Date Rcvd: May 29, 2013
                              Form ID: 188          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2013.
db/db        Terry Lee Evanson,   Lynette Pearce Evanson,   10175 S Oneida St,   Littleton, CO  80124-9608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2013**          **Signature:**

```
District/off: 1082-1        User: kinge            Page 2 of 2              Date Rcvd: May 29, 2013
                            Form ID: 188           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2013 at the address(es) listed below:

```
            Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
            Jeffrey  Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
             lkraai@weinmanpc.com
            Jeffrey  Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
             lkraai@weinmanpc.com
            US Trustee    USTPRegion19.DV.ECF@usdoj.gov
```

                                                                                    TOTAL: 4

(COB Form ntccrass_prior_file, #188)(12/03)

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Terry Lee Evanson and Lynette Pearce Evanson

Case No.:  13−19032−MER
Chapter:   11

Debtor(s)

## NOTICE OF REASSIGNMENT

The above−named debtor has filed a petition in bankruptcy within the past eight years in the district of Colorado or there is a related case pending in this district, Case No. 13−10006 MER.  Pursuant to L.B.R. 1073−1, this case shall be reassigned to the judge that heard and/or is assigned to the previous case. Accordingly,

YOU ARE HEREBY NOTIFIED that the above−named Proceeding is reassigned to the Honorable Michael E. Romero , United States Bankruptcy Judge, and that the caption for all further documents in the above captioned case or proceeding shall bear the case number and suffix of 13−19032−MER rather than 13−19032−EEB .

Dated:  5/29/13

FOR THE COURT:
s/ Kelly J. Sweeney (Acting Clerk) , Clerk