```
                        United States Bankruptcy Court
                            District of Colorado

In re:                                                    Case No. 13-19032-MER
Terry Lee Evanson                                         Chapter 11
Lynette Pearce Evanson
        Debtors                     CERTIFICATE OF NOTICE
District/off: 1082-1          User: patutoj              Page 1 of 3          Date Rcvd: May 29, 2013
                              Form ID: 778               Total Noticed: 33
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2013.
db/db         Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO 80124-9608
15344012      Advantedge Business Group, LLC,     9777 Pyramid Ct Ste 220,    Englewood, CO 80112-6046
15344013     +Allied Interstate,    3000 Corporate Exchange Dr,    Columbus, OH 43231-7684
15344018      Castle Rock Security,    400 W Division St,    Syracuse, NY 13204-1438
15344224      Command Center, Inc.,    C/O Heather Cleary & Thomas Kanan,    999 18th St Ste 3100,
               Denver, CO 80202-2499
15344022      Hill Property,    PO Box 4389,    Taber, Alberta,   Canada,
15344023      Home Depot,    Processing Center,    Des Moines, IA 50364-0500
15344024      Houslanger & Associates, PLLC,    372 New York Ave,    Huntington, NY 11743-3311
15344027      NCO Financial Systems, Inc.,    355 Union Blvd Ste 350,    Lakewood, CO 80228-1528
15344028      North Shore Agency,    4000 E 5th Ave,    Columbus, OH 43219-1811
15344029      Provo Dental,    1355 N University Ave Ste 330,    Provo, UT 84604-2721
15344034      U.S. Bank,    C/O Law Office Of David A. Bauer, P.C.,    2594 S Lewis Way Unit A,
               Lakewood, CO 80227-2839
15344039      Westcore Pyramid LP,    PO Box 748175,    Los Angeles, CA 90074-8175
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: ustp.region19@usdoj.gov May 30 2013 00:33:29      Alan K. Motes,
               United States Trustee Program,    999 18th St., Ste. 1551,    Denver, CO 80202-2415
aty           E-mail/Text: jweinman@epitrustee.com May 30 2013 00:30:34      Jeffrey Weinman,    730 17th St.,
               Ste. 240,   Denver, CO 80202
ust          +E-mail/Text: ustp.region19@usdoj.gov May 30 2013 00:33:29      US Trustee,    999 18th St.,
               Ste. 1551,   Denver, CO 80202-2415
15344016      EDI: AMEREXPR.COM May 30 2013 00:23:00      American Express,    PO Box 650448,
               Dallas, TX 75265-0448
15344015      EDI: AMEREXPR.COM May 30 2013 00:23:00      American Express,    PO Box 297879,
               Fort Lauderdale, FL 33329-7879
15344014      EDI: AMEREXPR.COM May 30 2013 00:23:00      American Express,    PO Box 297879,
               Ft Lauderdale, FL 33329-7879
15344017      EDI: BANKAMER.COM May 30 2013 00:23:00      Bank Of America,    PO Box 851001,
               Dallas, TX 75285-1001
15344019      EDI: CHASE.COM May 30 2013 00:23:00      Chase,   Cardmember Service,    PO Box 94014,
               Palatine, IL 60094-4014
15344020      EDI: CITICORP.COM May 30 2013 00:23:00      Citi,    PO Box 6077,   Sioux Falls, SD 57117-6077
15344021      EDI: DISCOVER.COM May 30 2013 00:23:00      Discover,    PO Box 29033,   Phoenix, AZ 85038-9033
15344025      EDI: IRS.COM May 30 2013 00:23:00      Internal Revenue Service,    MS 5004,
               1999 Broadway Ste 511,    Denver, CO 80202-3025
15344026      EDI: RMSC.COM May 30 2013 00:23:00      Lowes,   PO Box 530954,    Atlanta, GA 30353-0954
15344030      E-mail/Text: bankruptcy@redrocks.org May 30 2013 00:32:38      Red Rocks Credit Union,
               9325 Dorchester St Ste 200,    Highlands Ranch, CO 80129-2519
15344032      EDI: NEXTEL.COM May 30 2013 00:23:00      Sprint,    6391 Sprint Parkway,
               Overland Park, KS 66251-6100
15344031      EDI: NEXTEL.COM May 30 2013 00:23:00      Sprint,    PO Box 4191,   Carol Stream, IL 60197-4191
15344033      EDI: CODEPREV.COM May 30 2013 00:23:00      State Of Colorado,    1375 Sherman St,
               Denver, CO 80203-2246
15344035      EDI: USBANKARS.COM May 30 2013 00:23:00      US Bank,    PO Box 790401,
               Saint Louis, MO 63179-0401
15344037      EDI: WFFC.COM May 30 2013 00:23:00      Wells Fargo,    PO Box 5247,   Denver, CO 80217-5247
15344036      EDI: WFFC.COM May 30 2013 00:23:00      Wells Fargo,    PO Box 30097,   Los Angeles, CA 90030-0097
15344038      EDI: WFFC.COM May 30 2013 00:23:00      Wells Fargo Card Services,    PO Box 30086,
               Los Angeles, CA 90030-0086
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1082-1          User: patutoj              Page 2 of 3                    Date Rcvd: May 29, 2013
                              Form ID: 778               Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2013**                        **Signature:**       *Joseph Speetjens*

```
District/off: 1082-1          User: patutoj               Page 3 of 3                  Date Rcvd: May 29, 2013
                              Form ID: 778                Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2013 at the address(es) listed below:

          Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
          Jeffrey  Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com, lkraai@weinmanpc.com
          Jeffrey  Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com, lkraai@weinmanpc.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                                           TOTAL: 4

**FORM B9E_11c** (Chapter 11 Individual or Joint Debtor Case #778) (12/12)  Case Number **13−19032−MER**

# UNITED STATES BANKRUPTCY COURT
DISTRICT of District of Colorado

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 5/28/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side for Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Terry Lee Evanson<br>10175 S Oneida St<br>Littleton, CO 80124−9608 | Lynette Pearce Evanson<br>10175 S Oneida St<br>Littleton, CO 80124−9608 |
| Case Number:<br>13−19032−MER | Last four digits of Social−Security or Individual Taxpayer−ID (ITIN) No(s)./Complete EIN:<br>xxx−xx−9483<br>xxx−xx−5531 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202<br>Telephone number:  ( ) 303−572−1010 | |

### Meeting of Creditors
Date: **July 8, 2013**         Time: **02:00 PM**
Location: **U.S. Trustee 341 Meeting Room, 1999 Broadway, 8th Floor, Suite 830, Room C, Denver, CO 80202**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 9/6/13**

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan.*
Notice of the confirmation hearing date will be sent at a later time.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Deadline to Provide Documents and Notice of Possible Dismissal:
Pursuant to Federal Bankruptcy Rule 4002, each individual debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number or a written statement that such documentation does not exist; and 2) documents or copies or a written statement that such documentation does not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition.i

**If** this case was filed as deficient under Local Bankruptcy Rule 1017−3, the case is subject to the United States Trustee's Standing Motion to Dismiss.

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St. | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Kelly J. Sweeney (Acting Clerk) |
|---|---|

| | |
|---|---|
| Denver, CO 80202–2508<br>Telephone number: 720–904–7300 | |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 5/29/13 |

Case:13-19032-MER Doc#:15 Filed:05/31/13 Entered:05/31/13 22:57:43 Page5 of 6

| | |
|---|---|
| Denver, CO 80202–2508<br>Telephone number: 720–904–7300 | |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 5/29/13 |

| | **EXPLANATIONS** | FORM B9E (10/11) |
|---|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obatained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* | |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |

–– Refer to Other Side for Important Deadlines and Notices ––