United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 13-19032-MER
Terry Lee Evanson                                               Chapter 11
Lynette Pearce Evanson
          Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1          User: kinge          Page 1 of 2          Date Rcvd: May 29, 2013
                              Form ID: pdf906      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2013.
db/db          Terry Lee Evanson,   Lynette Pearce Evanson,   10175 S Oneida St,   Littleton, CO  80124-9608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: May 31, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 1082-1          User: kinge          Page 2 of 2              Date Rcvd: May 29, 2013
                              Form ID: pdf906       Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2013 at the address(es) listed below:
          Alan K. Motes   on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
          Jeffrey  Weinman   on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
           lkraai@weinmanpc.com
          Jeffrey  Weinman   on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
           lkraai@weinmanpc.com
          US Trustee   USTPRegion19.DV.ECF@usdoj.gov
                                                                                       TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:  Terry Lee Evanson and Lynette Pearce Evanson
        Debtor(s)

Case No.:  13-19032 MER
Chapter:  11

Notice of Deficiency
Failure to File Statement of Financial Affairs and/or Schedules, Corporate Resolution, and/or
Verification of Creditor Matrix
Omission of Information
And Notice of U. S. Trustee's Standing Motion to Dismiss

This Notice refers to the following document filed with the court on : 5/28/2013
By : Jeffrey Weinman
        • Voluntary Petition and/or Voluntary Petition Official Form 1 dated (01/08)

This Notice refers to the following missing documents which were NOT filed with the court
and your case will be dismissed if you do not file the missing document(s):

        • Statement of Current Monthly Income--Chapter 11 (Form B22 B)

        • Other: Declaration re: Schedules missing
                Summary of Schedules missing
        • Statement of financial affairs - Missing
        • Schedules - Missing all schedules

NOTICE IS HEREBY GIVEN that the Court cannot, or may not be able to administer your case
effectively because of the missing document(s).  If you do not timely file the missing documents, this
case will be dismissed. (Pursuant to Local Bankruptcy Rule 1017-3, the United States Trustee's Standing Motion
to Dismiss Deficient Case now applies to this deficient case. The rules and statutes that explain the document filing
requirements and support dismissal when those requirements are not met are found in: (a) 11 U.S.C. § 521; (b)
Fed.R.Bankr.P. 1007; and (c) Local Bankruptcy Rules 1007-1 and 1017-3. Under this Notice, your case may be dismissed
no sooner than in fourteen days from the date that you filed the case pursuant to 11 U.S.C. §§ 707, 112, 1208  or 1307,
as applicable, without any additional notice or a hearing.  Moreover, the failure to timely file the missing documents
will result in the dismissal of the case pursuant to 11 U.S.C. 521.)*

It appears that the debtor has filed a petition which is not accompanied by the statement of financial affairs
and schedules required by 11 U.S.C. 521(1). Pursuant to Fed.R.Bankr.P. 1007(c), the debtor shall file said
statement and schedules within 14 days after filing the petition. The deficiency cure date appears below.

DEFICIENCY CURE DATE: 6/11/2013          FOR THE COURT:

Kelly J. Sweeney, Acting Clerk

s/ E. King_____

Deputy Clerk

Dated__5/29/2013_____

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE
CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE
COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

*If your case was filed electronically by an attorney, the attorney already has received this deficiency notice.