IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 13-19032-MER |
| TERRY L. EVANSON | ) | |
| SSN/ITIN: xxx-xx-9483 | ) | Chapter 11 |
| | ) | |
| LYNETTE P. EVANSON | ) | |
| SSN/ITIN: xxx-xx-5531 | ) | |
| | ) | |
| Debtors. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Rules 9010(b) and 2002(g) of the Federal Rules of Bankruptcy Procedure,

Holland & Hart LLP hereby enters its appearance on behalf of Moreton Insurance of Colorado,

LLC, a party in interest herein, and requests that all notices, pleadings, motions, applications, and

other documents filed and/or served in this case be sent to it at the address set forth below.

Dated:  June 6, 2013

Respectfully submitted,

*/s/ Clarissa M. Raney*

Clarissa M. Raney, #40374
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado  80201-8749
Telephone:  (303) 295-8057
Facsimile:  (303) 957-5548
E-Mail:  cmraney@hollandhart.com

**ATTORNEY FOR MORETON INSURANCE OF COLORADO, LLC**

<u>CERTIFICATE OF SERVICE</u>

I certify that on June 6, 2013, I served a copy of the foregoing document to the following by

☐          U.S. Mail, postage prepaid
☐          Hand Delivery
☐          Fax
☒          Electronic Service

Jeffrey Weinman                        US Trustee
730 17th St., Ste. 240             999 18th St.
Denver, CO 80202                Ste. 1551
                                      Denver, CO 80202

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202

I certify that on June 6, 2013, I served a copy of the foregoing document to the following by

☒          U.S. Mail, postage prepaid
☐          Hand Delivery
☐          Fax
☐          Electronic Service

Terry Lee Evanson
Lynette Pearce Evanson
10175 S. Oneida St.
Littleton, CO 80124

*/s/ Susanne Johnson*

6241997_1.DOCX

-2-