UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF
COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TERRY LEE EVANSON and | ) | Case No. 13-19032-EEB |
| LYNETTE PEARCE EVANSON, | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | |

ENTRY OF APPEARANCE, REQUEST FOR ALL PLEADINGS
AND NOTICES AND RESERVATION OF RIGHTS

Pursuant to 11 U.S.C. § 1109(B) AND Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, William C. Brittan of Campbell Killin Brittan & Ray, LLC gives notice of his appearance on behalf of Keith Anderson ("Anderson") and further requests that all notices, pleadings and other documents filed and/or served in this case (including but not limited to, all notices described in Rule 2002 of the Bankruptcy Rules) be sent to:

> William C. Brittan
> Campbell Killin Brittan & Ray, LLC
> 270 St. Paul Street, Suite 200
> Denver, Colorado 80206
> Telephone: 303-322-3400
> Facsimile: 303-322-5800
> Email: bbrittan@ckbrlaw.com

Neither this Entry of Appearance, Request for All Pleadings and Notices, and Reservations of Rights, nor any subsequent appearance, pleading, claim or suit is intended to waive (1) the rights of Anderson to have final orders in non-core matters entered only after de novo review by a district court judge; (2) the rights of change to trial by jury in any proceeding so triable herein or in any case controversy or proceeding related hereto; (3) Anderson's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which these interested parties is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments these interested parties expressly reserves.

Respectfully submitted this 7th day of June, 2013.

/s/ William C. Brittan
William C. Brittan
Campbell Killin Brittan & Ray, LLC
270 St. Paul Street, Suite 200
Denver, Colorado 80206
Telephone: 303-322-3400
Facsimile: 303-322-5800
Email: bbrittan@ckbrlaw.com
*Attorneys for Keith Anderson*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of June, 2013, I caused the foregoing **ENTRY OF APPEARANCE, REQUEST FOR ALL PLEADINGS AND NOTICES AND RESERVATION OF RIGHTS,** to be served via ECF and/or United States Mail, postage prepaid, to the following:

Jeffrey Weinman
730 17th Street, Suite 240
Denver, CO 80202

Simon E. Rodriguez
P.O. Box 36324
Denver, CO 80236

US Trustee
999 18th Street, Suite 1551
Denver, CO 80202

                                                    /s/ *Andrea Davis*
                                                    Andrea Davis