UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

### APPLICATION TO EMPLOY WEINMAN & ASSOCIATES, P.C. AS COUNSEL FOR DEBTORS-IN-POSSESSION NUNC PRO TUNC MAY 28, 2013

Debtors, Terry Lee Evanson and Lynette Pearce Evanson, by and through their counsel, WEINMAN & ASSOCIATES, P.C., hereby apply to this Court pursuant to 11 U.S.C. §327(a) and (b) and F.R.B.P. 2014(a) for an Order Authorizing Debtors to Employ Weinman & Associates, P.C. (the "Firm") as their attorney in the above-captioned proceeding *nunc pro tunc* to May 28, 2013, and in support thereof states the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. Venue is proper in this District pursuant to 28 U.S.C. §1409(a). This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).

2. On May 28, 2013, Debtors filed their Voluntary Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code.

3. Debtors desire to retain Weinman & Associates, P.C. to represent them in the within matter relative to matters of administration, and bankruptcy counsel generally, including preparation of the statements and schedules, the Plan of Reorganization and Disclosure Statement, and related matters.

4. To the best of the Firm's knowledge, it has no connection with Debtors, the creditors, the U.S. Trustee or any employee of the U.S. Trustee, or any other party in interest herein. The Affidavit of Jeffrey A. Weinman is attached hereto and incorporated herein by this reference as Exhibit "A".

5. The Firm received a $17,500.00 retainer from the Debtors, a portion of which was expended on pre-petition services and costs including the filing fee. The balance of the retainer is being kept in a Coltaf account. The Firm claims an attorneys lien in the retained funds. Upon information and belief, no party in interest has a senior lien or interest in the funds being retained by the Firm.

6. The Firm is duly qualified to represent Debtors in this matter.

7. The Firm will bill at its customary hourly rates; Jeffrey A. Weinman, Esq., $425.00 per hour; William A. Richey, Paralegal, $200.00 per hour; and Lisa Barenberg, Paralegal, $175.00 per hour.

8. The Debtors request that the Court's Order authorizing them to employ Weinman & Associates, P.C. be made effective *nunc pro tunc* to May 28, 2013, the date the Debtors filed their Chapter 11 Voluntary Petition.

WHEREFORE, for the foregoing reasons, Debtors request an Order of this Court authorizing them to employ Weinman & Associates, P.C. as bankruptcy counsel in the above-captioned case *nunc pro tunc* to May 28, 2013, and for such other and further relief as this Court deems appropriate.

DATED: June 7, 2013

Respectfully Submitted,

WEINMAN & ASSOCIATES, P.C.


By: \s\ Jeffrey A. Weinman
    Jeffrey A. Weinman, #7605
    730 17th Street, Suite 240
    Denver, CO 80202-3506
    Telephone: (303) 572-1010
    Facsimile: (303) 572-1011
    jweinman@epitrustee.com

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on June 7, 2013, I served by prepaid first class mail a copy of the **APPLICATION TO EMPLOY WEINMAN & ASSOCIATES, P.C. AS COUNSEL FOR DEBTORS-IN-POSSESSION NUNC PRO TUNC MAY 28, 2013**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and these L.B.R. at the following addresses:

Alan K. Motes, Esq.
U.S. Trustee's Office
999 18th St., #1551
Denver, CO 80202

Terry Lee Evanson
Lynette Pearce Evanson
10175 S. Oneida St.
Littleton, CO 80124-9608

            \s\ Lisa R. Kraai