UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

## AFFIDAVIT OF ATTORNEY FOR DEBTORS-IN-POSSESSION

I, Jeffrey A. Weinman, being first duly sworn upon my oath, do hereby state, depose and affirm the following:

1. I am an attorney licensed to practice law in the State of Colorado, and I am a member of the bar of this Court.

2. I am the President of the law firm of Weinman & Associates, P.C. (the "Firm") which maintains its offices at 730 17th Street, Suite 240, Denver, Colorado 80202.

3. To the best of my knowledge, neither the Firm nor its employees represents or holds any adverse interest to Debtors or the bankruptcy estate with respect to the matters on which we are proposed to be employed. Furthermore, neither the Firm nor its employees (a) is a creditor of Debtors or the estate, (b) represents any creditor or other party in interest of Debtors, their respective attorneys or accountants, or (c) has any connection with Debtors, Debtors's creditors, the U.S. Trustee or any person employed by the U.S. Trustee, or any other party in interest, or their respective attorneys and accountants.

4. The Firm is fully qualified to perform the services for which it is to be employed. The Firm will represent Debtors relative to matters of administration, to generally assist Debtors in this proceeding which will include preparation of the statements and schedules, the Plan of Reorganization and Disclosure Statement, and related matters.

5. To the best of my knowledge and belief, the Firm and its employees are "disinterested persons" as defined in 11 U.S.C. §101(14).

6. The Firm received a $17,500.00 retainer from the Debtors, a portion of which was expended on pre-petition services and costs including the filing fee. The balance of the retainer is being kept in a Coltaf account. The Firm claims an attorneys lien in the retained funds. Upon information and belief, no party in interest has a senior lien or interest in the funds being retained by the Firm.

7. Current hourly billing rates are: Jeffrey A. Weinman, Esq., $425.00 per hour; William A. Richey, Paralegal, $200.00 per hour; and Lisa Barenberg, Paralegal, $175.00 per hour.

8. Neither the Firm nor its employees has made any agreement or reached any understanding with any other person for the division of compensation which may be awarded herein, except as such compensation will be shared or otherwise distributed among the employees and owners of the Firm.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
Jeffrey A. Weinman, Esq.

STATE OF COLORADO )
) ss.
COUNTY OF DENVER )

The foregoing instrument was subscribed, acknowledged, and affirmed or sworn to, before me this 7th day of June, 2013 by Jeffrey A. Weinman, Esq.

Witness my hand and official seal.

My commission expires: 11/23/2015

(Seal)

_____
Notary Public
730 17th Street, Suite 240
Denver, CO 80202

LISA R. KRAAI
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19994031970
MY COMMISSION EXPIRES NOVEMBER 23, 2015

LISA R. KRAAI
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 1999403[illegible]
MY COMMISSION EXPIRES NOVEMBER 23, 2015