UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

**NOTICE PURSUANT TO LOCAL RULE 9013 OF THE APPLICATION TO EMPLOY WEINMAN & ASSOCIATES, P.C. AS COUNSEL FOR DEBTORS-IN-POSSESSION NUNC PRO TUNC MAY 28, 2013**

**OBJECTION DEADLINE:  JUNE 21, 2013**

**YOU ARE HEREBY NOTIFIED** that on even date herewith, the Debtors, Terry Lee Evanson and Lynette Pearce Evanson, filed an Application to Employ Weinman & Associates, P.C. ("the Firm") as their counsel in this bankruptcy matter, with the employment of Weinman & Associates, P.C. to be effective as of May 28, 2013, the date the Debtors filed their Chapter 11 Voluntary Petition.  To the best of the Firm's knowledge, it has no connection with Debtors, the creditors, the U.S. Trustee or any employee of the U.S. Trustee, or any other party in interest herein.  The Firm has received a $17,500.00 retainer from the Debtors, a portion of which was expended on pre-petition services and costs including the filing fee.  The balance of the retainer is being kept in a Coltaf account.  The Firm claims an attorneys lien in the retained funds.  Upon information and belief, no party in interest has a senior lien or interest in the funds being retained by the Firm.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: June 7, 2013

        Respectfully Submitted,

        WEINMAN & ASSOCIATES, P.C.


        By: \s\ Jeffrey A. Weinman
            Jeffrey A. Weinman, #7605
            730 17th Street, Suite 240
            Denver, CO 80202-3506
            Telephone: (303) 572-1010
            Facsimile: (303) 572-1011
            jweinman@epitrustee.com

**2002-1 CERTIFICATE OF SERVICE OF NOTICE**

The undersigned certifies that on June 7, 2013, I served by prepaid first class mail a copy of the **NOTICE PURSUANT TO LOCAL RULE 9013 OF THE APPLICATION TO EMPLOY WEINMAN & ASSOCIATES, P.C. AS COUNSEL FOR DEBTORS-IN-POSSESSION NUNC PRO TUNC MAY 28, 2013** in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on June 7, 2013.

\s\ Lisa R. Kraai