```
Label Matrix for local noticing          Advantedge Business Group, LLC          Allied Interstate
1082-1                                    9777 Pyramid Ct Ste 220                 3000 Corporate Exchange Dr
Case 13-19032-MER                         Englewood, CO  80112-6046               Columbus, OH 43231-7684
District of Colorado
Denver
Fri Jun  7 14:08:00 MDT 2013

American Express                          American Express                        American Express
PO Box 297879                             PO Box 297879                           PO Box 650448
Fort Lauderdale, FL  33329-7879           Ft Lauderdale, FL  33329-7879           Dallas, TX  75265-0448



Bank Of America                           William C. Brittan                      Castle Rock Security
PO Box 851001                             270 St. Paul St.                        400 W Division St
Dallas, TX  75285-1001                    Ste. 200                                Syracuse, NY  13204-1438
                                          Denver, CO 80206-5133


Chase                                     Citi                                    Command Center, Inc.
Cardmember Service                        PO Box 6077                             C/O Heather Cleary & Thomas Kanan
PO Box 94014                              Sioux Falls, SD  57117-6077             999 18th St Ste 3100
Palatine, IL  60094-4014                                                          Denver, CO  80202-2499


Discover                                  Discover Bank                           Lynette Pearce Evanson
PO Box 29033                              DB Servicing Corporation                10175 S Oneida St
Phoenix, AZ  85038-9033                   PO Box 3025                             Littleton, CO 80124-9608
                                          New Albany, OH  43054-3025


Terry Lee Evanson                         Hill Property                           Home Depot
10175 S Oneida St                         PO Box 4389                             Processing Center
Littleton, CO 80124-9608                  Taber, Alberta                          Des Moines, IA  50364-0500
                                          Canada,


Houslanger & Associates, PLLC             (p)INTERNAL REVENUE SERVICE             Lowes
372 New York Ave                          CENTRALIZED INSOLVENCY OPERATIONS       PO Box 530954
Huntington, NY  11743-3311                PO BOX 7346                             Atlanta, GA  30353-0954
                                          PHILADELPHIA PA 19101-7346


Alan K. Motes                             NCO Financial Systems, Inc.             North Shore Agency
United States Trustee Program             355 Union Blvd Ste 350                  4000 E 5th Ave
999 18th St., Ste. 1551                   Lakewood, CO  80228-1528                Columbus, OH  43219-1811
Denver, CO 80202-2415


Provo Dental                              Clarissa M. Raney                       Red Rocks Credit Union
1355 N University Ave Ste 330             555 17th St.                            9325 Dorchester St Ste 200
Provo, UT  84604-2721                     Ste. 3200                               Highlands Ranch, CO  80129-2519
                                          Denver, CO 80202-3921


(p)SPRINT NEXTEL CORRESPONDENCE           State Of Colorado                       U.S. Bank
ATTN BANKRUPTCY DEPT                      1375 Sherman St                         C/O Law Office Of David A. Bauer, P.C.
PO BOX 7949                               Denver, CO  80203-2246                  2594 S Lewis Way Unit A
OVERLAND PARK KS 66207-0949                                                       Lakewood, CO  80227-2839
```

| | | |
|---|---|---|
| US Bank<br>PO Box 790401<br>Saint Louis, MO  63179-0401 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 |
| Wells Fargo<br>PO Box 30097<br>Los Angeles, CA  90030-0097 | Wells Fargo<br>PO Box 5247<br>Denver, CO  80217-5247 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 |
| Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA  90030-0086 | Westcore Pyramid LP<br>PO Box 748175<br>Los Angeles, CA  90074-8175 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>MS 5004<br>1999 Broadway Ste 511<br>Denver, CO  80202-3025 | Sprint<br>6391 Sprint Parkway<br>Overland Park, KS  66251-6100 | (d)Sprint<br>PO Box 4191<br>Carol Stream, IL  60197-4191 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Keith Anderson | (u)Moreton Insurance of Colorado | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     2<br>Total                  39 |