UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

**MOVANTS' CERTIFICATE OF NON-CONTESTED MATTER WITH RESPECT TO THE MOTION FOR ORDER ESTABLISHING INTERIM COMPENSATION PROCEDURE FOR ALL PROFESSIONALS AND TO APPROVE RETAINER TO WEINMAN & ASSOCIATES, P.C. AND REQUEST FOR ENTRY OF ORDER**

On May 28, 2013, the Debtors-in-Possession, Terry Lee Evanson and Lynette Pearce Evanson ("Movants"), filed a motion or application pursuant to L.B.R. 9013-1 entitled: Motion for Order Establishing Interim Compensation Procedure for all Professionals and to Approve Retainer to Weinman & Associates, P.C. Movants hereby certify that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on May 28, 2013.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on May 28, 2013.

3. The docket numbers for each of the following relevant documents are:
   a. the motion and all documents attached thereto and served therewith, (Docket No. 9);
   b. the certificate of service of the motion and all documents attached thereto and served therewith, notice and proposed order, (Docket No. 9);
   c. the notice, (Docket No. 10);
   d. the certificate of service of the notice, (Docket No. 10);
   e. the proposed order, (Docket No. 9); and

4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

WHEREFORE, Movants pray that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

DATED: June 17, 2013

          Respectfully Submitted,

          WEINMAN & ASSOCIATES, P.C.

          By: \s\ Jeffrey A. Weinman
              Jeffrey A. Weinman, #7605
              730 17th Street, Suite 240
              Denver, CO 80202-3506
              Telephone: (303) 572-1010
              Facsimile: (303) 572-1011
              jweinman@epitrustee.com