# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

## APPLICATION TO EMPLOY ALLEN & VELLONE, P.C. AS SPECIAL COUNSEL TO DEBTORS-IN-POSSESSION

Debtors-in-Possession, Terry Lee Evanson and Lynette Pearce Evanson, (the "Debtors") by and through counsel, hereby apply to this Court for an Order pursuant to 11 U.S.C. § 327(e) and F.R.B.P. 2014(a), approving the employment of the law firm of Allen & Vellone, P.C. ("Allen & Vellone") as special counsel for the Debtors, *nunc pro tunc* to September 24, 2012. In support of this Application, Debtors state as follows:

1. Debtors filed their voluntary Chapter 11 bankruptcy petition on May 28, 2013 (the "Petition Date").

2. Since the Petition Date, Debtors have remained in possession of their assets and have operated their business and managed their financial affairs as Debtors-in-Possession pursuant to 11 U.S.C. §§1107 & 1108.

3. 11 U.S.C. § 327(e) provides for the employment of counsel, who does not represent or hold an interest adverse to a debtor or the estate with respect to the matter on which counsel is to be employed, for a specific purpose.

4. Debtors desire to employ Allen & Vellone as special counsel to (1) investigate and develop potential claims against Fred Moreton & Company, Command Center, Inc., and possibly other entities in this bankruptcy proceeding; (2) initiate and prosecute adversary actions on behalf of the bankruptcy estate; (3) defend any adversary actions brought against the estate; and (4) investigate and recover property of the estate.

5. Patrick D. Vellone, Kevin D. Allen, and Tatiana G. Popacondria are the attorneys most likely to perform services on behalf of the Debtors. Mr. Vellone's professional rate is

$410.00 per hour. Mr. Allen's professional rate is $325.00 per hour. Ms. Popacondria's professional rate is $185.00 per hour. Other attorneys at Allen & Vellone, who may perform services on behalf of the Debtors, bill at the rate of $280.00 to $410.00 per hour by the shareholder and senior attorneys, and at the rate of $185.00 to $300.00 per hour by the associate attorneys. Legal assistance provided by the law clerks shall be billed at the rate of $110.00 to $120.00 per hour and the paralegals at the rate of $100.00 to $120.00 per hour. *See* Verified Statement of Patrick D. Vellone on behalf of Allen & Vellone, attached hereto as **Exhibit A**, at ¶ 7.

6.      Allen & Vellone received a retainer from the Debtors in the total amount of $14,500. A portion of the retainer was applied *pre-petition* to cover fees and costs incurred pre-petition. The remaining balance shall be kept in the COLTAF account. Ex. A at ¶ 6. Allen & Vellone claims an attorneys' lien in the retained funds. *Id.* Upon information and belief, no party in interest has a senior lien or interest in such funds. *Id.*

7.      Allen & Vellone's compensation shall be subject to the approval of the Court, after additional motion and notice as provided by applicable law. Ex. A at ¶ 8.

8.      To the best of Allen & Vellone's knowledge, it has no connection with the Debtors, the creditors, the U.S. Trustee or any employee of the U.S. Trustee, or any other party-in-interest herein, except that Allen & Vellone has previously represented the Debtors' bankruptcy counsel, Jeffrey A. Weinman, in his capacity as a bankruptcy trustee. Ex. A at ¶ 4.

9.      Allen & Vellone does not represent/hold any interest adverse to the bankruptcy estate or the Debtors. *Id.* at ¶ 5. Allen & Vellone is a disinterested person as defined by 11 U.S.C. § 101(14) and is qualified to be employed under 11 U.S.C. § 327(a) and F.R.B.P. 2014(a). Ex. A at ¶ 5.

10.     Allen & Vellone requests that the Order approving this Application be granted *nunc pro tunc* to the date of September 24, 2012, the date Allen & Vellone first provided services to the Debtors in connection with the above-captioned case.

**WHEREFORE**, Debtors request that this Court enter an Order approving employment of Allen & Vellone, P.C. as their special counsel, *nunc pro tunc* to the date of September 24, 2012 and for such other relief as is just and proper.

**DATED THIS** 19th day of June, 2013.

Respectfully submitted,

ALLEN & VELLONE, P.C.


*s/Patrick D. Vellone* _____
Patrick D. Vellone, #15284
Kevin D. Allen, #8878
Tatiana G. Popacondria, #42261
1600 Stout Street, Suite 1100
Denver, CO 80202
Telephone: (303) 534-4499

**ATTORNEYS FOR THE DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 19th day of June, 2013 a true and correct copy of the foregoing Application, together with an exhibit and a proposed order, was served by prepaid first class mail on the following:

Clarissa M. Raney
555 17th St., Ste. 3200
Denver, CO 80202-3921

William C. Brittan
270 St. Paul St., Ste. 200
Denver, CO 80206-5133

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202-2415

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202-2415

Jeffrey A. Weinman
730 17th St., Ste. 240
Denver, CO 80202-3506

              */s/ Marcie J. Morton*
               Marcie J. Morton