UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

**VERIFIED STATEMENT OF PATRICK D. VELLONE IN SUPPORT OF APPLICATION TO EMPLOY ALLEN & VELLONE, P.C. AS SPECIAL COUNSEL TO DEBTORS-IN-POSSESSION**

I, Patrick D. Vellone, hereby declare:

1. I am a shareholder/director with the law firm of Allen & Vellone, P.C. ("A&V").

2. A&V's attorneys are duly admitted to practice law in the State of Colorado and before this Court. I am also admitted to practice in the United States District Court, for the districts of Colorado, Eastern and Western Districts of Arkansas, the Eastern District of Wisconsin, the United States Court of Appeals for the 2nd, 8th and 10th Circuits, as well as the United States Supreme Court.

3. A&V's Denver office is located at 1600 Stout Street, Suite 1100, Denver, Colorado 80202-3160.

4. To the best of A&V's knowledge, it has no connection with the Debtors herein, the creditors, the U.S. Trustee or any employee of the U.S. Trustee, or any other party-in-interest herein, except that A&V has previously represented the Debtors' bankruptcy counsel, Jeffrey A. Weinman, in his capacity as a bankruptcy trustee.

5. A&V does not represent/hold any interest adverse to the bankruptcy estate or the Debtors with respect to the matters for which A&V has been retained. A&V is a disinterested person as defined by 11 U.S.C. § 101(14) and is qualified to be employed under 11 U.S.C. § 327(a) and F.R.B.P. 2414(a).

6. A&V received a retainer from the Debtors in the total amount of $14,500. A portion of the retainer was applied *pre-petition* to cover fees and costs incurred pre-petition. The

remaining balance shall be kept in the COLTAF account. A&V claims an attorneys' lien in the retained funds. Upon information and belief, no party in interest has a senior lien or interest in such funds.

7. A&V will bill at its customary hourly rates. The undersigned will bill at the rate of $425.00 per hour; other attorneys at A&V, who may perform services on behalf of the Debtors, bill at the rate of $280.00 to $410.00 per hour by the shareholder and senior attorneys, and at the rate of $185.00 to $300.00 per hour by the associate attorneys; legal assistance provided by the law clerks shall be billed at the rate of $110.00 to $120.00 per hour and the paralegals at the rate of $100.00 to $120.00 per hour.

8. A&V's fees and requests for reimbursement of expenses will be submitted to the Bankruptcy Court for ultimate approval under applicable law.

FURTHER AFFIANT SAYETH NOT.

/s/ Patrick D. Vellone
Patrick D. Vellone

Subscribed and sworn to before me this 19th day of June, 2013.

WITNESS by hand and official seal

My Commission expires:_____

MARCIE J MORTON
NOTARY PUBLIC
STATE OF COLORADO
Notary ID 20034028692
My Commission Expires 08/26/2015

Marcie J Morton
Notary Public