# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

## ORDER APPROVING EMPLOYMENT OF ALLEN & VELLONE, P.C. AS SPECIAL COUNSEL TO DEBTORS-IN-POSSESSION

THIS MATTER came before the Court upon the Application to Employ Allen & Vellone, P.C. ("Allen & Vellone") pursuant to 11 U.S.C. § 327(e) and FRBP 2014(a) as special counsel for Terry Lee Evanson and Lynette Pearce Evanson, the Debtors-in-Possession herein, (the "Debtors"), *nunc pro tunc* to September 24, 2012 (the "Application"). The Court, having considered the Application and being otherwise fully advised in the premises, finds good cause to grant the Application. Accordingly it is

**ORDERED** that the Application is **GRANTED** in its entirety, and employment of Allen & Vellone as special counsel for the Debtors is hereby **APPROVED** *nunc pro tunc* to September 24, 2012.

**DATED** this _____ day of _____, 2013.

BY THE COURT:

_____
Honorable Michael E. Romero
United States Bankruptcy Judge