## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

---

## NOTICE PURSUANT TO L.B.R. 9013 OF APPLICATION TO EMPLOY ALLEN & VELLONE, P.C. AS SPECIAL COUNSEL TO DEBTORS-IN-POSSESSION

---

### OBJECTION DEADLINE: July 10, 2013

You are hereby notified that Debtors-in-Possession, Terry Lee Evanson and Lynette Pearce Evanson, (the "Debtors") have filed an Application to Employ Allen & Vellone, P.C. ("Allen & Vellone) as special counsel *nunc pro tunc* to September 24, 2012 to (1) investigate and develop potential claims against Fred Moreton & Company, Command Center, Inc., and possibly other entities in this bankruptcy proceeding; (2) initiate and prosecute adversary actions on behalf of the bankruptcy estate; (3) defend any adversary actions brought against the estate; and (4) investigate and recover property of the estate.

Allen & Vellone received a retainer from the Debtors in the total amount of $14,500. A portion of the retainer was applied *pre-petition* to cover fees and costs incurred pre-petition. The remaining balance shall be kept in the COLTAF account. Allen & Vellone claims attorneys' lien in the funds being retained.

A copy of the Application is on file at the United States Bankruptcy Court for the District of Colorado, First Floor, U.S. Custom House, 721 19th St., Denver, CO 80202 for your inspection or by request to the undersigned.

If you opposed the Application or object to the requested relief, your objection and request for a hearing **MUST BE FILED ON OR BEFORE THE OBJECTION DEADLINE STATED ABOVE**, served on the Applicant at the address indicated below, and must state clearly all objections and legal basis of the same. The Court will not consider general objections.

In the absence of a timely and substantiated request for a hearing by an interested party, the Court may approve or grant the requested relief without any further notice to the creditors and other interested parties.

**DATED THIS** 19th day of June, 2013.

Respectfully submitted,

ALLEN & VELLONE, P.C.


*s/Patrick D. Vellone*
Patrick D. Vellone, #15284
Kevin D. Allen, #8878
Tatiana G. Popacondria, #42261
1600 Stout Street, Suite 1100
Denver, CO 80202
Telephone: (303) 534-4499

**ATTORNEYS FOR THE DEBTORS-IN-POSSESSION**


## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

I hereby certify that on this 19th day of June, 2013 a true and correct copy of the foregoing Notice was served by prepaid first class mail on the following:

*See* attached Mailing Matrix obtained from PACER on June 19, 2013.

*/s/ Marcie J. Morton*
Marcie J. Morton