(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
### District of Colorado

In re: Terry Lee Evanson and Lynette Pearce Evanson     Case No. **13–19032–MER**
       Debtor(s)

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 6/20/13 to Patrick D. Vellone regarding document number 26 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: Pleading filed using the incorrect event.

E–Filer Shall: Please refile your notice by using the 9013–1 event. Thank you.

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:* 6/20/13                                                    KELLY J. SWEENEY (Acting Clerk), Clerk

By: s/ Raul Cosio
Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202–2508