United States Bankruptcy Court
District of Colorado

In re:  
Terry Lee Evanson  
Lynette Pearce Evanson  
    Debtors

Case No. 13-19032-MER  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: cosior     Page 1 of 2     Date Rcvd: Jun 20, 2013  
                       Form ID: 213     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2013.  
db/db      Terry Lee Evanson,   Lynette Pearce Evanson,   10175 S Oneida St,   Littleton, CO  80124-9608  
sp        +Patrick D. Vellone,   1600 Stout St.,   Ste. 1100,   Denver, CO 80202-3160  
sp        +Tatiana G. Popacondria,   1600 Stout Street,   Suite 1100,   Denver, CO 80202-3160

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2013**                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1082-1          User: cosior                Page 2 of 2                   Date Rcvd: Jun 20, 2013
                              Form ID: 213                Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2013 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Clarissa M. Raney    on behalf of Creditor    Moreton Insurance of Colorado cmraney@hollandhart.com,
               sjohnson@hollandhart.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                             TOTAL: 6
```

(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
### District of Colorado

In re: Terry Lee Evanson and Lynette Pearce Evanson        Case No. **13–19032–MER**
Debtor(s)

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 6/20/13 to Patrick D. Vellone regarding document number 26 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: Pleading filed using the incorrect event.

E–Filer Shall: Please refile your notice by using the 9013–1 event. Thank you.

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:* 6/20/13

KELLY J. SWEENEY (Acting Clerk), Clerk

By: s/ Raul Cosio
Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202–2508