## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Rules 9010 and 2002(g), Fed. R. Bankr. P., Kevin D. Allen hereby enters her appearance on behalf of Terry Lee Evanson and Lynette Pearce Evanson, the Chapter 11 Debtors-in-Possession, as special counsel and requests that copies of all notices, pleadings, motions, applications, responses, objections, financial reports, plans of reorganization, schedules, statements of affairs and all other documents filed and/or served in this case be sent to or served upon:

Kevin D. Allen
Allen & Vellone P.C.
Suite 1100
1600 Stout Street
Denver, CO 80202
Fax: (303) 893-8332
Phone: (303) 534-4499
Email: kdallen@allen-vellone.com

**DATED THIS** 25th day of June, 2013

Respectfully submitted,

ALLEN & VELLONE, P.C.


s/ *Kevin D. Allen*
Patrick D. Vellone, #15284
Kevin D. Allen, #8878
Tatiana G. Popacondria, #42261
1600 Stout Street, Suite 1100
Denver, CO 80202
Telephone: (303) 534-4499


The duly authorized original signed pleading is on file and available for inspection at the offices of Allen & Vellone, P.C.

## CERTIFICATE OF MAILING

I hereby certify that on this 25th day of June, 2013 a true and correct copy of the **NOTICE OF ENTRY OF APPEARANCE, REQUEST FOR NOTICES** was sent via CM/ECF and U.S. mail, to all counsel of record and to all parties who are entitled to notice:

Clarissa M. Raney
555 17th St., Ste. 3200
Denver, CO 80202-3921

William C. Brittan
270 St. Paul St., Ste. 200
Denver, CO 80206-5133

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202-2415

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202-2415

Jeffrey A. Weinman
730 17th St., Ste. 240
Denver, CO 80202-3506

> */s/ Marcie J. Morton*_____
> Marcie J. Morton

3