UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

**ORDER AUTHORIZING EMPLOYMENT OF WEINMAN & ASSOCIATES, P.C.**

THIS MATTER, having come before this Court upon Debtor's Application to Employ Weinman & Associates, P.C. as counsel for the Debtor Nunc Pro Tunc to May 28, 2013, and the Court being duly advised in the premises,

HEREBY FINDS that the employment of Weinman & Associates, P.C. is in the best interest of Debtor, and that the employment is not forbidden under the Bankruptcy Code and Rules; and therefore the Court

HEREBY ORDERS, that Weinman & Associates, P.C. is authorized to represent Debtor as bankruptcy counsel of record in the above-captioned case; and it is

FURTHER ORDERED that Weinman & Associates, P.C. shall not be compensated nor reimbursed for costs from Debtor, except after application to and approval by this Court.

DATED: June 26, 2013

NUNC PRO TUNC: May 28, 2013

BY THE COURT:

U.S. Bankruptcy Judge