UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In re:

**Terry L. Evanson, Lynette P. Evanson, Debtors**

Bankruptcy Case No. 13-19032-MER

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the law firm of Ritsema & Lyon, P.C. by undersigned counsel hereby enters a Notice of Appearance as counsel for creditor, Command Center, Inc. and requests that all notices, given or required to be given, including all papers, pleadings and correspondence served or required to be served in this case, or any related proceeding, be served upon the undersigned at the following address:

Heather S. Cleary, Esq.
999 18th Street, Suite 3100
Denver, CO 80202
Phone: (303) 675-4414
Fax: (303) 297-2337

In addition, the Clerk is requested to place the foregoing name and address on any mailing matrix and/or list of creditors to be prepared or existing in this case.

Dated July 3, 2013

*/s/ Heather S. Cleary*
Heather S. Cleary, Esq. (Colorado Bar # 39784)
999 18th Street, Suite 3100
Denver, CO 80202
Phone: (303) 675-4414
Fax: (303) 297-2337
E-mail: Heather.Cleary@Ritsema-Lyon.com
Co-counsel for Creditor, Command Center, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that on <u>July 3, 2013</u>, I served by prepaid first class mail a copy of the **Notice of Appearance and Request for Notices** on all parties whom relief is sought and those otherwise entitled to service pursuant to the FED R. BANKR. P. and these L.B.R. at the following addresses:

Jeffrey A. Weinman, Esq.
730 17th Street, Suite 240
Denver, CO 80202

William C. Brittan, Esq.
270 Saint Paul Street, Suite 200
Denver, CO 80206-5133

Clarissa M. Rainey
555 17th Street, Suite 3200
Denver, CO 80202-3921

U.S. Trustee
999 18th St., Ste 1551
Denver, CO 80202-2415

Alan K. Motes
U.S. Trustee Program
999 18th St., Ste 1551
Denver, CO 80202-2415

Dated: 7-3-13

By: /s/ Linda Engel
Linda Engel
Secretary to Heather S. Cleary, Esq.