UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:
Terry Lee Evanson                                  Chapter   11
Lynette Pearce                                     Case No. 13-19032-EEB

Debtors.

## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), Diane A. Holbert, Douglas County Treasurer hereby requests that she be added to the official mailing matrix and service lists in this case. The Douglas County Treasurer further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

Douglas County Treasurer
Attn. Stephanie Cook
100 Third Street
Castle Rock, CO  80104

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, or otherwise.

Dated this 8th day of July, 2013.

Respectfully submitted,

Diane A. Holbert
Douglas County Treasurer

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2013, a true and correct copy of the REQUEST FOR SERVICE
was served upon the following parties by facsimile or regular mail, postage prepaid at Castle Rock,
Colorado 80104.


Jeffrey Weinman
730  17th Street, Ste. 240
Denver, CO  80202

Patrick D. Vellone
1600 Stout St., Ste. 1100
Denver, CO  80202


*Stephanie Cook*

_____
Stephanie Cook