**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON, ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| Debtors. ) | |
| _____ ) | |
| ) | |
| COMMAND CENTER, INC., ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| TERRY LEE EVANSON, and ) | |
| LYNETTE PEARCE EVANSON, ) | |
| Respondents. ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

THIS MATTER comes before the Court on the Motion for Relief From Stay filed by Command Center, Inc., the Court having reviewed the motion, considered any objections thereto, does hereby

FURTHER FINDS that the Court has considered the factors set forth in *In re Curtis*, 40 B.R. 795 (Bankr.D.Utah 1984) and cause for relief from stay under 11 U.S.C. §362(d) has been shown as to the Debtors. The Court therefore

ORDERS that the Motion is GRANTED subject to the following:

1. Command Center, Inc., shall have relief from the automatic stay on a limited basis to proceed with the liquidation of claims involving the Debtors or the Debtors' estate pursuant to certain proceedings presently pending in the District Court, City and County of Denver, Colorado, Case No. 2010CV4135 (the "Civil Action") styled *AdvantEdge Insurance Group, LLC, v. Command Center, Inc., et al.*

2. To the extent any money judgment is entered in connection with the Civil Action, Command Center, Inc., may not take any action against the Debtors or the Debtors' property. In such event, the automatic stay provided by 11 U.S.C. §362(a) shall remain in force.

DATED this ___ day of _____, 2013.     BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE