# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

## CERTIFICATE OF NON CONTESTED MATTER AND REQUEST FOR ENTRY OF AN ORDER

On June 19, 2013, Debtors-in-Possession Terry Lee Evanson and Lynette Pearce Evanson (the "Movants"), by and through counsel, filed Application to Employ Allen & Vellone, P.C. as Special Counsel to Debtors-in-Possession, *see* Docket No. 25, (the "Application"). The Movants hereby certify that the following is true and correct:

1. Service of the Application, exhibit and proposed order thereto were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and L.B.R. as is shown on the certificate of service, L.B. Form 9013-1, previously filed with the Application on June 19, 2013. *See* Dock. No. 25.

2. Service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1, as is shown on the certificate of service, L.B. Form 2002-1, previously filed with the Notice on June 19, 2013. *See* Dock. No. 26.

3. The docket number for each of the relevant documents are:

   a. The Application, proposed order and exhibit thereto - Docket No. 25.

   b. Notice of the Application - Docket No. 26.

   c. 9013-1 Certificate of service of the Application, Notice, proposed order and exhibit - Docket No. 25.

   d. 2002-1 Certificate of service of the Notice - Docket No. 26.

4. No creditor or party in interest filed an objection or requested a hearing on the Application by the objection deadline of July 10, 2013 or through today's date.

**WHEREFORE**, the Movants respectfully request that the Court forthwith enter an Order, in the form submitted herewith, granting the relief requested in the Application.

Respectfully submitted this 15th day of July, 2013.

                                        ALLEN & VELLONE, P.C.

                                        */s/Tatiana G. Popacondria*
                                        Patrick D. Vellone, # 15284
                                        Kevin D. Allen, #8878
                                        Tatiana G. Popacondria, # 42261
                                        1600 Stout Street, Suite 1100
                                        Denver, CO 80202
                                        Telephone: (303) 534-4499

                                        **ATTORNEYS FOR THE DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2013, I electronically filed with the Clerk of the Court using CM/ECF system and served by prepaid first class mail a copy of the foregoing on the following parties listed below:

Clarissa M. Raney
555 17th St., Ste. 3200
Denver, CO 80202-3921

William C. Brittan
270 St. Paul St., Ste. 200
Denver, CO 80206-5133

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202-2415

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202-2415

Jeffrey A. Weinman
730 17th St., Ste. 240
Denver, CO 80202-3506

Douglas County Treasurer
Attn: Stephanie Cook
100 Third Street
Castle Rock, CO 80104

Heather S. Cleary, Esq.
999 18th Street, Suite 3100
Denver, CO 80202

*/s/ Marcie J. Morton*_____
Marcie J. Morton