# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Terry Lee Evanson | ) Case No. 13-19032 MER |
| SSN / ITIN: xxx-xx-9483 | ) Chapter 11 |
| Lynette Pearce Evanson | ) |
| SSN / ITIN: xxx-xx-5531 | ) |
| | ) |
| | ) |
| Debtors. | ) |

## STATEMENT OF UNITED STATES TRUSTEE
## REGARDING CREDITORS' COMMITTEE

    There were too few unsecured creditors who are willing to serve on a Creditors' Committee for the above-captioned case.

Dated: July 17, 2013.

Respectfully submitted,

RICHARD A. WIELAND
UNITED STATES TRUSTEE

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
999 18th Street, Suite 1551
Denver, CO  80202
(303) 312-7999
(303) 312-7259 fax
Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the **STATEMENT OF UNITED STATES TRUSTEE REGARDING CREDITORS' COMMITTEE** was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: July 17, 2013

Terry Lee Evanson
Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Kevin D. Allen
Tatiana G. Popacondria
Patrick D. Vellone
1600 Stout St.
Ste. 1100
Denver, CO 80202

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

Heather S. Cleary
999 18th Street, Suite 3100
Denver, CO 80202

Douglas County Treasurer
Attn: Stephanie Cook
100 Third Street
Castle Rock, CO 80104

William C. Brittan
Campbell Killin Brittan & Ray, LLC
270 St. Paul Street, Suite 200
Denver, Colorado 80206

Clarissa M. Raney
555 Seventeenth Street, Suite 3200
Denver, CO 80201-8749

/s/ Nicole Nagler
Office of the United States Trustee