**DEBTOR:** _Terry & Lynette Evanson_

**CASE NUMBER:** _13-19032 MER_

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

/s/ oll

**Form 2-A**
**COVER SHEET**

For Period Ending _5-28-13 to 6/30/13_

**Accounting Method:** ☐ Accrual Basis   ☒ Cash Basis

### THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

Mark One Box for Each Required Document:

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☐ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

_no accounts set up until after 6/30._

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** _7/19/13_   **Print Name:** _Terry Evanson_

**Signature:** _/s/_

**Title:**

Rev. 01/01/08

DEBTOR: Perry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/28/13 to 6/30/13

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 0 (1) | $ 0 |
| 2. Cash Receipts | | |
|    Operations | 4461.49 | 0 |
|    Sale of Assets | 0 | 0 |
|    Loans/advances | 0 | 0 |
|    Other | 1919.29 | 0 |
|    Total Cash Receipts | $ 6380.78 | $ 0 |
| 3. Cash Disbursements | | |
|    Operations | 0 | 0 |
|    Debt Service/Secured loan payment | 0 | 0 |
|    Professional fees/U.S. Trustee fees | 0 | 0 |
|    Other HSA, Personal Expenses (etc) | 0 | 0 |
|    Total Cash Disbursements | $ 0 | $ 0 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 0 | 0 |
| 5 Ending Cash Balance (to Form 2-C) | $ 0 (2) | $ 0 (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ none 0 |
| DIP Operating Account | | none 0 |
| DIP State Tax Account | | none 0 |
| DIP Payroll Account | | none 0 |
| Other Operating Account | | none 0 |
| Other Interest-bearing Account | | none 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 0 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 01/01/08

**DEBTOR:** Terry + Lynette Evanson      **CASE NO:** 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/28/13 to 6/30/13

**CASH RECEIPTS DETAIL**      **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 6/30 | Advantedge Business Group | Wages | $1680.20 |
| 6/1 | Canada Pension Plan | Social Security | 239.09 |
| | | | 1919.29 |
| | Operations Income — Weddings and school banquets for May + June | | 4461.49 |
| | | | 6380.78 |
| | | Total Cash Receipts | |

**Total Cash Receipts** $ 6380.78 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/08

**DEBTOR:** Terry & Lynette Evanson        **CASE NO:** 13-19032 mER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/28/13 to 6/30/13.

**CASH DISBURSEMENTS DETAIL**
*(attach additional sheets as necessary)*

**Account No:**

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| 6/20 | | Red Rocks Cr. Union | Car loan. | 377.59 |
| June | | H.S.A | Health Ins. Pymts. | 1621.82 |
| June | | | Food Costs (Personal) | 371.01 |
| June | | | Gas | 304.15 |
| June | | | Lynette Chiropractor | 90.20 |
| June | | | medicine | 42.96 |
| June | | | Recreational | 81.93 |
| June | | | Phone | 119.97 |
| June | | | Dish | 53.43 |
| June | | | Utilities | 410.62 |

**Total Cash Disbursements** $ 3473.48 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

DEBTOR: Terry & Lynette Evanson     CASE NO: 13-19632 MER.

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: _____

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
|   Cash (from Form 2-B, line 5) | $ 0 | $ 0 |
|   Accounts Receivable (from Form 2-E) | 0 | 0 |
|   Receivable from Officers, Employees, Affiliates | 0 | 0 |
|   Inventory | 0 | 0 |
|   Other Current Assets :(List) _____ | 0 | 0 |
|   _____ | 0 | 0 |
|   Total Current Assets | $ 0 | $ 0 |
| Fixed Assets: | | |
|   Land | $ 0 | $ 0 |
|   Building | 0 | 0 |
|   Equipment, Furniture and Fixtures | 0 | 0 |
|   Total Fixed Assets | 0 | 0 |
|   Less: Accumulated Depreciation | ( 0 ) | ( 0 ) |
|   Net Fixed Assets | $ 0 | $ 0 |
| Other Assets (List): _____ | 0 | 0 |
|   _____ | 0 | 0 |
| **TOTAL ASSETS** | $ 0 | $ 0 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 0 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | 0 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | 0 | 0 |
| Post-petition Notes Payable | 0 | 0 |
| Other Post-petition Payable(List): _____ | 0 | 0 |
|   _____ | 0 | 0 |
|   Total Post Petition Liabilities | $ 0 | $ 0 |
| Pre Petition Liabilities: | | |
|   Secured Debt | 0 | 0 |
|   Priority Debt | 0 | 0 |
|   Unsecured Debt | 0 | 0 |
|   Total Pre Petition Liabilities | $ 0 | $ 0 |
| **TOTAL LIABILITIES** | $ 0 | $ 0 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ 0 | $ 0 |
| Retained Earnings - Prepetition | 0 | 0 |
| Retained Earnings - Post-petition | 0 | 0 |
| **TOTAL OWNERS' EQUITY** | $ 0 | $ 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 0 | $ 0 |

(1) *Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 01/01/08

**DEBTOR:** Terry + Lynette Evanson         **CASE NO:** 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 5/28/13 to 6/30/13

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 6380.78 | $ 0 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 6380.78 | $ 0 |
| Cost of Goods Sold | 1129.82 | 0 |
| **Gross Profit** | $ 5250.96 | $ 0 |
| Operating Expenses |  |  |
| Officer Compensation | $ 0 | $ 0 |
| Selling, General and Administrative | 0 | 0 |
| Rents and Leases | 0 | 0 |
| Depreciation, Depletion and Amortization | 0 | 0 |
| Other (list): | 0 | 0 |
|  | 0 | 0 |
| **Total Operating Expenses** | $ 0 | $ 0 |
| **Operating Income (Loss)** | $ 5250.96 | $ 0 |
| Non-Operating Income and Expenses |  |  |
| Other Non-Operating Expenses | $ 0 | $ 0 |
| Gains (Losses) on Sale of Assets | 0 | 0 |
| Interest Income *see Cash Disbursement* | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 3473.48 | $ 0 |
| Reorganization Expenses |  |  |
| Legal and Professional Fees | $ 0 | $ 0 |
| Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 0 | $ 0 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 1777.48 | $ 0 |

(1) *Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/08

DEBTOR: _Terry + Lynette Evanson_     CASE NO: _13-19032 MER_

## Form 2-E
## SUPPORTING SCHEDULES
For Period: _____ to _____

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ 0 | $ 0 | 0 | | $ | 0 |
| State | 0 | 0 | 0 | | | 0 |
| FICA Tax Withheld | 0 | 0 | 0 | | | 0 |
| Employer's FICA Tax | 0 | 0 | 0 | | | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0 |
| Property Taxes | 0 | 0 | 0 | | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: _____ | 0 | 0 | 0 | | | 0 |
| TOTALS | $ 0 | $ 0 | 0 | | | $ _none_ 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ none | | $ N/A |
| General Liability | | $ none | | $ N/A |
| Property (Fire, Theft) (Home) | Farmers Insurance | $ none | | $ February 2014 |
| Vehicle | Farmers Insurance | $ none | | $ July 2013 |
| Other (list): | | $ none | | $ N/A |
| | | $ | | $ |

Page 1 of 2
Rev. 01/01/08

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 5/28/13 to 6/30/13

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

**Due** — none —

| | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| **Total Post Petition Accounts Payable** | | $ 0.00 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 0 | $ 0 | $ 0 | | $ 0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: ___ | 0 | 0 | 0 | | 0 |
| Total | $ 0 | $ 0 | $ 0 | | $ none - 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | none - | $ |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 01/01/08

**DEBTOR:** TERRY + LYNETTE EVANSON    **CASE NO:** 13-19032 MER

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended: _____

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | ____ $ | 0 | | | |
| February | ____ | 0 | | | |
| March | ____ | 0 | | | |
| **TOTAL 1st Quarter** | $ | 0 $ | ____ | ____ | ____ |
| April | ____ $ | 0 | | | |
| May | ____ | 0 | | | |
| June | ____ | 0 | | | |
| **TOTAL 2nd Quarter** | $ | 3473.48 $ | | | |
| July | ____ $ | 0 | | | |
| August | ____ | 0 | | | |
| September | ____ | 0 | | | |
| **TOTAL 3rd Quarter** | $ | 0 $ | | | |
| October | ____ $ | 0 | | | |
| November | ____ | 0 | | | |
| December | ____ | 0 | | | |
| **TOTAL 4th Quarter** | $ | 0 $ | | | |

*Handwritten note:* I received a bill in the mail for this in the amount of 325.00

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

Page 1 of 1
Rev. 01/01/08

**DEBTOR:** Perry + Lynette Evanson     **CASE NO:** 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 6/30/13

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 01/01/08


**RED ROCKS**
CREDIT UNION

Red Rocks Credit Union
9325 Dorchester St., Suite 200
Highlands Ranch, CO 80129
www.redrocks.org

303-471-7625 main
303-471-7650 fax

## Statement of Account

| Member No. | Statement Period Ending | Page |
|---|---|---|
| 258340 | 06/30/13 | 1 of 2 |

| ACCOUNT SUMMARY | | |
|---|---|---|
| 1   PRIME SAVINGS ACCOUNT | $ | 23.32 |
| 151  07 VW JETTA 2401 | $ | 5,782.43 |

P

TERRY L EVANSON
LYNETTE P EVANSON
10175 ONEIDA ST
LITTLETON CO 80124-9608

### PRIME SAVINGS ACCOUNT # 1

| Beginning Balance | Deposits / Credits | Withdrawals / Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 9.71 | $ 397.07 | $ 383.46 | $ 23.32 | $ 0.00 |

| Transaction Date | Effective Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 04/01/13 | | Balance Forward | | | $ 9.71 |
| 05/06/13 | | DEPOSIT | $ 381.07 | | $ 390.78 |
| 05/06/13 | | WITHDRAWAL | | $ 383.46 | $ 7.32 |
| 05/17/13 | | DEPOSIT | $ 5.99 | | $ 13.31 |
| 06/20/13 | | DEPOSIT | $ 10.01 | | $ 23.32 |

### 07 VW JETTA 2401 # 151 Plan # 0 Note # 163548

| Beginning Balance | Principal / Credits | Principal / Debits | Ending Balance | Past Due As Of | Next Due Date | Payment Due |
|---|---|---|---|---|---|---|
| $ 6,823.95 | $ 1,041.52 | $ 0.00 | $ 5,782.43 | n/a | 07/15/13 | $ 377.59 |

| Date | Principal | Amount | Balance | Transaction |
|---|---|---|---|---|
| 04/01/13 | | | $ 6,823.95 | Balance Forward |
| 05/06/13 | $ -328.43 | $ 383.46 | $ 6,495.52 | LOAN PAYMENT |
| 05/17/13 | $ -366.84 | $ 377.59 | $ 6,128.68 | LOAN PAYMENT |
| 06/20/13 | $ -346.25 | $ 377.59 | $ 5,782.43 | LOAN PAYMENT |

### INTEREST RATE DETAIL

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| 04/01/13 - 05/05/13 | 5.490% | 6,823.95 |
| 05/06/13 - 05/16/13 | 5.490% | 6,495.52 |
| 05/17/13 - 06/19/13 | 5.490% | 6,128.68 |
| 06/20/13 - 06/30/13 | 5.490% | 5,782.43 |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

### FEES CHARGED

| Date | Loan | Amount | Description |
|---|---|---|---|
| 05/06/13 | 151 | 15.00 | LATE CHARGE |
| | | 15.00 | TOTAL FEES FOR THIS PERIOD |

### INTEREST CHARGED

| Date | Loan | Amount | Description |
|---|---|---|---|
| 05/06/13 | 151 | 40.03 | INTEREST CHARGE |
| 05/17/13 | 151 | 10.75 | INTEREST CHARGE |
| 06/20/13 | 151 | 31.34 | INTEREST CHARGE |
| | | 82.12 | TOTAL INTEREST FOR THIS PERIOD |

### TOTALS YEAR-TO-DATE

| TOTAL FEES CHARGED YTD | $ 15.00 |
|---|---|
| TOTAL INTEREST CHARGED YTD | $ 202.67 |