EXHIBIT 1

Produce the following documents:

**Personal Financial Information**

1. All records for all of your accounts, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, Ms. Evanson's account at US Bank, Ms. Evanson's account at Wells Fargo Bank, your account at Public Service Credit Union, your account at Red Rocks Credit Union, your account at Wells Fargo Bank, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

2. All records for any and all accounts in which you had signatory authority, other than the accounts identified in Request No. 1, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, cash card accounts, debit card accounts, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

3. All records for any and all credit cards, lines of credit, and other credit facilities available to you and/or from you exercised and/or received funds, including statements, wire transfers, payments, credit card checks, ledgers, etc., from January 1, 2006 to the present, including, but not limited to, all American Express accounts, Bank of America accounts, Chase accounts, Citi accounts, Discover accounts, US Bank accounts, and Wells Fargo accounts.

4. All income tax returns, including all schedules and attachments for the years 2006 through the present for yourself, including any United States federal returns, and state returns, and any tax return filed by you and/or on your behalf outside of the United States.

5. All loan applications, credit applications, financial statements, credit reports, balance sheets, profit and loss statements, containing any financial information of Terry Lee Evanson and Ms. Lynette Pearce Evanson, between January 1, 2006 to the present, including, but not limited to, all applications submitted to Hill Properties and Cottonwood Financial for the encumbrance against your residence and the loan on the 2007 Volkswagen Jetta through Red Rocks Credit Union.

6. All books and financial records including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present for yourself, whether in written or electronic format (including all "Quickbooks" or other accounting software

program files containing the requested information).

7. All documents and records evidencing any income, revenues and receipts by you from January 1, 2006 to the present, including all receipts from Mr. Terry Evanson's Canada Pension Plan, Mr. Terry Evanson's Sunlife Financial Policy dividends, any other pension plan, IRA, 401(k), retirement plan, stock brokerage account, mutual fund account, and/or life insurance dividend.

8. All document evidencing any debt owed to Alpine Credit within the four years prior to the Petition Date, including an application for credit in October 2012.

9. All documents evidencing any tithing to any religious or other institution within the four years prior to the Petition Date.

10. A list of all bookkeepers and/or accountants who within the four years prior to the Petition Date kept or supervised the keeping of your books of account or your records.

11. A list of any other person who within the four years prior to the Petition Date held or kept your books of account or your records.

12. All documents related to any and all real property owned by you within the four years prior to the Petition Date, including, but not limited to, deeds, deeds of trust, mortgages, settlement statements, title insurance, mortgage statements, appraisals, lease agreements, rent rolls, rent receipts, tax assessments, tax payments, property insurance policies, property expenses, tax returns, etc.

13. All documents related to any and all vehicles owned by you and/or registered in your name, within the four years prior to the Petition Date, including, but not limited to, Certificates of Title, bills of sale, loans, credit agreements, insurance cards and policies, registration, lease agreements, etc.

14. All documents evidencing any and all real and personal property insurance for any and all real and personal property owned by you, including but not limited to, the insurance policy for your residence and all personal property located at the residence, including all lists of personal property covered by such policies and the value of such property covered.

15. All copy of all cell and/or mobile phone bills for you for the four years prior to the Petition Date, including, an identification of all calls made to and/or from your cell and/or mobile phone.

16. All documents evidencing a lease agreement between you and the Lawn Mowing Company identified in Question 14 of your Statement of Financial Affairs, including,

        any lease agreement, checks paid to you, money orders, receipts, invoices, bills, etc.

17. All documents evidencing your use and/or ownership of a Ford Mustang and a Chevrolet Corvette, including, but not limited to, any Certificates of Title, vehicle registrations, loans, security agreements, loan applications, credit applications, bills of sale, insurance policies, etc.

**Affiliated Corporate Information**

1. All records for all accounts of AdvantEdge Insurance Group, LLC, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with Advantage Insurance Group, LLC, had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

2. All corporate records for AdvantEdge Insurance Group, LLC, including, but not limited to, Operating Agreement, minutes of meetings, resolutions, authorizations, amendments, membership certificates, correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

3. All books and financial records for AdvantEdge Insurance Group, LLC, including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

4. All records for all accounts of AdvantEdge Business Group, LLC, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with Advantage Business Group, LLC, had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

5. All corporate records for AdvantEdge Business Group, LLC, including, but not limited to, Operating Agreement, minutes of meetings, resolutions, authorizations, amendments, membership certificates, correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

6. All books and financial records for AdvantEdge Business Group, LLC, including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

7. All records for all accounts of Moreton Insurance of Colorado, LLC, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with Moreton Insurance of Colorado, LLC, had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

8. All corporate records for Moreton Insurance of Colorado, LLC, including, but not limited to, Operating Agreement, minutes of meetings, resolutions, authorizations, amendments, membership certificates, membership rolls, correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

9. All books and financial records for Moreton Insurance of Colorado, LLC, including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

10. All records for all accounts of World Wide Specialty Programs, Inc., including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with World Wide Specialty Programs, Inc., had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

11. All records for all accounts of Kootenay Management, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with Kootenay Management, had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

12. All corporate records for Kootenay Management, including, but not limited to, any by laws or operating agreement, minutes of meetings, resolutions, authorizations, amendments, evidence of the owners of Kootenay Management, evidence of the persons in control of Kootenay Management, correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

13. All books and financial records for Kootenay Management, including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

14. All records for all accounts of Europacific Properties, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with Europacific Properties, had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

15. All corporate records for Europacific Properties, including, but not limited to, any by laws or operating agreement, minutes of meetings, resolutions, authorizations, amendments, evidence of the owners of Europacific Properties, evidence of the persons in control of Europacific Properties, correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

16. All books and financial records for Europacific Properties, including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

17. All records for all accounts of Masters Business Essentials, Inc., including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with Masters Business Essentials, Inc., had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

18. All corporate records for Masters Business Essentials, Inc., including, but not limited to, any by laws or operating agreement, minutes of meetings, resolutions, authorizations, amendments, evidence of the owners of Masters Business Essentials, Inc., evidence of the persons in control of Masters Business Essentials, Inc., correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

19. All books and financial records for Masters Business Essentials, Inc., including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

20. All records for all accounts of Northwest Rentals, LLC - Colorado, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with Northwest Rentals, LLC - Colorado, had signatory authority, including, but not limited to, bank

    statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

21. All corporate records for Northwest Rentals, LLC - Colorado, including, but not limited to, any by laws or operating agreement, minutes of meetings, resolutions, authorizations, amendments, evidence of the owners of Northwest Rentals, LLC - Colorado, evidence of the persons in control of Northwest Rentals, LLC - Colorado, correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

22. All books and financial records for Northwest Rentals, LLC - Colorado, including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

23. All records for all accounts of Northwest Rentals, LLC - Montana, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with Northwest Rentals, LLC - Montana, had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

24. All corporate records for Northwest Rentals, LLC - Montana, including, but not limited to, any by laws or operating agreement, minutes of meetings, resolutions, authorizations, amendments, evidence of the owners of Northwest Rentals, LLC - Montana, evidence of the persons in control of Northwest Rentals, LLC - Montana, correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

25. All books and financial records for Northwest Rentals, LLC - Montana, including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

26. All records for all accounts of T.L. Holdings, Inc., including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with T.L. Holdings, Inc., had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

27. All corporate records for T.L. Holdings, Inc., including, but not limited to, any by

          laws or operating agreement, minutes of meetings, resolutions, authorizations, amendments, evidence of the owners of T.L. Holdings, Inc., evidence of the persons in control of T.L. Holdings, Inc., correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

28. All books and financial records for T.L. Holdings, Inc., including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

29. All records for all accounts of Hill Properties, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with Hill Properties, had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

30. All corporate records for Hill Properties, including, but not limited to, any by laws or operating agreement, minutes of meetings, resolutions, authorizations, amendments, evidence of the owners of Hill Properties, evidence of the persons in control of Hill Properties, correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

31. All books and financial records for Hill Properties, including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

32. All records for all accounts of Netco, LLC, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with Netco, LLC, had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

33. All corporate records for Netco, LLC, including, but not limited to, any by laws or operating agreement, minutes of meetings, resolutions, authorizations, amendments, evidence of the owners of Netco, LLC, evidence of the persons in control of Netco, LLC, correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

34. All books and financial records for Netco, LLC, including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable,

and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).

35. All records for all accounts of TRST, LLC, including, but not limited to, bank accounts, checking accounts, payroll accounts, savings accounts, money market accounts, and/or which anyone from and/or affiliated with TRST, LLC, had signatory authority, including, but not limited to, bank statements, check ledgers, cancelled checks, deposit slips, and wire transfer records, from January 1, 2006 to the present.

36. All corporate records for TRST, LLC, including, but not limited to, any by laws or operating agreement, minutes of meetings, resolutions, authorizations, amendments, evidence of the owners of TRST, LLC, evidence of the persons in control of TRST, LLC, correspondence, email communications, memorandums, etc., from January 1, 2006 to the present.

37. All books and financial records for TRST, LLC, including, but not limited to, general ledgers, balance sheets, profit and loss reports, income statements, accounts payable, and accounts receivable between January 1, 2006 and the present, whether in written or electronic format (including all "Quickbooks" or other accounting software program files containing the requested information).