## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON, ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## MOTION FOR EXAMINATION OF
## TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON

THIS MATTER comes before the Court on the Motion for Examination of the Debtors, Mr. Terry Lee Evanson and Ms. Lynette Pearce Evanson, pursuant to Fed.R.Bankr.P. 2004, filed by COMMAND CENTER, INC. ("Command Center"), through counsel. The Court having reviewed the Motion and being advised in the premises, does hereby

ORDER that the Motion is GRANTED. The Court

FURTHER ORDERS that the Movant may compel the attendance of the Debtors and compel production of documents in the manner prescribed under Fed.R.Bankr.P. 2004(c) and 9016.

DATED this ___ day of _____, 2013.

BY THE COURT:

_____
U.S. BANKRUPTCY COURT