**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Michael E. Romero**

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 13-19032 MER |
| TERRY LEE EVANSON | ) | |
| LYNETTE PEARCE EVANSON | ) | Chapter 11 |
| | ) | |
| Debtors | ) | |

**ORDER TO FILE STATUS REPORT**

THIS MATTER comes before the Court *sua sponte*.  The Court has conducted a preliminary review of the file and has determined that, in lieu of an initial status conference with the Court, a status report should be filed by the Debtors to inform the Court of the particulars of this Chapter 11 case. Accordingly,

IT IS ORDERED that, on or before **August 6, 2013,** the Debtors shall file a brief report with the Court which includes the following:

1. The nature of the Debtors' financial condition and the circumstances which precipitated the filing of this bankruptcy proceeding.

2. The Debtors' insurance coverage, tax liability, and other matters pertinent to the Debtors' reorganization;

3. The Debtor's operating financial projections for the period preceding the filing of a plan, a budget for the professionals in the case and any particularities of the case which require resolution;

4. A proposed schedule for the filing of any required amended schedules, a disclosure statement, plan of reorganization, a bar date for filing proofs of claims and objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings which are critical to the reorganization.

IT IS FURTHER ORDERED that Rules 9014 and 9016, Federal Rules of Bankruptcy Procedure, are applicable to this case.

Dated July 24, 2013                          BY THE COURT:

Michael E. Romero
United States Bankruptcy Judge