United States Bankruptcy Court
District of Colorado

In re:  
Terry Lee Evanson  
Lynette Pearce Evanson  
    Debtors

Case No. 13-19032-MER  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1　　　User: cosior　　　Page 1 of 2　　　Date Rcvd: Jul 24, 2013  
　　　　　　　　　　　　 Form ID: pdf904　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2013.  
db/db　　　　Terry Lee Evanson,　Lynette Pearce Evanson,　10175 S Oneida St,　Littleton, CO  80124-9608  
sp　　　　　+Tatiana G. Popacondria,　1600 Stout Street,　Suite 1100,　Denver, CO 80202-3160

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2013**　　　　　　　　　　**Signature:** _/s/ Joseph Speetjens_

```
District/off: 1082-1          User: cosior                Page 2 of 2                   Date Rcvd: Jul 24, 2013
                              Form ID: pdf904             Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2013 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Clarissa M. Raney    on behalf of Creditor    Moreton Insurance of Colorado cmraney@hollandhart.com,
               sjohnson@hollandhart.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,
               dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson
               tpopacondria@allen-vellone.com,   dbarela@allen-vellone.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                             TOTAL: 14
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Michael E. Romero

In re )
) Case No. 13-19032 MER
TERRY LEE EVANSON )
LYNETTE PEARCE EVANSON ) Chapter 11
)
Debtors )

**ORDER TO FILE STATUS REPORT**

THIS MATTER comes before the Court *sua sponte*. The Court has conducted a preliminary review of the file and has determined that, in lieu of an initial status conference with the Court, a status report should be filed by the Debtors to inform the Court of the particulars of this Chapter 11 case. Accordingly,

IT IS ORDERED that, on or before **August 6, 2013,** the Debtors shall file a brief report with the Court which includes the following:

1. The nature of the Debtors' financial condition and the circumstances which precipitated the filing of this bankruptcy proceeding.

2. The Debtors' insurance coverage, tax liability, and other matters pertinent to the Debtors' reorganization;

3. The Debtor's operating financial projections for the period preceding the filing of a plan, a budget for the professionals in the case and any particularities of the case which require resolution;

4. A proposed schedule for the filing of any required amended schedules, a disclosure statement, plan of reorganization, a bar date for filing proofs of claims and objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings which are critical to the reorganization.

IT IS FURTHER ORDERED that Rules 9014 and 9016, Federal Rules of Bankruptcy Procedure, are applicable to this case.

Dated July 24, 2013                               BY THE COURT:

                                                  Michael E. Romero
                                                  United States Bankruptcy Judge