# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON, | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| COMMAND CENTER, INC., | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY LEE EVANSON, and | ) | |
| LYNETTE PEARCE EVANSON, | ) | |
| Respondents. | ) | |

## MOVANT COMMAND CENTER, INC.'S
## WITNESS AND EXHIBIT LIST FOR HEARING

COMMAND CENTER, INC. ("Command Center"), through its undersigned counsel, respectfully submits its witness and exhibit list for the preliminary hearing on Command Center's Motion for Relief from Stay ("Motion") scheduled for August 7, 2013 at 9:30 a.m.

**I.   WITNESSES**

    **A.   Witnesses Whom Command Center WILL call.**

    1.   Ron Junck, Command Center, Inc., 3901 N. Schreiber Way, Coeur d'Alene, ID 83815; 208-773-7450. Mr. Junck will be called to testify as to all issues raised in the Motion.

    **B.   Witnesses whom Command Center MAY call.**

    1.   Heather Cleary, Ritsema & Lyon, PC, 999 18th Street, Suite 3100, Denver, CO 80202; 303–675-4414. Ms. Cleary may be called to testify to the Denver District Court case entitled *Advantedge Insurance Group, L.L.C. v. Command Center, Inc. v. Moreton Insurance of Colorado, LLC dba Moreton & Company, et al.*, Case No. 2010CV4135 and to all issues raised in the Motion.

2. Terry Lee Evanson, Debtor, to testify as to all issues raised in the Motion.

3. Lynette Pearce Evanson, Debtor, to testify as to all issues raised in the Motion.

4. Any witness listed and/or called to testify by any other party.

5. Any witness necessary for rebuttal or impeachment.

6. Any witness necessary to authenticate any document introduced at the hearing.

**II.** **EXHIBIT LIST**

**A.** **Exhibits That Command Center Intends to Introduce at the Hearing are enumerated in Attachment 1, attached hereto and incorporated herein by reference.**

DATED this 2nd day of August, 2013.

Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.

*/s/ Kenneth J. Buechler*
_____
Kenneth J. Buechler, #30906
1621 18th Street, Suite 260
Denver, Colorado  80202
Tel: 720-381-0045
Fax: 720-381-0382
ken@kjblawoffice.com

## CERTIFICATE OF SERVICE OF MOTION

The undersigned certifies that on August 2, 2013, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **MOVANT COMMAND CENTER, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING**, together with all attachments thereto, on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Terry Lee Evanson
Lynette Pearce Evanson
10175 S. Oneida Street
Littleton, CO 80124

Kevin D. Allen
Patrick D. Vellone
1600 Stout St., Ste. 1100
Denver, CO 80202

William C. Brittan
270 St. Paul Street, Ste. 200
Denver, CO 80206

Heather S. Cleary
999 18th Street, Ste. 3100
Denver, CO 80202

Clarissa M. Raney
555 17th Street, Ste. 3200
Denver, CO 80202

Jeffrey Weinman
730 17th Street, Ste. 240
Denver, CO 80202

Alan K. Motes
United States Trustee
999 18th Street, Ste. 1551
Denver, CO 80202

*/s/ Sharon E. Fox*
_____
For Buechler Law Office, L.L.C.

# ATTACHMENT 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

### In Re: TERRY LEE EVANSON and LYNETTE PEARCE EVANSON
### Chapter 11, Case Number 13-19032-MER

### MOVANT COMMAND CENTER, INC.'S EXHIBITS FOR HEARING

**Submitted by:** Command Center, Inc.

**In connection with:** August 7, 2013 Hearing on Command Center, Inc.'s Motion for Relief from Stay

| EXHIBIT | DESCRIPTION | OFFERED (Yes/No) | ADMITTED (Yes/No) | ADDITIONAL COMMENTS |
|---|---|---|---|---|
| 1. | AdvantEdge Insurance's Group, LLC's Complaint | | | |
| 2. | Command Center's initial Answer to the Complaint and Jury Demand | | | |
| 3. | Command Center's Third Amended Answer and Counterclaims | | | |
| 4. | Mr. Evanson's Answer to the Counterclaims | | | |
| 5. | Ms. Evanson's Answer to the Counterclaims | | | |
| | | | | |
| | Any Exhibits Introduced by any other party | | | |
| | Any Exhibit necessary for rebuttal or impeachment. | | | |