**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON COMMAND CENTER, INC.'S MOTION FOR RELIEF FROM STAY**

Terry Lee Evanson ("T. Evanson") and Lynette Pearce Evanson ("L. Evanson") (collectively, the "Evansons" or "Debtors"), through undersigned counsel, submits the following Witness and Exhibit List for hearing on Command Center's Motion for Relief from Stay scheduled for August 7, 2013 at 9:30 a.m.:

**I.     WITNESSES**

**Debtors WILL call the following witnesses:**

1. Terry Lee Evanson, 10175 South Oneida, Littleton, CO 80124. Mr. Evanson will testify as to all issues raised in the Motion and Objection.

2. Lynette Pearce Evanson, 10175 South Oneida, Littleton, CO 80124. Mrs. Evanson will testify as to all issues raised in the Motion and Objection.

**Debtors MAY call the following witnesses:**

1. Heather Cleary, Ritsema & Lyon, P.C., 999 18th Street, Suite 3100, Denver, CO 80202. Ms. Clear may be called to testify as to the AdvantEdge Adversary Proceeding, *Command Center, Inc. v. AdvantEdge Insurance Group, LLC,* United States Bankruptcy Court for the District of Colorado, Case No. 13-10006-MER, as well as the Denver District Court case, *AdvantEdge Insurance Group, LLC v. Command Center, Inc.*, Case No. 2010CV4135.

2. Any witness listed or called by any other party

1

3. Any witness necessary for rebuttal or impeachment; and

4. Any witness necessary for authentication of exhibits.

## II. EXHIBITS

Debtors intend to introduce as exhibits at hearing those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Respectfully submitted this 2nd day of August, 2013.

ALLEN & VELLONE, P.C.

*/s/Patrick D. Vellone*
Patrick D. Vellone, # 15284
Kevin D. Allen, #8878
Tatiana G. Popacondria, # 42261
1600 Stout Street, Suite 1100
Denver, CO 80202
Telephone: (303) 534-4499

**ATTORNEYS FOR THE DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2013, I electronically filed with the Clerk of the Court using CM/ECF system and served by prepaid first class mail a copy of the foregoing on the following parties listed below:

Clarissa M. Raney
555 17th St., Ste. 3200
Denver, CO 80202-3921

William C. Brittan
270 St. Paul St., Ste. 200
Denver, CO 80206-5133

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202-2415

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202-2415

Jeffrey A. Weinman
730 17th St., Ste. 240
Denver, CO 80202-3506

Douglas County Treasurer
Attn: Stephanie Cook
100 Third Street
Castle Rock, CO 80104

Heather S. Cleary, Esq.
999 18th Street, Suite 3100
Denver, CO 80202

Kenneth J. Buechler
Buechler Law Office, LLC
1621 18th Street, Suite 260
Denver, Colorado 80202

*/s/ Juanita E. Sena*_____
Juanita E. Sena

3