ATTACHMENT 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: Terry Lee Evanson and Lynette Pearce Evanson
Chapter 11, Case No. 13-19032-MER

SUBMITTED BY: TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON
In connection with: August 7, 2013 Hearing on Command Center, Inc.'s Motion for Relief from Stay

| Ex. No. | Brief Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A. | Motion for Examination of Terry Lee Evanson and Lynette Pearce Evanson | | | |
| B. | Objection to Discharge And Complaint Under 523(a)(2), (4) & (6) of the Bankruptcy Code to Determine the Dischargeability of a Debt, Bankruptcy Case No. 13-10006-MER | | | |
| C. | Any pleading or exhibit used in present case | | | |
| D. | Any exhibit identified or offered by any other party | | | |
| E. | Any documents necessary for rebuttal or impeachment purposes | | | |