UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

| | | |
|---|---|---|
| Date: | **August 7, 2013** | **Honorable Michael E. Romero, Presiding** |

| | | | |
|---|---|---|---|
| In re: | **TERRY LEE EVANSON and LYNETTE PEARCE EVANSON** | | |
| | | Debtors. | **Case No. 13-19032 MER** |
| | **COMMAND CENTER, INC.** | Movant | **Chapter 11** |
| | **TERRY LEE EVANSON and LYNETTE PEARCE EVANSON** | Respondents | |

Appearances:

| | | | |
|---|---|---|---|
| Trustee | | Counsel | |
| Debtor(s) | | Counsel | **Patrick Vellone** |
| Creditor | | Counsel | **Kenneth Buechler/Joshua Sheade/Heather Clearly** |

Proceedings:   **Motions for Relief from Stay filed by Command Center, Inc. and Debtors' response**   [ X ] Evidentiary

   [X] Offer of Proof       [X] Exhibits tendered
   [ ] Witnesses Sworn (see attached list)

Orders:

[X]   The Court takes this matter under advisement.  A separate order will enter.

Date: **August 7, 2013**        FOR THE COURT:
                    *Kelly J. Sweeney, Acting Clerk*

                    By: _____