## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

### DEBTORS' AMENDED WITNESS AND EXHIBIT LIST FOR HEARING ON COMMAND CENTER, INC.'S MOTION FOR RELIEF FROM STAY

Terry Lee Evanson ("T. Evanson") and Lynette Pearce Evanson ("L. Evanson") (collectively, the "Evansons" or "Debtors"), through undersigned counsel, submits the following Amended Witness and Exhibit List for hearing on Command Center's Motion for Relief from Stay:

**I.      WITNESSES**

**Debtors WILL call the following witnesses:**

1.      Terry Lee Evanson, 10175 South Oneida, Littleton, CO 80124.  Mr. Evanson will testify that neither he nor is wife are "necessary parties" to the Denver District Court case, *AdvantEdge Insurance Group, LLC v. Command Center, Inc.*, Case No. 2010CV4135 (the "Civil Action").  The Civil Action was commenced by AdvantEdge Insurance Group, LLC against Command Center on or around May 19, 2010.  Mr. Evanson was will testify that **Debtors are not necessary parties** to the Civil Action as evidenced by the fact that neither he nor his wife were even added as **additional** third party defendants to the Command Center Cross Claims until March 28, 2012 when Command Center filed its Third Amended Answer and Counterclaims.  As evidenced by Exhibits C – E, attached hereto, Command Center previously filed three Amended Answers and Counterclaims, which also included third-party claims against Moreton Insurance of Colorado, LLC d/b/a Moreton & Company.  The Amended Answers were filed on July 26, 2010, December 16, 2010 and June 9, 2011.  Mr. Evanson will also testify as to all other issues raised in the Motion and Objection.

2.      Lynette Pearce Evanson, 10175 South Oneida, Littleton, CO 80124. Mrs. Evanson will testify that she is not a "necessary party" to the Civil Action.  Mrs. Evanson was

1

not brought in as a party until March 28, 2012 when Command Center filed its Third Amended Answer and Counterclaims.  As evidenced by Exhibits C – E, attached hereto, Command Center previously filed three Amended Answers and Counterclaims, which also included third-party claims against Moreton Insurance of Colorado LLC d/b/a Moreton & Company. The Amended SAnswers were filed on July 26, 2010, December 16, 2010 and June 9, 2011. In addition, Mrs. Evanson will testify that she is not a necessary party because there is only one claim asserted against her in the Third Amended Answer and Counterclaims, Piercing the Corporate Veil – Special Remedy, which claim is specifically brought against Moreton Insurance and seeks recovery of any judgment on that claim from Ms. Evanson. Mrs. Evanson will also testify as to all other issues raised in the Motion and Objection.

**Debtors MAY call the following witnesses:**

1.  Heather Cleary, Ritsema & Lyon, P.C., 999 18th Street, Suite 3100, Denver, CO 80202.  Ms. Clear may be called to testify as to the AdvantEdge Adversary Proceeding, *Command Center, Inc. v. AdvantEdge Insurance Group, LLC,* United States Bankruptcy Court for the District of Colorado, Case No. 13-10006-MER, as well as the Civil Action.

2.  Any witness listed or called by any other party

3.  Any witness necessary for rebuttal or impeachment; and

4.  Any witness necessary for authentication of exhibits.

## II.   EXHIBITS

Debtors intend to introduce as exhibits at hearing those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Respectfully submitted this 7th day of August, 2013.

                                                                  ALLEN & VELLONE, P.C.

                                                                  */s/Patrick D. Vellone*
                                                                  Patrick D. Vellone, # 15284
                                                                  Kevin D. Allen, #8878
                                                                  Tatiana G. Popacondria, # 42261
                                                                 1600 Stout Street, Suite 1100
                                                                  Denver, CO 80202
                                                                 Telephone: (303) 534-4499

                                                                **ATTORNEYS FOR THE DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2013, I electronically filed with the Clerk of the Court using CM/ECF system and served by prepaid first class mail a copy of the foregoing on the following parties listed below:

Clarissa M. Raney
555 17th St., Ste. 3200
Denver, CO 80202-3921

William C. Brittan
270 St. Paul St., Ste. 200
Denver, CO 80206-5133

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202-2415

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202-2415

Jeffrey A. Weinman
730 17th St., Ste. 240
Denver, CO 80202-3506

Douglas County Treasurer
Attn: Stephanie Cook
100 Third Street
Castle Rock, CO 80104

Heather S. Cleary, Esq.
999 18th Street, Suite 3100
Denver, CO 80202

Kenneth J. Buechler
Buechler Law Office, LLC
1621 18th Street, Suite 260
Denver, Colorado 80202


      */s/ Juanita E. Sena*_____
      Juanita E. Sena

ATTACHMENT 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: Terry Lee Evanson and Lynette Pearce Evanson
Chapter 11, Case No. 13-19032-MER

SUBMITTED BY: TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON
In connection with: August 7, 2013 hearing on Command Center, Inc.'s Motion for Relief from Stay

| Ex. No. | Brief Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A. | Motion for Examination of Terry Lee Evanson and Lynette Pearce Evanson | | | |
| B. | Objection to Discharge And Complaint Under 523(a)(2), (4) & (6) of the Bankruptcy Code to Determine the Dischargeability of a Debt, Bankruptcy Case No. 13-10006-MER | | | |
| C. | Command Center's Amended Answer to Complaint Counterclaims and Third Party Complaint Against Moreton & Company | | | |
| D. | Command Center's Amended Answer to Complaint and Counterclaims | | | |
| E. | Command Center's Amended Answer to Complaint and Amended Counterclaims | | | |
| F. | Any pleading or exhibit used in present case | | | |
| G. | Any exhibit identified or offered by any other party | | | |
| H. | Any documents necessary for rebuttal or impeachment purposes | | | |