United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 13-19032-MER
Terry Lee Evanson                                                         Chapter 11
Lynette Pearce Evanson
         Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: cosior          Page 1 of 2          Date Rcvd: Aug 07, 2013
                              Form ID: pdf904       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2013.
db/db         Terry Lee Evanson,   Lynette Pearce Evanson,   10175 S Oneida St,   Littleton, CO  80124-9608
intp         +Diane A. Holbert,   Douglas County Treasurer,   100 Third Street,   Attn: Stephanie Cook,
               Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2013**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 1082-1          User: cosior                 Page 2 of 2                  Date Rcvd: Aug 07, 2013
                              Form ID: pdf904              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2013 at the address(es) listed below:
          Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
          Clarissa M. Raney    on behalf of Creditor    Moreton Insurance of Colorado cmraney@hollandhart.com,
          sjohnson@hollandhart.com
          Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
          kristine.fernatt@ritsema-lyon.com
          Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
          lkraai@weinmanpc.com
          Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
          lkraai@weinmanpc.com
          Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
          sharon@kjblawoffice.com
          Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,
          mmorton@allen-vellone.com
          Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,
          mmorton@allen-vellone.com
          Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,
          jsena@allen-vellone.com;dbarela@allen-vellone.com
          Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,
          jsena@allen-vellone.com;dbarela@allen-vellone.com
          Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,
          dbarela@allen-vellone.com
          Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson
          tpopacondria@allen-vellone.com,  dbarela@allen-vellone.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
          William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
          adavis@ckbrlaw.com
                                                                                       TOTAL: 14

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

| | | |
|---|---|---|
| Date: | **August 7, 2013** | **Honorable Michael E. Romero, Presiding** |

| | | | |
|---|---|---|---|
| In re: | **TERRY LEE EVANSON and LYNETTE PEARCE EVANSON** | Debtors. | **Case No. 13-19032 MER** |
| | **COMMAND CENTER, INC.** | Movant | **Chapter 11** |
| | **TERRY LEE EVANSON and LYNETTE PEARCE EVANSON** | Respondents | |

Appearances:

| | | | |
|---|---|---|---|
| Trustee | | Counsel | |
| Debtor(s) | | Counsel | **Patrick Vellone** |
| Creditor | | Counsel | **Kenneth Buechler/Joshua Sheade/Heather Clearly** |

Proceedings: **Motions for Relief from Stay filed by Command Center, Inc. and Debtors' response**     **[ X ] Evidentiary**

    **[X] Offer of Proof     [X] Exhibits tendered**
    **[ ] Witnesses Sworn (see attached list)**

Orders:

[X]     The Court takes this matter under advisement. A separate order will enter.

Date: **August 7, 2013**     FOR THE COURT:
*Kelly J. Sweeney, Acting Clerk*

By: _____