**DEBTOR:** _TERRY & LYNETTE EVANSON_

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

**CASE NUMBER:** _13 - 19032 MER_

**Form 2-A**
**COVER SHEET**

For Period Ending _7 - 31 - 13_

**Accounting Method:** ☐ Accrual Basis ☒ Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts _WELLS FARGO_ _RED ROCKS Ca. Union_ IMPORTANT: Redact account numbers and remove check images |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts _none_ |

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: _8/20/13_    Print Name: _TERRY L. EVANSON_

Signature: _[signature]_

Title:

Rev. 12/10/2009

# Wells Fargo Opportunity Checking℠

Account number: ⸱⸱ ⸱ ■ July 8, 2013 - July 19, 2013 ■ Page 1 of 3



TERRY L EVANSON
DEBTOR IN POSSESSION
CH 11 CS 13-18032 (CO)
10175 ONEIDA ST
LITTLETON CO 80124-9508

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
*En español:* 1-877-727-2932

奉話 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/8 | $0.00 |
| Deposits/Additions | 4,629.51 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 7/19** | **$4,629.51** |

Account number: 9706143576
**TERRY L EVANSON**
**DEBTOR IN POSSESSION**
**CH 11 CS 13-19032 (CO)**
*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ☎ July 8, 2013 - July 19, 2013 ☎ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 7/8 | | Deposit Made In A Branch/Store | 60.00 | | 60.00 |
| 7/9 | | Deposit Made In A Branch/Store | 333.23 | | 393.23 |
| 7/17 | | Deposit Made In A Branch/Store | 4,236.28 | | 4,629.51 |
| Ending balance on 7/19 | | | | | 4,629.51 |
| Totals | | | $4,629.51 | $0.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/08/2013 - 07/19/2013 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee. You have up to 90 calendar days from 07/08/2013 to complete the package requirements.

| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| 1) Have any ONE of the following account requirements | | |
| · Minimum daily balance | $2,000.00 | $60.00 ☐ |
| · Total amount of qualifying direct deposits | $750.00 | $0.00 ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 0 ☐ |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☐ |

**Monthly service fee discount(s)** *(applied when box is checked)*

Online only statements (reduces monthly service fee by $2.00)     ☐

*Includes Wells Fargo consumer accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
ਪ੍ਰ

Account number:            July 8, 2013 - July 19, 2013      Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your
account register balance. Be sure that your register shows any interest
paid into your account and any service charges, automatic payments or
ATM transactions withdrawn from your account during this statement
period.

**[A]** Enter the ending balance on this statement.    $ _____

**[B]** List outstanding deposits and other
credits to your account that do not appear on
this statement. Enter the total in the column
to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**[C]** Add **[A]** and **[B]** to calculate the subtotal.    = $ _____

**[D]** List outstanding checks, withdrawals, and
other debits to your account that do not appear
on this statement. Enter the total in the column
to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**[E]** Subtract **[D]** from **[C]** to calculate the
adjusted ending balance. This amount should be
the same as the current balance shown in your
register.

= $ _____

## General statement policies for Wells Fargo Bank

■ To dispute or report inaccuracies in information we have furnished to a
Consumer Reporting Agency about your accounts. You have the right to
dispute the accuracy of information that Wells Fargo Bank, N.A. has
furnished to a consumer reporting agency by writing to us at Wells Fargo
Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the
specific information that is inaccurate or in dispute and the basis for the
dispute along with supporting documentation. If you believe the
information furnished is the result of identity theft, please provide us with
an identity theft report.

■ In case of errors or questions about your electronic transfers,
telephone us at the number printed on the front of this statement or write
us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as
you can, if you think your statement or receipt is wrong or if you need more
information about a transfer on the statement or receipt. We must hear
from you no later than 60 days after we sent you the FIRST statement on
which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as
clearly as you can why you believe it is an error or why you need more
information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If
we take more than 10 business days to do this, we will credit your account
for the amount you think is in error, so that you will have the use of the
money during the time it takes us to complete our investigation.

■ In case of errors or questions about your Direct Deposit Advance®
service

If you think your bill is wrong, or if you need more information about a
transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995,
Portland, OR 97228-6995 as soon as possible. We must hear from you no
later than 60 days after we sent you the first bill on which the error or
problem appeared. You can telephone us, but doing so will not preserve
your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an
error. If you need more information, describe the item you are unsure
about.

You do not have to pay any amount in question while we are investigating,
but you are still obligated to pay the parts of your bill that are not in
question. While we investigate your question, we cannot report you as
delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC

**07 VW JETTA 2401 151**
Jul 1 - Jul 31, 2013 Custom

| | | |
|---|---|---|
| Balance | $5,075.20 |
| Available credit | $0.00 |
| Amount due | $377.59 |
| Next due | 09/15/2013 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 07/31/2013 | PAYMENT / SBI 0731 1704 377163 9220 Park Meadows Drive Lone Tree CO | | $377.59 | $5,455.50 |
| | | Principal | -$326.93 | |
| | | Interest | $35.66 | |
| | | Fee | $15.00 | |

**This balance may include overdraft or line of credit funds.

*Red Rocks July Account Summary from Online.*

Wells Fargo Account Activity

**Wells Fargo Online®**

## Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $5,276.94 |
| Pending Withdrawals/ Debits | -$88.18 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $5,187.76 |

*8/20/13 Balances*

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show:  for  Date Range  07/08/13 to 07/31/13

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 07/31/13 | CHECK # 105  *RED ROCKS Cr Union* | | $377.59 | $7,327.78   *7/31/13* |
| 07/31/13 | RETURN ITEM CHARGE - PAPER MN 130731  *NSF - CLIENT CHECK* | | $6.00 | |
| 07/31/13 | CASHED/DEPOSITED ITEM RETN UNPAID FEE | | $12.00 | |
| 07/31/13 | DEPOSIT MADE IN A BRANCH/STORE#669547676 | $1,020.00 | | |
| 07/30/13 | Check # 102 (Converted ACH) XCEL ENERGY XCELENERGY 130730 00102 9321009233301172  *UTILITIES* | | $488.07 | $6,703.37 |
| 07/30/13 | POS PURCHASE - JETRO HOLDINGS LLC GREENWOOD VILCO 4079 0035321167597844  *SUPPLIES* | | $305.70 | |
| 07/30/13 | POS PURCHASE - HOB LOS 117 8181 S Q Centennial CO 4079 00303211535372113 | | $100.88 | |
| 07/30/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000157612838 | | $573.70 | |
| 07/30/13 | Shell Reliance Home Party 2327 Lynette P Evansen | $171.00 | | |
| 07/29/13 | CHECK # 101  *CENTURY PHONE - INTERNET* | | $119.97 | $7,500.70 |
| 07/29/13 | CHECK # 104  *US TRUSTEE FEE* | | $325.00 | |
| 07/29/13 | CHECK # 103  *FARMERS CAR INS.* | | $453.71 | |
| 07/29/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000846526172 | | $43.19 | |
| 07/29/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00463208787907497  *PERSONAL FOOD* | | $11.37 | |
| 07/29/13 | POS PURCHASE - KING SOOPERS 5573S QU HIGHLANDS RNCCO 4079 00463208755998841 | | $13.64 | |
| 07/29/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000351615143 | | $20.13 | |
| 07/29/13 | CHECK CRD PURCHASE 07/27 PARTY CITY #610 LITTLETON CO 434256XXXXXX4079 03320874835738 7MCC=5999  *SUPPLIES* | | $32.00 | |
| 07/29/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000731523649 | | $183.04 | |
| 07/29/13 | CHECK CRD PURCHASE 07/26 PARTY CITY #610 LITTLETON CO 434256XXXXXX4079 26320777730625 7MCC=5999 | | $50.09 | |
| 07/26/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 00363207793464990  *PERSONAL FOOD* | | $26.57 | $8,732.84 |
| 07/26/13 | POS PURCHASE - KING SOOPERS 5673S QU HIGHLANDS RNCCO 4079 00303207753347490 | | $36.32 | |
| 07/26/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 4079 00000000444273443  *SUPPLIES* | | $164.34 | |
| 07/26/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000144826308 | | $268.08 | |
| 07/26/13 | DEPOSIT | $457.00 | | |
| 07/26/13 | DEPOSIT | $623.00 | | |
| 07/26/13 | DEPOSIT | $3,700.00 | | |
| Totals | | $10,690.91 | $3,272.73 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|------|-------------|-------------------|---------------------|---------------------|
| 07/25/13 | POS PURCHASE - COSTCO WHSE 0468 LONE TREE CO 4079 0030320702604350   *SUPPLIES* | | $196.31 | $4,448.25 |
| 07/25/13 | ATM WITHDRAWAL - 9233 E. LINCOLN AVE LITTLETON CO 4079 0009675   *PERSONAL-CASH (misc)* | | $20.00 | |
| 07/23/13 | HARLAND CLARKE CHECK/ACC. 072213 00002367576488 TERRY L 70367 LYNETTE   *SUPPLIES* | | $24.95 | $4,604.56 |
| 07/17/13 | DEPOSIT MADE IN A BRANCH/STORE #689864584 | $4,236.28 | | $4,629.51 |
| 07/09/13 | DEPOSIT MADE IN A BRANCH/STORE #623086270   *BANK ACC FUNDS* | $393.23 | | $393.23 |
| 07/08/13 | DEPOSIT MADE IN A BRANCH/STORE #623086269   *CLOSED & TRANSFERRED* | $60.00 | | -$60.00 |
| Totals | | $10,600.51 | $3,272.73 | |

393 23

☐ Equal Housing Lender
© 1995 – 2013 Wells Fargo. All rights reserved.

*Business Revenue:*
*Deposits*

```
  1020. 00
   171. 00
   457. 00
   623. 00
  3700. 28
  4236.
 ―――――――――
 10207. 28

 ―――――――――
   393 23 , trsf from closed auts.
 ―――――――――
 10600. 51
```

DEBTOR: TERRY & LYNETTE EVANSON    CASE NO: 13-19032 MER

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/13 to 7/31/13

**CASH RECEIPTS DETAIL**    Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 7/31 | ADVANTEDGE BUSINESS GROUP | WAGES | $ 1680.20 } other |
| 7/31 | CANADA PENSION PLAN | SOCIAL SECURITY | 228.53 |
| | | | 1,908.73 (TOTAL) |
| | OPERATIONS INCOME. WEDDINGS AND SCHOOL. | | 10,207.28 |

Total Cash Receipts    $ 12116.01 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

**DEBTOR:** TERRY & LYNETTE EVANSON.    **CASE NO:** 13-19032 MER.

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/13 to 8/31/13.

**CASH FLOW SUMMARY**

| | | Current Month | | Accumulated | |
|---|---|---|---|---|---|
| 1. Beginning Cash Balance | | $ 1777.48 | (1) | $ _____ | (1) |
| 2. Cash Receipts (WELLS FARGO ACCT.) | | 10,207.23 | | | |
|    Operations | | | | | |
|    Sale of Assets | | | | | |
|    Loans/advances | | | | | |
|    Other | | 1908.73 | | | |
|    Total Cash Receipts | | $ 13893.99 | $ | | |
| 3. Cash Disbursements | | | | | |
|    Operations | | | | | |
|    Debt Service/Secured loan payment | | SEE STATEMENT. | | | |
|    Professional fees/U.S. Trustee fees | | | | | |
|    Other | | | | | |
|    Total Cash Disbursements | | $ 6565.71 | $ | | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | | | | |
| 5. Ending Cash Balance (to Form 2-C) | | $ 7327.28 | (2) | $ _____ | (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance | |
|---|---|---|---|
| Petty Cash | | $ | |
| DIP Operating Account | WELLS FARGO. #3576. | 7327.28 | |
| DIP State Tax Account | | 0 | |
| DIP Payroll Account | | 0 | |
| Other Operating Account | | 0 | |
| Other Interest-bearing Account | | 0 | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 7327.78 | (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 12/10/2009

DEBTOR: _Terry + Lynette Evanson_    CASE NO: _13-19032 MER._

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _7/1/13_ to _7/31/13_

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)    **Account No:** _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | See Wells Fargo Bank Statement (OPENED 7/8/13) | | |
| | | Red Rocks Car Payment | | 377.59 |
| | | Utilities | | 488.07 |
| | | Banquet + WEDDING Supplies | | 1319.07 |
| | | CENTURY PHONE | | 119.97 |
| | | US TRUSTEE FEE | | 325.00 |
| | | FARMERS CAR INSURANCE | | 453.71 |
| | | NSF CHECK. ($12.00 + 6.00) | | 18.00 |
| | | PERSONAL FOOT. | | 151.32 |
| | | CASH - (PERSONAL MISC.) | | 20.00 |
| | | | TOTAL. | 3272.73 |
| | | WORK HEALTH INSURANCE. | | 16.21.82 |
| | | GAS + AUTO. | | 376.79 |
| | | LYNETTE CHIROPRACTOR | | 45.00 |
| | | RECREATIONAL | | 105.85 |
| | | PERSONAL FOOD. | | 22.66 |
| | | BANQUET + WEDDING SUPPLIES | | 1120.86 |

**Total Cash Disbursements**    $ _6565.71_ (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

**DEBTOR:** _Terry & Lynette Evanson_     **CASE NO:** _13-19032 MER._

### Form 2-C
### COMPARATIVE BALANCE SHEET
For Period Ended: _____

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ | $ |
| **Fixed Assets:** | | |
| Land | $ | $ |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| **TOTAL OWNERS' EQUITY** | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

**DEBTOR:** *Terry + Lynette Evanson*          **CASE NO:** *13 -19032 MER*

### Form 2-D
### PROFIT AND LOSS STATEMENT
For Period _7/1/13_ to _7/31/13_

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ _13893 49_ | $ |
| Less: Discounts, Returns and Allowances | ( _____ ) | ( _____ ) |
| **Net Operating Revenue** | $ _13893 49_ | $ |
| Cost of Goods Sold | _2439.93_ | |
| **Gross Profit** | $ _11,453 56_ | $ |
| Operating Expenses | | |
| Officer Compensation | $ | $ |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| _____ | | |
| Total Operating Expenses | $ | $ |
| **Operating Income (Loss)** | $ _11,453.—_ 56 | $ |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ _4125.78_ | $ |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ | $ |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ _7327 78_ | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ _7327 28_ | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

**DEBTOR:** _Terry & Lynette Evanson_     **CASE NO:** _13-19032 MER._

## Form 2-E
### SUPPORTING SCHEDULES
For Period: _7/1/13_ to _7/31/13._

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Other: _____ | | | | | | |
| **TOTALS** | $ | $ | $ | | | $ _none_. |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ _none_ | | $ |
| General Liability | | $ _none_ | | $ |
| Property (Fire, Theft) | _Farmers Insurance_ | $ 650,000. | 2/14. | $ _Feb. 2014_ |
| Vehicle | _Farmers Insurance_ | $ 500,000 | 10/13. | $ |
| Other (list): | _Transamerica life ins._ | $ 500,000 | 8/13 | $ 8/13. |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

**DEBTOR:** _Terry & Lynette Evanson_          **CASE NO:** _13 - 19032 MER_

### Form 2-E
### SUPPORTING SCHEDULES
For Period: _7/1/13_ to _7/31/13_

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less:  Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ _none_ |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ _none_ |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | _none_ | $ |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** _Terry + Lynette Evanson_

**CASE NO:** _13-19032 MER._

### Form 2-F
### QUARTERLY FEE SUMMARY *
### For the Month Ended:

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| **TOTAL 1st Quarter** | | $ | $ | | |
| April | | $ | | | |
| May | | | | | |
| June | | | | | |
| **TOTAL 2nd Quarter** | | $ ~~5473.48~~ | $ | _CHECK #104 for 325.ºº_ _Paid in July 29/13._ | |
| July | 6566 | $ | | | |
| August | | | | | |
| September | | | | | |
| **TOTAL 3rd Quarter** | | $ | $ | | |
| October | | $ | | | |
| November | | | | | |
| December | | | | | |
| **TOTAL 4th Quarter** | | $ | $ | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur in 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999............... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1
Rev. 12/10/2009

DEBTOR: *Terry & Lynette Evanson*          CASE NO: *13-19032 MER*

### Form 2-G
### NARRATIVE
For Period Ending _*7/31/13*_

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

None