UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re:<br>TERRY LEE EVANSON<br>LYNETTE PEARCE EVANSON<br><br>        Debtor(s).<br><br>DISCOVER BANK,<br>        Movant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 13-19032-MER |

## MOTION TO EXTEND THE TIME TO DETERMINE DISCHARGEABILITY OF DEBT AND TO EXTEND DISCHARGE

Now comes, Discover Bank ("Creditor"), by and through counsel, David A. Bauer, P.C., and avers the following:

1. The last date for filing objections to discharge or to determine dischargeability of debts is September 6, 2013.

2. During the period of January 31, 2013 through February 7, 2013, Debtor incurred $9,500.00 plus interest, in credit card charges on the Discover account ending in 3538.

3. Creditor alleges that such charges are non-dischargeable pursuant to Section 523(a)(2)(A) of the Bankruptcy Code.

4. Creditor makes the present Motion for the purpose of allowing Creditor more time to conduct an examination of the Debtor pursuant to Rule 2004(a) in order to determine if an objection to the discharge of said debt is necessary.

5. Creditor requests that the deadline for filing an objection to the dischargeability

of this debt be extended as to Creditor, only, by sixty (60) days or until November 6, 2013.

6. Creditor further requests that the discharge date be extended by sixty (60) days or until November 6, whichever is later.

7. Federal Rule of Bankruptcy Procedure 9006(b)(1)(1) permits this Court to extend the time for the filing of a complaint to determine discharge for cause, upon request, as long as that request is filed before the expiration of the time period allotted for the filing of a complaint regarding discharge or to determine dischargeability of debts under 11 U.S.C. § 523.

8. Creditor has not filed any prior Motion to Extend the Time to Determine Dischargeability of Debt Due.

WHEREFORE, Creditor requests an Order of this Court extending the last date to oppose discharge, as it pertains to the aforementioned debt owed to Discover Bank, by sixty (60) days or until November 6, 2013. Creditor further requests an Order of this Court extending the discharge date by sixty (60) days or until November 6, 2013.

Dated this 21st day of August, 2013.

By: _____
David A. Bauer, No. 7576
Alexis L. Davidson, No. 36553
ATTORNEYS FOR CREDITOR
2594 S Lewis Way, Suite A
Lakewood, CO 80227
Phone (303) 986-1200