# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re:<br>TERRY LEE EVANSON<br>LYNETTE PEARCE EVANSON | )<br>)<br>) | Chapter 11<br>Case No. 13-19032-MER |
| Debtor(s). | )<br>) | |
| DISCOVER BANK,<br>Movant. | )<br>)<br>) | |

## ORDER

NOW, this _____ day of _____, 2013, upon consideration of the Creditor's Motion to Extend the Time to Determine Dischargeability of Debt and to Extend Discharge, filed in the above-captioned proceedings, it is ORDERED, ADJUDGED AND DECREED that the motion is herby granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the last date for objecting to the discharge or for determination of dischargabilty of debt, as to Discover Bank DB Servicing Corporation, only, be and hereby is extended from September 6, 2013 to November 6, 2013.

Michael E. Romero
United States Bankruptcy Judge