## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In Re:
TERRY LEE EVANSON                              )          Chapter 11
LYNETTE PEARCE EVANSON                         )          Case No.   13-19032-MER
                                               )
        Debtor(s).                            )
                                               )
DISCOVER BANK,                                 )
        Movant.                               )

---

### NOTICE OF MOTION TO EXTEND THE TIME TO DETERMINE DISCHARGEABILITY OF DEBT AND TO EXTEND DISCHARGE

---

### OBJECTION DEADLINE:   SEPTEMBER 6, 2013

**YOU ARE HEREBY NOTIFIED** that DISCOVER BANK has filed a MOTION TO EXTEND THE TIME TO DETERMINE DISCHARGEABILITY OF DEBT AND TO EXTEND DISCHARGE with the bankruptcy court and requests the following relief: DISCOVER BANK requests the deadline to determine dischargeability be extended to November 6, 2013 in order to allow it time to conduct a 2004 examination of the Debtor to determine if an objection to discharge is necessary.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely and substantial request for hearing by an interested party, this Court will act on the aforementioned Motion without any further notice to creditors or interested parties.

Dated:   8/21/13

DAVID A. BAUER, P.C.

Alexis L. Davidson, No. 36553
2594 South Lewis Way, Suite A
Lakewood, Colorado 80227
(303) 986-1200