UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:
TERRY LEE EVANSON ) Chapter 11
LYNETTE PEARCE EVANSON ) Case No. 13-19032-MER
)
    Debtor(s). )
)
DISCOVER BANK, )
    Movant. )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am not less than eighteen (18) years of age; that I mailed true and correct copies of the foregoing NOTICE OF MOTION TO EXTEND THE TIME TO DETERMINE DISCHARGEABILITY OF DEBT AND TO EXTEND DISCHARGE along with the MOTION TO EXTEND THE TIME TO DETERMINE DISCHARGEABILITY and the proposed ORDER, by electronic case filing to all available parties for selection, and to all parties not available, by placing same in the U.S. Mail, postage prepaid, on the 21st day of August, 2013, addressed to the following:

Debtors
Terry Lee and Lynette Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Debtor's Attorney
Kevin D. Allen
1600 Stout St.
Ste. 1100
Denver, CO 80202

Office of the U.S. Trustee
999 18th St.
Ste. 1551
Denver, CO 80202

** As well as to all on attached Creditors' Matrix

```
Label Matrix for local noticing        US Bankruptcy Court                     Advantedge Business Group, LLC
1082-1                                 US Custom House                         9777 Pyramid Ct Ste 220
Case 13-19032-MER                      721 19th St.                            Englewood, CO 80112-6046
District of Colorado                   Denver, CO 80202-2508
Denver
Wed Aug 21 08:53:35 MDT 2013

Allied Interstate                      American Express                        American Express
3000 Corporate Exchange Dr             PO Box 297879                           PO Box 297879
Columbus, OH 43231-7684                Fort Lauderdale, FL 33329-7879          Ft Lauderdale, FL 33329-7879


American Express                       Bank Of America                         Castle Rock Security
PO Box 650448                          PO Box 851001                           400 W Division St
Dallas, TX 75265-0448                  Dallas, TX 75285-1001                   Syracuse, NY 13204-1438


Chase                                  Citi                                    Colorado Dept of Revenue
Cardmember Service                     PO Box 6077                             1375 Sherman St, Rm 504
PO Box 94014                           Sioux Falls, SD 57117-6077              Denver, CO 80261-0004
Palatine, IL 60094-4014


Command Center, Inc.                   Discover                                Discover Bank
C/O Heather Cleary & Thomas Kanan      PO Box 29033                            DB Servicing Corporation
999 18th St Ste 3100                   Phoenix, AZ 85038-9033                  PO Box 3025
Denver, CO 80202-2499                                                          New Albany, OH 43054-3025


Douglas County Treasurer               FIA CARD SERVICES, N.A.                 Hill Property
Attn: Stephanie Cook                   P O Box 982284                          PO Box 4389
100 Third Street                       El Paso, TX 79998-2284                  Taber, Alberta
Castle Rock, CO 80104-2425                                                     Canada,


Home Depot                             Houslanger & Associates, PLLC           Internal Revenue Service
Processing Center                      372 New York Ave                        P.O. Box 7346
Des Moines, IA 50364-0500              Huntington, NY 11743-3311               Philadelphia, PA 19101-7346


Lowes                                  NCO Financial Systems, Inc.             North Shore Agency
PO Box 530954                          355 Union Blvd Ste 350                  4000 E 5th Ave
Atlanta, GA 30353-0954                 Lakewood, CO 80228-1528                 Columbus, OH 43219-1811


Provo Dental                           Red Rocks Credit Union                  Santander Consumer USA
1355 N University Ave Ste 330          9325 Dorchester St Ste 200              P.O. Box 961245
Provo, UT 84604-2721                   Highlands Ranch, CO 80129-2519          Fort Worth, TX 76161-0244


(p)SPRINT NEXTEL CORRESPONDENCE        U.S. Bank                               (p)US BANK
ATTN BANKRUPTCY DEPT                   C/O Law Office Of David A. Bauer, P.C.  PO BOX 5229
PO BOX 7949                            2594 S Lewis Way Unit A                 CINCINNATI OH 45201-5229
OVERLAND PARK KS 66207-0949            Lakewood, CO 80227-2839
```

| | | |
|---|---|---|
| US Bank<br>PO Box 790401<br>Saint Louis, MO 63179-0401 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | Wells Fargo<br>PO Box 30097<br>Los Angeles, CA 90030-0097 |
| Wells Fargo<br>PO Box 5247<br>Denver, CO 80217-5247 | Wells Fargo Bank N.A.<br>PO Box 10438 MAC X2505-036<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 |
| Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA 90030-0086 | Westcore Pyramid LP<br>PO Box 748175<br>Los Angeles, CA 90074-8175 | Diane A. Holbert<br>Douglas County Treasurer<br>100 Third Street<br>Attn: Stephanie Cook<br>Castle Rock, CO 80104-2425 |
| Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 | Kevin D. Allen<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Lynette Pearce Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 |
| Patrick D. Vellone<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Tatiana G. Popacondria<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Terry Lee Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Sprint<br>6391 Sprint Parkway<br>Overland Park, KS 66251-6100 | (d)Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | (d)Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |
| US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Command Center, Inc. | (u)Moreton Insurance of Colorado | (u)Keith Anderson |

| | | |
|---|---|---|
| (d)Patrick D. Vellone<br>1600 Stout St.<br>Suite 1100<br>Denver, CO 80202-3160 | (d)Tatiana G. Popacondria<br>1600 Stout Street<br>Suite 1100<br>Denver, CO 80202-3160 | End of Label Matrix<br>Mailable recipients 44<br>Bypassed recipients 5<br>Total 49 |