# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

## ORDER AUTHORIZING THE EXAMINATION OF COMMAND CENTER PURSUANT TO RULE 2004

THIS MATTER came before the Court upon the Motion for Examination of Command Center Pursuant to Federal Rule of Bankruptcy Procedure 2004 by Debtors, Terry Lee Evanson ("Evanson") and Lynette Pearce Evanson ("Mrs. Evanson"), by and through their counsel, Allen & Vellone, P.C. The Court, having considered the Motion for Examination of Command Center and being otherwise fully advised in the premises, finds good cause to grant the Motion it is, therefore,

**ORDERED** that the Motion for Examination of Command Center Pursuant to Federal Rule of Bankruptcy Procedure 2004 is **GRANTED** in its entirety, Debtors are authorized to examine Command Center and Commend Center is to produce the documents described in Exhibit A, attached to the said Motion, at the same time of said examination to be scheduled.

**DATED** this _____ day of _____, 2013.

BY THE COURT:

_____
Honorable Michael E. Romero
United States Bankruptcy Judge