# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13-19032 MER |
| TERRY LEE EVANSON | ) |
| LYNETTE PEARCE EVANSON | ) Chapter 11 |
| | ) |
| Debtors. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a non-evidentiary hearing on Debtors' *Motion for Examination of Command Center Pursuant to Federal Rule of Bankruptcy Procedure 2004* and the response thereto by Command Center, Inc. will be held on **Wednesday, September 11, 2013, at 1:30 p.m.** in Courtroom C-502, United States Bankruptcy Court, Byron Rogers Courthouse, 1929 Stout Street, Denver, Colorado.

DATED: August 27, 2013        BY ORDER OF THE COURT:

KELLY J. SWEENEY, ACTING CLERK

By:  Deborah L. Beatty, Deputy Clerk
     United States Bankruptcy Court
     U.S. Custom House
     721 19th Street
     Denver, Colorado 80202-2508