UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>TERRY LEE EVANSON<br>SSN: xxx-xx-9483<br>LYNETTE PEARCE EVANSON<br>SSN: xxx-xx-5531<br>                  Debtors<br>_____<br>SANTANDER CONSUMER USA, INC.,<br><br>                  Movant,<br>   v.<br><br>TERRY LEE EVANSON, LYNETTE PEARCE EVANSON,<br><br>                  Respondents | Case No. 13-19032 MER<br>Chapter 11 |

## ORDER GRANTING RELIEF FROM STAY

Movant, Santander Consumer USA, Inc., has filed herein a motion for relief from stay to enforce its security interest in order to apply state law rights, which may include taking possession and control and to foreclose on property described as:

2010 Honda Pilot VIN: 5FNYF4H65AB027070   (the "motor vehicle").

The Court, being duly advised, hereby orders that the relief sought by the application should be granted, and Movant is hereby granted relief from stay in order to enforce its security interest in the motor vehicle.  The stay of execution imposed by Fed.R.Bank.P. 4001(a)(3) is lifted and Debtors shall disclose the location of the motor vehicle upon request.

**BY THE COURT:**

**Dated:**_____                    _____
                                                            **UNITED STATES BANKRUPTCY JUDGE**
                                                            **The Honorable Michael E. Romero**