## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

## DEBTORS' MOTION TO CONTINUE HEARING OF SEPTEMBER 11, 2013

Debtors, Terry Lee Evanson and Lynette Pearce Evanson (collectively, the "Debtors"), by and through their counsel, Allen & Vellone, P.C., hereby submits the following Motion to Continue Hearing of September 11, 2013, and states as follows:

1.     On August 27, 2013, the Court a Notice of Hearing on Debtors' Motion for Examination of Command Center Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Doc. # 62].  The hearing is set for September 11, 2013 at 1:30 p.m.

2.     Counsel for Debtors, Patrick D. Vellone, is scheduled to be in deposition on September 11. Kevin Allen will be out of town that week. Jennifer Schlatter and Tatiana Popacondria are both out of the country during that week.

3.     The Debtors therefore move this Court to continue the hearing on their Motion for Examination.  The Debtors request that the hearing not be scheduled on September 5, 6 or during the week of September 23 as their counsel is unavailable.

4.     The undersigned has conferred with counsel for Command Center, Kenneth Buechler, who objects to continuing this hearing.

WHEREFORE, Debtors respectfully request that this Court continue the hearing scheduled for September 11, 2013, and for such other and further relief as the Court deems appropriate

DATED this 29th day of August, 2013.

ALLEN & VELLONE, P.C.

*/s/Jennifer E. Schlatter*
Patrick D. Vellone, # 15284
Kevin D. Allen, #8878
Jennifer E. Schlatter, #30626
Tatiana G. Popacondria, # 42261
1600 Stout Street, Suite 1100
Denver, CO 80202
Telephone: (303) 534-4499

ATTORNEYS FOR THE DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that on 29th day of August, 2013, I electronically filed with the Clerk of the Court using CM/ECF system and served by prepaid first class mail a copy of the foregoing on the following parties listed below:

Jeffrey A. Weinman
730 17th St., Ste. 240
Denver, CO 80202-3506

Clarissa M. Raney
555 17th St., Ste. 3200
Denver, CO 80202-3921

William C. Brittan
270 St. Paul St., Ste. 200
Denver, CO 80206-5133

Douglas County Treasurer
Attn:  Stephanie Cook
100 Third Street
Castle Rock, CO 80104

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202-2415

Heather S. Cleary, Esq.
999 18th Street, Suite 3100
Denver, CO 80202

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202-2415

Kenneth J. Buechler
Buechler Law Office, LLC
1621 18th Street, Suite 260
Denver, Colorado 80202

*/s/ Marcie J. Morton*
Marcie J. Morton

2