# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

## ORDER GRANTING DEBTORS' MOTION TO CONTINUE HEARING OF SEPTEMBER 11, 2013

THIS MATTER having come before the Court on Debtors' Motion to Continue Hearing of September 11, 2013, and the Court being duly advised, herby

ORDERS that the Debtors' Motion is GRANTED. The non-evidentiary hearing on Debtors Motion for Examination of Command Center Pursuant to Federal Rule of Bankruptcy Procedure 2004, currently set for September 11, 2013 at 1:30 p.m., is continued until _____, 2013, at _____ a.m./p.m.

DATED this _____ day of _____, 2013

BY THE COURT:

_____
HONORABLE MICHAEL E. ROMERO
U.S. BANKRUPTCY JUDGE

1