United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 13-19032-MER
Terry Lee Evanson                                               Chapter 11
Lynette Pearce Evanson
        Debtors

### CERTIFICATE OF NOTICE

District/off: 1082-1          User: mckinleyj          Page 1 of 2          Date Rcvd: Aug 27, 2013
                             Form ID: pdf904          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2013.
db              Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO  80124-9608
intp           +Diane A. Holbert,   Douglas County Treasurer,    100 Third Street,   Attn: Stephanie Cook,
                Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2013**                 **Signature:**     _Joseph Speetjens_

```
District/off: 1082-1          User: mckinleyj          Page 2 of 2              Date Rcvd: Aug 27, 2013
                              Form ID: pdf904          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2013 at the address(es) listed below:

```
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank alewis@dabauerpc.com
              Clarissa M. Raney    on behalf of Creditor    Moreton Insurance of Colorado cmraney@hollandhart.com,
               sjohnson@hollandhart.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,
               dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson
               tpopacondria@allen-vellone.com,   dbarela@allen-vellone.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                          TOTAL: 15
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

In re:                                      )
                                            )  Case No. 13-19032 MER
TERRY LEE EVANSON                           )
LYNETTE PEARCE EVANSON                      )  Chapter 11
                                            )
        Debtors.                            )

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a non-evidentiary hearing on Debtors' *Motion for Examination of Command Center Pursuant to Federal Rule of Bankruptcy Procedure 2004* and the response thereto by Command Center, Inc. will be held on **Wednesday, September 11, 2013, at 1:30 p.m.** in Courtroom C-502, United States Bankruptcy Court, Byron Rogers Courthouse, 1929 Stout Street, Denver, Colorado.

DATED: August 27, 2013          BY ORDER OF THE COURT:

                                KELLY J. SWEENEY, ACTING CLERK

                                By:  Deborah L. Beatty, Deputy Clerk
                                     United States Bankruptcy Court
                                     U.S. Custom House
                                     721 19th Street
                                     Denver, Colorado 80202-2508