## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
TERRY LEE EVANSON,                              )          Case No. 13-19032 MER
LYNETTE PEARCE EVANSON,                         )          Chapter 11
                                                )
                            Debtors.            )

## MOTION TO EXTEND TIME TO FILE A COMPLAINT
## OBJECTING TO DEBTORS' DISCHARGEABILITY OF DEBTS

COMMAND CENTER, INC. ("Command Center"), through its undersigned counsel, respectfully moves this Court for an Order to Extend Time to File a Complaint Objecting to the Debtors' Dischargeability of Debts, as to Command Center, pursuant to Fed.R.Bankr.P. 4007, and states as follows:

1.  Terry Lee Evanson and Lynette Pearce Evanson (collectively the "Debtors"), filed for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on May 28, 2013 ("Petition Date").

2.  In the Debtors' Statement of Financial Affairs filed in connection with their bankruptcy case, the Debtors listed litigation involving AdvantEdge Insurance Group, LLC and Command Center pending in the District Court of the City and County of Denver, Colorado (the "State Court"), Case No. 2010CV4135, styled *AdvantEdge Insurance Group, LLC, v. Command Center, Inc., et al.* (the "Civil Action"). *See*, Case No. 13-19032-MER,   Docket No. 21, p. 2.  The Debtors scheduled the debts owing to Command Center as contingent, unliquidated and disputed in the amount of $1,500,000. *Id.* at p. 22.

3.  Pursuant to Fed.R.Bankr.P. 4007, the deadline for Command Center to file a complaint to determine dischargeability of certain debts is September 6, 2013. *Id.* at Doc. No. 13.

4.  On or about July 22, 2013, Command Center filed a Motion for Examination of Terry Lee Evanson and Lynette Pearce Evanson, to acquire information relating, but not limited to, the Debtors' sources of pre-petition income, the accuracy of their Statement of Financial Affairs and Schedules, and the nature and extent of their ownership in a residence. On July 29, 2013, the Court entered an Order Granting Motion for Examination of the Debtors.  *Id.* at Doc. No. 48.

5.  The Debtors and Command Center have been attempting to schedule the Rule 2004 Examinations of the Debtors. The Debtors have taken issue with which of Command

-1-

Center's counsel will conduct the examination. As such, the Debtors have declined to voluntarily appear at their examination until such issue is resolved.

6.      Command Center seeks a thirty (30) day extension of the September 6, 2013 deadline, up to and including October 6, 2013, for Command Center to object to the Debtors' dischargeability of their debt, as to Command Center. *See* 11 U.S.C. § 523(a).

7.      Pursuant to Fed.R.Bankr.P 4007(c), on motion of any party in interest, and after notice and hearing, the Court may for cause extend the initial deadline to file a Complaint as to the dischargeability of a debt. The movant must file such motion before the initial deadline expires.

8.      Command Center asserts that cause exists to extend the applicable deadlines as the Debtors have not fully cooperated with Command Center to complete the Rule 2004 Examination and produce their records regarding the Debtors' pre-petition financial affairs. *Themy v. Yu (In re Themy)*, 6 F.3d 688, 689 (10th Cir. 1993).

9.      Until such time that the Debtors fully cooperate, and provide their financial records, Command Center is not in a position to determine if cause exists to file a Complaint objecting to the dischargeability of the Debtors' debts as to Command Center, pursuant to 11 U.S.C. § 523(a). Without its ability to conduct the Rule 2004 Examination, Command Center cannot determine the appropriate future course of action. *See In re Stonham*, 317 B.R. 544, 547-48 (Bankr.D.Colo. 2004).

WHEREFORE, Command Center, a creditor and party in interest to the Debtors bankruptcy, respectfully requests that this Court grant an extension of time to file a Complaint objecting to the Debtors' dischargeability of debts, as to Command Center, up to and including October 6, 2013, and for such other and further relief as this Court deems appropriate.

DATED this 6th day of September, 2013.      Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.

*/s/ Kenneth J. Buechler*
_____
Kenneth J. Buechler, #30906
1621 18th Street, Suite 260
Denver, Colorado 80202
Tel: 720-381-0045
Fax: 720-381-0382
ken@kjblawoffice.com