# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON, ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on September 6, 2013, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGEABILITY OF DEBTS**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Terry Lee Evanson
Lynette Pearce Evanson
10175 South Oneida Street
Littleton, CO 80124

Patrick D. Vellone
Kevin D. Allen, Tatiana Popacondria
1600 Stout St., Suite 1100
Denver, CO 80202

William C. Brittan
270 St. Paul Street, Suite 200
Denver, CO 80206

Heather S. Cleary
999 18th Street, Suite 3100
Denver, CO 80202

Alexis L. Davidson
2594 South Lewis Way, Suite A
Lakewood, CO 80227

Clarissa M. Raney
555 17th Street, Suite 3200
Denver, CO 80202

Jeffrey Weinman
730 17th Street, Suite 240
Denver, CO 80202

Alan K. Motes
United States Trustee
999 18th Street, Suite 1551
Denver, CO 80202

-1-

-2-

## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned further certifies that on September 6, 2013, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (is applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on September 6, 2013, and, if applicable, other interested parties the movant mailed notice at the following addresses:

|  |  |
|---|---|
| | */s/ Sharon E. Fox* |
| Dated: September 6, 2013 | By: _____ |
| | For Buechler Law Office, L.L.C. |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 13-19032-MER<br>District of Colorado<br>Denver<br>Fri Sep  6 14:17:38 MDT 2013 | Advantedge Business Group, LLC<br>9777 Pyramid Ct Ste 220<br>Englewood, CO  80112-6046 | Kevin D. Allen<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 |
| Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231-7684 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL  33329-7879 | American Express<br>PO Box 297879<br>Ft Lauderdale, FL  33329-7879 |
| American Express<br>PO Box 650448<br>Dallas, TX  75265-0448 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Bank Of America<br>PO Box 851001<br>Dallas, TX  75285-1001 |
| William C. Brittan<br>270 St. Paul St.<br>Ste. 200<br>Denver, CO 80206-5133 | Kenneth J. Buechler<br>1621 18th St.<br>Ste. 260<br>Denver, CO 80202-1267 | Castle Rock Security<br>400 W Division St<br>Syracuse, NY  13204-1438 |
| Chase<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 | Citi<br>PO Box 6077<br>Sioux Falls, SD  57117-6077 | Heather S. Cleary<br>999 18th St., Ste. 3100<br>Denver, CO 80202-2499 |
| Colorado Dept of Revenue<br>1375 Sherman St, Rm 504<br>Denver, CO  80261-0004 | Command Center, Inc.<br>C/O Heather Cleary & Thomas Kanan<br>999 18th St Ste 3100<br>Denver, CO  80202-2499 | Alexis L. Davidson<br>2594 S. Lewis Way<br>Ste. A<br>Lakewood, CO 80227-2839 |
| Discover<br>PO Box 29033<br>Phoenix, AZ  85038-9033 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Douglas County Treasurer<br>Attn: Stephanie Cook<br>100 Third Street<br>Castle Rock, CO 80104-2425 |
| Lynette Pearce Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | Terry Lee Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Hill Property<br>PO Box 4389<br>Taber, Alberta<br>Canada, | Diane A. Holbert<br>Douglas County Treasurer<br>100 Third Street<br>Attn: Stephanie Cook<br>Castle Rock, CO 80104-2425 | Home Depot<br>Processing Center<br>Des Moines, IA  50364-0500 |
| Houslanger & Associates, PLLC<br>372 New York Ave<br>Huntington, NY  11743-3311 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Douglas D. Koktavy<br>3515 S. Tamarac Dr.<br>Suite 200<br>Denver, CO 80237-1430 |

Lowes
PO Box 530954
Atlanta, GA  30353-0954

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202-2415

NCO Financial Systems, Inc.
355 Union Blvd Ste 350
Lakewood, CO  80228-1528


North Shore Agency
4000 E 5th Ave
Columbus, OH  43219-1811

Tatiana G. Popacondria
1600 Stout St.
Ste. 1100
Denver, CO 80202-3160

Provo Dental
1355 N University Ave Ste 330
Provo, UT  84604-2721


Clarissa M. Raney
555 17th St.
Ste. 3200
Denver, CO 80202-3921

Red Rocks Credit Union
9325 Dorchester St Ste 200
Highlands Ranch, CO  80129-2519

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161-0244


Jennifer Schlatter
1600 Stout St., Ste. 1100
Denver, CO 80202-3160

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

U.S. Bank
C/O Law Office Of David A. Bauer, P.C.
2594 S Lewis Way Unit A
Lakewood, CO  80227-2839


(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
PO Box 790401
Saint Louis, MO  63179-0401

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415


Patrick D. Vellone
1600 Stout St.
Ste. 1100
Denver, CO 80202-3160

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202-3506

Wells Fargo
PO Box 30097
Los Angeles, CA  90030-0097


Wells Fargo
PO Box 5247
Denver, CO  80217-5247

Wells Fargo Bank N.A.
PO Box 10438 MAC X2505-036
Des Moines, IA 50306-0438

Wells Fargo Card Services
1 Home Campus
3rd Floor
Des Moines, IA 50328-0001


Wells Fargo Card Services
PO Box 30086
Los Angeles, CA  90030-0086

Westcore Pyramid LP
PO Box 748175
Los Angeles, CA  90074-8175


        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Sprint
6391 Sprint Parkway
Overland Park, KS  66251-6100

(d)Sprint
PO Box 4191
Carol Stream, IL  60197-4191

(d)Sprint Nextel
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949