## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON, | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

### NOTICE PURSUANT TO FED.R.BANKR.P. 4007(c) AND L.B.R. 9013-1 OF MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGEABILITY OF DEBTS

### OBJECTION DEADLINE: SEPTEMBER 27, 2013

YOU ARE HEREBY NOTIFIED that Command Center, Inc. ("Command Center"), creditor and party in interest, filed a Motion to Extend Time to File a Complaint Objecting to the Debtors' Dischargeability of Debts, as to Command Center ("Motion"), with the Bankruptcy Court and requests the following relief:

Command Center is a creditor of Terry Lee Evanson and Lynette Pearce Evanson (collectively the "Debtors"). The Debtors scheduled Command Center as a contingent, unliquidated, and disputed creditor on Schedule F in connection with their bankruptcy filing.

On or about July 22, 2013, Command Center filed a Motion for Examination of Terry Lee Evanson and Lynette Pearce Evanson, pursuant to Fed.R.Bankr.P. 2004. Command Center seeks information relating, but not limited to, the Debtors' sources of pre-petition income, the accuracy of their Statement of Financial Affairs and Schedules, and the nature and extent of their ownership in a residence. On July 29, 2013, the Court entered an Order Granting Motion for Examination of the Debtors.

The Debtors and Command Center have been attempting to schedule the Rule 2004 Examinations of the Debtors. The Debtors have taken issue with which of Command Center's counsel will conduct the exam, and therefore have not voluntarily appeared for their examination. Therefore, Command Center seeks a thirty (30) day extension of the September 6, 2013 deadline, up to and including October 6, 2013, to file a Complaint objecting to the Debtors' dischargeability of their debt, as to Command Center.

Pursuant to Fed.R.Bankr.P 4004(b)(1), on motion of any party in interest, and after notice and hearing, the Court may for cause extend the initial deadline to file a Complaint as to the dischargeability of a debt. The movant must file such motion before the initial deadline expires.

Command Center asserts that cause exists to extend the applicable deadlines as the Debtors have not fully cooperated with Command Center to complete the 2004 Examination and produce their records regarding the Debtors' pre-petition financial affairs. *See*, *Themy v. Yu (In re Themy)*, 6 F.3d 688, 689 (10th Cir. 1993). Until such time that the Debtors fully cooperate, and provide their financial records, Command Center is not in a position to determine if cause exists to file a Complaint as to the dischargeability of the Debtors' debts as to Command Center, pursuant to 11 U.S.C. § 523(a). Without its ability to conduct the Rule 2004 Examinations, Command Center cannot determine the appropriate future course of action. *See In re Stonham*, 317 B.R. 544, 547-48 (Bankr.D.Colo. 2004).

A copy of the Motion is on file with the Clerk of the United States Bankruptcy Court, 721 - 19th Street, Denver, Colorado  80202-2508, or may be obtained from the undersigned upon request.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED this 6th day of September, 2013.

Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.

*/s/ Kenneth J. Buechler*
_____
Kenneth J. Buechler, #30906
1621 18th Street, Suite 260
Denver, Colorado 80202
Tel: 720-381-0045
Fax: 720-381-0382
ken@kjblawoffice.com