# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON, ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on September 6, 2013, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGEABILITY OF DEBTS**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

| | |
|---|---|
| Terry Lee Evanson | Patrick D. Vellone |
| Lynette Pearce Evanson | Kevin D. Allen, Tatiana Popacondria |
| 10175 South Oneida Street | 1600 Stout St., Suite 1100 |
| Littleton, CO 80124 | Denver, CO 80202 |
| | |
| William C. Brittan | Heather S. Cleary |
| 270 St. Paul Street, Suite 200 | 999 18th Street, Suite 3100 |
| Denver, CO 80206 | Denver, CO 80202 |
| | |
| Alexis L. Davidson | Clarissa M. Raney |
| 2594 South Lewis Way, Suite A | 555 17th Street, Suite 3200 |
| Lakewood, CO 80227 | Denver, CO 80202 |
| | |
| Jeffrey Weinman | Alan K. Motes |
| 730 17th Street, Suite 240 | United States Trustee |
| Denver, CO 80202 | 999 18th Street, Suite 1551 |
| | Denver, CO 80202 |

-2-

## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned further certifies that on September 6, 2013, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (is applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on September 6, 2013, and, if applicable, other interested parties the movant mailed notice at the following addresses:

*/s/ Sharon E. Fox*

Dated: September 6, 2013  By: _____
For Buechler Law Office, L.L.C.

```
Label Matrix for local noticing        Advantedge Business Group, LLC         Kevin D. Allen
1082-1                                  9777 Pyramid Ct Ste 220                1600 Stout St.
Case 13-19032-MER                       Englewood, CO  80112-6046              Ste. 1100
District of Colorado                                                           Denver, CO 80202-3160
Denver
Fri Sep  6 14:17:38 MDT 2013

Allied Interstate                       American Express                       American Express
3000 Corporate Exchange Dr              PO Box 297879                          PO Box 297879
Columbus, OH 43231-7684                 Fort Lauderdale, FL  33329-7879        Ft Lauderdale, FL  33329-7879


American Express                        American Express Bank, FSB             Bank Of America
PO Box 650448                           c o Becket and Lee LLP                 PO Box 851001
Dallas, TX  75265-0448                  POB 3001                               Dallas, TX  75285-1001
                                        Malvern, PA 19355-0701


William C. Brittan                      Kenneth J. Buechler                    Castle Rock Security
270 St. Paul St.                        1621 18th St.                          400 W Division St
Ste. 200                                Ste. 260                               Syracuse, NY  13204-1438
Denver, CO 80206-5133                   Denver, CO 80202-1267


Chase                                   Citi                                   Heather S. Cleary
Cardmember Service                      PO Box 6077                            999 18th St., Ste. 3100
PO Box 94014                            Sioux Falls, SD  57117-6077            Denver, CO 80202-2499
Palatine, IL  60094-4014


Colorado Dept of Revenue                Command Center, Inc.                   Alexis L. Davidson
1375 Sherman St, Rm 504                 C/O Heather Cleary & Thomas Kanan      2594 S. Lewis Way
Denver, CO  80261-0004                  999 18th St Ste 3100                   Ste. A
                                        Denver, CO  80202-2499                 Lakewood, CO 80227-2839


Discover                                Discover Bank                          Douglas County Treasurer
PO Box 29033                            DB Servicing Corporation               Attn: Stephanie Cook
Phoenix, AZ  85038-9033                 PO Box 3025                            100 Third Street
                                        New Albany, OH  43054-3025             Castle Rock, CO 80104-2425


Lynette Pearce Evanson                  Terry Lee Evanson                      FIA CARD SERVICES, N.A.
10175 S Oneida St                       10175 S Oneida St                      P O Box 982284
Littleton, CO 80124-9608                Littleton, CO 80124-9608               El Paso, TX 79998-2284


Hill Property                           Diane A. Holbert                       Home Depot
PO Box 4389                             Douglas County Treasurer               Processing Center
Taber, Alberta                          100 Third Street                       Des Moines, IA  50364-0500
Canada,                                 Attn: Stephanie Cook
                                        Castle Rock, CO 80104-2425


Houslanger & Associates, PLLC           Internal Revenue Service               Douglas D. Koktavy
372 New York Ave                        P.O. Box 7346                          3515 S. Tamarac Dr.
Huntington, NY  11743-3311              Philadelphia, PA 19101-7346            Suite 200
                                                                               Denver, CO 80237-1430
```

Lowes
PO Box 530954
Atlanta, GA  30353-0954

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202-2415

NCO Financial Systems, Inc.
355 Union Blvd Ste 350
Lakewood, CO  80228-1528

North Shore Agency
4000 E 5th Ave
Columbus, OH  43219-1811

Tatiana G. Popacondria
1600 Stout St.
Ste. 1100
Denver, CO 80202-3160

Provo Dental
1355 N University Ave Ste 330
Provo, UT  84604-2721

Clarissa M. Raney
555 17th St.
Ste. 3200
Denver, CO 80202-3921

Red Rocks Credit Union
9325 Dorchester St Ste 200
Highlands Ranch, CO  80129-2519

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161-0244

Jennifer Schlatter
1600 Stout St., Ste. 1100
Denver, CO 80202-3160

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

U.S. Bank
C/O Law Office Of David A. Bauer, P.C.
2594 S Lewis Way Unit A
Lakewood, CO  80227-2839

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
PO Box 790401
Saint Louis, MO  63179-0401

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

Patrick D. Vellone
1600 Stout St.
Ste. 1100
Denver, CO 80202-3160

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202-3506

Wells Fargo
PO Box 30097
Los Angeles, CA  90030-0097

Wells Fargo
PO Box 5247
Denver, CO  80217-5247

Wells Fargo Bank N.A.
PO Box 10438 MAC X2505-036
Des Moines, IA 50306-0438

Wells Fargo Card Services
1 Home Campus
3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Card Services
PO Box 30086
Los Angeles, CA  90030-0086

Westcore Pyramid LP
PO Box 748175
Los Angeles, CA  90074-8175

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
6391 Sprint Parkway
Overland Park, KS  66251-6100

(d)Sprint
PO Box 4191
Carol Stream, IL  60197-4191

(d)Sprint Nextel
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949