UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

**NOTICE PURSUANT TO L.B.R. 9013 OF THE MOTION FOR EXTENSION OF EXCLUSIVE PERIOD TO FILE INITIAL PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES OF INITIAL PLAN OF REORGANIZATION**

**OBJECTION DEADLINE: OCTOBER 9, 2013**

**YOU ARE HEREBY NOTIFIED** that the Debtors-in-Possession, Terry Lee Evanson and Lynette Pearce Evanson, have filed a **MOTION FOR EXTENSION OF EXCLUSIVE PERIOD TO FILE INITIAL PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES OF INITIAL PLAN OF REORGANIZATION** with the Bankruptcy Court and request the following relief: the Debtors seek an extension of the exclusive period within which the Debtors shall file their initial Plan of Reorganization and Disclosure Statement and to solicit acceptances of their initial Plan of Reorganization and Disclosure Statement. The Debtors are hereby requesting an extension of time of 120 days, or through and including January 23, 2014, to file their initial Plan of Reorganization and Disclosure Statement and to extend the 180-day period an additional 120 days to solicit acceptances of their initial Plan of Reorganization.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: September 25, 2013

Respectfully submitted

WEINMAN & ASSOCIATES, P.C.


By: \s\ Jeffrey A. Weinman
        Jeffrey A. Weinman, #7605
        790 17th Street, #240
        Denver, CO 80202-3506
        Telephone: (303) 572-1010
        Facsimile: (303) 572-1011
        jweinman@epitrustee.com

2

**2002-1 CERTIFICATE OF SERVICE OF NOTICE**

The undersigned certifies that on September 25, 2013, I served by prepaid first class mail a copy of the **NOTICE PURSUANT TO L.B.R. 9013 OF THE MOTION FOR EXTENSION OF EXCLUSIVE PERIOD TO FILE INITIAL PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES OF INITIAL PLAN OF REORGANIZATION** in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on September 25, 2013

\s\ Lisa R. Kraai