| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 13-19032-MER<br>District of Colorado<br>Denver<br>Wed Sep 25 10:39:29 MDT 2013 | Advantedge Business Group, LLC<br>9777 Pyramid Ct Ste 220<br>Englewood, CO  80112-6046 | Kevin D. Allen<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 |
| Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231-7684 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL  33329-7879 | American Express<br>PO Box 297879<br>Ft Lauderdale, FL  33329-7879 |
| American Express<br>PO Box 650448<br>Dallas, TX  75265-0448 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Bank Of America<br>PO Box 851001<br>Dallas, TX  75285-1001 |
| William C. Brittan<br>270 St. Paul St.<br>Ste. 200<br>Denver, CO 80206-5133 | Kenneth J. Buechler<br>1621 18th St.<br>Ste. 260<br>Denver, CO 80202-1267 | Castle Rock Security<br>400 W Division St<br>Syracuse, NY 13204-1438 |
| Chase<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 | Citi<br>PO Box 6077<br>Sioux Falls, SD  57117-6077 | Heather S. Cleary<br>999 18th St., Ste. 3100<br>Denver, CO 80202-2499 |
| Colorado Dept of Revenue<br>1375 Sherman St, Rm 504<br>Denver, CO  80261-0004 | Command Center, Inc.<br>C/O Heather Cleary & Thomas Kanan<br>999 18th St Ste 3100<br>Denver, CO  80202-2499 | Alexis L. Davidson<br>2594 S. Lewis Way<br>Ste. A<br>Lakewood, CO 80227-2839 |
| Discover<br>PO Box 29033<br>Phoenix, AZ  85038-9033 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Douglas County Treasurer<br>Attn: Stephanie Cook<br>100 Third Street<br>Castle Rock, CO 80104-2425 |
| Lynette Pearce Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | Terry Lee Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Hill Property<br>PO Box 4389<br>Taber, Alberta<br>Canada, | Diane A. Holbert<br>Douglas County Treasurer<br>100 Third Street<br>Attn: Stephanie Cook<br>Castle Rock, CO 80104-2425 | Home Depot<br>Processing Center<br>Des Moines, IA  50364-0500 |
| Houslanger & Associates, PLLC<br>372 New York Ave<br>Huntington, NY  11743-3311 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Douglas D. Koktavy<br>3515 S. Tamarac Dr.<br>Suite 200<br>Denver, CO 80237-1430 |

| | | |
|---|---|---|
| Lowes<br>PO Box 530954<br>Atlanta, GA 30353-0954 | Alan K. Motes<br>United States Trustee Program<br>999 18th St., Ste. 1551<br>Denver, CO 80202-2415 | NCO Financial Systems, Inc.<br>355 Union Blvd Ste 350<br>Lakewood, CO 80228-1528 |
| North Shore Agency<br>4000 E 5th Ave<br>Columbus, OH 43219-1811 | Tatiana G. Popacondria<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Provo Dental<br>1355 N University Ave Ste 330<br>Provo, UT 84604-2721 |
| Clarissa M. Raney<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 | Red Rocks Credit Union<br>9325 Dorchester St Ste 200<br>Highlands Ranch, CO 80129-2519 | Santander Consumer USA<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |
| Jennifer Schlatter<br>1600 Stout St., Ste. 1100<br>Denver, CO 80202-3160 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | U.S. Bank<br>C/O Law Office Of David A. Bauer, P.C.<br>2594 S Lewis Way Unit A<br>Lakewood, CO 80227-2839 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank<br>PO Box 790401<br>Saint Louis, MO 63179-0401 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |
| Patrick D. Vellone<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 | Wells Fargo<br>PO Box 30097<br>Los Angeles, CA 90030-0097 |
| Wells Fargo<br>PO Box 5247<br>Denver, CO 80217-5247 | Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank N.A.<br>PO Box 10438 MAC X2505-036<br>Des Moines, IA 50306-0438 |
| Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA 90030-0086 | Westcore Pyramid LP<br>PO Box 748175<br>Los Angeles, CA 90074-8175 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Sprint<br>6391 Sprint Parkway<br>Overland Park, KS 66251-6100 | (d)Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | (d)Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |

US BANK N.A.
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Keith Anderson					(u)Command Center, Inc.					(u)Discover Bank


(u)Moreton Insurance of Colorado			(d)Tatiana G. Popacondria					(u)Santander Consumer USA, Inc.
							1600 Stout Street
							Suite 1100
							Denver, CO 80202-3160


(d)Patrick D. Vellone				End of Label Matrix
1600 Stout St.					Mailable recipients    53
Suite 1100					Bypassed recipients     7
Denver, CO 80202-3160				Total                  60