# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
# The Honorable Michael E. Romero

In re:                                        )
                                              )  Case No. 13-19032 MER
TERRY LYNN EVANSON              )
LYNETTE PEARCE EVANSON     )  Chapter 11
                                              )
      Debtors               )

## NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the hearing on the Debtors' *Motion for Examination of Command Center Pursuant to Federal Rule of Bankruptcy Procedure 2004* and the response thereto by Command Center, Inc. which was originally scheduled on October 1, 2013, at 1:30 a.m., is continued to **Friday, October 11, 2013, at 10:00 a.m.** in Courtroom C-502, Byron Rogers Courthouse, 1929 Stout Street, Denver, Colorado.

DATED: September 27, 2013          BY ORDER OF THE COURT:

                                                     KELLY J. SWEENEY, ACTING CLERK

                                                     By:  Deborah L. Beatty, Deputy Clerk
                                                            United States Bankruptcy Court
                                                            U.S. Custom House
                                                            721 19th Street
                                                            Denver, Colorado 80202-2508