**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON, | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF NON-CONTESTED MATTER AND
REQUEST FOR ENTRY OF ORDER**

  On September 6, 2013, Command Center, Inc. ("Movant"), filed a motion or application pursuant to L.B.R. 9013-1 entitled *Motion to Extend Time to File a Complaint Objecting to Debtors' Dischargeability of Debts*. Movant hereby certifies that the following is true and correct:

1. Service of the Motion/Application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the Motion on September 6, 2013.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on September 6, 2013.

3. The docket numbers for each of the following relevant documents are:

   a. the motion and all documents attached thereto and served therewith (Docket No. 70);

   b. the notice, (Docket No. 71);
   c. the certificate of service of the motion and the notice, (Docket No. 70 and 71);
   d. the proposed order, (Docket No. 70); and

4. No objections to or requests for hearing on the Motion/Application were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the notice.

-1-

-2-

**WHEREFORE**, Movant prays that the Court forthwith enter an Order, a form of which was previously submitted, granting the requested relief.

DATED this 1st day of October, 2013.

                                              Respectfully submitted,
                                              BUECHLER LAW OFFICE, L.L.C.

*/s/ Kenneth J. Buechler*
_____
Kenneth J. Buechler, #30906
1621 18th Street, Suite 260
Denver, Colorado 80202
Tel: 720-381-0045
Fax: 720-381-0382
ken@kjblawoffice.com
ATTORNEYS FOR COMMAND CENTER, INC.