**DEBTOR:** Terry + Lynette Evanson   **MONTHLY OPERATING REPORT**
**CASE NUMBER:** 13-19032 MER   **CHAPTER 11**

## Form 2-A
## COVER SHEET

For Period Ending  8-31-13

**Accounting Method:** ☐ Accrual Basis   ☒ Cash Basis

*THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts — none |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 9/22/13    Print Name:  Terry L. Evanson

Signature: [signed]

Title:

Rev. 01/01/08



**Wells Fargo Online®**

## Account Activity

CHECKING XXXXXX3875

*Account Summary 8/1/13 to 8/31/13.*

*8/31 Acct Balance. $4394.74*

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $4,085.57 |
| Pending Withdrawals/ Debits | $0.00 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $4,085.57 |

### Transactions

Show: for Date Range 08/01/13 to 08/31/13

| Date | Description | Deposits / Credits | Withdrawals / Debits | Notes |
|---|---|---|---|---|
| | Pending Transactions   Note: Amounts may change | | | |
| | No pending transactions meet your criteria above. | | | |
| | Posted Transactions | | | |
| 08/30/13 | CHECK CRD PURCHASE 08/29 SAMSCLUB 6834 GAS LONE TREE CO 434256XXXXXX4079 383241839078394 ?MCC=5542 | | $45.45 | GAS — 8/30/13 |
| 08/30/13 | CHECK CRD PURCHASE 08/29 QWEST COMMUNICATIO 800-244-1111 VA-434256XXXXXX4079 583241450394322 ?MCC=4814 | | $122.65 | PHONE + INTERNET |
| 08/30/13 | CHECK CRD PURCHASE 08/29 QWEST COMMUNICATIO 800-244-1111 VA 434256XXXXXX4079 583241448036545 ?MCC=4814 | | $175.37 | |
| 08/30/13 | CHECK CRD PURCHASE 08/29 7-ELEVEN 33040 HIGHLANDS RAN CO 434256XXXXXX4079 303240341820968 ?MCC=5542 | | $10.04 | GAS. |
| 08/30/13 | CHECK CRD PURCHASE 08/28 Hummell-Kimura Centennial CO 434256XXXXX7458 003240584396977 ?MCC=8041 | | $45.00 | DOCTOR. |
| 08/29/13 | CHECK CRD PURCHASE 08/27 SPROUTS FARMERS MA LONE TREE CO 434256XXXXX7458 303239926092145 ?MCC=5411 | | $7.55 | Pers. |
| 08/28/13 | CHECK CRD PURCHASE 08/27 CARTER'S #850 CASTLE ROCK CO-434256XXXXX7458 003239794729461 ?MCC=5641 | | $10.79 | GAS. |
| 08/28/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 003032407933515 87 | | $2.25 | |
| 08/28/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000840699627 | | $0.39 | PERS. |
| 08/28/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000748856819 | | $31.69 | |
| 08/27/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000155363563 | | $23.21 | |
| 08/27/13 | POS PURCHASE - TARGET T2023 TARGET T2 LONETREE CO 7458 00563239817320731 | | $23.78 | BUSINESS. |
| 08/27/13 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00000000859286859 | | $74.42 | |
| 08/26/13 | POS PURCHASE - Wal Mart Super CASTLE ROCK CO 4079 00000000957243887 | | $44.89 | |
| 08/26/13 | CHECK CRD PURCHASE 08/23 TLF ASSOC WHOLESAL 303-4551234 CO 434256XXXXX7458 003235567224130 ?MCC=5992 | | $100.67 | |
| 08/26/13 | CHECK CRD PURCHASE 08/22 SPROUTS FARMERS MA LONE TREE CO 434256XXXXX7458 303234748550828 ?MCC=5411 | | $13.93 | PERS. |
| 08/23/13 | POS PURCHASE - KING SOOPERS 6551 UNIV IGHLANDS RNCHCO 7458 00383235852727386 | | $30.48 | |
| 08/23/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00303235078975740 | | $3.60 | |
| 08/22/13 | POS PURCHASE - SPROUTS FARMERS 1980 E HIGHLANDS RANCO 4079 00303234003778 23 | | $20.32 | |
| 08/21/13 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00000000142154394 | | $8.34 | |
| 08/21/13 | CHECK CRD PURCHASE 08/19 Hummell-Kimura Centennial CO 434256XXXXX7458 183231742610286 ?MCC=8041 | | $45.00 | DOCTOR. |
| 08/20/13 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO-4079 00000000659398884 | | $43.18 | PERS. |
| 08/19/13 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00000000947735231 | | $71.45 | |
| 08/19/13 | POS PURCHASE - SAFEWAY STORE 0010 EVERGREEN CO 4079 00303231004581591 | | $13.05 | BUSINESS |
| 08/19/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00303230807535754 | | $25.34 | |
| 08/19/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 4079 00000000641619754 | | $45.70 | |
| 08/19/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00463230563995976 | | $24.02 | |
| 08/19/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 4079 00000000444990536 | | $125.43 | |
| Totals | | $2,184.19 | $5,117.23 | |

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | |
|---|---|---|---|---|
| 08/19/13 | CHECK CRD PURCHASE 08/17 SPROUTS FARMERS MA CASTLE ROCK CO 434256XXXXXX4079 463229735930075 ?MCC=5411 | | $13.11 | PERS. |
| 08/19/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 4079 00000000943888210 | | $243.19 | |
| 08/19/13 | CHECK CRD PURCHASE 08/17 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX4079 463229558728838 ?MCC=5411 | | $10.54 | BUSINESS |
| 08/19/13 | POS PURCHASE - JETRO HOLDINGS LLC GREENWOOD VILCO 4079 00303229543027639 | | $73.23 | |
| 08/19/13 | CHECK CRD PURCHASE 08/19 SAMSCLUB #6634 LITTLETON SE CO 434256XXXXXX4079 623229565449953 ?MCC=5542 | | $42.60 | |
| 08/16/13 | POS PURCHASE - MICHAELS STORES DENVER CO 4079 00000000140336773 | | $13.44 | BUSINESS |
| 08/16/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 4079 00000000254861970 | | $52.63 | |
| 08/15/13 | CHECK CRD PURCHASE 08/15 AMATO WHOLESALE FL DENVER CO 434256XXXXXX7458 263227758057206 ?MCC=5193 | | $500.00 | |
| 08/15/13 | RED ROCKS CU RRCU LN 15 9708143576 Everson Terry | | $377.59 | CAR PYMT. |
| 08/15/13 | Shot Reliance Home Party 2327 Lynette P Evanson | $184.19 | | |
| 08/14/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00303228740349908 | | $33.82 | PERS. |
| 08/14/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000642736668 | | $342.14 | |
| 08/14/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000647423591 | | $10.82 | BUSINESS |
| 08/14/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000946536621 | | $72.56 | |
| 08/14/13 | DEPOSIT MADE IN A BRANCH/STORE #623285262 | $2,000.00 | | |
| 08/12/13 | POS PURCHASE - KING SOOPERS 56738 QU HIGHLANDS RNCCO 7458 00463224505347596 | | $10.40 | PERS. |
| 08/12/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000244927143 | | $381.11 | |
| 08/12/13 | POS PURCHASE - COSTCO WHSE 0468 LONE TREE CO 4079 00463222719340211 | | $81.44 | BUSINESS |
| 08/12/13 | POS PURCHASE - COSTCO WHSE 0468 LONE TREE CO 4079 00303222703695230 | | $55.00 | |
| 08/12/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000247911185 | | $99.64 | |
| 08/12/13 | CHECK CRD PURCHASE 08/09 TLF ASSOC WHOLESAL 303-4551234 CO 434256XXXXXX7458 063221636480913 ?MCC=5992 | | $127.34 | |
| 08/09/13 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | LIFE INS. |
| 08/09/13 | DISH NETWORK DISH NTWRK 080713 8080370845 SPA EVANSON,TERRY | | $185.88 | DISH NETWORK. |
| 08/09/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO-4079 00463221809878520 | | $89.74 | |
| 08/09/13 | POS PURCHASE - KING SOOPERS 9551 UNIV IGHLANDS RNCHCO 7458 00303221896533698 | | $13.73 | BUSINESS |
| 08/09/13 | POS PURCHASE - MICHAELS STORES HIGHLANDS RANCO 7458 00000000736482804 | | $21.48 | |
| 08/09/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000059591956 | | $248.25 | |
| 08/09/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO-4079 00000000457889106 | | $41.66 | |
| 08/07/13 | POS PURCHASE - WAL MART 1262 HIGHLANDS RA CO 7458 00000000242770800 | | $17.85 | PERS. |
| 08/07/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000153870127 | | $449.81 | BUS. |
| 08/06/13 | CHECK CRD PURCHASE 08/05 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 463216061284875 ?MCC=5542 | | $41.31 | GAS. |
| 08/05/13 | Check # 106 (Converted ACH) SPROUTS #309 PURCHASE 130801 106 LONE, CO | | $21.16 | PERS. |
| 08/02/13 | CHECK # 107 | | $57.00 | BUSINESS |
| 08/01/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000430324915 | | $144.04 | BUSINESS. |
| Totals | | $2,184.19 | $5,117.23 | |

⌂ Equal Housing Lender
© 1995 – 2013 Wells Fargo. All rights reserved.

## 07 VW JETTA 2401 151

Aug 1 - Aug 31, 2013 Custom

| | |
|---|---:|
| Balance | $4,722.04 |
| Available credit | $0.00 |
| Amount due | $377.59 |
| Next due | 10/15/2013 |

| Date | Description | | Amount | Balance |
|---|---|---|---:|---:|
| 08/15/2013 | PAYMENT / RED ROCKS CU RRCU LN 15 | | $377.59 | $5,075.20 |
| | | Principal | -$369.40 | |
| | | Interest | $8.19 | |
| 08/05/2013 | PAYMENT FROM ACCT 1 / TRANSFER TO BRING LOAN CURRENT | | $15.00 | $5,444.60 |
| | | Principal | -$10.90 | |
| | | Interest | $4.10 | |

**This balance may include overdraft or line of credit funds.

*Red Rocks Online Acct Statement 8/31/13* [handwritten]

10/02/2013 13:18 FAX 3037927066 ☒005/014

**DEBTOR:** O Terry + Lynette Evanson     **CASE NO:** 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/1/13 to 8/30/13.

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 7327.78 (1) | $ 0 (1) |
| 2. Cash Receipts | | |
|    Operations | 2184.19 | 0 |
|    Sale of Assets | 0 | 0 |
|    Loans/advances | 1680.20 | 0 |
|    Other | 230.36 | 0 |
| Total Cash Receipts | $ 11422.63 | $ 0 |
| 3. Cash Disbursements | | |
|    Operations | 0 | 0 |
|    Debt Service/Secured loan payment | 0 | 0 |
|    Professional fees/U.S. Trustee fees | 0 | 0 |
|    Other | 0 | 0 |
| Total Cash Disbursements | $ 7027.74 | $ 0 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 0 | 0 |
| 5. Ending Cash Balance (to Form 2-C) | $ 4394.74 (2) | $ 0 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| DIP Operating Account | | 0 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | | 0 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 4394.74 |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
   Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 01/01/06

**DEBTOR:** Terry + Lynette Evanson.  **CASE NO:** 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/1/13 to 8/30/13

**CASH RECEIPTS DETAIL**  **Account No:** 3576.
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| 8/30 | Advantedge Business Group. | Wages | $1680.20 |
| 8/30 | Canada Pension Plan | Social Security. | 230.36 |
|  |  | Operations Income. | 2184.19 |
|  |  |  | 4094.75 |

**Total Cash Receipts** $ 4094.75 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 01/01/08

**DEBTOR:** Terry & Lynette Evanson   **CASE NO:** 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/1/13 to 8/30/13

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

**Account No:**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| | | | SEE WELLS FARGO BANK STATEMENT 8/30/13. | |
| | | | GAS. | 107.59 |
| | | | PHONE | 298.02 |
| | | | DOCTOR. | 90.00 |
| | | | CARLOAN (RED ROCKS.) | 377.59 |
| | | | LIFE INS. | 49.44 |
| | | | DISH NETWORK | 195.86 |
| | | | PERSONAL. | 255.88 |
| | | | TOTAL. | 1374.38 |
| | | | WORK - HEALTH INS. | 1621.82 |
| | | | BANQUET + WEDDING SUPPLIES. | 3742.85 |
| | | | TOTAL. | 6739.05 |
| | | | GAS + OTHER SUPPLIES | 288.74 |

**Total Cash Disbursements** $ 7027.79 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 01/01/08

DEBTOR: TERRY & LYNETTE EVANSON    CASE NO: 13-19032 MER

## Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 8/31/13

| | Current Month | Petition Date (1) |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash (from Form 2-B, line 5) | $ 0 | $ 0 |
| Accounts Receivable (from Form 2-E) | 0 | 0 |
| Receivable from Officers, Employees, Affiliates | 0 | 0 |
| Inventory | 0 | 0 |
| Other Current Assets :(List) | 0 | 0 |
| | 0 | 0 |
| Total Current Assets | $ 0 | $ 0 |
| **Fixed Assets:** | | |
| Land | $ 0 | $ 0 |
| Building | 0 | 0 |
| Equipment, Furniture and Fixtures | 0 | 0 |
| Total Fixed Assets | 0 | 0 |
| Less: Accumulated Depreciation | ( 0 ) | ( 0 ) |
| Net Fixed Assets | $ 0 | $ 0 |
| Other Assets (List): | 0 | 0 |
| | 0 | 0 |
| **TOTAL ASSETS** | $ 0 | $ 0 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 0 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | 0 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | 0 | 0 |
| Post-petition Notes Payable | 0 | 0 |
| Other Post-petition Payable(List): | 0 | 0 |
| | 0 | 0 |
| Total Post Petition Liabilities | $ 0 | $ 0 |
| **Pre Petition Liabilities:** | | |
| Secured Debt | 0 | 0 |
| Priority Debt | 0 | 0 |
| Unsecured Debt | 0 | 0 |
| Total Pre Petition Liabilities | $ 0 | $ 0 |
| **TOTAL LIABILITIES** | $ 0 | $ 0 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ 0 | $ 0 |
| Retained Earnings - Prepetition | 0 | 0 |
| Retained Earnings - Post-petition | 0 | 0 |
| **TOTAL OWNERS' EQUITY** | $ 0 | $ 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 0 | $ 0 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 01/01/08

**DEBTOR:** TERRY & LYNETTE EVANSON       **CASE NO:** 13-19032 MER.

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 8/1/13 to 8/31/13

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 11422.53 | $ 0 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 11422.53 | $ 0 |
| Cost of Goods Sold | 4031.59 | 0 |
| **Gross Profit** | $ 7390.94 | $ 0 |
| Operating Expenses |  |  |
| Officer Compensation | $ 0 | $ 0 |
| Selling, General and Administrative | 0 | 0 |
| Rents and Leases | 0 | 0 |
| Depreciation, Depletion and Amortization | 0 | 0 |
| Other (list): | 0 | 0 |
|  | 0 | 0 |
| **Total Operating Expenses** | $ 0 | $ 0 |
| **Operating Income (Loss)** | $ 7390.94 | $ 0 |
| Non-Operating Income and Expenses |  |  |
| Other Non-Operating Expenses | $ 0 | $ 0 |
| Gains (Losses) on Sale of Assets | 0 | 0 |
| Interest Income | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 2996 - | $ 0 |
| Reorganization Expenses |  |  |
| Legal and Professional Fees | $ 0 | $ 0 |
| Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 0 | $ 0 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 4394.74 | $ 0 |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 01/01/08

DEBTOR: _Terry + Lynette Evanson_   CASE NO: _13-19032 MER_

## Form 2-E
## SUPPORTING SCHEDULES
For Period: _8/1/13_ to _8/31/13_

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| Total Post Petition Accounts Payable | | $ none 0.00 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 0 | $ 0 | $ 0 | | $ 0 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: ___ | 0 | 0 | 0 | | 0 |
| Total | $ 0 | $ 0 | $ 0 | | $ none 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | none | $ |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 01/01/08

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032-MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 7/1/13 to 8/31/13

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| **Income Tax Withheld:** | | | | | | |
| Federal | $ 0 | $ 0 | 0 | | $ | 0 |
| State | 0 | 0 | 0 | | | 0 |
| **FICA Tax Withheld** | 0 | 0 | 0 | | | 0 |
| **Employer's FICA Tax** | 0 | 0 | 0 | | | 0 |
| **Unemployment Tax** | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| **Sales, Use & Excise Taxes** | 0 | 0 | 0 | | | 0 |
| **Property Taxes** | 0 | 0 | 0 | | | 0 |
| **Accrued Income Tax:** | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: _____ | 0 | 0 | 0 | | | 0 |
| **TOTALS** | $ 0 | $ 0 | 0 | | $ | 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ 0 | $ | |
| General Liability | | $ 0 | $ | |
| Property (Fire, Theft) | Same | $ | $ | |
| Vehicle | Same | $ | $ | |
| Other (list): | Same. | $ | $ | |
| | | $ | | |

Page 1 of 2
Rev. 01/01/08

**DEBTOR:** Terry + Lynette Evanson          **CASE NO:** 13-19032 MER

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 8/31/13

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| **TOTAL 1st Quarter** | $ | 0 $ | | | |
| April | | 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| **TOTAL 2nd Quarter** | $ | 0 $ | | | |
| July | 6566. | 0 | | | |
| August | 7028. | 0 | | | |
| September | | 0 | | | |
| **TOTAL 3rd Quarter** | $ | 0 $ | | | |
| October | | 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| **TOTAL 4th Quarter** | $ | 0 $ | | | |

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

Page 1 of 1
Rev. 01/01/08

DEBTOR: Terry & Lynette Evanson     CASE NO: 13-19032 MER

## Form 2-G
## NARRATIVE
For Period Ending 8/31/13

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

none.

Page 1 of 1
Rev. 01/01/08