# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON, ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## SECOND MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGEABILITY OF DEBTS

COMMAND CENTER, INC. ("Command Center"), through its undersigned counsel, respectfully moves this Court for an Order to Extend Time to File a Complaint Objecting to the Debtors' Dischargeability of Debts, as to Command Center, pursuant to Fed.R.Bankr.P. 4007, and states as follows:

1. Terry Lee Evanson and Lynette Pearce Evanson (collectively the "Debtors"), filed for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on May 28, 2013 ("Petition Date").

2. In the Debtors' Statement of Financial Affairs filed in connection with their bankruptcy case, the Debtors listed litigation involving AdvantEdge Insurance Group, LLC and Command Center pending in the District Court of the City and County of Denver, Colorado (the "State Court"), Case No. 2010CV4135, styled *AdvantEdge Insurance Group, LLC, v. Command Center, Inc., et al.* (the "Civil Action"). *See*, Case No. 13-19032-MER, Docket No. 21, p. 2. The Debtors scheduled the debts owing to Command Center as contingent, unliquidated and disputed in the amount of $1,500,000. *Id.* at p. 22.

3. Pursuant to Fed.R.Bankr.P. 4007, the deadline for Command Center to file a complaint to determine dischargeability of certain debts was September 6, 2013. *See*, Case No. 13-19032-MER, Doc. No. 13.

4. On or about September 6, 2013, Command Center filed a Motion to Extend Time to File a Complaint Objecting to Debtors' Dischargeability of Debts. Command Center requested a thirty (30) day extension of the deadline, up to and through October 6, 2013.

5. On or about September 17, 2013, the Debtors agreed to attend their examinations on October 18, 2013. Such examination date of October 18, 2013 is after the requested October 6, 2013 extended deadline.

6. Command Center anticipates that after the Debtors fully cooperate with the 2004 Examination, and produce records regarding their pre-petition financial affairs, Command Center will be able to determine whether a complaint under 11 U.S.C. § 523(a) is appropriate. *See In re Stonham*, 317 B.R. 544, 547-48 (Bankr.D.Colo. 2004).

7. Command Center requests a second thirty (30) day extension of the deadline, up to and including October 28, 2013, to file a Complaint to object to the Debtors' dischargeability of their debt, as to Command Center. *See* 11 U.S.C. § 523(a).

8. Pursuant to Fed.R.Bankr.P 4007(c), on motion of any party in interest, and after notice and hearing, the Court may for cause extend the initial deadline to file a Complaint as to the dischargeability of a debt. The movant must file such motion before the initial deadline expires.

9. Command Center asserts that cause exists to extend the applicable deadline as the Debtors have not been examined by Command Center or produced their records regarding their pre-petition financial affairs. *Themy v. Yu (In re Themy)*, 6 F.3d 688, 689 (10th Cir. 1993).

10. Until the Debtors attend their examination on October 18, 2013, and provide their financial records, Command Center is not in a position to determine if cause exists to file a Complaint objecting to the dischargeability of the Debtors' debts as to Command Center, pursuant to 11 U.S.C. § 523(a).

WHEREFORE, Command Center, a creditor and party in interest to the Debtors bankruptcy, respectfully requests that this Court grant an extension of time to file a Complaint objecting to the Debtors' dischargeability of debts, as to Command Center, up to and including October 28, 2013, and for such other and further relief as this Court deems appropriate.

DATED this 2nd day of October, 2013.

Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.

*/s/ Kenneth J. Buechler*

Kenneth J. Buechler, #30906
1621 18th Street, Suite 260
Denver, Colorado  80202
Tel: 720-381-0045 / Fax: 720-381-0382
ken@kjblawoffice.com

ATTORNEYS FOR COMMAND CENTER