# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON, ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGEABILITY OF DEBTS

**THIS MATTER** having come before the Court on Command Center, Inc.'s ( "Command Center") Second Motion to Extend Time to File a Complaint Objecting to the Debtor's Dischargeability of Debts, the Court having reviewed the motion and finding no opposition, does hereby

**ORDER** that the Motion is **GRANTED**. Command Center shall have up to and including October 28, 2013 within which to file a complaint for a determination of dischargeability of the Debtor's indebtedness to Command Center.

DATED this ___ day of _____, 2013.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE