# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON, ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on October 2, 2013, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **SECOND MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGEABILITY OF DEBTS**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Terry Lee Evanson
Lynette Pearce Evanson
10175 South Oneida Street
Littleton, CO 80124

Patrick D. Vellone
Kevin D. Allen, Tatiana Popacondria
1600 Stout St., Suite 1100
Denver, CO 80202

William C. Brittan
270 St. Paul Street, Suite 200
Denver, CO 80206

Heather S. Cleary
999 18th Street, Suite 3100
Denver, CO 80202

Alexis L. Davidson
2594 South Lewis Way, Suite A
Lakewood, CO 80227

Clarissa M. Raney
555 17th Street, Suite 3200
Denver, CO 80202

Douglas D. Koktavy
3515 S. Tamarac Dr., Ste. 200
Denver, CO 80237

Jennifer Schlatter
1600 Stout Street, Ste. 1100
Denver, CO 80202

-2-

Jeffrey Weinman  
730 17th Street, Suite 240  
Denver, CO 80202

Alan K. Motes  
United States Trustee  
999 18th Street, Suite 1551  
Denver, CO 80202

## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned further certifies that on October 2, 2013, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (is applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on October 2, 2013, and, if applicable, other interested parties the movant mailed notice at the following addresses:

Dated: October 2, 2013

By: */s/ Sharon E. Fox*  
For Buechler Law Office, L.L.C.

-2-

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 13-19032-MER<br>District of Colorado<br>Denver<br>Wed Oct  2 14:27:04 MDT 2013 | Advantedge Business Group, LLC<br>9777 Pyramid Ct Ste 220<br>Englewood, CO  80112-6046 | Kevin D. Allen<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 |
| Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231-7684 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL  33329-7879 | American Express<br>PO Box 297879<br>Ft Lauderdale, FL  33329-7879 |
| American Express<br>PO Box 650448<br>Dallas, TX  75265-0448 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Bank Of America<br>PO Box 851001<br>Dallas, TX  75285-1001 |
| William C. Brittan<br>270 St. Paul St.<br>Ste. 200<br>Denver, CO 80206-5133 | Kenneth J. Buechler<br>1621 18th St.<br>Ste. 260<br>Denver, CO 80202-1267 | Castle Rock Security<br>400 W Division St<br>Syracuse, NY 13204-1438 |
| Chase<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 | Citi<br>PO Box 6077<br>Sioux Falls, SD  57117-6077 | Heather S. Cleary<br>999 18th St., Ste. 3100<br>Denver, CO 80202-2499 |
| Colorado Dept of Revenue<br>1375 Sherman St, Rm 504<br>Denver, CO  80261-0004 | Command Center, Inc.<br>C/O Heather Cleary & Thomas Kanan<br>999 18th St Ste 3100<br>Denver, CO  80202-2499 | Alexis L. Davidson<br>2594 S. Lewis Way<br>Ste. A<br>Lakewood, CO 80227-2839 |
| Discover<br>PO Box 29033<br>Phoenix, AZ  85038-9033 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Douglas County Treasurer<br>Attn: Stephanie Cook<br>100 Third Street<br>Castle Rock, CO 80104-2425 |
| Lynette Pearce Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | Terry Lee Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Hill Property<br>PO Box 4389<br>Taber, Alberta<br>Canada, | Diane A. Holbert<br>Douglas County Treasurer<br>100 Third Street<br>Attn: Stephanie Cook<br>Castle Rock, CO 80104-2425 | Home Depot<br>Processing Center<br>Des Moines, IA 50364-0500 |
| Houslanger & Associates, PLLC<br>372 New York Ave<br>Huntington, NY  11743-3311 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Douglas D. Koktavy<br>3515 S. Tamarac Dr.<br>Suite 200<br>Denver, CO 80237-1430 |

| | | |
|---|---|---|
| Lowes<br>PO Box 530954<br>Atlanta, GA  30353-0954 | Alan K. Motes<br>United States Trustee Program<br>999 18th St., Ste. 1551<br>Denver, CO 80202-2415 | NCO Financial Systems, Inc.<br>355 Union Blvd Ste 350<br>Lakewood, CO  80228-1528 |
| North Shore Agency<br>4000 E 5th Ave<br>Columbus, OH  43219-1811 | Tatiana G. Popacondria<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Provo Dental<br>1355 N University Ave Ste 330<br>Provo, UT  84604-2721 |
| Clarissa M. Raney<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 | Red Rocks Credit Union<br>9325 Dorchester St Ste 200<br>Highlands Ranch, CO  80129-2519 | Santander Consumer USA<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |
| Jennifer Schlatter<br>1600 Stout St., Ste. 1100<br>Denver, CO 80202-3160 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | U.S. Bank<br>C/O Law Office Of David A. Bauer, P.C.<br>2594 S Lewis Way Unit A<br>Lakewood, CO  80227-2839 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank<br>PO Box 790401<br>Saint Louis, MO  63179-0401 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |
| Patrick D. Vellone<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 | Wells Fargo<br>PO Box 30097<br>Los Angeles, CA  90030-0097 |
| Wells Fargo<br>PO Box 5247<br>Denver, CO  80217-5247 | Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank N.A.<br>PO Box 10438 MAC X2505-036<br>Des Moines, IA 50306-0438 |
| Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA  90030-0086 | Westcore Pyramid LP<br>PO Box 748175<br>Los Angeles, CA  90074-8175 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Sprint<br>6391 Sprint Parkway<br>Overland Park, KS  66251-6100 | (d)Sprint<br>PO Box 4191<br>Carol Stream, IL  60197-4191 | (d)Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |