UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON, | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

**NOTICE PURSUANT TO FED.R.BANKR.P. 4007(c) AND L.B.R. 9013-1
OF SECOND MOTION TO EXTEND TIME TO FILE A COMPLAINT
OBJECTING TO DEBTORS' DISCHARGEABILITY OF DEBTS**

**OBJECTION DEADLINE: OCTOBER 16, 2013**

YOU ARE HEREBY NOTIFIED that Command Center, Inc. ("Command Center"), creditor and party in interest, filed a Motion to Extend Time to File a Complaint Objecting to the Debtors' Dischargeability of Debts, as to Command Center ("Motion"), with the Bankruptcy Court and requests the following relief:

Command Center is a creditor of Terry Lee Evanson and Lynette Pearce Evanson (collectively the "Debtors"). The Debtors scheduled Command Center as a contingent, unliquidated, and disputed creditor on Schedule F in connection with their bankruptcy filing.

On July 29, 2013, the Court entered an Order Granting Motion for Examination Terry Lee Evanson and Lynette Pearce Evanson, pursuant to Fed.R.Bankr.P. 2004. Command Center seeks information relating, but not limited to, the Debtors' sources of pre-petition income, the accuracy of their Statement of Financial Affairs and Schedules, and the nature and extent of their ownership in a residence.

Pursuant to Fed.R.Bankr.P. 4007, the deadline for Command Center to file a complaint to determine dischargeability of certain debts was September 6, 2013. On or about September 6, 2013, Command Center filed a Motion to Extend Time to File a Complaint Objecting to Debtors' Dischargeability of Debts. Command Center requested a thirty (30) day extension of the deadline, up to and through October 6, 2013.  On or about September 17, 2013, the Debtors agreed to attend their examinations on October 18, 2013. Such examination date of October 18, 2013 is after the requested October 6, 2013 extended deadline.

Pursuant to Fed.R.Bankr.P 4007(c), on motion of any party in interest, and after notice and hearing, the Court may for cause extend the initial deadline to file a Complaint as to the dischargeability of a debt. The movant must file such motion before the initial deadline expires. Command Center asserts that cause exists to extend the applicable deadline as  the Debtors have not

been examined by Command Center or produced their records regarding their pre-petition financial affairs. *Themy v. Yu (In re Themy)*, 6 F.3d 688, 689 (10th Cir. 1993). Command Center anticipates that after the Debtors fully cooperate with the 2004 Examination, and produce records regarding their pre-petition financial affairs, Command Center will be able to determine whether a complaint under 11 U.S.C. § 523(a) is appropriate. *See In re Stonham*, 317 B.R. 544, 547-48 (Bankr.D.Colo. 2004). Until the Debtors attend their examination on October 18, 2013, and provide their financial records, Command Center is not in a position to determine if cause exists to file a Complaint objecting to the dischargeability of the Debtors' debts as to Command Center, pursuant to 11 U.S.C. § 523(a).

A copy of the Motion is on file with the Clerk of the United States Bankruptcy Court, 721 - 19th Street, Denver, Colorado 80202-2508, or may be obtained from the undersigned upon request.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED this 2nd day of October, 2013.

Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.

*/s/ Kenneth J. Buechler*

_____
Kenneth J. Buechler, #30906
1621 18th Street, Suite 260
Denver, Colorado 80202
Tel: 720-381-0045
Fax: 720-381-0382
ken@kjblawoffice.com

ATTORNEYS FOR COMMAND CENTER