# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON, ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on October 2, 2013, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **SECOND MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGEABILITY OF DEBTS**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Terry Lee Evanson
Lynette Pearce Evanson
10175 South Oneida Street
Littleton, CO 80124

Patrick D. Vellone
Kevin D. Allen, Tatiana Popacondria
1600 Stout St., Suite 1100
Denver, CO 80202

William C. Brittan
270 St. Paul Street, Suite 200
Denver, CO 80206

Heather S. Cleary
999 18th Street, Suite 3100
Denver, CO 80202

Alexis L. Davidson
2594 South Lewis Way, Suite A
Lakewood, CO 80227

Clarissa M. Raney
555 17th Street, Suite 3200
Denver, CO 80202

Douglas D. Koktavy
3515 S. Tamarac Dr., Ste. 200
Denver, CO 80237

Jennifer Schlatter
1600 Stout Street, Ste. 1100
Denver, CO 80202

-2-

Jeffrey Weinman
730 17th Street, Suite 240
Denver, CO 80202

Alan K. Motes
United States Trustee
999 18th Street, Suite 1551
Denver, CO 80202

## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned further certifies that on October 2, 2013, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (is applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on October 2, 2013, and, if applicable, other interested parties the movant mailed notice at the following addresses:

Dated: October 2, 2013

By: */s/ Sharon E. Fox*
For Buechler Law Office, L.L.C.

```
Label Matrix for local noticing          Advantedge Business Group, LLC          Kevin D. Allen
1082-1                                   9777 Pyramid Ct Ste 220                 1600 Stout St.
Case 13-19032-MER                        Englewood, CO  80112-6046               Ste. 1100
District of Colorado                                                             Denver, CO 80202-3160
Denver
Wed Oct  2 14:27:04 MDT 2013

Allied Interstate                        American Express                        American Express
3000 Corporate Exchange Dr               PO Box 297879                           PO Box 297879
Columbus, OH 43231-7684                  Fort Lauderdale, FL  33329-7879         Ft Lauderdale, FL  33329-7879


American Express                         American Express Bank, FSB              Bank Of America
PO Box 650448                            c o Becket and Lee LLP                  PO Box 851001
Dallas, TX  75265-0448                   POB 3001                                Dallas, TX  75285-1001
                                         Malvern, PA 19355-0701


William C. Brittan                       Kenneth J. Buechler                     Castle Rock Security
270 St. Paul St.                         1621 18th St.                           400 W Division St
Ste. 200                                 Ste. 260                                Syracuse, NY  13204-1438
Denver, CO 80206-5133                    Denver, CO 80202-1267


Chase                                    Citi                                    Heather S. Cleary
Cardmember Service                       PO Box 6077                             999 18th St., Ste. 3100
PO Box 94014                             Sioux Falls, SD  57117-6077             Denver, CO 80202-2499
Palatine, IL  60094-4014


Colorado Dept of Revenue                 Command Center, Inc.                    Alexis L. Davidson
1375 Sherman St, Rm 504                  C/O Heather Cleary & Thomas Kanan       2594 S. Lewis Way
Denver, CO  80261-0004                   999 18th St Ste 3100                    Ste. A
                                         Denver, CO  80202-2499                  Lakewood, CO 80227-2839


Discover                                 Discover Bank                           Douglas County Treasurer
PO Box 29033                             DB Servicing Corporation                Attn: Stephanie Cook
Phoenix, AZ  85038-9033                  PO Box 3025                             100 Third Street
                                         New Albany, OH  43054-3025              Castle Rock, CO 80104-2425


Lynette Pearce Evanson                   Terry Lee Evanson                       FIA CARD SERVICES, N.A.
10175 S Oneida St                        10175 S Oneida St                       P O Box 982284
Littleton, CO 80124-9608                 Littleton, CO 80124-9608                El Paso, TX 79998-2284


Hill Property                            Diane A. Holbert                        Home Depot
PO Box 4389                              Douglas County Treasurer                Processing Center
Taber, Alberta                           100 Third Street                        Des Moines, IA  50364-0500
Canada,                                  Attn: Stephanie Cook
                                         Castle Rock, CO 80104-2425


Houslanger & Associates, PLLC            Internal Revenue Service                Douglas D. Koktavy
372 New York Ave                         P.O. Box 7346                           3515 S. Tamarac Dr.
Huntington, NY  11743-3311               Philadelphia, PA 19101-7346             Suite 200
                                                                                 Denver, CO 80237-1430
```

| | | |
|---|---|---|
| Lowes<br>PO Box 530954<br>Atlanta, GA  30353-0954 | Alan K. Motes<br>United States Trustee Program<br>999 18th St., Ste. 1551<br>Denver, CO 80202-2415 | NCO Financial Systems, Inc.<br>355 Union Blvd Ste 350<br>Lakewood, CO  80228-1528 |
| North Shore Agency<br>4000 E 5th Ave<br>Columbus, OH  43219-1811 | Tatiana G. Popacondria<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Provo Dental<br>1355 N University Ave Ste 330<br>Provo, UT  84604-2721 |
| Clarissa M. Raney<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 | Red Rocks Credit Union<br>9325 Dorchester St Ste 200<br>Highlands Ranch, CO  80129-2519 | Santander Consumer USA<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |
| Jennifer Schlatter<br>1600 Stout St., Ste. 1100<br>Denver, CO 80202-3160 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | U.S. Bank<br>C/O Law Office Of David A. Bauer, P.C.<br>2594 S Lewis Way Unit A<br>Lakewood, CO  80227-2839 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank<br>PO Box 790401<br>Saint Louis, MO  63179-0401 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |
| Patrick D. Vellone<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 | Wells Fargo<br>PO Box 30097<br>Los Angeles, CA  90030-0097 |
| Wells Fargo<br>PO Box 5247<br>Denver, CO  80217-5247 | Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank N.A.<br>PO Box 10438 MAC X2505-036<br>Des Moines, IA 50306-0438 |
| Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA  90030-0086 | Westcore Pyramid LP<br>PO Box 748175<br>Los Angeles, CA  90074-8175 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Sprint<br>6391 Sprint Parkway<br>Overland Park, KS  66251-6100 | (d)Sprint<br>PO Box 4191<br>Carol Stream, IL  60197-4191 | (d)Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |