United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 13-19032-MER
Terry Lee Evanson                                                   Chapter 11
Lynette Pearce Evanson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1       User: mckinleyj         Page 1 of 1             Date Rcvd: Oct 03, 2013
                           Form ID: pdf904         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2013.
db/db          Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO  80124-9608
intp          +Diane A. Holbert,    Douglas County Treasurer,    100 Third Street,    Attn: Stephanie Cook,
                Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2013                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2013 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank alewis@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank alewis@dabauerpc.com
              Clarissa M. Raney    on behalf of Creditor    Moreton Insurance of Colorado cmraney@hollandhart.com,
               sjohnson@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               doug@coloradocreditorlaw.com,    rhonda@coloradocreditorlaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jennifer Schlatter    on behalf of Debtor Lynette Pearce Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Jennifer Schlatter    on behalf of Debtor Terry Lee Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,
               dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson
               tpopacondria@allen-vellone.com,    dbarela@allen-vellone.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                                 TOTAL: 19

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                      )
                                            )
TERRY LEE EVANSON,                          )     Case No. 13-19032 MER
LYNETTE PEARCE EVANSON,                     )     Chapter 11
                                            )
            Debtors.                        )

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGEABILITY OF DEBTS

**THIS MATTER** having come before the Court on Command Center, Inc.'s ("Command Center") Motion to Extend Time to File a Complaint Objecting to the Debtor's Dischargeability of Debts, the Court having reviewed the motion and finding no opposition, does hereby

**ORDER** that the Motion is **GRANTED**. Command Center shall have up to and including October 6, 2013 within which to file a complaint for a determination of dischargeability of the Debtor's indebtedness to Command Center.

DATED this 3rd day of October, 2013.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE