**UNITED STATES**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING THE EVANSONS' MOTION FOR PROTECTIVE ORDER**

THIS MATTER, having come before the Court upon Terry Lee Evanson and Lynette Pearce Evanson's Motion for Protective Order ("Motion for Protective Order"), filed on October 7, 2013, and

THE COURT, having reviewed the Motion for Protective Order, and the Court file, and having determined that the Motion for Protective Order is meritorious and that the relief therein sought should be GRANTED.

NOW, THEREFORE, it is hereby Ordered and Directed under Fed.Civ.P. 26(c), Fed.R.Bankr.P. 7026 and 9014, L.B.R. 7026-1(d) that no 2004 Examination nor production of documents of the Debtors shall be required.

Dated this _____ day of _____, 2013.

BY THE COURT:

_____
Michael E. Romero
United States Bankruptcy Judge