UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>TERRY LEE EVANSON<br>SSN: xxx-xx-9483<br>LYNETTE PEARCE EVANSON<br>SSN: xxx-xx-5531<br>　　　　　　　　　Debtors<br><br>SANTANDER CONSUMER USA, INC.,<br><br>　　　　　　　　　Movant,<br>　v.<br><br>TERRY LEE EVANSON and LYNETTE PEARCE EVANSON,<br><br>　　　　　　　　　Respondents | Case No. 13-19032 MER<br>Chapter 11 |

___

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER
AND REQUEST FOR ENTRY OF ORDER
(RE: MOTION FOR RELIEF FROM STAY)**

___

　　On <u>August 28 2013</u>, Santander Consumer USA, Inc., "Movant", filed a motion pursuant to Local Bankruptcy Rule 4001-1 entitled MOTION FOR RELIEF FROM STAY, (Docket No. 63). Movant hereby certifies and shows the court:

　　1. Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), or in the manner permitted by an order of the court (Docket No. 63), as is shown on the certificate of service previously filed with the notice.

　　2. A hearing on said motion/application was scheduled for **<u>Wednesday, September 25, 2013, at 9:30 a.m., Courtroom "C-502".</u>**

　　3. No objections to or requests for hearing on the motion were received by the undersigned or filed with the court or, if filed, were withdrawn.

**WHEREFORE,** Movant prays that the Court forthwith enter an Order, a form of which was submitted to the Court with the Motion (Docket No. 63), granting the requested relief.

Dated: 9/25/2013                             Respectfully submitted,

                                            by: /s/ Douglas D. Koktavy
                                            Douglas D. Koktavy, #14641
                                            3515 S. Tamarac Drive, Suite 200
                                            Denver, Colorado 80237
                                            Telephone: (303) 337-2364
                                            Facsimile:  (303) 873-7060
                                            E-mail: doug@coloradocreditorlaw.com

                                            **ATTORNEYS FOR MOVANT**