UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

| | | |
|---|---|---|
| Date: | **October 11, 2013** | **Honorable Michael E. Romero, Presiding** |
| In re: | **TERRY LEE EVANSON and LYNETTE PEARCE EVANSON** | Case No. **13-19032 MER** |
| | Debtors. | **Chapter 11** |

Appearances:

| | | | |
|---|---|---|---|
| Debtor(s) | | Counsel | **Patrick Vellone** |
| Creditor | | Counsel | **Kenneth Buechler and Heather Cleary** |

Proceedings: **Hearing Debtors' Motion for 2004 Exam of Command Center, Debtors' Motion for Protective Order, and responses thereto**

Orders:

[X]   As set forth on the Record, the Court granted the Debtors' Motion for Protective Order (Docket No. 85) prohibiting Command Center from conducting the Rule 2004 examinations of the Debtors until after March 31, 2014. The Court *sua sponte* entered a protective order against the Debtors from conducting the Rule 2004 examination of Command Center until after March 31, 2014 as well. These three 2004 examinations may not proceed until after conclusion of trial (or final resolution) in the state court action pending before the Denver County District Court, Case No. 2010CV4135.

[X]   This *Minutes of Proceeding* shall serve as an Order of Court and no further order will enter.

Date: **October 11, 2013**     FOR THE COURT:
*Kelly J. Sweeney, Acting Clerk*

By: _____