United States Bankruptcy Court
District of Colorado

In re:                                                                Case No. 13-19032-MER
Terry Lee Evanson                                                     Chapter 11
Lynette Pearce Evanson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1            User: cramerc              Page 1 of 1            Date Rcvd: Oct 10, 2013
                                Form ID: 241               Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2013.
db/db         Terry Lee Evanson,   Lynette Pearce Evanson,   10175 S Oneida St,   Littleton, CO  80124-9608
intp         +Diane A. Holbert,   Douglas County Treasurer,   100 Third Street,   Attn: Stephanie Cook,
               Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2013                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2013 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank alewis@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank alewis@dabauerpc.com
              Clarissa M. Raney    on behalf of Creditor    Moreton Insurance of Colorado cmraney@hollandhart.com,
               sjohnson@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               doug@coloradocreditorlaw.com,    rhonda@coloradocreditorlaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jennifer Schlatter    on behalf of Debtor Lynette Pearce Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Jennifer Schlatter    on behalf of Debtor Terry Lee Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,
               dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson
               tpopacondria@allen-vellone.com,    dbarela@allen-vellone.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                             TOTAL: 19

(COB #241 voMotRFS)(02/10)

# IN THE UNITED STATES BANKRUPTCY COURT
### District of Colorado,

Case No. **13–19032–MER**

In re:  Terry Lee Evanson and Lynette Pearce Evanson

Debtor(s)

## ORDER ON MOTION FOR RELIEF FROM STAY

Santander Consumer USA, Inc. , ("Movant,") has filed herein a Motion for Relief from Stay, document no. **63 ,**

**[ X ]** 1. to foreclose on and/or take possession and control of property described as follows:

**2010 Honda Pilot**

**[ ]** 2. to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in:  **.**

**[ ]** 3. other:

The court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post–petition property).

IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated:  10/10/13                                    BY THE COURT:

s/ Michael E. Romero
United States Bankruptcy Judge