United States Bankruptcy Court
District of Colorado

In re:  
Terry Lee Evanson  
Lynette Pearce Evanson  
     Debtors

Case No. 13-19032-MER  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: cramerc     Page 1 of 1     Date Rcvd: Oct 11, 2013  
                         Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2013.  
db/db        Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO  80124-9608  
intp         +Diane A. Holbert,    Douglas County Treasurer,    100 Third Street,    Attn: Stephanie Cook,  
              Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2013                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2013 at the address(es) listed below:  
           Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov  
           Alexis L. Davidson    on behalf of Creditor    Discover Bank alewis@dabauerpc.com  
           Alexis L. Davidson    on behalf of Plaintiff    Discover Bank alewis@dabauerpc.com  
           Clarissa M. Raney    on behalf of Creditor    Moreton Insurance of Colorado cmraney@hollandhart.com,  
            sjohnson@hollandhart.com  
           Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.  
            doug@coloradocreditorlaw.com,   rhonda@coloradocreditorlaw.com  
           Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,  
            kristine.fernatt@ritsema-lyon.com  
           Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,  
            lkraai@weinmanpc.com  
           Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,  
            lkraai@weinmanpc.com  
           Jennifer Schlatter    on behalf of Debtor Lynette Pearce Evanson jschlatter@allen-vellone.com,  
            tnovoa@allen-vellone.com;jsena@allen-vellone.com  
           Jennifer Schlatter    on behalf of Debtor Terry Lee Evanson jschlatter@allen-vellone.com,  
            tnovoa@allen-vellone.com;jsena@allen-vellone.com  
           Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,  
            sharon@kjblawoffice.com  
           Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,  
            mmorton@allen-vellone.com  
           Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,  
            mmorton@allen-vellone.com  
           Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,  
            jsena@allen-vellone.com;dbarela@allen-vellone.com  
           Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,  
            jsena@allen-vellone.com;dbarela@allen-vellone.com  
           Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,  
            dbarela@allen-vellone.com  
           Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson  
            tpopacondria@allen-vellone.com,   dbarela@allen-vellone.com  
           US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
           William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,  
            adavis@ckbrlaw.com  
                                                                                               TOTAL: 19

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

| | | |
|---|---|---|
| Date: | **October 11, 2013** | **Honorable Michael E. Romero, Presiding** |
| In re: | **TERRY LEE EVANSON and LYNETTE PEARCE EVANSON** | Case No. **13-19032 MER** |
| | | **Chapter 11** |
| | Debtors. | |

Appearances:

| | | | |
|---|---|---|---|
| Debtor(s) | | Counsel | **Patrick Vellone** |
| Creditor | | Counsel | **Kenneth Buechler and Heather Cleary** |

Proceedings: **Hearing Debtors' Motion for 2004 Exam of Command Center, Debtors' Motion for Protective Order, and responses thereto**

Orders:

[X]  **As set forth on the Record, the Court granted the Debtors' Motion for Protective Order (Docket No. 85) prohibiting Command Center from conducting the Rule 2004 examinations of the Debtors until after March 31, 2014. The Court *sua sponte* entered a protective order against the Debtors from conducting the Rule 2004 examination of Command Center until after March 31, 2014 as well. These three 2004 examinations may not proceed until after conclusion of trial (or final resolution) in the state court action pending before the Denver County District Court, Case No. 2010CV4135.**

[X]  This *Minutes of Proceeding* **shall serve as an Order of Court and no further order will enter.**

Date: **October 11, 2013**   FOR THE COURT:
*Kelly J. Sweeney, Acting Clerk*

By: _____