UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
TERRY LEE EVANSON ) Case No. 13-19032 MER
SS# XXX-XX-9483 ) Chapter 11
LYNETTE PEARCE EVANSON )
SS# XXX-XX-5531 )
)
Debtors. )

**ORDER EXTENDING EXCLUSIVE PERIOD WITHIN WHICH TO FILE DEBTORS' INITIAL PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES OF DEBTORS' INITIAL PLAN OF REORGANIZATION**

THIS MATTER, having come before the Court on the Motion of the Debtors for an Extension of the Exclusive Period Within Which to File their Initial Plan of Reorganization and to Solicit Acceptances of their Initial Plan of Reorganization; the Court having reviewed the Debtors' Motion and its file with respect to this matter; notice of the Debtors' Motion having been given pursuant to Rule 9013 L.R.B.P.; and no party in interest having objected thereto or, the Court having received an objection and having convened a hearing in this matter and having made findings of facts and conclusions of law; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting the Debtors' Motion.

THEREFORE THE COURT ORDERS:

1. The Debtors' Motion is granted.

2. The exclusive period within which the Debtors may file their initial Plan of Reorganization is hereby extended for a period of 120 days, or through and including January 23, 2014.

3. The 180-day period within which the Debtors may solicit acceptances of their initial Plan of Reorganization is hereby extended for a period of 120 additional days.

DATED: October 17, 2013

BY THE COURT:

U.S. Bankruptcy Judge