United States Bankruptcy Court
District of Colorado

In re:  
Terry Lee Evanson  
Lynette Pearce Evanson  
    Debtors

Case No. 13-19032-MER  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: cramerc     Page 1 of 1     Date Rcvd: Oct 17, 2013  
                      Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2013.  
db/db        Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO 80124-9608  
intp        +Diane A. Holbert,    Douglas County Treasurer,    100 Third Street,    Attn: Stephanie Cook,   Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2013                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2013 at the address(es) listed below:  
         Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov  
         Alexis L. Davidson    on behalf of Creditor    Discover Bank alewis@dabauerpc.com  
         Alexis L. Davidson    on behalf of Plaintiff    Discover Bank alewis@dabauerpc.com  
         Clarissa M. Raney    on behalf of Creditor    Moreton Insurance of Colorado cmraney@hollandhart.com,   sjohnson@hollandhart.com  
         Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.   doug@coloradocreditorlaw.com,    rhonda@coloradocreditorlaw.com  
         Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,    kristine.fernatt@ritsema-lyon.com  
         Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,    lkraai@weinmanpc.com  
         Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,    lkraai@weinmanpc.com  
         Jennifer Schlatter    on behalf of Debtor Lynette Pearce Evanson jschlatter@allen-vellone.com,    tnovoa@allen-vellone.com;jsena@allen-vellone.com  
         Jennifer Schlatter    on behalf of Debtor Terry Lee Evanson jschlatter@allen-vellone.com,    tnovoa@allen-vellone.com;jsena@allen-vellone.com  
         Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,    sharon@kjblawoffice.com  
         Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,    mmorton@allen-vellone.com  
         Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,    mmorton@allen-vellone.com  
         Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,    jsena@allen-vellone.com;dbarela@allen-vellone.com  
         Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,    jsena@allen-vellone.com;dbarela@allen-vellone.com  
         Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,    dbarela@allen-vellone.com  
         Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson tpopacondria@allen-vellone.com,    dbarela@allen-vellone.com  
         US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
         William C. Brittan    on behalf of Creditor Keith Anderson bbrittan@ckbrlaw.com,    adavis@ckbrlaw.com  
                                                                                              TOTAL: 19

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
TERRY LEE EVANSON ) Case No. 13-19032 MER
SS# XXX-XX-9483 ) Chapter 11
LYNETTE PEARCE EVANSON )
SS# XXX-XX-5531 )
)
Debtors. )

**ORDER EXTENDING EXCLUSIVE PERIOD WITHIN WHICH TO FILE DEBTORS' INITIAL PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES OF DEBTORS' INITIAL PLAN OF REORGANIZATION**

THIS MATTER, having come before the Court on the Motion of the Debtors for an Extension of the Exclusive Period Within Which to File their Initial Plan of Reorganization and to Solicit Acceptances of their Initial Plan of Reorganization; the Court having reviewed the Debtors' Motion and its file with respect to this matter; notice of the Debtors' Motion having been given pursuant to Rule 9013 L.R.B.P.; and no party in interest having objected thereto or, the Court having received an objection and having convened a hearing in this matter and having made findings of facts and conclusions of law; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting the Debtors' Motion.

THEREFORE THE COURT ORDERS:

1. The Debtors' Motion is granted.

2. The exclusive period within which the Debtors may file their initial Plan of Reorganization is hereby extended for a period of 120 days, or through and including January 23, 2014.

3. The 180-day period within which the Debtors may solicit acceptances of their initial Plan of Reorganization is hereby extended for a period of 120 additional days.

DATED: October 17, 2013

BY THE COURT:

_____
U.S. Bankruptcy Judge