DEBTOR: Terry + Lynette Evanson

CASE NUMBER: 13-19032 MER

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
COVER SHEET

For Period Ending 9-30-13.

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  Wells Fargo Red Rocks. |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 9/26/13.

Print Name: Terry L. Evanson
Signature: _[signature]_
Title: _____

Rev. 12/10/2009

DEBTOR: _Terry & Lynette Evanson_  CASE NO: _13-19032 MER_

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _9/1/13_ to _9/30/13_

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 4394.74 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 3667.18 | |
|    Sale of Assets | | |
|    Loans/advances | 1680.20 | |
|    Other | | |
|    Total Cash Receipts | $ 9742.12 | $ _____ |
| 3. Cash Disbursements | | |
|    Operations | | |
|    Debt Service/Secured loan payment | | |
|    Professional fees/U.S. Trustee fees | | |
|    Other | | |
|    Total Cash Disbursements | $ 4742.28 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | _____ | _____ |
| 5. Ending Cash Balance (to Form 2-C) | $ 4999.34 (2) | $ _____ (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 4999.34 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: Terry & Lynette Gvanson     CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 9/1/30 to 9/30/13

**CASH RECEIPTS DETAIL**    Account No: 3876.
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| 9/30 | Operations Income. | | $3667.18 |
| 9/30 | Advantage Business Group. | | 1680.20 |

Total Cash Receipts    $ 5347.38 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry & Lunette Evanson    CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 9/1/30 to 9/30/30

**CASH DISBURSEMENTS DETAIL**    Account No: 3526.
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
| | | | SEE WELLS FARGO BANK STATEMENT 9/30/13. | |
| | | | GAS & PARKING | 104.48 |
| | | | DOCTOR | 50.00 |
| | | | CAR (RED ROCKS) | 377.59 |
| | | | LIFE INS. | 156.63 |
| | | | PERSONAL | 268.41 |
| | | | CHURCH DONATIONS | 400.00 |
| | | | UTILITIES | 629.28 |
| | | | WORK HEALTH INS. | 1621.82 |
| | | | WEDDING + BANQUET SUPPLIES | 1134.60 |

Total Cash Disbursements  $ 4742.?? (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson   CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 9/30/13

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets (List) | | |
| Total Current Assets | $ 0 | $ |
| **Fixed Assets:** | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ 0 | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Professional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable (List): | | |
| Total Post Petition Liabilities | $ 0 | $ |
| **Pre Petition Liabilities:** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ 0 | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson                CASE NO: 13-19032 MER.

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 9/1/30 to 9/30/30.

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 3679 $\frac{23}{55}$ | $ |
| Less: Discounts, Returns and Allowances | ( 12 $\frac{55}{\phantom{0}}$ ) | ( ) |
| Net Operating Revenue | $ 3667 $\frac{18}{\phantom{0}}$ | $ |
| Cost of Goods Sold | 1134 $\frac{60}{\phantom{0}}$ |  |
| Gross Profit | $ 2532 $\frac{58}{\phantom{0}}$ | $ |
| Operating Expenses | $ | $ |
| Officer Compensation |  |  |
| Selling, General and Administrative |  |  |
| Rents and Leases |  |  |
| Depreciation, Depletion and Amortization |  |  |
| Other (list): _____ |  |  |
| Total Operating Expenses | $ | $ |
| Operating Income (Loss) | $ 2532 $\frac{58}{\phantom{0}}$ | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses |  |  |
| Gains (Losses) on Sale of Assets |  |  |
| Interest Income |  |  |
| Interest Expense |  |  |
| Other Non-Operating Income |  |  |
| Net Non-Operating Income or (Expenses) | $ 1940 $\frac{53}{\phantom{0}}$ | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees |  |  |
| Other Reorganization Expense |  |  |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ | $ |
| Federal and State Income Tax Expense (Benefit) |  |  |
| NET INCOME (LOSS) | $ 592 $\frac{05}{\phantom{0}}$ | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson           CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 9/1/13 to 9/30/13

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: |  |  |  |  |  |  |
| Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax |  |  |  |  |  |  |
| Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: |  |  |  |  |  |  |
| Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ None |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ -0- |  | $ |
| General Liability |  | $ -0- |  | $ |
| Property (Fire, Theft) | same | $ |  | $ |
| Vehicle | same | $ |  | $ |
| Other (list): | same | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON  CASE NO: 13-19032 MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 9/1/13 to 9/30/13

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ None |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid In Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | $ None |
| Total | $ | $ | $ | | |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ None |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** Terry & Lynette Evanson     **CASE NO:** 13-19032 MER

## Form 2-F
## QUARTERLY FEE SUMMARY*
For the Month Ended: 9/30/13

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| **TOTAL 1st Quarter** | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| **TOTAL 2nd Quarter** | $ | $ | | | |
| July | 6566 $ | | | | |
| August | 7028 | | | | |
| September | 4743 | | | | |
| **TOTAL 3rd Quarter** | $ | 18337 $ | 650 00 | #26 | 10-26-13 |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| **TOTAL 4th Quarter** | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,899 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,899 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-G
**NARRATIVE**
For Period Ending 9/30/13

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009

Wells Fargo Account Activity                                                                  Page 1 of 2



**Wells Fargo Online®**

## Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $3,690.74 |
| Pending Withdrawals/ Debits | -$174.49 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $3,516.25 |

### Transactions

Show: for Date Range 09/01/13 to 09/30/13

| Date | Description | | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|---|
| | Pending Transactions   Note: Amounts may change | | | |
| | No pending transactions meet your criteria above. | | | |
| | Posted Transactions | | | |
| 09/30/13 | CHECK CRD PURCHASE 09/28 KROGER #470 DAWSONVILLE GA 434256XXXXXX4079 283271827840118 ?MCC=5411 | PERSONAL | | $7.28 |
| 09/26/13 | CHECK # 109 | | | $8.00 |
| 09/25/13 | XCEL ENERGY-PSCO XCELENERGY 00032775401 TERRY LEE EVANSON | UTILITIES | | $829.28 |
| 09/23/13 | CHECK # 108 | CHURCH DONATION | | $400.00 |
| 09/23/13 | CHECK CRD PURCHASE 09/20 KING SOOPERS #0691 CASTLE ROCK CO 434256XXXXXX4079 283263786841532 ?MCC=5542 | BUSINESS | | $42.02 |
| 09/20/13 | POS PURCHASE - KROGER 6825 HYW 53 E DAWSONVILLE GA 7458 00563263585810763 | PERSONAL | | $32.41 |
| 09/20/13 | DEPOSIT | | $3,520.91 | |
| 09/19/13 | CHECK CRD PURCHASE 09/17 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX4079 383260827899723 ?MCC=5411 | PERSONAL | | $59.98 |
| 09/18/13 | CHECK CRD PURCHASE 09/16 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX7458 383259545464235 ?MCC=5411 | | | $7.31 |
| 09/16/13 | RED ROCKS CU RRCU LN 15 9705143576 Everson Terry | CAR | | $377.59 |
| 09/16/13 | POS PURCHASE - SAMSCLUB 6534 LONE TREE CO 7458 00000000654921882 | | | $119.12 |
| 09/16/13 | CHECK CRD PURCHASE 09/14 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 463258031717377 ?MCC=5542 | GAS | | $43.71 |
| 09/16/13 | CHECK CRD PURCHASE 09/12 ALPHA PARK DENVER CO 434256XXXXXX4079 283255573721480 7 MCC=7523 | PARKING | | $10.00 |
| 09/13/13 | TRANSAMERICA INS INSPAYMENT 37L/A OS41730089 EVANSON, TERRY AND LYN | LIFE INS | | $107.19 |
| 09/13/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000535791081 | BUSINESS | | $25.86 |
| 09/13/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00583258738174094 | PERSONAL | | $28.42 |
| 09/13/13 | ATM WITHDRAWAL - 9233 E. LINCOLN AVE LITTLETON CO 7458 0003218 | | | $80.00 |
| 09/13/13 | CHECK CRD PURCHASE 09/11 SHELL OIL 57442466 HIGHLANDS RAN CO 434256XXXXXX4079 683254817324474 ?MCC=5542 | GAS | | $9.95 |
| 09/13/13 | Shelf Reliance Home Party 2327 Lynette P Evanson | | $146.28 | |
| 09/12/13 | POS PURCHASE - TARGET T2023 TARGET T2 LONETREE CO 7458 00303255035809075 | BUSINESS | | $35.84 |
| 09/11/13 | TRANSAMERICA INS INSPAYMENT 37L/A OS42083752 EVANSON,LYNETTE OR TER | LIFE INS | | $49.44 |
| 09/10/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000664277163 | BUSINESS | | $133.29 |
| 09/10/13 | POS PURCHASE - Wal Mart Super CASTLE ROCK CO 7458 00000000156456929 | PERSONAL | | $21.58 |
| 09/09/13 | POS PURCHASE RETURN - TARGET T2023 TARGET T2 LONETREE CO 7458 00463252598568760 | | $7.58 | |
| 09/09/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000432130944 | BUSINESS | | $82.32 |
| 09/09/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000549922953 | | | $75.15 |
| 09/06/13 | CHECK CRD PURCHASE 09/06 Hummell-Kimura Centennial CO 434256XXXXXX7458 063249656022985 ?MCC=8041 | DOCTOR | | $50.00 |
| 09/09/13 | CHECK CRD PURCHASE 09/06 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 383249654262100 ?MCC=5542 | GAS | | $40.02 |
| **Totals** | | | **$3,679.73** | **$3,074.13** |

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=W6FVq5OrWUWfyAFnL...   10/28/2013

| Date | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| 09/05/13 | POS PURCHASE RETURN - SAMSCLUB 6634 LONE TREE CO 7458 00000000646059719 | $4.66 | |
| 09/06/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000140448244 | | $134.07 |
| 09/06/13 | POS PURCHASE - HOB LOB 117 8161 S Q Centennial CO 7458 004832497197226710 | BUSINESS | $15.98 |
| 09/06/13 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 4079 00000000546385925 | | $26.39 |
| 09/06/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 4079 00000000247049389 | | $113.97 |
| 09/03/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00303246008356468 | PERSONAL | $16.49 |
| 09/03/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000042417230 | | $80.30 |
| 09/03/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000857909631 | BUSINESS | $68.92 |
| 09/03/13 | POS PURCHASE - KING SOOPERS 56736 QU HIGHLANDS RNCCO 4079 00463243086017742 | | $5.24 |
| 09/03/13 | POS PURCHASE - KING SOOPERS 56736 QU HIGHLANDS RNCCO 4079 00303243064685580 | | $26.47 |
| 09/03/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000233055845 | | $50.82 |
| 09/03/13 | CHECK CRD PURCHASE 08/30 SPROUTS FARMERS MA LONE TREE CO 434258XXXXXX7458 463242823066866 ?MCC=5411 | PERSONAL | $8.52 |
| 09/03/13 | CHECK CRD PURCHASE 08/30 AMATO WHOLESALE FL DENVER CO 434258XXXXXX7458 283242585593446 ?MCC=5193 | BUSINESS | $62.31 |
| Totals | | $3,679.73 | $3,075.13 |

⌂ Equal Housing Lender
© 1995 – 2013 Wells Fargo. All rights reserved.

PRIME SAVINGS ACCOUNT 1 — Sep 1 - Sep 30, 2013 Custom                                Page 1 of 1

## PRIME SAVINGS ACCOUNT 1

Sep 1 - Sep 30, 2013 Custom

Balance     $8.32
Available**   $3.32
YTD dividend $0.00

| Date | Description | Deposit | Withdrawal | Balance |
|------|-------------|---------|------------|---------|

**This balance may include overdraft or line of credit funds.

**07 VW JETTA 2401 151**

Sep 1 - Sep 30, 2013 Custom

| | Balance | $4,365.05 |
|---|---|---|
| | Available credit | $0.00 |
| | Amount due | $377.59 |
| | Next due | 11/15/2013 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 09/16/2013 | PAYMENT / RED ROCKS CU RRCU LN 15 | | $377.59 | $4,722.04 |
| | | Principal | -$353.16 | |
| | | Interest | $24.43 | |

**This balance may include overdraft or line of credit funds.