DEBTOR: TERRY + LYNETTE EVANSON

CASE NUMBER: 13-19032-MER

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
COVER SHEET

For Period Ending 10-31-13

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  Wells Fargo + Red Rocks. |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 11/12/13

Print Name: TERRY L. EVANSON

Signature: _____

Title: _____

Rev. 12/10/2008

DEBTOR: Terry Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/13 to 10/31/13

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 4999 34 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 7213 39 | |
| Sale of Assets | | |
| Loans/advances | 1680 20 | |
| Other | | |
| Total Cash Receipts | $ 13892.93 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | $ 8982 29 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | |
| 5. Ending Cash Balance (to Form 2-C) | $ 4910 64 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 4910 64 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/13 to 10/31/13

**CASH RECEIPTS DETAIL**    Account No: 
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| 10/31/13 | operations | | $ 7213.39 |
| 10/31/13 | Advantage Business Group | | 1680.20 |

Total Cash Receipts    $ 8893.59 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evandson      CASE NO: 13-19032 MER

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 10/1/13 to 10/31/13

**CASH DISBURSEMENTS DETAIL**      Account No: 3576
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | See Wells Fargo Bank statement. | | |
| | | Gas + parking | | 258.40 |
| | | Doctor + Dentist | | 660.00 |
| | | Car (Red Rocks.) | | 377.59 |
| | | Life Insurance | | 263.82 |
| | | Utilities | | 1358.27 |
| | | Car Repairs | | 332.02 |
| | | Phones + Internet | | 164.62 |
| | | Dish Network | | 78.43 |
| | | Work Health Insurance | | 1621.82 |
| | | Personal | | 418.51 |
| | | Wedding + Banquet Supplies | | 3448.81 |

Total Cash Disbursements  $ 8982.29 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson       CASE NO: 13-19032-MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 10/31/13

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ -0- | $ |
| Fixed Assets: | | |
| Land | $ | $ |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ -0- | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ -0- | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ -0- | $ |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| **TOTAL OWNERS' EQUITY** | $ -0- | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ -0- | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson   CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 10/1/13 to 10/31/13

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 7213.39 | $ |
| Less: Discounts, Returns and Allowances | ( 22.93 ) | ( ) |
| **Net Operating Revenue** | $ 7190.46 | $ |
| Cost of Goods Sold | 3390.43 | |
| **Gross Profit** | $ 3800.03 | $ |
| Operating Expenses | $ | $ |
|   Officer Compensation | | |
|   Selling, General and Administrative | | |
|   Rents and Leases | | |
|   Depreciation, Depletion and Amortization | | |
|   Other (list): _____ | | |
| **Total Operating Expenses** | $ | $ |
| **Operating Income (Loss)** | $ 3800.03 | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses | | |
|   Gains (Losses) on Sale of Assets | | |
|   Interest Income | | |
|   Interest Expense | | |
|   Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 755.04 | $ |
| Reorganization Expenses | $ | $ |
|   Legal and Professional Fees | | |
|   Other Reorganization Expense | | |
| **Total Reorganization Expenses** | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 3044.99 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 3044.99 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 10/1/13 to 10/31/13

## POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal State | $ | $ | $ |  |  | $ |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax Federal State Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ none |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | 0 | $ 0 | $ |  |
| General Liability | 0 | $ 0 | $ |  |
| Property (Fire, Theft) | } same | $ | $ |  |
| Vehicle |  | $ | $ |  |
| Other (list): |  | $ | $ |  |
|  |  | $ | $ |  |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson     CASE NO: 13-19032 MER

Form 2-E
**SUPPORTING SCHEDULES**
For Period: 10/1/13 to 10/31/13

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ None |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ None |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ None |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson  CASE NO: 13-19032-MER

## Form 2-F
## QUARTERLY FEE SUMMARY*
For the Month Ended: 10/31/13

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | 8982 $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson        CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 10/31/13

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.