**AMENDED**

DEBTOR: TERRY + LYNETTE EVANSON  
CASE NUMBER: 13-19032-MER

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

Form 2-A
COVER SHEET

For Period Ending 10-31-13

Accounting Method: ☐ Accrual Basis   ☒ Cash Basis

THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts — IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts — Wells Fargo + Red Rocks |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 11/12/13   Print Name: TERRY L. EVANSON

Signature: [signed]

Title: _____

Rev. 12/10/2008

DEBTOR: _Terry Lynette Evanson_        CASE NO: _13-19032 MER_

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _10/1/13_ to _10/31/13_

**CASH FLOW SUMMARY**                       Current Month         Accumulated

1. Beginning Cash Balance                $ _4999 34_ (1)    $ _____ (1)

2. Cash Receipts
   Operations                              _7213 39_
   Sale of Assets                          _1680 20_
   Loans/advances
   Other

   Total Cash Receipts                  $ _13892.93_        $ _____

3. Cash Disbursements
   Operations
   Debt Service/Secured loan payment
   Professional fees/U.S. Trustee fees
   Other

   Total Cash Disbursements             $ _8982 29_         $ _____

4. Net Cash Flow (Total Cash Receipts less
   Total Cash Disbursements)             _____           _____

5. Ending Cash Balance (to Form 2-C)    $ _4910 64_ (2)    $ _____ (2)

**CASH BALANCE SUMMARY**                Financial Institution       Book Balance

   Petty Cash                          _____       $ 
   DIP Operating Account               _____
   DIP State Tax Account               _____
   DIP Payroll Account                 _____
   Other Operating Account             _____
   Other Interest-bearing Account      _____
   TOTAL (must agree with Ending Cash Balance above)           $ _4910 64_ (2)

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/13 to 10/31/13

**CASH RECEIPTS DETAIL**    Account No: _____
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| 10/31/13 | Operations | | $7213.39 |
| 10/31/13 | Advantage Business Group | | 1680.20 |

Total Cash Receipts    $ 8893.59 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson      CASE NO: 13-19032 MER

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/13 to 10/31/13

**CASH DISBURSEMENTS DETAIL**      Account No: 3576
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|------|-----------|-------|----------------------|----------|

See Wells Fargo Bank Statement.

| | Amount |
|---|---|
| Gas + parking | 258.40 |
| Doctor + Dentist | 660.00 |
| Car (Red Rocks) | 377.59 |
| Life Insurance | 263.82 |
| Utilities | 1358.27 |
| Car Repairs | 332.02 |
| Phones + Internet | 164.62 |
| Dish Network | 78.43 |
| Work Health Insurance | 1621.82 |
| Personal | 418.51 |
| Wedding + Banquet Supplies | 3448.81 |

Total Cash Disbursements  $ 8982.29 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

**DEBTOR:** Terry + Lynette Evanson     **CASE NO:** 13-19032-mer

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 10/31/13

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
|   Cash (from Form 2-B, line 5) | $ | $ |
|   Accounts Receivable (from Form 2-E) | | |
|   Receivable from Officers, Employees, Affiliates | | |
|   Inventory | | |
|   Other Current Assets (List) | | |
|   Total Current Assets | $ 0 | $ |
| Fixed Assets: | $ | $ |
|   Land | | |
|   Building | | |
|   Equipment, Furniture and Fixtures | | |
|   Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
|   Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ 0 | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Professional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable (List): | | |
|   Total Post Petition Liabilities | $ 0 | $ |
| Pre Petition Liabilities: | | |
|   Secured Debt | | |
|   Priority Debt | | |
|   Unsecured Debt | | |
|   Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ 0 | $ |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ 0 | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson    CASE NO: 13-19032mer

Form 2-D
PROFIT AND LOSS STATEMENT
For Period 10/1/13 to 10/31/13

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 7213.39 | $ |
| Less: Discounts, Returns and Allowances | ( 22.93 ) | ( ) |
| Net Operating Revenue | $ 7190.46 | $ |
| Cost of Goods Sold | 3390.43 | |
| Gross Profit | $ 3800.03 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| Total Operating Expenses | $ | $ |
| Operating Income (Loss) | $ 3800.03 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-~~Operating Income or~~ (Expenses) | $ 755.04 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ 3044.99 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| NET INCOME (LOSS) | $ 3044.99 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: _Terry & Lynette Evanson_   CASE NO: _13-19032 MER_

### Form 2-E
### SUPPORTING SCHEDULES
For Period: _10/1/13_ to _10/31/13_

#### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS | $ | $ | $ | | | $ _none_ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

#### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | ⌀ | $ ⌀ | $ | |
| General Liability | ⌀ | $ ⌀ | $ | |
| Property (Fire, Theft) | } same | $ | $ | |
| Vehicle | | $ | $ | |
| Other (list): | | $ | $ | |
| | | $ | $ | |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

Form 2-E
**SUPPORTING SCHEDULES**
For Period: 10/1/13 to 10/31/13.

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ none |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | none |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ none |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson        CASE NO: 13-19032 MER

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 10/31/13

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| **TOTAL 1st Quarter** | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| **TOTAL 2nd Quarter** | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| **TOTAL 3rd Quarter** | $ | $ | | | |
| October | 8982. $ | | | | |
| November | | | | | |
| December | | | | | |
| **TOTAL 4th Quarter** | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)] In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson        CASE NO: 13-19032 MER

Form 2-G
**NARRATIVE**
For Period Ending 10/31/13

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009


Wells Fargo Online®

# Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $4,703.30 |
| Pending Withdrawals/ Debits | -$105.74 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $4,597.56 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 10/01/13 to 10/31/13

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions Note: Amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 10/31/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 003033046667002454 | | $26.55 | $4,910.64 |
| 10/31/13 | CHECK CRD PURCHASE 10/29 UNITED 016292 800-932-2732 TX 434256XXXXXX4079 383302792061497 ?MCC=3000 | | $25.00 | |
| 10/31/13 | CHECK CRD PURCHASE 10/29 UNITED 016292 800-932-2732 TX 434256XXXXXX4079 383302792061497 ?MCC=3000 | | $25.00 | |
| 10/31/13 | CHECK CRD PURCHASE 10/29 UNITED 016238 800-932-2732 TX 434256XXXXXX4079 463302792042977 ?MCC=3000 | | $5.00 | |
| 10/31/13 | CHECK CRD PURCHASE 10/29 UNITED 016238 800-932-2732 TX 434256XXXXXX4079 463302792042977 ?MCC=3000 | | $5.00 | |
| 10/31/13 | CHECK CRD PURCHASE 10/29 Hummell-Kimura Centennial CO 434256XXXXXX7458 003302733091063 ?MCC=8041 | | $50.00 | |
| 10/31/13 | DEPOSIT MADE IN A BRANCH/STORE #730641454 | $1,800.00 | | |
| 10/30/13 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $3,247.19 |
| 10/29/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000945387844 | | $66.72 | $3,354.38 |
| 10/28/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00463301829123780 | | $37.99 | $3,421.10 |
| 10/28/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000053585859 | | $57.16 | |
| 10/28/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000733768605 | | $26.34 | |
| 10/28/13 | POS PURCHASE - COSTCO WHSE 0468 LONE TREE CO 4079 00383299713528366 | | $50.44 | |
| 10/28/13 | CHECK CRD PURCHASE 10/26 SAMSCLUB #6634 LONE TREE CO 434256XXXXXX4079 383299690650855 ?MCC=5300 | | $52.77 | |
| 10/28/13 | CHECK CRD PURCHASE 10/26 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 463299673200755 ?MCC=5542 | | $34.72 | |
| 10/28/13 | CHECK CRD PURCHASE 10/25 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX7458 303298737079941 ?MCC=5411 | | $10.22 | |
| 10/25/13 | POS PURCHASE - HOB LOB 117 8181 S Q Centennial CO 7458 00463298754117848 | | $14.88 | $3,690.74 |
| 10/25/13 | POS PURCHASE - ROSS STORE 388 ENGLEWOOD CO 7458 00000000747694713 | | $21.33 | |
| 10/25/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000434105386 | | $67.01 | |
| 10/25/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000049724040 | | $176.26 | |
| 10/25/13 | CHECK CRD PURCHASE 10/24 AMATO WHOLESALE FL DENVER CO 434256XXXXXX7458 163297686506207 ?MCC=5193 | | $500.00 | |
| 10/25/13 | CHECK CRD PURCHASE 10/23 OUTBACK 0626 CASTLE ROCK CO 434256XXXXXX4079 283296845929458 ?MCC=5812 | | $19.58 | |
| Totals | | $7,213.39 | $7,302.09 | |

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=IaYw1m0x9N1pYBNAxp... 11/19/2013

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=laYwlm0x9N1pYBNAxp... 11/19/2013

# Wells Fargo Account Activity

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 10/24/13 | ATM WITHDRAWAL - 9233 E LINCOLN AVE LITTLETON CO 7458 0000581 | | $300.00 | $4,469.80 |
| 10/24/13 | ATM WITHDRAWAL - 4165 WILDCAT RESERVE HIGHLANDS RAN CO 4079 0008167 | | $300.00 | |
| 10/22/13 | POS PURCHASE - Wal Mart Super CASTLE ROCK CO 7458 00000000937352 | | $63.22 | $5,069.80 |
| 10/22/13 | POS PURCHASE - 00895 ALBERTSONS LITTLETON CO 7458 00583296083371193 | | $96.70 | |
| 10/22/13 | POS PURCHASE - HOB LOB 117 8181 S O Centennial CO 7458 00463296058419463 | | $38.64 | |
| 10/22/13 | CHECK CRD PURCHASE 10/21 PEPBOYS STORE 271 LITTLETON CO 4342S6XXXXXX4079 16329475607204 ?MCC=5533 | | $32.02 | |
| 10/22/13 | CHECK CRD PURCHASE 10/21 LITTLE CAESARS 145 CASTLE ROCK CO 4342S6XXXXXX7458 00329469162582 ?MCC=5814 | | $5.40 | |
| 10/22/13 | POS PURCHASE RETURN - ROSS STORE 388 ENGLEWOOD CO 7458 00000005714141010 | $22.93 | | $5,325.78 |
| 10/22/13 | POS PURCHASE - ROSS STORE 388 ENGLEWOOD CO 7458 00000001396443349 | | $21.13 | |
| 10/22/13 | POS PURCHASE - KIRKLANDS #623 KLONE TREE CO 7458 00000086535306388 | | $14.91 | |
| 10/22/13 | CHECK CRD PURCHASE 10/21 ADAMS AUTOMOTIVE I CASTLE ROCK CO 43425SXXXXXX4079 163294752540483 ?MCC=7531 | | $300.00 | |
| 10/21/13 | POS PURCHASE - TARGET T1326 TARGET T1 CASTLE ROCK CO 7458 00583294685328722 | | $43.52 | $5,638.89 |
| 10/21/13 | POS PURCHASE - SAM S CLUB LITTLETON SE CO 7458 00000015486766 | | $40.05 | |
| 10/21/13 | POS PURCHASE - CONTAINERSTOREDNVERSO DENVER CO 7458 0058329266398221 | | $4.01 | |
| 10/21/13 | CHECK CRD PURCHASE 10/19 CONTAINERSTOREDENV DENVER CO 4342S6XXXXXX4079 30329296802417 ?MCC=5999 | | $89.63 | |
| 10/21/13 | CHECK CRD PURCHASE 10/19 SAMSCLUB 6634 SAU LONE TREE CO 4342S6XXXXXX4079 46329296815639 ?MCC=5542 | | $38.25 | |
| 10/21/13 | CHECK CRD PURCHASE 10/18 SHELF RELIANCE, LL AMERICAN FORK UT 4342S6XXXXXX7458 00329281587559526 ?MCC=5999 | | $89.99 | |
| 10/18/13 | CTL 8002441111 WEB 30379232302414 terryevanson@gmail.com | | $164.62 | $5,954.34 |
| 10/18/13 | XCEL ENERGY-PSCO XCELENERGY 5332775401 Terry L 20131017501908 | | $629.33 | |
| 10/18/13 | POS PURCHASE - WAL-MART #1252 HIGHLANDS RA CO 7458 00000003429300000 | | $15.20 | |
| 10/18/13 | POS PURCHASE - ROSS STORE 388 ENGLEWOOD CO 7458 00000000015110733 | | $22.93 | |
| 10/18/13 | CHECK CRD PURCHASE 10/17 ALBERTSONS #00895 LITTLETON CO 4342S6XXXXXX4079 583291107282354 ?MCC=5411 | | $162.40 | |
| 10/17/13 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 7458 00000004207042 | | $69.83 | $6,948.82 |
| 10/17/13 | CHECK CRD PURCHASE 10/15 DABOLINA CORP DENVER CO 4342S6XXXXXX4079 003296802100757 ?MCC=8011 | | $188.76 | |
| 10/16/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00463289845734182 | | $10.49 | $7,207.41 |
| 10/16/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00583289842691447 | | $22.50 | |
| 10/16/13 | CHECK CRD PURCHASE 10/15 PUBLIC WORKS-PRKG DENVER CO 4342S6XXXXXX4079 2832886519190062 ?MCC=7523 | | $1.75 | |
| 10/16/13 | RED ROCKS CU RRCU LN 15 970614376 Everson Terry | | $377.59 | $7,242.15 |
| 10/15/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000015646090026 | | $23.24 | |
| 10/15/13 | POS PURCHASE - ROSS STORE 388 ENGLEWOOD CO 7458 00000004914257 | | $59.04 | |
| 10/15/13 | CHECK CRD PURCHASE 10/12 BLACK EYED PEA CASTLE ROCK CO 4342S6XXXXXX4079 003286052537008 ?MCC=5812 | | $23.48 | |
| 10/15/13 | CHECK CRD PURCHASE 10/12 SPROUTS FARMERS MA LONE TREE CO 4342S6XXXXXX4079 38328607744538 ?MCC=5411 | | $11.53 | |
| 10/15/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000045993751 | | $30.74 | |
| 10/15/13 | CHECK CRD PURCHASE 10/11 THE CHILDRENS PLAC CASTLE ROCK CO 4342S6XXXXXX4079 302285077987507 ?MCC=5641 | | $25.31 | |
| 10/15/13 | Shell Reliance Home Party 2327 Lynette P Evarson | $152.89 | | |
| 10/11/13 | CHECK CRD PURCHASE 10/10 YA YA E FAVORMART 626-667-2258 CA 4342S6XXXXXX7458 0828308435825 ?MCC=5999 | | $322.07 | $7,640.19 |
| Totals | | $7,213.39 | $7,302.08 | |

# Wells Fargo Account Activity

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 10/11/13 | CHECK CRD PURCHASE 10/10 YA YA E FAVORMART 626-667-2258 CA 4342S6XXXXXX4079 083283605356831 7MCC=5999 | | $78.39 | |
| 10/11/13 | CHECK CRD PURCHASE 10/09 WCI/WASTE CONN T C 303-288-2100 CO 4342S6XXXXXX4079 46325259078429S 7MCC=4900 | | $114.11 | $8,040.65 |
| 10/01/13 | CHECK CRD PURCHASE 10/08 KING SOOPERS #0108 HIGHLANDS RAN CO 4342S6XXXXXX4079 00328207710082G 7MCC=5411 | | $12.47 | |
| 10/01/13 | CHECK CRD PURCHASE 10/08 Shell Rabanco LLC AMERICAN FORK UT 4342S6XXXXXX7458 28328180644695S 7MCC=5399 | | $20.00 | |
| 10/09/13 | TRANSAMERICA INS INSPAYMENT 37L/A 05420837S2 EVANSON,LYNETTE OR TER | | $49.44 | $8,187.23 |
| 10/09/13 | DISH NETWORK DISH NTWRK 100713 906037084S SPA EVANSON,TERRY | | $78.43 | |
| 10/09/13 | CHECK # 125 | | $200.00 | |
| 10/09/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 000000056237462 | | $23.64 | |
| 10/09/13 | CHECK CRD PURCHASE 10/07 ENDO ASSOCIATES - C CASTLE ROCK CO 4342S6XXXXXX7458 16328059730171S 7MCC=8021 | | $410.00 | |
| 10/08/13 | CHECK CRD PURCHASE 10/06 SHELL OIL 57444209 GRAND JUNCTIO CO 4342S6XXXXXX4079 46328037730359 7MCC=5542 | | $29.20 | $8,948.74 |
| 10/07/13 | XCEL ENERGY-PSCO XCELENERGY 0003277540I TERRY LEE EVANSON | | $514.83 | $8,977.54 |
| 10/07/13 | POS PURCHASE - WALGREENS 6650 TIMBERL HIGHLNDS RANCO 7453 00328305600029I | | $11.28 | |
| 10/07/13 | CHECK CRD PURCHASE 10/06 SMITHS-FUEL #9144 OREM UT 4342S6XXXXXX4079 00327858757S104 7MCC=5542 | | $42.73 | |
| 10/07/13 | POS PURCHASE - WINCO FOODS Orem UT 7458 000000041244283 | | $40.21 | |
| 10/07/13 | POS PURCHASE - WINCO FOODS Orem UT 7458 000000020040302T | | $54.73 | |
| 10/07/13 | CHECK CRD PURCHASE 10/04 LOCO TRAVEL STOP # FRUITA CO 4342S6XXXXXX4079 38327769473169S 7MCC=5542 | | $30.90 | |
| 10/07/13 | CHECK CRD PURCHASE 10/04 SAMSCLUB 6634 GAS LONE TREE CO 4342S6XXXXXX4079 38327754408889S 7MCC=5542 | | $36.60 | |
| 10/04/13 | WITHDRAWAL MADE IN A BRANCH/STORE | | $100.00 | $9,609.22 |
| 10/04/13 | CHECK CRD PURCHASE 10/03 WAL-MART #0984 CASTLE ROCK CO 4342S6XXXXXX4079 30327710516607T 7MCC=5411 | | $7.55 | |
| 10/04/13 | CHECK CRD PURCHASE 10/03 SAMSCLUB #6634 LONE TREE CO 4342S6XXXXXX4079 58327675073729S 7MCC=5300 | | $18.15 | |
| 10/04/13 | CHECK CRD PURCHASE 10/02 WALLYPARK - DENVER DENVER CO 4342S6XXXXXX4079 00327564083759Z 7MCC=7523 | | $72.05 | |
| 10/03/13 | DEPOSIT MADE IN A BRANCH/STORE #66997982T | $4,028.00 | | |
| 10/03/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 000000084S296682 | | $70.80 | |
| 10/03/13 | CHECK CRD PURCHASE 10/02 CONOCO 1008 DENVER CO 4342S6XXXXXX4079 30327564414334 7MCC=5542 | | $10.45 | $5,978.97 |
| 10/03/13 | DEPOSIT | $358.00 | | |
| 10/03/13 | DEPOSIT | $851.57 | | |
| 10/02/13 | TRANSAMERICA INS INSPAYMENT 37L/A 05417306S EVANSON, TERRY AND LYN | | $107.19 | $4,850.65 |
| 10/02/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00328275816073699 | | $17.46 | |
| 10/02/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 000000074303393 | | $24.04 | |
| Totals | | $7,213.39 | $7,302.09 | |

Equal Housing Lender
© 1995 – 2013 Wells Fargo. All rights reserved.