DEBTOR: _TERRY LYNETTE EVANSON_   MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: _13-19032 MER_

Form 2-A
COVER SHEET

For Period Ending _11-30-13_

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

Mark One Box for Each Required Document:

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts   WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: _12/17/13_   Print Name: _TERRY EVANSON_

Signature: _____

Title: _____

Rev. 12/10/2009

Wells Fargo Account Activity　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

 **Wells Fargo Online®**

## Account Activity

CHECKING XXXXXX3578

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $4,136.70 |
| Pending Withdrawals/ Debits | $0.00 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $4,136.70 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 11/01/13 to 11/30/13

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions  Note: Amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 11/27/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00463331860829951 | | $11.97 | $4,136.70 |
| 11/27/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000869576497 | | $42.77 | |
| 11/27/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00303331669050254 | | $25.82 | |
| 11/27/13 | CHECK CRD PURCHASE 11/25 RESTAURANT DEPOT GREENWOOD VIL CO 434256XXXXXX7458 083329759218857 ?MCC=5411 | | $34.93 | |
| 11/26/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00383330569008976 | | $25.96 | $4,251.99 |
| 11/26/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000347306012 | | $65.68 | |
| 11/26/13 | POS PURCHASE RETURN - HOB LOB 117 8181 S Q Centennial CO 7458 00383329811076631 | $7.43 | | $4,343.63 |
| 11/26/13 | POS PURCHASE RETURN - HOB LOB 117 8181 S Q Centennial CO 7458 00463329808740766 | $21.30 | | |
| 11/26/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00463329837967883 | | $14.94 | |
| 11/25/13 | POS PURCHASE - JOANN STORES INC CENTENNIAL CO 7458 00583329786837007 | | $22.12 | |
| 11/25/13 | POS PURCHASE - KING SOOPERS 7296 LAGA CASTLE ROCK CO 7458 00463329654544006 | | $55.16 | |
| 11/25/13 | POS PURCHASE - USPS 0755838554 LITTLETON CO 7458 00000000842627847 | | $12.35 | |
| 11/21/13 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $122.62 | $4,419.47 |
| 11/20/13 | ATM WITHDRAWAL - 4165 WILDCAT RESERVE HIGHLANDS RAN CO 4079 0004344 | | $20.00 | $4,541.99 |
| 11/20/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00463324555282545 | | $17.73 | |
| 11/20/13 | CHECK CRD PURCHASE 11/18 DOUGS AUTO OREM UT 434256XXXXXX7458 083322806292769 ?MCC=7538 | | $85.46 | |
| 11/19/13 | POS PURCHASE - TJ TJ MAXX HIGHLANDS CO 7458 00000000254469700 | | $17.84 | $4,665.20 |
| 11/19/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000453237057 | | $20.28 | |
| 11/18/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000041508825 | | $96.02 | $4,703.30 |
| 11/18/13 | POS PURCHASE - Wal Mart Super HIGHLANDS RANCO 7458 00000000935500859 | | $66.03 | |
| 11/18/13 | CHECK CRD PURCHASE 11/17 GROUPON INC 877-788-7858 IL 434256XXXXXX4079 483321019426560 ?MCC=7299 | | $11.00 | |
| 11/18/13 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 4079 00383321167878704 | | $69.84 | |
| 11/18/13 | CHECK CRD PURCHASE 11/16 AURORA MOVIE T RES AURORA CO 434256XXXXXX4079 593321130347821 ?MCC=5812 | | $13.00 | |
| Totals | | $2,466.67 | $3,240.81 | |

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=96TamxIWDbFdeGmGMc...　　　12/2/2013

2013年12月49日 (木) 09:49 ADVANTAGE BUSINESS FAX NO. 303 707 4243 P.004
Case:13-29032-MER Doc#:97 Filed:12/19/13 Entered:12/19/13 10:09:54 Page:3 of 13

Wells Fargo Account Activity

Page 2 of 2

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 11/18/13 | CHECK CRD PURCHASE 11/16 MOVIE TAVERN AUROR AURORA CO 434256XXXXXX4079 383321051375870 ?MCC=7832 | | $10.00 | |
| 11/15/13 | RED ROCKS CU RRCU LN 15 9706143576 Evanson Terry | | $377.59 | $4,969.19 |
| 11/15/13 | Shelf Reliance Home Party 2327 Lynette P Evanson | $120.14 | | |
| 11/14/13 | CHECK CRD PURCHASE 11/12 SPROUTS FARMERS MA HIGHLANDS RAN CO 434256XXXXXX4079 283316819819791 ?MCC=5411 | | $3.78 | $5,226.64 |
| 11/13/13 | CHECK # 128 | | $650.00 | $5,230.42 |
| 11/12/13 | TRANSAMERICA INS INSPAYMENT 37L/A CS42083752 EVANSON,LYNETTE OR TER | | $49.44 | $5,880.42 |
| 11/12/13 | DISH NETWORK DISH NTWRK 110713 8060370845 8PA EVANSON,TERRY | | $80.43 | |
| 11/12/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00303316832988586 | | $5.97 | |
| 11/12/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00383316771765890 | | $23.51 | |
| 11/12/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000859312080 | | $73.90 | |
| 11/12/13 | ATM WITHDRAWAL - 4165 WILDCAT RESERVE HIGHLANDS RAN CO 7458 0001740 | | $60.00 | |
| 11/12/13 | POS PURCHASE - SAFEWAY STORE 1549 LITTLETON CO 4079 00383315843885515 | | $20.91 | |
| 11/12/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 00583315833351471 | | $30.12 | |
| 11/12/13 | POS PURCHASE - BR OUTLET USA CASTLE ROCK CO 7458 00583315597814295 | | $103.97 | |
| 11/08/13 | CHECK CRD PURCHASE 11/07 WATERWAY 40 LONE TREE CO 434256XXXXXX7458 083311875377488 ?MCC=5541 | | $85.00 | $6,329.87 |
| 11/08/13 | CHECK CRD PURCHASE 11/06 Hummell-Kimura Centennial CO 434256XXXXXX7458 163310635720879 ?MCC=6041 | | $50.00 | |
| 11/07/13 | CREDIT FIRST NA CFNA PYMT 131106 XXXXX4373 TERRY EVANSON | | $21.19 | $6,465.67 |
| 11/07/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000059943370 | | $5.37 | |
| 11/07/13 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00000000447543569 | | $24.94 | |
| 11/07/13 | POS PURCHASE - COSTCO WHSE 0488 LONE TREE CO 7458 00363311692004621 | | $28.74 | |
| 11/06/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00383310858431870 | | $36.82 | $6,544.91 |
| 11/06/13 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00000000844206889 | | $200.22 | |
| 11/04/13 | Cash eWithdrawal in Branch/Store - 9233 E LINCOLN AVE LONE TREE CO 4079 | | $50.00 | $6,781.95 |
| 11/04/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00303308778806593 | | $5.13 | |
| 11/04/13 | POS PURCHASE - WALGREENS 6850 TIMBERL HIGHLANDS RANCO 7458 00463308765980969 | | $27.55 | |
| 11/04/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000452323147 | | $57.92 | |
| 11/04/13 | POS PURCHASE - JOANN STORES INC CENTENNIAL CO 7458 00583308664601007 | | $10.99 | |
| 11/04/13 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00000000943716708 | | $66.50 | |
| 11/04/13 | CHECK CRD PURCHASE 11/01 SAMSCLUB 6834 GAS LONE TREE CO 434256XXXXXX4079 303305823024866 ?MCC=5542 | | $40.34 | |
| 11/04/13 | CHECK CRD PURCHASE 10/31 DIA PARKING OPERAT 303-342-4633 CO 434256XXXXXX4079 383304514176874 ?MCC=7523 | | $29.00 | |
| 11/04/13 | DEPOSIT | $2,318.00 | | |
| 11/01/13 | POS PURCHASE - Wal Mart Super HIGHLANDS RANCO 7458 00000000659195039 | | $57.94 | $4,751.38 |
| 11/01/13 | CHECK CRD PURCHASE 10/31 YA YA E FAVORMART 626-667-2258 CA 434256XXXXXX7458 283303783814237 ?MCC=5999 | | $101.32 | |
| Totals | | $2,468.87 | $3,240.81 | |

Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

## 07 VW JETTA 2401 151

Nov 1 - Nov 30, 2013 Custom

| | | Balance | $3,648.91 |
|---|---|---|---|
| | | Available credit | $0.00 |
| | | Amount due | $377.59 |
| | | Next due | 01/15/2014 |

| Date | Description | Amount | | Balance |
|---|---|---|---|---|
| 11/15/2013 | PAYMENT / RED ROCKS CU RRCU LN 15 | | $377.59 | $4,007.81 |
| | | Principal | -$357.24 | |
| | | Interest | $20.35 | |

**This balance may include overdraft or line of credit funds.

DEBTOR: **Terry + Lynette Evanson**    CASE NO: **13-19032-MER**

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: **11-1-13** to **11-30-13**

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 4910.64 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|   Operations | | |
|   Sale of Assets | | |
|   Loans/advances | | |
|   Other | | |
|   Total Cash Receipts | $ 4147.07 | $ _____ |
| 3. Cash Disbursements | | |
|   Operations | 1211.80 | |
|   Debt Service/Secured loan payment | 2029.01 | |
|   Professional fees/U.S. Trustee fees | 1680.20 | |
|   Other HEALTH INS | | |
|   Total Cash Disbursements | $ 4921.01 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | |
| 5. Ending Cash Balance (to Form 2-C) | $ 4136.70 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | 0 | $ |
| DIP Operating Account | 0 | |
| DIP State Tax Account | 0 | |
| DIP Payroll Account | 0 | |
| Other Operating Account | 4136.70 | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 4136.70 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/01/2009

DEBTOR: Terry & Lynette Guanson    CASE NO: 13-19032 MER

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 11/1/13 to 11/30/13

**CASH RECEIPTS DETAIL**    Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| 11/30/13 | operations | | $2466.87 |
| 11/30/13 | Advantedge | | 1680.20 |

Total Cash Receipts  $ 4147.07 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2005

DEBTOR: Terry & Lynette Evanson

CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/13 to 12/20/13

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

Account No: 3676

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|------|-----------|-------|----------------------|----------|
| | | | Car Pymt | 377.59 |
| | | | Govt. Payment | 650.00 |
| | | | Doctor | 50.44 |
| | | | Insurance | 49.43 |
| | | | Dish | 80.03 |
| | | | Personal | 699.52 |
| | | | Phones | 122.80 |
| | | | Business Expenses/Purchases | 1211.— |
| | | | Health Insurance | 1680.20 |

TOTAL Total Cash Disbursements $ 4921.01 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: __Terry + Lynette Evanson__  CASE NO: __13-19032 MER__

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period __11/1/13__ to __11/30/13__

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 2466.87 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| Net Operating Revenue | $ 2466.87 | $ |
| Cost of Goods Sold | 1211.80 | |
| Gross Profit | $ 1255.07 | $ |
| Operating Expenses | $ | $ |
|   Officer Compensation | | |
|   Selling, General and Administrative | | |
|   Rents and Leases | | |
|   Depreciation, Depletion and Amortization | | |
|   Other (list): _____ | | |
| Total Operating Expenses | $ 0 | $ |
| Operating Income (Loss) | $ 1255.07 | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses | | |
|   Gains (Losses) on Sale of Assets | | |
|   Interest Income | | |
|   Interest Expense | | |
|   Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | $ | $ |
|   Legal and Professional Fees | | |
|   Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| NET INCOME (LOSS) | $ 1255.07 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry+Lynette Evanson    CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 11-30-13

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) _____ | | |
| Total Current Assets | $ _____ | $ _____ |
| **Fixed Assets:** | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( _____ ) | ( _____ ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ -0- | $ _____ |
| Other Assets (List): _____ | | |
| TOTAL ASSETS | $ -0- | $ _____ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Professional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): _____ | | |
| Total Post Petition Liabilities | $ -0- | $ _____ |
| **Pre Petition Liabilities:** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ _____ | $ _____ |
| TOTAL LIABILITIES | $ -0- | $ _____ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ _____ | $ _____ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ -0- | $ _____ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson  CASE NO: 13-19032 MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 11/1/13 to 11/30/13

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ None |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | 0 | $ | $ |  |
| General Liability | 0 | $ | $ |  |
| Property (Fire, Theft) | same | $ | $ |  |
| Vehicle |  | $ | $ |  |
| Other (list): |  | $ | $ |  |
|  |  | $ | $ |  |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson    CASE NO: 13-19032-MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 11/1/13 to 11/30/13

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| Total Post Petition Accounts Payable | | $ none |

→ Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ none |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ none |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson

CASE NO: 13-19032mer

## Form 2-F
## QUARTERLY FEE SUMMARY*
For the Month Ended: 11/30/13

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | | $ | | | |
| April | | $ | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | | $ | | | |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | | $ | | | |
| October | 8982. | $ | | | |
| November | 4147. | | | | |
| December | | | | | |
| TOTAL 4th Quarter | | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)] In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson  CASE NO: 13-19032 MER

Form 2-6
NARRATIVE
For Period Ending 11/30/13

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.