# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON, | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| COMMAND CENTER, INC., | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY LEE EVANSON, and | ) | |
| LYNETTE PEARCE EVANSON, | ) | |
| Respondents. | ) | |

## NOTICE OF CONTINUANCE OF CIVIL CASE TRIAL

PLEASE TAKE NOTICE that the 9-day jury trial in Case No. 2010CV4135 that was originally scheduled to begin on March 31, 2014, has been rescheduled to begin on September 22, 2014, at 9:00 a.m. in, Courtroom 414, in Denver District Court, 1437 Bannock Street, Denver, CO 80202. Please see attached Notice of Jury Trial filed December 23, 2013.

DATED this 2nd day of January, 2014.

Respectfully submitted,
RITSEMA & LYON, P.C.

*/s/ Heather S. Cleary*
Heather S. Cleary, Esq., #39784
999 18the Street, Suite 3100
Denver, Colorado 80202
Tel: 303-293-3100
Fax: 303-297-2337
Heather.Cleary@ritsema-lyon.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 2nd day of January, 2014, I served by prepaid first class mail a copy of **NOTICE OF CONTINUANCE OF CIVIL CASE TRIAL** all parties against whom relief is sought and those otherwise entitled to service as follows:

Clarissa M. Raney
555 17th St., Ste. 3200
Denver, CO  80202-3921

William C. Brittan
270 St. Paul St., Ste. 200
Denver, CO  80206-5133

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO  80202-2415

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO  80202-2415

Jeffrey A. Weinman
730 17th St., Ste. 240
Denver, CO  80202-3506

Douglas County Treasurer
Attn: Stephanie Cook
100 Third Street
Castle Rock, CO  80104

Kenneth J. Buechler
Buechler Law Office, LLC
1621 18th Street, Suite 260
Denver, CO  80202

Patrick D. Vellone
Kevin D. Allen
Jennifer E. Schlatter
Tatiana G. Popacondria
1600 Stout Street, Suite 1100
Denver, CO  80202

Terry Lee Evanson
Lynette Pearce Evanson
10175 S. Oneida Street
Littleton, CO  80124


/s/ Sarah Sibert
Sarah Sibert, Paralegal

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER<br>STATE OF COLORADO<br>1437 Bannock Street, Room 256<br>Denver, Colorado 80202 | DATE FILED: December 23, 2013 9:01 AM<br>FILING ID: 4E2A66EC4C3D9<br>CASE NUMBER: 2010CV4135 |
| ADVANTEDGE INSURANCE GROUP, L.L.C.,<br>Plaintiff,<br><br>v.<br><br>COMMAND CENTER, INC.,<br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>FRED A. MORETON & COMPANY<br><br>v.<br><br>TERRY EVANSON, KEITH ANDERSON, and LYNETTE EVANSON, Third-Party Defendants | ▲ COURT USE ONLY ▲ |
| Attorney for Defendant/Third-Party Plaintiff:<br>Heather S. Cleary (#39784)<br>999 18th Street, Suite 3100<br>Denver, CO 80202<br>Telephone: (303) 675-4414<br>Facsimile: (303) 297-2337<br>Email: heather.cleary@ritsema-lyon.com<br><br>Norton Cutler, Esq. (#34357)<br>1900 Sixteenth St. Ste. 1400<br>Denver, CO 80202-5255<br>Phone: 303-291-2300<br>Fax: 303-291-2400<br>E-mail: ncutler@perkinscoie.com | Case No.: 2010CV4135<br><br>Division: 2    Ctrm: 414 |
| NOTICE OF JURY TRIAL | |

TO:  ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this matter has been scheduled for a 9-day jury trial commencing on **September 22, 2014** at **9:00 a.m.** in Denver District Court, 1437 Bannock Street, Room 414, Denver, Colorado 80202, at which time the parties must be prepared to present evidence concerning the issues to be heard.

The undersigned is filing this Notice of Jury Trial as requested by the Court.

RITSEMA & LYON, P.C.

*/s/ Heather S. Cleary*
Heather S. Cleary, Esq. #39784
999 18th Street, Suite 3100
Phone: 303.293.3100
Fax: 303.297.2337
heather.cleary@ritsema-lyon.com

Norton Cutler, Esq. #34357
1900 Sixteenth St. Ste. 1400
Denver, CO 80202-5255
Phone: 303-291-2300
Fax: 303-291-2400
ncutler@perkinscoie.com
*Attorneys for Defendant/Third-Party*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December_, 2013, I served the foregoing **NOTICE OF JURY TRIAL** via ICCES to the following:

Scott D. Kumpf, Esq.
Royal E.S. Charsley, Esq.
Kumpf, Charsley & Hansen LLC
9635 Maroon Circle, Suite 230
Englewood, Colorado 80112
*Attorneys for AdvantEdge Insurance Group, LLC*

Robert Thomas, Esq.
Holland & Hart LLP
6380 South Fiddlers Green Cir., Ste. 500
Greenwood Village, CO 80111
*Attorneys for Third-Party Defendant Moreton Insurance of Colorado, LLC*

Michael Carrington, Esq.
T. Michael Carrington, P.C.
5347 South Valentia Way, Suite 310
Greenwood Village, CO 8011
*Attorneys for Lynette Evanson*

Michael J. Carrigan, Esq.
Holland & Hart LLP
555 Seventeenth St., Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
*Attorneys for Third-Party Defendant Moreton Insurance of Colorado, LLC*

Geraldine A. Brimmer, Esq.
Holland & Hart LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
*Attorneys for Third-Party Defendant Moreton Insurance of Colorado, LLC*

William C. Brittan, Esq.
Margret R. Pflueger, Esq
Campbell Killin Brittan & Ray, LLC
270 Saint Paul Street, Suite 200
Denver, CO 80206
*Attorneys for Terry Evanson and Keith Anderson*

*/s/ Heather S. Cleary*
Heather S. Cleary