DEBTOR: TERRY & LYNETTE EVANSON     MONTHLY OPERATING REPORT
                                    CHAPTER 11

CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 12-31-13

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

WELLS FARGO + RED ROCKS

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 1/17/14     Print Name: TERRY EVANSON
                         Signature: [signature]
                         Title:

Rev. 12/10/2009

## Wells Fargo Account Activity



**Wells Fargo Online®**

### Account Activity

CHECKING XXXXXX3576

| Activity Summary | |
|---|---|
| Current Posted Balance | $5,772.70 |
| Pending Withdrawals/Debits | -$277.91 |
| Pending Deposits/Credits | $0.00 |
| Available Balance | $5,494.79 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 12/01/13 to 12/31/13

| Date ↓ | Description | | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|---|
| Pending Transactions: Note: Amounts may change | | | | | |
| No pending transactions meet your criteria above. | | | | | |
| Posted Transactions | | | | | |
| 12/31/13 | CHECK # 110 | Donation | | $500.00 | $5,882.49 |
| 12/31/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 0056338833573429 | Business | | $30.13 | |
| 12/31/13 | CHECK CRD PURCHASE 12/30 SAMSCLUB 6534 GAS LONE TREE CO 434258XXXXXX7458 383364819015264 ?MCC=8542 | | | $85.60 | |
| 12/30/13 | POS PURCHASE - WAL MART 1252 HIGHLANDS RA CO 7458 00000000847030229 | Personal | | $13.49 | $6,578.22 |
| 12/30/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000944472155 | Business | | $34.02 | |
| 12/26/13 | POS PURCHASE - TARGET T2023 TARGET T2 LONETREE CO 7458 00303360746999795 | | | $111.69 | $6,525.73 |
| 12/26/13 | CHECK CRD PURCHASE 12/24 DESERET BOOK CO 60 LITTLETON CO 434258XXXXXX7458 583358804882091 ?MCC=5942 | Personal | | $26.12 | |
| 12/24/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 4079 00000000589802949 | Business | | $40.63 | $6,763.53 |
| 12/23/13 | CHECK # 128 | Donation | | $200.00 | $6,804.06 |
| 12/23/13 | POS PURCHASE - WALGREENS 4175 E WILDC HIGHLANDS RANCO 4079 00463359001972721 | Personal | | $24.77 | |
| 12/20/13 | WITHDRAWAL MADE IN A BRANCH/STORE | Business | | $140.00 | $7,028.83 |
| 12/20/13 | DEPOSIT MADE IN A BRANCH/STORE #783728528 | | $140.00 | | |
| 12/19/13 | POS PURCHASE - USPS 0755839552 LITTLETON CO 7458 00000000140832636 | | | $8.28 | $7,029.83 |
| 12/19/13 | CHECK CRD PURCHASE 12/18 CONOCO 8544 LONE TREE CO 434258XXXXXX4079 463952788476058 ?MCC=5542 | Gas. | | $10.29 | |
| 12/19/13 | CHECK CRD PURCHASE 12/18 USPS.COM CLICK8810 800-3447779 DC 434258XXXXXX4079 463352515535554 ?MCC=9402 | Business | | $15.15 | |
| 12/18/13 | POS PURCHASE - SPROUTS FARMERS 1980 E HIGHLANDS RANCO 4079 00463353017839139 | Personal | | $64.82 | $7,062.55 |
| 12/18/13 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 4079 00383352116350571 | | | $37.96 | |
| 12/18/13 | CHECK CRD PURCHASE 12/18 SPROUTS FARMERS MA TEMPE AZ 434258XXXXXX4079 003351025233243 ?MCC=5411 | | | $8.96 | |
| 12/16/13 | RED ROCKS CU RRCU LN 15 8708143576 Everson Terry | Car Loan | | $377.59 | $7,174.29 |
| 12/16/13 | POS PURCHASE - JOANN STORES INC CENTENNIAL CO 7458 00463350796315288 | Business | | $26.60 | |
| 12/16/13 | POS PURCHASE - SAMSCLUB 6534 LONE TREE CO 7458 00000000342358452 | | | $39.45 | |
| 12/16/13 | POS PURCHASE - SAMSCLUB 6534 LONE TREE CO 7458 00000000252867543 | | | $58.15 | |
| 12/13/13 | CHECK CRD PURCHASE 12/11 SHELL OIL 57442468 HIGHLANDS RAN CO 434258XXXXXX4079 383345708884842 ?MCC=5542 | Gas | | $36.10 | $7,676.08 |
| 12/13/13 | Shell Reliance Home Party 2327 Lynette P Evenson | | $1,038.14 | | |
| Totals | | | $4,552.12 | $2,706.33 | |



# Wells Fargo Account Activity

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 12/13/13 | DEPOSIT MADE IN A BRANCH/STORE #742843826 | $2,383.00 | | |
| 12/12/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 7459 0000000633945552 | Business | $59.98 | $4,293.04 |
| 12/11/13 | TRANSAMERICA INS INSPAYMENT 37L/A 0542083752 EVANSON,LYNETTE OR TER | Life insurance | $49.44 | $4,353.02 |
| 12/11/13 | CHECK # 127 | Dentist | $200.00 | |
| 12/10/13 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 0000000145782924 | Business | $88.92 | $4,602.48 |
| 12/10/13 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00583344563248879 | Personal | $39.13 | |
| 12/10/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00463344077495509 | Business | $18.27 | |
| 12/10/13 | CHECK CRD PURCHASE 12/09 TSE JENNYSMARKET $ CASTLE ROCK CO 434256XXXXXX4079 383343789998209 ?MCC=5542 | Personal | $4.00 | |
| 12/10/13 | CHECK CRD PURCHASE 12/09 CHILI'S LONE TREE LITTLETON CO 434256XXXXXX4079 083343708879035 ?MCC=5812 | Business | $21.04 | |
| 12/09/13 | POS PURCHASE - KING SOOPERS 7296 LAGA CASTLE ROCK CO 4079 00463343835699491 | Personal | $11.79 | $4,773.82 |
| 12/09/13 | POS PURCHASE - SPROUTS FARMERS MARKET CASTLE ROCK CO 4079 00303343821859789 | Personal | $28.24 | |
| 12/06/13 | DISH NETWORK DISH NTWRK 120413 9060370645 SPA EVANSON,TERRY | Dish | $105.43 | $4,813.85 |
| 12/05/13 | DEPOSIT MADE IN A BRANCH/STORE #759820888 | $257.80 | | |
| 12/05/13 | POS PURCHASE - WAL MART 1252 HIGHLANDS RA CO 7456 0000000857576755 | Personal | $33.66 | $4,681.48 |
| 12/05/13 | POS PURCHASE - PEPBOYS STORE 271 74 LITTLETON CO 4079 0000000857568952 | auto | $8.53 | |
| 12/04/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00463338858201324 | Business | $35.37 | $4,703.67 |
| 12/03/13 | POS PURCHASE - SAM S Club LITTLETON SE CO 4079 0000000552999416 | | $5.21 | $4,738.04 |
| 12/02/13 | TRANSAMERICA INS INSPAYMENT 37L/A 0941730089 EVANSON, TERRY AND LYN | Life insurance | $107.19 | $4,744.25 |
| 12/02/13 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00303338832880553 | Personal | $19.44 | |
| 12/02/13 | DEPOSIT MADE IN A BRANCH/STORE #730457018 | $733.18 | | |
| Totals | | $4,552.12 | $2,708.33 | |

Equal Housing Lender

© 1995—2014 Wells Fargo. All rights reserved.

Case:13-19032-MER Doc#:99 Filed:01/20/14 Entered:01/20/14 15:17:48 Page3 of 14

**Statement of Account**

| Member No. | Statement Period Ending |
|---|---|
| 258340 | 12/31/13 |

| ACCOUNT SUMMARY | | |
|---|---|---|
| 1 | PRIME SAVINGS ACCOUNT | $ 8.32 |
| 151 | 07 VW JETTA 2401 | $ 3,648.91 |

TERRY L EVANSON
LYNETTE P EVANSON
10175 ONEIDA ST
LITTLETON CO 80124-9608

---

**Member Notice:**

The current Red Rocks' Privacy Policy and Fee Schedule, as well as important information about one time debit charges and ATM transactions are included. All disclosures, fees and statements may also be accessed at any time on www.redrocks.org

**NOTICE OF ANNUAL MEETING AND BOARD OF DIRECTOR NOMINATIONS:**
Please visit www.redrocks.org/home/news for more information

---

| PRIME SAVINGS ACCOUNT  #1 | | | | | YTD Dividends |
|---|---|---|---|---|---|
| Beginning Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | | |
| $ 8.32 | $ 0.00 | $ 0.00 | $ 8.32 | | $ 0.00 |

| Transaction Date | Effective Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 10/01/13 | | Balance Forward | | | $ 8.32 |
| | | No Transactions This Period | | | |

| 07 VW JETTA 2401  # 151  Plan # 0  Note # 163548 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Beginning Balance | Principal / Credits | Principal / Debits | Ending Balance | | Past Due As Of | Next Due Date | Payment Due |
| $ 4,722.04 | $ 1,073.13 | $ 0.00 | $ 3,648.91 | | n/a | 01/15/14 | $ 377.59 |

| Date | Principal | Amount | Balance | Transaction |
|---|---|---|---|---|
| 10/01/13 | | | $ 4,722.04 | Balance Forward |
| 10/16/13 | $ -356.99 | $ 377.59 | $ 4,365.05 | LOAN PAYMENT-CASH RED ROCKS CU RRCU LN 15 |
| 11/15/13 | $ -357.24 | $ 377.59 | $ 4,007.81 | LOAN PAYMENT-CASH RED ROCKS CU RRCU LN 15 |
| 12/16/13 | $ -358.90 | $ 377.59 | $ 3,648.91 | LOAN PAYMENT-CASH RED ROCKS CU RRCU LN 15 |

**INTEREST RATE DETAIL**

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| 10/01/13 - 10/14/13 | 5.490% | $ 4,722.04 |

| | | |
|---|---|---|
| 10/15/13 - 11/14/13 | 5.490% | $ 4,365.05 |
| 11/15/13 - 12/15/13 | 5.490% | $ 4,007.81 |
| 12/16/13 - 12/31/13 | 5.490% | $ 3,648.91 |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

**FEES CHARGED**

| Date | Loan | Amount | Transaction Description |
|---|---|---|---|
| | | 0.00 | TOTAL FEES FOR THIS PERIOD |

**INTEREST CHARGED**

| Date | Loan | Amount | Transaction Description |
|---|---|---|---|
| 10/15/13 | 151 | 20.60 | INTEREST CHARGE |
| 11/15/13 | 151 | 20.35 | INTEREST CHARGE |
| 12/16/13 | 151 | 18.69 | INTEREST CHARGE |
| | | 59.64 | TOTAL INTEREST FOR THIS PERIOD |

**TOTALS YEAR-TO-DATE**

TOTAL FEES CHARGED YTD    $ 30.00
TOTAL INTEREST CHARGED YTD $ 334.69

**Reporting Information:**

Total Dividends Paid Year to Date:    $    0.00

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/13 to 12/31/13

CASH FLOW SUMMARY

|  | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 4136.70 (1) | $ _____ (1) |
|  | 4552.12 |  |
| 2. Cash Receipts |  |  |
|  Operations |  |  |
|  Sale of Assets | 1680.20 |  |
|  Loans/advances |  |  |
|  Other — WORK (HEALTH INSURANCE.) |  |  |
|  Total Cash Receipts | $ 6232.32 | $ _____ |
| 3. Cash Disbursements | 798.38 |  |
|  Operations |  |  |
|  Debt Service/Secured loan payment | 1907.95 |  |
|  Professional fees/U.S. Trustee fees |  |  |
|  Other PERSONAL ETC. | 1680.20 |  |
|   HEALTH INSURANCE |  |  |
|  Total Cash Disbursements | $ 4386.53 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | _____ | _____ |
| 5 Ending Cash Balance (to Form 2-C) | $ 5982.49 (2) | $ _____ (2) |

CASH BALANCE SUMMARY

|  | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash |  | $ ... |
| DIP Operating Account #3576 | 5982.49 |  |
| DIP State Tax Account |  |  |
| DIP Payroll Account |  |  |
| Other Operating Account |  |  |
| Other Interest-bearing Account |  |  |
| TOTAL (must agree with Ending Cash Balance above) |  | $ 5982.49 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/01/2009

DEBTOR: Terry & Lynette Evanson   CASE NO: 13-19032 MER

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/13 to 12/31/13

Account No: _____

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| 12/31/13 | Operations | | $4552.12 |
| 12/31/13 | ADVANTEDGE | | 1680.20 |

Total Cash Receipts  $ 6232.32 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson        CASE NO: 13-19032 MER

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 12/1/13 to 12/31/13

Account No: 3576

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| | | | Church Donations | $700.00 |
| | | | Car Payment | 377.59 |
| | | | Gas | 48.39 |
| | | | Life Insurance | 156.63 |
| | | | Personal items | 311.38 |
| | | | Dish Network | 105.43 |
| | | | Dentist | 200.00 |
| | | | Auto part | 8.53 |
| | | | | 1907.95 |
| | | | | 798.38 |
| | | | Business Purchases + Expenses | |
| | | | Health Insurance (Pre-Tax) | 1680.20 |

Total Cash Disbursements    $ 4286.53 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON       CASE NO: 13-19032 MER

### Form 2-C
### COMPARATIVE BALANCE SHEET
For Period Ended: 12/31/13

|  | Current Month | Petition Date (1) |
|---|---|---|

**ASSETS**
Current Assets:
  Cash (from Form 2-B, line 5)                    $                $
  Accounts Receivable (from Form 2-E)
  Receivable from Officers, Employees, Affiliates
  Inventory
  Other Current Assets: (List) _____
                         _____
  Total Current Assets                            $ _____        $ _____

Fixed Assets:                                     $                $
  Land
  Building
  Equipment, Furniture and Fixtures              _____        _____
  Total Fixed Assets                             ( _____ )      ( _____ )
  Less: Accumulated Depreciation                  0
  Net Fixed Assets                               $ _____        $ _____

Other Assets (List): _____
                     _____

  **TOTAL ASSETS**                               $ 0              $ _____

**LIABILITIES**                                   $                $
  Post-petition Accounts Payable (from Form 2-E)
  Post-petition Accrued Professional Fees (from Form 2-E)
  Post-petition Taxes Payable (from Form 2-E)
  Post-petition Notes Payable
  Other Post-petition Payable (List): _____
                                      _____
  Total Post Petition Liabilities                $ 0              $ _____

Pre Petition Liabilities:
  Secured Debt
  Priority Debt
  Unsecured Debt
  Total Pre Petition Liabilities                 $ 0              $ _____
  **TOTAL LIABILITIES**                          $ 0              $ _____

**OWNERS' EQUITY**                                $                $
  Owner's/Stockholder's Equity
  Retained Earnings - Prepetition
  Retained Earnings - Post-petition
                                                  $                $
  **TOTAL OWNERS' EQUITY**                       $ 0              $ _____
  **TOTAL LIABILITIES AND OWNERS' EQUITY**       $ 0              $ _____

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON          CASE NO: 13-19032 MER

Form 2-D
PROFIT AND LOSS STATEMENT
For Period 12/1/13 to 12/31/13

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 4552.12 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| Net Operating Revenue | $ 4552.12 | $ |
| Cost of Goods Sold | 798.38 | |
| Gross Profit | $ 3753.74 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): GAS + AUTO PART. | 56.92 | |
| Total Operating Expenses | $ 56.92 | $ |
| Operating Income (Loss) | $ 3696.82 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ 3696.82 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| NET INCOME (LOSS) | $ 3696.82 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON      CASE NO: 13-19032mER

Form 2-E
SUPPORTING SCHEDULES
For Period: _____ to _____

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| Total Post Petition Accounts Payable | | $ none |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| | $ | $ | $ | | $ |
| Debtor's Counsel | | | | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | $ none |
| Total | $ | $ | $ | | |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ none |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evandsan   CASE NO: 13-19032 MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 12/1/13 to 12/31/13

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax Federal | | | | | | |
| State | | | | | | |
| Other | | | | | | |
| TOTALS | $ | $ | $ | | | $ none |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | 0 | $ | | $ |
| General Liability | 0 | $ | | $ |
| Property (Fire, Theft) | Farmers Insurance | $ | | $ comes up Feb 5/2014 |
| Vehicle | Farmers Insurance | $ | | $ Renews after Jan/2014 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY*
For the Month Ended: _____

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | 8982 $ | | | | |
| November | 4147 | | | | |
| December | 4387 | | | | |
| TOTAL 4th Quarter | $ | 17516. $ | 650.00 | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 mer.

Form 2-G
NARRATIVE
For Period Ending 12/31/13

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009