B6B (Official Form 6B) (12/07)

IN RE **Evanson, Terry Lee & Evanson, Lynette Pearce**                    Case No. **13-19032 EEB**
                                      Debtor(s)                                                           (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | $200 | J | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Lynette's US Bank Acct. | W | 50.00 |
| | | Lynette's Wells Fargo Acct. #5510168205 | W | 50.00 |
| | | Public Service Credit Union HSA Acct. #217762 | J | 100.00 |
| | | Red Rocks Credit Union Acct. #258340 | J | 50.00 |
| | | Wells Fargo Acct. #2398 | J | 250.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Master Bedroom - Headboard and 2 dressers, bed, 2 night stands, metal book stand, desk cabinet, flat screen TV, stereo system, lamps, curtains, radio alarm clock, chair, mirrors, small night stand with mirror, bedding, flat screen TV, DVD player, bookshelf;<br>Second Bedroom - 2 single beds, chest of drawers, small desk;<br>Bathroom - towels, bedding and wash cloths;<br>Game Room - Sofa and love seat, Foozeball table, Air Hockey table, pool table;<br>Living Room - sofa and 2 chairs, large clock, glass table and mirror, dining table and chairs, 25-year-old piano, lamp stand, coat stand, chest, mirror, glass table and lamp, pillows, lamp;<br>Kitchen - fridge, 2 dishwashers, double oven, stove top, trash compactor, microwave, kitchen utensils, dishes, cooking and eating utensils, etc., 2 metal frames on wall to hold pictures, dining table & chairs;<br>Family Room - sofa and love seat w/ footrest, TV cabinet, flat screen TV, DVD player and stereo system, small table;<br>Laundry Room - washer & dryer, Shark floor cleaner, cleaners and soap, etc.;<br>Library - bed with headboard, dresser, TV, fridge;<br>Garage and Outside Areas - gardening tools, trampoline, barbeque, table and chairs, rototiller, misc. tools and shovels, child's swing set. | J | 5,765.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. books, pictures, decorations and knick-knacks, VHS videos, beta videos | J | 1,575.00 |
| 6. Wearing apparel. | | Man's wardrobe | H | 800.00 |
| | | Woman's wardrobe | W | 1,000.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Evanson, Terry Lee & Evanson, Lynette Pearce** Case No. **13-19032 EEB**
Debtor(s) (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Costume jewelry, watch, diamond earrings, 2 gold chains, wife's wedding ring, husband's wedding ring | J | 2,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Canon cameras | J | 200.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Sun Life Insurance - Whole Life Insurance - $10,000 - on Terry Evanson | J | 5,000.00 |
| | | TransAmerica Term Life Insurance - $250,000 - on Lynette Evanson - $0 cash value | J | 0.00 |
| | | TransAmerica Term Life Insurance - $500,000 - on Terry Evanson - $0 cash value | J | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | American Pension Services - Terry Evanson IRA | J | 469,956.47 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Advantedge Business Group, LLC - Lynette Evanson - 10% | W | 0.00 |
| | | Advantedge Insurance Group, LLC - Lynette Evanson - 10% | W | 0.00 |
| | | Masters Business Essentials, Inc. - Lynette Evanson 10% ownership | W | 0.00 |
| | | Moreton Insurance of Colorado LLC - Terry Evanson - 20% | H | 0.00 |
| | | Netco, LLC - Lynette Evanson - 100% | W | 0.00 |
| | | T.L. Holdings - Terry & Lynette Evanson - 100% | J | 0.00 |
| | | TRST LLC - Terry Evanson has an ownership position in this company. Percentage of ownership is unknown. It is a very minor amount. Terry Evanson's ownership position is owned through his IRA. | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Evanson, Terry Lee & Evanson, Lynette Pearce**     Case No. **13-19032 EEB**
                Debtor(s)                                             (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Alan Greenberg - violating HIPAA laws, forging documents, failure to notify Debtor of Court date, failure to serve notice of judgment, failure to serve notice of garnishment** | **J** | **unknown** |
| | | **Alpine Credit - action brought against them by Debtors for forgery and violating HIPAA laws** | **J** | **unknown** |
| | | **Command Center - Claims against Command Center for false allegations and costing Debtor his job with Moreton** | **J** | **unknown** |
| | | **Fred A. Moreton & Co. - Unenforceable non-compete** | **J** | **unknown** |
| | | **Glen Welstad - Claims for false allegations and costing Debtor his job with Moreton** | **J** | **unknown** |
| | | **Greenberg & Sada, P.C. - violating HIPAA laws, failure to notify Debtor of Court date, failure to serve notice of judgment, failure to serve notice of garnishment** | **J** | **unknown** |
| | | **Invision Sally Jobe (MIC) - violating HIPAA laws** | **J** | **unknown** |
| | | **Jodie Quint - violating HIPAA laws, forging documents, failure to notify Debtor of Court date, failure to serve notice of judgment, failure to serve notice of garnishment** | **J** | **unknown** |
| | | **Medical Imaging of Colorado - violating HIPAA laws** | **J** | **unknown** |
| | | **Moreton Insurance of Colorado - failure to pay earned, vested and determinable wages or other compensation** | **J** | **unknown** |
| | | **Ron Junck - Claims for false allegations and costing Debtor his job with Moreton** | **J** | **unknown** |
| | | **Thomas F. Romola - violating HIPAA laws, forging documents, failure to notify Debtor of Court date, failure to serve notice of judgment, failure to serve notice of garnishment** | **J** | **unknown** |
| | | **Wells Fargo Bank - Action against Wells Fargo for accepting a forged document and allowing funds to be taken from Lynette's account** | **J** | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Evanson, Terry Lee & Evanson, Lynette Pearce**     Case No. **13-19032 EEB**
Debtor(s)     (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Jayco Motorhome - owned free and clear | J | 8,000.00 |
| | | 2005 Chevrolet Astro van | H | 6,000.00 |
| | | 2007 Volkswagon Jetta - vehicle has transmission problems and hail and other damage. Loan on this vehicle through Red Rocks Credit Union. | J | 5,000.00 |
| | | 2010 Honda Pilot - This is daughter's vehicle. Lynette is a co-signor. It is secured under the Santander loan. | W | 25,900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2 Desks, computer with monitor, Canon printer, 2 filing cabinets, Mac computer, Canon printer, decorations for weddings and flower arrangements for Lynette's flower & wedding business | J | 2,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | 2 lawn tractors - one has a blown engine and the other is only worth approximately $200. 1 snow blower. | J | 300.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 535,196.47 |

**0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)