B6C (Official Form 6C) (04/13)

IN RE Evanson, Terry Lee & Evanson, Lynette Pearce _____ Case No. 13-19032 EEB _____
                          Debtor(s)                                                 (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence located at 10175 S. Oneida St., Littleton, CO 80124** <br> **Tract 37 MacArthur Ranch, Douglas County, Colorado** | **CRS §38-41-201(b)** | **90,000.00** | **957,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Master Bedroom - Headboard and 2 dressers, bed, 2 night stands, metal book stand, desk cabinet, flat screen TV, stereo system, lamps, curtains, radio alarm clock, chair, mirrors, small night stand with mirror, bedding, flat screen TV, DVD player, bookshelf;** <br> **Second Bedroom - 2 single beds, chest of drawers, small desk;** <br> **Bathroom - towels, bedding and wash cloths;** <br> **Game Room - Sofa and love seat, Foozeball table, Air Hockey table, pool table;** <br> **Living Room - sofa and 2 chairs, large clock, glass table and mirror, dining table and chairs, 25-year-old piano, lamp stand, coat stand, chest, mirror, glass table and lamp, pillows, lamp;** <br> **Kitchen - fridge, 2 dishwashers, double oven, stove top, trash compactor, microwave, kitchen utensils, dishes, cooking and eating utensils, etc., 2 metal frames on wall to hold pictures, dining table & chairs;** <br> **Family Room - sofa and love seat w/ footrest, TV cabinet, flat screen TV, DVD player and stereo system, small table;** <br> **Laundry Room - washer & dryer, Shark floor cleaner, cleaners and soap, etc.;** <br> **Library - bed with headboard, dresser, TV, fridge;** <br> **Garage and Outside Areas - gardening tools, trampoline, barbeque, table and chairs, rototiller, misc. tools and shovels, child's swing set.** | **CRS §13-54-102(1)(e)** | **5,765.00** | **5,765.00** |
| **Misc. books, pictures, decorations and knick-knacks, VHS videos, beta videos** | **CRS §13-54-102(1)(c)** | **1,575.00** | **1,575.00** |
| **Man's wardrobe** | **CRS §13-54-102(1)(a)** | **800.00** | **800.00** |
| **Woman's wardrobe** | **CRS §13-54-102(1)(a)** | **1,000.00** | **1,000.00** |
| **Costume jewelry, watch, diamond earrings, 2 gold chains, wife's wedding ring, husband's wedding ring** | **CRS §13-54-102(1)(b)** | **4,000.00** | **2,500.00** |
| **Sun Life Insurance - Whole Life Insurance - $10,000 - on Terry Evanson** | **CRS §13-54-102(l)(l)(A)** | **5,000.00** | **5,000.00** |

\* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Evanson, Terry Lee & Evanson, Lynette Pearce    Case No. 13-19032 EEB
       Debtor(s)                                              (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **American Pension Services - Terry Evanson IRA** | **CRS §13-54-102(1)(h)** | **469,956.47** | **469,956.47** |
| **1994 Jayco Motorhome - owned free and clear** | **CRS §13-54-102(1)(j)(II)(A)** | **8,000.00** | **8,000.00** |
| **2005 Chevrolet Astro van** | **CRS §13-54-102(1)(j)(II)(A)** | **6,000.00** | **6,000.00** |
| **2007 Volkswagon Jetta - vehicle has transmission problems and hail and other damage. Loan on this vehicle through Red Rocks Credit Union.** | **CRS §13-54-102(1)(j)(II)(A)** | **5,000.00** | **5,000.00** |
| **2 Desks, computer with monitor, Canon printer, 2 filing cabinets, Mac computer, Canon printer, decorations for weddings and flower arrangements for Lynette's flower & wedding business** | **CRS §13-54-102(1)(i)** | **2,500.00** | **2,500.00** |
| **2 lawn tractors - one has a blown engine and the other is only worth approximately $200. 1 snow blower.** | **CRS §13-54-102(1)(g)(I)** | **300.00** | **300.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only