B6D (Official Form 6D) (12/07)

IN RE **Evanson, Terry Lee & Evanson, Lynette Pearce**                     Case No. **13-19032 EEB**
                       Debtor(s)                                                                  (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hill Property<br>PO Box 4389<br>Taber, Alberta<br>Canada,** | | J | **Mortgage on Debtors' Residence at 10175 S. Oneida St., Littleton, CO 80124**<br><br>VALUE $ **957,000.00** | | | | **891,175.58** | |
| ACCOUNT NO. **8340**<br>**Red Rocks Credit Union<br>9325 Dorchester St Ste 200<br>Highlands Ranch, CO  80129-2519** | | J | **Loan on 2007 Volkswagon Jetta**<br><br>VALUE $ **5,000.00** | | | | **7,200.00** | **2,200.00** |
| ACCOUNT NO.<br>**Santander Consumer USA, Inc.<br>PO Box 25120<br>Lehigh Valley, PA  18002-5120** | X | W | **Loan on 2010 Honda Pilot - Co-Debtor, Tara Griffin (Debtors' daughter) is the owner of the vehicle. Debtor Lynette Evanson is only a co-signor.**<br><br>VALUE $ **25,900.00** | | | | **26,767.43** | **867.43** |
| ACCOUNT NO.<br>**Douglas D. Koktavy, Esq.<br>Douglas D. Koktavy, P.C.<br>3515 S Tamarac Dr Ste 200<br>Denver, CO  80237-1430** | | | **Assignee or other notification for: Santander Consumer USA, Inc.**<br><br>VALUE $ | | | | | |

____**0**____ continuation sheets attached

Subtotal (Total of this page) $ **925,143.01**   $ **3,067.43**

Total (Use only on last page) $ **925,143.01**   $ **3,067.43**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE <u>Evanson, Terry Lee & Evanson, Lynette Pearce</u>    Case No. <u>13-19032 EEB</u>
Debtor(s)    (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>    1    </u> continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Evanson, Terry Lee & Evanson, Lynette Pearce** Case No. **13-19032 EEB**
Debtor(s) (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5513** <br> **Internal Revenue Service** <br> **MS 5004** <br> **1999 Broadway Ste 511** <br> **Denver, CO 80202-3025** | | J | **1040 taxes for tax period ending 12/31/2011** | | | X | 7,949.86 | 7,949.86 | |
| ACCOUNT NO. **9483** <br> **Internal Revenue Service** <br> **MS 5004** <br> **1999 Broadway Ste 511** <br> **Denver, CO 80202-3025** | | J | **Taxes due for tax period ending 2010.** | | | | 22,452.74 | 22,452.74 | |
| ACCOUNT NO. **0998** <br> **State Of Colorado** <br> **1375 Sherman St** <br> **Denver, CO 80203-2246** | | J | **2010 State Taxes** | | | | 2,110.00 | 2,110.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **32,512.60** $ **32,512.60** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **32,512.60**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **32,512.60** $

**B6F (Official Form 6F) (12/07)**

IN RE **Evanson, Terry Lee & Evanson, Lynette Pearce**     Case No. **13-19032 EEB**
               Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2009** <br> **American Express** <br> **PO Box 297879** <br> **Fort Lauderdale, FL 33329-7879** | | J | **Credit card** | | | | **10,840.00** |
| ACCOUNT NO. **1008** <br> **American Express** <br> **PO Box 650448** <br> **Dallas, TX 75265-0448** | | J | **Credit card** | | | | **433.97** |
| ACCOUNT NO. **3001** <br> **American Express** <br> **PO Box 297879** <br> **Ft Lauderdale, FL 33329-7879** | | J | **Credit card** | | | | **7,382.00** |
| ACCOUNT NO. **3890** <br> **Bank Of America** <br> **PO Box 851001** <br> **Dallas, TX 75285-1001** | | J | **2/2013 Credit card used to pay house taxes** | | | | **3,022.66** |

    **4** continuation sheets attached                                                                               Subtotal <br>
                                                                                   (Total of this page)   $ **21,678.63**

Total <br>
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

IN RE **Evanson, Terry Lee & Evanson, Lynette Pearce**             Case No. **13-19032 EEB**
Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A738**<br>**Castle Rock Security**<br>**400 W Division St**<br>**Syracuse, NY  13204-1438** | | J | 9/2010 Security system monitoring | | | | **469.91** |
| ACCOUNT NO.<br>**Houslanger & Associates, PLLC**<br>**372 New York Ave**<br>**Huntington, NY  11743-3311** | | | Assignee or other notification for:<br>Castle Rock Security | | | | |
| ACCOUNT NO. **8960**<br>**Chase**<br>**Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL  60094-4014** | | J | Credit card | | | | **5,138.55** |
| ACCOUNT NO. **0493**<br>**Chase**<br>**Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL  60094-4014** | | J | Credit card | | | | **2,704.00** |
| ACCOUNT NO. **2891**<br>**Chase**<br>**Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL  60094-4014** | | J | Credit card | | | | **42,057.00** |
| ACCOUNT NO. **3089**<br>**Chase**<br>**Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL  60094-4014** | X | W | Credit card | | | | **13,086.00** |
| ACCOUNT NO. **1320**<br>**Chase**<br>**Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL  60094-4014** | | J | Credit card | | | | **10,192.00** |

Sheet no. ___**1**___ of ___**4**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **73,647.46**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Evanson, Terry Lee & Evanson, Lynette Pearce**  Case No. **13-19032 EEB**
Debtor(s)  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2423**<br>**Citi**<br>**PO Box 6077**<br>**Sioux Falls, SD  57117-6077** | | J | **Credit card** | | | | **9,000.00** |
| ACCOUNT NO.<br>**Command Center, Inc.**<br>**C/O Heather Cleary & Thomas Kanan**<br>**999 18th St Ste 3100**<br>**Denver, CO  80202-2499** | | J | **Party in Lawsuit in Denver County District Court, Case No. 2010CV4135** | X | X | X | **1,500,000.00** |
| ACCOUNT NO. **3598**<br>**Discover**<br>**PO Box 29033**<br>**Phoenix, AZ  85038-9033** | | J | **Credit card** | | | | **12,164.00** |
| ACCOUNT NO. **3538**<br>**Discover**<br>**PO Box 29033**<br>**Phoenix, AZ  85038-9033** | | J | **Credit card** | | | | **10,147.30** |
| ACCOUNT NO. **5173**<br>**Discover**<br>**PO Box 29033**<br>**Phoenix, AZ  85038-9033** | | J | **Credit card** | | | | **7,575.00** |
| ACCOUNT NO. **6415**<br>**Home Depot**<br>**Processing Center**<br>**Des Moines, IA  50364-0500** | | J | | | | | **2,300.00** |
| ACCOUNT NO. **5513**<br>**Internal Revenue Service**<br>**MS 5004**<br>**1999 Broadway Ste 511**<br>**Denver, CO  80202-3025** | | J | **1040 Taxes for tax period ending 12/31/2008** | | | X | **636,764.47** |

Sheet no. __2__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,177,950.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Evanson, Terry Lee & Evanson, Lynette Pearce**     Case No. **13-19032 EEB**
                                    Debtor(s)                                       (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5260** <br> **Lowes** <br> **PO Box 530954** <br> **Atlanta, GA  30353-0954** | | J | | | | | **3,200.00** |
| ACCOUNT NO. **7888** <br> **NCO Financial Systems, Inc.** <br> **355 Union Blvd Ste 350** <br> **Lakewood, CO  80228-1528** | | J | **Taxes owing to the Colorado Department of Revenue for tax period ending 12/31/2005** | | | | **9,379.98** |
| ACCOUNT NO. **3672** <br> **Provo Dental** <br> **1355 N University Ave Ste 330** <br> **Provo, UT  84604-2721** | | J | **2011 Medical bill** | | | | **917.70** |
| ACCOUNT NO. **8213** <br> **Sprint** <br> **6391 Sprint Parkway** <br> **Overland Park, KS  66251-6100** | | J | **3/2013 Cell phone charges** | | | | **136.00** |
| ACCOUNT NO. **8852** <br> **Sprint** <br> **PO Box 4191** <br> **Carol Stream, IL  60197-4191** | | W | **1/2012 Phone bill** | | | | **545.40** |
| ACCOUNT NO. <br> **North Shore Agency** <br> **4000 E 5th Ave** <br> **Columbus, OH  43219-1811** | | | **Assignee or other notification for: Sprint** | | | | |
| ACCOUNT NO. <br> **Allied Interstate** <br> **3000 Corporate Exchange Dr** <br> **Columbus, OH  43231-7689** | | | **Assignee or other notification for: Sprint** | | | | |

Sheet no. **3** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **14,179.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Evanson, Terry Lee & Evanson, Lynette Pearce          Case No. 13-19032 EEB
               Debtor(s)                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2793<br>**U.S. Bank**<br>**C/O Law Office Of David A. Bauer, P.C.**<br>**2594 S Lewis Way Unit A**<br>**Lakewood, CO 80227-2839** | | J | **11/2008 Entry of Judgment in U.S. Bank v. Terry L. Evanson, et al, Case No. 2007CV2793, Douglas County, District Court** | | | | **3,000.00** |
| ACCOUNT NO. 0042<br>**US Bank**<br>**PO Box 790401**<br>**Saint Louis, MO 63179-0401** | X | W | **Lynette is a signor and guarantor on a Line of Credit for Advantedge Business Group** | X | X | X | **100,000.00** |
| ACCOUNT NO. 0342<br>**Wells Fargo**<br>**PO Box 30097**<br>**Los Angeles, CA 90030-0097** | | J | | | | | **5,046.00** |
| ACCOUNT NO. 2398<br>**Wells Fargo**<br>**PO Box 5247**<br>**Denver, CO 80217-5247** | | J | **Bank account** | | | | **538.00** |
| ACCOUNT NO. 9131<br>**Wells Fargo Card Services**<br>**PO Box 30086**<br>**Los Angeles, CA 90030-0086** | | J | **Credit card** | | | | **10,966.00** |
| ACCOUNT NO.<br>**Westcore Pyramid LP**<br>**PO Box 748175**<br>**Los Angeles, CA 90074-8175** | | J | **Office Lease for Advantedge Business Group located at 9777 Pyramid Court, Suite 220. Lynette is a signor and guarantor on the lease.** | | | X | **unknown** |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **119,550.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **2,407,005.94**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only