DEBTOR: TERRY & LYNETTE EVANSON  MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 01-31-14

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images. |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 2/14/14   Print Name: TERRY EVANSON

Signature: _____

Title: _____

Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson     CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/14 to 1/31/14

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576

| Date | Payer | Description | Amount |
|---|---|---|---|
| | Income | | $7889.15 |
| | returns | | { 22.97 |
| | | | { 57.28 |

Total Cash Receipts: $ 7969.40 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032-MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/14 to 1/31/14

| CASH FLOW SUMMARY | Current Month | | Accumulated | |
|---|---|---|---|---|
| 1. Beginning Cash Balance | $ 5982.49 | (1) | $ _____ | (1) |
| 2. Cash Receipts | | | | |
|    Operations | 7969.40 | | | |
|    Sale of Assets | | | | |
|    Loans/advances | | | | |
|    Other | | | | |
|    Total Cash Receipts | $ 13951.89 | | $ _____ | |
| 3. Cash Disbursements | | | | |
|    Operations | 2593.25 | | | |
|    Debt Service/Secured loan payment | 3195.98 | | | |
|    Professional fees/U.S. Trustee fees | | | | |
|    Other | | | | |
|    Total Cash Disbursements | $ 5789.23 | | $ _____ | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 8162.16 | | | |
| 5. Ending Cash Balance (to Form 2-C) | $ 8162.16 | (2) | $ _____ | (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ _____ |
| DIP Operating Account | WELLS 3576 | 8162.16 |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 8162.16 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
   Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/02/09

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/14 to 1/31/14

Account No: _____

CASH DISBURSEMENTS DETAIL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|------------------------|--------|
|      |           | Life Insurance |              | 263.82 |
|      |           | Health Insurance |            | 503.00 |
|      |           | Doctor + Dentist |            | 250.00 |
|      |           | Gas |                         | 185.22 |
|      |           | Utilities |                   | 441.41 |
|      |           | Car |                         | 377.59 |
|      |           | Dish |                        | 110.43 |
|      |           | Phones |                      | 244.14 |
|      |           | Personal |                    | 897.30 |
|      |           | RETURNS |                     | <80.25> |
|      |           |       |                        | 3195.98 |
|      |           | Business Purchases + Expenses | | 2593.25 |

Total Cash Disbursements   $ 5789.73 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 1/31/14

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ | $ |
| **Fixed Assets:** | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ 0 | $ |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ 0 | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ 0 | $ |
| **Pre Petition Liabilities:** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ 0 | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson   CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 1/1/14 to 1/31/14

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 7889.15 | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| Net Operating Revenue | $ 7889.15 | $ |
| Cost of Goods Sold | 2593.75 | |
| Gross Profit | $ 5295.40 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): internet, gas, etc. | 503.36 | |
| Total Operating Expenses | $ 503.36 | $ |
| Operating Income (Loss) | $ 4792.04 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ 4792.04 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| NET INCOME (LOSS) | $ 4792.04 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032-MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 1/1/14 to 1/31/14

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |

Total Post Petition Accounts Payable $ none

** Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | none |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ none |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER.

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 1/1/14 to 1/31/14

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS | $ | $ | $ | | | $ none |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | ∅ | $ | | $ |
| General Liability | ∅ | $ | | $ |
| Property (Fire, Theft) | Farmers Insurance | $ | | $ 6/2014 |
| Vehicle | Farmers Insurance | $ | | $ 3/30/14 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

## Form 2-F
## QUARTERLY FEE SUMMARY
For the Month Ended: 1/31/14

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 5759.73 $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 mer.

Form 2-G
**NARRATIVE**
For Period Ending 1/31/14

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2008

2014#02#17# (R) 14:30  ADVANTAGE BUSINESS  FAX番号:303 707 4243  P. 012

Wells Fargo Account Activity

Page 1 of 3

## Wells Fargo Online®

### Account Activity

CHECKING XXXXXXX376

#### Activity Summary

| | |
|---|---|
| Current Posted Balance | $8,684.38 |
| Pending Withdrawals/Debits | -$344.20 |
| Pending Deposits/Credits | $0.00 |
| Available Balance | $8,320.18 |

The Available Balance shown above reflects the most up-to-data information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 01/01/14 to 01/31/14

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | Pending Transactions | | | |
| | Note: Amounts may change | | | |
| | No pending transactions meet your criteria above. | | | |
| | Posted Transactions | | | |
| 01/31/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000015007/9016 | | $21.77 | $8,182.19 |
| 01/31/14 | CHECK CRD PURCHASE 01/30 CONOCO 0743 HIGHLNDS RNCH CO 4342568XXXXX4079 364030539416038 7MCC=5542 | | $34.00 | |
| 01/31/14 | CHECK CRD PUR RTRN 01/29 SEARS ROEBUCK 7711 800-469-4663 AL 4342568XXXXX4079 384025672405154625539 7MCC=5969 | | $22.97 | |
| 01/30/14 | TRANSAMERICA INS INSPAYMENT 371/A 054173069 EVANSON, TERRY AND LYN | | $107.19 | $8,254.96 |
| 01/30/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 0000000072974320 | | $136.41 | |
| 01/30/14 | POS PURCHASE - COSTCO WHSE 0488 LONE TREE CO 4079 003040503155768824 | | $72.58 | |
| 01/30/14 | POS PURCHASE - SPROUTS FARMERS MARKETLONE TREE CO 4079 00464030154421790 | | $52.18 | |
| 01/30/14 | CHECK CRD PURCHASE 01/29 AMATO WHOLESALE FL DENVER CO 4342568XXXXX4079 284029747754323 7MCC=5193 | | $129.70 | |
| 01/30/14 | CHECK CRD PURCHASE 01/29 IKEA CENTENNIAL CENTENNIAL CO 4342568XXXXX458 584029951232185 7MCC=5812 | | $32.96 | |
| 01/29/14 | CHECK # 114 | | $200.00 | $8,825.97 |
| 01/29/14 | CHECK CRD PURCHASE 01/27 SEARS ROEBUCK 7711 800-469-4663 AL 4342568XXXXX4079 184027810345457 7MCC=5969 | | $74.44 | |
| 01/28/14 | Check # 130 (Converted ACH) CMS MEDICARE PAYMENT 140127 0130 PUB80140270036873 | | $418.60 | $9,100.41 |
| 01/28/14 | POS PURCHASE - ROSS STORES 1209 LITTLETON CO 7458 0000000008000056878 | | $31.12 | |
| 01/28/14 | POS PURCHASE - TJ TJ MAXX HIGHLANDS CO 7458 0000000024748618 | | $28.31 | |
| 01/28/14 | POS PURCHASE - HOB LOB 117 8181 8 G Centennial CO 7458 005802067597251 | | $85.12 | |
| 01/28/14 | POS PURCHASE - IKEA USA CENTENNIAL CO 7458 003040286487/11353 | | $8.40 | |
| 01/28/14 | POS PURCHASE - MICHAELS STORES INC971 ENGLEWOOD CO 7458 0000000042825332 | | $16.00 | |
| 01/28/14 | POS PURCHASE - ROSS STORE 388 ENGLEWOOD CO 7458 0000000552205/12 | | $74.84 | |
| 01/28/14 | POS PURCHASE - JETRO HOLDINGS LLC GREENWOOD VILCO 7458 003040289401/14220 | | $129.05 | |
| 01/27/14 | POS PURCHASE - BEDBATH BEYOND BEDBAT LITTLETON CO 7458 005804280577884182 | | $25.19 | $9,872.85 |
| 01/27/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 0000000016/421839 | | $259.96 | |
| 01/27/14 | POS PURCHASE - COSTCO WHSE 0488 LONE TREE CO 7458 003840277/8435544 | | $45.84 | |
| Totals | | $7,969.40 | $5,789.73 | |



Wells Fargo Account Activity

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 01/27/14 | CHECK CRD PURCHASE 01/26 KUM & GO #2826 GLENWOOD SPRI CO 434256XXXXXX4079 484027155862736 ?MCC=5542 | Gas | $21.78 | |
| 01/27/14 | POS PURCHASE - FRESH MARKET SPANISH F SPANISH FORK UT 4079 00584026857981662 | Personal | $17.07 | |
| 01/27/14 | CHECK CRD PURCHASE 01/26 SAMSCLUB 6685 GAS PROVO UT 434256XXXXXX4079 464026839019524 ?MCC=5542 | Gas | $39.31 | |
| 01/27/14 | CHECK CRD PURCHASE 01/25 ARBYS 7214 GREEN RIVER UT 434256XXXXXX4079 004025771887771 ?MCC=5814 | Gas | $8.77 | |
| 01/27/14 | POS PURCHASE - SHELL Service Station GLENWOOD SPRICO 4079 00464025686551843 | Gas | $19.70 | |
| 01/27/14 | POS PURCHASE - CONOCO 6525 HIGHLANDS RA CO 4079 00304025577791438 | Gas | $12.24 | |
| 01/24/14 | POS PURCHASE RETURN - SR OUTLET USA CASTLE ROCK CO 7458 00584025021689878 | $57.28 | return | $10,322.48 |
| 01/24/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RA CO 7458 00000000857232990 | Business | $21.05 | |
| 01/24/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000939369969 | Business | $59.15 | |
| 01/23/14 | CHECK CRD PURCHASE 01/22 CONOCO 0743 HIGHLNDS RNCH CO 434256XXXXXX4079 584022108050195 ?MCC=5542 | Gas | $38.95 | $10,345.40 |
| 01/23/14 | CHECK CRD PURCHASE 01/22 WCI*WASTE CONN T C 303-288-2100 CO 434256XXXXXX4079 304022616086822 ?MCC=4900 | Utilities | $74.51 | |
| 01/23/14 | DEPOSIT MADE IN A BRANCH/STORE #776763879 | $775.00 | | |
| 01/22/14 | CHECK CRD PURCHASE 01/21 YA YA E FAVORMART 626-667-2258 CA 434256XXXXXX7458 164021005808483 ?MCC=5999 | Business | $134.20 | $9,683.86 |
| 01/21/14 | XCEL ENERGY-PSCO XCELENERGY 5332775401 Terry L 20140117645185 | Utilities | $369.90 | $9,818.06 |
| 01/21/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 00384022000095044 | Personal | $16.08 | |
| 01/21/14 | POS PURCHASE - TARGET T2023 TARGET T2 LONETREE CO 7458 00584021828078222 | Business | $25.77 | |
| 01/21/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RA CO 7458 00000000452550827 | Business | $110.03 | |
| 01/21/14 | POS PURCHASE - 7 ELEVEN ENGLEWOOD CO-4079 00000000141191758 | Gas | $3.49 | |
| 01/21/14 | POS PURCHASE - KING SOOPERS 5050 SOUT ENGLEWOOD CO 4079 00584019038365997 | Personal | $31.85 | |
| 01/21/14 | POS PURCHASE - COSTCO WHSE 1027 SHERIDAN CO 4079 00584019023889389 | Business | $17.60 | |
| 01/21/14 | CHECK CRD PURCHASE 01/17 CASTLE PINE N CLEA CASTLE ROCK CO 434256XXXXXX4079 284017753387388 ?MCC=7216 | Personal | $96.91 | |
| 01/21/14 | CHECK CRD PURCHASE 01/17 TSE JENNYSMARKET 5 CASTLE ROCK CO 434256XXXXXX4079 304017737847750 ?MCC=5542 | Personal | $26.40 | |
| 01/17/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00384017849325357 | Personal | $8.66 | $10,515.99 |
| 01/17/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000343842219 | Business | $104.13 | |
| 01/17/14 | POS PURCHASE - JETRO HOLDINGS LLC GREENWOOD VILCO 7458 00584017715973426 | Business | $175.42 | |
| 01/17/14 | CHECK CRD PURCHASE 01/16 HERITAGE CONOCO GOLDEN CO 434256XXXXXX4079 384016694957789 ?MCC=5542 | Gas | $8.00 | |
| 01/17/14 | CHECK CRD PURCHASE 01/16 LONETREE LIBRARY 303-688-7620 CO 434256XXXXXX7458 384015768518914 ?MCC=8399 | Personal | $2.10 | |
| 01/17/14 | DEPOSIT MADE IN A BRANCH/STORE #760086082 | $5,622.26 | | |
| 01/16/14 | DISH NETWORK DISH NTWRK 011414 9060370845 SPA EVANSON,TERRY | Dish | $110.43 | $5,190.02 |
| 01/16/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00484016540310462 | Personal | $69.89 | |
| 01/15/14 | RED ROCKS CU RRCU LN 15 9706143576 Everson Terry | Car loan | $377.59 | $5,370.34 |
| 01/15/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000234376439 | Business | $227.92 | |
| 01/15/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000147252196 | Business | $87.18 | |
| 01/14/14 | CSTAR SAS MWMD REF # SW-4011300263 | $293.00 | | $6,043.03 |
| 01/13/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00584012028844858 | Personal | $19.47 | $5,750.03 |
| 01/13/14 | CHECK CRD PURCHASE 01/10 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX4079 384011014821093 ?MCC=5411 | Personal | $2.91 | |
| 01/10/14 | HUMANA, INC. INS PYMT 140109 235174141001235 174141 | Health Ins | $83.72 | $5,772.41 |
| Totals | | $7,969.40 | $6,789.73 | |

# Wells Fargo Account Activity

| Date | Description | Deposits / Credits | Withdrawals / Debits | | Ending Daily Balance |
|---|---|---|---|---|---|
| 01/10/14 | POS PURCHASE - SAM S CLB LITTLETON SE CO 4079 0000000045835028 | | $18.62 | | |
| 01/10/14 | POS PURCHASE - COSTCO WHSE 0458 LONE TREE CO 4079 0048401103350854 | | $37.82 | | |
| 01/10/14 | DEPOSIT MADE IN A BRANCH/STORE #7638609394 | $1,188.67 | | | |
| 01/09/14 | TRANSAMERICA INS INSPAYMENT 37LA 054208752 EVANSON,LYNETTE OR TER | | $49.44 | | $4,715.00 |
| 01/09/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 0058400913220418 | | $7.18 | | |
| 01/09/14 | CHECK CRD PURCHASE 01/08 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 584008843191257MCC=6642 | | $38.60 | | |
| 01/09/14 | CHECK CRD PURCHASE 01/07 Hummel Kimura Co Commins CO 434256XXXXXX7458 084007754081958 7MCC=8041 | | $50.00 | | |
| 01/08/14 | POS PURCHASE - SAM S CLB LITTLETON SE CO 4079 0000000457435011 | | $30.45 | | $4,860.12 |
| 01/08/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 0048400883523441 | | $160.23 | | |
| 01/07/14 | POS PURCHASE - WALGREENS 4175 E WILDC HIGHLANDS RANCO 7458 0058400780894412 | | $39.60 | | $5,050.60 |
| 01/07/14 | POS PURCHASE - TJTJ MAXX HIGHLANDS CO 7458 0000000837718021 | | $10.50 | | |
| 01/06/14 | CTL 8002441111 WEB 503792320214 terryevanson@gmail.com | | $244.14 | | $5,100.80 |
| 01/06/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 0000000434242589 | | $146.75 | | |
| 01/06/14 | CHECK CRD PURCHASE 01/04 TMG047 AURORA, CO AURORA CO 434256XXXXXX4079 164005073261989 7MCC=6812 | | $42.00 | | |
| 01/04/14 | ATM WITHDRAWAL - 8235 E LINCOLN AVE LITTLETON CO 4079 0003767 | | $200.00 | | |
| 01/06/14 | CHECK CRD PURCHASE 01/03 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 484003547137787MCC=5542 | | $39.91 | | |
| 01/03/14 | CHECK # 112 | | $4.00 | | $5,772.70 |
| 01/03/14 | CHECK # 111 | | $40.00 | | |
| 01/03/14 | TRANSAMERICA INS INSPAYMENT 37LA 054173089 EVANSON, TERRY AND LYN | | $107.19 | | $5,818.70 |
| 01/03/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 000000005348685613 | | $58.60 | | |
| Totals | | $7,969.40 | $5,783.73 | | |

© Equal Housing Lender
© 1995-2014 Wells Fargo. All rights reserved.