UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtors. ) | |

**FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ALLEN & VELLONE, P.C. AS SPECIAL COUNSEL FOR TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON**

Pursuant to 11 U.S.C. §§ 330, 331, and 503, and Fed.R.Bankr.P. 2016(a), Terry Lee Evanson and Lynette Pearce Evanson, (the "Debtors"), through its special counsel, hereby submits the First Interim Application for Allowance of Compensation and Reimbursement of Expenses of Allen & Vellone, P.C. (the "First Interim Application"). This First Interim Application covers the period from May 28, 2013 through January 31, 2014, and requests allowance of $26,238.50 in fees and $600.20 in expenses, for a total of $26,838.70. In support hereof, Debtors states as follows:

1. On May 28, 2013 (the "Petition Date"), Debtors filed a petition with the Court under Chapter 11 of the Bankruptcy Code. The Debtor was operating its businesses as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Since the Petition Date, the Debtors have remained in possession of their assets, and managed their financial affairs as Debtors-in-Possession pursuant to 11 U.S.C. §§1107 and 1108.

3. On July 11, 2013, Command Center, Inc. ("Command Center") filed a Motion for Relief from Stay. [Docket No. 38]. The basis of the Motion was to allow the pending Colorado State Court action in the Denver County District Court, 2010CV4135 ("State Court Action") to

proceed to trial which Command Center indicated could proceed "as scheduled upon entry of an Order lifting the automatic stay." *Id.* at p. 4. The Court granted the Motion on September 6, 2013. [Docket No. 69].

4. The State Court matter involves allegations that the Debtors' were involved in civil theft of the monies and property of Command Center through a several year scheme of overcharging Command Center on the premiums for insurance policies. [Docket No. 45, ¶ 3].

5. On June 19, 2013, Debtors filed their Application to Employ Allen & Vellone, P.C. ("Allen & Vellone") as Special Counsel pursuant to 11 U.S.C. § 327(e) for Debtors to represent Debtors' interests to: (1) investigate and develop potential claims against Fred Moreton & Company, Command Center, Inc., and possibly other entities in this bankruptcy proceeding; (2) initiate and prosecute adversary actions on behalf of the bankruptcy estate; (3) defend any adversary actions brought against the estate; and (4) investigate and recover property of the estate. [Docket No. 25].

6. On the Petition Date Allen & Vellone, P.C. held a pre-petition retainer for Debtors' in the amount of $10,453.86.

7. On July 17, 2013, this Court entered its Order Approving Employment of Allen & Vellone, P.C. as Special Counsel to Debtors-In-Possession, *nunc pro tunc* May 28, 2013. [Docket No. 41].

8. This is the First Interim Application filed for compensation for Allen & Vellone in the Chapter 11 Cases. In this First Interim Application, Allen & Vellone seeks allowance and payment of $26,238.50 in fees and $600.20 in expenses, for a total of $26,838.70.

9. Allen & Vellone has no agreement or understanding of any kind or nature with any other person to share any compensation received for services rendered in or in connection

with this proceeding.

10. Allen & Vellone does not hold and has not held during the pendency of this proceeding any interest adverse to the estate.

11. Allen & Vellone utilized six attorneys who performed various services related to the representation of Debtors.

| Attorney | Admitted | 2013 Hourly Rates |
|---|---|---|
| Patrick D. Vellone, Shareholder | 1985 | $410.00 |
| Kevin D. Allen, Shareholder | 1978 | $325.00 |
| Jordan Factor Shareholder | 2004 | $255.00 |
| Mark A. Larson, Associate | 1998 | $250.00 |
| Jennifer E. Schlatter Associate | 1999 | $235.00 |
| Tatiana G. Popocondria Associate | 2010 | $185.00 |

Attached hereto as **Exhibit A** is a list of the names of parties referenced in the billing statements. Attached hereto as **Exhibit B** is a biographical sketch of the attorney who performed legal services. Each person who has performed legal services in these matters has kept daily time records for the services performed and the charges being described thereon. All of the work performed has been billed on an hourly basis. Attached hereto as **Exhibit C** is the firm's detailed time report by attorney for the period of this Application.

12. Allen & Vellone asserts and believes that the hourly rates for each attorney are consistent with rates for comparable services performed by individuals of their experience and quality, with due regard for the spirit of economy inherent in the Bankruptcy Code, and thus

reasonable for the work performed and the results obtained.

13. The work performed by Allen & Vellone during the period from May 28, 2013 through January 31, 201 is described in detail in the billing statements attached hereto as **Exhibit C**. The work performed by Allen & Vellone consisted of the following:

(i) Review pleadings, documents, and deposition transcripts in preparation for Debtors' 2004 Examination, Motion for Appointment of Trustee, and objections to Motion for Relief From Stay;

(ii) Review Denver District Court case AdvantEdge Insurance Group, LLC v. Command Center, Inc., Case No. 2010cv4135 in response and preparation for hearing on Command Center Inc.'s Motion for Relief From Stay;

(iii) Review Command Center documents and responses to discovery requests;

(iv) Conferences, telephone conferences, and e-mail correspondence with the Debtors;

(v) Attend hearings on behalf of the Debtors;

(vi) Prepare exhibits and witness and exhibit lists for hearing on Motion for Relief from Stay;

(vii) Telephone conferences with Debtors regarding strategy and pending issues; and

(viii) Conferences with other counsel representing co-defendants in the State Court Litigation.

A summary of the time spent, broken down by person, is as follows:

| Attorney | Time | Rate | Amount |
| --- | --- | --- | --- |
| Patrick D. Vellone | 17.3 hours | $410/hour | $6,888.00 |
| Kevin D. Allen | 10.4 hours | $325/hour | $3,380.00 |
| Jordan Factor | 2.1 hours | $255/hour | $535.50 |
| Mark A. Larson | 13.7 hours | $250/hour | $3,425.00 |
| Jennifer E. Schlatter | 47.7 hours | $235/hour | $11,209.50 |
| Tatiana G. Popacondria | 4.2 hours | $185/hour | $777.00 |

Paralegal

| | | | |
|---|---|---|---|
| James R. Reynolds, Paralegal | 0.80 hours | $120.00 | $96.00 |
| Paralegal | 0.20 hours | $100.00 | $20.00 |
| **TOTAL** | | | **$26,238.50** |

14. In addition to the fees described below, Allen & Vellone expended the sum of $600.20 for costs in this matter for the period of this First Interim Application on behalf of Debtors as indicated in **Exhibit D**. The following is a summary of expenses for which reimbursement is sought:

| Expense | Amount |
|---|---|
| PACER related costs | $43.90 |
| Photocopies at 0.10/copy | $123.60 (1,577 copies) |
| Postage | $60.82 |
| LexisNexis | $437.50 |
| ICCES File & Serve | $10.00 |
| **TOTAL EXPENSES** | **$600.20** |

15. The services rendered by counsel assisted Debtors prepare for their 2004 examinations, as well as seeking a stay of the examinations on the basis that the complex commercial matters raised are best litigated at the State Court level.

16. As such, Debtors sought the protection of this Court [Motion for Protective Order, Doc. No. 85], which this Court granted on October 11, 2013 [Doc. No. 88].

17. There may have been some duplication of effort, and areas in which Allen & Vellone might have incorporated other efficiencies. With this in mind, Allen & Vellone has previously reduced its fees and expenses in the amount of $1,527.00, which amounts have been

reflected in this Application.

18. Allen & Vellone believes that the requested fees and expenses are reasonable and necessary and has charged reasonable rates based upon the customary compensation charged by comparatively skilled practitioners in non-bankruptcy cases, considered the complexity of the legal issues involved, and whether the services were performed within a reasonable time commensurate with complexity, importance, and nature of the problem, issue or task addressed. Allen & Vellone has avoided duplicative billing and has extensively reviewed the fees to ensure that they are reasonable and necessary.

19. In preparing this fee application, Allen & Vellone has reviewed the Guidelines for Reviewing Applications for Compensation and reimbursement of Expenses filed under 11 U.S.C. § 330, as promulgated by the Office of the United States Trustee, and the fees and expenses requested herein are in conformance with the United States Trustee's guidelines.

WHEREFORE, Terry Lee Evanson and Lynette Pearce Evanson respectfully requests that this Court enter an order approving the allowance and payment of fees of Allen & Vellone for the period of from May 28, 2013 through January 31, 2014, in the amount of $26,238.50 in fees and $600.20 in expenses, for a total of $26,838.70, and granting such other and further relief as the Court deems appropriate.

DATED this 21st day of February, 2014.

                                        Respectfully submitted,

                                        ALLEN & VELLONE, P.C.

                                        */s/ Patrick D. Vellone*
                                        Patrick D. Vellone, #15284
                                        Kevin D. Allen, #8878
                                        Tatiana G. Popacondria, #42261
                                        1600 Stout Street, Suite 1100
                                        Denver, CO 80202
                                        Telephone: (303) 534-4499
                                        pvellone@allen-vellone.com
                                        kallen@allen-vellone.com
                                        tpopacondria@allen-vellone.com

                                        ATTORNEYS FOR TERRY AND LYNETTE EVANSON