**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| Terry Lee Evanson | ) Case No. 13-19032 MER |
| Lynette Pearce Evanson | ) Chapter 11 |
|         Debtors. | ) |

**COVER SHEET FOR FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ALLEN & VELLONE, P.C. AS DEBTORS' SPECIAL COUNSEL**

Name of Applicant:  Allen & Vellone, P.C.

Authorized to provide professional services to:  Terry Lee Evanson and Lynette Pearce Evanson

Date of Order Authorizing Employment: July 17, 2013, *nunc pro tunc* May 28, 2013

Period for which compensation is sought: May 28, 2013 to January 31, 2014.

Amount of fees sought: $26,238.50

Amount of expense reimbursement sought: $600.20

This is an: Interim Application [X]; Final Application [ ]

This is the First Interim fee application filed by this professional.

DATED this 21st day of February, 2014.    Respectfully submitted,

                                                            ALLEN & VELLONE, P.C.

                                                            */s/Mark A. Larson*
                                                            Patrick D. Vellone, #15284
                                                           Mark A. Larson, #30659

                                                           Debtors' Special Counsel