## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Terry Lee Evanson | ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson | ) | Chapter 11 |
| Debtors. | ) | |

## ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ALLEN & VELLONE P.C. AS DEBTORS' SPECIAL COUNSEL

**THE COURT** having reviewed the First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses of Allen & Vellone, P.C. as counsel for the Chapter 7 Trustee, Jeffrey A. Weinman (the "First Interim Application"), and finding that notice was duly served and no responses or objections having been filed, hereby

**ORDERS** that the First Interim Application is **GRANTED in** the amount of $26,238.50 in fees and $600.20 in expenses, for a total of $26,838.70, for the period from May 28, 2013 through January 31, 2014. Allen & Vellone is authorized to receive $10,453.86, held as retainer, and Debtors are authorized to pay Allen & Vellone, P.C. an additional $16,384.84.

**DATED** this _____ day of _____, 2014.

BY THE COURT:

_____
Michael E. Romero
United States Bankruptcy Judge