# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
|          Debtors. ) | |

## NOTICE OF FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ALLEN & VELLONE, P.C.

### OBJECTION DEADLINE: March 14, 2014.

**NOTICE IS HEREBY GIVEN** that Special Counsel for the Debtors Terry Lee Evanson and Lynette Pearce Evanson, ("Debtors") have applied to this Court for an Order approving the First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses of Allen & Vellone, P.C. The First Interim Application seeks approval, for services rendered between May 28, 2013 through January 31, 2014, in the amount of $26,238.50 in fees and $600.20 in expenses, for a total of $26,838.70. A copy of the First Interim Application is included with this Notice.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED this 21st day of February, 2014.

Respectfully submitted,

ALLEN & VELLONE, P.C.

*/s/Mark A. Larson*
Patrick D. Vellone, #15284
Mark A. Larson, #30659

DEBTORS' SPECIAL COUNSEL