**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| Terry Lee Evanson | ) Case No. 13-19032 MER |
| Lynette Pearce Evanson | ) Chapter 11 |
| Debtors. | ) |

**CERTIFICATE OF SERVICE**

**9013-1 Certificate of Service of Motion, Notice and Proposed Order:**

The undersigned certifies that on the 21st of February, 2014, I served by prepaid first class mail a copy of the First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses of Allen & Vellone, P.C. as Special Counsel for Debtors Terry Lee Evanson and Lynette Pearce Evanson, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as the following addresses:

Jeffrey A. Weinman
730 17th St.
Ste. 240
Denver, CO 80202
jweinman@epitrustee.com

US Trustee
Alan K. Motes
999 18th St.
Ste. 1551
Denver, CO 80202
Alan.Motes@usdoj.gov

Terry Lee Evanson
Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

William C. Brittan
270 St. Paul St.
Ste. 200
Denver, CO 80206
( ) 303-322-3400
bbrittan@ckbrlaw.com

Kenneth J. Buechler
1621 18th St.
Ste. 260
Denver, CO 80202
(720)-381-0045
(720)-381-0392 (fax)
ken@kjblawoffice.com

Heather S. Cleary
999 18th St., Ste. 3100
Denver, CO 80202
303-675-4414
303-297-2337 (fax)
heather.cleary@ritsema-lyon.com

Clarissa M. Collier
555 17th St.
Ste. 3200
Denver, CO 80202
303-295-8057
303-957-5548 (fax)
CMCollier@hollandhart.com

Alexis L. Davidson
2594 S. Lewis Way
Ste. A
Lakewood, CO 80227
303-986-1200
303-988-8913 (fax)
alewis@dabauerpc.com

Douglas D. Koktavy
3515 S. Tamarac Dr.
Suite 200
Denver, CO 80237
303-337-2364
doug@coloradocreditorlaw.com

**2002-1 Certificate of Service of Notice**:

      The undersigned further certifies that on the 21st day of February, 2014, I served by prepaid first class mail a copy of the Notice in accordance with Fed.R.Bankr.P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing matrix for this case, obtained from PACER on February 21, 2014.

                                                           */s/ Juanita E. Sena*
                                                           FOR ALLEN & VELLONE, P.C.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 13-19032-MER<br>District of Colorado<br>Denver<br>Fri Feb 21 14:08:31 MST 2014 | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2508 | Advantedge Business Group, LLC<br>9777 Pyramid Ct Ste 220<br>Englewood, CO 80112-6046 |
| Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231-7684 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL 33329-7879 | American Express<br>PO Box 297879<br>Ft Lauderdale, FL 33329-7879 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Bank Of America<br>PO Box 851001<br>Dallas, TX 75285-1001 |
| Castle Rock Security<br>400 W Division St<br>Syracuse, NY 13204-1438 | Chase<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | Citi<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |
| Colorado Dept of Revenue<br>1375 Sherman St, Rm 504<br>Denver, CO 80261-0004 | Command Center, Inc.<br>C/O Heather Cleary & Thomas Kanan<br>999 18th St Ste 3100<br>Denver, CO 80202-2499 | Discover<br>PO Box 29033<br>Phoenix, AZ 85038-9033 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Douglas County Treasurer<br>Attn: Stephanie Cook<br>100 Third Street<br>Castle Rock, CO 80104-2425 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Hill Property<br>PO Box 4389<br>Taber, Alberta<br>Canada, | Home Depot<br>Processing Center<br>Des Moines, IA 50364-0500 | Houslanger & Associates, PLLC<br>372 New York Ave<br>Huntington, NY 11743-3311 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lowes<br>PO Box 530954<br>Atlanta, GA 30353-0954 | NCO Financial Systems, Inc.<br>355 Union Blvd Ste 350<br>Lakewood, CO 80228-1528 |
| North Shore Agency<br>4000 E 5th Ave<br>Columbus, OH 43219-1811 | Provo Dental<br>1355 N University Ave Ste 330<br>Provo, UT 84604-2721 | Red Rocks Credit Union<br>9325 Dorchester St Ste 200<br>Highlands Ranch, CO 80129-2519 |
| Santander Consumer USA<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | U.S. Bank<br>C/O Law Office Of David A. Bauer, P.C.<br>2594 S Lewis Way Unit A<br>Lakewood, CO 80227-2839 |

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank<br>PO Box 790401<br>Saint Louis, MO  63179-0401 | US Bank<br>c/o Jeanne Mehan/ SBLC/PD-OR-PL2<br>555 SW Oak St. 220<br>Portland, OR 97204-1767 |
| US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | Wells Fargo<br>PO Box 30097<br>Los Angeles, CA  90030-0097 | Wells Fargo<br>PO Box 5247<br>Denver, CO  80217-5247 |
| Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank N.A.<br>PO Box 10438 MAC X2505-036<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 |
| Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA  90030-0086 | Westcore Pyramid LP<br>PO Box 748175<br>Los Angeles, CA  90074-8175 | Diane A. Holbert<br>Douglas County Treasurer<br>100 Third Street<br>Attn: Stephanie Cook<br>Castle Rock, CO 80104-2425 |
| Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 | Jennifer Schlatter<br>1600 Stout St., Ste. 1100<br>Denver, CO 80202-3160 | Kevin D. Allen<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 |
| Lynette Pearce Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | Patrick D. Vellone<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Tatiana G. Popacondria<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 |
| Terry Lee Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Sprint<br>6391 Sprint Parkway<br>Overland Park, KS  66251-6100 | (d)Sprint<br>PO Box 4191<br>Carol Stream, IL  60197-4191 | (d)Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |
| US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Command Center, Inc.          (u)Discover Bank          (u)Moreton Insurance of Colorado

(u)Santander Consumer USA, Inc.  (u)Keith Anderson         (d)Patrick D. Vellone
                                                           1600 Stout St.
                                                           Suite 1100
                                                           Denver, CO 80202-3160

(d)Tatiana G. Popacondria        End of Label Matrix
1600 Stout Street                Mailable recipients   48
Suite 1100                       Bypassed recipients    7
Denver, CO 80202-3160            Total                 55