# EXHIBIT A

## LIST OF PARTIES REFERENCED IN BILLING STATEMENTS

| | |
|---|---|
| Patrick D. Vellone (PDV) | Shareholder of Allen & Vellone, P.C. |
| Kevin D. Allen (KDA) | Shareholder of Allen & Vellone, P.C. |
| Jordan D. Factor (JDF) | Shareholder of Allen & Vellone, P.C. |
| Mark A. Larson (MAL) | Associate at Allen & Vellone, P.C. |
| Jennifer E. Schlatter (JES) | Associate at Allen & Vellone, P.C. |
| James R. Reynolds (JRR) | Paralegal at Allen & Vellone, P.C. |
| Paralegal Time (PAR) | Paralegal at Allen & Vellone, P.C. |

* * * * * * * * * * * * * * * * * * * *

## 2013 HOURLY RATES

| | |
|---|---|
| Patrick D. Vellone (PDV) | $410.00 per hour |
| Kevin D. Allen (KDA) | $325.00 per hour |
| Jordan Factor (JDF) | $255.00 per hour |
| Mark A. Larson (MAL) | $250.00 per hour |
| Jennifer E. Schlatter (JES) | $235.00 per hour |
| Tatiana G. Popacondria (TGP) | $185.00 per hour |
| James R. Reynolds (JRR) | $120.00 per hour |
| Paralegal Time (PAR) | $100.00 per hour |

**EXHIBIT B**
**PROFESSIONAL QUALIFICATION STATEMENT**

*PATRICK D. VELLONE* - admitted to bar: 1985, Colorado and U.S. District Court, District of Colorado; U.S. District Court, Eastern and Western Districts of Arkansas; U.S. District Court, Eastern District of Wisconsin; U.S. Court of Appeals, Second, Eighth and Tenth Circuits; U.S. Supreme Court. *Education*: Northern Illinois University, magna cum laude, (B.A., 1982); University of Colorado School of Law, Order of the Coif, (J.D. 1985). *Member:* Denver and Colorado Bar Associations; American Bar Associations; National Panel of Arbitrators for the American Arbitration Association and the National Association of Securities Dealers (n/k/a) FINRA; American Bankruptcy Institute. *Concentration*: Commercial Litigation; Securities Litigation; Bankruptcy.

*KEVIN D. ALLEN* – admitted to bar: Colorado 1978; U.S. District Court, District of Colorado; U.S. Tax Court; U.S. Court of Appeals, Sixth, Ninth, and Tenth Circuit, United States Supreme Court. *Education*: University of California Los Angelas (B.A. 1975, J.D. 1978). *Member:* Denver and Colorado Bar Associations. *Concentration*: Employment Law; Commercial Litigation.

*JORDAN FACTOR* – admitted to bar: Colorado 2004; U.S. District Court, District of Colorado; U.S. Court of Appeals, Tenth Circuit. *Education*: Brandeis University, summa cum laude (B.A. 2000); Yale Law School, Editorial Board of the Yale Law Journal and was Co-Chairman of the Morris Tyler Moot Court of Appeals (J.D. 2004). Mr. Factor served two terms as a law clerk for the Hon. Carlos Lucero on the United States Court of Appeals for the Tenth Circuit. *Member:* Co-Chair of the Securities Subsection of the Colorado Bar Association; governing council of the Litigation Section of the Colorado Bar Association; Criminal Justice Act panel of the United States Court of Appeals for the Tenth Circuit. *Concentration*: Securities Litigation; Bankruptcy; Commercial Litigation; Class Actions; Appeals.

*MARK A. LARSON* - admitted to bar: 1998, Oregon; 1999, Colorado; 2001, U.S. District Court, District of Colorado, U.S. Court of Appeals, Tenth Circuit, United States Supreme Court; 2007 U.S. Court of Appeals, Eighth Circuit. *Education*: University of Nebraska (B.S., 1992); Thomas M. Cooley Law School (J.D., 1998); University of Denver (LL.M. Taxation, 1999). *Member:* Denver and Colorado Bar Associations; American Bankruptcy Institute. *Concentration*: Bankruptcy; Commercial Litigation.

*JENNIFER E. SCHLATTER*, admitted to bar Colorado 1999; U.S. District Court, District of Colorado, U.S. Court of Appeals, Tenth Circuit. *Education*: University of Colorado at Denver (B.A., 1994); University of Denver Sturm College of Law (J.D., 1998). *Member:* Denver and Colorado Bar Associations; American Bankruptcy Institute. *Concentration*: Employment Law, Intellectual Property Law, Commercial Litigation, Bankruptcy.

*TATIANA G. POPACONDRIA* – admitted to bar: 2010, Colorado; U.S. District Court, Distict of Colorado, U.S. Court of Appeals, Tenth Circuit. *Education*: University of Arkansas at Little Rock, magna cum laude (B.A. 2007); University of Arkansas at Little Rock, William H. Bowen School of Law, high honors (J.D. 2010). *Member:* Denver and Colorado Bar Associations. *Concentration*: Commercial Litigation, Bankruptcy Litigation.

## EXHIBIT C

## DETAILED BILLING STATEMENTS FOR
## ALLEN & VELLONE, P.C.

| Trans Date | Tmkr | Cat | Rate | Hours Worked | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| **Timekeeper MAL MARK A. LARSON** | | | | | | | |
| 09/11/2013 | MAL | 1 | 250.00 | 0.50 | 0.50 | 125.00 | Conference with Attorney P. Vellone and Attorney J. Weinman; telephone conference with T. Evanson. |
| 09/12/2013 | MAL | 1 | 250.00 | 1.00 | 1.00 | 250.00 | Meet with T. Evanson, Attorney P. Vellone and Attorney J. Weinman. |
| 09/26/2013 | MAL | 1 | 250.00 | 0.20 | 0.20 | 50.00 | Review email from L. Kraai re: objection deadlines. |
| 09/27/2013 | MAL | 1 | 250.00 | 0.40 | 0.40 | 100.00 | Telephone conference with L. Kraai; conference with Attorney P. Vellone and Attorney J. Schlatter; email Attorney J. Weinman and L. Kraai. |
| 10/03/2013 | MAL | 1 | 250.00 | 0.80 | 0.80 | 200.00 | Conference with Attorney J. Schlatter re: status of Evanson cases, upcoming hearing and subpoena for documents; review subpoena and status of case. |
| 10/04/2013 | MAL | 1 | 250.00 | 2.20 | 2.20 | 550.00 | Conference with Attorney J. Schlatter and Attorney P. Vellone; draft Motion for Protective Order; legal research. |
| 10/07/2013 | MAL | 1 | 250.00 | 0.60 | 0.60 | 150.00 | Revise Motion for Protective Order. |
| 10/07/2013 | MAL | 1 | 250.00 | 0.20 | 0.20 | 50.00 | Conference with Attorney P. Vellone re: draft. |
| 10/07/2013 | MAL | 1 | 250.00 | 0.20 | 0.20 | 50.00 | Telephone conference with K. Buechler to confer re: Protective Order. |
| 10/07/2013 | MAL | 1 | 250.00 | 0.80 | 0.80 | 200.00 | Revise and finalize Motion with exhibit and Proposed Order. |
| 10/10/2013 | MAL | 1 | 250.00 | 0.40 | 0.40 | 100.00 | Telephone conference with K. Buechler re: hearing and Motion for Protective Order; conference with Attorney P. Vellone; email K. Buechler re: Attorney P. Vellone's response re: hearing. |
| 10/14/2013 | MAL | 1 | 250.00 | 0.20 | 0.20 | 50.00 | Conference with Attorney P. Vellone re: Evanson hearing and status. |
| 11/04/2013 | MAL | 1 | 250.00 | 3.80 | 3.80 | 950.00 | Draft and finalize a Motion for Enlargement of Time; telephone conference with A. Davidson; conference with Attorney P. Vellone re: Discover card claims and timeframe issues; draft email to A. Davidson re: settlement and claims. |
| 11/14/2013 | MAL | 1 | 250.00 | 0.20 | 0.20 | 50.00 | Email A. Davidson re: settlement; review Motion and deadlines. |
| 11/18/2013 | MAL | 1 | 250.00 | 0.80 | 0.80 | 200.00 | Draft Motion for Enlargement of Time and file with court; review emails with A. Davidson; email A. Davidson. |
| 12/05/2013 | MAL | 1 | 250.00 | 0.40 | 0.40 | 100.00 | Review and edit billing statements for errors or mistakes (0.4); draft Application for Fees (2.0). |
| 12/06/2013 | MAL | 1 | 250.00 | 1.00 | 1.00 | 250.00 | Revise and update Application for Fees (0.8); conference with Attorney J. Schlatter re: services provided (0.2). |
| **Total for Timekeeper MAL** | | | **Billable** | **13.70** | **13.70** | **3,425.00** | **MARK A. LARSON** |
| **Timekeeper KDA KEVIN D. ALLEN** | | | | | | | |
| 05/29/2013 | KDA | 1 | 325.00 | 1.50 | 1.50 | 487.50 | Conference with Client re: 2004 Exam, issues to address. |
| 05/29/2013 | KDA | 1 | 325.00 | 1.50 | 1.50 | 487.50 | Conference with Client re: status of 2004 exam; issues to address. |
| 05/29/2013 | KDA | 1 | 325.00 | -1.50 | -1.50 | -487.50 | CREDIT - Duplicate entry error - reverse conference with Client re: 2004 Exam, issues to address. |
| 05/30/2013 | KDA | 1 | 325.00 | 0.10 | 0.10 | 32.50 | Exchange communications re: marshalling documents. |
| 06/10/2013 | KDA | 1 | 325.00 | 0.25 | 0.25 | 81.25 | Review bankruptcy schedules, claim issues, assets consisting of unliquidated claims. |
| 06/11/2013 | KDA | 1 | 325.00 | 1.50 | 1.50 | 487.50 | Review documents, pleadings from Command Center lawsuit re: issues to address in Rule 2004 exam. |
| 07/13/2013 | KDA | 1 | 325.00 | 0.25 | 0.25 | 81.25 | Review email from Client; communicate with others re: status of approval; respond to Client. |
| 07/22/2013 | KDA | 1 | 325.00 | 0.40 | 0.40 | 130.00 | Communicate with Attorney P. Vellone, Attorney J. Schlatter; memorandum to Client re: ▮ |
| 07/23/2013 | KDA | 1 | 325.00 | 0.85 | 0.85 | 276.25 | Review Motion for Relief from Stay; request for 2004 exam; memorandum to Attorney J. Schlatter re: various issues; meet with Attorney J. Schlatter. |
| 07/24/2013 | KDA | 1 | 325.00 | 0.25 | 0.25 | 81.25 | Confer with Attorney J. Schlatter re: documents to produce. |
| 07/26/2013 | KDA | 1 | 325.00 | 1.20 | 1.20 | 390.00 | Meet with Client; discuss ▮ |
| 07/30/2013 | KDA | 1 | 325.00 | 0.60 | 0.60 | 195.00 | Review response to Motion for Leave from Stay; conference with Attorney J. Schlatter re: same. |
| 08/05/2013 | KDA | 1 | 325.00 | 0.20 | 0.20 | 65.00 | Communication with Client, Attorney J. Schlatter re: ▮ |
| 08/07/2013 | KDA | 1 | 325.00 | 0.50 | 0.50 | 162.50 | Review document listing of Client for 2004 exam; conference with Attorney J. Schlatter re: same. |
| 08/13/2013 | KDA | 1 | 325.00 | 0.45 | 0.45 | 146.25 | Various communications with Discovery Bank, counsel re: fee advance, claim with bank. |
| 08/15/2013 | KDA | 1 | 325.00 | 0.25 | 0.25 | 81.25 | Review, revise Rule 2004 Motion; comment to Attorney J. Schlatter. |
| 08/23/2013 | KDA | 1 | 325.00 | 0.20 | 0.20 | 65.00 | Review Response to Motion for Rule 2004 exam/command Center. |
| 08/26/2013 | KDA | 1 | 325.00 | 0.20 | 0.20 | 65.00 | Review emails from Attorney J. Schlatter re: Evanson queries, matters related to Rule 2004 exam. |
| 08/30/2013 | KDA | 1 | 325.00 | 0.10 | 0.10 | 32.50 | Review email exchanges re: status of matters with upcoming hearing, involving others to participants. |
| 09/08/2013 | KDA | 1 | 325.00 | 0.25 | 0.25 | 81.25 | Review order granting leave from stay; memorandum to Attorney P. Vellone, Attorney M. Wolf re: same. |
| 09/13/2013 | KDA | 1 | 325.00 | 0.20 | 0.20 | 65.00 | Review emails re: upcoming deposition, order re: stay. |
| 09/17/2013 | KDA | 1 | 325.00 | 0.25 | 0.25 | 81.25 | Review orders, subpoenas, notices. |
| 09/18/2013 | KDA | 1 | 325.00 | 0.50 | 0.50 | 162.50 | Memorandum to Attorney J. Weinman re: employment claims, Rule 2004 motion; review comments; respond to same. |
| 09/19/2013 | KDA | 1 | 325.00 | 0.20 | 0.20 | 65.00 | Conference with Attorney J. Schlatter re: Rule 2004 motion pertaining to Moreton, documents to request. |
| 10/11/2013 | KDA | 1 | 325.00 | 0.20 | 0.20 | 65.00 | Conference with Attorney P. Vellone re: status, hearing; review order from court; determine future actions. |
| **Total for Timekeeper KDA** | | | **Billable** | **10.40** | **10.40** | **3,380.00** | **KEVIN D. ALLEN** |

| Trans Date | Tmkr | Cat | Rate | Hours Worked | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| **Timekeeper PDV PATRICK D. VELLONE** | | | | | | | |
| 05/29/2013 | PDV | 1 | 410.00 | 1.50 | 1.50 | 615.00 | Conference with Client and Attorney K. Allen re: various issues. |
| 05/29/2013 | PDV | 1 | 410.00 | 1.30 | 1.30 | 533.00 | Meeting with Attorney K. Allen and Client; conference with Attorney K. Allen re: same. |
| 06/19/2013 | PDV | 1 | 410.00 | 0.20 | 0.20 | 82.00 | Review and revise application. |
| 07/16/2013 | PDV | 1 | 410.00 | 0.60 | 0.60 | 246.00 | Telephone conference with Attorney J. Weinman; conference with Attorney J. Schlatter re: Response to Motion for Relief from Stay. |
| 07/18/2013 | PDV | 1 | 410.00 | 0.20 | 0.20 | 82.00 | Conference with Attorney J. Schlatter; review emails to/from same. |
| 07/22/2013 | PDV | 1 | 410.00 | 0.20 | 0.20 | 82.00 | Conference with Attorney K. Allen and Attorney J. Schlatter re: Rule 2004 Examinations. |
| 07/23/2013 | PDV | 1 | 410.00 | 0.50 | 0.50 | 205.00 | Review and respond to emails from Attorney J. Weinman, Attorney K. Allen, Attorney J. Schlatter and Client. |
| 07/26/2013 | PDV | 1 | 410.00 | 0.60 | 0.60 | 246.00 | Conference with Attorney J. Schlatter. |
| 07/30/2013 | PDV | 1 | 410.00 | 0.60 | 0.60 | 246.00 | Review and redraft Response to Motion for Relief from Stay; conference with Attorney J. Schlatter and Attorney J. Factor re: same. |
| 08/02/2013 | PDV | 1 | 410.00 | 0.40 | 0.40 | 164.00 | Review command Witness and Exhibit List; conference with Attorney J. Schlatter; review and revise DR exhibit and witness list. |
| 08/05/2013 | PDV | 1 | 410.00 | 0.20 | 0.20 | 82.00 | Conference with Attorney J. Schlatter. |
| 08/06/2013 | PDV | 1 | 410.00 | 0.50 | 0.50 | 205.00 | Telephone conference with Buechler; conference with Attorney J. Schlatter. |
| 08/07/2013 | PDV | 1 | 410.00 | 2.00 | 2.00 | 820.00 | Telephone conference with Client; prepare for hearing; to/from, attend and conduct hearing on Relief from Stay; conference with Attorney J. Schlatter; email Attorney J. Weinman re: same; review and revise Amended Witness. |
| 08/13/2013 | PDV | 1 | 410.00 | 0.70 | 0.70 | 287.00 | Review and revise Rule 2004 Motion; conference with Attorney J. Schlatter re: same; review email and voicemail from Discover Bank; conference with Attorney K. Allen and Attorney M. Wolf re: same. |
| 08/14/2013 | PDV | 1 | 410.00 | 0.30 | 0.30 | 123.00 | Review email to/from counsel for Discovery. |
| 08/15/2013 | PDV | 1 | 410.00 | 0.20 | 0.20 | 82.00 | Review and respond to Discover counsel email. |
| 08/22/2013 | PDV | 1 | 410.00 | 0.20 | 0.20 | 82.00 | Review Objection to Rule 2004. |
| 08/28/2013 | PDV | 1 | 410.00 | 0.50 | 0.50 | 205.00 | Conference with Attorney J. Schlatter; review email to/from opposing counsel. |
| 08/29/2013 | PDV | 1 | 410.00 | 0.30 | 0.30 | 123.00 | Conference with Attorney M. Larson; conference with Attorney J. Schlatter; review and revise Motion to Continue. |
| 08/30/2013 | PDV | 1 | 410.00 | 0.30 | 0.30 | 123.00 | Review Motion to Continue Hearing; email to/from Attorney K. Allen and Attorney J. Schlatter. |
| 09/06/2013 | PDV | 1 | 410.00 | 0.30 | 0.30 | 123.00 | Review Complaints and court order re: Stay. |
| 09/09/2013 | PDV | 1 | 410.00 | 0.40 | 0.40 | 164.00 | Review latest 523 Complaint; emails to/from Attorney J. Weinman. |
| 09/10/2013 | PDV | 1 | 410.00 | 0.70 | 0.70 | 287.00 | Review and respond to Client emails; telephone conference with Attorney J. Weinman. |
| 09/12/2013 | PDV | 1 | 410.00 | 1.00 | 1.00 | 410.00 | Meeting with Client; conference with Attorney M. Larson; telephone conference with Attorney J. Weinman. |
| 10/04/2013 | PDV | 1 | 410.00 | 0.30 | 0.30 | 123.00 | Conference with Attorney J. Schlatter and Attorney M. Larson re: Motion for Protective Order. |
| 10/07/2013 | PDV | 1 | 410.00 | 0.50 | 0.50 | 205.00 | Review and revise Motion for Protective Order; conference with Attorney M. Larson and Attorney J. Schlatter re: same. |
| 10/10/2013 | PDV | 1 | 410.00 | 1.30 | 1.30 | 533.00 | Prepare for hearing re: Motion for 2004 Examination; conference with Attorney M. Larson and Attorney J. Schlatter re: same. |
| 10/11/2013 | PDV | 1 | 410.00 | 1.50 | 1.50 | 615.00 | Prepare for, to/from and attend hearing re: 2004 motion; review Minute Order re: same. |
| **Total for Timekeeper PDV** | | | Billable | 16.80 | 16.80 | 6,888.00 | PATRICK D. VELLONE |
| | | | Non-billable | 0.50 | 0.50 | 205.00 | |
| | | | Total | 17.30 | 17.30 | 7,093.00 | |
| **Timekeeper JF JORDAN FACTOR** | | | | | | | |
| 07/31/2013 | JF | 1 | 255.00 | 2.10 | 2.10 | 535.50 | Review and substantially revise objection to relief from stay. |
| **Total for Timekeeper JF** | | | Billable | 2.10 | 2.10 | 535.50 | JORDAN FACTOR |
| **Timekeeper TGP TATIANA G. POPACONDRIA** | | | | | | | |
| 05/28/2013 | TGP | 1 | 185.00 | 0.10 | 0.10 | 18.50 | Conference with Attorney P. Vellone re: case. |
| 06/18/2013 | TGP | 1 | 185.00 | 2.60 | 2.60 | 481.00 | Draft application to employ, notice and proposed order; draft verified statement. |
| 06/19/2013 | TGP | 1 | 185.00 | 0.90 | 0.90 | 166.50 | Revise application to employ, notice and proposed order; draft entry of appearance; review docket; conference with M. Morton re: filing. |
| 07/12/2013 | TGP | 1 | 185.00 | 0.10 | 0.10 | 18.50 | Email from/to Attorney P. Vellone; review deadlines re: motion to employ; email Attorney K. Allen and Attorney P. Vellone. |
| 07/15/2013 | TGP | 1 | 185.00 | 0.50 | 0.50 | 92.50 | Review docket; draft certificate of non contested matter; conference with M. Morton. |
| **Total for Timekeeper TGP** | | | Billable | 3.70 | 3.70 | 684.50 | TATIANA G. POPACONDRIA |
| | | | Non-billable | 0.50 | 0.50 | 92.50 | |
| | | | Total | 4.20 | 4.20 | 777.00 | |
| **Timekeeper JRR JAMES R. REYNOLDS** | | | | | | | |
| 08/07/2013 | JRR | 1 | 120.00 | 0.80 | 0.80 | 96.00 | Prepare Bankruptcy hearing exhibits, notebooks. |
| **Total for Timekeeper JRR** | | | Billable | 0.80 | 0.80 | 96.00 | JAMES R. REYNOLDS |

**Detail Fee Transaction File List**
Transaction File List - Fees
ALLEN & VELLONE, PC

| Trans Date | Tmkr | Cat | Rate | Hours Worked | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| **Timekeeper JES JENNIFER E. SCHLATTER** | | | | | | | |
| 07/16/2013 | JES | 1 | 235.00 | 0.20 | 0.20 | 47.00 | Conference with Attorney P. Vellone re: case. |
| 07/17/2013 | JES | 1 | 235.00 | 1.70 | 1.70 | 399.50 | Review Motion for Relief from stay and Exhibits. |
| 07/18/2013 | JES | 1 | 235.00 | 2.70 | 2.70 | 634.50 | Review state court pleadings. |
| 07/19/2013 | JES | 1 | 235.00 | 3.80 | 3.80 | 893.00 | Conduct research for Objection to Motion for Relief from Stay; review cases. |
| 07/22/2013 | JES | 1 | 235.00 | 0.20 | 0.20 | 47.00 | Conference with Attorney K. Allen; review email; conference with Attorney P. Vellone. |
| 07/23/2013 | JES | 1 | 235.00 | 0.80 | 0.80 | 188.00 | Conference with Attorney P. Vellone; conference with Attorney K. Allen; email exchanges with client. |
| 07/24/2013 | JES | 1 | 235.00 | 4.40 | 2.40 | 564.00 | Begin drafting objection. |
| 07/25/2013 | JES | 1 | 235.00 | 6.50 | 3.50 | 822.50 | Review discovery pleadings and documents in state court litigation; continue drafting objection. |
| 07/26/2013 | JES | 1 | 235.00 | 5.80 | 2.80 | 658.00 | Follow-up research re: objection; review Adversary Proceeding pleadings against AdvantEdge; review discovery documents; meeting with Terry Evanson and Attorney K. Allen. |
| 07/29/2013 | JES | 1 | 235.00 | 6.80 | 3.80 | 893.00 | Continue drafting Objection; begin drafting 2004 Motion and document requests. |
| 07/30/2013 | JES | 1 | 235.00 | 3.70 | 2.70 | 634.50 | Revise/edit objection per Attorney P. Vellone comments; conference with Attorney P. Vellone; follow-up research re: same; conference with Attorney K. Allen; continue drafting 2004 Motion. |
| 07/31/2013 | JES | 1 | 235.00 | 3.40 | 1.40 | 329.00 | Continue drafting 2004 Motion and requests; follow-up review documents; review Attorney J. Factor revisions to objection; conference with Attorney P. Vellone; finalize objection. |
| 08/02/2013 | JES | 1 | 235.00 | 3.40 | 1.80 | 423.00 | Continue document review of Command Center documents. |
| 08/05/2013 | JES | 1 | 235.00 | 0.30 | 0.30 | 70.50 | Email exchange with client; email exchanges with Attorney P. Vellone and Attorney K. Allen. |
| 08/06/2013 | JES | 1 | 235.00 | 3.80 | 2.00 | 470.00 | Email client; email B. Brittan; continue review Command Center documents for 2004 Motion; review client email; begin drafting 2004 discovery requests. |
| 08/07/2013 | JES | 1 | 235.00 | 3.00 | 2.50 | 587.50 | Conference with Attorney P. Vellone re: case; review pleadings re: answers and claims filed by Command Center; conference with Attorney P. Vellone; revise/edit witness/exhibit list for hearing; conference with Attorney K. Allen; research re: issues for hearing. |
| 08/08/2013 | JES | 1 | 235.00 | 2.70 | 2.70 | 634.50 | Research re: Command Center and SEC filings for workers compensation insurance disclsoures; continue drafting 2004 Motion and discovery requests. |
| 08/09/2013 | JES | 1 | 235.00 | 4.00 | 2.80 | 658.00 | Follow-up research re: 2004 Motions; follow-up research re: Command Center; research re: PEOs and workers compensation insurance issues; continue drafting 2004 Motion; continue review Command Center documents. |
| 08/12/2013 | JES | 1 | 235.00 | 3.70 | 1.70 | 399.50 | Telephone conference with Terry Evanson; continue drafting discovery requests; research re: state notice requirements for PEOS and workers compensation insurance; background research re: principles of Command Center for 2004 Motion. |
| 08/13/2013 | JES | 1 | 235.00 | 1.80 | 1.80 | 423.00 | Finalize draft 2004 Motion; follow-up research re: same; conference with Attorney K. Allen. |
| 08/15/2013 | JES | 1 | 235.00 | 0.20 | 0.20 | 47.00 | Revise/edit 2004 Motion; email client. |
| 08/19/2013 | JES | 1 | 235.00 | 0.20 | 0.20 | 47.00 | Telephone conference with client. |
| 08/21/2013 | JES | 1 | 235.00 | 0.70 | 0.70 | 164.50 | Revise/edit 2004 Motion per client comments; conference with Attorney P. Vellone. |
| 08/27/2013 | JES | 1 | 235.00 | 0.30 | 0.30 | 70.50 | Conference with Attorney P. Vellone. |
| 08/28/2013 | JES | 1 | 235.00 | 0.30 | 0.30 | 70.50 | Email K. Buechler; telephone conference with K. Buechler. |
| 08/29/2013 | JES | 1 | 235.00 | 4.00 | 4.00 | 940.00 | Review deposition transcripts provided by B. Brittan. |
| 09/05/2013 | JES | 1 | 235.00 | 0.30 | 0.30 | 70.50 | Review email; conference with Attorney P. Vellone re: accepting service; email opposing counsel re: same. |
| 09/17/2013 | JES | 1 | 235.00 | 0.10 | 0.10 | 23.50 | Conference with Attorney M. Larson re: case. |
| 09/19/2013 | JES | 1 | 235.00 | 0.20 | 0.20 | 47.00 | Conference with Attorney K. Allen. |
| 10/03/2013 | JES | 1 | 235.00 | 0.50 | 0.50 | 117.50 | Conference with Attorney P. Vellone and Attorney M. Larson. |
| 10/07/2013 | JES | 1 | 235.00 | 0.30 | 0.30 | 70.50 | Review M. for Protective Order; conference with Attorney M. Larson. |
| 10/10/2013 | JES | 1 | 235.00 | 4.00 | 4.00 | 940.00 | Prepare for hearing; follow-up research re: Rule 2004 issues; prepare outline for Attorney P. Vellone. |
| 10/17/2013 | JES | 1 | 235.00 | 0.20 | 0.20 | 47.00 | Review email exchange. |

| | | | | Hours Worked | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| **Total for Timekeeper JES** | | | Billable | 68.80 | 47.70 | 11,209.50 | JENNIFER E. SCHLATTER |
| | | | Non-billable | 5.20 | 5.20 | 1,222.00 | |
| | | | Total | 74.00 | 52.90 | 12,431.50 | |

**Timekeeper PAR PARALEGAL**

| Trans Date | Tmkr | Cat | Rate | Hours Worked | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| 08/21/2013 | PAR | 1 | 100.00 | 0.35 | 0.20 | 20.00 | Save Moreton's deposition transcript to system. |
| **Total for Timekeeper PAR** | | | Billable | 0.35 | 0.20 | 20.00 | PARALEGAL |

**GRAND TOTALS**

| | | | | Hours Worked | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| | | | Billable | 116.65 | 95.40 | 26,238.50 | |
| | | | Non-billable | 6.20 | 6.20 | 1,519.50 | |
| | | | Total | 122.85 | 101.60 | 27,758.00 | |

**EXHIBIT D**

**EXPENSE STATEMENTS FOR
ALLEN & VELLONE, P.C.**

# Detail Cost Transaction File List
### Transaction File List - Costs
### ALLEN & VELLONE, PC

| Client | Trans Date | E/A | CT | Rate | Units | Amount | |
|---|---|---|---|---|---|---|---|
| **Expense Type 0 PHOTOCOPIES** | | | | | | | |
| 5225.101 | 06/19/2013 | E | 0 | 0.100 | 221.00 | 22.10 | Photocopies |
| 5225.101 | 06/25/2013 | E | 0 | 0.100 | 15.00 | 1.50 | Photocopies |
| 5225.101 | 07/15/2013 | E | 0 | 0.100 | 28.00 | 2.80 | Photocopies |
| 5225.101 | 07/31/2013 | E | 0 | 0.100 | 208.00 | 20.80 | Photocopies |
| 5225.101 | 08/02/2013 | E | 0 | 0.100 | 224.00 | 22.40 | Photocopies |
| 5225.101 | 08/07/2013 | E | 0 | 0.100 | 504.00 | 50.40 | Photocopies |
| 5225.101 | 08/29/2013 | E | 0 | 0.100 | 24.00 | 2.40 | Photocopies |
| 5225.101 | 10/03/2013 | E | 0 | 0.100 | 3.00 | 0.30 | Photocopies |
| 5225.101 | 10/07/2013 | E | 0 | 0.100 | 3.00 | 0.30 | Photocopies |
| **Total for Expense Type 0** | | | | | Billable | 123.00 | PHOTOCOPIES |
| **Expense Type 2 ONLINE LEGAL RESEARC** | | | | | | | |
| 5225.101 | 07/31/2013 | E | 2 | | | 283.43 | LexisNexis on-line database research. |
| 5225.101 | 08/31/2013 | E | 2 | | | 80.43 | LexisNexis on-line database research. |
| **Total for Expense Type 2** | | | | | Billable | 363.86 | ONLINE LEGAL RESEARC |
| **Expense Type 6 POSTAGE** | | | | | | | |
| 5225.101 | 06/20/2013 | E | 6 | | | 17.94 | Postage |
| 5225.101 | 06/20/2013 | E | 6 | | | 3.30 | Postage |
| 5225.101 | 07/31/2013 | E | 6 | | | 3.22 | Postage |
| 5225.101 | 08/31/2013 | E | 6 | | | 6.88 | Postage |
| 5225.101 | 08/31/2013 | E | 6 | | | 6.88 | Postage |
| 5225.101 | 08/31/2013 | E | 6 | | | 15.36 | Postage |
| 5225.101 | 08/31/2013 | E | 6 | | | 0.46 | Postage |
| 5225.101 | 09/30/2013 | E | 6 | | | 3.68 | Postage |
| 5225.101 | 10/31/2013 | E | 6 | | | 0.86 | Postage |
| 5225.101 | 10/31/2013 | E | 6 | | | 0.86 | Postage |
| **Total for Expense Type 6** | | | | | Billable | 59.44 | POSTAGE |
| **Advance Type 1 FILING FEE** | | | | | | | |
| 5225.101 | 06/30/2013 | A | 1 | 0.100 | 14.00 | 1.40 | PACER Public Access to Court Electronic Records |
| 5225.101 | 07/31/2013 | A | 1 | 0.100 | 339.00 | 33.90 | PACER Public Access to Court Electronic Records |
| 5225.101 | 08/31/2013 | A | 1 | 0.100 | 83.00 | 8.30 | PACER Public Access to Court Electronic Records |
| 5225.101 | 09/30/2013 | A | 1 | | | 10.00 | Case History Fee - Integrated Colorado Courts E-filing System (ICCES) |
| 5225.101 | 10/31/2013 | A | 1 | 0.100 | 3.00 | 0.30 | PACER Public Access to Court Electronic Records |
| **Total for Advance Type 1** | | | | | Billable | 53.90 | FILING FEE |

**GRAND TOTALS**

Billable    600.20