## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtors. ) | |

**MOVANTS' CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER ON FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ALLEN & VELLONE, P.C.**

On February 21, 2014, Terry Lee Evanson and Lynette Pearce Evanson, Movants, filed a motion or application pursuant to L.B.R. 9013-1 entitled First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses of Allen & Vellone, P.C. as Special Counsel for Terry Lee Evanson and Lynette Pearce Evanson. Movants hereby certify that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on February 21, 2014.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on February 21, 2014.

3. The docket numbers for each of the following relevant documents are:

    a. the motion and all documents attached thereto and served therewith, (Docket No. 107)
    b. the notice, (Docket No. 108);
    c. the certificate of service of the motion and the notice, (Docket No. 109);
    d. the proposed order, (Docket No. 107-2).

4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

1

WHEREFORE, Movants pray that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated this 18th day of March, 2014.

>Respectfully submitted,
>
>ALLEN & VELLONE, P.C.
>
>*/s/ Patrick D. Vellone*
>Patrick D. Vellone, #15284
>Kevin D. Allen, #8878
>Tatiana G. Popacondria, #42261
>1600 Stout Street, Suite 1100
>Denver, CO 80202
>Telephone: (303) 534-4499
>pvellone@allen-vellone.com
>kallen@allen-vellone.com
>tpopacondria@allen-vellone.com
>
>ATTORNEYS FOR TERRY AND LYNETTE EVANSON

Court Use Only: The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for a hearing on this motion have been entered.

Dated: _____
Signature of Deputy Clerk

2