DEBTOR: **TERRY & LYNETTE EVANSON**  MONTHLY OPERATING REPORT
CASE NUMBER: **13-19032.MER**  CHAPTER 11

Form 2-A
COVER SHEET

For Period Ending **2-28-14**

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: **3/17/14**   Print Name: **TERRY EVANSON**

Signature: _[signed]_

Title: _____

Rev. 12/10/2008

To Lisa Kraai

Feb 2014 Financials

303-572-1011

DEBTOR: TERRY & LYNETTE EVANSON  MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 2-28-14

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 3/17/14

Print Name: TERRY EVANSON

Signature: _[signature]_

Title: _____

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 2/01/14 to 2/28/14

CASH RECEIPTS DETAIL     Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount $ |
|------|-------|-------------|----------|
| 2/28/14 | Operations | | 414.04 |
| | Advantage Paychecks | | 2259.28 |
| | | | 2673.32 |

Returns shown on Bank Statement
were: $88.04

2673.32
  88.04
─────
2761.36  (amount shown on Bank Statement)

Total Cash Receipts     $ 2673.32 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson        CASE NO: 13-19032-MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 2/1/14 to 2/28/14

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 8162.16 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 2673.32 | |
| Sale of Assets | | |
| Loans/advances | | |
| Other — Credit Returns on Bank Statement | 88.04 | |
| Total Cash Receipts | $ 10,923.52 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 1704.53 | |
| Debt Service/Secured loan payment | 5693.96 | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | $ 7398.49 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 3525.03 | |
| 5 Ending Cash Balance (to Form 2-C) | $ 3525.03 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | ⌀ | $ |
| DIP Operating Account # 3576 | 3525.03 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 3525.03 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/02/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 2/1/14 to 2/28/14

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

Account No: 8576

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| | | | Property Taxes | 2607.21 |
| | | | Health Insurance | 83.72 |
| | | | Utilities | 643.90 |
| | | | Dish | 110.43 |
| | | | Insurance | 292.78 |
| | | | Car Payment | 377.59 |
| | | | Life Insurance | 49.44 |
| | | | Dentist + Doctor | 224.50 |
| | | | Gov't Quarterly fee | 650.00 |
| | | | Gas | 196.72 |
| | | | Personal | 457.67 |
| | | | | 5693.96 |
| | | | Business Operations | 1704.53 |

Total Cash Disbursements  $ 7398.49 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Terry+Lynette Evanson   CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 2/28/14

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets: (List) | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| TOTAL ASSETS | $ ⌀ | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Professional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable (List): | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ ⌀ | $ |
| TOTAL LIABILITIES | $ ⌀ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ ⌀ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ ⌀ | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson        CASE NO: 13-19032 MER

Form 2-D
**PROFIT AND LOSS STATEMENT**
For Period 2/1/14 to 2/28/14

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 414.04 | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| Net Operating Revenue | $ | $ |
| Cost of Goods Sold |  |  |
| Gross Profit | $ 414.04 | $ |
| Operating Expenses | $ | $ |
|   Officer Compensation |  |  |
|   Selling, General and Administrative |  |  |
|   Rents and Leases |  |  |
|   Depreciation, Depletion and Amortization |  |  |
|   Other (list): |  |  |
| Total Operating Expenses | $ 1704.53 | $ |
| Operating Income (Loss) | $ (1290.49) | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses |  |  |
|   Gains (Losses) on Sale of Assets |  |  |
|   Interest Income |  |  |
|   Interest Expense |  |  |
|   Other Non-Operating Income |  |  |
| Net Non-Operating Income or (Expenses) | $ -0- | $ |
| Reorganization Expenses | $ | $ |
|   Legal and Professional Fees |  |  |
|   Other Reorganization Expense |  |  |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ (1290.49) | $ |
| Federal and State Income Tax Expense (Benefit) |  |  |
| NET INCOME (LOSS) | $ (1290.49) | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evandson  CASE NO: 13-19032 MER

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 2/1/14 to 2/28/14

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | $ none |
| TOTALS | $ | $ | $ | | | |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Ø | $ | | $ |
| General Liability | Ø | $ | | $ |
| Property (Fire, Theft) | Farmers Insurance | $ same | | $ 2/2015 |
| Vehicle | Farmers Insurance | $ same | | $ 4/2014 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032-MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 2/1/14 to 2/28/14

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ none |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ none |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ none |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON        CASE NO: 13-19032mer

**Form 2-F**
**QUARTERLY FEE SUMMARY**
For the Month Ended: 2/28/14

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 5789.23 | | | | |
| February | 7398.44 | | | | |
| March | | | | | |
| TOTAL 1st Quarter | | $ | | | |
| April | | $ | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | | $ | | | |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | | $ | | | |
| October | | $ | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | | $ | | | |

**FEE SCHEDULE (as of JANUARY 1, 2008)**
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-6
**NARRATIVE**
For Period Ending 2/28/14

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.



Wells Fargo Online®

## Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $3,237.52 |
| Pending Withdrawals/ Debits | -$334.53 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $2,902.99 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 02/01/14 to 02/28/14

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions  Note: Amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 02/28/14 | CHECK # 116 | | $2,607.21 | $3,525.03 |
| 02/27/14 | CHECK CRD PURCHASE 02/25 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX7458 384056873987194 ?MCC=5411 | | $11.97 | $6,132.24 |
| 02/26/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000459413241 | | $68.98 | $6,144.21 |
| 02/26/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000737820452 | | $6.92 | |
| 02/26/14 | CHECK CRD PURCHASE 02/25 SOS REGISTRATION F 303-894-2200 CO 434256XXXXXX4079 464055551270767 ?MCC=9399 | | $60.00 | |
| 02/25/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000532464184 | | $151.83 | $6,278.11 |
| 02/24/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00384055776283183 | | $8.29 | $6,429.94 |
| 02/24/14 | POS PURCHASE - WAL MART 0884 CASTLE ROCK CO 4079 00000000245768802 | | $13.02 | |
| 02/24/14 | POS PURCHASE - KING SOOPERS 56736 QU HIGHLANDS RNCCO 4079 00464053852113419 | | $7.50 | |
| 02/24/14 | CHECK CRD PURCHASE 02/22 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 384053843374227 ?MCC=5542 | | $37.33 | |
| 02/24/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000052248422 | | $49.20 | |
| 02/24/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 00584053817174483 | | $32.08 | |
| 02/24/14 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 4079 00384053798241281 | | $33.78 | |
| 02/24/14 | CHECK CRD PURCHASE 02/20 TLF ASSOC WHOLESAL 303-4551234 CO 434256XXXXXX7458 304051645411927 ?MCC=5992 | | $70.09 | |
| 02/21/14 | HUMANA, INC. INS PYMT 140219 235174141001235 174145 | | $83.72 | $6,681.23 |
| 02/21/14 | XCEL ENERGY-PSCO XCELENERGY 5392775401 Terry L 20140220471829 | | $643.90 | |
| 02/21/14 | POS PURCHASE RETURN - ROSS STORE 386 ENGLEWOOD CO 7458 00000000740843286 | $34.57 | | |
| 02/21/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000940276368 | | $89.28 | |
| 02/21/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000047426919 | | $74.52 | |
| 02/21/14 | CHECK CRD PURCHASE 02/20 AMATO WHOLESALE FL DENVER CO 434256XXXXXX7458 004051715116720 ?MCC=5193 | | $17.50 | |
| 02/21/14 | CHECK CRD PURCHASE 02/20 AMATO WHOLESALE FL DENVER CO 434256XXXXXX7458 004051707368056 ?MCC=5193 | | $281.10 | |
| 02/21/14 | CHECK CRD PUR RTRN 02/20 AMATO WHOLESALE FL DENVER CO 434256XXXXXX7458 614052550392719 ?MCC=5193 | $2.00 | | |
| 02/21/14 | ADVANTEDGE BUSIN PAYROLL XXXXXX049 EVANSON, TERRY L | $753.09 | | |
| 02/20/14 | POS PURCHASE - MY GOODS MARKET 0743 HIGHLANDS RA CO 4079 00464051863479917 | | $18.58 | $7,041.59 |
| Totals | | $2,761.36 | $7,398.49 | |

Wells Fargo Account Activity                                                Page 2 of 3

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 02/20/14 | CHECK CRD PURCHASE 02/19 ADAMS AUTOMOTIVE I CASTLE ROCK CO 434256XXXXXX7458 284050731202759 ?MCC=7531 | | $102.08 | |
| 02/19/14 | POS PURCHASE - KING SOOPERS 7296 LAGA CASTLE ROCK CO 7458 00464050766349692 | | $7.56 | $7,160.23 |
| 02/19/14 | CHECK # 115 | | $224.50 | $7,167.79 |
| 02/18/14 | RED ROCKS CU RRCU LN 15 9706143576 Everson Terry | | $377.59 | |
| 02/18/14 | POS PURCHASE - TJ TJ MAXX HIGHLANDS CO 7458 00000000331171052 | | $62.99 | |
| 02/18/14 | POS PURCHASE - KING SOOPERS 9551 UNIV IGHLANDS RNCHCO 7458 00304050040272849 | | $10.91 | |
| 02/18/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 4079 00000000250870975 | | $3.98 | |
| 02/14/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00464046050124099 | | $31.07 | $7,847.76 |
| 02/14/14 | POS PURCHASE - WALGREENS 4175 E WILDC HIGHLANDS RANCO 4079 00304046042433686 | | $31.47 | |
| 02/14/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000347279956 | | $6.48 | |
| 02/14/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000246027664 | | $67.93 | |
| 02/14/14 | Shelf Reliance Home Party 2327 Lynette P Evanson | $142.51 | | |
| 02/13/14 | CHECK CRD PURCHASE 02/12 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 584044086532391 ?MCC=5542 | | $36.46 | $7,842.20 |
| 02/13/14 | CHECK CRD PURCHASE 02/12 A-B PETROLEUM 634 DENVER CO 434256XXXXXX4079 464044016454807 ?MCC=5542 | | $4.49 | |
| 02/13/14 | CHECK CRD PURCHASE 02/12 YA YA E FAVORMART 626-687-2258 CA 434256XXXXXX7458 384043683168359 ?MCC=5999 | | $241.41 | |
| 02/12/14 | CHECK CRD PURCHASE 02/11 HERITAGE CONOCO GOLDEN CO 434256XXXXXX4079 304042844931726 ?MCC=5542 | | $7.08 | $8,124.55 |
| 02/11/14 | DISH NETWORK DISH NTWRK 020914 9060370845 SPA EVANSON,TERRY | | $110.43 | $8,131.62 |
| 02/11/14 | POS PURCHASE - USPS 0755839552 LITTLETON CO 7458 00000000447224606 | | $1.88 | |
| 02/11/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000149031688 | | $18.07 | |
| 02/10/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $8,260.10 |
| 02/10/14 | POS PURCHASE - KING SOOPERS 7296 LAGA CASTLE ROCK CO 4079 00584042025032437 | | $8.84 | |
| 02/10/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00464041757533836 | | $20.75 | |
| 02/10/14 | POS PURCHASE - WALGREENS 6550 TIMBERL HIGHLANDS RANCO 7458 00464041584487883 | | $18.79 | |
| 02/10/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000742732075 | | $14.42 | |
| 02/10/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000956335665 | | $75.60 | |
| 02/10/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000257090452 | | $64.94 | |
| 02/10/14 | CHECK CRD PURCHASE 02/09 BLACK EYED PEA DENVER CO 434256XXXXXX4079 584040138038161 ?MCC=5812 | | $16.03 | |
| 02/10/14 | POS PURCHASE - CONOCO 0743 HIGHLANDS RA CO 4079 00304040752728081 | | $6.60 | |
| 02/10/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00584040174067413 | | $27.63 | |
| 02/10/14 | CHECK CRD PURCHASE 02/08 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX4079 464040163701683 ?MCC=5411 | | $12.61 | |
| 02/10/14 | POS PURCHASE - KING SOOPERS 7296 LAGA CASTLE ROCK CO 4079 00304039584169898 | | $5.74 | |
| 02/10/14 | CHECK CRD PURCHASE 02/07 AURORA MOVIE T RES AURORA CO 434256XXXXXX4079 584039141190326 ?MCC=5812 | | $11.71 | |
| 02/10/14 | CHECK CRD PURCHASE 02/07 SEARS ROEBUCK 79 LITTLETON CO 434256XXXXXX4079 384038763823225 ?MCC=5311 | | $74.29 | |
| 02/07/14 | CHECK CRD PURCHASE 02/06 DIA PARKING OPERAT 303-342-4833 CO 434256XXXXXX4079 584037031608050 ?MCC=7523 | | $40.00 | $8,694.38 |
| 02/07/14 | CHECK CRD PURCHASE 02/05 CORNER STORE 4061 AURORA CO 434256XXXXXX4079 384037017438799 ?MCC=5542 | | $43.30 | |
| 02/07/14 | DEPOSIT MADE IN A BRANCH/STORE #760316164 | $271.53 | | |
| 02/07/14 | ADVANTEDGE BUSIN 02-07-14 XXXXX0049 EVANSON, TERRY L | $753.09 | | |
| 02/07/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L | $763.10 | | |
| Totals | | $2,761.36 | $7,388.49 | |

MAR/18/2014/TUE 02:15 PM    ADVANTEDGE BUSINESS           FAX No. 303 707 4243         P. 015
Case:13-19032-MER  Doc#:112  Filed:03/18/14  Entered:03/18/14 15:45:43  Page:15 of 16

Wells Fargo Account Activity                                                                  Page 3 of 3

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 02/06/14 | FARMERS INS EFT PYMT 020514 A79895688604RCD LYNETTEPEVANSON 07 | | $292.78 | $6,689.99 |
| 02/06/14 | CHECK CRD PURCHASE 02/05 AVIS RENT-A-CAR 1 PROVO UT 434256XXXXXX4079 624037562849397 ?MCC=3389 | | $94.61 | |
| 02/06/14 | CHECK CRD PURCHASE 02/05 AVIS RENT-A-CAR 1 PROVO UT 434256XXXXXX4079 624037562849398 ?MCC=3389 | | $38.67 | |
| 02/06/14 | CHECK CRD PURCHASE 02/05 KUM & GO #2826 GLENWOOD SPRI CO 434256XXXXXX4079 564035786984641 ?MCC=5542 | | $7.25 | |
| 02/06/14 | CHECK CRD PURCHASE 02/05 KNEADERS PROVO 8018122200 UT 434256XXXXXX4079 464036573483988 ?MCC=5812 | | $18.70 | |
| 02/05/14 | POS PURCHASE - SAM S Club PROVO UT 7458 00000000530428685 | | $20.58 | $7,422.17 |
| 02/05/14 | POS PURCHASE - SAMSCLUB 6685 PROVO UT 4079 00000000730923157 | | $15.08 | |
| 02/05/14 | POS PURCHASE - SMITHS 350 N FREEDOM PROVO UT 4079 00464036589151201 | | $30.69 | |
| 02/03/14 | CHECK # 113 | | $650.00 | $7,488.49 |
| 02/03/14 | POS PURCHASE - RIDLEY S FAMILY MARKET OREM UT 4079 00384033636952972 | | $8.14 | |
| 02/03/14 | CHECK CRD PURCHASE 02/01 MAVERIK CNTRY STRE OREM UT 434256XXXXXX4079 384033116170047 ?MCC=5542 | | $38.10 | |
| 02/03/14 | POS PURCHASE - 7 ELEVEN WESTMINSTER CO 4079 00000000758238546 | | $29.80 | |
| 02/03/14 | CHECK CRD PUR RTRN 02/01 SEARS ROEBUCK 7711 800-469-4663 AL 434256XXXXXX4079 624034554164772 ?MCC=5969 | $51.47 | | |
| Totals | | $2,781.36 | $7,398.49 | 8462.19 |

☖ Equal Housing Lender
© 1995 – 2014 Wells Fargo. All rights reserved.



**Statement of Account**

| Member No. | Statement Period Ending |
|---|---|
| 258340 | 03/31/13 |

| ACCOUNT SUMMARY | | |
|---|---|---|
| 1   PRIME SAVINGS ACCOUNT | $ | 9.71 |
| 151  07 VW JETTA 2401 | $ | 6,823.95 |

TERRY L EVANSON
LYNETTE P EVANSON
10175 ONEIDA ST
LITTLETON CO 80124-9608

### PRIME SAVINGS ACCOUNT #1

| Beginning Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|
| $ 1.75 | $ 763.14 | $ 755.18 | $ 9.71 | $ 0.00 |

| Transaction Date | Effective Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 01/01/13 | | Balance Forward | | | $ 1.75 |
| 01/18/13 | | DEPOSIT | $ 473.14 | | $ 474.89 |
| 01/18/13 | | WITHDRAWAL | | $ 377.59 | $ 97.30 |
| 02/14/13 | | DEPOSIT | $ 290.00 | | $ 387.30 |
| 02/14/13 | | PAYMENT SHR TRANSFER 151 | | $ 377.59 | $ 9.71 |

### 07 VW JETTA 2401  # 151  Plan # 0  Note # 163548

| Beginning Balance | Principal / Credits | Principal / Debits | Ending Balance | | Past Due As Of | Next Due Date | Payment Due |
|---|---|---|---|---|---|---|---|
| $ 7,845.30 | $ 1,021.35 | $ 0.00 | $ 6,823.95 | | n/a | 04/15/13 | $ 377.59 |

| Date | Principal | Amount | Balance | Transaction |
|---|---|---|---|---|
| 01/01/13 | | | $ 7,845.30 | Balance Forward |
| 01/18/13 | $ -332.82 | $ 377.59 | $ 7,512.48 | LOAN PAYMENT |
| 02/14/13 | $ -347.08 | $ 377.59 | $ 7,165.40 | LOAN PAYMENT-TRANSFER FROM/TO 1 |
| 03/28/13 | $ -341.45 | $ 386.72 | $ 6,823.95 | LOAN PAYMENT |

**INTEREST RATE DETAIL**

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| 01/01/13 - 01/17/13 | 5.490% | $ 7,845.30 |
| 01/18/13 - 02/13/13 | 5.490% | $ 7,512.48 |
| 02/14/13 - 03/27/13 | 5.480% | $ 7,165.40 |
| 03/28/13 - 03/31/13 | 5.490% | $ 6,823.95 |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

**FEES CHARGED**

| Date | Loan | Amount | Transaction Description |
|---|---|---|---|
| | | 0.00 | TOTAL FEES FOR THIS PERIOD |

**INTEREST CHARGED**

| Date | Loan | Amount | Transaction Description |
|---|---|---|---|
| 01/18/13 | 151 | 44.77 | INTEREST CHARGE |
| 02/14/13 | 151 | 30.51 | INTEREST CHARGE |
| 03/28/13 | 151 | 45.27 | INTEREST CHARGE |
| | | 120.55 | TOTAL INTEREST FOR THIS PERIOD |

**TOTALS YEAR-TO-DATE**