## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
Terry Lee Evanson                               )    Case No. 13-19032 MER
Lynette Pearce Evanson                          )    Chapter 11
                        Debtors.                )

---

### ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ALLEN & VELLONE P.C. AS DEBTORS' SPECIAL COUNSEL

---

**THE COURT** having reviewed the First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses of Allen & Vellone, P.C. as counsel for the Chapter 7 Trustee, Jeffrey A. Weinman (the "First Interim Application"), and finding that notice was duly served and no responses or objections having been filed, hereby

**ORDERS** that the First Interim Application is **GRANTED in** the amount of $26,238.50 in fees and $600.20 in expenses, for a total of $26,838.70, for the period from May 28, 2013 through January 31, 2014.  Allen & Vellone is authorized to receive $10,453.86, held as retainer, and Debtors are authorized to pay Allen & Vellone, P.C. an additional $16,384.84.

**DATED** this 18th day of ___March___, 2014.

BY THE COURT:

Michael E. Romero
United States Bankruptcy Judge