United States Bankruptcy Court
District of Colorado

In re:                                                            Case No. 13-19032-MER
Terry Lee Evanson                                                 Chapter 11
Lynette Pearce Evanson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: mckinleyj          Page 1 of 1          Date Rcvd: Mar 18, 2014
                              Form ID: pdf904          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2014.
db              Terry Lee Evanson,    10175 S Oneida St,    Littleton, CO  80124-9608
intp           +Diane A. Holbert,    Douglas County Treasurer,    100 Third Street,    Attn: Stephanie Cook,
                 Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2014 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank alewis@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank alewis@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com, sjohnson@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               doug@coloradocreditorlaw.com, rhonda@coloradocreditorlaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jennifer Schlatter    on behalf of Debtor Lynette Pearce Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Jennifer Schlatter    on behalf of Debtor Terry Lee Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Debtor Terry Lee Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Debtor Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,
               dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson
               tpopacondria@allen-vellone.com, dbarela@allen-vellone.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                              TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtors. ) | |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ALLEN & VELLONE P.C. AS DEBTORS' SPECIAL COUNSEL**

**THE COURT** having reviewed the First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses of Allen & Vellone, P.C. as counsel for the Chapter 7 Trustee, Jeffrey A. Weinman (the "First Interim Application"), and finding that notice was duly served and no responses or objections having been filed, hereby

**ORDERS** that the First Interim Application is **GRANTED in** the amount of $26,238.50 in fees and $600.20 in expenses, for a total of $26,838.70, for the period from May 28, 2013 through January 31, 2014. Allen & Vellone is authorized to receive $10,453.86, held as retainer, and Debtors are authorized to pay Allen & Vellone, P.C. an additional $16,384.84.

**DATED** this 18th day of March, 2014.

BY THE COURT:

Michael E. Romero
United States Bankruptcy Judge