DEBTOR: TERRY & LYNETTE EVANSON       MONTHLY OPERATING REPORT
                                      CHAPTER 11
CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending __3-31-14__

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts. IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

WELLS FARGO + RED ROCKS

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 4/18/14      Print Name: TERRY EVANSON

Signature: _____

Title: _____

Rev. 12/10/2009

TO Lisa Kraai

March Financials

303-572-1011

DEBTOR: TERRY & LYNETTE EVANSON      MONTHLY OPERATING REPORT
                                     CHAPTER 11
CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET
For Period Ending 3-31-14

Accounting Method:  ☐ Accrual Basis    ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS: |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts. IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 4/18/14    Print Name: TERRY EVANSON

Signature: _____

Title: _____

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032-MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3/1/14 to 3/31/14

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 3525.03 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 2618.40 | |
|    Sale of Assets | | |
|    Loans/advances | 1506.19 | |
|    Other Advantage | | |
|    Total Cash Receipts | $ 4124.59 | $ _____ |
| 3. Cash Disbursements | | |
|    Operations | 1995.48 | |
|    Debt Service/Secured loan payment | | |
|    Professional fees/U.S. Trustee fees | 1787.91 | |
|    Other | | |
|    Total Cash Disbursements | $ 3783.39 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 3866.23 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 3866.23 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account #3576 | 3866.23 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 3866.23 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3/01/14 to 3/31/14

CASH RECEIPTS DETAIL     Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      | Advantage Wages. |  | $1506.19 |
|      | Business operations. |  | 2618.40 |

Total Cash Receipts: $4124.59 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _____ to _____

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

Account No: _____

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|------|-----------|-------|-----------------------|----------|
|      |           |       | Life Insurance        | 263.82   |
|      |           |       | House Insurance       | 292.73   |
|      |           |       | Phone                 | 287.61   |
|      |           |       | Dish/Internet         | 115.43   |
|      |           |       | Car Payment           | 377.59   |
|      |           |       | Medical               | 25.00    |
|      |           |       | Gas                   | 189.56   |
|      |           |       | Personal              | 286.17   |
|      |           |       | TOTAL                 | 1787.91  |
|      |           |       | Business Operations   | 1995.48  |

Total Cash Disbursements: $ 3783.39 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON        CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 3/31/14

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ —Ø— | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Professional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ | $ |
| Pre-Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre-Petition Liabilities | $ —Ø— | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ —Ø— | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ —0— | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 3/1/14 to 3/31/14

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 2618.40 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| Net Operating Revenue | $ 2618.40 | $ |
| Cost of Goods Sold | | |
| Gross Profit | $ 2618.40 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| Total Operating Expenses | $ 1995.48 | $ |
| Operating Income (Loss) | $ 662.92 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ 662.92 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| NET INCOME (LOSS) | $ 662.92 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: _____ to _____

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | -0- $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | Farmers Insurance | $ same |  | $ 2/15 |
| Vehicle | Farmers Insurance | $ same |  | $ 10/14 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson      CASE NO: 13-19032-MER

## Form 2-E
### SUPPORTING SCHEDULES

For Period: _____ to _____

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| Total Post Petition Accounts Payable | | $ 0 |

*Attach a detail listing of accounts receivable and post-petition accounts payable.

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson  CASE NO: 13-19032mer

Form 2-F
QUARTERLY FEE SUMMARY*
For the Month Ended: 3/31/14

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 5789.28 | | | | |
| February | 7398.49 | | | | |
| March | 3783.39 | | | | |
| TOTAL 1st Quarter | $ | 16971.61 | $ 650.00 | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

**FEE SCHEDULE (as of JANUARY 1, 2008)**
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period.

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)] In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1
Rev. 12/10/2009

DEBTOR: _Terry + Lynette Evanson_     CASE NO: _13-19032 MER._

Form 2-G
**NARRATIVE**
For Period Ending _3/31/14._

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



# Wells Fargo Online®

## Account Activity

CHECKING XXXXXXX5678

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $3,724.42 |
| Pending Withdrawal Debits | -$18.10 |
| Pending Deposit Credits | $0.00 |
| Available Balance | $3,706.32 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 03/01/14 to 03/31/14

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | Pending Transactions Note: Amounts may change. | | | |
| | No pending transactions meet your criteria above. | | | |
| | Posted Transactions | | | |
| 03/31/14 | TRANSAMERICA INS INSPAYMENT 371LA 08417J0069 EVANSON, TERRY AND LYN | | $107.19 | $3,868.23 |
| 03/31/14 | CHECK CRD PURCHASE 03/30 BLACK EYED PEA CATTLE ROCK CO 43425SEXXXXXX4079 584028810253063 ?MCC=5812 | | $35.14 | |
| 03/31/14 | POS PURCHASE - SPROUTS FARMERS MARKETLONETREE CO 4079 00384083252327187 | | $23.07 | |
| 03/31/14 | POS PURCHASE - SAM S CLB LITTLETON 8E CO 4079 000000049417744 | | $44.09 | |
| 03/28/14 | CHECK CRD PURCHASE 03/27 SAMSCLUB 6834 GAS LONE TREE CO 43425SXXXXXX4079 484088825852311 ?MCC=5542 | | $42.70 | $4,077.72 |
| 03/26/14 | POS PURCHASE - SHELL Service station GRAND JUNCTIOCO 4079 00300406043455541 | | $18.20 | $4,120.42 |
| 03/26/14 | CHECK CRD PURCHASE 03/24 Shell Reliance LLC AMERICAN FORK UT 43425SXXXXXX4079 00403318603524 ?MCC=5399 | | $41.83 | |
| 03/25/14 | CHECK CRD PURCHASE 03/24 Shell Reliance LLC AMERICAN FORK UT 43425SXXXXXX4079 00403827782211 ?MCC=5399 | | $425.95 | |
| 03/25/14 | POS PURCHASE - SAMSCLUB 6685 PROVO UT 4079 000000003527434 | | $41.26 | $4,565.43 |
| 03/25/14 | CHECK CRD PURCHASE 03/24 GROUPON INC 877-788-7858 IL 43425SXXXXXX4079 30403354052920 ?MCC=7299 10200007BDA | | $49.99 | |
| 03/25/14 | CHECK CRD PURCHASE 03/22 Shell Reliance LLC AMERICAN FORK UT 43425SXXXXXX4079 28403117272845 ?MCC=5399 10200007BDA | | $209.08 | |
| 03/24/14 | POS PURCHASE - COSTCO GAS 0484 OREM UT 7458 0058408375348597 | | $43.79 | $5,285.78 |
| 03/24/14 | CHECK CRD PURCHASE 03/22 APS GRAND JUNCTION GRAND JUNCTIO CO 43425SXXXXXX4079 80408205078707 ?MCC=5542 10200007BDA | | $28.84 | |
| 03/24/14 | CHECK CRD PURCHASE 03/21 SAMSCLUB 6834 GAS LONE TREE CO 43425SXXXXXX4079 66408108771815 ?MCC=5542 10200007BDA | | $37.87 | |
| 03/24/14 | POS PURCHASE - WAL-MART 1252 HIGHLANDS RANCO 4079 000000255416144 | | $25.50 | |
| 03/24/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 4079 000000013587838 | | $67.25 | |
| 03/31/14 | CHECK CRD PURCHASE 03/20 TAKE CARE HEALTH C HIGHLANDS RAN CO 43425SXXXXXX4079 46407804723020 ?MCC=8099 10200007BDA | | $25.00 | $5,491.21 |
| 03/31/14 | CHECK CRD PURCHASE 03/19 SPROUTS FARMERS MA LONE TREE CD 43425SXXXXXX4079 38407840086445 ?MCC=5411 10200007BDA | | $7.82 | |
| 03/21/14 | DEPOSIT MADE IN A BRANCH/STORE 8777456691 | $321.43 | | |
| 03/21/14 | ADVANTEDGE BUSIN 3-21-14 XXXXXXX6046 EVANSON, TERRY L | $753.09 | | |
| 03/19/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 000000004079561 | $75.83 | | $4,439.51 |
| 03/14/14 | POS PURCHASE - SPROUTS FARMERS MARKETLONE TREE CO 7458 00384078786699955 | | $18.82 | |
| Totals 03/18/14 | | $4,124.29 | $3,783.29 | $4,836.08 |

Wells Fargo Account Activity

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 03/03/14 | POS PURCHASE - TARGET T2718 HIGHLANDS RANCO 7458 0030840782891.4032 | | | |
| 03/03/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RANCO 4079 0000007518533366 | | $7.88 | |
| 03/03/14 | CHECK CRD PURCHASE 03/17 USPS 07558356562030 LITTLETON CO 4342560XXXXXX4079 58407675944717 ?MCC=9402 10200007BDA | | $13.83 | |
| 03/03/14 | RED ROCKS CU RRCU LN 15 97061 43578 Everson Terry | | $377.58 | $4,670.36 |
| 03/03/14 | DISH NETWORK DISH NTWRK 031214 9080370845 8PA EVANSON,TERRY | | $115.43 | $4,947.95 |
| 03/03/14 | CHECK CRD PURCHASE 03/13 SAMSCLUB 6834 GAS LONE TREE CO 4342560XXXXXX4079 46407305054284S ?MCC=5542 10200007BDA | | $46.93 | |
| 03/03/14 | POS PURCHASE - KING SOOPERS 56735 QU HIGHLANDS RNCC0 4079 0038407305252230 | | $3.79 | |
| 03/03/14 | POS PURCHASE - KING SOOPERS 56735 QU HIGHLANDS RNCC0 4079 0030407305806703 | | $10.48 | |
| 03/14/14 | Shell Reliance Home Party 2327 Lynette F Evanson | $127.84 | | |
| 03/13/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00000004596634 | | $71.49 | $4,887.74 |
| 03/11/14 | TRANSAMERICA INS INSPAYMENT 37UA 05420837S2 EVANSON,LYNETTE OR TER | | $49.44 | $5,086.23 |
| 03/10/14 | POS PURCHASE - COSTCO WHSE 0468 LONE TREE CO 7458 00384069869344436 | | $66.13 | |
| 03/10/14 | CHECK CRD PURCHASE 03/06 THE OLIVE GARD00001 LITTLETON CO 4342560XXXXXX4079 46108804574745 ?MCC=5812 10200007BDA | | $41.06 | |
| 03/07/14 | ADVANTEDGE BUSIN 03-07-14 XXXXXXX0049 EVANSON, TERRY L | $753.10 | | $5,244.68 |
| 03/07/14 | DEPOSIT MADE IN A BRANCH/STORE #7715047 | $2,189.13 | | |
| 03/06/14 | CTL 600244111 WEB 3037823202414 tanyaevanson@gmail.com | | $287.51 | $2,322.66 |
| 03/06/14 | FARMERS INS EFT PYMT 030514 A79855568904RCD LYNETTEFEVANSON OT | | $282.73 | |
| 03/06/14 | POS PURCHASE - TARGET T2023 TARGET T2 LONETREE CO 7458 00364065125113518 | | $83.55 | |
| 03/06/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00384065990808981 | | $20.68 | |
| 03/06/14 | CHECK CRD PURCHASE 030/5 ADAMS AUTOMOTIVE I CASTLE ROCK CO 4342560XXXXXX4079 00405471718410 ?MCC=7531 10200007BDA | | $224.16 | |
| 03/06/14 | CHECK CRD PURCHASE 03/04 SALLY BEAUTY #2889 HIGHLANDS RAN CO 4342560XXXXXX7458 08408374712504S ?MCC=5977 10200007BDA | | $28.24 | |
| 03/05/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 0038406502206181.4 | | $21.46 | $3,237.52 |
| 03/04/14 | POS PURCHASE - KING SOOPERS 7296 LAGA CASTLE ROCK CO 7458 0058406391169827S | | $3.97 | $3,259.00 |
| 03/03/14 | TRANSAMERICA INS INSPAYMENT 37UA 05417300S9 EVANSON, TERRY AND LYN | $107.19 | | $3,262.97 |
| 03/03/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCC0 7458 00464080309549114 | | $47.28 | |
| 03/03/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00000006515880 | | $58.29 | |
| 03/03/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00000003418202A | | $50.97 | |
| 03/03/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCC0 7458 00464080787863179 | | $17.98 | |
| Totals | | $4,124.89 | $7,783.28 | |

© Equal Housing Lender
© 1995 – 2014 Wells Fargo. All rights reserved.



# Wells Fargo Account Activity

| Date | Description | | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|---|
| | POS PURCHASE - TARGET T2716 TARGET T2 HIGHLANDS RANCO 7458 00304079029914032 | | | | |
| 03/18/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RANCO 4079 0000000751653388 | | | $7.98 | |
| 03/18/14 | CHECK CRD PURCHASE 03/17 USPS 0755839552030 LITTLETON CO 434256XXXXXX4079 584076798447712 ?MCC=9402 102000076DA | BUSINESS | | $19.89 | |
| 03/17/14 | RED ROCKS CU RRCU LN 15 9706143578 Everson Terry | AUTO | | $377.59 | $4,570.36 |
| 03/14/14 | DISH NETWORK DISH NTWRK 031214 9060370845 SPA EVANSON,TERRY | DISH | | $115.43 | $4,947.95 |
| 03/14/14 | CHECK CRD PURCHASE 03/13 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 484073050542845 ?MCC=5542 102000076DA | GAS | | $46.93 | |
| 03/14/14 | POS PURCHASE - KING SOOPERS 58738 QU HIGHLANDS RNCCO 4079 00384073082622520 | PERSONAL | | $3.79 | |
| 03/14/14 | POS PURCHASE - KING SOOPERS 58738 QU HIGHLANDS RNCCO 4079 00304073080906703 | PERSONAL | | $10.48 | |
| 03/14/14 | Shelf Reliance Home Party 2327 Lynette P Evanson | | $127.84 | | |
| 03/13/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000445665534 | BUSINESS | | $71.49 | $4,996.74 |
| 03/10/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0842083752 EVANSON,LYNETTE OR TER | INSURANCE | | $49.44 | $5,068.23 |
| 03/10/14 | POS PURCHASE - COSTCO WHSE 0468 LONE TREE CO 7458 00384068665344436 | BUSINESS | | $86.13 | |
| 03/10/14 | CHECK CRD PURCHASE 03/08 THE OLIVE GAR00001 LITTLETON CO 434256XXXXXX4079 484068045714745 ?MCC=5812 102000076DA | PERSONAL | | $41.08 | |
| 03/07/14 | ADVANTEDGE BUSIN 03-07-14 XXXXX0049 EVANSON, TERRY L | | $753.10 | | $5,244.68 |
| 03/07/14 | DEPOSIT MADE IN A BRANCH/STORE #777155047 | | $2,169.13 | | |
| 03/06/14 | CTL 8002441111 WEB 3037823202414 terryevanson@gmail.com | PHONES | | $287.61 | $2,322.65 |
| 03/06/14 | FARMERS INS EFT PYMT 030514 A79885686604RCD LYNETTEPEVANSON 07 | INSURANCE | | $292.73 | |
| 03/06/14 | POS PURCHASE - TARGET T2023 TARGET T2 LONETREE CO 7458 00384065123113919 | | | $63.55 | |
| 03/06/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00384065098081981 | PERSONAL | | $20.68 | |
| 03/06/14 | CHECK CRD PURCHASE 03/05 ADAMS AUTOMOTIVE I CASTLE ROCK CO 434256XXXXXX7458 004064757716410 ?MCC=7531 102000076DA | AUTO BUSINESS | | $224.16 | |
| 03/06/14 | CHECK CRD PURCHASE 03/04 SALLY BEAUTY #2899 HIGHLANDS RAN CO 434256XXXXXX7458 084063747126043 ?MCC=5977 102000076DA | | | $28.24 | |
| 03/05/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 00584065022081814 | PERSONAL | | $21.48 | $3,237.62 |
| 03/04/14 | POS PURCHASE - KING SOOPERS 7285 LAGA CASTLE ROCK CO 7458 00584063811598273 | PERSONAL | | $3.97 | $3,259.00 |
| 03/03/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0841730089 EVANSON, TERRY AND LYN | INSURANCE | | $107.19 | $3,262.97 |
| 03/03/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00484063056945114 | PERSONAL | | $47.28 | |
| 03/03/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000551358800 | BUSINESS | | $39.23 | |
| 03/03/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000343192024 | BUSINESS | | $50.37 | |
| 03/03/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00484060787683173 | PERSONAL | | $17.99 | |
| Totals | | | $4,124.59 | $3,783.39 | |

Personal - 35.14, 23.07, 7.82, 19.52, 3.3, 7, 3.79, 10.48, 41.08, 20.53, 21.48, 3.97, 17.99, 47.28, 26.24 — 286.17

Equal Housing Lender
© 1995 – 2014 Wells Fargo. All rights reserved.

LIFE INSURANCE ✓ 107.19, 107.19, 49.44 — 263.82

HOUSE INS. 292.73
PHONE. 287.61
DISH 115.43
CAR PYMT. 377.59
MEDICAL. 25.00

41.26
49.99

GAS
46.93
46.79
26.64
19.20
139.56

BUSINESS -
224.16
86.13
19.99
209.08
46.09
42.70
39.23
50.37

419.83
425.98
37.91
26.80
57.23
71.49
75.63
7.98
63.53

**Wells Fargo Online®**

## Account Activity

CHECKING XXXXXX3575

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $3,724.42 |
| Pending Withdrawals/ Debits | -$18.10 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $3,706.32 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 03/01/14 to 03/31/14

| Date ↓ | Description | | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|---|
| Pending Transactions | Note: Amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | | |
| Posted Transactions | | | | | |
| 03/31/14 | TRANSAMERICA INS INSPAYMENT 37UA 0S41730059 EVANSON, TERRY AND LYN | INSURANCE | | $107.19 | $3,656.23 |
| 03/31/14 | CHECK CRD PURCHASE 03/30 BLACK EYED PEA CASTLE ROCK CO 434256XXXXXX4079 584089100232083 ?MCC=5812 | PERSONAL | | $35.14 | |
| 03/31/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 00484089023327197 | PERSONAL | | $23.07 | |
| 03/31/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 4079 00000000849347744 | Bus. | | $48.09 | |
| 03/28/14 | CHECK CRD PURCHASE 03/27 SAMSCLUB 6634 GAS LONE TREE CO -434256XXXXXX4079 484088825858311 7MCC=5542 | | | $42.70 | $4,077.72 |
| 03/28/14 | POS PURCHASE - SHELL Service Station GRAND JUNCTIOCO 4079 00304096043465541 | GAS | | $19.20 | $4,120.42 |
| 03/28/14 | CHECK CRD PURCHASE 03/24 Shell Reliance LLC AMERICAN FORK UT 434256XXXXXX4079 004083180305244 ?MCC=5399 | BUS. | | $419.83 | |
| 03/26/14 | CHECK CRD PURCHASE 03/24 Shell Reliance LLC AMERICAN FORK UT 434256XXXXXX4079 004083872788211 ?MCC=5399 | | | $425.98 | |
| 03/25/14 | POS PURCHASE - SAMSCLUB 6885 PROVO UT 4079 00000000353274349 | | | $41.26 | $4,985.43 |
| 03/25/14 | CHECK CRD PURCHASE 03/24 GROUPON INC 877-788-7858 IL -434256XXXXXX4079 304083540042920 ?MCC=7299 102000076DA | | | $49.99 | |
| 03/25/14 | CHECK CRD PURCHASE 03/22 Shell Reliance LLC AMERICAN FORK UT -434256XXXXXX4079 284081179728405 ?MCC=5399 102000076DA | BUSINESS | | $208.08 | |
| 03/24/14 | POS PURCHASE - COSTCO GAS 0484 OREM UT 7458 00584083755495697 | GAS | | $48.79 | $5,285.78 |
| 03/24/14 | CHECK CRD PURCHASE 03/22 AFS GRND JUNCTION GRAND JUNCTIO CO 434256XXXXXX4079 304082030797707 ?MCC=5542 102000076DA | GAS. | | $26.54 | |
| 03/24/14 | CHECK CRD PURCHASE 03/21 SAMSCLUB 6634 GAS LONE TREE CO -434256XXXXXX4079 584081087781845 ?MCC=5542 102000076DA | BUSINESS | | $37.97 | |
| 03/24/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RANCO 4079 00000000559416144 | | | $26.80 | |
| 03/24/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000135587838 | | | $57.25 | |
| 03/21/14 | CHECK CRD PURCHASE 03/20 TAKE CARE HEALTH C HIGHLANDS RAN CO 434256XXXXXX7458 484078047230202 ?MCC=8099 102000076DA | MEDICAL | | $25.00 | $5,481.21 |
| 03/21/14 | CHECK CRD PURCHASE 03/19 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX4079 384078840068445 ?MCC=5411 102000076DA | PERSONAL | | $7.82 | |
| 03/21/14 | DEPOSIT MADE IN A BRANCH/STORE #777458991 | | $321.43 | | |
| 03/21/14 | ADVANTEDGE BUSIN 3-21-14 XXXXX0049 EVANSON, TERRY L. | | $753.09 | | |
| 03/19/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000840796561 | BUSINESS | | $75.63 | $4,439.51 |
| 03/19/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00384078789688955 | PERSONAL. | | $19.92 | |
| 03/18/14 | | PERSONAL | | $7.33 | $4,535.06 |
| Totals | | | $4,124.59 | $3,783.39 | |

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=XvwxzdNqWY6yOPvZmOa... 4/3/2014