DEBTOR: TERRY & LYNETTE EVANSON    MONTHLY OPERATING REPORT
                                    CHAPTER 11
CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 4-30-14

Accounting Method: ☐ Accrual Basis   ☒ Cash Basis

THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 4/15/14    Print Name: TERRY EVANSON
                        Signature: [signature]
                        Title:

Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 4/1/14 to 4/30/14

CASH RECEIPTS DETAIL     Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| | AdvantEdge Wages | | $ 1560.82 |
| | Business Income | | 6303.48 |

Total Cash Receipts    $ 7864.30 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry Lynette Evanson            CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 4/1/14 to 4/30/14

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576.

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
| | | | Utilities | $1149.92 |
| | | | Dish | 230.86 |
| | | | Car payment | 377.59 |
| | | | House insurance | 292.73 |
| | | | Life insurance | 156.63 |
| | | | Health insurance | 167.44 |
| | | | Car Registrations | 306.61 |
| | | | Internet + phones | 304.68 |
| | | | Trustee | 650.00 |
| | | | Donations | 750.00 |
| | | | Gas | 153.36 |
| | | | Personal | 328.68 |
| | | | | 4868.50 |
| | | | Business operations | 1972.33 |

Total Cash Disbursements  $ 6840.83 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 4/1/14 to 4/30/14

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 3806.23 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 6303.48 | |
| Sale of Assets | | |
| Loans/advances | 1560.82 | |
| Other | | |
| Total Cash Receipts | $ 7864.30 | $ |
| 3. Cash Disbursements | | |
| Operations | 1972.33 | |
| Debt Service/Secured loan payment | 4868.30 | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | $ 6840.63 | $ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 4889.90 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 4889.90 (2) | $ _____ (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account #3576 | 4889.90 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 4889.90 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/02/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 4/30/14

|  | Current Month | Petition Date (1) |
|---|---|---|

**ASSETS**
Current Assets:
 Cash (from Form 2-B, line 5) $ $
 Accounts Receivable (from Form 2-E)
 Receivable from Officers, Employees, Affiliates
 Inventory
 Other Current Assets :(List) _____
 _____
  Total Current Assets $_____ $_____

Fixed Assets: $ $
 Land
 Building
 Equipment, Furniture and Fixtures
  Total Fixed Assets (_____) (_____)
 Less: Accumulated Depreciation
  Net Fixed Assets $_____ $_____

Other Assets (List): _____
 _____

**TOTAL ASSETS** $ 0 $_____

**LIABILITIES**
 Post-petition Accounts Payable (from Form 2-E) $ $
 Post-petition Accrued Profesional Fees (from Form 2-E)
 Post-petition Taxes Payable (from Form 2-E)
 Post-petition Notes Payable
 Other Post-petition Payable(List): _____
 _____
  Total Post Petition Liabilities $_____ $_____

Pre Petition Liabilities:
 Secured Debt
 Priority Debt
 Unsecured Debt
  Total Pre Petition Liabilities $_____ $_____

**TOTAL LIABILITIES** $ 0 $_____

**OWNERS' EQUITY** $ $
 Owner's/Stockholder's Equity
 Retained Earnings - Prepetition
 Retained Earnings - Post-petition
  TOTAL OWNERS' EQUITY $ 0 $_____
  TOTAL LIABILITIES AND OWNERS' EQUITY $ 0 $_____

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 4/1/14 to 4/30/14

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 6303.48 | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| Net Operating Revenue | $ 6303.48 | $ |
| Cost of Goods Sold | | |
| Gross Profit | $ | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | 1972.33 | |
| Other (list): _____ | | |
| Total Operating Expenses | $ 1972.33 | $ |
| Operating Income (Loss) | $ 4331.15 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ 4331.15 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| NET INCOME (LOSS) | $ 4331.15 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evandson    CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: _____ to _____

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | Ø | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: _____ | | | | | | |
| TOTALS | $ | $ | $ | | | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | Farmers Insurance | $ same | | $ 2/15 |
| Vehicle | Farmers Insurance | $ same | | $ 10/14 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson   CASE NO: 13-19032-MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 4/1/14 to 4/30/14

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable $ | Post Petition Accounts Payable $ |
|---|---|---|
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| Total Post Petition Accounts Payable | | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | 0 |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount $ 0 |
|---|---|---|---|
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032mer

Form 2-F
QUARTERLY FEE SUMMARY *
For the Month Ended: 4/30/14

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | 6840.83 | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)] In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032-MER

Form 2-G
**NARRATIVE**
For Period Ending 4/30/14

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009

Wells Fargo Account Activity                                                            Page 1 of 3



**Wells Fargo Online®**

## Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $2,297.35 |
| Pending Withdrawals/ Debits | -$49.00 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $2,248.35 |

*The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range  04/01/14 to 04/30/14

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions   Note: Amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 04/30/14 | CHECK # 131 | | $12.00 | $4,889.90 |
| 04/30/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | |
| 04/30/14 | DISH NETWORK DISH NTWRK 042814 9060370845 SPA EVANSON,TERRY | | $115.43 | |
| 04/30/14 | POS PURCHASE - SAFEWAY STORE 1546 LITTLETON CO 4079 00484120841822411 | | $5.98 | |
| 04/30/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000955229931 | | $98.88 | |
| 04/30/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 003041204500067076 | | $20.03 | |
| 04/30/14 | CHECK CRD PURCHASE 04/29 PANERA BREAD #3068 LITTLETON CO 434258XXXXXX4079 304119575243073 7MCC=5814 | | $8.78 | |
| 04/30/14 | CHECK CRD PURCHASE 04/29 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 584119476304646 7MCC=5542 | | $45.01 | |
| 04/29/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000596703417 | | $83.55 | $5,303.20 |
| 04/29/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 002041156519783990 | | $40.00 | |
| 04/29/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RANCO 7458 00000000041021161 | | $20.99 | |
| 04/29/14 | POS PURCHASE - JETRO HOLDINGS LLC GREENWOOD VILCO 7458 00484118550253495 | | $117.61 | |
| 04/28/14 | CHECK # 118 | | $850.00 | $5,585.35 |
| 04/28/14 | CHECK # 117 | | $750.00 | |
| 04/28/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000842770812 | | $81.24 | |
| 04/28/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000536441399 | | $139.92 | |
| 04/28/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RANCO 7458 00000000833165445 | | $58.69 | |
| 04/28/14 | CHECK CRD PURCHASE 04/27 CHIPOTLE 0581 WESTMINSTER CO 434258XXXXXX7458 304117722209245 7MCC=5814 | | $24.71 | |
| 04/25/14 | HUMANA, INC. INS PYMT 140423 235174141001235 174146 | | $167.44 | $7,269.91 |
| 04/25/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00484115754831455 | | $58.78 | |
| 04/24/14 | WASTE CONNECTION WEB_PAY APR 14 11865496042314 TERRY EVANSON | | $71.37 | $7,496.14 |
| 04/24/14 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $304.68 | |
| 04/24/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000659894255 | | $71.21 | |
| 04/24/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000337087005 | | $67.52 | |
| 04/24/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000664302088 | | $37.82 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 04/23/14 | POS PURCHASE - 7 ELEVEN ENGLEWOOD CO 4079 00000000895099545 | | $10.38 | $8,048.74 |
| 04/23/14 | CHECK CRD PURCHASE 04/22 VEHICLE REGISTRATI 303-534-3468 CO 434256XXXXXX4079 184112712920640 ?MCC=9399 | | $306.61 | |
| 04/22/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000255667359 | | $128.17 | $8,355.73 |
| 04/21/14 | POS PURCHASE - KING SOOPERS 56735 QU HIGHLANDS RNCCO 4079 00384109593076420 | | $8.69 | $8,488.90 |
| 04/21/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000445090763 | | $33.06 | |
| 04/21/14 | CHECK CRD PURCHASE 04/17 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX4079 484107745570681 ?MCC=5411 | | $6.25 | |
| 04/21/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L | $753.11 | | |
| 04/18/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00584109636097295 | | $32.93 | $7,783.79 |
| 04/18/14 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 7458 00304108605554065 | | $15.27 | |
| 04/18/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00584108584684753 | | $14.99 | |
| 04/18/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00384108580270881 | | $54.45 | |
| 04/17/14 | POS PURCHASE - THE HOME DEPOT 1508 LITTLETON CO 4079 00304107773324554 | | $47.44 | $7,911.43 |
| 04/17/14 | CHECK CRD PURCHASE 04/16 AVIS RENT-A-CAR 1 SAINT LOUIS MO 434256XXXXXX4079 584104780936453 ?MCC=3389 | | $2.03 | |
| 04/16/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 00464106910387720 | | $31.14 | $7,960.90 |
| 04/16/14 | CHECK CRD PURCHASE 04/15 IBC*PRECISION COOK 855-7422555 IL 434256XXXXXX4079 384104491292472 ?MCC=5969 | | $239.82 | |
| 04/16/14 | DISH NETWORK DISH NTWRK 041214 9060370845 SPA EVANSON,TERRY | | $115.43 | $8,231.86 |
| 04/16/14 | RED ROCKS CU RRCU LN 15 9708143576 Everson Terry | | $377.59 | |
| 04/16/14 | XCEL ENERGY-PSCO XCELENERGY 5332775401 Terry L 20140414186210 | | $1,078.55 | |
| 04/15/14 | Shelf Reliance Home Party 2327 Lynette P Evanson | $1,041.66 | | |
| 04/14/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000545082829 | | $44.61 | $8,761.77 |
| 04/14/14 | POS PURCHASE - KUM GO 2925 GLENWOOD SPR CO 4079 00464102268421108 | | $15.42 | |
| 04/14/14 | CHECK CRD PURCHASE 04/11 SAMSCLUB 6685 GAS PROVO UT 434256XXXXXX4079 304102101412335 ?MCC=5542 | | $31.76 | |
| 04/14/14 | CHECK CRD PURCHASE 04/11 Shelf Reliance LLC AMERICAN FORK UT 434256XXXXXX4079 154101689423106 ?MCC=5399 | | $76.16 | |
| 04/14/14 | CHECK CRD PURCHASE 04/11 TEXACO 00308324 OREM UT 434256XXXXXX4079 584101550160788 ?MCC=5542 | | $22.15 | |
| 04/11/14 | CHECK CRD PURCHASE 04/10 CAFE ZUPAS PROVO PROVO UT 434256XXXXXX4079 304101095792521 ?MCC=5814 | | $5.70 | $8,951.87 |
| 04/11/14 | POS PURCHASE - WINCO FOO 885 N 980 W Orem UT-4079 00000000342200473 | | $54.80 | |
| 04/11/14 | CHECK CRD PURCHASE 04/10 KNEADERS RIVERWOOD 6012240101 UT 434256XXXXXX4079 464100882372442 ?MCC=5812 | | $22.68 | |
| 04/10/14 | POS PURCHASE - AFS GRND JUNCTION GRAND JCT CO 4079 00464100104785134 | | $28.64 | $9,044.85 |
| 04/10/14 | CHECK CRD PURCHASE 04/09 TSE JENNYSMARKET 5 HGHLNDS RANCH CO 434256XXXXXX4079 464099786327519 ?MCC=5542 | | $45.83 | |
| 04/09/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $9,119.32 |
| 04/08/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 003040997280274B4 | | $49.44 | |
| 04/08/14 | POS PURCHASE - SAMSCLUB 8213 COLUMBUS GA 7458 00000000144208942 | | $3.18 | |
| 04/07/14 | FARMERS INS EFT PYMT 040514 A79885688604RCD LYNETTEPEVANSON 07 | $292.73 | | $9,221.36 |
| 04/07/14 | CHECK CRD PURCHASE 04/08 BLACK EYED PEA DENVER CO 434256XXXXXX4079 464095123620334 ?MCC=5812 | | $15.19 | |
| 04/07/14 | POS PURCHASE - Wal Mart Super Center HIGHLANDS RANCO 4079 00000000638397252 | | $7.98 | |
| 04/07/14 | CHECK CRD PURCHASE 04/05 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 484095635140128 ?MCC=5542 | | $38.15 | |
| 04/07/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000340754505 | | $5.98 | |

MAY/12/2014/MON 02:25 PM ADVANTEDGE BUSINESS        FAX No. 303 707 4243        P. 013
Case:19-19032-MER    Doc#:216    Filed:05/12/14    Entered:05/12/14 13:19:07    Page:13 of 13

Wells Fargo Account Activity                                                Page 3 of 3

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 04/07/14 | POS PURCHASE - THE HOME DEPOT 1508 LITTLETON CO 4079 00484095881323492 | | $3.33 | |
| 04/07/14 | POS PURCHASE - COSTCO WHSE 0468 LONE TREE CO 4079 00684095872015201 | | -$110.92 | |
| 04/07/14 | DEPOSIT MADE IN A BRANCH/STORE #758727089 | $3,500.00 | | |
| 04/04/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000635481980 | | $78.21 | $6,194.84 |
| 04/04/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L | $807.71 | | |
| 04/03/14 | CHECK CRD PURCHASE 04/01 PF CHANGS #1700 LITTLETON CO 434256XXXXXX4079 384091652176209 ?MCC=5812 | | $20.10 | $5,456.14 |
| 04/03/14 | DEPOSIT MADE IN A BRANCH/STORE #777577319 | $1,781.82 | | |
| 04/02/14 | POS PURCHASE - KING SOOPERS 6873S QU HIGHLANDS RNCCO 7458 00584092784907285 | | $14.31 | $3,724.42 |
| 04/02/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000940018141 | | $125.90 | |
| 04/02/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000755395047 | | $1.60 | |
| Totals | | $7,864.30 | $6,840.63 | |

⌂ Equal Housing Lender
© 1995 – 2014 Wells Fargo. All rights reserved.