DEBTOR: TERRY & LYNETTE EVANSON  
MONTHLY OPERATING REPORT  
CHAPTER 11

CASE NUMBER: 13-19032 MER

Form 2-A  
COVER SHEET

For Period Ending 5-30-14

Accounting Method: ☐ Accrual Basis ☒ Cash Basis

THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

Mark One Box for Each Required Document:

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

WELLS FARGO + RED ROCKS

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 6/17/14  
Print Name: TERRY EVANSON  
Signature:  
Title:

Rev: 12/10/2009

Wells Fargo Account Activity

COSTCO / WELLS — Wells Fargo Online®

## Account Activity

CHECKING XXXXXXXX3578

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $10,797.14 |
| Pending Withdrawals/ Debits | $7.10 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $10,790.04 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If your had-insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 05/01/14 to 05/30/14

| Date ↑ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | Pending Transactions   Note: Amounts may change | | | |
| | No pending transactions meet your criteria above. | | | |
| | Posted Transactions | | | |
| 05/30/14 | TRANSAMERICA INS INSPAYMENT 371JA 081178069 EVANSON, TERRY AND LYN | | $107.19 | $10,114.36 |
| 05/30/14 | DISH NETWORK DISH NTWRK 052814 8063070845 SPA EVANSON,TERRY | | $115.43 | |
| 05/30/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 0000000751381476 | | $41.70 | |
| 05/30/14 | CHECK CRD PURCHASE 05/29 ACE HDWE HIGHLANDS RNC CO 4342569XXXXX4079 304148789605125 7MCC=5261 | | $7.94 | |
| 05/30/14 | CHECK CRD PURCHASE 05/28 Humma+Humma Centennial CO 4342569XXXXX4079 284148761495237 7MCC=8041 | | $50.00 | |
| 05/29/14 | CHECK CRD PURCHASE 05/27 Humma+Humma Centennial CO 4342569XXXXX4079 004147636856444 7MCC=8041 | | $50.00 | $10,493.82 |
| 05/28/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 000000003417824829 | | $26.56 | $10,485.82 |
| 05/28/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCO 7458 00304148056614659 | | $11.04 | |
| 05/28/14 | RECUR DEBIT CRD PMT05/28 SB -SAVINGS.2 GO 888-272-5027 TX 4342569XXXXX4079 304148565282179 7MCC=5968 | | $14.96 | |
| 05/27/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 004161476298601 7 | | $66.76 | $10,535.39 |
| 05/27/14 | POB PURCHASE - COSTCO WHSE 0468 LONE TREE CO 7458 003041476518395054 | | $88.73 | |
| 05/27/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 000000005669282934 | | $59.80 | |
| 05/27/14 | CHECK CRD PURCHASE 05/24 BLACK EYED PEA CASTLE ROCK CO 4342569XXXXX4079 28414040425578 7MCC=5812 | | $18.70 | |
| 05/27/14 | POS PURCHASE - KING SOOPERS 58731 QU HIGHLANDS RNCO 4079 003841445385258582 | | $44.43 | |
| 05/27/14 | CHECK CRD PURCHASE 05/24 SAMSCLUB #6634 LITTLETON SE CO 4342569XXXXX4079 5841145282944 7MCC=5542 | | $80.87 | |
| 05/27/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 000000035484 9282 | | $19.05 | |
| 05/27/14 | CHECK CRD PURCHASE 05/24 ADAMS AUTOMOTIVE I CASTLE ROCK CO 4342569XXXXX4079 084144948010051 7MCC=7531 | | $170.72 | |
| 05/27/14 | CHECK CRD PURCHASE 05/25 ADAMS AUTOMOTIVE I CASTLE ROCK CO 4342569XXXXX4079 1841438537218 7MCC=7531 | | $500.00 | |
| 05/27/14 | CHECK CRD PURCHASE 05/23 WESTSIDE TOWING 30388852244 CO 4342569XXXXX4079 4841439618577 7MCC=7549 | | $100.00 | |
| 05/23/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 003841435718484620 | | $23.62 | $11,475.45 |
| 05/23/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 000000028784691 8 | | $108.77 | |
| 05/23/14 | CHECK CRD PURCHASE 05/22 AMATO WHOLESALE FL DENVER CO 4342569XXXXX7458 00414252214308 7MCC=5183 | | $200.85 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 05/23/14 | CHECK CRD PURCHASE 05/22 FLORAL SPLY SYND DENVER CO 434256XXXXXX7458 384142502884131 ?MCC=5193 | | $82.60 | |
| 05/23/14 | DEPOSIT MADE IN A BRANCH/STORE #828360727 | $7,731.00 | | |
| 05/22/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000943162103 | | $20.06 | $4,141.19 |
| 05/22/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000352571510 | | $185.95 | |
| 05/22/14 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 7458 00384142629731120 | | $12.77 | |
| 05/22/14 | CHECK CRD PURCHASE 05/21 USPS07558396532030 LITTLETON CO 434256XXXXXX7458 304141712705888 ?MCC=9402 | | $17.45 | |
| 05/22/14 | CHECK CRD PURCHASE 05/21 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 384141608813805 ?MCC=5542 | | $43.37 | |
| 05/21/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00304141502472229 | | $9.73 | $4,420.79 |
| 05/21/14 | POS PURCHASE - TARGET T2023 TARGET T2 LONETREE CO 4079 00584141044386737 | | $30.00 | |
| 05/20/14 | POS PURCHASE - AMERICAS BEST 5356 PARKER CO 4079 00304140766507137 | | $107.45 | $4,480.52 |
| 05/20/14 | DEPOSIT MADE IN A BRANCH/STORE #777633809 | $75.00 | | |
| 05/19/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000545696920 | | $92.56 | $4,492.97 |
| 05/19/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RANCO 7458 00000000140136423 | | $11.08 | |
| 05/19/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000058850298 | | $72.83 | |
| 05/19/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00584197560522406 | | $8.27 | |
| 05/16/14 | CHECK CRD PURCHASE 05/15 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 384135497684752 ?MCC=5542 | | $40.37 | $4,617.51 |
| 05/16/14 | CHECK CRD PURCHASE 05/14 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX4079 484135074316417 ?MCC=5411 | | $8.15 | |
| 05/16/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L | $753.10 | | |
| 05/15/14 | RED ROCKS CU RRCU LN 15 9706143576 Everson Terry | | $377.59 | $3,912.93 |
| 05/15/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 00464135744468902 | | $83.21 | |
| 05/15/14 | POS PURCHASE - Wal Mart Super Center HIGHLANDS RANCO 7458 00000000851629968 | | $55.68 | |
| 05/15/14 | POS PURCHASE - SAMSCLUB 6534 LONE TREE CO 7458 00000000541499675 | | $175.07 | |
| 05/15/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000254726735 | | $63.82 | |
| 05/15/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RANCO 7458 00000000247082431 | | $23.96 | |
| 05/15/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00584135502123025 | | $28.79 | |
| 05/15/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000442396759 | | $276.32 | |
| 05/15/14 | Shelf Reliance Home Party 2327 Lynette P Evanson | $96.40 | | |
| 05/13/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000047887768 | | $81.38 | $4,878.97 |
| 05/12/14 | CHECK CRD PURCHASE 05/08 SKY RIDGE PHARMACY LONE TREE CO 434256XXXXXX4079 284128688289917 ?MCC=5912 | | $49.00 | $4,960.35 |
| 05/12/14 | DEPOSIT MADE IN A BRANCH/STORE #777273560 | $2,712.00 | | |
| 05/09/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $2,297.35 |
| 05/09/14 | CHECK CRD PURCHASE 05/08 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 384128582411403 ?MCC=5542 | | $41.90 | |
| 05/08/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000850917468 | | $74.91 | $2,388.69 |
| 05/08/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000941964555 | | $284.15 | |
| 05/08/14 | CHECK CRD PURCHASE 05/08 PARTY CITY #610 LITTLETON CO 434256XXXXXX7458 164126739450964 ?MCC=5999 | | $20.23 | |
| 05/08/14 | DEPOSIT MADE IN A BRANCH/STORE #629525755 | $493.89 | | |
| 05/07/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RANCO 7458 00000000047494482 | | $11.48 | $2,224.09 |
| 05/07/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000939788618 | | $186.60 | |
| 05/07/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00384127465708527 | | $28.84 | |

Wells Fargo Account Activity

Page 3 of 3

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 05/08/14 | FARMERS INS EFT PYMT 050514 A79885688604RCD LYNETTEPEVANSON 07 | | $292.73 | $2,431.01 |
| 05/06/14 | CHECK # 129 | | $1,500.00 | |
| 05/06/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO-4079 003041270027227634 | | $35.35 | |
| 05/06/14 | POS PURCHASE - KING SOOPERS 5673S QU HIGHLANDS RNCCO 7458 003841288207202016 | | $49.71 | |
| 05/06/14 | POS PURCHASE - Wal Mart Super Center HIGHLANDS RANCO 7458 00000000646683145 | | $36.87 | |
| 05/06/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000155875392 | | $271.33 | |
| 05/05/14 | CHECK # 132 | | $275.00 | $4,617.00 |
| 05/05/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000456643111 | | $284.23 | |
| 05/05/14 | CHECK CRD PURCHASE 05/04 PEPBOYS STORE 271 LITTLETON CO 434256XXXXXX4079 584124035014944 ?MCC=5533 | | $39.51 | |
| 05/05/14 | POS PURCHASE - KING SOOPERS 5673S QU HIGHLANDS RNCCO-4079 00584124055305504 | | $9.68 | |
| 05/05/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00384123609817235 | | $29.15 | |
| 05/05/14 | POS PURCHASE - WALGREENS 9390 S UNIVE HIGHLANDS RANCO 7458 00464123590685178 | | $20.71 | |
| 05/02/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L | $753.09 | | $5,255.28 |
| 05/01/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00000000541147285 | | $73.01 | $4,502.19 |
| 05/01/14 | CHECK CRD PURCHASE 04/30 CMS MEDICARE SERVI 800-633-4227 MD 434256XXXXXX4079 084120485987402 ?MCC=9399 | | $314.70 | |
| Totals | | $12,614.48 | $7,390.22 | |

Equal Housing Lender
© 1995 – 2014 Wells Fargo. All rights reserved.

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=14IDyyoq5fQoLddpH7ITxa...   6/3/2014

DEBTOR: TERRY + LYNETTE GUANSON    CASE NO: 13-19032 MER

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 5/1/14 to 5/30/14

CASH RECEIPTS DETAIL    Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      | Advantedge Income |  | $1506.19 |
|      | Business Income |  | 11108.29 |

Total Cash Receipts    $ 12,614.48 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson        CASE NO: 13-19032-MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/14 to 5/30/14

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 4889.90 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 1,2614.48 | |
| Sale of Assets | | |
| Loans/advances | | |
| Other | | |
| Total Cash Receipts | $ 17504.38 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 3323.80 | |
| Debt Service/Secured loan payment | 2566.42 | |
| Professional fees/U.S. Trustee fees | 1500.00 | |
| Other | | |
| Total Cash Disbursements | $ 7390.22 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 10 114.16 | |
| 5 Ending Cash Balance (to Form 2-C) | $ 10 114.16 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 10,114.16 |
| DIP Operating Account | Wells Fargo | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 10 114.16a (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/14 to 5/30/14

Account No: 3576

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| | | Dish | | 115.43 |
| | | Car loan | | 377.59 |
| | | Carlos | | 314.70 |
| | | Medical | | 292.73 |
| | | House ins. | | 610.23 |
| | | Auto | | 156.63 |
| | | Life ins. | | 149.00 |
| | | Doctor | | 125.64 |
| | | Gas | | 424.47 |
| | | Personal | | |
| | | TOTAL | | 2566.42 |
| | | Refund to client - event $ | | 1500.00 |
| | | Business Expenses | | 3323.80 |

Total Cash Disbursements $ 7390.22 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY+LYNETTE EVANSON    CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 5/30/14

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets - (List) | | |
| Total Current Assets | $ | $ |
| **Fixed Assets:** | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| | | |
| **TOTAL ASSETS** | $ 0 | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Professional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable (List): | | |
| Total Post Petition Liabilities | $ | $ |
| **Pre Petition Liabilities:** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ 0 | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson

CASE NO: 13-19032-MER

Form 2-D
PROFIT AND LOSS STATEMENT
For Period 5/1/14 to 5/30/14

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $11108.29 | $ |
| Less: Discounts, Returns and Allowances | (1500.00) | ( ) |
| Net Operating Revenue | $9608.29 | $ |
| Cost of Goods Sold |  |  |
| Gross Profit | $9608.29 | $ |
| Operating Expenses | $3323.80 | $ |
| Officer Compensation |  |  |
| Selling, General and Administrative |  |  |
| Rents and Leases |  |  |
| Depreciation, Depletion and Amortization |  |  |
| Other (list): _____ |  |  |
| Total Operating Expenses | $3323.80 | $ |
| Operating Income (Loss) | $6284.49 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses |  |  |
| Gains (Losses) on Sale of Assets |  |  |
| Interest Income |  |  |
| Interest Expense |  |  |
| Other Non-Operating Income |  |  |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees |  |  |
| Other Reorganization Expense |  |  |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $6284.49 | $ |
| Federal and State Income Tax Expense (Benefit) |  |  |
| NET INCOME (LOSS) | $6284.49 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evandson    CASE NO: 13-19032 MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 5/1/14 to 5/30/14

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | 0 | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS | $ | $ | $ | | | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | Farmers Ins. | $ same | | $ 2/15 |
| Vehicle | Farmers Ins. | $ same | | $ 10/14 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032-MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 5/1/14 to 5/30/14

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | 0 |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY*
For the Month Ended: _____

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | | $ | $ | | |
| April | | 6840.93 $ | | | |
| May | | 5890.22 | | | |
| June | | | | | |
| TOTAL 2nd Quarter | | $ | $ | | |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | | $ | $ | | |
| October | | $ | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | | $ | $ | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)] In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

Form 2-G
**NARRATIVE**
For Period Ending 5/30/14

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009