

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

Terry Lee & Lynette Pearce Evanson      Case No. 013-19032 - EEB
                                        Chapter 11
Debtor.

## WITHDRAWAL OF PROOF OF CLAIM(S)

PLEASE TAKE NOTICE that Diane A. Holbert, Douglas County Treasurer, files this notice of withdrawal of her Proof of Claim, filed on June 24, 2013, in the amount of $5,246.00, and listed as claim No. 10 in Debtor's claims register and would show:

1. The above-referenced Claim has been paid in full.

Respectfully Submitted,

Diane A. Holbert
Douglas County Treasurer
100 Third Street
303-660-7455

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2014, a true and correct copy of the WITHDRAWAL OF PROOF OF CLAIM(S) was served upon the following parties by facsimile or regular mail, postage prepaid at Castle Rock, Colorado 80104.

United State Bankruptcy Court
For the District of Colorado
721 19th St
Denver CO 80202

Kevin D. Allen
1600 Stout St.
Ste. 1100
Denver, CO 80202

Beth Barnes
Douglas County Treasurer's Office