DEBTOR: TERRY & LYNETTE EVANSON

CASE NUMBER: 13-19032 MER

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
COVER SHEET

For Period Ending 6-30-14

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 7/9/14

Print Name: TERRY EVANSON

Signature: [signed]

Title: _____

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/14 to 6/30/14

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 10,114.16 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 9747.26 | |
|    Sale of Assets | | |
|    Loans/advances | | |
|    Other | | |
|    Total Cash Receipts | $ 19861.42 | $ _____ |
| 3. Cash Disbursements | | |
|    Operations | 2875.73 | |
|    Debt Service/Secured loan payment | 5480.19 | |
|    Professional fees/U.S. Trustee fees | | |
|    Other | | |
|    Total Cash Disbursements | $ 8355.92 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | |
| 5. Ending Cash Balance (to Form 2-C) | $ 11505.50 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 10,505.50 |
| DIP Operating Account | Wells Fargo - 3576 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 10,505.50 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/14 to 6/30/14

Account No: 3576

CASH RECEIPTS DETAIL
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| | Advantedge Income | | $ 2313.90 |
| | Operations Income | | 7433.36 |

Total Cash Receipts  $ 9747.26 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry Lynette Evanson   CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/14 to 6/30/14

Account No:

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | | House Ins. | 292.73 |
| | | | Car Payment | 377.59 |
| | | | Health Ins. | 167.44 |
| | | | Doctor | 112.00 |
| | | | House Taxes | 2607.21 |
| | | | Gas | 62.11 |
| | | | Life Ins. | 49.44 |
| | | | Donations | 1300.00 |
| | | | Phone + Internet | 116.95 |
| | | | Personal | 394.72 |
| | | | | 5480.19 |
| | | | | 2875.23 |
| | | | Business Expenses | |

Total Cash Disbursements $ 8355.92 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON        CASE NO: 13-19032 MER

Form 2-C
**COMPARATIVE BALANCE SHEET**
For Period Ended: 6/30/14

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | $ | $ |
| **Current Assets:** | | |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets (List) | | |
| Total Current Assets | $ —0— | $ _____ |
| **Fixed Assets:** | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( _____ ) | ( _____ ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ _____ | $ _____ |
| Other Assets (List): | | |
| | $ —0— | $ _____ |
| **TOTAL ASSETS** | | |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Professional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable (List): | | |
| Total Post Petition Liabilities | $ _____ | $ _____ |
| **Pre Petition Liabilities:** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ —0— | $ _____ |
| **TOTAL LIABILITIES** | $ _____ | $ _____ |
| **OWNERS' EQUITY** | $ | $ |
| Owners/Stockholder's Equity | | |
| Retained Earnings – Prepetition | | |
| Retained Earnings – Post-petition | | |
| TOTAL OWNERS' EQUITY | $ _____ | $ _____ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ —0— | $ _____ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

Wells Fargo Account Activity                                    Page 1 of 3



Wells Fargo Online®

## Account Activity

CHECKING XXXXXX3676

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $11,505.50 |
| Pending Withdrawals/ Debits | -$21.39 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $11,484.11 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If your had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 06/01/14 to 06/30/14

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions  Note: Amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 06/30/14 | CHECK # 120 | | $600.00 | $11,505.50 |
| 06/30/14 | POS PURCHASE - KING SOOPERS 7286 LAGA CASTLE ROCK CO 7458 00484181812392216 | | $19.83 | |
| 06/30/14 | RECUR DEBIT CRD PMT05/28 SB *SAVINGS 2 GO 888-272-5027 TX 434256XXXXXX4079 384178224970309 ?MCC=5968 | | $14.95 | |
| 06/30/14 | POS PURCHASE - WAL MART STORES Wal Ma CASTLE ROCK CO 4079 00384180043330256 | | $19.59 | |
| 06/30/14 | POS PURCHASE - WAL MART STORES SAM S LITTLETON SE CO 4079 00584179959546586 | | $8.96 | |
| 06/30/14 | CHECK CRD PURCHASE 06/28 SPROUTS FARMERS MA HIGHLANDS RAN CO 434256XXXXXX4079 004178603407074 ?MCC=5411 | | $9.05 | |
| 06/30/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00464179482734446 | | $28.10 | |
| 06/30/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 00384179107833601 | | $69.45 | |
| 06/30/14 | POS PURCHASE - COSTCO WHSE 04 LONE TREE CO 4079 00000000050128929 | | $42.64 | |
| 06/30/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00464179071113985 | | $103.25 | |
| 06/27/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L | $753.10 | | $12,822.32 |
| 06/26/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00384177810576829 | | $17.05 | $11,869.22 |
| 06/26/14 | POS PURCHASE - WAL MART STORES SAM S LITTLETON SE CO 7458 00384177691524343 | | $73.47 | |
| 06/26/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00584176812714089 | | $214.80 | $11,959.74 |
| 06/25/14 | CHECK CRD PURCHASE 06/23 PARTY CITY LITTLETON CO 434256XXXXXX7458 004174797390356 ?MCC=5999 | | $22.91 | |
| 06/24/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNC CO 7458 00464175716097998 | | $32.91 | $12,197.55 |
| 06/23/14 | POS PURCHASE - HOB LOB 117 6181 S Q Centennial CO 7458 00384174852032403 | | $71.54 | $12,230.46 |
| 06/23/14 | POS PURCHASE - COSTCO WHSE 1027 SHERIDAN CO 4079 00584172855713284 | | $32.82 | |
| 06/23/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNC CO 4079 00384172731851800 | | $15.16 | |
| 06/23/14 | POS PURCHASE - SAMSCLUB 4818 AURORA CO 4079 00384172041741411 | | $48.28 | |
| 06/23/14 | CHECK CRD PURCHASE 06/20 CLEAR SKY MEDICAL 303-7807880 CO 434256XXXXXX4079 484171720837685 ?MCC=8011 | | $20.00 | |
| 06/20/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 00304171799018217 | | $28.57 | $12,416.26 |
| 06/20/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 00304171782627575 | | $113.26 | |

JUL/09/2014/WED 10:56 AM   ADVANTEDGE BUSINESS   FAX No. 303 707 4243   P. 008

**Wells Fargo Account Activity**

Page 2 of 3

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending daily Balance |
|---|---|---|---|---|
| 06/19/14 | CHECK CRD PURCHASE 06/17 Shell Reliance LLC AMERICAN FORK UT 43425BXXXXXX7458 584169160345716 ?MCC=5389 | | $52.27 | $12,558.09 |
| 06/18/14 | OFFICIAL PAYMENT BCHECK FEE 140618 XXXXX7872 TERRY L & LYNETTE P | | $2.00 | $12,610.36 |
| 06/18/14 | DOUGLASCO 1180002234 140618 XXXXX7874 TERRY L & LYNETTE P | | $2,607.21 | |
| 06/18/14 | POS PURCHASE - Wal Mart Super Center Highlands RANCO 7458 0038411889058158T | | $33.34 | |
| 06/18/14 | POS PURCHASE - KING SOOPERS 56735 OU HIGHLANDS RNCCO 7458 0038418631363558 | | $13.30 | |
| 06/18/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00481639612895415 | | $210.27 | |
| 06/18/14 | POS PURCHASE - KING SOOPERS 56735 OU HIGHLANDS RNCCO 4079 0038418631941881 | | $6.68 | |
| 06/18/14 | CHECK CRD PURCHASE 06/17 SAMS CLUB #6834 LONE TREE CO 43425BXXXXXX7458 164188840358379 ?MCC=5542 | | $45.01 | |
| 06/18/14 | CHECK CRD PURCHASE 06/17 GROUPON INC 877-788-7858 IL 43425BXXXXXX4079 584168821793149 ?MCC=7299 | | $32.00 | |
| 06/18/14 | CHECK CRD PURCHASE 06/17 GROUPON INC 877-788-7858 IL 43425BXXXXXX4079 584168818956061 ?MCC=7299 | | $17.00 | |
| 06/17/14 | CTL BOO2441111 WEB 5037823250214 lanyevansan@gmail.com | | $18.95 | $15,576.17 |
| 06/18/14 | RED ROCKS CU RRCU LN 16 87061435876 Everson Terry | | $277.89 | $15,693.12 |
| 06/16/14 | POS PURCHASE - KING SOOPERS 56735 OU HIGHLANDS RNCCO 7458 00464167741145572 | | $24.80 | |
| 06/16/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7459 000000064605757 | | $17.51 | |
| 06/16/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7459 000000084057611b | | $5.49 | |
| 06/16/14 | CHECK CRD PURCHASE 06/11 NO COAST-FRUITA FRUITA CO 43425BXXXXXX4079 304183844531296 ?MCC=5812 | | $7.47 | |
| 06/16/14 | CHECK CRD PURCHASE 06/12 SPROUTS FARMERS MA LONE TREE CO 43425BXXXXXX7458 584163014573 ?MCC=5411 | | $5.16 | |
| 06/16/14 | CHECK CRD PURCHASE 06/12 SKY RIDGE PHARMACY LONE TREE CO 43425BXXXXXX4079 4641835175826957 ?MCC=5912 | | $52.00 | |
| 06/16/14 | CHECK CRD PURCHASE 06/11 TLF ASSOC WHOLEBAL 202-4561234 CO 43425BXXXXXX7458 5841826880760040 ?MCC=5992 | | $187.27 | |
| 06/16/14 | DEPOSIT MADE IN A BRANCH/STORE #7733452I | $1,275.00 | | |
| 06/13/14 | CHECK CRD PURCHASE 06/12 SAMSCLUB 6885 GAS PROVO UT 43425BXXXXXX4079 584116411740585 ?MCC=5542 | | $29.57 | $15,096.41 |
| 06/13/14 | CHECK CRD PURCHASE 06/12 GAS N GO 13 GREEN RIVER UT 43425BXXXXXX4079 384163030251216 ?MCC=5542 | | $15.07 | |
| 06/13/14 | CHECK CRD PURCHASE 06/12 SAMS CLUB #6834 LONE TREE CO 43425BXXXXXX4079 004183887285579 ?MCC=5542 | | $43.68 | |
| 06/13/14 | CHECK CRD PURCHASE 06/11 UA MEADOWS 12 LONE TREE CO 43425BXXXXXX4079 304163203778104 ?MCC=7832 | | $14.30 | |
| 06/13/14 | Shell Reliance Home Party 2327 Lynette P Evanson | $120.83 | | |
| 06/13/14 | ADVANTEDGE BUSIN PAYROLL XXXXXX049 EVANSON, TERRY L | $753.09 | | |
| 06/12/14 | Cash eWithdrawal in Branch/Store - 9235 E LINCOLN AVE LONE TREE CO 4079 | | $600.00 | $14,335.51 |
| 06/12/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7459 000000073542848B | | $79.49 | |
| 06/12/14 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 7459 0058411839111984407 | | $8.52 | |
| 06/12/14 | POS PURCHASE - COSTCO WHSE 0488 LONE TREE CO 7458 0046411637895302259 | | $87.59 | |
| 06/12/14 | POS PURCHASE - JOANN STORES INC CENTENNIAL CO 7458 0058411637892132266 | | $11.51 | |
| 06/12/14 | POS PURCHASE - SAFEWAY STORE 0831 VAIL CO 4079 005841637569498865 | | $3.11 | |
| 06/12/14 | POS PURCHASE - MICHAELS STORES INC871 ENGLEWOOD CO 7458 000000005407185568 | | $20.11 | |
| 06/12/14 | DEPOSIT MADE IN A BRANCH/STORE #7721691O | $4,537.73 | | |
| 06/11/14 | TRANSAMERICA INS INPAYMENT 371JA 0542083782 EVANSON,LYNETTE OR TER | | $49.44 | $10,588.11 |
| 06/11/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 00000030409118083 | | $46.06 | |
| 06/11/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7458 000000093528218 | | $324.67 | |
| 06/10/14 | POS PURCHASE - SAMSCLUB 6834 LONE TREE CO 7459 000000097755375 | | $107.32 | $10,950.29 |

JUL/09/2014/WED 10:57 AM ADVANTEDGE BUSINESS FAX No. 303 707 4243 P.008
Case:13-19032-MER Doc#:119 Filed:07/09/14 Entered:07/09/14 14:31:55 Page8 of 14

Wells Fargo Account Activity                                                                    Page 3 of 3

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 06/09/14 | CHECK # 133 | | $500.00 | $11,057.60 |
| 06/09/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 004541608340172223 | | $18.19 | |
| 06/06/14 | FARMERS INS EFT PYMT 050514 A79885888604RCD LYNETTEPEVANSON 07 | | $282.73 | $11,575.79 |
| 06/05/14 | HUMANA, INC. INS PYMT 140603 2351741410012351 74149 | | $167.44 | $11,888.52 |
| 06/05/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 000000000949720749 | | $202.90 | |
| 06/05/14 | POS PURCHASE - KROGER 2525 HILLIARD R COLUMBUS OH 7456 005841568275074556 | | $11.18 | |
| 06/05/14 | CHECK CRD PURCHASE 06/04 KIMBERLY C STONE M ENGLEWOOD CO 434255XXXXXX4079 584155759561171 ?MCC=8011 | | $40.00 | |
| 06/05/14 | DEPOSIT MADE IN A BRANCH/STORE #7773394457 | $1,500.00 | | |
| 06/04/14 | CHECK CRD PURCHASE 06/02 SPROUTS FARMERS MA LONE TREE CO 434255XXXXXX4079 584153787915883 ?MCC=5411 | | $7.10 | $10,790.04 |
| 06/02/14 | POS PURCHASE - KING SOOPERS 6873S QU HIGHLANDS RNCCO 4079 005841539027492213 | | $3.88 | $10,797.14 |
| 06/02/14 | POS PURCHASE - SAMSCLUB 6308 HILLIARD OH 7458 000000000449494267 | | $29.13 | |
| 06/02/14 | POS PURCHASE - WAL MART 1262 HIGHLANDS RANCO 4079 000000000141769182 | | $22.12 | |
| 06/02/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 4079 00000000959343853 | | $56.39 | |
| 06/02/14 | CHECK CRD PURCHASE 05/31 CANTINA GRILL B DENVER CO 434255XXXXXX7456 304151804833199 ?MCC=5812 | | $8.21 | |
| 06/02/14 | CHECK CRD PURCHASE 05/30 ELVIS CINEMA - DEN DENVER CO 434255XXXXXX4079 584150797392843 ?MCC=7832 | | $35.00 | |
| 06/02/14 | ADVANTEDGE BUSIN 06/02/14 XXXXX0049 EVANSON, TERRY L | $807.71 | | |
| Totals | | $9,747.28 | $8,358.92 | |

Equal Housing Lender
© 1995 – 2014 Wells Fargo. All rights reserved.

7/1/2014                    07 VW JETTA 2401 151 — Jun 1 - Jun 30, 2014 Custom

## 07 VW JETTA 2401 151

Jun 1 – Jun 30, 2014 Custom

| | Balance | $1,458.39 |
|---|---|---|
| | Available credit | $0.00 |
| | Amount due | $377.59 |
| | Next due | 07/15/2014 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/16/2014 | PAYMENT / RED ROCKS CU RRCU LN 15 | $377.59 | $1,458.39 |
| | | Principal -$368.80 | |
| | | Interest $8.79 | |

***This balance may include overdraft or line of credit funds.

1/1

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 6/1/14 to 6/30/14

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 7433.36 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| Net Operating Revenue | $ 7433.36 | $ |
| Cost of Goods Sold |  |  |
| Gross Profit | $ 7433.36 | $ |
| Operating Expenses |  |  |
| Officer Compensation | $ 2875.73 | $ |
| Selling, General and Administrative |  |  |
| Rents and Leases |  |  |
| Depreciation, Depletion and Amortization |  |  |
| Other (list): _____ |  |  |
| Total Operating Expenses | $ 2875.73 | $ |
| Operating Income (Loss) | $ 4557.63 | $ |
| Non-Operating Income and Expenses |  |  |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets |  |  |
| Interest Income |  |  |
| Interest Expense |  |  |
| Other Non-Operating Income |  |  |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses |  |  |
| Legal and Professional Fees | $ | $ |
| Other Reorganization Expense |  |  |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ | $ |
| Federal and State Income Tax Expense (Benefit) |  |  |
| NET INCOME (LOSS) | $ 4557.63 | $ |

(1) - Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evandson     CASE NO: 13-19032 MER

### Form 2-E
### SUPPORTING SCHEDULES
For Period: 6/1/14 to 6/30/14

#### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS | $ | $ | $ | | | $ —Ø— |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

#### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | Farmers Ins. | $ same | | $ 2/15 |
| Vehicle | Farmers Ins. | $ | | $ 10/14 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/16/2009

DEBTOR: Terry + Lynette Evanson      CASE NO: 13-19032-mER

## Form 2-E
## SUPPORTING SCHEDULES

For Period: 6/1/14 to 6/30/14

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | 0 |
| Other: | | | | | $ |
| Total | $ | $ | $ | | |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson                    CASE NO: 13-19032 MER

## Form 2-F
### QUARTERLY FEE SUMMARY
For the Month Ended: 6/30/14

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| **TOTAL 1st Quarter** | $ | $ | | | |
| April | 6840.83 $ | | | | |
| May | 5890.22 | | | | |
| June | 8355.92 | | | | |
| **TOTAL 2nd Quarter** | $ | 21086.97 $ | 650.00 | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| **TOTAL 3rd Quarter** | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| **TOTAL 4th Quarter** | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

~ This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson         CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 6/30/14

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

None

Page 1 of 1
Rev. 12/10/2009