DEBTOR: _TERRY LYNETTE EVANSON_  MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: _13-19032 MER_

Form 2-A
COVER SHEET

For Period Ending _7/31/14_

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: _8/6/14_

Print Name: _TERRY EVANSON_

Signature: ___

Title: ___

Rev. 12/10/2006

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/14 to 7/31/14

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 10525.52 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|   Operations | 2823.50 | |
|   Sale of Assets | | |
|   Loans/advances | 1560.80 | |
|   Other | | |
|   Total Cash Receipts | $ 14889.30 | $ _____ |
| 3. Cash Disbursements | | |
|   Operations | 1793.93 | |
|   Debt Service/Secured loan payment | | |
|   Professional fees/U.S. Trustee fees | 2989.81 | |
|   Other | | |
|   Total Cash Disbursements | $ 4783.74 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 10105.56 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 10105.56 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | WELLS FARGO #3576 | 11105.56 |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 11105.56 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/02/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032mER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/14 to 7/31/14

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576.

| Date | Payer | Description | Amount $ |
|---|---|---|---|
| | Advantadge Income. | | 1560.80 |
| | Business Income. | | 2823.00 |

Total Cash Receipts    $ 4383.80 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/02/09

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/14 to 7/31/14

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576.

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|------|-----------|-------|------------------------|----------|
|      |           | Life Insurance |            | 263.82 |
|      |           | Gov't payment |             | 650.00 |
|      |           | House Insurance |           | 292.73 |
|      |           | Health Insurance |          | 83.22 |
|      |           | Car |                        | 377.59 |
|      |           | Utilities |                  | 71.32 |
|      |           | Doctor |                     | 132.02 |
|      |           | Dish |                       | 230.86 |
|      |           | Phone/Internet |             | 116.95 |
|      |           | Donations |                  | 500.00 |
|      |           | Gas |                        | 42.40 |
|      |           | Personal |                   | 228.42 |
|      |           |       |                        | 2989.81 |
|      |           | Business Expense |          | 1793.93 |

Total Cash Disbursements  $ 4783.74 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Terry+Lynette Evanson    CASE NO: 13-19032 MER.

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 7/31/14

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ Ø | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| TOTAL ASSETS | $ Ø | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Professional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| TOTAL LIABILITIES | $ Ø | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ Ø | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson      CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 7/1/14 to 7/31/14.

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 2823.00 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| **Net Operating Revenue** | $ 2823.00 | $ |
| Cost of Goods Sold | 1793.93 | |
| **Gross Profit** | $ 1029.07 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | 159.35 | |
| _____ | 42 | |
| **Total Operating Expenses** | $ 1188.— | $ |
| **Operating Income (Loss)** | $ 1634.58 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 1634.58 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 1634.58 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 7/1/14 to 7/31/14

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ -0- | $ | $ |  |  | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | House | $ same |  | $ 2/15 |
| Vehicle | Cars | $ same |  | $ 10/14 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032-MER

Form 2-E
**SUPPORTING SCHEDULES**
For Period: 7/1/14 to 7/31/14

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

|  | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| **Due** | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| | Total Post Petition Accounts Payable | $ —0— |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: _____ | | | | | |
| Total | $ | $ | $ | | $ —0— |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ —0— |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032mer

## Form 2-F
## QUARTERLY FEE SUMMARY*
For the Month Ended: 7/31/14

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | 4783.24 $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1

Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-G
**NARRATIVE**
For Period Ending 7/31/14

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 4079 00384201163737980 | | | |
| 07/21/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00384200070111727 | | $22.31 | |
| 07/21/14 | eDeposit in Branch/Store 07/21/14 03:34:50 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $775.00 | | |
| 07/18/14 | WASTE CONNECTION WEB_PAY JUL 14 12551605071714 TERRY EVANSON | | $71.32 | $11,769.28 |
| 07/18/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00384199624751424 | | $34.38 | |
| 07/17/14 | CHECK CRD PURCHASE 07/14 PIZZA PIE CAFE PRO PROVO UT 434256XXXXXX7458 094195650736393 ?MCC=5812 | | $16.73 | $11,874.98 |
| 07/16/14 | POS PURCHASE - SMITHS 350 N FREEDOM PROVO UT 4079 00384197562292609 | | $33.22 | $11,891.71 |
| 07/15/14 | RED ROCKS CU RRCU LN 15 9708143576 Everson Terry | | $377.56 | $11,924.93 |
| 07/14/14 | DISH NETWORK DISH NTWRK 071014 9060370645 SPA EVANSON,TERRY | | $115.43 | $12,302.52 |
| 07/14/14 | POS PURCHASE - WALGREENS 6650 TIMBERL HIGHLANDS RANCO 4079 00304194134935881 | | $9.98 | |
| 07/14/14 | POS PURCHASE - Wal Mart Super Center HIGHLANDS RANCO 7458 0000000637002552 | | $58.33 | |
| 07/14/14 | POS PURCHASE - WAL MART SAM S Club LITTLETON SE CO 7458 0000000955927590 | | $74.96 | |
| 07/14/14 | POS PURCHASE - WAL MART SAM S Club LITTLETON SE CO 7458 0000000150933203 | | $22.19 | |
| 07/14/14 | Shelf Reliance Home Party 2327 Lynette P Evanson | $121.12 | | |
| 07/11/14 | ADVANTEDGE BUSIN 07/11/14 XXXXX0049 EVANSON TERRY L | $753.09 | | $12,462.29 |
| 07/10/14 | POS PURCHASE - KING SOOPERS 5673S QU HIGHLANDS RNCCO 7458 00464191751133521 | | $18.42 | $11,709.20 |
| 07/10/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000357466112 | | $158.64 | |
| 07/10/14 | CHECK CRD PURCHASE 07/08 WESTERN PARKING DENVER CO 434256XXXXXX4079 584189699645711 ?MCC=7523 | | $3.00 | |
| 07/09/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $11,889.26 |
| 07/09/14 | CHECK CRD PURCHASE 07/08 PANDA EXPRESS #545 HIGHLANDS RAN CO 434256XXXXXX7458 304190044434155 ?MCC=5814 | | $6.81 | |
| 07/09/14 | CHECK CRD PURCHASE 06/26 AMATO WHOLESALE FL DENVER CO 434256XXXXXX7458 084177745819175 ?MCC=5193 | | $375.55 | |
| 07/07/14 | FARMERS INS EFT PYMT 070514 A79885688604RCD LYNETTEPEVANSON 07 | | $292.73 | $12,321.06 |
| 07/07/14 | CHECK # 121 | | $500.00 | |
| 07/07/14 | CHECK CRD PURCHASE 07/03 WESTSIDE TOWING 3036885244 CO 434256XXXXXX4079 584184799883337 ?MCC=7549 | | $106.00 | |
| 07/07/14 | eDeposit in Branch/Store 07/07/14 01:02:13 PM 12505 E LINCOLN AVE ENGLEWOOD CO 3576 | $1,566.25 | | |
| 07/03/14 | POS PURCHASE - SAM S Club LITTLETON SE CO 7458 00000000551228595 | | $12.69 | $11,653.54 |
| 07/02/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730059 EVANSON, TERRY AND LYN | | $107.19 | $11,666.23 |
| 07/02/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00384183807730076 | | $19.99 | |
| 07/02/14 | POS PURCHASE - KING SOOPERS 7295 LAGA CASTLE ROCK CO 7458 00584183695188501 | | $26.45 | |
| 07/02/14 | eDeposit in Branch/Store 07/02/14 03:59:08 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $360.63 | | |
| 07/01/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00464182945770153 | | $24.88 | $11,459.23 |
| 07/01/14 | POS PURCHASE - WAL MART STORES SAM S LITTLETON SE CO 7458 00464182635627615 | | $21.39 | |
| Totals | | $4,383.80 | $4,783.74 | |

Equal Housing Lender

© 1995 – 2014 Wells Fargo. All rights reserved.

**Castlegate Garage Door Final Report**

From: "William A. Richey" <wrichey@weinmanpc.com>

To: "Mark Burns" <burnsmc@comcast.net>

Cc: "Jeff Weinman" <jweinman@epitrustee.com>

Mark, I have reviewed the Bankruptcy Court's Docket and it looks like Barenbaum Weinshienk did not timely receive any objections to its application for fees and expenses. The due date to object was 7/1/2014. Assuming the Bankruptcy Court enters its order approving the fees and expenses, all matters in the Chapter 11 case have been concluded and we can file a request for a Final Decree which if approved will close the Chapter 11 case. Along with the request for final decree it is necessary to file a final report which sets forth the payments, to date, that Castlegate has made to its creditors under the confirmed plan.

As you may recall the plan was confirmed by the court on 3/4/2014 and the "Effective Date" of the plan was 4/18/2014. The Effective Date is the date that payments were to start under the plan. Monthly payments should have commenced to the City and County of Denver , Ally Financial and CHI Overhead Door. In addition a $50,000 distribution should have been made to unsecured creditors on a pro rata basis. Please provide an accounting of the plan payments that have been made.

Once the Final Decree is entered and the case closed, it will not be necessary to file further financial reports or continue to pay quarterly fees to the US Trustee. However, until the case is closed it is neseccary to file Post Confirmation Quarterly Reports and pay quarterly fees. The Post Confirmation quarterly report is a one page report. You should have recieved a blank copy of the report when you recieved information from our office concerning the filing of financial reports with the US Trustee.

It appears that the last monthly financial report was filed for 2/2014. A Post confirmation quarterly report needs to be filed with information for March, 2014 and quarterly fees for the 1st quarter of 2014 (calculated based on the January and February, 2014 monthly reports and the March Post Confirmation quarterly report) need to be paid. Because we are now in the 3rd quarter of 2014 it is necessary to file a post confirmation quarterly report for the 2nd quarter of 2014 and pay the appropriate quarterly fee to the US Trustee.

Once I have the information from you, I will prepare the Final Report.

Please let me know if you have questions or need additional information.

Bill

William A. Richey
Weinman & Associates, P.C.
730 17th Street, Suite 240
Denver, CO 80202-3506
Telephone: (303) 572-1010
Facsimile: (303) 572-1011

The information contained in or attached to this electronic transmission is intended for the confidentail use of the individual(s) named above. If you are not the named recipient or an agent responsible for delivering it to the named recipient, you are hereby notified that you have received this document in error and review, dissemination or copying of the communication is prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy any copies of the message.