B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Colorado

In re Lynette Evanson                              .                              Case No. 13-19032

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NTL Capital, LLC. | U.S. Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 35 E. Grassy Sprain Road Ste. 210
 Yonkers, NY 10710

Court Claim # (if known): 17
Amount of Claim: $100,247.79
Date Claim Filed: 10/19/2013

Phone: 800-968-8068
Last Four Digits of Acct #: 1077

Phone: 612-303-4521
Last Four Digits of Acct. #: 5531

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Tatiana Garcia                                    Date: 08/31/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.