## ASSIGNMENT

In accordance with the Loan Purchase Agreement (the "Agreement") dated as of May 30, 2014, between U.S. Bank National Association, as Seller ("Seller") and NTL Capital LLC, as Buyer ("Buyer"), Seller does hereby transfer, convey and assign, set over and otherwise convey to Buyer WITHOUT RECOURSE, "AS-IS, WHERE-IS" AND WITHOUT REPRESENTATION OR WARRANTY OTHER THAN AS EXPLICITLY PROVIDED IN SECTION 5 OF THE AGREEMENT, all of Seller's right, title, and interest in and to: (a) the Litigation Matters; (b) Loans; (c) the Loan Documents; (d) all of Seller's rights and privileges available under the Loans and the Loan Documents on and after the Closing; (e) all amounts owing to Seller as of the Closing Date under the Loans and the Loan Documents, including but not limited to all accrued and unpaid interest and amounts payable under any insurance policies maintained by the Obligors; The following terms have the meanings given below:

"Closing Date" means June 9, 2014.

"Litigation Matters" means all matters pending in any forum that are related to or arose out of or as the result of any of the Loans including, but not limited to, all arbitrations, mediations, and judicial proceedings in any local, county, state or federal court (including any bankruptcy courts) whether or not Seller is a party to or has or has not entered a notice of appearance in such matters.

"Loan" means a loan that is included on the Loan Schedule.

"Loan Documents" means, with respect to each Loan, all contracts, agreements, payment records, notices given to or received from Obligors, or instruments relating to such Loan, including, without limitation, the Note or other evidence of payment obligations with respect to that Loan and (to the extent any exist in Seller's file with respect to that Loan) any loan agreement, mortgage, security agreement, financing statement, assignment of rents, pledge agreement, guaranty or indemnification agreement, any assignment, reinstatement, extension, endorsement or modification of any of the foregoing, and any certificate of title, insurance policy in Seller's possession maintained by an Obligor (but Loan Documents do not include, and Seller is not assigning any rights under, any insurance policies maintained by Seller), stock certificate, certificate of deposit or other documents (if any) held by Seller as collateral for that Loan or to evidence a security interest in collateral securing the Loan.

"Loan Schedule" means the schedule that is attached as Exhibit I., which is identical to the "Loan Schedule" as defined in the Agreement

"Note" means, with regard to each Loan the originally executed promissory note or notes, or other evidence of indebtedness with respect to such Loan.

"Obligor" means, with regard to a Loan, the maker of the relevant Note.

IN WITNESS WHEREOF, the undersigned has caused this Assignment to be duly executed as of June 9, 2014.

U.S. BANK NATIONAL ASSOCIATION

By: _____
Kent M. Wheelock
Its: Senior Vice President