DEBTOR: Terry Lynette Evanson
CASE NUMBER: 13-19033 MER

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

**Form 2-A**
**COVER SHEET**

For Period Ending 8-31-14

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Required Document: Mark One Box for Each | Attached | Previously Waived |
|---|---|---|
| **REQUIRED REPORTS/DOCUMENTS** | | |
| 1. Cash Receipts and Disbursements Statement (Form 2-B) | ☒ | ☐ |
| 2. Balance Sheet (Form 2-C) | ☒ | ☐ |
| 3. Profit and Loss Statement (Form 2-D) | ☒ | ☐ |
| 4. Supporting Schedules (Form 2-E) | ☒ | ☐ |
| 5. Quarterly Fee Summary (Form 2-F) | ☒ | ☐ |
| 6. Narrative (Form 2-G) | ☒ | ☐ |
| 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images | ☒ | ☐ |
| 8. Bank Statement Reconciliations for all Bank Accounts | ☒ | ☐ |

Wells Fargo + Red Rocks

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 9/12/14.  Print Name: Terry Evanson

Signature: _____

Title: _____

Rev. 12/10/2009

DEBTOR: Terry + Lynette Edmison   CASE NO: 13-19032mer

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/1/14 to 8/31/14

CASH RECEIPTS DETAIL                         Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount $ |
|------|-------|-------------|----------|
| 8/15/14 | Adverdyne income | Business Operations | 43 |
| 8/15/14 | | | 50 |
| 8/15/14 | | | 05 |

Total Cash Receipts                                          $ 6,230.48 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/01/2009

DEBTOR: Terry + Lynette Evanson       CASE NO: 13-19032-MER

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 8/1/14 to 8/31/14

### CASH FLOW SUMMARY

|  | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 11105.25 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|   Operations | 4615.05 | |
|   Sale of Assets | 1615.43 | |
|   Loans/advances | | |
|   Other | | |
|   Total Cash Receipts | $ 17356.04 | $ _____ |
| 3. Cash Disbursements | | |
|   Operations | 9226.77 | |
|   Debt Service/Secured loan payment | 1517.26 | |
|   Professional fees/U.S. Trustee fees | | |
|   Other | | |
|   Total Cash Disbursements | $ 4044.03 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | |
| 5. Ending Cash Balance (to Form 2-C) | $ 13292.01 (2) | $ _____ (2) |

### CASH BALANCE SUMMARY

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | |
| DIP Operating Account | Wells Fargo #3576 | $ 13292.01 |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 13292.01 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/01/2009

DEBTOR: Terry + Lynette Evanson

CASE NO: 13-19032 MER.

Form 2-B

CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 8/1/14 to 8/31/14.

CASH DISBURSEMENTS DETAIL

(attach additional sheets as necessary)

Account No: 3576.

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| | | | | $ 83.72 |
| Health Insurance | | | | 292.73 |
| House Insurance | | | | 150.00 |
| Medical | | | | 120.40 |
| Auto Insurance | | | | 49.44 |
| Life Insurance. | | | | 124.70 |
| Internet | | | | 377.59 |
| Car Payment. | | | | 360.19 |
| Personal. | | | | 258.49 |
| Gas. | | | | 1817.26 |
| TOTAL. | | | | 2226.77 |
| Business Expense. | | | | |

Total Cash Disbursements $ 4044.03 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

DEBTOR: TERRY + LYNETTE EVANSON CASE NO: 13-19032MER.

Form 2-C

## COMPARATIVE BALANCE SHEET

For Period Ended: 8-31-14.

| | | Current Month | Petition Date (1) |
|---|---|---|---|
| ***ASSETS*** | | | |
| Current Assets: | | | |
| Cash (from Form 2-B, line 5) | | $ | $ |
| Accounts Receivable (from Form 2-E) | | | |
| Receivable from Officers, Employees, Affiliates | | | |
| Inventory | | | |
| Other Current Assets :(List) | 0 | | |
| Total Current Assets | | $ | $ |
| Fixed Assets: | | | |
| Land | | $ | $ |
| Building | | | |
| Equipment, Furniture and Fixtures | | | |
| Total Fixed Assets | | | |
| Less: Accumulated Depreciation | | ( ) | ( ) |
| Net Fixed Assets | | $ | $ |
| Other Assets (List): | 0 | | |
| **TOTAL ASSETS** | | $ | $ |
| ***LIABILITIES*** | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | | |
| Post-petition Taxes Payable (from Form 2-E) | | | |
| Post-petition Notes Payable | | | |
| Other Post-petition Payable(List): | 0 | | |
| Total Post Petition Liabilities | | $ | $ |
| Pre Petition Liabilities: | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Total Pre Petition Liabilities | | $ | $ |
| **TOTAL LIABILITIES** | | $ 0 | $ |
| ***OWNERS' EQUITY*** | | | |
| Owner's/Stockholder's Equity | | $ | $ |
| Retained Earnings - Prepetition | | | |
| Retained Earnings - Post-petition | | | |
| **TOTAL OWNERS' EQUITY** | | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 0 | $ |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1

Rev. 12/10/2009

DEBTOR: Terry Lynette Evansion   CASE NO: 13-19032 MER

## Form 2-D
### PROFIT AND LOSS STATEMENT
For Period 8/1/14 to 8/31/14

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 4515.05 | $ |
| Less: Discounts, Returns and Allowances | ( 5.89 ) | ( ) |
| Net Operating Revenue | $ 4609.16 | $ |
| Cost of Goods Sold | $ 0 | $ |
| **Gross Profit** | $ 4609.16 | $ |
| Operating Expenses | | |
| Officer Compensation | $ 2226.77 | $ |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): | | |
| Total Operating Expenses | $ 2226.77 | $ |
| **Operating Income (Loss)** | $ 2382.39 | $ |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | | |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ 2382.39 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 2382.39 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009



DEBTOR: TERRY + LYNETTE EVANSON CASE NO: 13-19032 MER.

Form 2-E
SUPPORTING SCHEDULES
For Period: 8/1/14 to 8/31/14.

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Other: ________ | | | | | | |
| TOTALS | $ ________ | $ ________ | $ ________ | | | $ ________ |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

## INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | House } Fireman's | $ same | | $ 2/15 |
| Vehicle | Auto } Fund. | $ same | | $ 10/14. |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON  CASE NO: 13-19032MER.

Form 2-E
SUPPORTING SCHEDULES
For Period: 8/1/14 to 8/31/14

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | [redacted] |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ Ø | |
| Net Accounts Receivable (to Form 2-C) | | |
| | Total Post Petition Accounts Payable | $ Ø |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: ______ | | | | | |
| Total | $ | $ | $ | | $ Ø |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ Ø |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032MER.

Form 2-F

QUARTERLY FEE SUMMARY *

For the Month Ended: 8/31/14.

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | 4783.24 $ | | | | |
| August | 4044.03. | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

**FEE SCHEDULE (as of JANUARY 1, 2008)**

*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................. | $325 | $1,000,000 to $1,999,999.............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999.............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999.............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON CASE NO: 13-19032 MER.

Form 2-G

NARRATIVE

For Period Ending 8/31/14

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

# Wells Fargo Account Activity

Wells Fargo Online®

## Account Activity

CHECKING xxxxxx3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $11,666.68 |
| Pending Withdrawals / Debits | -$12.28 |
| Pending Deposits / Credits | $0.00 |
| Available Balance | $11,654.40 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 08/01/14 to 08/31/14

| Date ↑ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | **Pending Transactions** Note: Amounts may change | | | |
| | No pending transactions meet your criteria above. | | | |
| | **Posted Transactions** | | | |
| 08/29/14 | RECUR DEBIT CRD PMT08/29 SB *SAVINGS 2 GO 888-272-5027 TX 434256XXXXXX4079 304241222939253 7MCC=5968 | | $14.95 | $13,292.01 |
| 08/29/14 | POS PURCHASE - SHELL Service Station HIGHLANDS RANCO 7458 0030424162167949 | | $20.03 | |
| 08/29/14 | CHECK CRD PURCHASE 08/28 CONOCO-MGM 6634 CASTLE ROCK CO 434256XXXXXX4079 304240083446337 7MCC=5542 | | $4.01 | |
| 08/28/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 0058424076897743 | | $29.52 | $13,331.00 |
| 08/26/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 0000004439193 75 | | $89.65 | $13,360.52 |
| 08/26/14 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 7458 0046423850322303 8 | | $23.76 | |
| 08/25/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 0000005477172914 | | $11.48 | $13,473.93 |
| 08/25/14 | POS PURCHASE - WM SUPERC Wal-Mart Sup HIGHLANDS RANCO 4079 0000007518452 37 | | $39.70 | |
| 08/25/14 | CHECK CRD PURCHASE 08/23 BLACK EYED PEA DENVER CO 434256XXXXXX4079 384235051261588 7MCC=5812 | | $29.36 | |
| 08/25/14 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 4079 0000000153741558 | | $67.15 | |
| 08/25/14 | eDeposit in Branch/Store 08/25/14 01:25:52 PM 12505 E LINCOLN AVE ENGLEWOOD CO 3576 | $4,550.25 | | |
| 08/25/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $807.71 | | |
| 08/22/14 | POS PURCHASE - WALGREENS 120 BROADWAY DENVER CO 4079 0046423485475055 | | $7.77 | $8,263.66 |
| 08/21/14 | POS PURCHASE - WALGREENS 9390 S UNIVE HIGHLANDS RANCO 7458 0038423360088175 | | $29.75 | $8,271.43 |
| 08/21/14 | POS PURCHASE - Staples, Inc HIGHLANDS RANCO 7458 0058423385677975 | | $9.17 | |
| 08/21/14 | POS PURCHASE - DOLLARTREE 8575 S QUBE HIGHLANDS RANCO 7458 0058523200253215806 | | $22.90 | |
| 08/21/14 | POS PURCHASE - WAL-MART #1252 HIGHLANDS RANCO 7458 0000002446933 47 | | $31.48 | |
| 08/21/14 | CHECK CRD PURCHASE 08/19 THE GENERAL 615-7441462 TN 434256XXXXXX4079 304231780112 44 7MCC=6300 | | $120.40 | |
| 08/20/14 | CHECK CRD PURCHASE 08/19 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 584231539809881 7MCC=5542 | | $44.23 | $8,485.13 |
| 08/19/14 | CTL 8002441111 WEB 303792320241 4 terryevanson@gmail.com | | $124.70 | $8,529.36 |
| 08/19/14 | CHECK CRD PURCHASE 08/18 BART G CHRISTIANSE 303-790-9323 CO 434256XXXXXX4079 284230532254976 7MCC=8021 | | $150.00 | |
| 08/18/14 | | | $3.80 | $8,804.06 |

Page 1 of 3

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 08/15/14 | CHECK CRD PURCHASE 08/15 ARBYS 7214 GREEN RIVER UT 43425XXXXXX4079 464276892924025 ?MCC=5814 | | | |
| 08/15/14 | RED ROCKS CU RACU LN 15 9705143575 Everson Terry | | $377.59 | $8,807.86 |
| 08/15/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 000000025219622 | | $12.85 | |
| 08/15/14 | POS PURCHASE - KUM GO 921 RIFLE CO 4079 003842275922260503 | | $18.86 | |
| 08/15/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 4079 004642270452347791 | | $83.24 | |
| 08/15/14 | CHECK CRD PURCHASE 08/14 SAMSCLUB 6634 GAS LONE TREE CO 43425XXXXXX4079 584227028678198 ?MCC=5542 | | $40.12 | |
| 08/15/14 | Shelf Reliance Home Party 2327 Lynette P Evanson | $58.91 | | |
| 08/14/14 | POS PURCHASE - PEPBOYS STORE 271 74 LITTLETON CO 4079 000000347185538 | | $32.03 | $9,281.61 |
| 08/14/14 | POS PURCHASE - KING SOOPERS 7296 LAGA CASTLE ROCK CO 4079 003842268259102741 | | $13.47 | |
| 08/14/14 | POS PURCHASE - COSTCO WHSE 0468 LONE TREE CO 7458 004642267098588800 | | $49.88 | |
| 08/14/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 000000034931588 | | $46.93 | |
| 08/14/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 003042266566574211 | | $29.99 | |
| 08/13/14 | POS PURCHASE - KING SOOPERS 56735 QU HIGHLANDS RNCCO 7458 003042257099976671 | | $11.50 | $9,453.91 |
| 08/13/14 | POS PURCHASE - WAL MART 1252 HIGHLANDS RANCO 7458 000000035364570941 | | $8.61 | |
| 08/13/14 | POS PURCHASE - WALMART S SAM S Club LITTLETON SE CO 7458 000000345277194 | | $8.13 | |
| 08/13/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 004642256630707341 | | $28.80 | |
| 08/13/14 | CHECK CRD PURCHASE 08/12 BLACK EYED PEA DENVER CO 43425XXXXXX4079 464224709951620 ?MCC=5812 | | $22.20 | |
| 08/12/14 | CHECK # 123 | | $19.00 | $9,533.15 |
| 08/12/14 | POS PURCHASE - WALMART S SAM S Club LITTLETON SE CO 7458 0116000054788116 | | $71.39 | |
| 08/12/14 | CHECK CRD PURCHASE 08/10 FAST GAS #5 OREM UT 43425XXXXXX4079 384223940026094 ?MCC=5542 | | $46.90 | |
| 08/11/14 | TRANSAMERICA INS INSPAYMENT 37LA 0S420837521 EVANSON,LYNETTE OR TER | | $49.44 | $9,670.44 |
| 08/11/14 | POS PURCHASE - KING SOOPERS 56735 QU HIGHLANDS RNCCO 7458 003042235092642191 | | $11.68 | |
| 08/11/14 | POS PURCHASE - SAMSCLUB 6634 LONE TREE CO 7458 000000095260306041 | | $207.19 | |
| 08/11/14 | POS PURCHASE - SHELL Service Station FRUITA CO 4079 003842225179577131 | | $62.65 | |
| 08/11/14 | POS PURCHASE - MACEYS PLEASANT GROVE Pleasant GrovUT 7458 005842217245050331 | | $20.50 | |
| 08/11/14 | POS PURCHASE - Wal Mart Super Center PLEASANT GROVUT 7458 000000055161146891 | | $12.39 | |
| 08/11/14 | CHECK CRD PURCHASE 08/08 MAGLEBY'S FRESH OF LINDON UT 43425XXXXXX4079 004221055667123 ?MCC=5814 | | $36.94 | |
| 08/11/14 | CHECK CRD PURCHASE 08/08 KNEADERS RIVERWOOD 8012240101 UT 43425XXXXXX4079 464220772111425 ?MCC=5812 | | $20.86 | |
| 08/08/14 | CHECK CRD PURCHASE 08/07 TSE JENNYSMARKET 5 HIHLANS RANCH CO 43425XXXXXX4079 384219351794343 ?MCC=5542 | | $41.17 | $10,092.09 |
| 08/08/14 | ADVANTEDGE BUSIN PAYROLL XXXXX049 EVANSON, TERRY L. | $807.72 | | |
| 08/07/14 | POS PURCHASE - COSTCO WHSE 0468 LONE TREE CO 7458 003042197737610151 | | $7.99 | $9,325.54 |
| 08/07/14 | POS PURCHASE - WALMART S SAM S Club PROVO UT 4079 000000653067007 | | $54.52 | |
| 08/07/14 | POS PURCHASE - WALMART S SAM S Club LITTLETON SE CO 7458 000000055507132 | | $43.30 | |
| 08/07/14 | POS PURCHASE - SHELL Service Station FRUITA CO 4079 003842194641971 | | $61.81 | |
| 08/07/14 | CHECK CRD PURCHASE 08/05 SPROUTS FARMERS MA LONE TREE CO 43425XXXXXX4079 464218024172278 ?MCC=5411 | | $3.38 | |
| 08/07/14 | CHECK CRD PURCHASE 08/05 RESTAURANT DEPOT GREENWOOD VIL CO 43425XXXXXX7458 584217603531244 ?MCC=5411 | | $276.38 | |

# Wells Fargo Account Activity

| Date ↑ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 08/07/14 | CHECK CRD PUR RTRN 08/05 RESTAURANT DEPOT GREENWOOD VIL CO 434256XXXXXX7458 624219548731095 ?MCC=5411 | $5.89 | | |
| 08/06/14 | HUMANA, INC. INS PYMT 140804 235174141001235 174153EVANSON LYNET | | $83.72 | $9,767.03 |
| 08/06/14 | FARMERS INS EFT PYMT 080514 A7988568860 4RCD LYNETTEPEVANSON 07 | | $292.73 | |
| 08/06/14 | POS PURCHASE - SPROUTS FARMERS MARKET LONE TREE CO 7458 0038421881366025! | | $22.47 | |
| 08/06/14 | POS PURCHASE - WALMART S SAM S Club LITTLETON SE CO 7458 00000003441374142 | | $239.64 | |
| 08/05/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 0058421769669340B | | $33.20 | $10,405.59 |
| 08/05/14 | POS PURCHASE - WALMART S SAM S Club LITTLETON SE CO 7458 000000063442966? | | $87.24 | |
| 08/05/14 | POS PURCHASE - WALMART S SAM S Club LITTLETON SE CO 7458 000000073160260B | | $30.02 | |
| 08/04/14 | POS PURCHASE - WALMART S SAM S Club LITTLETON SE CO 7458 000000002497057B4 | | $473.45 | $10,556.05 |
| 08/01/14 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 4079 0038421401814960B | | $6.98 | $11,029.50 |
| 08/01/14 | POS PURCHASE - COSTCO WHSE 0468 LONE TREE CO 4079 003042138610077!4 | | $66.08 | |
| Totals | | $6,230.48 | $4,044.03 | |

🏠 Equal Housing Lender
© 1995 – 2014 Wells Fargo. All rights reserved.