# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtors. ) | |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH DISCOVER BANK

THIS MATTER came before the Court upon the Debtors'-in-Possession Motion for Order Approving Settlement Agreement with Discover Bank. The Court, having reviewed the Motion and the attached Settlement Agreement, the case file, and being fully advised in the premises, hereby:

ORDERS, ADJUDGES, AND DECREES that the motion is GRANTED. The Debtor's Settlement Agreement with Discover Bank is approved.

Dated this _____ day of _____, 2014.

BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court