**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtors. ) | |

**NOTICE PURSUANT TO LOCAL RULE 9013-1.1 OF MOTION TO APPROVE SETTLEMENT AGREEMENT WITH DISCOVER BANK**

**OBJECTION DEADLINE:  OCTOBER 30, 2014**

**YOU ARE HEREBY NOTIFIED THAT** Terry Lee Evanson and Lynette Pearce Evanson, Chapter 11 Debtors-in-Possession ("Debtors") filed a Motion to Approve Settlement Agreement with Discover Bank ("Discover") with the bankruptcy court and requests the following relief:

On September 6, 2013, Discover Bank ("Discover") commenced an adversary proceeding against Lynette Pearce Evanson, Adv. Proc. No. 13-1501-MER (the "Adversary Proceeding"), objecting to dischargeability of a debt obligation pursuant to 11 U.S.C. § 523(a)(2)(A), and to recover a money judgment on the Debtor's use of her revolving line of credit prior to the Petition Date. Discover was seeking to obtain a judgment of nondischargeability totaling $10,291.92. Discover and Evanson entered into negotiations to resolve the dispute without the need for litigation, and Evanson did not file an answer to the Complaint. They negotiated a settlement that provides, in pertinent part, that Evanson will pay to Discover $2,700.00 in twenty-four (24) monthly installments of $112.50 in full satisfaction of the Claim.

The Debtors believe that the settlement for is in the best interest of the Estate and its creditors. If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED this 9th day of October, 2014.

Respectfully submitted,

ALLEN & VELLONE, P.C.

s/ *Mark A. Larson*
Patrick D. Vellone, #15284
Mark A. Larson, #30659
1600 Stout Street, Suite 1100
Denver, CO 80202
pvellone@allen-vellone.com
mlarson@allen-vellone.com
Telephone: (303) 534-4499

Attorneys for Debtors-in-Possession