# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Terry Lee Evanson | ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson | ) | Chapter 11 |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

**9013-1 Certificate of Service of Motion, Notice and Proposed Order:**

      The undersigned certifies that on October 9, 2014, I served by prepaid first class mail a copy of the Motion for Order Approving Settlement Agreement with Discover Bank, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as the following addresses:

Jeffrey A. Weinman
730 17th Street, Ste. 240
Denver, CO 80202

US Trustee
Alan K. Motes
999 18th St., Ste. 1551
Denver, CO 80202

Terry Lee Evanson
Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

William C. Brittan
270 St. Paul St.
Ste. 200
Denver, CO 80206

Kenneth J. Buechler
1621 18th Street, Ste. 260
Denver, CO 80202

Heather S. Cleary
999 18th St., Ste. 3100
Denver, CO 80202

Clarissa M. Collier
555 17th St. Ste. 3200
Denver, CO 80202

David A. Bauer
Alexis L. Davidson
2594 S. Lewis Way, Ste. A
Lakewood, CO 80227

Douglas D. Koktavy
3515 S. Tamarac Dr., Ste 200
Denver, CO 80237

**2002-1 Certificate of Service of Notice**:

The undersigned certifies that on October 9, 2014, I served by prepaid first class mail a copy of the Notice on those parties entitled to service pursuant to General Procedure Order 2009-3 (1996-3) and F.R.B.P. 2002 (f)(8), being the Debtors, counsel for the Debtors, the U.S. Trustee, creditors that hold claims for which proofs of claim have been filed, parties who have requested notice in writing and creditors, if any, that are still permitted to file claims by reason of an extension granted pursuant to F.R.B.P. 3002 (c)(1) or (c)(2), as evidenced on the attached list.

/s/ Marcie J. Morton
For Allen & Vellone, P.C.

Label Matrix for local noticing
1082-1
Case 13-19032-MER
District of Colorado
Denver
Thu Oct  9 15:05:53 MDT 2014

Advantedge Business Group, LLC
9777 Pyramid Ct Ste 220
Englewood, CO  80112-6046

Kevin D. Allen
1600 Stout St.
Ste. 1100
Denver, CO 80202-3160

Allied Interstate
3000 Corporate Exchange Dr
Columbus, OH 43231-7684

American Express
PO Box 297879
Fort Lauderdale, FL  33329-7879

American Express
PO Box 297879
Ft Lauderdale, FL  33329-7879

American Express
PO Box 650448
Dallas, TX  75265-0448

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Bank Of America
PO Box 851001
Dallas, TX  75285-1001

William C. Brittan
270 St. Paul St.
Ste. 200
Denver, CO 80206-5133

Kenneth J. Buechler
1621 18th St.
Ste. 260
Denver, CO 80202-1267

Castle Rock Security
400 W Division St
Syracuse, NY  13204-1438

Chase
Cardmember Service
PO Box 94014
Palatine, IL  60094-4014

Citi
PO Box 6077
Sioux Falls, SD  57117-6077

Heather S. Cleary
999 18th St., Ste. 3100
Denver, CO 80202-2499

Clarissa M. Collier
555 17th St.
Ste. 3200
Denver, CO 80202-3921

Colorado Dept of Revenue
1375 Sherman St, Rm 504
Denver, CO  80261-0004

Command Center, Inc.
C/O Heather Cleary & Thomas Kanan
999 18th St Ste 3100
Denver, CO  80202-2499

Alexis L. Davidson
2594 S. Lewis Way
Ste. A
Lakewood, CO 80227-2839

Discover
PO Box 29033
Phoenix, AZ  85038-9033

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Douglas County Treasurer
Attn: Stephanie Cook
100 Third Street
Castle Rock, CO 80104-2425

Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Terry Lee Evanson
10175 S Oneida St
Littleton, CO 80124-9608

FIA CARD SERVICES, N.A.
P O Box 982284
El Paso, TX 79998-2284

Hill Property
PO Box 4389
Taber, Alberta
Canada,

Diane A. Holbert
Douglas County Treasurer
100 Third Street
Attn: Stephanie Cook
Castle Rock, CO 80104-2425

Home Depot
Processing Center
Des Moines, IA  50364-0500

Houslanger & Associates, PLLC
372 New York Ave
Huntington, NY  11743-3311

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Douglas D. Koktavy
13111 E. Briarwood Ave.
Ste. 340
Denver, CO 80112-3913

Mark A. Larson
1600 Stout Street
Ste. 1100
Denver, CO 80202-3160

Lowes
PO Box 530954
Atlanta, GA  30353-0954

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202-2415

NCO Financial Systems, Inc.
355 Union Blvd Ste 350
Lakewood, CO  80228-1528

NTL Capital, LLC. c/o Hidden Oak Group,Inc.
35 E. Grassy Sprain Road Ste. 210
Yonkers, NY 10710-4613

North Shore Agency
4000 E 5th Ave
Columbus, OH  43219-1811

Tatiana G. Popacondria
1600 Stout St.
Ste. 1100
Denver, CO 80202-3160

Provo Dental
1355 N University Ave Ste 330
Provo, UT  84604-2721

Red Rocks Credit Union
9325 Dorchester St Ste 200
Highlands Ranch, CO  80129-2519

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161-0244

Jennifer Schlatter
1600 Stout St., Ste. 1100
Denver, CO 80202-3160

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

U.S. Bank
C/O Law Office Of David A. Bauer, P.C.
2594 S Lewis Way Unit A
Lakewood, CO  80227-2839

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
PO Box 790401
Saint Louis, MO  63179-0401

US Bank
c/o Jeanne Mehan/ SBLC/PD-OR-PL2
555 SW Oak St. 220
Portland, OR 97204-1767

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

Patrick D. Vellone
1600 Stout St.
Ste. 1100
Denver, CO 80202-3160

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202-3506

Wells Fargo
PO Box 30097
Los Angeles, CA  90030-0097

Wells Fargo
PO Box 5247
Denver, CO  80217-5247

Wells Fargo Bank
PO Box 5058 MAC P6053-021
Portland, OR 97208-5058

Wells Fargo Bank N.A.
PO Box 10438 MAC X2505-036
Des Moines, IA 50306-0438

Wells Fargo Card Services
1 Home Campus
3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Card Services
PO Box 30086
Los Angeles, CA  90030-0086

Westcore Pyramid LP
PO Box 748175
Los Angeles, CA  90074-8175

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Sprint                              (d)Sprint                           (d)Sprint Nextel
6391 Sprint Parkway                 PO Box 4191                         Attn Bankruptcy Dept
Overland Park, KS  66251-6100       Carol Stream, IL  60197-4191        PO Box 7949
                                                                        Overland Park KS 66207-0949


US BANK N.A.
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229




          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Keith Anderson                   (u)Command Center, Inc.             (u)Discover Bank




(u)Moreton Insurance of Colorado    (d)Tatiana G. Popacondria           (u)Santander Consumer USA, Inc.
                                    1600 Stout Street
                                    Suite 1100
                                    Denver, CO 80202-3160



(d)Patrick D. Vellone               End of Label Matrix
1600 Stout St.                      Mailable recipients   56
Suite 1100                          Bypassed recipients    7
Denver, CO 80202-3160               Total                 63
```