DEBTOR: **Terry & Lynette Evanson**   MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: **13-19032 MER**

Form 2-A
COVER SHEET

For Period Ending **9-30-14**

Accounting Method:   ☐ Accrual Basis   ☒ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

Mark One Box for Each Required Document:

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  **WELLS FARGO + RED ROCKS** |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: **9/13/14**   Print Name: **TERRY EVANSON**

Signature: _[signed]_

Title:

Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson    CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 9/1/14 to 9/30/14

Account No: 3574

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| | | Advantedge Income. | $1560.80 |
| | | Business Income. | $985.70 |

Total Cash Receipts $ 2546.50 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson

CASE NO: 13-19032 MER

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 9/1/14 to 9/30/14

Account No: 3576

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| | | | Internet | 117.40 |
| | | | Car | 377.59 |
| | | | Dish | 223.86 |
| | | | Donations | 1270.00 |
| | | | House Ins | 292.23 |
| | | | Medical Bills | 156.93 |
| | | | Health Ins | 83.72 |
| | | | Life Ins | 156.63 |
| | | | Personal | 378.93 |
| | | | Gas | 168.15 |
| | | | | 3225.94 |
| | | | Business Expense | 672.08 |

Total Cash Disbursements $ 3898.02 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032-MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 9/1/14 to 9/30/14

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 13292.01 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 985.70 | |
|    Sale of Assets | 1560.80 | |
|    Loans/advances | | |
|    Other | | |
|    Total Cash Receipts | $ 2546.50 | $ _____ |
| 3. Cash Disbursements | | |
|    Operations | 672.08 | |
|    Debt Service/Secured loan payment | 3225.94 | |
|    Professional fees/U.S. Trustee fees | | |
|    Other | | |
|    Total Cash Disbursements | $ 3898.02 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | <1351.52> | |
| 5. Ending Cash Balance (to Form 2-C) | $ 11940.49 (2) | $ _____ (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ _____ |
| DIP Operating Account | WELLS FARGO 3576 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 11940.49 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

13-19032-MER

DEBTOR: Terry + Lynette Evanson      CASE NO: 13-19032 MER

### Form 2-C
### COMPARATIVE BALANCE SHEET
For Period Ended: 9/30/14

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) ____0____ | | |
|  | $ | $ |
| Total Current Assets | | |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ | $ |
| Other Assets (List): ____0____ | | |
|  | $ | $ |
| **TOTAL ASSETS** | | |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): ____0____ | | |
|  | $ | $ |
| Total Post Petition Liabilities | | |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ 0 | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON          CASE NO: 13-19032 MER.

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 9/1/14 to 9/30/14

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 985.70 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| **Net Operating Revenue** | $ 985.70 | $ |
| Cost of Goods Sold | 672.08 | |
| **Gross Profit** | $ 313.62 | $ |
| Operating Expenses | $ | $ |
|   Officer Compensation | | |
|   Selling, General and Administrative | | |
|   Rents and Leases | | |
|   Depreciation, Depletion and Amortization | | |
|   Other (list): | | |
| **Total Operating Expenses** | $ | $ |
| **Operating Income (Loss)** | $ 313.62 | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses | | |
|   Gains (Losses) on Sale of Assets | | |
|   Interest Income | | |
|   Interest Expense | | |
|   Other Non-Operating Income | | |
| **Net Non-Operating Income or (Expenses)** | $ 0 | $ |
| Reorganization Expenses | $ | $ |
|   Legal and Professional Fees | | |
|   Other Reorganization Expense | | |
| **Total Reorganization Expenses** | $ 0. | $ |
| **Net Income (Loss) Before Income Taxes** | $ 313.62 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 313.62 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson      CASE NO: 13-19032 MER

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 9/1/14 to 9/30/14

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | $ |
| Federal | $ | $ | $ | | | |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Other: _____ | | | | | | $ 0 |
| TOTALS | $ ___ | $ ___ | $ ___ | | | $ ___ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | House / Farmers | $ same | | $ 2/15 |
| Vehicle | Auto / Fund | $ same | | $ 4/15 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032mER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 9/1/14 to 9/30/14

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

|  | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| **Due** | $ | $ |
| Under 30 days |  |  |
| 30 to 60 days |  |  |
| 61 to 90 days |  |  |
| 91 to 120 days |  |  |
| Over 120 days |  |  |
| **Total Post Petition** |  |  |
| **Pre Petition Amounts** | $ |  |
| Total Accounts Receivable |  |  |
| Less: Bad Debt Reserve | $ 0 |  |
| Net Accounts Receivable (to Form 2-C) |  |  |
| **Total Post Petition Accounts Payable** |  | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
|  | $ | $ | $ |  | $ |
| Debtor's Counsel |  |  |  |  |  |
| Counsel for Unsecured Creditors' Committee |  |  |  |  |  |
| Trustee's Counsel |  |  |  |  |  |
| Accountant |  |  |  |  | 0 |
| Other: _____ |  |  |  |  |  |
| Total | $ | $ | $ |  | $ |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
|  |  |  | $ 0 |
|  |  |  |  |
|  |  |  |  |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON       CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY
For the Month Ended: 9/30/14

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | | $ | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | 4783.74 | $ | | | |
| August | 4044.03 | | | | |
| September | 3898.02 | | | | |
| TOTAL 3rd Quarter | $ | 12725.79 $ | | | |
| October | | $ | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)] In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 9/30/14

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

N/A.

Page 1 of 1
Rev. 12/10/2009

Wells Fargo - Account Activity                                                                                                      Page 1 of 2



Wells Fargo Online®

## Account Activity

**CHECKING XXXXXX3576**

### Activity Summary

| | |
|---|---:|
| Current Posted Balance | $12,210.32 |
| Pending Withdrawals/ Debits | -$688.00 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$11,522.32** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 09/01/14 to 09/30/14

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---:|---:|---:|
| **Pending Transactions** | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 09/29/14 | CHECK # 137 | | $270.00 | $11,940.49 |
| 09/29/14 | POS PURCHASE - SPROUTS FARMERS MKT#30 LONE TREE CO 7458 00464272862311152 | | $22.41 | |
| 09/29/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000952158896 | | $112.18 | |
| 09/29/14 | CHECK CRD PURCHASE 09/28 OUTBACK 0618 ENGLEWOOD CO 434256XXXXXX4079 384271009306628 ?MCC=5812 | | $33.80 | |
| 09/29/14 | POS PURCHASE - SHELL Service Station CENTENNIAL CO 4079 003842718106384194 | | $43.42 | |
| 09/29/14 | CHECK CRD PURCHASE 09/28 CONOCO-MGM 6544 LONE TREE CO 434256XXXXXX4079 464271661231704 ?MCC=5542 | | $6.81 | |
| 09/29/14 | RECUR DEBIT CRD PMT09/27 SB *SAVINGS 2 GO 888-272-5027 TX 434256XXXXXX4079 384270226209205 ?MCC=5968 | | $14.95 | |
| 09/29/14 | CHECK CRD PURCHASE 09/26 CONOCO-MGM 6544 LONE TREE CO 434256XXXXXX4079 384269154690033 ?MCC=5542 | | $17.85 | |
| 09/29/14 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 4079 00384270067102435 | | $9.82 | |
| 09/29/14 | POS PURCHASE - SPROUTS FARMERS MKT#30 LONE TREE CO 4079 00304270060214598 | | $31.73 | |
| 09/29/14 | POS PURCHASE - WAL-MART #1252 HIGHLANDS RANCO 4079 00000000450144556 | | $14.28 | |
| 09/29/14 | POS PURCHASE - SAM'S Club LITTLETON SE CO 4079 00000000446170098 | | $39.99 | |
| 09/29/14 | CHECK CRD PURCHASE 09/26 SELKIRKS LLC DENVER CO 434256XXXXXX4079 304269525276099 ?MCC=7523 | | $8.00 | |
| 09/29/14 | CHECK CRD PURCHASE 09/25 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX4079 304268688729162 ?MCC=5411 | | $11.97 | |
| 09/22/14 | POS PURCHASE - SHELL Service Station LAKE CITY FL 4079 00384265090182975 | | $38.98 | $12,577.70 |
| 09/19/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $753.10 | | $12,616.68 |
| 09/17/14 | POS PURCHASE - COSTCO WHSE #04 LONE TREE CO 7458 00000000049713130 | | $22.03 | $11,863.58 |
| 09/17/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00304260454821922 | | $48.97 | |
| 09/16/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000757452221 | | $69.08 | $11,934.58 |
| 09/15/14 | RED ROCKS CU RRCU LN 15 9706143576 Everson Terry | | $377.59 | $12,003.66 |
| 09/15/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00304258839888628 | | $25.14 | |
| 09/15/14 | CHECK CRD PURCHASE 09/14 OUTBACK 0626 CASTLE ROCK CO 434256XXXXXX4079 464257104232439 ?MCC=5812 | | $39.89 | |

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=ZUeMqsrDNX0uL9nh5v2J... 10/6/2014

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 09/15/14 | DEPOSIT MADE IN A BRANCH/STORE #842303093 | $930.73 | | |
| 09/12/14 | CHECK CRD PURCHASE 09/11 SAMS CLUB #6634 LONE TREE CO 434256XXXXXX4079 164254538459224 ?MCC=5542 | | $44.38 | $11,515.55 |
| 09/12/14 | Shelf Reliance Home Party 2327 Lynette P Evanson | $54.97 | | |
| 09/11/14 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 4079 00000000456780847 | | $100.00 | $11,504.96 |
| 09/10/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $11,604.96 |
| 09/10/14 | CHECK CRD PURCHASE 09/08 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX7458 584251742471071 ?MCC=5411 | | $12.28 | |
| 09/08/14 | FARMERS INS EFT PYMT 090514 A79885688604RCD LYNETTEPEVANSON 07 | | $292.73 | $11,666.68 |
| 09/08/14 | HUMANA, INC. INS PYMT 140904 235174141001235 174154EVANSON LYNET | | $83.72 | |
| 09/08/14 | POS PURCHASE - KING SOOPERS 5673S. QU HIGHLANDS RNCCO 7458 00584251771253896 | | $32.28 | |
| 09/08/14 | CHECK CRD PURCHASE 09/06 DIA PARKING OPERAT 303-342-4633 CO 434256XXXXXX4079 584249848552077 ?MCC=7523 | | $32.00 | |
| 09/08/14 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.27 | |
| 09/08/14 | DEBIT CRD PUR INTL 09/06 HUSKY CAL.AIRPORT# CALGARY CD 434256XXXXXX4079 384249680365633 ?MCC=5541 | | $9.23 | |
| 09/08/14 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.61 | |
| 09/08/14 | DEBIT CRD PUR INTL 09/06 FATBURGER CALGARY CD 434256XXXXXX4079 304249648462336 ?MCC=5814 | | $20.59 | |
| 09/08/14 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.55 | |
| 09/08/14 | DEBIT CRD PUR INTL 09/06 CLARESHOLM SOBEYS CLARESHOLM CD 434256XXXXXX4079 384249604904966 ?MCC=5411 | | $18.39 | |
| 09/08/14 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.55 | |
| 09/08/14 | DEBIT CRD PUR INTL 09/06 FAS GAS TABER SERV TABER CD 434256XXXXXX4079 284249552356781 ?MCC=5542 | | $18.45 | |
| 09/08/14 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.23 | |
| 09/08/14 | DEBIT CRD PUR INTL 09/05 RCSS #1541 LETHBRIDGE CD 434256XXXXXX4079 584249100761351 ?MCC=5411 | | $7.79 | |
| 09/08/14 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.66 | |
| 09/08/14 | DEBIT CRD PUR INTL 09/05 COALDALE BAKERY COALDALE CD 434256XXXXXX4079 084248817604420 ?MCC=5462 | | $22.18 | |
| 09/08/14 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.95 | |
| 09/08/14 | DEBIT CRD PUR INTL 09/05 JOHNSON TABER DRUG TABER CD 434256XXXXXX7458 164248735615233 ?MCC=5912 | | $31.93 | |
| 09/08/14 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.22 | |
| 09/08/14 | DEBIT CRD PUR INTL 09/03 WAL-MART STORE#104 TABER CD 434256XXXXXX4079 624249548568781 ?MCC=5310 | | $7.36 | |
| 09/05/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $807.70 | | $12,247.37 |
| 09/04/14 | DISH NETWORK DISH NTWRK 090214 9060370845 SPA EVANSON,TERRY | | $223.86 | $11,439.67 |
| 09/03/14 | CHECK # 134 | | $19.00 | $11,663.53 |
| 09/03/14 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $117.40 | |
| 09/03/14 | CHECK CRD PURCHASE 09/02 OUTBACK 0626 CASTLE ROCK CO 434256XXXXXX4079 304245055293296 ?MCC=5812 | | $24.55 | |
| 09/03/14 | CHECK CRD PURCHASE 09/01 UNITED 016242 800-932-2732 TX 434256XXXXXX4079 304244717456276 ?MCC=3000 | | $63.40 | |
| 09/03/14 | CHECK CRD PURCHASE 09/01 UNITED 016292 800-932-2732 TX 434256XXXXXX4079 384244717462164 ?MCC=3000 | | $25.00 | |
| 09/02/14 | CHECK # 135 | | $500.00 | $11,912.88 |
| 09/02/14 | CHECK # 136 | | $500.00 | |
| 09/02/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | |
| 09/02/14 | POS PURCHASE - SPROUTS FARMERS MARKET CASTLE ROCK CO 4079 00384245089276271 | | $15.27 | |
| 09/02/14 | POS PURCHASE - WAL-MART #0984 CASTLE ROCK CO 4079 00000000745998436 | | $6.41 | |
| 09/02/14 | POS PURCHASE - Wal-Mart Super Center CASTLE ROCK CO 4079 00000000934064513 | | $54.53 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 09/02/14 | POS PURCHASE - KING SOOPERS 7296 LAGA CASTLE ROCK CO 4079 00464244733304460 | | $63.50 | |
| 09/02/14 | CHECK CRD PURCHASE 08/28 SKY RIDGE PHARMACY LONE TREE CO 434256XXXXXX4079 584240750524483 ?MCC=5912 | | $125.00 | |
| 09/02/14 | CHECK CRD PURCHASE 08/28 7-ELEVEN 39211 CASTLE ROCK CO 434256XXXXXX4079 464240571809813 ?MCC=5542 | | $7.23 | |
| Totals | | $2,546.50 | $3,898.02 | |

🏠 Equal Housing Lender

© 1995 – 2014 Wells Fargo. All rights reserved.