# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtors. ) | |
| ) | |

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER APPROVING SETTLEMENT AGREEMENT WITH DISCOVER BANK

On October 9, 2014, Terry Lee Evanson and Lynette Pearce Evanson, Movant, filed a motion or application pursuant to L.B.R. 9013-1 entitled Motion for Order Approving Settlement Agreement with Discover Bank. Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on October 9, 2014.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on October 9, 2014.

3. The docket numbers for each of the following relevant documents are:

   a. the motion and all documents attached thereto and served therewith, (Docket No. 124)
   b. the notice, (Docket No. 125);
   c. the certificate of service of the motion and the notice, (Docket No. 125-1);
   d. the proposed order, (Docket No. 124-2).

4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

WHEREFORE, Movant prays that the court forthwith enter an order granting the requested relief.

Dated this 5th day of November, 2014.

Respectfully submitted,

ALLEN & VELLONE, P.C.

*/s/ Mark A. Larson*
Patrick D. Vellone, #15284
Mark A. Larson, #30659
1600 Stout Street, Suite 1100
Denver, CO 80202
pvellone@allen-vellone.com
mlarson@allen-vellone.com
Telephone: (303) 534-4499

---

Court Use Only: The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for a hearing on this motion have been entered.

Dated: _____
Signature of Deputy Clerk