```
                            United States Bankruptcy Court
                                 District of Colorado
In re:                                                              Case No. 13-19032-MER
Terry Lee Evanson                                                   Chapter 11
Lynette Pearce Evanson
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1082-1          User: mckinleyj              Page 1 of 2                  Date Rcvd: Nov 07, 2014
                              Form ID: pdf904              Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2014.
db/db          Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO 80124-9608
intp          +Diane A. Holbert,    Douglas County Treasurer,    100 Third Street,    Attn: Stephanie Cook,
                Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2014                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2014 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank alewis@dabauerpc.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank alewis@dabauerpc.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com, sjohnson@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               doug@coloradocreditorlaw.com, Doug@sblawpllc.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jennifer Schlatter    on behalf of Debtor Lynette Pearce Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Jennifer Schlatter    on behalf of Debtor Terry Lee Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Debtor Terry Lee Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Debtor Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,
               CChristensen@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson
               tpopacondria@allen-vellone.com, CChristensen@allen-vellone.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
```

```
District/off: 1082-1          User: mckinleyj            Page 2 of 2               Date Rcvd: Nov 07, 2014
                              Form ID: pdf904            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com, adavis@ckbrlaw.com

                                                                                                                                                   TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtors. ) | |

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH DISCOVER BANK**

THIS MATTER came before the Court upon the Debtors'-in-Possession Motion for Order Approving Settlement Agreement with Discover Bank. The Court, having reviewed the Motion and the attached Settlement Agreement, the case file, and being fully advised in the premises, hereby:

ORDERS, ADJUDGES, AND DECREES that the motion is GRANTED. The Debtor's Settlement Agreement with Discover Bank is approved.

Dated this  7th  day of   November  , 2014.

BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court