DEBTOR: TERRY & LYNETTE EVANSON   MONTHLY OPERATING REPORT
                                  CHAPTER 11
CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 10-31-14

Accounting Method:  ☐ Accrual Basis    ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 11/16/14    Print Name: TERRY EVANSON

                         Signature: [signed]

                         Title:

Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson      CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/14 to 10/31/14

**CASH RECEIPTS DETAIL**      Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| | Advatedge Business Operations | | $2313.91 |
| | | | $2950.87 |

Total Cash Receipts    $ 5264.78 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/14 to 10/31/14

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 11940.49 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 2950.87 | |
| Sale of Assets | | |
| Loans/advances | 2313.91 | |
| Other | | |
| Total Cash Receipts | $ 5264.78 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 2828.65 | |
| Debt Service/Secured loan payment | 2230.58 | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | $ 5059.23 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 205.55 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 12146.04 (2) | $ _____ (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 12146.04 |
| DIP Operating Account | Wells Fargo | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 12146.04 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

13-19032 MER

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 10/1/14 to 10/31/14

Account No: 3576

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | | CAR. | 377.59 |
| | | | UTILITIES | 71.32 |
| | | | House Ins. | 292.73 |
| | | | Health Ins. | 83.72 |
| | | | Life Ins. | 263.82 |
| | | | Dental | 150.00 |
| | | | Medical | 270.00 |
| | | | Internet | 122.00 |
| | | | Gas. | 128.11 |
| | | | Personal | 471.29 |
| | | | TOTAL | 2230.58 |
| | | | Business Expenses. | 2828.65 |

Total Cash Disbursements  $ 5059.23 (1)

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 10/31/14

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) ∅ | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ | $ |
| Other Assets (List): ∅ | | |
| **TOTAL ASSETS** | $ | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): ∅ | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ ∅ | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ ∅ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ ∅ | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032 MER.

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 10/1/14 to 10/31/14

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 2950.87 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| Net Operating Revenue | $ 2950.87 | $ |
| Cost of Goods Sold | 2230.58 | |
| **Gross Profit** | $ 720.29 | $ |
| Operating Expenses | $ | $ |
|   Officer Compensation | | |
|   Selling, General and Administrative | | |
|   Rents and Leases | | |
|   Depreciation, Depletion and Amortization | | |
|   Other (list): _____ | | |
| Total Operating Expenses | $ | $ |
| **Operating Income (Loss)** | $ 720.29 | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses | | |
|   Gains (Losses) on Sale of Assets | | |
|   Interest Income | | |
|   Interest Expense | | |
|   Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | $ | $ |
|   Legal and Professional Fees | | |
|   Other Reorganization Expense | | |
| Total Reorganization Expenses | $ 0 | $ |
| Net Income (Loss) Before Income Taxes | $ 720.29 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 720.29 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: _____ to _____

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: _____ | | | | | | |
| TOTALS | $ | $ | $ | | | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | House ⎫ Farmers Ins. | $ same | | $ 2/15 |
| Vehicle | Auto ⎭ Co. | $ same | | $ 4/15 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032mER

Form 2-E
SUPPORTING SCHEDULES
For Period: 10/1/14 to 10/31/14

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| Total Post Petition Accounts Payable | | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | $ 0 |
| Total | $ | $ | $ | | |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032-MER

## Form 2-F
## QUARTERLY FEE SUMMARY
For the Month Ended: 10/31/14

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | | $ | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | | 5059.23 $ | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson  CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 10/31/14

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $12,146.04 |
| Pending Withdrawals/ Debits | -$153.46 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$11,992.58** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 10/01/14 to 10/31/14

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 10/31/14 | POS PURCHASE - KING SOOPERS 7296 LAGA CASTLE ROCK CO 7458 00584304703018482 | | $2.82 | $12,146.04 |
| 10/31/14 | CHECK CRD PURCHASE 10/30 RIDGE VIEW ENDOSCO LONE TREE CO 434256XXXXXX4079 584303712121904 ?MCC=8011 | | $270.00 | |
| 10/31/14 | eDeposit in Branch/Store 10/31/14 03:45:53 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $288.37 | | |
| 10/31/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $807.72 | | |
| 10/30/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $11,322.77 |
| 10/30/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00584303625501816 | | $35.37 | |
| 10/30/14 | CHECK CRD PURCHASE 10/29 SAMS CLUB #6634 LONE TREE CO 434256XXXXXX4079 284302853480433 ?MCC=5542 | | $34.25 | |
| 10/30/14 | RECUR DEBIT CRD PMT10/29 SB *SAVINGS 2 GO 888-272-5027 TX 434256XXXXXX4079 304302317048243 ?MCC=5968 | | $14.95 | |
| 10/30/14 | CHECK CRD PURCHASE 10/28 PARTY CITY LITTLETON CO 434256XXXXXX7458 004301707345774 ?MCC=5999 | | $34.01 | |
| 10/29/14 | POS PURCHASE - SAM'S Club LITTLETON SE CO 7458 00000000047731099 | | $140.97 | $11,548.54 |
| 10/29/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000759244084 | | $51.69 | |
| 10/29/14 | eDeposit in Branch/Store 10/29/14 05:12:00 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $1,095.42 | | |
| 10/28/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000735710741 | | $68.99 | $10,645.78 |
| 10/27/14 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $122.00 | $10,714.77 |
| 10/27/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000256955352 | | $133.45 | |
| 10/27/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000242233112 | | $140.04 | |
| 10/27/14 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 7458 00384298693520252 | | $10.22 | |
| 10/24/14 | POS PURCHASE - SAM'S Club LITTLETON SE CO 7458 00000000154194382 | | $49.46 | $11,120.48 |
| 10/24/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000541701550 | | $93.92 | |
| 10/24/14 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 7458 00000000857174657 | | $54.30 | |
| 10/23/14 | POS PURCHASE - SAM'S Club LITTLETON SE CO 7458 00000000349435360 | | $129.56 | $11,318.16 |
| 10/23/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000350213662 | | $59.50 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 10/23/14 | POS PURCHASE - JETRO HOLDINGS LLC GREENWOOD VILCO 7458 00384296621906517 | | $174.79 | |
| 10/22/14 | POS PURCHASE - KING SOOPERS 5673S. QU HIGHLANDS RNCCO 7458 003042957579968139 | | $17.50 | $11,682.01 |
| 10/22/14 | POS PURCHASE - WM SUPERC Wal-Mart Sup HIGHLANDS RANCO 7458 00000000936661772 | | $76.20 | |
| 10/22/14 | POS PURCHASE - DOLLARTREE 8575 S QUBE HIGHLANDS RANCO 7458 00000000242510044 | | $16.75 | |
| 10/21/14 | WASTE CONNECTION WEB_PAY OCT 14 13548697101814 TERRY EVANSON | | $71.32 | $11,792.46 |
| 10/20/14 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 7458 00000000740570969 | | $187.78 | $11,863.78 |
| 10/20/14 | CHECK CRD PURCHASE 10/19 BLACK EYED PEA CASTLE ROCK CO 434256XXXXXX4079 584292011715797 ?MCC=5812 | | $34.11 | |
| 10/20/14 | POS PURCHASE - KING SOOPERS 7296 LAGA CASTLE ROCK CO 4079 00464292172503891 | | $13.31 | |
| 10/20/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $753.09 | | |
| 10/17/14 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 7458 00000000257631982 | | $424.20 | $11,345.89 |
| 10/17/14 | POS PURCHASE - PEPBOYS STORE # 271 74 LITTLETON CO 4079 00000000951716272 | | $7.68 | |
| 10/17/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 4079 00000000353849342 | | $35.39 | |
| 10/17/14 | POS PURCHASE - SPROUTS FARMERS MKT#30 LONE TREE CO 4079 00464290732812674 | | $81.71 | |
| 10/17/14 | CHECK CRD PURCHASE 10/16 TIME PARK LOT 7 DENVER CO 434256XXXXXX4079 384287715630821 ?MCC=7523 | | $12.00 | |
| 10/17/14 | CHECK CRD PURCHASE 10/15 LOCO 17 GAS FRUITA CO 434256XXXXXX4079 384289070217749 ?MCC=5542 | | $31.10 | |
| 10/17/14 | CHECK CRD PURCHASE 10/15 SPROUTS FARMERS MA CASTLE ROCK CO 434256XXXXXX7458 464288750416556 ?MCC=5411 | | $6.73 | |
| 10/16/14 | POS PURCHASE - SAFEWAY STORE 1967 CASTLE ROCK CO 7458 00304289155489180 | | $28.72 | $11,944.70 |
| 10/15/14 | RED ROCKS CU RRCU LN 15 9706143576 Everson Terry | | $377.59 | $11,973.42 |
| 10/15/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 4079 00000000942204471 | | $36.78 | |
| 10/15/14 | eDeposit in Branch/Store 10/15/14 12:45:43 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $1,508.53 | | |
| 10/15/14 | Shelf Reliance Home Party 2327 Lynette P Evanson | $58.55 | | |
| 10/14/14 | POS PURCHASE - WM SUPERC Wal-Mart Sup HIGHLANDS RANCO 4079 00000000250704791 | | $24.95 | $10,820.71 |
| 10/14/14 | POS PURCHASE - SHELL Service Station DENVER CO 4079 00464287711656646 | | $9.51 | |
| 10/14/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000241283690 | | $52.65 | |
| 10/14/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000255911830 | | $46.69 | |
| 10/14/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00304286710995482 | | $20.46 | |
| 10/14/14 | POS PURCHASE - SAFEWAY STORE 1967 CASTLE ROCK CO 4079 00584285116599414 | | $11.78 | |
| 10/14/14 | CHECK CRD PURCHASE 10/10 CENTURY THEATRES 4 AURORA CO 434256XXXXXX4079 384283846467247 ?MCC=7832 | | $9.00 | |
| 10/14/14 | CHECK CRD PURCHASE 10/10 OUTBACK 0618 ENGLEWOOD CO 434256XXXXXX4079 464283824699009 ?MCC=5812 | | $25.92 | |
| 10/10/14 | CHECK CRD PURCHASE 10/09 SOS REGISTRATION F 303-894-2200 CO 434256XXXXXX4079 584281658647018 ?MCC=9399 | | $10.00 | $11,021.67 |
| 10/09/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $11,031.67 |
| 10/09/14 | KOHL'S DEPT STRS CHG PYMT 141008 043000095056468 EVANSON TERRY | | $48.04 | |
| 10/09/14 | CHECK CRD PURCHASE 10/07 SPROUTS FARMERS MA LONE TREE CO 434256XXXXXX7458 384280527500651 ?MCC=5411 | | $8.18 | |
| 10/08/14 | CHECK CRD PURCHASE 10/07 BART G CHRISTIANSE CENTENNIAL CO 434256XXXXXX4079 164280529822563 ?MCC=8021 | | $150.00 | $11,137.33 |
| 10/08/14 | CHECK CRD PURCHASE 10/07 SAMSCLUB #6634 LITTLETON SE CO 434256XXXXXX4079 384280487111803 ?MCC=5542 | | $38.73 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 10/07/14 | POS PURCHASE - SAM'S Club LITTLETON SE CO 7458 00000000630186515 | | $167.27 | $11,326.06 |
| 10/06/14 | FARMERS INS EFT PYMT 100514 A79885688604RCD LYNETTEPEVANSON 07 | | $292.73 | $11,493.33 |
| 10/06/14 | HUMANA, INC. INS PYMT 141004 235174141001235 174155EVANSON LYNET | | $83.72 | |
| 10/06/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00384280011265930 | | $28.99 | |
| 10/06/14 | POS PURCHASE - SAM'S Club LITTLETON SE CO 7458 00000000445465007 | | $166.35 | |
| 10/06/14 | POS PURCHASE - KUM & GO #2926 GLENWOOD SPR CO 4079 003042781991362335 | | $20.68 | |
| 10/06/14 | POS PURCHASE - SMITHS 350 N. FREEDOM PROVO UT 4079 00464278012097324 | | $23.54 | |
| 10/06/14 | POS PURCHASE - SMITHS 210 E. 700 SOUT PLEASANT GROVUT 7458 00584277669465222 | | $31.20 | |
| 10/06/14 | CHECK CRD PURCHASE 10/03 DESERET BOOK CO 69 OREM UT 434256XXXXXX7458 464276809773002 ?MCC=5942 | | $67.10 | |
| 10/06/14 | CHECK CRD PURCHASE 10/03 CHEVRON 00073049 PROVO UT 434256XXXXXX4079 384276630367676 ?MCC=5542 | | $2.68 | |
| 10/03/14 | POS PURCHASE - SMITHS 350 N. FREEDOM PROVO UT 4079 00584276675703240 | | $37.42 | $12,210.32 |
| 10/03/14 | POS PURCHASE - SMITHS 350 N. FREEDOM PROVO UT 4079 00384276673438135 | | $41.28 | |
| 10/03/14 | CHECK CRD PURCHASE 10/02 GAS N GO 13 GREEN RIVER UT 434256XXXXXX4079 464275750794503 ?MCC=5542 | | $16.16 | |
| 10/03/14 | CHECK CRD PURCHASE 10/02 GET ON THE GO AVON AVON CO 434256XXXXXX4079 464275640319447 ?MCC=5542 | | $15.94 | |
| 10/03/14 | CHECK CRD PURCHASE 10/02 TSE JENNYSMARKET 5 HIHLANS RANCH CO 434256XXXXXX4079 584275567870946 ?MCC=5542 | | $32.04 | |
| 10/03/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $753.10 | | |
| 10/02/14 | CHECK CRD PURCHASE 10/01 TIME PARK LOT 11 DENVER CO 434256XXXXXX4079 304274511025685 ?MCC=7523 | | $8.00 | $11,600.06 |
| 10/02/14 | CHECK CRD PURCHASE 09/30 SELKIRKS LLC DENVER CO 434256XXXXXX4079 464273736254544 ?MCC=7523 | | $8.00 | |
| 10/01/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $11,616.06 |
| 10/01/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00304274845414217 | | $17.07 | |
| 10/01/14 | POS PURCHASE - COSTCO WHSE #0468 LONE TREE CO 4079 00464274736112715 | | $27.77 | |
| 10/01/14 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 4079 00384274723704751 | | $5.01 | |
| 10/01/14 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 7458 00000000943185307 | | $71.75 | |
| 10/01/14 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 7458 00000000743377294 | | $63.21 | |
| 10/01/14 | POS PURCHASE - SPROUTS FARMERS MKT#30 CASTLE ROCK CO 7458 00464274104504259 | | $24.43 | |
| 10/01/14 | CHECK CRD PURCHASE 09/29 SELKIRKS LLC DENVER CO 434256XXXXXX4079 304272493618551 ?MCC=7523 | | $8.00 | |
| Totals | | $5,264.78 | $5,059.23 | |

Equal Housing Lender

© 1995 – 2014 Wells Fargo. All rights reserved.

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=ZqdcQz0P10iETHgpd6TlY... 11/3/2014