DEBTOR: _Terry & Lynette Evanson_   MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: _13-19032 MER_

## Form 2-A
## COVER SHEET

For Period Ending _11-30-14_

Accounting Method:   ☐ Accrual Basis   ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts    IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts    WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: _12/10/14_   Print Name: _Terry Evanson_

Signature: _[signed]_

Title: _____

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11-1-14 to 11-30-14

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 12146.04 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 3560.40 | |
|    Sale of Assets | | |
|    Loans/advances | 1506.19 | |
|    Other | | |
|    Total Cash Receipts | $ 5066.59 | $ _____ |
| 3. Cash Disbursements | | |
|    Operations | 1003.43 | |
|    Debt Service/Secured loan payment | 3306.91 | |
|    Professional fees/U.S. Trustee fees | | |
|    Other | | |
|    Total Cash Disbursements | $ 4310.34 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 756.25 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 12902.29 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 12902.29 |
| DIP Operating Account | WELLS FARGO. 3576. | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 12902.29 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

13-19032 MER

DEBTOR: TERRY & LYNETTE EVANSON   CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11-1-14 to 11-30-14

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576.

| Date | Payer | Description | Amount |
|---|---|---|---|
| November | Advantedge | | $1506.19 |
| | Operations Income | | 3560.40 |

Total Cash Receipts   $ 5066.59 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson        CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11-1-14 to 11-30-14

CASH DISBURSEMENTS DETAIL        Account No: 3576.
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | | Internet | 409 23 |
| | | | Phones | 244 46 |
| | | | Medical | 198 00 |
| | | | Dental | 250 00 |
| | | | Life Ins. | 49 44 |
| | | | Trustee | 325 00 |
| | | | Donations | 500 00 |
| | | | House Ins. | 292 73 |
| | | | Dish | 216 52 |
| | | | Health Ins. | 83 72 |
| | | | Gas | 255 69 |
| | | | Personal | 482 42 |
| | | | | 3306 91 |
| | | | Business Expense | 1003 43 |

Total Cash Disbursements $ 4310 34 (1)

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

## Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 11/30/14

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) ⌀ | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ | $ |
| Other Assets (List): ⌀ | | |
| **TOTAL ASSETS** | $ | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): ⌀ | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ ⌀ | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ ⌀ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ ⌀ | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON

CASE NO: 13-19032 MER.

## Form 2-D
## PROFIT AND LOSS STATEMENT

For Period 11-1-14 to 11-30-14

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 3560.40 | $ |
| Less: Discounts, Returns and Allowances | ( — ) | ( ) |
| **Net Operating Revenue** | $ 3560.40 | $ |
| Cost of Goods Sold | 1003.43 | |
| **Gross Profit** | $ 2556.97 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): | | |
| Total Operating Expenses | $ 0 | $ |
| **Operating Income (Loss)** | $ 2556.97 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ 0 | $ |
| Net Income (Loss) Before Income Taxes | $ 2556.97 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 2556.97 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 11-1-14 to 11-30-14

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | 0 |
| TOTALS | $ | $ | $ | | | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | House + Auto Insurance Fireman's Fund | $ same | | $ 2/15 |
| Vehicle | | $ same | | $ 4/15 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: _TERRY + LYNETTE EVANSON_   CASE NO: _13-19032 MER_

## Form 2-E
## SUPPORTING SCHEDULES
For Period: _11-1-14_ to _11-30-14_

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| | $ | |
| Total Accounts Receivable | | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| Total Post Petition Accounts Payable | | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| | | | | | $ |
| Debtor's Counsel | $ | $ | $ | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | 0 |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON         CASE NO: 13-19032mER

## Form 2-F
## QUARTERLY FEE SUMMARY*
For the Month Ended: 11-30-14

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | 5059.23 $ | | | | |
| November | 4310.34 | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-G
**NARRATIVE**
For Period Ending 11-30-14.

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

# Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $11,111.77 |
| Pending Withdrawals/ Debits | -$47.61 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$11,064.16** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 11/01/14 to 11/30/14

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 11/28/14 | CHECK # 124 | | $225.00 | $12,902.29 |
| 11/28/14 | DISH NETWORK DISH NTWRK 112614 9060370845 SPA EVANSON,TERRY | | $289.27 | |
| 11/28/14 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $244.46 | |
| 11/28/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $753.10 | | |
| 11/26/14 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 11/26 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00384330805964626 CARD 7458 | | $41.36 | $12,907.92 |
| 11/26/14 | PURCHASE AUTHORIZED ON 11/26 SPROUTS FARMERS MKT#30 LONE TREE CO P00304330784465653 CARD 7458 | | $34.26 | |
| 11/26/14 | PURCHASE AUTHORIZED ON 11/26 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000744348294 CARD 7458 | | $61.07 | |
| 11/26/14 | PURCHASE AUTHORIZED ON 11/25 BIOHEALTH 800-5702000 WY S304329636803584 CARD 4079 | | $198.00 | |
| 11/26/14 | PURCHASE AUTHORIZED ON 11/25 LOAF N JUG #0011 CASTLE ROCK CO S004329581753209 CARD 4079 | | $34.97 | |
| 11/25/14 | PURCHASE AUTHORIZED ON 11/24 BART G CHRISTIANSE 303-790-9323 CO S284328799378659 CARD 4079 | | $250.00 | $13,277.58 |
| 11/24/14 | POS PURCHASE - SAFEWAY STORE 1548 LITTLETON CO 4079 003304328769421129 | | $7.98 | $13,527.58 |
| 11/24/14 | CHECK CRD PURCHASE 11/23 TSE JENNYSMARKET 5 CASTLE ROCK CO 434256XXXXXX4079 584327275931454 ?MCC=5542 | | $16.80 | |
| 11/24/14 | POS PURCHASE - SAFEWAY STORE 1967 CASTLE ROCK CO 4079 003384327002400189 | | $9.97 | |
| 11/24/14 | CHECK CRD PURCHASE 11/22 OUTBACK 0626 CASTLE ROCK CO 434256XXXXXX4079 304326854278447 ?MCC=5812 | | $26.72 | |
| 11/24/14 | POS PURCHASE - WAL-MART #0984 CASTLE ROCK CO 4079 00000000532894128 | | $53.85 | |
| 11/24/14 | eDeposit in Branch/Store 11/24/14 02:08:57 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $3,350.00 | | |
| 11/20/14 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $119.96 | $10,292.90 |
| 11/20/14 | CHECK CRD PURCHASE 11/18 THAI ORCHIDS LONE TREE CO 434256XXXXXX4079 584322687305960 ?MCC=5812 | | $18.50 | |
| 11/19/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00304323579041003 | | $25.03 | $10,431.36 |
| 11/19/14 | POS PURCHASE - SPROUTS FARMERS MKT#30 LONE TREE CO 7458 00304323560505130 | | $38.19 | |
| 11/19/14 | CHECK CRD PURCHASE 11/18 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX7458 464322826361643 ?MCC=5542 | | $62.27 | |
| 11/18/14 | POS PURCHASE - KING SOOPERS 5673S. QU HIGHLANDS RNCCO 7458 00464323008862839 | | $42.67 | $10,556.85 |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 11/18/14 | POS PURCHASE - SAM'S Club LITTLETON SE CO 7458 00000000847207486 | | $148.17 | |
| 11/18/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 4079 00384322827934518 | | $2.89 | |
| 11/18/14 | CHECK CRD PURCHASE 11/17 SAMSCLUB #6634 LITTLETON SE CO 434256XXXXXX4079 584321526290671 ?MCC=5542 | | $34.77 | |
| 11/17/14 | CHECK # 139 | | $500.00 | $10,785.35 |
| 11/17/14 | POS PURCHASE - SAM'S Club LITTLETON SE CO 4079 00000000943418168 | | $39.94 | |
| 11/17/14 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 4079 00000000451924699 | | $70.18 | |
| 11/17/14 | POS PURCHASE - SPROUTS FARMERS MKT#30 LONE TREE CO 4079 00464319104340847 | | $18.94 | |
| 11/17/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 4079 00000000552155944 | | $53.51 | |
| 11/17/14 | CHECK CRD PURCHASE 11/13 LOCO 17 GAS FRUITA CO 434256XXXXXX4079 304318040664312 ?MCC=5542 | | $20.07 | |
| 11/17/14 | WIRE TRANS SVC CHARGE - SEQUENCE: 141117146331 SRF# 2014111700006206 TRN#141117146331 RFB# | | $15.00 | |
| 11/17/14 | WT FED#02079 ZIONS FIRST NATION /ORG=SHELF RELIANCE LLC SRF# 2014111700006206 TRN#141117146331 RFB# | $64.40 | | |
| 11/14/14 | CHECK CRD PURCHASE 11/13 KNEADERS RIVERWOOD 8012240101 UT 434256XXXXXX4079 384317758624065 ?MCC=5812 | | $4.30 | $11,438.59 |
| 11/14/14 | CHECK CRD PURCHASE 11/12 LOCO 17 GAS FRUITA CO 434256XXXXXX4079 304317153721644 ?MCC=5542 | | $28.39 | |
| 11/14/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $753.09 | | |
| 11/13/14 | POS PURCHASE - SAMS CLUB SAM'S Club PROVO UT 4079 00000000133373435 | | $28.61 | $10,718.19 |
| 11/12/14 | POS PURCHASE - SPROUTS FARMERS MKT#30 LONE TREE CO 4079 00584316747386767 | | $19.47 | $10,746.80 |
| 11/12/14 | CHECK CRD PURCHASE 11/11 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 584315715773875 ?MCC=5542 | | $36.10 | |
| 11/12/14 | CHECK CRD PURCHASE 11/11 CONOCO-MGM 6546 DENVER CO 434256XXXXXX4079 384315570959314 ?MCC=5542 | | $5.14 | |
| 11/12/14 | eDeposit in Branch/Store 11/12/14 09:51:16 AM 12505 E LINCOLN AVE ENGLEWOOD CO 3576 | $146.00 | | |
| 11/10/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $10,661.51 |
| 11/07/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000241107890 | | $57.33 | $10,710.95 |
| 11/07/14 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 7458 00000000742416258 | | $96.48 | |
| 11/07/14 | POS PURCHASE - KING SOOPERS 5673S. QU HIGHLANDS RNCCO 7458 00464311568441755 | | $29.31 | |
| 11/07/14 | POS PURCHASE - KING SOOPERS 9551 UNIV IGHLANDS RNCHCO 7458 00384311556669810 | | $26.81 | |
| 11/07/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00464311537774630 | | $30.95 | |
| 11/06/14 | FARMERS INS EFT PYMT 110514 A79885688604RCD LYNETTEPEVANSON 07 | | $292.73 | $10,951.83 |
| 11/06/14 | DISH NETWORK DISH NTWRK 110414 9060370845 SPA EVANSON,TERRY | | $216.52 | |
| 11/06/14 | HUMANA, INC. INS PYMT 141104 235174141001235 174157EVANSON LYNET | | $83.72 | |
| 11/06/14 | CHECK CRD PURCHASE 11/05 SAMSCLUB 6634 GAS LONE TREE CO 434256XXXXXX4079 304309562373466 ?MCC=5542 | | $35.15 | |
| 11/06/14 | CHECK CRD PURCHASE 11/04 PARAMOUNT CAFE DENVER CO 434256XXXXXX4079 384308696285249 ?MCC=5812 | | $15.15 | |
| 11/05/14 | CHECK # 138 | | $325.00 | $11,595.10 |
| 11/05/14 | POS PURCHASE - SAMSCLUB #6634 LONE TREE CO 7458 00000000630485226 | | $61.28 | |
| 11/05/14 | POS PURCHASE - DOLLARTREE 8575 S QUBE HIGHLANDS RANCO 7458 00000000943939486 | | $9.20 | |
| 11/05/14 | CHECK CRD PURCHASE 11/04 PUBLIC WORKS-PRKG DENVER CO 434256XXXXXX4079 464308656984561 ?MCC=7523 | | $2.00 | |
| 11/05/14 | CHECK CRD PURCHASE 11/03 STAR PARK, LLC DENVER CO 434256XXXXXX4079 284307592749763 ?MCC=7523 | | $8.00 | |
| 11/03/14 | POS PURCHASE - Wal-Mart Super Center HIGHLANDS RANCO 7458 00000000055349197 | | $5.94 | $12,000.58 |
| 11/03/14 | | | $61.82 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | POS PURCHASE - KING SOOPERS 5673S. QU HIGHLANDS RNCCO 7458 00384307582675173 | | | |
| 11/03/14 | POS PURCHASE - SAMS CLUB SAM'S Club LITTLETON SE CO 7458 00000000341977242 | | $47.48 | |
| 11/03/14 | POS PURCHASE - KING SOOPERS 400 RED C HIGHLANDS RNCCO 7458 00464305686595152 | | $30.22 | |
| Totals | | $5,066.59 | $4,310.34 | |

🏠 Equal Housing Lender

© 1995 – 2014 Wells Fargo. All rights reserved.