DEBTOR: *TERRY + LYNETTE EVANSON*   MONTHLY OPERATING REPORT

CHAPTER 11

CASE NUMBER: *13 - 19032 MER*

### Form 2-A
### COVER SHEET

For Period Ending ___*12/30/14*___

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  *WELLS FARGO + RED ROCKS* |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: *1/17/14*

Print Name: *TERRY EVANSON*

Signature: _____

Title: _____

Rev. 12/10/2009

DEBTOR:  TERRY + LYNETTE EVANSON     CASE NO:  13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/14 to 12/30/14

CASH RECEIPTS DETAIL         Account No:  3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount $ |
|------|-------|-------------|----------|
|      | Advantedge Business operations (Business return credit.) | | 1506.19 |
|      |       |             | 194.00 |
|      |       |             | 42.70 |

Total Cash Receipts          $ 1742.89 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

DEBTOR: _TERRY + LYNETTE EVANSON_     CASE NO: _13 - 19032 MER._

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _12/1/14_ to _12/30/14_

| CASH FLOW SUMMARY | Current Month | | Accumulated | |
|---|---|---|---|---|
| 1. Beginning Cash Balance | $ _12902 29_ | (1) | $ _____ | (1) |
| 2. Cash Receipts | | | | |
|     Operations | _236 20._ | | | |
|     Sale of Assets | | | | |
|     Loans/advances | _1506 19._ | | | |
|     Other | | | | |
|     Total Cash Receipts | $ _1742 89._ | | $ _____ | |
| 3. Cash Disbursements | | | | |
|     Operations | _2806.83_ | | | |
|     Debt Service/Secured loan payment | _2084.81_ | | | |
|     Professional fees/U.S. Trustee fees | | | | |
|     Other | | | | |
|     Total Cash Disbursements | $ _4891.64._ | | $ _____ | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | _____ | | _____ | |
| 5 Ending Cash Balance (to Form 2-C) | $ _9753 54._ | (2) | $ _____ | (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ _9753 54._ |
| DIP Operating Account | _WELLS FARGO 3576._ | |
| DIP State Tax Account | _____ | |
| DIP Payroll Account | _____ | |
| Other Operating Account | _____ | |
| Other Interest-bearing Account | _____ | |
| TOTAL (must agree with Ending Cash Balance above) | | $ _9753 54_ (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.

(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

_13 - 19032 MER_

DEBTOR: _Terry + Lynette Evanson_    CASE NO: _13-19032 MER ._

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _12/1/14_ to _12/30/14_

**CASH DISBURSEMENTS DETAIL**    Account No: _3576._
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | | | $ |
| | | Health Insurance | | 165.96 |
| | | Medical bills | | 300.63 |
| | | Life Insurance | | 156.73 |
| | | House Insurance | | 292.00 |
| | | Donation | | 500.28 |
| | | Personal. | | 602.21 |
| | | Gas. | | 337 |
| | | | | 2084.81 |
| | | Business Operations | | 2806.83 |

Total Cash Disbursements    $ _4891.64_ (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR:  TERRY + LYNETTE EVANSON          CASE NO:  13-19032 MER.

Form 2-C
COMPARATIVE BALANCE SHEET
For Period Ended:  12/30/14

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less:  Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| TOTAL ASSETS | $ | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| TOTAL LIABILITIES | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ | $ |

(1)  Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: _TERRY & LYNETTE EVANSON_    CASE NO: _13-19032 MER._

## Form 2-D
### PROFIT AND LOSS STATEMENT
For Period _12/1/14_ to _12/30/14_

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 236.20 | $ |
| Less: Discounts, Returns and Allowances | ( 42.20 ) | ( _____ ) |
| **Net Operating Revenue** | $ 194.00 | $ |
| Cost of Goods Sold | ¢ | |
| **Gross Profit** | $ 194.00 | $ |
| Operating Expenses | $ 2084.81 | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| _____ | | |
| Total Operating Expenses | $ 2084.81 | $ |
| **Operating Income (Loss)** | $ ⟨ 1890.81 ⟩ | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ ¢ | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ ⟨ 1890.81 ⟩ | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ ⟨ 1890.81 ⟩ | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER.

Form 2-E
SUPPORTING SCHEDULES
For Period: 12/1/14 to 12/31/14.

## POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | House Ins. Farmers | $ same | 2/15 | $ 2/15 |
| Vehicle | Auto Ins. Farmers | $ same |  | $ 4/15 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

DEBTOR: _TERRY + LYNETTE EVANSON_    CASE NO: _13-19032mER._

## Form 2-E
## SUPPORTING SCHEDULES
For Period: _12/1/14_ to _12/30/14_

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

|  | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| **Due** | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| **Total Post Petition** | | |
| **Pre Petition Amounts** | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| Total Post Petition Accounts Payable | | $ |

* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| | | | | | $ |
| Debtor's Counsel | $ | $ | $ | | |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | $ |
| Total | $ | $ | $ | | |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

DEBTOR: _Terry + Lynette Evanson_          CASE NO: _13-19032mer._

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: _12/30/14_

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | _____ $ | | | | |
| February | _____ | | | | |
| March | _____ | | | | |
| TOTAL 1st Quarter | $ | _____ $ | _____ | _____ | _____ |
| April | _____ $ | | | | |
| May | _____ | | | | |
| June | _____ | | | | |
| TOTAL 2nd Quarter | $ | _____ $ | _____ | _____ | _____ |
| July | _____ $ | | | | |
| August | _____ | | | | |
| September | _____ | | | | |
| TOTAL 3rd Quarter | $ | _____ $ | _____ | _____ | _____ |
| October | 5059.²³ $ | | | | |
| November | 4310.³⁴ | | | | |
| December | 4891.64 | | | | |
| TOTAL 4th Quarter | $ | 14261²¹ $ | _____ | _____ | _____ |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

*  This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

**  Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1

Rev. 12/10/2009

DEBTOR: _Terry + Lynette Evanson_          CASE NO: _13-19032 mer._

Form 2-G
NARRATIVE
For Period Ending _12/31/14_

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Wells Fargo Account Activity

 Wells Fargo Online®

## Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $7,814.94 |
| Pending Withdrawals/ Debits | -$76.83 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$7,738.11** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 12/01/14 to 12/30/14

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 12/30/14 | PURCHASE AUTHORIZED ON 12/30 #00895 ALBERTSONS LITTLETON CO P003043647649227701 CARD 7458 | | $27.21 | $9,753.54 |
| 12/30/14 | PURCHASE AUTHORIZED ON 12/29 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00304364166769222 CARD 7458 | | $9.53 | |
| 12/30/14 | PURCHASE AUTHORIZED ON 12/29 TARGET T0271 TARGET T0 Highlands Ran CO P00584364148292734 CARD 7458 | | $53.84 | |
| 12/30/14 | PURCHASE AUTHORIZED ON 12/29 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000655759746 CARD 7458 | | $94.96 | |
| 12/30/14 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 12/29 WAL-MART #1252 HIGHLANDS RAN CO P0000000447685720 CARD 7458 | | $119.73 | |
| 12/29/14 | PURCHASE AUTHORIZED ON 12/29 SAMS CLUB SAM'S Club PROVO UT P00000000235837819 CARD 4079 | | $22.60 | $10,058.81 |
| 12/29/14 | PURCHASE AUTHORIZED ON 12/28 PILOT #592 GRAND JUNSTIO CO P00584363054569682 CARD 4079 | | $17.78 | |
| 12/29/14 | PURCHASE AUTHORIZED ON 12/28 SAMSCLUB 6634 GAS LONE TREE CO S384362762377398 CARD 4079 | | $16.67 | |
| 12/29/14 | PURCHASE AUTHORIZED ON 12/28 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000945746262 CARD 4079 | | $42.35 | |
| 12/29/14 | RECURRING PAYMENT AUTHORIZED ON 12/27 SB *SAVINGS 2 GO 888-272-5027 TX S464361259592756 CARD 4079 | | $14.95 | |
| 12/29/14 | PURCHASE AUTHORIZED ON 12/27 JOHN HOLLY ASIAN B LONE TREE CO S304362126741339 CARD 4079 | | $34.37 | |
| 12/29/14 | PURCHASE AUTHORIZED ON 12/27 SAMSCLUB 6634 GAS LONE TREE CO S304362088703572 CARD 4079 | | $36.00 | |
| 12/29/14 | PURCHASE AUTHORIZED ON 12/26 UA MEADOWS 12 LONE TREE CO S464361060723812 CARD 4079 | | $64.25 | |
| 12/29/14 | PURCHASE AUTHORIZED ON 12/26 SAMSCLUB #6634 LITTLETON SE CO S384360532379417 CARD 4079 | | $22.23 | |
| 12/26/14 | PURCHASE AUTHORIZED ON 12/23 NORDSTROM-RACK #00 LITTLETON CO S084358110552777 CARD 4079 | | $64.02 | $10,330.01 |
| 12/24/14 | PURCHASE AUTHORIZED ON 12/24 SPROUTS FARMERS MKT#30 LONE TREE CO P00464358649145754 CARD 4079 | | $40.50 | $10,394.03 |
| 12/24/14 | PURCHASE AUTHORIZED ON 12/24 Wal-Mart Super Center HIGHLANDS RAN CO P00000000155796886 CARD 4079 | | $20.96 | |
| 12/24/14 | PURCHASE AUTHORIZED ON 12/24 BEDBATH&BEYOND# BEDBAT LITTLETON CO P00584358538341842 CARD 4079 | | $64.08 | |
| 12/24/14 | PURCHASE AUTHORIZED ON 12/23 WALGREENS 6650 TIMBERL HIGHLANDS RAN CO P00584358135399277 CARD 4079 | | $10.49 | |
| 12/24/14 | PURCHASE AUTHORIZED ON 12/23 BATH & BODY WORKS LITTLETON CO P00000000836874170 CARD 4079 | | $44.86 | |

Wells Fargo Account Activity

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 12/24/14 | PURCHASE AUTHORIZED ON 12/23 SAMS CLUB #6634 LONE TREE CO S284357845930935 CARD 4079 | | $24.93 | |
| 12/24/14 | PURCHASE AUTHORIZED ON 12/23 TONYS MKT ON DRY C CENTENNIAL CO S584357692691188 CARD 7458 | | $108.42 | |
| 12/24/14 | PURCHASE AUTHORIZED ON 12/23 CO HEALTH INSURANC 720-6278900 CO S464357631217515 CARD 4079 | | $82.24 | |
| 12/24/14 | PURCHASE AUTHORIZED ON 12/22 Paul S Kimura DC Centennial CO S004356802045145 CARD 7458 | | $50.00 | |
| 12/24/14 | ADVANTEDGE BUSIN 12/24/2014 XXXXX0049 EVANSON, TERRY L. | $753.09 | | |
| 12/23/14 | PURCHASE AUTHORIZED ON 12/23 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000557114535 CARD 4079 | | $47.42 | $10,087.42 |
| 12/23/14 | PURCHASE AUTHORIZED ON 12/23 SAM'S Club LITTLETON SE CO P00000000457554380 CARD 7458 | | $206.55 | |
| 12/23/14 | PURCHASE AUTHORIZED ON 12/23 SPROUTS FARMERS MKT#31 HIGHLANDS RAN CO P00464357768253441 CARD 7458 | | $19.96 | |
| 12/23/14 | PURCHASE AUTHORIZED ON 12/23 #00895 ALBERTSONS LITTLETON CO P00384357726661315 CARD 7458 | | $154.12 | |
| 12/22/14 | PURCHASE AUTHORIZED ON 12/20 COSTCO WHSE #04 LONE TREE CO P00000000643494505 CARD 4079 | | $29.43 | $10,515.47 |
| 12/22/14 | PURCHASE AUTHORIZED ON 12/19 SAMS CLUB #6634 LONE TREE CO S164353582617371 CARD 4079 | | $25.33 | |
| 12/18/14 | PURCHASE AUTHORIZED ON 12/18 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000753783961 CARD 7458 | | $288.18 | $10,570.23 |
| 12/18/14 | PURCHASE AUTHORIZED ON 12/17 BLACK EYED PEA CASTLE ROCK CO S384351070209312 CARD 4079 | | $17.54 | |
| 12/17/14 | PURCHASE AUTHORIZED ON 12/17 SAM'S Club LITTLETON SE CO P00000000753580233 CARD 7458 | | $107.24 | $10,875.95 |
| 12/17/14 | PURCHASE AUTHORIZED ON 12/17 COSTCO WHSE #04 LONE TREE CO P00000000143117812 CARD 7458 | | $58.08 | |
| 12/17/14 | PURCHASE AUTHORIZED ON 12/17 HOB-LOB #117 8181 S. Q Centennial CO P00384351603019129 CARD 7458 | | $22.89 | |
| 12/17/14 | PURCHASE AUTHORIZED ON 12/15 IKEA CENTENNIAL CENTENNIAL CO S464349776096915 CARD 7458 | | $47.61 | |
| 12/15/14 | PURCHASE AUTHORIZED ON 12/15 SPROUTS FARMERS MKT#30 LONE TREE CO P00584349764279418 CARD 7458 | | $27.92 | $11,111.77 |
| 12/15/14 | PURCHASE AUTHORIZED ON 12/15 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000353750140 CARD 7458 | | $41.37 | |
| 12/15/14 | PURCHASE AUTHORIZED ON 12/15 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000053055116 CARD 7458 | | $303.13 | |
| 12/15/14 | PURCHASE AUTHORIZED ON 12/15 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00304349581297340 CARD 7458 | | $10.01 | |
| 12/15/14 | PURCHASE AUTHORIZED ON 12/13 COSTCO GAS #0484 OREM UT P00464348068064338 CARD 4079 | | $41.25 | |
| 12/15/14 | PURCHASE AUTHORIZED ON 12/12 SPROUTS FARMERS MA OREM UT S304346797049885 CARD 4079 | | $7.45 | |
| 12/15/14 | PURCHASE AUTHORIZED ON 12/12 SAMSCLUB 6634 GAS LONE TREE CO S304346548152051 CARD 7458 | | $33.31 | |
| 12/12/14 | PURCHASE AUTHORIZED ON 12/12 COSTCO WHSE #0733 LEHI UT P00384346825659998 CARD 4079 | | $27.27 | $11,576.21 |
| 12/12/14 | PURCHASE AUTHORIZED ON 12/12 COSTCO GAS #0484 OREM UT P00304346685172131 CARD 4079 | | $33.51 | |
| 12/12/14 | PURCHASE AUTHORIZED ON 12/12 SAMSCLUB #6634 LONE TREE CO P00000000856482187 CARD 7458 | | $109.90 | |
| 12/12/14 | PURCHASE AUTHORIZED ON 12/10 LOCO 17 GAS FRUITA CO S304344548707374 CARD 4079 | | $36.05 | |
| 12/12/14 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $753.10 | | |
| 12/12/14 | Shelf Reliance Home Party 2327 Lynette P Evanson | $194.00 | | |
| 12/10/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $10,835.84 |
| 12/10/14 | PURCHASE AUTHORIZED ON 12/10 SAM'S Club LITTLETON SE CO P00000000151251849 CARD 7458 | | $59.29 | |
| 12/10/14 | PURCHASE AUTHORIZED ON 12/09 AMAZON MKTPLACE PM AMZN.COM/BILL WA S584343254081472 CARD 4079 | | $30.29 | |
| 12/10/14 | | | $24.29 | |

Wells Fargo Account Activity

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 12/09 SAMS CLUB #6634 LONE TREE CO S164344071835861 CARD 4079 | | | |
| 12/10/14 | PURCHASE AUTHORIZED ON 12/09 BART G CHRISTIANSE CENTENNIAL CO S004343721196513 CARD 4079 | | $250.00 | |
| 12/10/14 | PURCHASE AUTHORIZED ON 12/09 IBC*NUWAVEOVEN.COM 888-6892831 IL S464342680833037 CARD 4079 | | $129.99 | |
| 12/09/14 | PURCHASE AUTHORIZED ON 12/09 MICHAELS STORES INC777 CASTLE ROCK CO P00000000140577630 CARD 7458 | | $9.04 | $11,379.14 |
| 12/09/14 | PURCHASE AUTHORIZED ON 12/09 SPROUTS FARMERS MKT#30 CASTLE ROCK CO P00464343815721279 CARD 7458 | | $17.38 | |
| 12/09/14 | PURCHASE AUTHORIZED ON 12/09 SPROUTS FARMERS MKT#30 LONE TREE CO P00584343693270031 CARD 4079 | | $55.70 | |
| 12/09/14 | PURCHASE AUTHORIZED ON 12/08 SAMS CLUB #6634 LONE TREE CO S004342560184225 CARD 4079 | | $32.68 | |
| 12/08/14 | FARMERS INS EFT PYMT 120514 A79885688604RCD LYNETTEPEVANSON 07 | | $292.73 | $11,493.94 |
| 12/08/14 | HUMANA, INC. INS PYMT 141204 235174141001235 174159EVANSON LYNET | | $83.72 | |
| 12/08/14 | PURCHASE AUTHORIZED ON 12/04 LOCO 17 GAS FRUITA CO S304339001786831 CARD 4079 | | $22.12 | |
| 12/08/14 | PURCHASE AUTHORIZED ON 12/04 KNEADERS SPANISH FORK UT S584338753391949 CARD 4079 | | $6.88 | |
| 12/05/14 | PURCHASE AUTHORIZED ON 12/04 SAMSCLUB 6685 GAS PROVO UT S464338744011210 CARD 4079 | | $22.56 | $11,899.39 |
| 12/05/14 | PURCHASE AUTHORIZED ON 12/03 KNEADERS SPANISH FORK UT S304337660175676 CARD 4079 | | $4.30 | |
| 12/05/14 | PURCHASE AUTHORIZED ON 12/03 LOCO 17 GAS FRUITA CO S584337542934491 CARD 4079 | | $27.55 | |
| 12/04/14 | PURCHASE AUTHORIZED ON 12/04 WALGREENS 7370 LAGAE R CASTLE ROCK CO P00464338711604325 CARD 7458 | | $25.83 | $11,953.80 |
| 12/04/14 | PURCHASE AUTHORIZED ON 12/04 SPROUTS FARMERS MKT#60 OREM UT P00384338693998825 CARD 4079 | | $22.48 | |
| 12/04/14 | PURCHASE AUTHORIZED ON 12/04 TESORO # 66611 AMERICAN FOR UT P00000000550871259 CARD 4079 | | $13.82 | |
| 12/03/14 | PURCHASE AUTHORIZED ON 12/03 WINCO FOODS # 76 895 N Orem UT P00304338044526636 CARD 4079 | | $47.30 | $12,015.93 |
| 12/03/14 | PURCHASE AUTHORIZED ON 12/03 WM SUPERC Wal-Mart Sup CASTLE ROCK CO P00000000035967795 CARD 7458 | | $40.53 | |
| 12/03/14 | PURCHASE AUTHORIZED ON 12/02 LOAF N JUG #0011 CASTLE ROCK CO S164336576359656 CARD 4079 | | $36.59 | |
| 12/03/14 | PURCHASE AUTHORIZED ON 12/01 AT&T SM54 5439 LONE TREE CO S584335790753410 CARD 7458 | | $16.23 | |
| 12/02/14 | PURCHASE AUTHORIZED ON 12/01 SAMSCLUB #6634 LITTLETON SE CO S464335773624290 CARD 4079 | | $23.14 | $12,156.58 |
| 12/01/14 | CHECK # 140 | | $500.00 | $12,179.72 |
| 12/01/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | |
| 12/01/14 | PURCHASE RETURN AUTHORIZED ON 12/01 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000634033086 CARD 4079 | $42.70 | | |
| 12/01/14 | PURCHASE AUTHORIZED ON 12/01 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000635046184 CARD 7458 | | $47.46 | |
| 12/01/14 | RECURRING PAYMENT AUTHORIZED ON 11/29 SB *SAVINGS 2 GO 888-272-5027 TX S304333266835536 CARD 4079 | | $14.95 | |
| 12/01/14 | PURCHASE AUTHORIZED ON 11/29 THE HOME DEPOT 1508 LITTLETON CO P00464334149252093 CARD 4079 | | $11.54 | |
| 12/01/14 | PURCHASE AUTHORIZED ON 11/29 SAM'S Club LITTLETON SE CO P00000000952467211 CARD 7458 | | $25.62 | |
| 12/01/14 | PURCHASE AUTHORIZED ON 11/29 SAMSCLUB #6634 LITTLETON SE CO S304334084793334 CARD 4079 | | $58.51 | |
| Totals | | $1,742.89 | $4,891.64 | |

⌂ Equal Housing Lender

© 1995 – 2015 Wells Fargo. All rights reserved.