UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Terry Lee Evanson | ) Case No. 13-19032-MER |
| SSN: xxx-xx- 9483, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

NOTICE OF CHANGE OF ADDRESS FOR THE UNITED STATES TRUSTEE AND
ATTORNEY FOR THE UNITED STATES TRUSTEE

The undersigned counsel for the United States Trustee for Region 19 ("UST") provides notice, pursuant to LBR 9010-1(a)(2), of the change of address for the UST and for the attorney for the UST to the following address, effective February 1, 2015. There has been no change to the previous phone or fax number, nor has there been a change of e-mail address:

**Alan K. Motes**
**Office of the United States Trustee, Region 19**
**Byron G. Rogers Federal Building**
**1961 Stout Street**
**Suite 12-200**
**Denver, Colorado 80294**
**Telephone: (303) 312-7999**
**Facsimile: (303) 312-7259**
**Email:  Alan.Motes@usdoj.gov**

Dated:  February 11, 2015              Respectfully submitted,

                                                         PATRICK S. LAYNG
                                                        UNITED STATES TRUSTEE


                                                        /s/  Alan K. Motes
                                                        By: Alan K. Motes, #33997
                                                        Trial Attorney for the U.S. Trustee
                                                        1961 Stout Street, Suite 12-200
                                                        Denver, Colorado 80294
                                                        (303) 312-7999 telephone
                                                        (303) 312-7259 facsimile
                                                        Alan.Motes@usdoj.gov


### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the **NOTICE OF CHANGE OF ADDRESS FOR THE UNITED STATES TRUSTEE AND ATTORNEY FOR THE UNITED STATES TRUSTEE** was mailed, postage prepaid, on the date set forth below to the following individuals.

Dated:  February 11, 2015

Terry Lee Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

Patrick D. Vellone
1600 Stout St.
Suite 1100
Denver, CO 80202

                                                                                        /s/ Nicole Nagler
                                                                                        Office of the United States Trustee