DEBTOR: TERRY + LYNETTE EVANSON    MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 1-31-15

Accounting Method: ☐ Accrual Basis    ☒ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts   IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

WELLS FARGO + RED ROCKS

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 2/11/15    Print Name: TERRY EVANSON

Signature: _[signed]_

Title:

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 1/1/15 to 1/31/15

### CASH FLOW SUMMARY

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 9753.54 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 1995.11 | |
| Sale of Assets | 19 | |
| Loans/advances | 1506.46 | |
| Other  advantedge Returns | 218 | |
| Total Cash Receipts | $ 3719.76 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 1546.11 | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | 5232.93 | |
| Other | | |
| Total Cash Disbursements | $ 6779.04 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | (3059.28) | _____ |
| 5 Ending Cash Balance (to Form 2-C) | $ 6694.26 (2) | $ _____ (2) |

### CASH BALANCE SUMMARY

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 6694.26 |
| DIP Operating Account | Wells Fargo | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 6694.26 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/01/15 to 1/31/15

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576.

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| | Advantedge Paycheck. | | $1506.19 |
| | Business Operations | | 1995.11 |
| | | | 90.54 |
| | | | 88 |
| | Credit returns. | $2213.57 | 12.88 |
| | " | | 99.00 |
| | " | | 04 |
| | | | 16 |

Total Cash Receipts   $ 3719.76 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson  CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/15 to 1/31/15

CASH DISBURSEMENTS DETAIL  Account No: 3576
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | Health Ins. | | 132.24 |
| | | House Ins. | | 617.63 |
| | | House Taxes | | 2604.50 |
| | | Receiver | | 325.00 |
| | | Life Insurance | | 263.82 |
| | | Dish | | 114.67 |
| | | Donations | | 600.00 |
| | | Gas | | 87.82 |
| | | Personal | | 413.01 |
| | | Utilities | | 74.24 |
| | | | | 5232.93 |
| | | Business Operations | | 1546.11 |

Total Cash Disbursements $ 6779.04 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER.

## Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 1/31/15

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) ⌀ | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ | $ |
| Other Assets (List): ⌀ | | |
| **TOTAL ASSETS** | $ | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): ⌀ | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ ⌀ | $ ⌀ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON         CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 1/1/15 to 1/31/15

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 2213.57 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| **Net Operating Revenue** | $ 2213.57 | $ |
| Cost of Goods Sold | | |
| **Gross Profit** | $ 2213.57 | $ |
| Operating Expenses | $ | $ |
|   Officer Compensation | | |
|   Selling, General and Administrative | | |
|   Rents and Leases | | |
|   Depreciation, Depletion and Amortization | | |
|   Other (list): _____ | | |
| **Total Operating Expenses** | $ 1546.11 | $ |
| **Operating Income (Loss)** | $ 667.46 | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses | | |
|   Gains (Losses) on Sale of Assets | | |
|   Interest Income | | |
|   Interest Expense | | |
|   Other Non-Operating Income | | |
| **Net Non-Operating Income or (Expenses)** | $ 0 | $ |
| Reorganization Expenses | $ | $ |
|   Legal and Professional Fees | | |
|   Other Reorganization Expense | | |
| **Total Reorganization Expenses** | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 667.46 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 667.46 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 1/1/15 to 1/31/15

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ 0 | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS | $ 0 | $ | $ | | | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | House | $ same | 2/15 | $ 3/15 |
| Vehicle | Cars | $ same | 4/15 | $ 4/15 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson   CASE NO: 13-19032MER

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 1/1/15 to 1/31/15

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

|  | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| **Due** | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ 0 | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
|  |  |  |  |  | $ |
| Debtor's Counsel | $ | $ | $ |  |  |
| Counsel for Unsecured Creditors' Committee |  |  |  |  |  |
| Trustee's Counsel |  |  |  |  |  |
| Accountant |  |  |  |  | 0 |
| Other: _____ |  |  |  |  |  |
| Total | $ | $ | $ |  | $ |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
|  |  |  | $ 0 |
|  |  |  |  |
|  |  |  |  |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON        CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 1/31/15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 6779.04 $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 1/31/15

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $6,456.77 |
| Pending Withdrawals/ Debits | -$145.00 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$6,311.77** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 12/31/14 to 01/31/15

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 01/30/15 | SAFECO INS. CO. TEL PAYMNT OY7376730 Terry Evanson | | $324.90 | $6,694.26 |
| 01/30/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | |
| 01/29/15 | GILA CORP PMTPROCESS 150127 47-R0036767 TERRY EVANSON | | $2,604.50 | $7,126.35 |
| 01/29/15 | RECURRING PAYMENT AUTHORIZED ON 01/29 SB *SAVINGS 2 GO 888-272-5027 TX S585029257927668 CARD 4079 | | $14.95 | |
| 01/29/15 | PURCHASE AUTHORIZED ON 01/29 PILOT #592 GRAND JUNSTIO CO P00585029776062369 CARD 4079 | | $14.01 | |
| 01/28/15 | KOHL'S DEPT STRS CHG PYMT 150127 043000097793552 EVANSON TERRY | | $55.00 | $9,759.81 |
| 01/28/15 | PURCHASE AUTHORIZED ON 01/28 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00305028548185898 CARD 4079 | | $41.26 | |
| 01/28/15 | PURCHASE AUTHORIZED ON 01/27 KING SOOPERS #0691 CASTLE ROCK CO S165028073766551 CARD 4079 | | $4.07 | |
| 01/27/15 | PURCHASE AUTHORIZED ON 01/27 SAMS CLUB SAM'S Club LITTLETON SE CO P000000001144032051 CARD 7458 | | $18.29 | $9,860.14 |
| 01/26/15 | CHECK # 143 | | $325.00 | $9,878.43 |
| 01/26/15 | PURCHASE AUTHORIZED ON 01/26 SHELL Service Station HIGHLANDS RAN CO P003850265534477022 CARD 4079 | | $16.33 | |
| 01/26/15 | PURCHASE AUTHORIZED ON 01/23 CHILI'S SOUTH PARK PARKER CO S585024100729352 CARD 4079 | | $21.11 | |
| 01/26/15 | PURCHASE AUTHORIZED ON 01/23 SAMSCLUB 6634 GAS LONE TREE CO S305024011528625 CARD 4079 | | $4.94 | |
| 01/26/15 | DEPOSIT MADE IN A BRANCH/STORE #8955936197 | $1,912.82 | | |
| 01/23/15 | PURCHASE AUTHORIZED ON 01/22 CONOCO-MGM 0743 HIGHLNDS RNCH CO S305022807353509 CARD 7458 | | $7.00 | $8,332.99 |
| 01/23/15 | PURCHASE AUTHORIZED ON 01/22 SAMS CLUB #6634 LONE TREE CO S165022567439478 CARD 4079 | | $7.09 | |
| 01/23/15 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $753.09 | | |
| 01/22/15 | PURCHASE AUTHORIZED ON 01/21 WALGREENS #5538 HIGHLANDS RAN CO S585022010420610 CARD 4079 | | $8.00 | $7,593.99 |
| 01/21/15 | PURCHASE AUTHORIZED ON 01/21 Wal-Mart Super Center CASTLE ROCK CO P00000000855268169 CARD 7458 | | $41.61 | $7,601.99 |
| 01/20/15 | WASTE CONNECTION WEB_PAY JAN 15 14472287011915 TERRY EVANSON | | $74.24 | $7,643.60 |
| 01/20/15 | PURCHASE AUTHORIZED ON 01/20 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00385020573292795 CARD 7458 | | $36.31 | |
| 01/20/15 | PURCHASE AUTHORIZED ON 01/19 KING SOOPERS 400 RED C HIGHLANDS RNC CO P004650197768144202 CARD 7458 | | $17.42 | |
| 01/20/15 | | | $22.06 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 01/17 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00385018174945772 CARD 4079 | | | |
| 01/20/15 | PURCHASE AUTHORIZED ON 01/16 SAMS CLUB #6634 LONE TREE CO S085016844633382 CARD 4079 | | $37.35 | |
| 01/20/15 | PURCHASE RETURN AUTHORIZED ON 01/19 AMAZON MKTPLACE PM AMZN.COM/BILL WA S625020547146944 CARD 4079 | $16.04 | | |
| 01/16/15 | RECURRING PAYMENT REVERSAL ON 01/15 AmazonPrime Member amzn.com/prme NV S625016545025744 CARD 4079 | $99.00 | | $7,814.94 |
| 01/16/15 | PURCHASE AUTHORIZED ON 01/16 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00585016628975512 CARD 7458 | | $21.54 | |
| 01/16/15 | PURCHASE RETURN AUTHORIZED ON 01/16 AMAZON MKTPLACE PM AMZN.COM/BILL WA S625016549808174 CARD 4079 | $12.88 | | |
| 01/15/15 | PURCHASE AUTHORIZED ON 01/15 COSTCO WHSE #0468 LONE TREE CO P00305015626117050 CARD 7458 | | $15.88 | $7,724.60 |
| 01/15/15 | PURCHASE AUTHORIZED ON 01/15 SAMSCLUB #6634 LONE TREE CO P00000000346769234 CARD 7458 | | $149.00 | |
| 01/15/15 | PURCHASE AUTHORIZED ON 01/13 DESERET BOOK CO 60 LITTLETON CO S585013848905565 CARD 4079 | | $28.29 | |
| 01/14/15 | PURCHASE AUTHORIZED ON 01/14 SAFEWAY STORE 1967 CASTLE ROCK CO P00465014569300688 CARD 7458 | | $8.08 | $7,917.77 |
| 01/14/15 | PURCHASE AUTHORIZED ON 01/12 WESTERN CONVENIENC CASTLE ROCK CO S465013132984122 CARD 4079 | | $29.23 | |
| 01/14/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $82.29 | | |
| 01/13/15 | PURCHASE AUTHORIZED ON 01/13 SPROUTS FARMERS MKT#31 HIGHLANDS RAN CO P00585013860273518 CARD 4079 | | $18.78 | $7,872.79 |
| 01/13/15 | PURCHASE AUTHORIZED ON 01/12 USPS07558375005017 HIGHLANDS RAN CO S465012750704373 CARD 7458 | | $5.75 | |
| 01/12/15 | CHECK # 142 | | $225.00 | $7,897.32 |
| 01/12/15 | PURCHASE AUTHORIZED ON 01/12 KING SOOPERS 5673S. QU HIGHLANDS RNC CO P00585012835956806 CARD 4079 | | $5.78 | |
| 01/12/15 | PURCHASE AUTHORIZED ON 01/12 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00305012787299029 CARD 7458 | | $24.29 | |
| 01/12/15 | PURCHASE AUTHORIZED ON 01/10 LOAF N JUG #0011 CASTLE ROCK CO S085011064001224 CARD 4079 | | $16.31 | |
| 01/12/15 | PURCHASE AUTHORIZED ON 01/09 LDS*HQ DIST CTR 800-537-5971 UT S385006798810818 CARD 4079 | | $10.00 | |
| 01/12/15 | PURCHASE AUTHORIZED ON 01/07 TLF ASSOC WHOLESAL 303-4551234 CO S585007723758135 CARD 7458 | | $105.62 | |
| 01/12/15 | ADVANTEDGE BUSIN PAYROLL XXXXX0049 EVANSON, TERRY L. | $753.10 | | |
| 01/09/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $7,531.22 |
| 01/08/15 | COLORADO HEALTH 723520 150106 LYNETTE EVANSON TERRY EVANSON | | $82.24 | $7,580.66 |
| 01/08/15 | DISH NETWORK DISH NTWRK 010615 9060370845 SPA EVANSON,TERRY | | $114.67 | |
| 01/08/15 | PURCHASE AUTHORIZED ON 01/08 SAM'S Club LITTLETON SE CO P00000000745934224 CARD 7458 | | $80.57 | |
| 01/08/15 | PURCHASE AUTHORIZED ON 01/08 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00465008513551719 CARD 7458 | | $77.65 | |
| 01/08/15 | RECURRING PAYMENT AUTHORIZED ON 01/07 AmazonPrime Member amzn.com/prme NV S305007708495957 CARD 4079 | | $99.00 | |
| 01/07/15 | PURCHASE RETURN AUTHORIZED ON 01/07 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000453775978 CARD 7458 | $90.54 | | $8,034.79 |
| 01/07/15 | PURCHASE AUTHORIZED ON 01/07 SPROUTS FARMERS MKT#30 LONE TREE CO P00385077798650980 CARD 7458 | | $29.50 | |
| 01/07/15 | PURCHASE AUTHORIZED ON 01/07 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000150758827 CARD 7458 | | $205.78 | |
| 01/06/15 | FARMERS INS EFT PYMT 010515 A79885688604RCD LYNETTEPEVANSON 07 | | $292.73 | $8,179.53 |
| 01/05/15 | PURCHASE AUTHORIZED ON 01/03 SAMSCLUB #6634 LITTLETON SE CO S465004091490616 CARD 4079 | | $41.96 | $8,472.26 |
| 01/05/15 | PURCHASE AUTHORIZED ON 12/31 TLF ASSOC WHOLESAL 303-4551234 CO S464365649829380 CARD 7458 | | $150.99 | |
| 01/02/15 | PURCHASE AUTHORIZED ON 01/02 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00585002738232340 CARD 7458 | | $19.17 | $8,665.21 |
| 01/02/15 | | | $45.43 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
|  | PURCHASE AUTHORIZED ON 01/02 SPROUTS FARMERS MKT#30 CASTLE ROCK CO P00585002722305356 CARD 7458 |  |  |  |
| 01/02/15 | PURCHASE AUTHORIZED ON 12/30 DESERET BOOK CO 60 LITTLETON CO S384364786453159 CARD 7458 |  | $71.60 |  |
| 01/02/15 | PURCHASE AUTHORIZED ON 12/30 Andrew P Hummell D Centennial CO S284364741821889 CARD 7458 |  | $50.00 |  |
| 12/31/14 | CHECK # 141 |  | $600.00 | $8,851.41 |
| 12/31/14 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN |  | $107.19 |  |
| 12/31/14 | PURCHASE AUTHORIZED ON 12/31 SAMSCLUB #6634 LONE TREE CO P00000000559178935 CARD 7458 |  | $90.29 |  |
| 12/31/14 | PURCHASE AUTHORIZED ON 12/31 SAM'S Club LITTLETON SE CO P00000000959556594 CARD 7458 |  | $68.38 |  |
| 12/31/14 | PURCHASE AUTHORIZED ON 12/30 AFS GRND JUNCTION GRAND JUNCTIO CO S584364102827194 CARD 4079 |  | $16.00 |  |
| 12/31/14 | PURCHASE AUTHORIZED ON 12/30 SAMS CLUB #6634 LONE TREE CO S164364853537011 CARD 4079 |  | $20.27 |  |
| Totals |  | $3,719.76 | $6,779.04 |  |

Equal Housing Lender
© 1995 – 2015 Wells Fargo. All rights reserved.