DEBTOR: TERRY + LYNETTE EVANSON        MONTHLY OPERATING REPORT
                                       CHAPTER 11
CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 2-28-15

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 3/18/15    Print Name: TERRY EVANSON

Signature: _____

Title: _____

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 2/1/15 to 2/28/15

CASH RECEIPTS DETAIL   Account No: 3576.
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| | | Business Income. | $2748.40 |

Total Cash Receipts  $ 2748.40 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson       CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 2/01/15 to 2/28/15

CASH DISBURSEMENTS DETAIL        Account No: 3526.
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | Gas | | 153.35 |
| | | Internet | | 240.33 |
| | | Doctor | | 700.00 |
| | | | | 49.44 |
| | | Life Ins. | | 164.42 |
| | | Health Ins. | | 119.67 |
| | | Dish | | 281.17 |
| | | Personal | | 1708.38 |
| | | | | 1228.46 |
| | | Business Expenses. | | |

Total Cash Disbursements  $ 2936.84 (1)

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 2/1/15 to 2/28/15

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 6694.26 (1) | $ _____ (1) |
| 2. Cash Receipts | 2748.40 | |
|    Operations | | |
|    Sale of Assets | | |
|    Loans/advances | | |
|    Other | | |
|    Total Cash Receipts | $ 2748.40 | $ _____ |
| 3. Cash Disbursements | | |
|    Operations | 1228.46 | |
|    Debt Service/Secured loan payment | 1708.38 | |
|    Professional fees/U.S. Trustee fees | | |
|    Other | | |
|    Total Cash Disbursements | $ 2936.84 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | |
| 5. Ending Cash Balance (to Form 2-C) | $ 6505.82 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 6505.82 |
| DIP Operating Account | WELLS 3576 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 6505.82 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

13-19032 MER

DEBTOR: TERRY + LYNETTE EVANSON  CASE NO: 13-19032 MER.

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 2/28/15

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | ∅ | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | ∅ | |
| **TOTAL ASSETS** | $ | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | ∅ | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ ∅ | $ ∅ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON        CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 2/1/15 to 2/28/15

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 2748.40 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| **Net Operating Revenue** | $ 2748.40 | $ |
| Cost of Goods Sold | — | |
| **Gross Profit** | $ 2748.40 | $ |
| Operating Expenses | $ | $ |
|   Officer Compensation | | |
|   Selling, General and Administrative | | |
|   Rents and Leases | | |
|   Depreciation, Depletion and Amortization | 1228.46 | |
|   Other (list): _____ | | |
| **Total Operating Expenses** | $ 1228.46 | $ |
| **Operating Income (Loss)** | $ 1519.94 | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses | | |
|   Gains (Losses) on Sale of Assets | | |
|   Interest Income | | |
|   Interest Expense | | |
|   Other Non-Operating Income | | |
| **Net Non-Operating Income or (Expenses)** | $ 0 | $ |
| Reorganization Expenses | $ | $ |
|   Legal and Professional Fees | | |
|   Other Reorganization Expense | | |
| **Total Reorganization Expenses** | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 1519.94 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 1519.94 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson         CASE NO: 13-19032 MER.

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 2/1/15 to 2/28/15

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | House - SAFECO | $ SAME | 2/5/16 | $ |
| Vehicle | - Farmers | $ SAME | 4/10/15 | $ |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032mER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 2/1/15 to 2/28/15

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | 0 |
| Other: | | | | | |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032mer

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 2/28/15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 6779.04 | | | | |
| February | 2936.84 | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 2/28/15

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $4,841.66 |
| Pending Withdrawals/ Debits | -$261.13 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$4,580.53** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 02/01/15 to 02/28/15

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 02/27/15 | COLORADO HEALTH 723520 150226 LYNETTE P EVANS LYNETT EVANSON | | $164.42 | $6,505.82 |
| 02/27/15 | PURCHASE AUTHORIZED ON 02/27 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000540308747 CARD 7458 | | $152.45 | |
| 02/27/15 | PURCHASE AUTHORIZED ON 02/27 #00895 ALBERTSONS LITTLETON CO P00385058745237908 CARD 7458 | | $143.73 | |
| 02/27/15 | PURCHASE AUTHORIZED ON 02/26 BART G CHRISTIANSE 303-790-9323 CO S085057712896125 CARD 4079 | | $400.00 | |
| 02/27/15 | PURCHASE AUTHORIZED ON 02/26 SAMSCLUB #6634 LITTLETON SE CO S385057589206598 CARD 4079 | | $34.67 | |
| 02/27/15 | PURCHASE AUTHORIZED ON 02/25 WESTERN CONVENIENC CASTLE ROCK CO S585057126071261 CARD 4079 | | $7.18 | |
| 02/26/15 | PURCHASE AUTHORIZED ON 02/26 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000151970532 CARD 7458 | | $39.75 | $7,408.27 |
| 02/26/15 | PURCHASE AUTHORIZED ON 02/26 JOANN STORES, INC. CENTENNIAL CO P00305057706845699 CARD 7458 | | $15.72 | |
| 02/26/15 | PURCHASE AUTHORIZED ON 02/25 ONE PRICE CLEANERS HIGHLANDS RAN CO S305056859601005 CARD 4079 | | $29.36 | |
| 02/25/15 | PURCHASE AUTHORIZED ON 02/25 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00465056835564883 CARD 7458 | | $18.73 | $7,493.10 |
| 02/25/15 | PURCHASE AUTHORIZED ON 02/24 SAMSCLUB #6634 LITTLETON SE CO S385055703991375 CARD 4079 | | $12.62 | |
| 02/24/15 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $240.33 | $7,524.45 |
| 02/24/15 | PURCHASE AUTHORIZED ON 02/24 SAM'S Club LITTLETON SE CO P00000000950779203 CARD 7458 | | $21.50 | |
| 02/24/15 | PURCHASE AUTHORIZED ON 02/21 TLF ASSOC WHOLESAL 303-4551234 CO S385052651222565 CARD 7458 | | $120.75 | |
| 02/23/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 02/23 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00385055018662989 CARD 7458 | | $27.48 | $7,907.03 |
| 02/23/15 | PURCHASE AUTHORIZED ON 02/22 COSTCO GAS #0622 WEST VALLEY UT P00465053655171270 CARD 4079 | | $29.26 | |
| 02/23/15 | PURCHASE AUTHORIZED ON 02/21 CONOCO-MGM 0743 HIGHLNDS RNCH CO S385052703601017 CARD 4079 | | $20.00 | |
| 02/23/15 | PURCHASE AUTHORIZED ON 02/21 SAM'S Club LITTLETON SE CO P00000000954491426 CARD 7458 | | $17.05 | |
| 02/20/15 | ATM WITHDRAWAL AUTHORIZED ON 02/20 CASTLE ROCK CASTLE ROCK CO 0007386 ATM ID 2967S CARD 7458 | | $200.00 | $8,000.82 |
| 02/19/15 | PURCHASE AUTHORIZED ON 02/18 SAMS CLUB #6634 LONE TREE CO S285049566641266 CARD 4079 | | $24.99 | $8,200.82 |
| 02/18/15 | PURCHASE AUTHORIZED ON 02/18 SAM'S Club LITTLETON SE CO P00000000452633477 CARD 7458 | | $31.73 | $8,225.81 |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 02/18/15 | PURCHASE AUTHORIZED ON 02/18 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00385049839904240 CARD 7458 | | $22.60 | |
| 02/18/15 | PURCHASE AUTHORIZED ON 02/18 PILOT #592 GRAND JUNSTIO CO P00585049762269535 CARD 4079 | | $34.32 | |
| 02/17/15 | PURCHASE AUTHORIZED ON 02/17 SAM'S Club LITTLETON SE CO P00000000834292343 CARD 7458 | | $97.31 | $8,314.46 |
| 02/17/15 | PURCHASE AUTHORIZED ON 02/16 SPROUTS FARMERS MKT#30 LONE TREE CO P00585047598446580 CARD 7458 | | $25.96 | |
| 02/17/15 | PURCHASE AUTHORIZED ON 02/13 SAMSCLUB 6634 GAS LONE TREE CO S305044804036621 CARD 4079 | | $17.71 | |
| 02/13/15 | PURCHASE AUTHORIZED ON 02/13 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00385044600365685 CARD 7458 | | $7.34 | $8,455.44 |
| 02/13/15 | PURCHASE AUTHORIZED ON 02/12 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P000000000254083322 CARD 7458 | | $3.24 | |
| 02/13/15 | PURCHASE AUTHORIZED ON 02/12 IKEA CENTENNIAL CENTENNIAL CO S305044072871915 CARD 4079 | | $26.97 | |
| 02/13/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $39.74 | | |
| 02/12/15 | DISH NETWORK DISH NTWRK 021015 9060370845 SPA EVANSON,TERRY | | $119.67 | $8,453.25 |
| 02/12/15 | eDeposit in Branch/Store 02/12/15 12:22:05 PM 12505 E LINCOLN AVE ENGLEWOOD CO 3576 | $2,708.66 | | |
| 02/11/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $5,864.26 |
| 02/11/15 | PURCHASE AUTHORIZED ON 02/11 USPS 0755839554 LITTLETON CO P00000000049930206 CARD 4079 | | $19.99 | |
| 02/11/15 | PURCHASE AUTHORIZED ON 02/11 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000245676215 CARD 7458 | | $19.32 | |
| 02/11/15 | PURCHASE AUTHORIZED ON 02/10 BART G CHRISTIANSE 303-790-9323 CO S005041844207908 CARD 4079 | | $300.00 | |
| 02/10/15 | PURCHASE AUTHORIZED ON 02/10 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00465041857442720 CARD 7458 | | $58.76 | $6,253.01 |
| 02/09/15 | PURCHASE AUTHORIZED ON 02/09 SPROUTS FARMERS MKT#30 LONE TREE CO P00465040654207775 CARD 7458 | | $19.14 | $6,311.77 |
| 02/09/15 | PURCHASE AUTHORIZED ON 02/09 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000447591259 CARD 7458 | | $125.86 | |
| 02/06/15 | FARMERS INS EFT PYMT 020515 A79885688604RCD LYNETTEPEVANSON 07 | | $2.00 | $6,456.77 |
| 02/06/15 | PURCHASE AUTHORIZED ON 02/05 TOKYO JOES CHESTER CENTENNIAL CO S465036737057412 CARD 4079 | | $7.79 | |
| 02/05/15 | PURCHASE AUTHORIZED ON 02/04 SAMS CLUB #6634 LONE TREE CO S005035541230085 CARD 4079 | | $22.74 | $6,466.56 |
| 02/04/15 | PURCHASE AUTHORIZED ON 02/04 SPROUTS FARMERS MKT#30 CASTLE ROCK CO P00585035693734685 CARD 7458 | | $22.36 | $6,489.30 |
| 02/04/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 02/04 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00385035579778434 CARD 7458 | | $67.60 | |
| 02/02/15 | PURCHASE AUTHORIZED ON 02/02 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00385033833576306 CARD 7458 | | $6.68 | $6,579.26 |
| 02/02/15 | PURCHASE AUTHORIZED ON 02/02 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00385033789537401 CARD 7458 | | $45.73 | |
| 02/02/15 | PURCHASE AUTHORIZED ON 02/01 AFS GRND JUNCTION GRAND JCT CO P00465033025366528 CARD 4079 | | $14.76 | |
| 02/02/15 | PURCHASE AUTHORIZED ON 02/01 COSTCO GAS #0484 OREM UT P00585032770005075 CARD 4079 | | $20.14 | |
| 02/02/15 | PURCHASE AUTHORIZED ON 01/31 SMITHS 210 E. 700 SOUT PLEASANT GROV UT P00465031762422051 CARD 7458 | | $15.29 | |
| 02/02/15 | PURCHASE AUTHORIZED ON 01/30 SAPP BROS TRUCK ST SALT LAKE CIT UT S465030590883926 CARD 4079 | | $12.40 | |
| Totals | | $2,748.40 | $2,936.84 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

🏠 Equal Housing Lender
© 1995 – 2015 Wells Fargo. All rights reserved.