DEBTOR: Terry & Lynette Evanson     MONTHLY OPERATING REPORT
                                    CHAPTER 11
CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 3-30-15

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts<br>IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts<br>WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 4/18/15     Print Name: TERRY EVANSON

Signature: _[signed]_

Title:

Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson     CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3/1/15 to 3/30/15

**CASH RECEIPTS DETAIL**     Account No: 3576.
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| | | Social Security (Lynette - 2 months Pd.) (1st payments to her.) | $1584.00 |
| | | Operations | 66.58 |
| | | refund | 7.98 |

Total Cash Receipts     $1658.56 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson        CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3/1/15 to 3/30/15

CASH DISBURSEMENTS DETAIL            Account No: 3576
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|------|-----------|-------|-----------------------|----------|
|      |           | Life Ins. |                   | 156.23   |
|      |           | Health Ins. |                 | 82.23    |
|      |           | House Ins. |                  | 324.92   |
|      |           | Discover payment |            | 225.00   |
|      |           | Donation |                    | 250.00   |
|      |           | Gas |                         | 43.31    |
|      |           | Personal |                    | 463.90   |
|      |           | Car license plates |          | 230.62   |
|      |           |       |                       | 1786.61  |
|      |           | Operations |                  | 2300.71  |

Total Cash Disbursements        $ 4687.22 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON        CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3/1/15 to 3/30/15

**CASH FLOW SUMMARY**                Current Month            Accumulated

1. Beginning Cash Balance            $ 6505.82 (1)            $ _____ (1)

2. Cash Receipts
   Operations                        66.58
   Sale of Assets                    _____
   Loans/advances                    1584.98
   Other  social security refund     7.50
   Total Cash Receipts               $ 1658.50               $ _____

3. Cash Disbursements
   Operations                        2300.71
   Debt Service/Secured loan payment 1786.61
   Professional fees/U.S. Trustee fees
   Other
   Total Cash Disbursements          $ 4087.32              $ _____

4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements)

5. Ending Cash Balance (to Form 2-C) $ 4077.06 (2)           $ _____ (2)

**CASH BALANCE SUMMARY**             Financial Institution     Book Balance

Petty Cash                                                    $
DIP Operating Account  # 3576        4077.06
DIP State Tax Account
DIP Payroll Account
Other Operating Account
Other Interest-bearing Account
TOTAL (must agree with Ending Cash Balance above)             $ 4077.06 (2)

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON          CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 3/30/15

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | 0 | |
| Other Current Assets :(List) _____ | | |
| _____ | | |
| Total Current Assets | $ _____ | $ _____ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | _____ | _____ |
| Less: Accumulated Depreciation | ( ____ ) | ( ____ ) |
| Net Fixed Assets | $ _____ | $ _____ |
| Other Assets (List): _____ | | |
| _____ | 0 | |
| **TOTAL ASSETS** | $ _____ | $ _____ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): _____ | | |
| _____ | 0 | |
| Total Post Petition Liabilities | $ _____ | $ _____ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ 0 | $ |
| **TOTAL LIABILITIES** | $ 0 | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ 0 | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ 0 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson         CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 3/1/15 to 3/30/15

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 66.58 | $ |
| Less: Discounts, Returns and Allowances | ( — ) | ( ) |
| **Net Operating Revenue** | $ 66.58 | $ |
| Cost of Goods Sold | 0 | |
| **Gross Profit** | $ 66.58 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ _____ | | |
| Total Operating Expenses | $ 2300.71 | $ |
| **Operating Income (Loss)** | $ (2234.13) | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ (2234.13) | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON        CASE NO: 13-19032 MER

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 3/1/15 to 3/30/15

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | $ 0 |
| TOTALS | $ | $ | $ | | | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | House - Safeco | $ same | | $ 2/5/16 |
| Vehicle | Cars - Farmers | $ same | | $ 4/10/15 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032mER

Form 2-E
SUPPORTING SCHEDULES
For Period: 3/1/15 to 3/30/15

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| **Total Post Petition** | | |
| **Pre Petition Amounts** | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | 0 |
| Other: | | | | | $ |
| Total | $ | $ | $ | | |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | 0 |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON  CASE NO: 13-19032mer

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 3/30/15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 6779.04 | | | | |
| February | 2936.84 | | | | |
| March | 4087.32 | | | | |
| TOTAL 1st Quarter | $ | 13803.20 $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)] In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1

Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 3/30/15

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $5,199.91 |
| Pending Withdrawals/ Debits | -$58.56 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $5,141.35 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 03/01/15 to 03/30/15

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 03/30/15 | PURCHASE RETURN AUTHORIZED ON 03/28 KING SOOPERS 5673S. QU HIGHLANDS RNC CO P00585088088630887 CARD 4079 | $7.98 | | $4,077.06 |
| 03/30/15 | NON-WELLS FARGO ATM TRANSACTION FEE | | $2.50 | |
| 03/30/15 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 03/30 US BANK PARK MEU.S. BANK LONE TREE CO 00585089819568497 ATM ID SUS4U557 CARD 4079 | | $103.00 | |
| 03/30/15 | RECURRING PAYMENT AUTHORIZED ON 03/28 SB *SAVINGS 2 GO 888-272-5027 TX S305087222170224 CARD 4079 | | $14.95 | |
| 03/30/15 | PURCHASE AUTHORIZED ON 03/28 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00465088130818919 CARD 4079 | | $23.10 | |
| 03/30/15 | PURCHASE AUTHORIZED ON 03/28 KING SOOPERS 5673S. QU HIGHLANDS RNC CO P00385088098227903 CARD 4079 | | $7.78 | |
| 03/30/15 | PURCHASE AUTHORIZED ON 03/28 KING SOOPERS 5673S. QU HIGHLANDS RNC CO P00305088095579723 CARD 4079 | | $24.61 | |
| 03/30/15 | PURCHASE AUTHORIZED ON 03/28 SAMS CLUB SAM'S Club LITTLETON SE CO P000000000359534656 CARD 4079 | | $19.14 | |
| 03/30/15 | PURCHASE AUTHORIZED ON 03/28 KING SOOPERS 9551 UNIV IGHLANDS RNCH CO P00465087709437775 CARD 4079 | | $44.36 | |
| 03/30/15 | PURCHASE AUTHORIZED ON 03/28 SPROUTS FARMERS MA HIGHLANDS RAN CO S305087693155188 CARD 4079 | | $10.34 | |
| 03/30/15 | PURCHASE AUTHORIZED ON 03/28 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00585087676897785 CARD 4079 | | $7.97 | |
| 03/30/15 | PURCHASE AUTHORIZED ON 03/28 SAM'S Club LITTLETON SE CO P00000000542721777 CARD 4079 | | $244.05 | |
| 03/27/15 | PURCHASE AUTHORIZED ON 03/27 SPROUTS FARMERS MKT#30 LONE TREE CO P00585086768775636 CARD 4079 | | $33.50 | $4,570.88 |
| 03/26/15 | PURCHASE AUTHORIZED ON 03/26 SPROUTS FARMERS MKT#30 LONE TREE CO P00385085500618843 CARD 4079 | | $86.18 | $4,604.38 |
| 03/26/15 | PURCHASE AUTHORIZED ON 03/25 SAMSCLUB #6634 LITTLETON SE CO S585084482630531 CARD 4079 | | $27.61 | |
| 03/26/15 | PURCHASE AUTHORIZED ON 03/24 MINGS DYNASTY GLENDALE CO S385083755302455 CARD 4079 | | $23.58 | |
| 03/25/15 | PURCHASE AUTHORIZED ON 03/25 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000633815973 CARD 4079 | | $81.02 | $4,741.75 |
| 03/23/15 | PURCHASE AUTHORIZED ON 03/23 SPROUTS FARMERS MKT#30 LONE TREE CO P00585082778271752 CARD 4079 | | $19.97 | $4,822.77 |
| 03/23/15 | PURCHASE AUTHORIZED ON 03/21 OUTBACK 5010 EVANSVILLE WY S585080051547404 CARD 4079 | | $17.74 | |
| 03/23/15 | PURCHASE AUTHORIZED ON 03/21 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000942855605 CARD 7458 | | $62.60 | |
| 03/23/15 | | | $205.91 | |

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=oVoekwRlLLtgrb8NZO8vt... 4/16/2015

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 03/21 SAMSCLUB #6634 LONE TREE CO P00000000359653883 CARD 7458 | | | |
| 03/23/15 | PURCHASE AUTHORIZED ON 03/20 K'S#3 RAWLINS WY S465079524115151 CARD 4079 | | $20.62 | |
| 03/20/15 | KOHL'S DEPT STRS CHG PYMT 150319 043000094503074 EVANSON TERRY | | $154.42 | $5,149.61 |
| 03/20/15 | PURCHASE AUTHORIZED ON 03/19 SAMSCLUB 6634 GAS LONE TREE CO S465078808290744 CARD 4079 | | $10.69 | |
| 03/20/15 | PURCHASE AUTHORIZED ON 03/19 CO HEALTH INSURANC 720-6278900 CO S385078655967001 CARD 4079 | | $82.23 | |
| 03/19/15 | PURCHASE AUTHORIZED ON 03/19 KING SOOPERS 12959 PAR PARKER CO P00465078561375781 CARD 7458 | | $14.55 | $5,396.95 |
| 03/19/15 | PURCHASE AUTHORIZED ON 03/18 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00385078103811563 CARD 7458 | | $9.83 | |
| 03/19/15 | PURCHASE AUTHORIZED ON 03/18 SAMS CLUB #6634 LONE TREE CO S165077789238219 CARD 7458 | | $37.41 | |
| 03/19/15 | PURCHASE AUTHORIZED ON 03/18 SAMS CLUB #6634 LONE TREE CO S085077777536555 CARD 4079 | | $26.03 | |
| 03/19/15 | SSA TREAS 310 XXSOC SEC 031915 XXXXX9483B SSA LYNETTE P EVANSON | $1,584.00 | | |
| 03/18/15 | colorado.gov CO Gov 150316 29674080 Evanson, Terry | | $230.62 | $3,900.77 |
| 03/18/15 | PURCHASE AUTHORIZED ON 03/18 SPROUTS FARMERS MKT#30 LONE TREE CO P00305077810731606 CARD 7458 | | $40.28 | |
| 03/18/15 | PURCHASE AUTHORIZED ON 03/18 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000536598572 CARD 7458 | | $116.86 | |
| 03/17/15 | PURCHASE AUTHORIZED ON 03/17 SHELL Service Station HIGHLANDS RAN CO P003050765061955581 CARD 7458 | | $12.00 | $4,288.53 |
| 03/16/15 | CHECK # 145 | | $250.00 | $4,300.53 |
| 03/16/15 | PURCHASE AUTHORIZED ON 03/14 SAMSCLUB #6634 LONE TREE CO P00000000350017687 CARD 7458 | | $18.00 | |
| 03/16/15 | PURCHASE AUTHORIZED ON 03/13 TLF ASSOC WHOLESAL 303-4551234 CO S465072634246835 CARD 7458 | | $187.50 | |
| 03/16/15 | PURCHASE AUTHORIZED ON 03/12 HACIENDA COLORADO ENGLEWOOD CO S465071682515932 CARD 4079 | | $85.63 | |
| 03/13/15 | PURCHASE AUTHORIZED ON 03/13 SAM'S Club LITTLETON SE CO P00000000546135901 CARD 7458 | | $146.27 | $4,841.66 |
| 03/13/15 | PURCHASE AUTHORIZED ON 03/13 SPROUTS FARMERS MKT#31 HIGHLANDS RAN CO P00305072665402079 CARD 7458 | | $32.22 | |
| 03/13/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $66.58 | | |
| 03/12/15 | PURCHASE AUTHORIZED ON 03/12 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00465071831884604 CARD 7458 | | $77.67 | $4,953.57 |
| 03/12/15 | PURCHASE AUTHORIZED ON 03/11 SAMS CLUB #6634 LONE TREE CO S085070537181763 CARD 4079 | | $26.47 | |
| 03/11/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $5,057.71 |
| 03/10/15 | PURCHASE AUTHORIZED ON 03/10 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00385069706815178 CARD 7458 | | $30.48 | $5,107.15 |
| 03/10/15 | PURCHASE AUTHORIZED ON 03/09 SAMS CLUB #6634 LONE TREE CO S285068577267425 CARD 7458 | | $46.42 | |
| 03/09/15 | CHECK # 144 | | $225.00 | $5,184.05 |
| 03/09/15 | PURCHASE AUTHORIZED ON 03/09 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00585068710304983 CARD 7458 | | $31.07 | |
| 03/09/15 | PURCHASE AUTHORIZED ON 03/07 COSTCO WHSE #0468 LONE TREE CO P00465066840498053 CARD 4079 | | $22.45 | |
| 03/09/15 | PURCHASE AUTHORIZED ON 03/05 DIA PARKING OPERAT 303-342-4633 CO S385064677140256 CARD 7458 | | $4.00 | |
| 03/06/15 | PURCHASE AUTHORIZED ON 03/06 SPROUTS FARMERS MKT#30 LONE TREE CO P00305065717229215 CARD 7458 | | $22.79 | $5,466.57 |
| 03/06/15 | PURCHASE AUTHORIZED ON 03/06 COSTCO WHSE #0468 LONE TREE CO P00305065701857694 CARD 7458 | | $40.63 | |
| 03/06/15 | PURCHASE AUTHORIZED ON 03/06 SAMSCLUB #6634 LONE TREE CO P00000000541220863 CARD 7458 | | $173.10 | |
| 03/06/15 | PURCHASE AUTHORIZED ON 03/04 RESTAURANT DEPOT GREENWOOD VIL CO S385063823444354 CARD 7458 | | $205.55 | |
| 03/05/15 | SAFECO INSURANCE INS PREM 031015 71077376730 TERRY EVANSON | | $324.92 | $5,908.64 |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 03/05/15 | PURCHASE AUTHORIZED ON 03/04 PUBLIC WORKS-PRKG DENVER CO S385063579319280 CARD 4079 | | $3.00 | |
| 03/05/15 | PURCHASE AUTHORIZED ON 03/04 PUBLIC WORKS-PRKG DENVER CO S585063578741182 CARD 4079 | | $1.00 | |
| 03/05/15 | PURCHASE AUTHORIZED ON 03/04 PUBLIC WORKS-PRKG DENVER CO S385063578276606 CARD 4079 | | $1.00 | |
| 03/04/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $6,238.56 |
| 03/03/15 | PURCHASE AUTHORIZED ON 03/03 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00385063032328355 CARD 7458 | | $9.53 | $6,345.75 |
| 03/03/15 | PURCHASE AUTHORIZED ON 03/03 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000840260462 CARD 7458 | | $78.72 | |
| 03/02/15 | RECURRING PAYMENT AUTHORIZED ON 02/28 SB *SAVINGS 2 GO 888-272-5027 TX S585059262993592 CARD 4079 | | $14.95 | $6,434.00 |
| 03/02/15 | PURCHASE AUTHORIZED ON 02/28 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000356400920 CARD 7458 | | $34.45 | |
| 03/02/15 | PURCHASE AUTHORIZED ON 02/27 SPROUTS FARMERS MA LONE TREE CO S305059006712045 CARD 4079 | | $8.97 | |
| 03/02/15 | PURCHASE AUTHORIZED ON 02/27 SPROUTS FARMERS MA LONE TREE CO S465058812765413 CARD 7458 | | $13.45 | |
| Totals | | $1,658.56 | $4,087.32 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

🏠 Equal Housing Lender

© 1995 – 2015 Wells Fargo. All rights reserved.