UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

---

**NOTICE PURSUANT TO LOCAL RULE 9013 OF THE MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COMMAND CENTER, INC., FRED A. MORETON & COMPANY, AND KEITH ANDERSON**

---

### OBJECTION DEADLINE: <u>MAY 26, 2015</u>

**YOU ARE HEREBY NOTIFIED** that Debtors-in-Possession, Terry Lee Evanson and Lynette Pearce Evanson, have filed a **MOTION TO APPROVE SETTLEMENT AGREE-MENT WITH COMMAND CENTER, INC., FRED A. MORETON & COMPANY, AND KEITH ANDERSON** with the Bankruptcy Court and requests the following relief: Pursuant to the Debtor's Motion, the Debtor requests an Order approving a Settlement Agreement and Mutual Release ("Settlement Agreement") with respect to certain state court litigation and an appeal thereof involving the Debtor's and the other parties to the state court litigation. The material terms of the Settlement Agreement are: Command Center will pay the Debtors $8,000. All claims against the Debtors will be dismissed with prejudice. The state court proceedings will be dismissed with prejudice. The Settlement Agreement will operate as an accord and satisfaction of all claims including the Command Center, Inc.'s claims in the Debtors' bankruptcy proceeding. The parties to the Settlement Agreement will execute mutual releases with limitations as set forth in the Settlement Agreement.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: May 4, 2015

Respectfully Submitted,

WEINMAN & ASSOCIATES, P.C.


By: /s/ Jeffrey A. Weinman
                Jeffrey A. Weinman, #7605
                730 17th Street, Suite 240
                Denver, CO 80202-3506
                Telephone: (303) 572-1010
                Facsimile: (303) 572-1011
                jweinman@epitrustee.com

**2002-1 CERTIFICATE OF SERVICE OF NOTICE**

The undersigned certifies that on May 4, 2015, I served by prepaid first class mail a copy of the **NOTICE PURSUANT TO LOCAL RULE 9013 OF THE MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COMMAND CENTER, INC., FRED A. MORETON & COMPANY, AND KEITH ANDERSON** in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on May 4, 2015.

/s/ Lisa R. Kraai