| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 13-19032-MER<br>District of Colorado<br>Denver<br>Mon May  4 13:52:40 MDT 2015 | Advantedge Business Group, LLC<br>9777 Pyramid Ct Ste 220<br>Englewood, CO  80112-6046 | Kevin D. Allen<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 |
| Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus, OH 43231-7684 | American Express<br>PO Box 297879<br>Fort Lauderdale, FL  33329-7879 | American Express<br>PO Box 297879<br>Ft Lauderdale, FL  33329-7879 |
| American Express<br>PO Box 650448<br>Dallas, TX  75265-0448 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Bank Of America<br>PO Box 851001<br>Dallas, TX  75285-1001 |
| William C. Brittan<br>270 St. Paul St.<br>Ste. 200<br>Denver, CO 80206-5133 | Kenneth J. Buechler<br>1621 18th St.<br>Ste. 260<br>Denver, CO 80202-1267 | Castle Rock Security<br>400 W Division St<br>Syracuse, NY 13204-1438 |
| Chase<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 | Citi<br>PO Box 6077<br>Sioux Falls, SD  57117-6077 | Heather S. Cleary<br>999 18th St., Ste. 3100<br>Denver, CO 80202-2499 |
| Clarissa M. Collier<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 | Colorado Dept of Revenue<br>1375 Sherman St, Rm 504<br>Denver, CO  80261-0004 | Command Center, Inc.<br>C/O Heather Cleary & Thomas Kanan<br>999 18th St Ste 3100<br>Denver, CO  80202-2499 |
| Alexis L. Davidson<br>2594 S. Lewis Way<br>Ste. A<br>Lakewood, CO 80227-2839 | Discover<br>PO Box 29033<br>Phoenix, AZ  85038-9033 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Douglas County Treasurer<br>Attn: Stephanie Cook<br>100 Third Street<br>Castle Rock, CO 80104-2425 | Lynette Pearce Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | Terry Lee Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 |
| FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Hill Property<br>PO Box 4389<br>Taber, Alberta<br>Canada, | Diane A. Holbert<br>Douglas County Treasurer<br>100 Third Street<br>Attn: Stephanie Cook<br>Castle Rock, CO 80104-2425 |
| Home Depot<br>Processing Center<br>Des Moines, IA  50364-0500 | Houslanger & Associates, PLLC<br>372 New York Ave<br>Huntington, NY  11743-3311 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Douglas D. Koktavy<br>10200 E. Girard Ave.<br>Building B Ste 120<br>Denver, CO 80231-5500 | Mark A. Larson<br>1600 Stout Street<br>Ste. 1100<br>Denver, CO 80202-3160 | Lowes<br>PO Box 530954<br>Atlanta, GA 30353-0954 |
| Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-1961 | NCO Financial Systems, Inc.<br>355 Union Blvd Ste 350<br>Lakewood, CO 80228-1528 | NTL Capital, LLC. c/o Hidden Oak Group,Inc.<br>35 E. Grassy Sprain Road Ste. 210<br>Yonkers, NY 10710-4613 |
| North Shore Agency<br>4000 E 5th Ave<br>Columbus, OH 43219-1811 | Tatiana G. Popacondria<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Provo Dental<br>1355 N University Ave Ste 330<br>Provo, UT 84604-2721 |
| Red Rocks Credit Union<br>9325 Dorchester St Ste 200<br>Highlands Ranch, CO 80129-2519 | Santander Consumer USA<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Jennifer Schlatter<br>1600 Stout St., Ste. 1100<br>Denver, CO 80202-3160 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | U.S. Bank<br>C/O Law Office Of David A. Bauer, P.C.<br>2594 S Lewis Way Unit A<br>Lakewood, CO 80227-2839 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Bank<br>PO Box 790401<br>Saint Louis, MO 63179-0401 | US Bank<br>c/o Jeanne Mehan/ SBLC/PD-OR-PL2<br>555 SW Oak St. 220<br>Portland, OR 97204-1767 | US Trustee 11<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-1961 |
| Patrick D. Vellone<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 | Wells Fargo<br>PO Box 30097<br>Los Angeles, CA 90030-0097 |
| Wells Fargo<br>PO Box 5247<br>Denver, CO 80217-5247 | Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank N.A.<br>PO Box 10438 MAC X2505-036<br>Des Moines, IA 50306-0438 |
| Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA 90030-0086 | Westcore Pyramid LP<br>PO Box 748175<br>Los Angeles, CA 90074-8175 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Sprint<br>6391 Sprint Parkway<br>Overland Park, KS  66251-6100 | (d)Sprint<br>PO Box 4191<br>Carol Stream, IL  60197-4191 | (d)Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |
| US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Keith Anderson | (u)Command Center, Inc. | (u)Discover Bank |
| (u)Moreton Insurance of Colorado | (d)Tatiana G. Popacondria<br>1600 Stout Street<br>Suite 1100<br>Denver, CO 80202-3160 | (u)Santander Consumer USA, Inc. |
| (d)Patrick D. Vellone<br>1600 Stout St.<br>Suite 1100<br>Denver, CO 80202-3160 | End of Label Matrix<br>Mailable recipients     56<br>Bypassed recipients      7<br>Total                   63 | |