**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtor. ) | |

**MOTION TO WITHDRAW AS SPECIAL COUNSEL FOR TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON**

The law firm of Allen & Vellone, P.C., respectfully moves this Court for an order granting them leave to withdraw as Special Counsel of record for Terry Lee Evanson and Lynette Pearce Evanson in this proceeding. Allen & Vellone, P.C. hereby provides notice to all counsel of record and the affected client, and in support of this Motion, states as follows:

1. The law firm of Allen & Vellone, P.C. ("Allen & Vellone") is Special Counsel of record for Terry Lee Evanson and Lynette Pearce Evanson (collectively referred to in the singular as "Evanson") in the above-captioned bankruptcy case (the "Bankruptcy Case").

2. Allen & Vellone seeks leave of court to withdraw as Special Counsel for Evanson in connection with the Bankruptcy Case.

3. Issues between Allen & Vellone and Evanson have arisen such that withdrawal is permitted by Colo. R. Prof. Conduct Rule 1.16(b). Disclosure of the facts underlying the reasons for moving to withdraw would violate the Rules of Professional Conduct and the attorney-client privilege.

4. Pursuant to L.B.R. 9010-4 and 9013-1, a Notice of Motion to Withdraw as Special Counsel for Evanson (the "Notice") is filed herewith and is incorporated herein by reference. The Notice demonstrates that the undersigned made reasonable efforts to give actual notice to Evanson and provided the information required under L.B.R. 9010-4(b).

5. The Notice contains the following information pursuant to L.B.R. 9010-4(b):

   a. the attorney wishes to withdraw;

   b. the court retains jurisdiction;

   c. the client's last known address and telephone number;

  d. the client has the burden of keeping the court informed of the mailing address where notices, pleadings or other papers may be served;

  e. the client has the obligation either to prepare personally for any hearing or trial in a contested matter or adversary proceeding or to hire another attorney to prepare for any future hearing or trial;

  f. the client is responsible for complying with all court orders and time limitations established by any applicable statute, rule, or L.B.R.;

  g. if another attorney is not hired, the client has the obligation to decide whether to respond to any motion that may be filed in the case after the withdrawal of counsel, to file a timely response, and to respond to any court orders requiring the client to respond;

  h. if the client fails or refuses to meet these burdens, the client may suffer sanctions, including default or dismissal of the pending contested matter, adversary proceeding, or the client's bankruptcy case in some circumstances;

  i. the dates of any pending matters and filing deadlines, including trials and hearings on contested matters or adversary proceedings, and a warning that such matters will not be delayed or affected by the withdrawal of counsel;

  j. service of process may be made upon the client at the client's address in the court's database;

  k. where the withdrawing attorney's client is a corporation, partnership, or other legal entity, that such entity cannot appear without Special Counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity including dismissal or conversion of its case if it is a debtor; and

  l. the client or other parties in interest have the right to object to the proposed withdrawal of Special Counsel by filing with the court an objection to the attorney's motion to withdraw within fourteen (14) days after mailing of the notice.

  6. Allen & Vellone respectfully requests that this Court grant the firm leave to withdraw as Special Counsel of record for Evanson.

WHEREFORE, the law firm of Allen & Vellone, P.C. respectfully requests that the Court enter an Order in the form attached hereto granting the firm leave to withdraw as Special Counsel for Terry Lee Evanson and Lynette Pearce Evanson.

DATED this 4th day of May, 2015.

Respectfully submitted,

ALLEN & VELLONE, P.C.

*s/ Patrick D. Vellone*
Patrick D. Vellone, #15284
Kevin D. Allen, #8878
Tatiana G. Popacondria, #42261
1600 Stout Street, Ste. 1100
Denver, Colorado 80202
303-534-4499
pvellone@allen-vellone.com
kallen@allen-vellone.com
tpopacondria@allen-vellone.com

WITHDRAWING ATTORNEYS FOR TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON