## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtor. ) | |

### NOTICE OF MOTION TO WITHDRAW AS SPECIAL COUNSEL FOR TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON

**OBJECTION DEADLINE:** ____May 19, 2015____

YOU ARE HEREBY NOTIFIED that the law firm of Allen & Vellone, P.C. ("Allen & Vellone") has filed its Motion to Withdraw as Special Counsel for Terry Lee Evanson and Lynette Pearce Evanson ("Motion to Withdraw") with the bankruptcy court and requests the following relief: court authorization to withdraw as Special Counsel for Terry Lee Evanson and Lynette Pearce Evanson (collectively referred to in the singular as "Evanson"). Issues between Allen & Vellone and Evanson have arisen such that withdrawal is permitted by Colo. R. Prof. Conduct Rule 1.16(b). Disclosure of the facts underlying the reasons for moving to withdraw would violate the Rules of Professional Conduct and the attorney-client privilege.

Pursuant to L.B.R. 9010-4(b), the following notice is given to Evanson and all parties-in-interest:

a. The attorneys of the firm of Allen & Vellone, P.C., intend to withdraw as Special Counsel for Evanson in the above-referenced matter, and have filed a motion requesting that the Court allow them permission to do so;

b. The United States Bankruptcy Court for the District of Colorado retains jurisdiction over Evanson whether or not the attorneys of Allen & Vellone, P.C. are permitted to withdraw;

c. Evanson's last known address and telephone number are 10175 South Oneida, Littleton, CO 80124 and (303) 378-4172;

d. Evanson has the burden of keeping the court informed of the mailing address where notices, pleadings or other papers may be served;

e. Evanson has the obligation either to prepare for any hearing or trial in a contested matter or adversary proceeding or to hire another attorney to prepare for any future hearing or trial;

  f. Evanson is responsible for complying with all court orders and time limitations established by any applicable statute, rule, or L.B.R.

  g. if another attorney is not hired, Evanson has the obligation to decide whether to respond to any motion that may be filed in the case after the withdrawal of special counsel, to file a timely response, and to respond to any court orders requiring the client to respond;

  h. if Evanson fails or refuses to meet these burdens, Evanson may suffer sanctions, including default or dismissal of the pending contested matter, adversary proceeding, or Evanson's bankruptcy case in some circumstances;

  i. to the best of Allen & Vellone's knowledge information and belief, there are no pending deadlines in the matters for which Allen & Vellone is representing Evanson;

  j. service of process may be made upon Evanson at Evanson's address 10175 South Oneida, Littleton, CO 80124; and

  k. Evanson or other parties in interest have the right to object to the proposed withdrawal of Special Counsel by filing with the court an objection to the attorney's motion to withdraw within fourteen (14) days after mailing of this Notice.

  If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

  In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED this 4th day of May 2015.

            *s/ Patrick D. Vellone*
            Patrick D. Vellone, #15284
            Kevin D. Allen, #8878
            Tatiana G. Popacondria, #42261
            1600 Stout Street, Ste. 1100
            Denver, Colorado 80202
            303-534-4499
            pvellone@allen-vellone.com
            kallen@allen-vellone.com
            tpopacondria@allen-vellone.com

            WITHDRAWING ATTORNEYS FOR TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON