# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson ) | Chapter 11 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

**9013-1 Certificate of Service of Motion, Notice and Proposed Order:**

      The undersigned certifies that on May 4, 2015, I served by prepaid first class mail a copy of the MOTION TO WITHDRAW AS SPECIAL COUNSEL FOR TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. as the following addresses:

Terry and Lynette Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Clarissa M. Collier
555 17th St., Ste. 3200
Denver, CO 80202

William C. Brittan
270 St. Paul St., Ste. 200
Denver, CO 80206

Alexis L. Davidson
2594 S. Lewis Way, Ste. A
Lakewood, CO 80227

Kenneth J. Buechler
1621 18th St., Ste. 260
Denver, CO 80202

Douglas D. Koktavy
13111 E. Briarwood Ave., Ste. 340
Denver, CO 80112

Heather S. Cleary
999 18th St., Ste. 3100
Denver, CO 80202

Alan K. Motes
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202

Jeffrey Weinman
730 17th St., Ste. 240
Denver, CO 80202

**2002-1 Certificate of Service of Notice:**

The undersigned further certifies that on May 4, 2015, I served by prepaid mail a copy of the foregoing Notice in accordance with FED.R.BANKR.P.2002 on parties in interest listed on the attached list, downloaded from PACER on December 17, 2014:

*s/ Juanita E. Sena*
For Allen & Vellone, P.C.

```
Label Matrix for local noticing          Advantedge Business Group, LLC          Kevin D. Allen
1082-1                                   9777 Pyramid Ct Ste 220                 1600 Stout St.
Case 13-19032-MER                        Englewood, CO  80112-6046               Ste. 1100
District of Colorado                                                             Denver, CO 80202-3160
Denver
Mon May  4 16:11:02 MDT 2015

Allied Interstate                        American Express                        American Express
3000 Corporate Exchange Dr               PO Box 297879                           PO Box 297879
Columbus, OH 43231-7684                  Fort Lauderdale, FL  33329-7879         Ft Lauderdale, FL  33329-7879


American Express                         American Express Bank, FSB              Bank Of America
PO Box 650448                            c o Becket and Lee LLP                  PO Box 851001
Dallas, TX  75265-0448                   POB 3001                                Dallas, TX  75285-1001
                                         Malvern, PA 19355-0701


William C. Brittan                       Kenneth J. Buechler                     Castle Rock Security
270 St. Paul St.                         1621 18th St.                           400 W Division St
Ste. 200                                 Ste. 260                                Syracuse, NY 13204-1438
Denver, CO 80206-5133                    Denver, CO 80202-1267


Chase                                    Citi                                    Heather S. Cleary
Cardmember Service                       PO Box 6077                             999 18th St., Ste. 3100
PO Box 94014                             Sioux Falls, SD  57117-6077             Denver, CO 80202-2499
Palatine, IL  60094-4014


Clarissa M. Collier                      Colorado Dept of Revenue                Command Center, Inc.
555 17th St.                             1375 Sherman St, Rm 504                 C/O Heather Cleary & Thomas Kanan
Ste. 3200                                Denver, CO  80261-0004                  999 18th St Ste 3100
Denver, CO 80202-3921                                                            Denver, CO  80202-2499


Alexis L. Davidson                       Discover                                Discover Bank
2594 S. Lewis Way                        PO Box 29033                            DB Servicing Corporation
Ste. A                                   Phoenix, AZ  85038-9033                 PO Box 3025
Lakewood, CO 80227-2839                                                          New Albany, OH  43054-3025


Douglas County Treasurer                 Lynette Pearce Evanson                  Terry Lee Evanson
Attn: Stephanie Cook                     10175 S Oneida St                       10175 S Oneida St
100 Third Street                         Littleton, CO 80124-9608                Littleton, CO 80124-9608
Castle Rock, CO 80104-2425


FIA CARD SERVICES, N.A.                  Hill Property                           Diane A. Holbert
P O Box 982284                           PO Box 4389                             Douglas County Treasurer
El Paso, TX 79998-2284                   Taber, Alberta                          100 Third Street
                                         Canada,                                 Attn: Stephanie Cook
                                                                                 Castle Rock, CO 80104-2425


Home Depot                               Houslanger & Associates, PLLC           Internal Revenue Service
Processing Center                        372 New York Ave                        P.O. Box 7346
Des Moines, IA 50364-0500                Huntington, NY  11743-3311              Philadelphia, PA 19101-7346
```

| | | |
|---|---|---|
| Douglas D. Koktavy<br>10200 E. Girard Ave.<br>Building B Ste 120<br>Denver, CO 80231-5500 | Mark A. Larson<br>1600 Stout Street<br>Ste. 1100<br>Denver, CO 80202-3160 | Lowes<br>PO Box 530954<br>Atlanta, GA 30353-0954 |
| Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-1961 | NCO Financial Systems, Inc.<br>355 Union Blvd Ste 350<br>Lakewood, CO 80228-1528 | NTL Capital, LLC. c/o Hidden Oak Group,Inc.<br>35 E. Grassy Sprain Road Ste. 210<br>Yonkers, NY 10710-4613 |
| North Shore Agency<br>4000 E 5th Ave<br>Columbus, OH 43219-1811 | Tatiana G. Popacondria<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Provo Dental<br>1355 N University Ave Ste 330<br>Provo, UT 84604-2721 |
| Red Rocks Credit Union<br>9325 Dorchester St Ste 200<br>Highlands Ranch, CO 80129-2519 | Santander Consumer USA<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Jennifer Schlatter<br>1600 Stout St., Ste. 1100<br>Denver, CO 80202-3160 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | U.S. Bank<br>C/O Law Office Of David A. Bauer, P.C.<br>2594 S Lewis Way Unit A<br>Lakewood, CO 80227-2839 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Bank<br>PO Box 790401<br>Saint Louis, MO 63179-0401 | US Bank<br>c/o Jeanne Mehan/ SBLC/PD-OR-PL2<br>555 SW Oak St. 220<br>Portland, OR 97204-1767 | US Trustee 11<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-1961 |
| Patrick D. Vellone<br>1600 Stout St.<br>Ste. 1100<br>Denver, CO 80202-3160 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 | Wells Fargo<br>PO Box 30097<br>Los Angeles, CA 90030-0097 |
| Wells Fargo<br>PO Box 5247<br>Denver, CO 80217-5247 | Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | Wells Fargo Bank N.A.<br>PO Box 10438 MAC X2505-036<br>Des Moines, IA 50306-0438 |
| Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA 90030-0086 | Westcore Pyramid LP<br>PO Box 748175<br>Los Angeles, CA 90074-8175 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Sprint                              (d)Sprint                           (d)Sprint Nextel
6391 Sprint Parkway                 PO Box 4191                         Attn Bankruptcy Dept
Overland Park, KS  66251-6100       Carol Stream, IL  60197-4191        PO Box 7949
                                                                        Overland Park KS 66207-0949



US BANK N.A.
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229




           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Keith Anderson                   (u)Command Center, Inc.             (u)Discover Bank




(u)Moreton Insurance of Colorado    (d)Tatiana G. Popacondria           (u)Santander Consumer USA, Inc.
                                    1600 Stout Street
                                    Suite 1100
                                    Denver, CO 80202-3160



(d)Patrick D. Vellone               End of Label Matrix
1600 Stout St.                      Mailable recipients    56
Suite 1100                          Bypassed recipients     7
Denver, CO 80202-3160               Total                  63
```