DEBTOR: TERRY & LYNETTE EVANSON    MONTHLY OPERATING REPORT
                                    CHAPTER 11
CASE NUMBER: 13-19032 MER

## Form 2-A
## COVER SHEET

For Period Ending 4-30-15

Accounting Method: ☐ Accrual Basis   ☒ Cash Basis

*THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

WELLS FARGO + RED ROCKS

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 4/19/15

Print Name: TERRY EVANSON

Signature: [signed]

Title:

Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson     CASE NO: 13-19032MER

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 4/1/15 to 4/30/15

**CASH RECEIPTS DETAIL**     Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| | | Social Security check | $792.00 |
| | | Business | 2080.81 |
| | | Returns - reverse charge 4/30/15 (see charge 4/23/15) | 39.00 |
| | | e deposit - personal | 88.64 |

Total Cash Receipts   $ 3000.45  (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 4/1/15 to 4/30/15

CASH DISBURSEMENTS DETAIL    Account No: 3576
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | | Internet | 243.10 |
| | | | Dish | 341.34 |
| | | | Life Ins. | 263.82 |
| | | | Medical | 290.00 |
| | | | Health Ins. | 82.25 |
| | | | Personal | 724.73 |
| | | | Gas | 101.64 |
| | | | Returned client check + NSF fee | 88.64 |
| | | | | 12.00 |
| | | | | 2147.54 |
| | | | Operations | 1831.30 |

Total Cash Disbursements  $ 3978.84 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 4/1/15 to 4/30/15

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 4077.06 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 2080.81 | |
| Sale of Assets  e deposit | 88.64 | |
| Loans/advances  SOCIAL SECURITY | 792.02 | |
| Other  RETURNS | 39. | |
| Total Cash Receipts | $ 3000.45 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 1831.30 | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | 2,147.54 | |
| Other | | |
| Total Cash Disbursements | $ 3978.84 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | |
| 5. Ending Cash Balance (to Form 2-C) | $ 3098.67 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | WELLS FARGO | 3098.67 |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 3098.67 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON          CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 4/30/15

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ 0 | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| TOTAL ASSETS | $ 0 | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| TOTAL LIABILITIES | $ 0 | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson   CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 4/1/15 to 4/30/15

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 2119.81 | $ |
| Less: Discounts, Returns and Allowances | ( 39.00 ) | ( ) |
| Net Operating Revenue | $ 2080.81 | $ |
| Cost of Goods Sold | 1831.30 | |
| Gross Profit | $ 249.51 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| Total Operating Expenses | $ 0 | $ |
| Operating Income (Loss) | $ 249.51 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ 0 | $ |
| Net Income (Loss) Before Income Taxes | $ 249.51 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| NET INCOME (LOSS) | $ 249.51 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson  CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 4/1/15 to 4/30/15

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS | $ | $ | $ | | | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | Safeco | $ Home | | $ 2/16 |
| Vehicle | Autos - Farmers | $ same | | $ 10/15 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032mER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 4/1/15 to 4/30/15

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | 0 |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY
For the Month Ended: 4/30/15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | | $ 3978.84 | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | | $ | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1

Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson       CASE NO: 13-19032 mer.

Form 2-G
NARRATIVE
For Period Ending 4/30/15.

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

None.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

EVERYDAY CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $2,661.37 |
| Pending Withdrawals/ Debits | -$10.69 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$2,650.68** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 03/31/15 to 04/30/15

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 04/30/15 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $243.10 | $3,098.67 |
| 04/30/15 | DISH NETWORK DISH NTWRK 042815 9060370845 SPA EVANSON,TERRY | | $126.67 | |
| 04/30/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | |
| 04/30/15 | PURCHASE AUTHORIZED ON 04/29 SAMS CLUB #6634 LONE TREE CO S285119588045931 CARD 7458 | | $10.00 | |
| 04/30/15 | PURCHASE AUTHORIZED ON 04/29 LIVINGSOCIAL* 202-695-8945 DC S385119569825354 CARD 4079 | | $49.00 | |
| 04/30/15 | PURCHASE RETURN AUTHORIZED ON 04/30 SOFTWARE PROJECTS 800-218-1525 OR S625120550180805 CARD 4079 | $39.00 | | |
| 04/29/15 | RECURRING PAYMENT AUTHORIZED ON 04/29 SB *SAVINGS 2 GO 888-272-5027 TX S585119232178281 CARD 4079 | | $14.95 | $3,595.63 |
| 04/29/15 | PURCHASE AUTHORIZED ON 04/29 SAM'S Club LITTLETON SE CO P00000000443481793 CARD 7458 | | $85.62 | |
| 04/29/15 | PURCHASE AUTHORIZED ON 04/28 SAFEWAY STORE 1967 CASTLE ROCK CO P00585119147151310 CARD 7458 | | $65.72 | |
| 04/29/15 | PURCHASE AUTHORIZED ON 04/27 VIET PHO RESTAURAN LONE TREE CO S285117704481702 CARD 4079 | | $44.48 | |
| 04/28/15 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 04/28 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00385118553564262 CARD 7458 | | $131.18 | $3,806.40 |
| 04/28/15 | PURCHASE AUTHORIZED ON 04/27 SAMSCLUB #6634 LITTLETON SE CO S465117769995842 CARD 7458 | | $7.00 | |
| 04/28/15 | PURCHASE AUTHORIZED ON 04/27 USPS 0755839552030 LITTLETON CO S585117763410171 CARD 7458 | | $5.60 | |
| 04/27/15 | PURCHASE AUTHORIZED ON 04/27 GOODWILL HIGHLANDS HIGHLANDS RAN CO P00585117809730090 CARD 7458 | | $13.37 | $3,950.18 |
| 04/27/15 | PURCHASE AUTHORIZED ON 04/27 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000644331241 CARD 7458 | | $170.74 | |
| 04/27/15 | PURCHASE AUTHORIZED ON 04/24 PARTY CITY LITTLETON CO S085114739863344 CARD 7458 | | $12.82 | |
| 04/27/15 | PURCHASE AUTHORIZED ON 04/24 VIET PHO RESTAURAN LONE TREE CO S085114677199407 CARD 4079 | | $19.57 | |
| 04/27/15 | PURCHASE AUTHORIZED ON 04/24 SAMSCLUB #6634 LITTLETON SE CO S465114530295724 CARD 4079 | | $11.32 | |
| 04/24/15 | PURCHASE AUTHORIZED ON 04/24 KING SOOPERS 5673S. QU HIGHLANDS RNC CO P00305114762105648 CARD 7458 | | $56.19 | $4,178.00 |
| 04/24/15 | PURCHASE AUTHORIZED ON 04/24 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000356736159 CARD 7458 | | $95.31 | |
| 04/24/15 | PURCHASE AUTHORIZED ON 04/24 SPROUTS FARMERS MKT#30 LONE TREE CO P00465114682275527 CARD 7458 | | $64.33 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 04/24/15 | PURCHASE AUTHORIZED ON 04/23 PUBLIC WORKS-PRKG DENVER CO S585113712113921 CARD 4079 | | $1.50 | |
| 04/23/15 | PURCHASE AUTHORIZED ON 04/23 SAFEWAY STORE 1548 LITTLETON CO P00385113769130250 CARD 7458 | | $82.03 | $4,395.33 |
| 04/23/15 | PURCHASE AUTHORIZED ON 04/23 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000841045138 CARD 7458 | | $141.44 | |
| 04/23/15 | PURCHASE AUTHORIZED ON 04/23 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000150298790 CARD 7458 | | $22.23 | |
| 04/23/15 | PURCHASE AUTHORIZED ON 04/23 SHELL Service Station DENVER CO P00465113698717736 CARD 4079 | | $4.70 | |
| 04/23/15 | PURCHASE AUTHORIZED ON 04/23 DOLLARTREE 8575 S QUBE HIGHLANDS RAN CO P00000000842131503 CARD 7458 | | $9.45 | |
| 04/23/15 | PURCHASE AUTHORIZED ON 04/23 SOFTWARE PROJECTS 800-218-1525 OR S385112635154056 CARD 4079 | | $39.00 | |
| 04/23/15 | PURCHASE AUTHORIZED ON 04/22 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00465113098693350 CARD 4079 | | $27.92 | |
| 04/22/15 | PURCHASE AUTHORIZED ON 04/22 SPROUTS FARMERS MKT#30 LONE TREE CO P00465112747929192 CARD 7458 | | $175.00 | $4,722.10 |
| 04/22/15 | PURCHASE AUTHORIZED ON 04/22 SAFEWAY STORE 1548 LITTLETON CO P00585112623147904 CARD 7458 | | $9.06 | |
| 04/22/15 | PURCHASE AUTHORIZED ON 04/21 PUBLIC WORKS-PRKG DENVER CO S385111564798333 CARD 4079 | | $1.75 | |
| 04/21/15 | PURCHASE AUTHORIZED ON 04/21 KING SOOPERS 5673S. QU HIGHLANDS RNC CO P00385111513076204 CARD 7458 | | $13.61 | $4,907.91 |
| 04/21/15 | PURCHASE AUTHORIZED ON 04/21 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000247446673 CARD 7458 | | $19.21 | |
| 04/20/15 | WASTE CONNECTION WEB_PAY APR 15 15407209041715 TERRY EVANSON | | $79.05 | $4,940.73 |
| 04/20/15 | PURCHASE AUTHORIZED ON 04/18 FOCUS PARKING-1417 DENVER CO S465109039360305 CARD 4079 | | $15.00 | |
| 04/20/15 | PURCHASE AUTHORIZED ON 04/18 OUTBACK 0624 DENVER CO S465108775677724 CARD 4079 | | $40.54 | |
| 04/20/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 04/17 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00585108094647003 CARD 7458 | | $23.55 | |
| 04/20/15 | PURCHASE AUTHORIZED ON 04/17 SAMSCLUB 6634 GAS LONE TREE CO S305108044448096 CARD 7458 | | $42.48 | |
| 04/16/15 | PURCHASE AUTHORIZED ON 04/15 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00585106090230042 CARD 4079 | | $18.56 | $5,141.35 |
| 04/16/15 | PURCHASE AUTHORIZED ON 04/15 KIMBERLY C STONE M ENGLEWOOD CO S585105663221684 CARD 4079 | | $40.00 | |
| 04/15/15 | COLORADO HEALTH 723520 150414 LYNETTE P EVANS LYNETTE EVANSON | | $82.25 | $5,199.91 |
| 04/15/15 | PURCHASE AUTHORIZED ON 04/14 SAMSCLUB 6634 GAS LONE TREE CO S465105082745940 CARD 4079 | | $24.99 | |
| 04/15/15 | SSA TREAS 310 XXSOC SEC 041515 XXXXX9483B SSA LYNETTE P EVANSON | $792.00 | | |
| 04/14/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $41.35 | | $4,515.15 |
| 04/13/15 | PURCHASE AUTHORIZED ON 04/11 KING SOOPERS #0709 ENGLEWOOD CO S005102002995140 CARD 4079 | | $8.05 | $4,473.80 |
| 04/13/15 | PURCHASE AUTHORIZED ON 04/11 KING SOOPERS 5050 SOUT ENGLEWOOD CO P00305101852461841 CARD 4079 | | $3.55 | |
| 04/13/15 | PURCHASE AUTHORIZED ON 04/11 SAMSCLUB #6634 LONE TREE CO P00000000346692504 CARD 4079 | | $76.36 | |
| 04/13/15 | PURCHASE AUTHORIZED ON 04/10 BLACK EYED PEA CASTLE ROCK CO S305100071710173 CARD 4079 | | $45.32 | |
| 04/13/15 | PURCHASE AUTHORIZED ON 04/10 FIVE GUYS-CO # 110 LONE TREE CO S005101040176114 CARD 4079 | | $18.79 | |
| 04/13/15 | PURCHASE AUTHORIZED ON 04/10 SPROUTS FARMERS MKT#30 LONE TREE CO P00585101038021455 CARD 4079 | | $29.64 | |
| 04/13/15 | PURCHASE AUTHORIZED ON 04/10 PARTY CITY LITTLETON CO S085101028052366 CARD 4079 | | $14.88 | |
| 04/13/15 | PURCHASE AUTHORIZED ON 04/10 SAMSCLUB #6634 LITTLETON SE CO S305100698018417 CARD 7458 | | $45.41 | |
| 04/13/15 | PURCHASE AUTHORIZED ON 04/09 SPROUTS FARMERS MA LONE TREE CO S385099684323778 CARD 4079 | | $2.03 | |
| 04/10/15 | PURCHASE AUTHORIZED ON 04/10 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000950285204 CARD 4079 | | $50.80 | $4,717.83 |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 04/10/15 | PURCHASE AUTHORIZED ON 04/10 KING SOOPERS 5673S. QU HIGHLANDS RNC CO P00305101011494823 CARD 4079 | | $25.85 | |
| 04/10/15 | PURCHASE AUTHORIZED ON 04/08 Paul S Kimura DC Centennial CO S165098777270363 CARD 7458 | | $50.00 | |
| 04/09/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $4,844.48 |
| 04/09/15 | PURCHASE AUTHORIZED ON 04/09 SAFEWAY STORE 1548 LITTLETON CO P00305099691810324 CARD 4079 | | $5.86 | |
| 04/09/15 | PURCHASE AUTHORIZED ON 04/08 SAFEWAY STORE 1548 LITTLETON CO P00305099111885956 CARD 4079 | | $36.00 | |
| 04/08/15 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 04/08 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00465098800455929 CARD 7458 | | $69.07 | $4,935.78 |
| 04/07/15 | PURCHASE AUTHORIZED ON 04/07 WALGREENS 4175 E WILDC HIGHLANDS RAN CO P00385097862130955 CARD 4079 | | $22.49 | $5,004.85 |
| 04/07/15 | PURCHASE AUTHORIZED ON 04/07 SAMS CLUB SAM'S Club LITTLETON SE CO P000000000046342080 CARD 4079 | | $34.90 | |
| 04/06/15 | CHECK # 147 | | $225.00 | $5,062.24 |
| 04/06/15 | PURCHASE AUTHORIZED ON 04/06 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000154208186 CARD 7458 | | $115.37 | |
| 04/06/15 | PURCHASE AUTHORIZED ON 04/03 KROGER 2525 HILLIARD-R COLUMBUS OH P00585094138363620 CARD 7458 | | $10.26 | |
| 04/03/15 | PURCHASE AUTHORIZED ON 04/02 SAMSCLUB 6634 GAS LONE TREE CO S585092826704626 CARD 4079 | | $25.05 | $5,412.87 |
| 04/03/15 | PURCHASE AUTHORIZED ON 04/02 TSE JENNYSMARKET 5 CASTLE ROCK CO S465092754355002 CARD 4079 | | $4.44 | |
| 04/03/15 | PURCHASE AUTHORIZED ON 04/02 PUBLIC WORKS-PRKG DENVER CO S465092690834502 CARD 4079 | | $1.25 | |
| 04/03/15 | PURCHASE AUTHORIZED ON 04/02 SAMSCLUB #6634 LITTLETON SE CO S585092512500084 CARD 4079 | | $37.52 | |
| 04/02/15 | Check # 146 (Converted ACH) CO DEPT OF REV CHECKPYMT 150402 00146 # 146 | | $9.00 | $5,481.13 |
| 04/02/15 | RETURN ITEM CHARGE - PAPER AZ 150402 | | $88.64 | |
| 04/02/15 | CASHED/DEPOSITED ITEM RETN UNPAID FEE | | $12.00 | |
| 04/01/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $5,590.77 |
| 04/01/15 | PURCHASE AUTHORIZED ON 03/31 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000339556409 CARD 7458 | | $12.73 | |
| 04/01/15 | PURCHASE AUTHORIZED ON 03/31 HOB-LOB #117 8181 S. Q Centennial CO P00385091040907760 CARD 7458 | | $25.03 | |
| 04/01/15 | PURCHASE AUTHORIZED ON 03/31 BART G CHRISTIANSE 303-790-9323 CO S005090762796577 CARD 4079 | | $200.00 | |
| 04/01/15 | DEPOSIT MADE IN A BRANCH/STORE #895536008 | $2,039.46 | | |
| 03/31/15 | DISH NETWORK DISH NTWRK 032915 9060370845 SPA EVANSON,TERRY | | $214.67 | $3,896.26 |
| 03/31/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 03/31 WALGREENS 4175 E WILDC HIGHLANDS RAN CO P00305090700742894 CARD 7458 | | $54.77 | |
| 03/31/15 | eDeposit in Branch/Store 03/31/15 01:14:39 PM 4165 E WILDCAT RESERVE PKWY HIGHLANDS RANCH CO 7458 | $88.64 | | |
| Totals | | $3,000.45 | $3,978.84 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

🏠 Equal Housing Lender
© 1995 – 2015 Wells Fargo. All rights reserved.