UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
TERRY LEE EVANSON ) Case No. 13-19032 MER
SS# XXX-XX-9483 ) Chapter 11
LYNETTE PEARCE EVANSON )
SS# XXX-XX-5531 )
)
Debtors. )

## APPLICATION TO EMPLOY MERRIAM LAW FIRM, P.C. AS SPECIAL COUNSEL FOR DEBTORS-IN-POSSESSION

Debtors-in-Possession, Terry Lee Evanson and Lynette Pearce Evanson ("Debtors"), through their counsel, Weinman & Associates, P.C., hereby apply to this Court pursuant to 11 U.S.C. § 327(a) and F.R.B.P 2014(a) for an Order Authorizing the Debtors-in-Possession to Employ Merriam Law Firm, P.C. as Special Counsel to represent them to provide necessary tax litigation support with respect to a complaint to determine the dischargeability of (1) the Debtors' 2008 federal income tax liability that was assessed by the IRS on or about July 26, 2012; and (2) the Debtors' pending assessments of federal income tax liabilities that stem from a partnership audit of Omega Forex for the 1998 and 1999 tax years. In support of their Motion, Debtors state as follows:

1. The Debtors filed their Voluntary Petition for Relief Under Chapter 11 of the United States Bankruptcy Code on May 28, 2013.

2. Since the date of the filing of their bankruptcy petition, the Debtors have remained in possession of their assets, and have operated their business and managed their financial affairs as Debtors-in-Possession pursuant to 11 U.S.C. §§1107 and 1108.

3. The Debtors wish to retain the services of Merriam Law Firm, P.C. (the "Firm") to provide necessary tax litigation support with respect to a complaint to determine the dischargeability of (1) the Debtors' 2008 federal income tax liability that was assessed by the IRS on or about July 26, 2012; and (2) the Debtors' pending assessments of federal income tax liabilities that stem from a partnership audit of Omega Forex for the 1998 and 1999 tax years. As set forth in the Affidavit of Kevin A. Planegger attached hereto as Exhibit "A", the Firm has not previously acted as counsel for the Debtors and as such has no prior relationship with the Debtors. Kevin A. Planegger's standard and customary hourly billing rate is $215. Other attorneys of the Firm that may work on this matter include: Theodore H. Merriam, with an hourly billing rate of $275, and Olena Ruth, with an hourly billing rate of $165. The Firm will utilize the services of paralegals, law clerks, and other attorneys

      when possible and appropriate. These rates range from $45 per hour to $125 per hour.

4. As set forth in the Affidavit of Kevin A. Planegger attached hereto, the Firm has, to Affiant's knowledge, no prior connection or relationship with the Debtors, its creditors, the United States Trustee, any employee of the United States Trustee, or any other party in interest to this Chapter 11 case. The Firm is not owed for pre-petition legal services provided to the Debtors. The Firm does not represent or hold any interest adverse to the Debtors or their estate with respect to the matter upon which employment is sought.

5. All fees and expenses associated with the Firm's retention and services will be paid by the Debtors' Chapter 11 estate only upon approval by the Court after a request made in accordance with the requirements of the United States Bankruptcy Code and applicable rules.

6. The employment requested is in the best interest of the estate as it will assist in resolving the tax issues of the Debtors as outlined herein.

      WHEREFORE, for the foregoing reasons, Debtors request that the Court enter an Order authorizing the employment of Merriam Law Firm, P.C. as special counsel for the Debtors with respect to the Debtors' tax issues with the IRS, and for such further relief as is deemed appropriate by the Court.

DATED: May 21, 2015

                Respectfully Submitted,

                WEINMAN & ASSOCIATES, P.C.


                By: /s/ Jeffrey A. Weinman
                    Jeffrey A. Weinman, #7605
                    730 17th Street, Suite 240
                    Denver, CO 80202-3506
                    Telephone: (303) 572-1010
                    Facsimile: (303) 572-1011
                    jweinman@weinmanpc.com

## CERTIFICATE OF MAILING

I hereby certify that I have mailed on this 21st day of May, 2015, a true and correct copy of the foregoing **APPLICATION TO EMPLOY MERRIAM LAW FIRM, P.C. AS SPECIAL COUNSEL FOR DEBTORS-IN-POSSESSION** by placing the same in the United States mail, postage prepaid, addressed to:

Alan K. Motes, Esq.
U.S. Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294

Terry Lee Evanson
Lynette Pearce Evanson
10175 S. Oneida St.
Littleton, CO 80124-9608

Clarissa M. Raney, Esq.
Holland & Hart, LLP
555 17th St., Ste. 3200
P.O. Box 8749
Denver, CO 80201-8749

William C. Brittan, Esq.
Campbell Killin Brittan & Ray, LLC
270 St. Paul St., Ste. 200
Denver, CO 80206

Kevin D. Allen, Esq.
Patrick D. Vellone, Esq.
Tatiana G. Popacondria, Esq.
Allen & Vellone, P.C.
1600 Stout St., Ste. 1100
Denver, CO 80202

Heather S. Cleary, Esq.
Ritsema & Lyon, P.C.
999 18th St., Ste. 3100
Denver, CO 80202

Douglas County Treasurer
Attn: Stephanie Cook
100 Third Street
Castle Rock, CO 80104

Alexis L. Davidson, Esq.
David A. Bauer, P.C.
2594 S. Lewis Way, Suite A
Lakewood, CO 80227

Douglas D. Koktavy, Esq.
Douglas D. Koktavy, P.C.
3515 S. Tamarac Dr., Ste. 200
Denver, CO 80237

Kevin A. Planegger, Esq.
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202

/s/ Lisa R. Kraai

3