UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

TERRY LEE EVANSON
SS# XXX-XX-9483
LYNETTE PEARCE EVANSON
SS# XXX-XX-5531

Debtors.

) 
) Case No. 13-19032 MER
) Chapter 11
)
)
)

AFFIDAVIT OF KEVIN A. PLANEGGER IN SUPPORT OF DEBTOR'S
APPLICATION TO EMPLOY MERRIAM LAW FIRM, P.C. AS SPECIAL COUNSEL
FOR DEBTORS-IN-POSSESSION

Kevin A. Planegger, hereby declares under penalty of perjury:

1. I am over the age of 18 years and have personal knowledge of the information contained herein.

2. I am an attorney licensed to practice law in the State of Colorado. I am an attorney with Merriam Law Firm, P.C., which maintains its principal place of business at 1625 Broadway, Suite 770, Denver, CO 80202 (the "Firm").

3. This Affidavit is submitted pursuant to Fed.R.Bankr.P. 2014(a) in connection with the Application to Employ Merriam Law Firm, P.C. as Special Counsel for the Debtors to provide necessary tax litigation support.

4. I and other attorneys of the Firm have experience with respect to the matters for which the Firm is to be employed. My standard and customary billing rate is $215 per hour. Other attorneys of the Firm that may be working on this matter have a billing rate of $275 per hour for Theodore H. Merriam, and $165 per hour for Olena Ruth. In addition, the Firm will utilize the services of paralegals, law clerks, and other attorneys when possible and appropriate. These rates range from $45 per hour to $125 per hour.

5. Upon investigation and to the best of my knowledge and belief, neither I nor the Firm, represents or has represented any interest adverse to the Debtors or their estate with respect to the matter upon which employment is sought. The Firm is not owed for pre-petition legal services provided to the Debtors. Additionally, upon investigation and to the best of my knowledge and belief, the Firm has had no prior connection or relationship with the Debtors, creditors, the United States Trustee, any employee of the United States Trustee, or any other party in interest to this Chapter 11 case that would be adverse to the interests of the Debtors herein.

6. Merriam Law Firm, P.C. will submit requests for payment of its legal fees and reimbursement of expenses to the Court pursuant to applicable law and orders of this Court.

DATED this 21st day of May, 2015

_____
Kevin A. Planegger, Esq.

STATE OF COLORADO )
) ss.
COUNTY OF DENVER )

The foregoing instrument was subscribed, acknowledged, and affirmed or sworn to, before me this 21st day of May, 2015 by Kevin A. Planegger, Esq.

Witness my hand and official seal.

My commission expires: Sept. 25, 2018

_____
Notary Public

(Seal)

AMY TAPLEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20144037561
MY COMMISSION EXPIRES SEPTEMBER 25, 2018

2