UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

**ORDER AUTHORIZING EMPLOYMENT OF MERRIAM LAW FIRM, P.C. AS SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION**

THIS MATTER, having come before this Court upon Debtors' Application to Employ Merriam Law Firm, P.C. as Special Counsel for the Debtors in connection with certain litigation and tax matters with the IRS, and the Court being duly advised in the premises,

HEREBY FINDS that the employment of Merriam Law Firm, P.C. is in the best interest of the Debtors, and that employment is not forbidden under the United States Bankruptcy Code or Rules of Bankruptcy Procedure; and therefore the Court

HEREBY ORDERS that Merriam Law Firm, P.C. is authorized to represent and provide legal services to the Debtors with respect to certain litigation and tax matters with the IRS; and it is

FURTHER ORDERED that Merriam Law Firm, P.C. shall not be compensated or reimbursed from assets of the Debtors's estate or from assets in which the Debtors's estate may claim an interest except after application to and approval by this Court.

DATED: May 22, 2015

BY THE COURT:

U.S. Bankruptcy Judge