United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 13-19032-MER
Terry Lee Evanson                                                         Chapter 11
Lynette Pearce Evanson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1           User: cosior              Page 1 of 2           Date Rcvd: May 22, 2015
                               Form ID: pdf904          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2015.
db/db           Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO  80124-9608
intp           +Diane A. Holbert,    Douglas County Treasurer,    100 Third Street,    Attn: Stephanie Cook,
                 Castle Rock, CO 80104-2425
sp             +Kevin A Planegger,    Merriam Law Firm, P.C.,    1625 Broadway,    Suite 770,
                 Denver, CO 80202-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2015 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com,    tk_lesiak@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jennifer Schlatter    on behalf of Debtor Lynette Pearce Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Jennifer Schlatter    on behalf of Debtor Terry Lee Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Debtor Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Debtor Terry Lee Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Patrick D. Vellone    on behalf of Spec. Counsel Patrick D. Vellone pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,
               CChristensen@allen-vellone.com

```
District/off: 1082-1           User: cosior                Page 2 of 2                   Date Rcvd: May 22, 2015
                               Form ID: pdf904             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson
           tpopacondria@allen-vellone.com, CChristensen@allen-vellone.com
          US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
          William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
           adavis@ckbrlaw.com
                                                                                   TOTAL: 23

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                    )
                                          )
TERRY LEE EVANSON                         ) Case No. 13-19032 MER
SS# XXX-XX-9483                           ) Chapter 11
LYNETTE PEARCE EVANSON                    )
SS# XXX-XX-5531                           )
                                          )
Debtors.                                  )

**ORDER AUTHORIZING EMPLOYMENT OF MERRIAM LAW FIRM, P.C. AS SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION**

THIS MATTER, having come before this Court upon Debtors' Application to Employ Merriam Law Firm, P.C. as Special Counsel for the Debtors in connection with certain litigation and tax matters with the IRS, and the Court being duly advised in the premises,

HEREBY FINDS that the employment of Merriam Law Firm, P.C. is in the best interest of the Debtors, and that employment is not forbidden under the United States Bankruptcy Code or Rules of Bankruptcy Procedure; and therefore the Court

HEREBY ORDERS that Merriam Law Firm, P.C. is authorized to represent and provide legal services to the Debtors with respect to certain litigation and tax matters with the IRS; and it is

FURTHER ORDERED that Merriam Law Firm, P.C. shall not be compensated or reimbursed from assets of the Debtors's estate or from assets in which the Debtors's estate may claim an interest except after application to and approval by this Court.

DATED: May 22, 2015

BY THE COURT:

_____
U.S. Bankruptcy Judge