UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

### ORDER APPROVING SETTLEMENT AGREEMENT WITH COMMAND CENTER, INC., FRED A. MORETON & COMPANY, AND KEITH ANDERSON

THIS MATTER, having come before the Court on the Motion of the Debtors to approve a Settlement Agreement and Mutual Release with Command Center, Inc., Fred A. Moreton & Company, and Keith Anderson ("Settlement Agreement"); the Court having reviewed the Debtor's Motion, the Exhibit attached thereto, and its file with respect to this matter; notice of the Debtor's motion having been given pursuant to the requirements of Rule 9013 L.R.B.P., and no objection having been timely filed, or the Court, having received an objection, having convened a hearing in this matter and having made findings of facts and conclusions of law; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting the Debtor's Motion and approving the Settlement Agreement.

THEREFORE, THE COURT ORDERS:

1.  The Debtor's Motion is granted.

2.  The Settlement Agreement attached to the Debtors' Motion as Exhibit A is hereby approved.

DATED:  June 4, 2015

BY THE COURT:

U.S. Bankruptcy Judge