United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 13-19032-MER
Terry Lee Evanson                                               Chapter 11
Lynette Pearce Evanson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1           User: mckinleyj          Page 1 of 2           Date Rcvd: Jun 04, 2015
                               Form ID: pdf904          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2015.
db/db          Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO  80124-9608
intp          +Diane A. Holbert,    Douglas County Treasurer,    100 Third Street,    Attn: Stephanie Cook,
                Castle Rock, CO 80104-2425
sp            +Kevin A Planegger,    Merriam Law Firm, P.C.,    1625 Broadway,    Suite 770,
                Denver, CO 80202-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2015 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com,    tk_lesiak@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jennifer Schlatter    on behalf of Debtor Lynette Pearce Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Jennifer Schlatter    on behalf of Debtor Terry Lee Evanson jschlatter@allen-vellone.com,
               tnovoa@allen-vellone.com;jsena@allen-vellone.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Kevin D. Allen    on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Kevin D. Allen    on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Debtor Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Mark A. Larson    on behalf of Debtor Terry Lee Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Patrick D. Vellone    on behalf of Spec. Counsel Patrick D. Vellone pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Patrick D. Vellone    on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com,
               jsena@allen-vellone.com;dbarela@allen-vellone.com
              Tatiana G. Popacondria    on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com,
               CChristensen@allen-vellone.com

```
District/off: 1082-1          User: mckinleyj            Page 2 of 2              Date Rcvd: Jun 04, 2015
                              Form ID: pdf904            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Tatiana G. Popacondria    on behalf of Debtor Lynette Pearce Evanson
     tpopacondria@allen-vellone.com, CChristensen@allen-vellone.com
    US Trustee, 11   USTPRegion19.DV.ECF@usdoj.gov
    William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
     adavis@ckbrlaw.com
                                                       TOTAL: 23

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

**ORDER APPROVING SETTLEMENT AGREEMENT WITH COMMAND CENTER, INC., FRED A. MORETON & COMPANY, AND KEITH ANDERSON**

THIS MATTER, having come before the Court on the Motion of the Debtors to approve a Settlement Agreement and Mutual Release with Command Center, Inc., Fred A. Moreton & Company, and Keith Anderson ("Settlement Agreement"); the Court having reviewed the Debtor's Motion, the Exhibit attached thereto, and its file with respect to this matter; notice of the Debtor's motion having been given pursuant to the requirements of Rule 9013 L.R.B.P., and no objection having been timely filed, or the Court, having received an objection, having convened a hearing in this matter and having made findings of facts and conclusions of law; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting the Debtor's Motion and approving the Settlement Agreement.

THEREFORE, THE COURT ORDERS:

1. The Debtor's Motion is granted.

2. The Settlement Agreement attached to the Debtors' Motion as Exhibit A is hereby approved.

DATED:  June 4, 2015

BY THE COURT:

_____
U.S. Bankruptcy Judge