DEBTOR: _TERRY LYNETTE EVANSON_          **MONTHLY OPERATING REPORT**
**CHAPTER 11**

CASE NUMBER: _13 - 19032 MER_ .

Form 2-A
**COVER SHEET**

For Period Ending ___5-30-15___ .

**Accounting Method:**   ☐ Accrual Basis     ☒ Cash Basis

---

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts<br>    IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts<br>    _WELLS FARGO + RED ROCKS_ |

---

*I declare under penalty of perjury that the following Monthly Operating Report, and any*
*attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: _6/8/15_          Print Name: _TERRY EVANSON_

Signature: _____

Title: _____

Rev. 12/10/2009

DEBTOR: _TERRY + LYNETTE EVANSON_   CASE NO: _13- 19032MER._

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _5/1/15_ to _5/30/15_

CASH RECEIPTS DETAIL   Account No: _3576._
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| | BUSINESS INCOME | | $ 3030. 00 |
| | | | 1808. 80 |
| | | | 74. 01 |
| | | | 4251. 92 |
| | SOCIAL SECURITY | | 792. 00 |
| | HEALTH INS. REFUND | | 104. 90 |

Total Cash Receipts   $ _10061.63_ (1)

DEBTOR: _TERRY + LYNETTE EVANSON_          CASE NO: _13-19032 MER._

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _5/1/15_ to _5/30/15_

CASH DISBURSEMENTS DETAIL          Account No: _3576._
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|------|-----------|-------|----------------------|----------|
| | | DISH | | 126.67 |
| | | HEALTH INS | | 82.23 |
| | | HOUSE PROPERTY TAX. | | 2604.50 |
| | | DISCOVER AGREEMENT. | | 225.00 |
| | | LIFE INS. | | 49.44 |
| | | HOUSE INS. | | 346.01 |
| | | DONATIONS | | 500.00 |
| | | PERSONAL. | | 351.00 |
| | | GAS | | 226.56 |
| | | | | 4511.41 |
| | | BUSINESS EXP. | | 5137.26 |

Total Cash Disbursements     $ _9648.67_ (1)

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR: *TERRY + LYNETTE EVANSON*     CASE NO:   *13 - 19032 MER*.

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/15 to 5/30/15 .

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 3098.67 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 9164.73 | |
| Sale of Assets | | |
| Loans/advances | 792.00 | |
| Other  *social security* | 104.90 | |
|    *HEALTH INS RFD.* | | |
| Total Cash Receipts | $ 10,061.63 | $ |
| 3. Cash Disbursements | | |
| Operations | 5137.26. | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | 4511.41. | |
| Other | | |
| Total Cash Disbursements | $ 9648.67 | $ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 3511.63. | |
| 5 Ending Cash Balance (to Form 2-C) | $ 3511.63 (2) | $ _____ (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 3511.63 |
| DIP Operating Account | 3576 | |
| DIP State Tax Account | _____ | |
| DIP Payroll Account | _____ | |
| Other Operating Account | _____ | |
| Other Interest-bearing Account | _____ | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 3511.63 (2) |

(1)  *Accumulated beginning cash balance is the cash available at the commencement of the case.*
     *Current month beginning cash balance should equal the previous month's ending balance.*
(2)  *All cash balances should be the same.*

DEBTOR: _TERRY+LYNETTE EVANSON_    CASE NO: _13-19032 MER._

### Form 2-C
### COMPARATIVE BALANCE SHEET
For Period Ended: _5/30/15_

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | | |
| Land | $ | $ |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less:  Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| TOTAL ASSETS | $ | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| TOTAL LIABILITIES | $ | $ |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: _Terry & Lynette Evanson_        CASE NO: _13-19032-MER._

### Form 2-D
### PROFIT AND LOSS STATEMENT
For Period  _5/1/15_  to  _5/30/15_

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 9164.73 | $ |
| Less:  Discounts, Returns and Allowances | ( 0 ) | ( ) |
| **Net Operating Revenue** | $ 9164.73 | $ |
| Cost of Goods Sold | 5137.26 |  |
| **Gross Profit** | $ 4027.47 | $ |
| Operating Expenses |  |  |
| Officer Compensation | $ | $ |
| Selling, General and Administrative |  |  |
| Rents and Leases |  |  |
| Depreciation, Depletion and Amortization |  |  |
| Other (list): |  |  |
| Total Operating Expenses | $ — | $ |
| **Operating Income (Loss)** | $ 4027.47 | $ |
| Non-Operating Income and Expenses |  |  |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets |  |  |
| Interest Income |  |  |
| Interest Expense |  |  |
| Other Non-Operating Income |  |  |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses |  |  |
| Legal and Professional Fees | $ | $ |
| Other Reorganization Expense |  |  |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 4027.47 | $ |
| Federal and State Income Tax Expense (Benefit) |  |  |
| **NET INCOME (LOSS)** | $ 4027.47 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: *Terry + Lynette Evandson*          CASE NO: *13-19032 MER*

### Form 2-E
### SUPPORTING SCHEDULES
For Period: *5/1/15* to *5/30/15*

#### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | $ | $ | $ | | | $ |
|   Federal | | | | | | |
|   State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax | | | | | | |
|   Federal | | | | | | |
|   State | | | | | | |
| Sales, Use & | | | | | | |
|   Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: | | | | | | |
|   Federal | | | | | | |
|   State | | | | | | |
|   Other:_____ | | | | | | |
| TOTALS | $ 0 | $ 0 | $ | | | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

#### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | House — *Safero* | $ ~~2/16~~ SAME. | | $ 2/16. |
| Vehicle | Farmers Ins | $ same | | $ 10/16. |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: _TERRY & LYNETTE EVANSON_          CASE NO: _13-19032 MER._

### Form 2-E
### SUPPORTING SCHEDULES
For Period: _5/1/15_ to _5/30/15_

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

|  | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Due |  |  |
| Under 30 days | $ | $ |
| 30 to 60 days |  |  |
| 61 to 90 days |  |  |
| 91 to 120 days |  |  |
| Over 120 days |  |  |
| Total Post Petition |  |  |
| Pre Petition Amounts |  |  |
| Total Accounts Receivable | $ |  |
| Less: Bad Debt Reserve | $ |  |
| Net Accounts Receivable (to Form 2-C) |  |  |
|  | Total Post Petition Accounts Payable | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ |  | $ |
| Counsel for Unsecured Creditors' Committee |  |  |  |  |  |
| Trustee's Counsel |  |  |  |  |  |
| Accountant |  |  |  |  |  |
| Other: |  |  |  |  | $ 0 |
| Total | $ | $ | $ |  |  |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
|  |  |  | $ 0 |
|  |  |  |  |
|  |  |  |  |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

DEBTOR: _TERRY + LYNETTE EVANSON_          CASE NO: _13-19032MER_

### Form 2-F
### QUARTERLY FEE SUMMARY *
For the Month Ended: _5/30/15_

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | _____ $ | | | | |
| February | _____ | | | | |
| March | _____ | | | | |
| TOTAL 1st Quarter | $ | _____ $ | _____ | _____ | _____ |
| April | _3978_ $ _84_ | | | | |
| May | _9648.67_ | | | | |
| June | _____ | | | | |
| TOTAL 2nd Quarter | $ | _____ $ | _____ | _____ | _____ |
| July | _____ $ | | | | |
| August | _____ | | | | |
| September | _____ | | | | |
| TOTAL 3rd Quarter | $ | _____ $ | _____ | _____ | _____ |
| October | _____ $ | | | | |
| November | _____ | | | | |
| December | _____ | | | | |
| TOTAL 4th Quarter | $ | _____ $ | _____ | _____ | _____ |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999.............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999.............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999.............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

_Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]_
_In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717_

Page 1 of 1

Rev. 12/10/2009

DEBTOR: _Terry + Lynette Evanson_          CASE NO: _13-19032 mer._

Form 2-G
NARRATIVE
For Period Ending _5/30/15_

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

None

Page 1 of 1
Rev. 12/10/2009

 Wells Fargo Online®

## Account Activity

EVERYDAY CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $3,511.63 |
| Pending Withdrawals/ Debits | -$410.14 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$3,101.49** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show:  for:  Date Range  05/01/15  to  05/30/15

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 05/29/15 | DISH NETWORK DISH NTWRK 052715 9060370845 SPA EVANSON,TERRY | | $126.67 | $3,511.63 |
| 05/29/15 | RECURRING PAYMENT AUTHORIZED ON 05/29 SB *SAVINGS 2 GO 888-272-5027 TX S385149222056445 CARD 4079 | | $14.95 | |
| 05/29/15 | PURCHASE AUTHORIZED ON 05/28 AMATO WHOLESALE FL DENVER CO S005148616047057 CARD 7458 | | $279.00 | |
| 05/29/15 | PURCHASE AUTHORIZED ON 05/28 AMATO WHOLESALE FL DENVER CO S085148615481512 CARD 7458 | | $500.00 | |
| 05/29/15 | PURCHASE AUTHORIZED ON 05/27 SPROUTS FARMERS MA CASTLE ROCK CO S465148094401553 CARD 4079 | | $11.11 | |
| 05/28/15 | PURCHASE AUTHORIZED ON 05/28 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000849472253 CARD 7458 | | $31.79 | $4,443.36 |
| 05/28/15 | PURCHASE AUTHORIZED ON 05/27 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00585148104380797 CARD 4079 | | $15.27 | |
| 05/28/15 | PURCHASE AUTHORIZED ON 05/27 KING SOOPERS 100 FOUND CASTLE ROCK CO P00585148084967201 CARD 4079 | | $48.87 | |
| 05/28/15 | PURCHASE AUTHORIZED ON 05/26 LBL*ORDERLMAGECOM 888-730-1453 AZ S165146588967549 CARD 4079 | | $149.99 | |
| 05/26/15 | PURCHASE WITH CASH BACK $ 60.00 AUTHORIZED ON 05/26 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000259732759 CARD 7458 | | $196.46 | $4,689.28 |
| 05/26/15 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 05/25 WAL-MART #1252 HIGHLANDS RAN CO P00000000052962001 CARD 7458 | | $59.28 | |
| 05/26/15 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 05/25 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000546769636 CARD 7458 | | $187.97 | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/23 CIRCLE K 6537 LITTLETON CO S585143143552440 CARD 4079 | | $5.04 | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/23 THE HOME DEPOT 1508 LITTLETON CO P00305143776698884 CARD 4079 | | $114.08 | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/23 SAMS CLUB #6634 LONE TREE CO S165143743491464 CARD 4079 | | $56.84 | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/23 KING SOOPERS 5673S. QU HIGHLANDS RNC CO P00385143629586804 CARD 7458 | | $10.07 | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/23 SAMSCLUB #6634 LITTLETON SE CO S585143623188972 CARD 4079 | | $29.73 | |
| 05/26/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/23 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000444904838 CARD 7458 | | $93.48 | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/23 JETRO HOLDINGS LLC GREENWOOD VIL CO P00585143605265464 CARD 7458 | | $61.80 | |
| 05/26/15 | PURCHASE AUTHORIZED ON 05/22 OUTBACK 0626 CASTLE ROCK CO S385142086565798 CARD 4079 | | $39.57 | |
| 05/22/15 | COLORADO HEALTH 723520 150521 LYNETTE P EVANS LYNETTE EVANSON | | $82.23 | $5,543.60 |

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 05/22/15 | PURCHASE AUTHORIZED ON 05/22 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000640181500 CARD 4079 | | $54.85 | |
| 05/22/15 | eDeposit in Branch/Store 05/22/15 03:56:27 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $3,030.00 | | |
| 05/21/15 | PURCHASE AUTHORIZED ON 05/19 SPROUTS FARMERS MA HIGHLANDS RAN CO S385139636392319 CARD 7458 | | $10.69 | $2,650.68 |
| 05/20/15 | PURCHASE AUTHORIZED ON 05/20 SAMS CLUB SAM'S Club LITTLETON SE CO P0000000043642195G CARD 7458 | | $44.36 | $2,661.37 |
| 05/20/15 | SSA TREAS 310 XXSOC SEC 052015 XXXXX9483B SSA LYNETTE P EVANSON | $792.00 | | |
| 05/19/15 | PURCHASE WITH CASH BACK $ 100.00 AUTHORIZED ON 05/19 SAMSCLUB #6634 LONE TREE CO P00000000641170393 CARD 7458 | | $273.26 | $1,913.73 |
| 05/19/15 | eDeposit in Branch/Store 05/19/15 10:56:19 AM 9233 E LINCOLN AVE LONE TREE CO 4079 | $1,808.80 | | |
| 05/18/15 | PURCHASE AUTHORIZED ON 05/18 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000442894121 CARD 4079 | | $42.28 | $378.19 |
| 05/18/15 | PURCHASE AUTHORIZED ON 05/16 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00305136822628192 CARD 4079 | | $75.96 | |
| 05/18/15 | PURCHASE AUTHORIZED ON 05/15 RESTAURANT DEPOT GREENWOOD VIL CO S585135795707913 CARD 7458 | | $74.46 | |
| 05/15/15 | PURCHASE AUTHORIZED ON 05/15 SPROUTS FARMERS MKT#30 LONE TREE CO P00465135859530154 CARD 7458 | | $57.25 | $570.89 |
| 05/15/15 | PURCHASE AUTHORIZED ON 05/15 COSTCO WHSE #0468 LONE TREE CO P00305135839125471 CARD 7458 | | $23.47 | |
| 05/15/15 | PURCHASE AUTHORIZED ON 05/15 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000445501150 CARD 7458 | | $191.10 | |
| 05/15/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/15 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00585135553335555 CARD 7458 | | $39.32 | |
| 05/15/15 | PURCHASE AUTHORIZED ON 05/14 BRIGHAM YOUNG UNIV 801-422-4701 UT S46513382242086/ CARD 4079 | | $5.00 | |
| 05/15/15 | PURCHASE AUTHORIZED ON 05/14 SAMS CLUB #6634 LONE TREE CO S005134783077935 CARD 4079 | | $31.31 | |
| 05/15/15 | PURCHASE AUTHORIZED ON 05/14 SAMS CLUB #6634 LONE TREE CO S285134617122752 CARD 7458 | | $49.75 | |
| 05/15/15 | PURCHASE AUTHORIZED ON 05/14 SHP*SWANSON HLTH P 800-437-4148 ND S385133604336793 CARD 4079 | | $27.97 | |
| 05/14/15 | PURCHASE AUTHORIZED ON 05/14 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000330892326 CARD 7458 | | $185.69 | $996.06 |
| 05/14/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/14 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000033372450 CARD 7458 | | $108.10 | |
| 05/14/15 | PURCHASE AUTHORIZED ON 05/13 OUTBACK 2710 BILLINGS MT S585133002959179 CARD 4079 | | $10.99 | |
| 05/14/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $74.01 | | |
| 05/13/15 | PURCHASE AUTHORIZED ON 05/13 KING SOOPERS 400 RED C HIGHLANDS RNC CO P00305136809238245 CARD 7458 | | $15.74 | $1,226.83 |
| 05/13/15 | PURCHASE AUTHORIZED ON 05/13 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00385133595837568 CARD 7458 | | $96.48 | |
| 05/13/15 | PURCHASE AUTHORIZED ON 05/12 FLYING J #758 CASPER WY P00585133153865286 CARD 4079 | | $21.80 | |
| 05/13/15 | PURCHASE AUTHORIZED ON 05/12 TOWN PUMP BILLINGS BILLINGS MT S465133012262459 CARD 4079 | | $29.33 | |
| 05/12/15 | PURCHASE AUTHORIZED ON 05/12 HOB-LOB #117 8181 S. Q Centennial CO P00305132682022608 CARD 7458 | | $44.29 | $1,390.18 |
| 05/12/15 | PURCHASE AUTHORIZED ON 05/12 JOANN STORES, INC. CENTENNIAL CO P00385132659583231 CARD 7458 | | $50.29 | |
| 05/12/15 | PURCHASE AUTHORIZED ON 05/12 TJ TJ MAXX HIGHLANDS CO P00305132633867656 CARD 7458 | | $33.58 | |
| 05/11/15 | CHECK # 176 | | $2,604.50 | $1,518.34 |
| 05/11/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42063752 EVANSON,LYNETTE OR TER | | $49.44 | |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/09 DOLLARTREE 8575 S QUBE HIGHLANDS RAN CO P00000000340096565 CARD 7458 | | $12.50 | |
| 05/11/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/09 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000840503617 CARD 7458 | | $33.47 | |
| 05/11/15 | | | $14.28 | |

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 05/08 EXXONMOBIL 4595 SHERIDAN WY S385128233202514 CARD 4079 | | | |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/08 EXXONMOBIL 4594 SHELBY MT S385128790426370 CARD 4079 | | $13.99 | |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/08 HOLIDAY STNSTORE 0 BILLINGS MT S305128609337216 CARD 4079 | | $13.25 | |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/07 LOAF N JUG #0127 EVANSVILLE WY S285128156981743 CARD 4079 | | $23.57 | |
| 05/08/15 | PURCHASE AUTHORIZED ON 05/08 CRACKER BARREL 5620 S BILLINGS MT P00385128604685164 CARD 4079 | | $25.86 | $4,283.34 |
| 05/08/15 | PURCHASE AUTHORIZED ON 05/07 SAMS CLUB #6634 LONE TREE CO S285127769656752 CARD 4079 | | $26.81 | |
| 05/08/15 | PURCHASE AUTHORIZED ON 05/07 THE UNIVERSAL DENVER CO S305127708127604 CARD 4079 | | $42.18 | |
| 05/07/15 | PURCHASE AUTHORIZED ON 05/07 SAM'S Club LITTLETON SE CO P00000000530880603 CARD 7458 | | $6.37 | $4,378.19 |
| 05/07/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/07 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000154604504 CARD 7458 | | $142.56 | |
| 05/06/15 | PURCHASE AUTHORIZED ON 05/06 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000131631037 CARD 7458 | | $37.26 | $4,527.12 |
| 05/06/15 | PURCHASE AUTHORIZED ON 05/05 ENAGIC DOT COM 866-2619500 CA S385125576962561 CARD 4079 | | $138.80 | |
| 05/06/15 | PURCHASE AUTHORIZED ON 05/04 SAFEWAY FUEL 1001 ENGLEWOOD CO S585124673775589 CARD 7458 | | $44.50 | |
| 05/05/15 | CHECK # 174 | | $325.00 | $4,747.68 |
| 05/05/15 | SAFECO INSURANCE INS PREM 051015 71077376730 TERRY EVANSON | | $346.01 | |
| 05/05/15 | Cash eWithdrawal in Branch/Store 05/05/2015 2:17 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | | $350.00 | |
| 05/05/15 | PURCHASE AUTHORIZED ON 05/05 TARGET T0 TARGET T0271 Highlands Ran CO P00000000131536248 CARD 4079 | | $36.16 | |
| 05/05/15 | PURCHASE AUTHORIZED ON 05/05 SPROUTS FARMERS MKT#31 HIGHLANDS RAN CO P00585125810753126 CARD 4079 | | $116.41 | |
| 05/05/15 | PURCHASE AUTHORIZED ON 05/05 SPROUTS FARMERS MKT#30 LONE TREE CO P00585125752267798 CARD 7458 | | $16.80 | |
| 05/05/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/05 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000830716845 CARD 7458 | | $141.83 | |
| 05/05/15 | PURCHASE AUTHORIZED ON 05/04 Wal-Mart Super Center HIGHLANDS RAN CO P00000000057291748 CARD 7458 | | $5.76 | |
| 05/05/15 | PURCHASE AUTHORIZED ON 05/04 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000252594306 CARD 7458 | | $58.65 | |
| 05/05/15 | eDeposit in Branch/Store 05/05/15 02:16:55 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $4,251.92 | | |
| 05/04/15 | CHECK # 175 | | $500.00 | $1,892.38 |
| 05/04/15 | PURCHASE AUTHORIZED ON 05/04 SAM'S Club LITTLETON SE CO P00000000747127368 CARD 7458 | | $112.04 | |
| 05/04/15 | PURCHASE AUTHORIZED ON 05/04 MICHAELS STORES INC971 ENGLEWOOD CO P00000000057207198 CARD 7458 | | $100.63 | |
| 05/04/15 | PURCHASE AUTHORIZED ON 05/04 JOANN STORES, INC. CENTENNIAL CO P00385124740206642 CARD 7458 | | $100.34 | |
| 05/04/15 | PURCHASE AUTHORIZED ON 05/01 SAMSCLUB 6634 GAS LONE TREE CO S585121561980875 CARD 7458 | | $10.01 | |
| 05/01/15 | CHECK # 148 | | $225.00 | $2,715.40 |
| 05/01/15 | CHECK # 173 | | $60.00 | |
| 05/01/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 05/01 SAM'S Club LITTLETON SE CO P00000000041557312 CARD 7458 | | $197.53 | |
| 05/01/15 | PURCHASE AUTHORIZED ON 04/29 SPROUTS FARMERS MA LONE TREE CO S305119623890881 CARD 7458 | | $5.64 | |
| 05/01/15 | SSA TREAS 310 XXSOC SEC 050115 XXXXX9483A SSA TERRY L EVANSON | $104.90 | | |
| Totals | | $10,061.63 | $9,648.67 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.