## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Terry Lee Evanson | ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson | ) | Chapter 11 |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO WITHDRAW AS SPECIAL COUNSEL FOR TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON

THIS MATTER having come before the Court upon the Motion to Withdraw as Special Counsel for Terry Lee Evanson and Lynette Pearce Evanson filed by Allen & Vellone, P.C., and the Court, having reviewed the Motion, finding that proper notice of withdrawal has been served and that good cause for such withdrawal has been established, and being fully advised in the premises, hereby

ORDERS that Allen & Vellone, P.C.'s Motion to Withdraw as Special Counsel for Terry Lee Evanson and Lynette Pearce Evanson is GRANTED.

Dated this 18th day of June, 2015.

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court