United States Bankruptcy Court
District of Colorado

In re:
Terry Lee Evanson
Lynette Pearce Evanson
Debtors

Case No. 13-19032-MER
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1 User: mckinleyj Page 1 of 2 Date Rcvd: Jun 18, 2015
Form ID: pdf904 Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2015.

db/db Terry Lee Evanson, Lynette Pearce Evanson, 10175 S Oneida St, Littleton, CO 80124-9608
intp +Diane A. Holbert, Douglas County Treasurer, 100 Third Street, Attn: Stephanie Cook, Castle Rock, CO 80104-2425
sp +Kevin A Planegger, Merriam Law Firm, P.C., 1625 Broadway, Suite 770, Denver, CO 80202-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2015 at the address(es) listed below:

Alan K. Motes on behalf of U.S. Trustee US Trustee, 11 Alan.Motes@usdoj.gov
Alexis L. Davidson on behalf of Creditor Discover Bank adavidson@dabauerpc.com, bosullivan@dabauerpc.com
Alexis L. Davidson on behalf of Plaintiff Discover Bank adavidson@dabauerpc.com, bosullivan@dabauerpc.com
Clarissa M. Collier on behalf of Creditor Moreton Insurance of Colorado CMCollier@hollandhart.com, tk_lesiak@hollandhart.com
Douglas D. Koktavy on behalf of Creditor Santander Consumer USA, Inc. Doug@coloradocreditorlaw.com
Heather S. Cleary on behalf of Creditor Command Center, Inc. heather.cleary@ritsema-lyon.com, kristine.fernatt@ritsema-lyon.com
Jeffrey Weinman on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com, lkraai@weinmanpc.com
Jeffrey Weinman on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com, lkraai@weinmanpc.com
Jennifer Schlatter on behalf of Debtor Lynette Pearce Evanson jschlatter@allen-vellone.com, tnovoa@allen-vellone.com;jsena@allen-vellone.com
Jennifer Schlatter on behalf of Debtor Terry Lee Evanson jschlatter@allen-vellone.com, tnovoa@allen-vellone.com;jsena@allen-vellone.com
Kenneth J. Buechler on behalf of Creditor Command Center, Inc. ken@kjblawoffice.com, sharon@kjblawoffice.com
Kevin D. Allen on behalf of Debtor Lynette Pearce Evanson kallen@allen-vellone.com, mmorton@allen-vellone.com
Kevin D. Allen on behalf of Debtor Terry Lee Evanson kallen@allen-vellone.com, mmorton@allen-vellone.com
Mark A. Larson on behalf of Debtor Lynette Pearce Evanson mlarson@allen-vellone.com, mmorton@allen-vellone.com
Mark A. Larson on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com, mmorton@allen-vellone.com
Mark A. Larson on behalf of Debtor Terry Lee Evanson mlarson@allen-vellone.com, mmorton@allen-vellone.com
Patrick D. Vellone on behalf of Debtor Terry Lee Evanson pvellone@allen-vellone.com, jsena@allen-vellone.com;dbarela@allen-vellone.com
Patrick D. Vellone on behalf of Spec. Counsel Patrick D. Vellone pvellone@allen-vellone.com, jsena@allen-vellone.com;dbarela@allen-vellone.com
Patrick D. Vellone on behalf of Spec. Counsel Allen & Vellone, P.C. pvellone@allen-vellone.com, jsena@allen-vellone.com;dbarela@allen-vellone.com
Patrick D. Vellone on behalf of Debtor Lynette Pearce Evanson pvellone@allen-vellone.com, jsena@allen-vellone.com;dbarela@allen-vellone.com

District/off: 1082-1 User: mckinleyj Page 2 of 2 Date Rcvd: Jun 18, 2015
Form ID: pdf904 Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Tatiana G. Popacondria on behalf of Debtor Terry Lee Evanson tpopacondria@allen-vellone.com, CChristensen@allen-vellone.com
Tatiana G. Popacondria on behalf of Debtor Lynette Pearce Evanson tpopacondria@allen-vellone.com, CChristensen@allen-vellone.com
US Trustee, 11 USTPRegion19.DV.ECF@usdoj.gov
William C. Brittan on behalf of Creditor Keith Anderson bbrittan@ckbrlaw.com, adavis@ckbrlaw.com

TOTAL: 24

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Terry Lee Evanson | ) | Case No. 13-19032 MER |
| Lynette Pearce Evanson | ) | Chapter 11 |
| Debtor. | ) | |

---

**ORDER GRANTING MOTION TO WITHDRAW AS SPECIAL COUNSEL FOR TERRY LEE EVANSON AND LYNETTE PEARCE EVANSON**

---

THIS MATTER having come before the Court upon the Motion to Withdraw as Special Counsel for Terry Lee Evanson and Lynette Pearce Evanson filed by Allen & Vellone, P.C., and the Court, having reviewed the Motion, finding that proper notice of withdrawal has been served and that good cause for such withdrawal has been established, and being fully advised in the premises, hereby

ORDERS that Allen & Vellone, P.C.'s Motion to Withdraw as Special Counsel for Terry Lee Evanson and Lynette Pearce Evanson is GRANTED.

Dated this 18th day of June, 2015.

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court