DEBTOR: Terry & Lynette Evanson     MONTHLY OPERATING REPORT
                                    CHAPTER 11
CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 6-30-15

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

*THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts   IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts   WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 6/13/15     Print Name: TERRY EVANSON

Signature: [signed]

Title: _____

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/15 to 6/30/15

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576.

| Date | Payer | Description | Amount |
|---|---|---|---|
| | Social Security | | $792.00 |
| | Business | | 4930.35 |
| | Returns. (Personal.) | | 89.58 |

Total Cash Receipts   $ 5811.93   (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

**Form 2-B**
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/15 to 6/30/15

CASH DISBURSEMENTS DETAIL    Account No: 3576
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       | Gas                    | $53.66 |
|      |           |       | Discover               | 225.00 |
|      |           |       | Dentist                | 200.00 |
|      |           |       | Doctor                 | 20.00 |
|      |           |       | Internet               | 122.66 |
|      |           |       | House Ins.             | 346.01 |
|      |           |       | Donations              | 500.00 |
|      |           |       | Life Ins.              | 156.63 |
|      |           |       | Personal               | 620.47 |
|      |           |       | TOTAL                  | 2244.43 |
|      |           |       |                        | 4126.24 |
|      |           |       | Operations             |        |

Total Cash Disbursements    $ 6371.17   (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON      CASE NO: 13-19032 MER

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/15 to 6/30/15

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 3511.63 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 4930.35 | |
|    Sale of Assets | | |
|    Loans/advances | 792.00 | |
|    Other  returns. | 89.58 | |
|    Total Cash Receipts | $ 5811.93 | $ _____ |
| 3. Cash Disbursements | | |
|    Operations | 4126.24 | |
|    Debt Service/Secured loan payment | | |
|    Professional fees/U.S. Trustee fees | 2244.43 | |
|    Other | | |
|    Total Cash Disbursements | $ 6371.17 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 2952.39 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 2952.39 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 2952.39 |
| DIP Operating Account | Wells Fargo 3576. | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 2952.39 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 6/30/15

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) _____ | | |
| Total Current Assets | $ ⌀ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): _____ | | |
| TOTAL ASSETS | $ ⌀ | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): _____ | | |
| Total Post Petition Liabilities | $ ⌀ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ ⌀ | $ |
| TOTAL LIABILITIES | $ ⌀ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ ⌀ | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON   CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 6/1/15 to 6/30/15

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $4930.35 | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| **Net Operating Revenue** | $4930.35 | $ |
| Cost of Goods Sold | 4126.74 | |
| **Gross Profit** | $803.61 | $ |
| Operating Expenses | $ | $ |
|   Officer Compensation | | |
|   Selling, General and Administrative | | |
|   Rents and Leases | | |
|   Depreciation, Depletion and Amortization | | |
|   Other (list): | | |
| **Total Operating Expenses** | $ — | $ |
| **Operating Income (Loss)** | $803.61 | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses | | |
|   Gains (Losses) on Sale of Assets | | |
|   Interest Income | | |
|   Interest Expense | | |
|   Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ | $ |
|   Other Reorganization Expense | | |
| **Total Reorganization Expenses** | $ | $ |
| Net Income (Loss) Before Income Taxes | $ | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $803.61 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 6/1/15 to 6/30/15

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | Safeco - House | $ House |  | $ 2/16 |
| Vehicle | Farmers Ins - cars | $ Cars |  | $ 1/25/16 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: _Terry + Lynette Evanson_  CASE NO: _13-19032 mER._

## Form 2-E
## SUPPORTING SCHEDULES
For Period: _6/1/15_ to _6/30/15_

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| | Total Post Petition Accounts Payable $ | 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2  
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032mer

## Form 2-F
## QUARTERLY FEE SUMMARY*
For the Month Ended: 6/30/15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | | $ | $ | | |
| April | | $3978.84 | | | |
| May | | 9648.67 | | | |
| June | | 6371.17 | | | |
| TOTAL 2nd Quarter | | $19,998.68 | $ | | |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | | $ | $ | | |
| October | | $ | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | | $ | $ | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson      CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 6/30/15

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



**Wells Fargo Online®**

## Account Activity

WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $1,444.94 |
| Pending Withdrawals/ Debits | -$209.17 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $1,235.77 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 06/01/15 to 06/30/15

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 06/30/15 | RECURRING PAYMENT AUTHORIZED ON 06/29 PSV*STANSBERRY RES 855-4938301 MD S465180569891489 CARD 4079 | | $5.00 | $2,952.39 |
| 06/30/15 | eDeposit in Branch/Store 06/30/15 02:42:56 PM 9233 E LINCOLN AVE LONE TREE CO 4079 | $608.00 | | |
| 06/29/15 | PURCHASE RETURN AUTHORIZED ON 06/29 THE HOME DEPOT 1508 LITTLETON CO P00465180647560091 CARD 4079 | $11.71 | | $2,349.39 |
| 06/29/15 | PURCHASE AUTHORIZED ON 06/29 THE HOME DEPOT 1508 LITTLETON CO P00385180649653759 CARD 4079 | | $25.57 | |
| 06/29/15 | RECURRING PAYMENT AUTHORIZED ON 06/27 SB *SAVINGS 2 GO 888-272-5027 TX S585178227617008 CARD 4079 | | $14.95 | |
| 06/29/15 | PURCHASE AUTHORIZED ON 06/27 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00385178842605925 CARD 4079 | | $12.10 | |
| 06/29/15 | PURCHASE AUTHORIZED ON 06/27 SAM'S Club LITTLETON SE CO P00000000859835107 CARD 4079 | | $144.95 | |
| 06/29/15 | PURCHASE AUTHORIZED ON 06/27 SPROUTS FARMERS MA LONE TREE CO S585178571839703 CARD 4079 | | $7.73 | |
| 06/29/15 | PURCHASE AUTHORIZED ON 06/27 DOLLARTREE 8575 S QUBE HIGHLANDS RAN CO P00000000635720872 CARD 4079 | | $8.40 | |
| 06/29/15 | PURCHASE AUTHORIZED ON 06/26 J ALEXANDERS 0200 ENGLEWOOD CO S385177680300864 CARD 4079 | | $65.51 | |
| 06/29/15 | PURCHASE AUTHORIZED ON 06/25 DABOLINA CORP DENVER CO S165176653212724 CARD 4079 | | $158.06 | |
| 06/29/15 | PURCHASE AUTHORIZED ON 06/25 TLF ASSOC WHOLESAL 303-4551234 CO S305176567168946 CARD 7458 | | $462.44 | |
| 06/26/15 | CHECK # 179 | | $66.05 | $3,237.39 |
| 06/26/15 | PURCHASE AUTHORIZED ON 06/25 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00465177182379516 CARD 7458 | | $33.56 | |
| 06/26/15 | PURCHASE AUTHORIZED ON 06/25 AMATO WHOLESALE FL DENVER CO S005176627118879 CARD 7458 | | $138.85 | |
| 06/26/15 | PURCHASE AUTHORIZED ON 06/25 SAMSCLUB 6634 GAS LONE TREE CO S465176518529340 CARD 4079 | | $29.66 | |
| 06/26/15 | eDeposit in Branch/Store 06/26/15 10:15:57 AM 9233 E LINCOLN AVE LONE TREE CO 4079 | $2,350.00 | | |
| 06/25/15 | PURCHASE AUTHORIZED ON 06/24 BART G CHRISTIANSE 303-790-9323 CO S085175556644340 CARD 4079 | | $200.00 | $1,155.51 |
| 06/25/15 | PURCHASE AUTHORIZED ON 06/24 SAMS CLUB #6634 LONE TREE CO S005175530436460 CARD 4079 | | $9.95 | |
| 06/24/15 | PURCHASE AUTHORIZED ON 06/24 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00385176020012042 CARD 4079 | | $5.62 | $1,365.46 |
| 06/24/15 | | | $348.82 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 06/24 SAMS CLUB SAM'S Club LITTLETON SE CO P0000000141156788 CARD 7458 | | | |
| 06/24/15 | PURCHASE AUTHORIZED ON 06/24 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000847234669 CARD 4079 | | $170.88 | |
| 06/24/15 | PURCHASE AUTHORIZED ON 06/24 THE HOME DEPOT 1508 LITTLETON CO P00465175665898335 CARD 4079 | | $15.97 | |
| 06/24/15 | PURCHASE AUTHORIZED ON 06/23 SAMS CLUB #6634 LONE TREE CO S165174745899150 CARD 7458 | | $53.75 | |
| 06/23/15 | PURCHASE WITH CASH BACK $ 100.00 AUTHORIZED ON 06/23 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000757124621 CARD 7458 | | $218.40 | $1,960.50 |
| 06/23/15 | PURCHASE AUTHORIZED ON 06/23 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00585174721239129 CARD 7458 | | $26.89 | |
| 06/23/15 | PURCHASE AUTHORIZED ON 06/22 KIMBERLY C STONE M ENGLEWOOD CO S585173658628050 CARD 4079 | | $20.00 | |
| 06/22/15 | PURCHASE AUTHORIZED ON 06/22 SAMSCLUB #6634 LONE TREE CO P00000000749280282 CARD 7458 | | $106.68 | $2,225.79 |
| 06/22/15 | PURCHASE AUTHORIZED ON 06/20 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00465171793815954 CARD 7458 | | $7.78 | |
| 06/22/15 | PURCHASE AUTHORIZED ON 06/20 KING SOOPERS 5673S. QU HIGHLANDS RNC CO P00465171669209842 CARD 7458 | | $8.29 | |
| 06/22/15 | PURCHASE WITH CASH BACK $ 60.00 AUTHORIZED ON 06/20 SAM'S Club LITTLETON SE CO P00000000547887346 CARD 7458 | | $202.06 | |
| 06/19/15 | PURCHASE AUTHORIZED ON 06/18 FOCUS PARKING-1417 DENVER CO S385169636804733 CARD 4079 | | $7.00 | $2,550.60 |
| 06/19/15 | PURCHASE AUTHORIZED ON 06/17 MAD GREENS - 0101 CENTENNIAL CO S385168627577797 CARD 4079 | | $6.94 | |
| 06/18/15 | PURCHASE AUTHORIZED ON 06/18 KING SOOPERS 5673S. QU HIGHLANDS RNC CO P00465169753695803 CARD 7458 | | $27.21 | $2,564.54 |
| 06/18/15 | PURCHASE AUTHORIZED ON 06/18 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000446943997 CARD 7458 | | $174.79 | |
| 06/18/15 | PURCHASE AUTHORIZED ON 06/17 SAMS CLUB #6634 LONE TREE CO S085168642765941 CARD 4079 | | $31.60 | |
| 06/17/15 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $122.66 | $2,798.14 |
| 06/17/15 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 06/17 SPROUTS FARMERS MKT#30 LONE TREE CO P00465168686421156 CARD 7458 | | $67.82 | |
| 06/17/15 | SSA TREAS 310 XXSOC SEC 061715 XXXXX9483B SSA LYNETTE P EVANSON | $792.00 | | |
| 06/16/15 | PURCHASE AUTHORIZED ON 06/16 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000043100678 CARD 7458 | | $18.58 | $2,196.62 |
| 06/16/15 | PURCHASE AUTHORIZED ON 06/16 THE HOME DEPOT 1540 LITTLETON CO P00585167817759887 CARD 4079 | | $3.15 | |
| 06/15/15 | PURCHASE AUTHORIZED ON 06/13 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000732826751 CARD 7458 | | $102.66 | $2,218.35 |
| 06/15/15 | PURCHASE AUTHORIZED ON 06/13 SAMSCLUB #6634 LITTLETON SE CO S385164547315135 CARD 4079 | | $32.59 | |
| 06/12/15 | PURCHASE AUTHORIZED ON 06/12 SPROUTS FARMERS MKT#30 LONE TREE CO P00385163804656763 CARD 7458 | | $29.70 | $2,353.60 |
| 06/12/15 | PURCHASE AUTHORIZED ON 06/12 SAFEWAY STORE 1967 CASTLE ROCK CO P00585163502712155 CARD 4079 | | $177.85 | |
| 06/12/15 | PURCHASE AUTHORIZED ON 06/12 SAFEWAY STORE 1040 ENGLEWOOD CO P00385163456545387 CARD 4079 | | $85.95 | |
| 06/12/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $60.14 | | |
| 06/11/15 | PURCHASE AUTHORIZED ON 06/11 SAFEWAY STORE 1040 ENGLEWOOD CO P00385162659113254 CARD 4079 | | $10.09 | $2,586.96 |
| 06/11/15 | PURCHASE AUTHORIZED ON 06/11 SAFEWAY STORE 1967 CASTLE ROCK CO P00305162528618036 CARD 4079 | | $30.61 | |
| 06/11/15 | PURCHASE AUTHORIZED ON 06/09 DESERET BOOK CO 60 LITTLETON CO S305160688308225 CARD 7458 | | $6.29 | |
| 06/11/15 | PURCHASE RETURN AUTHORIZED ON 06/09 TJMAXX #0034 HIGHLAND BRAN CO S615162544976100 CARD 4079 | $33.58 | | |
| 06/10/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $2,600.37 |
| 06/10/15 | PURCHASE AUTHORIZED ON 06/10 SAFEWAY STORE 1040 ENGLEWOOD CO P00585161632675960 CARD 7458 | | $307.12 | |
| 06/10/15 | | | $154.63 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
|  | PURCHASE AUTHORIZED ON 06/10 SAFEWAY STORE 1967 CASTLE ROCK CO P00585161613547119 CARD 4079 |  |  |  |
| 06/10/15 | PURCHASE AUTHORIZED ON 06/10 SAFEWAY STORE 1040 ENGLEWOOD CO P00385161569565451 CARD 4079 |  | $91.95 |  |
| 06/10/15 | PURCHASE AUTHORIZED ON 06/08 SPROUTS FARMERS MA LONE TREE CO S465159724271933 CARD 4079 |  | $26.71 |  |
| 06/09/15 | PURCHASE RETURN AUTHORIZED ON 06/09 HOB-LOB #117 8181 S. Q Centennial CO P00305160820101794 CARD 7458 | $44.29 |  | $3,230.22 |
| 06/09/15 | PURCHASE AUTHORIZED ON 06/09 HOB-LOB #117 8181 S. Q Centennial CO P00465160832336379 CARD 7458 |  | $13.24 |  |
| 06/09/15 | PURCHASE AUTHORIZED ON 06/08 SAMSCLUB #6634 LITTLETON SE CO S385159606013240 CARD 7458 |  | $51.38 |  |
| 06/08/15 | CHECK # 177 |  | $500.00 | $3,250.55 |
| 06/08/15 | CRESTWOOD APARTM PURCHASE 150607 EVANSON,TERRY & LYNETT |  | $349.50 |  |
| 06/08/15 | PURCHASE AUTHORIZED ON 06/06 TJ TJ MAXX HIGHLANDS CO P00305158111515687 CARD 7458 |  | $21.50 |  |
| 06/08/15 | PURCHASE AUTHORIZED ON 06/06 SAFEWAY STORE 1967 CASTLE ROCK CO P00465158084699622 CARD 4079 |  | $117.83 |  |
| 06/08/15 | PURCHASE AUTHORIZED ON 06/06 SAMS CLUB #6634 LONE TREE CO S005157845906821 CARD 4079 |  | $30.90 |  |
| 06/08/15 | PURCHASE WITH CASH BACK $ 60.00 AUTHORIZED ON 06/06 SAM'S Club LITTLETON SE CO P00000000145932331 CARD 7458 |  | $122.76 |  |
| 06/08/15 | eDeposit in Branch/Store 06/08/15 01:28:09 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $1,912.21 |  |  |
| 06/05/15 | SAFECO INSURANCE INS PREM 061015 71077376730 TERRY EVANSON |  | $346.01 | $2,480.83 |
| 06/05/15 | PURCHASE AUTHORIZED ON 06/05 SAFEWAY STORE 1040 CENTENNIAL CO P00305156825402866 CARD 4079 |  | $49.65 |  |
| 06/02/15 | PURCHASE AUTHORIZED ON 06/01 TSE 7-ELEVEN 729 LONE TREE CO S305152516958481 CARD 4079 |  | $24.00 | $2,876.49 |
| 06/01/15 | CHECK # 178 |  | $225.00 | $2,900.49 |
| 06/01/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN |  | $107.19 |  |
| 06/01/15 | PURCHASE WITH CASH BACK $ 100.00 AUTHORIZED ON 06/01 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000347357956 CARD 7458 |  | $212.64 |  |
| 06/01/15 | PURCHASE AUTHORIZED ON 06/01 SPROUTS FARMERS MKT#30 LONE TREE CO P00585152655370037 CARD 7458 |  | $66.31 |  |
| Totals |  | $5,811.93 | $6,371.17 |  |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Equal Housing Lender
© 1995 – 2015 Wells Fargo. All rights reserved.

https://online.wellsfargo.com/das/cgi-bin/session.cgi?sessargs=0a9PX2R1r9yC6JeCLXrVB...    7/9/2015