DEBTOR: _Terry & Lynette Evanson_    MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: _13-19032 MER_

## Form 2-A
## COVER SHEET

For Period Ending _7-31_

Accounting Method: ☐ Accrual Basis    ☒ Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts<br>IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts<br>_Wells Fargo + Red Rocks_ |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: _8/13/15_    Print Name: _Terry Evanson_

Signature: _[signed]_

Title: _____

Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson     CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/15 to 7/31/15

**CASH RECEIPTS DETAIL**     Account No: 3576.
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount $ |
|------|-------|-------------|----------|
|      | Social Security |  | 792.00 |
|      | Business |  | 5318.10 |
|      | Returns Credits  3.15 / 12.43 / 15.58 |  | 15.58 |

Total Cash Receipts    $ 6125.68 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson         CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/15 to 7/31/15

CASH DISBURSEMENTS DETAIL         Account No: 35.76
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|------|-----------|-------|------------------------|----------|
|      |           |       | Gas                    | 93.12    |
|      |           |       | Donations              | 500.50   |
|      |           |       | Car Insurance          | 374.60   |
|      |           |       | Dentist                | 200.00   |
|      |           |       | Internet               | 322.41   |
|      |           |       | Utilities              | 79.05    |
|      |           |       | Life Insurance         | 263.82   |
|      |           |       | Medical Insurance      | 82.23    |
|      |           |       | Trustee                | 650.00   |
|      |           |       | Discover               | 225.02   |
|      |           |       | House Insurance        | 346.01   |
|      |           |       | Dish                   | 253.34   |
|      |           |       | Personal               | 939.26   |
|      |           |       |                        | 4328.84  |
|      |           |       | Operations Expenses    | 1650.47  |

Total Cash Disbursements   $ 5979.31 (1)

DEBTOR: Terry + Lynette Evanson        CASE NO: 13-19032 MER.

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/15 to 7/31/15

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 2952.39 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 5318.10 | |
| Sale of Assets | 00. | |
| Loans/advances | 792.58 | |
| Other Social Security return credits | 15 | |
| Total Cash Receipts | $ 6125.68 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 1650.47 | |
| Debt Service/Secured loan payment TRUSTEE | 650.00 | |
| Professional fees/U.S. Trustee fees | | |
| Other | 3678.84 | |
| Total Cash Disbursements | $ 5979.31 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 146.37 | |
| 5 Ending Cash Balance (to Form 2-C) | $ 3098.76 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 3098.76 |
| DIP Operating Account | 3576 Wells | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 3098.76 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 7/31/15

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) _____ | | |
| _____ | | |
| Total Current Assets | $ 0 | $ |
| Fixed Assets: | | |
| Land | $ | $ |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): _____ | | |
| _____ | | |
| **TOTAL ASSETS** | $ 0 | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): _____ | | |
| _____ | | |
| Total Post Petition Liabilities | $ 0 | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ 0 | $ |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ 0 | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON          CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 7/1/15 to 7/31/15

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 5318.10 | $ |
| Less: Discounts, Returns and Allowances | ( 15.58 ) | ( ) |
| **Net Operating Revenue** | $ 5302.52 | $ |
| Cost of Goods Sold | 1650.47 | |
| **Gross Profit** | $ 3652.05 | $ |
| Operating Expenses | | |
| Officer Compensation | $ | $ |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| **Total Operating Expenses** | $ 0 | $ |
| **Operating Income (Loss)** | $ 3652.05 | $ |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ | $ |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 3652.05 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 3652.05 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 7/1/15 to 7/31/15

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: |  |  |  |  |  |  |
| Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax |  |  |  |  |  |  |
| Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: |  |  |  |  |  |  |
| Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | Safeco House. | $ Home |  | $ 2/16 |
| Vehicle | Cars - Farmers Ins. | $ |  | $ 1/25/16 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 7/1/15 to 7/31/15

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| | Total Post Petition Accounts Payable | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | 0 |
| Other: | | | | | |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032mer

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 7-31-15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | 5979.31 $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 mer

## Form 2-G
## NARRATIVE
For Period Ending 7-31-15

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.



Wells Fargo Online®

# Account Activity

**WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576**

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $1,132.75 |
| Pending Withdrawals/ Debits | -$82.04 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$1,050.71** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 07/01/15 to 07/31/15

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 07/31/15 | PURCHASE AUTHORIZED ON 07/31 SHELL Service Station HIGHLANDS RAN CO P00305212635551732 CARD 4079 | | $27.20 | $3,098.76 |
| 07/31/15 | PURCHASE AUTHORIZED ON 07/29 SPROUTS FARMERS MA LONE TREE CO S585210856313126 CARD 4079 | | $5.40 | |
| 07/30/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $3,131.36 |
| 07/30/15 | PURCHASE RETURN AUTHORIZED ON 07/29 THE HOME DEPOT 1508 LITTLETON CO P00385211090801638 CARD 4079 | $3.15 | | |
| 07/30/15 | PURCHASE AUTHORIZED ON 07/30 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00585211722828288 CARD 4079 | | $16.90 | |
| 07/30/15 | PURCHASE AUTHORIZED ON 07/30 CORNER STORE 4099 ENGLEWOOD CO P00585211628082892 CARD 4079 | | $11.79 | |
| 07/30/15 | RECURRING PAYMENT AUTHORIZED ON 07/29 PSV*STANSBERRY RES 855-4938301 MD S465211046537448 CARD 4079 | | $99.00 | |
| 07/30/15 | PURCHASE AUTHORIZED ON 07/29 JOHN HOLLY ASIAN B LONE TREE CO S385210861341955 CARD 4079 | | $19.04 | |
| 07/29/15 | RECURRING PAYMENT AUTHORIZED ON 07/29 SB *SAVINGS 2 GO 888-272-5027 TX S585210229816614 CARD 4079 | | $14.95 | $3,382.13 |
| 07/29/15 | PURCHASE AUTHORIZED ON 07/28 SAMS CLUB #6634 LONE TREE CO S285210087686951 CARD 4079 | | $33.42 | |
| 07/29/15 | PURCHASE AUTHORIZED ON 07/28 PDT*SWIFTY SHARP 844-8262683 VT S305209567227098 CARD 4079 | | $21.94 | |
| 07/27/15 | PURCHASE AUTHORIZED ON 07/25 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00585207021137344 CARD 7458 | | $35.61 | $3,452.44 |
| 07/27/15 | PURCHASE AUTHORIZED ON 07/25 SAM'S Club LITTLETON SE CO P00000000849231347 CARD 7458 | | $112.77 | |
| 07/27/15 | PURCHASE AUTHORIZED ON 07/25 KING SOOPERS 7296 LAGA CASTLE PINES CO P00305206686792889 CARD 7458 | | $17.01 | |
| 07/27/15 | PURCHASE AUTHORIZED ON 07/24 FAMOUS DAVES AURORA CO S005206054495055 CARD 4079 | | $27.75 | |
| 07/27/15 | PURCHASE AUTHORIZED ON 07/24 SAMSCLUB 6634 GAS LONE TREE CO S465205711900918 CARD 4079 | | $34.07 | |
| 07/24/15 | PURCHASE RETURN AUTHORIZED ON 07/24 THE HOME DEPOT 1508 LITTLETON CO P00585205693229740 CARD 4079 | $12.43 | | $3,679.65 |
| 07/24/15 | PURCHASE AUTHORIZED ON 07/24 THE HOME DEPOT 1508 LITTLETON CO P00385205707807481 CARD 4079 | | $39.50 | |
| 07/23/15 | CHECK # 184 | | $650.00 | $3,706.72 |
| 07/23/15 | PURCHASE AUTHORIZED ON 07/22 PRINTERPIX.COM 407-324-4816 FL S385203686982203 CARD 4079 | | $26.97 | |
| 07/23/15 | | | $200.00 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 07/22 BART G CHRISTIANSE CENTENNIAL CO S005203546072856 CARD 4079 | | | |
| 07/23/15 | PURCHASE AUTHORIZED ON 07/21 PRINTERPIX.COM 407-324-4816 FL S585202716191276 CARD 4079 | | $20.98 | |
| 07/23/15 | PURCHASE AUTHORIZED ON 07/21 PRINTERPIX.COM 407-324-4816 FL S585202705283253 CARD 4079 | | $25.97 | |
| 07/22/15 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $322.41 | $4,630.64 |
| 07/22/15 | PURCHASE AUTHORIZED ON 07/22 WALGREENS 6650 TIMBERL HIGHLANDS RAN CO P00585203807079896 CARD 4079 | | $1.13 | |
| 07/22/15 | PURCHASE AUTHORIZED ON 07/20 SPROUTS FARMERS MA LONE TREE CO S465201588733338 CARD 4079 | | $7.86 | |
| 07/21/15 | PURCHASE AUTHORIZED ON 07/21 THE HOME DEPOT 1508 LITTLETON CO P00585202811127837 CARD 4079 | | $32.44 | $4,962.04 |
| 07/21/15 | PURCHASE AUTHORIZED ON 07/21 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00385202800440318 CARD 7458 | | $21.84 | |
| 07/21/15 | PURCHASE AUTHORIZED ON 07/20 RCS II, INC 518-812-0000 NY S285201633568869 CARD 4079 | | $237.52 | |
| 07/21/15 | RECURRING PAYMENT AUTHORIZED ON 07/20 PSV*STANSBERRY RES 855-4938301 MD S465201605715323 CARD 4079 | | $5.00 | |
| 07/20/15 | INTEREST PAYMENT | $0.01 | | $5,258.84 |
| 07/20/15 | CHECK # 182 | | $500.00 | |
| 07/20/15 | CHECK # 183 | | $374.60 | |
| 07/20/15 | WASTE CONNECTION WEB_PAY JUL 15 16363624071715 TERRY EVANSON | | $79.05 | |
| 07/20/15 | PURCHASE AUTHORIZED ON 07/20 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000051518433 CARD 7458 | | $98.16 | |
| 07/20/15 | PURCHASE AUTHORIZED ON 07/20 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00465201559979009 CARD 4079 | | $83.96 | |
| 07/20/15 | PURCHASE AUTHORIZED ON 07/17 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00385199076149900 CARD 7458 | | $14.24 | |
| 07/20/15 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 07/17 Wal-Mart Super Center HIGHLANDS RAN CO P00000000642980355 CARD 7458 | | $79.11 | |
| 07/20/15 | PURCHASE AUTHORIZED ON 07/17 TLF ASSOC WHOLESAL 303-4551234 CO S385198732620362 CARD 7458 | | $167.49 | |
| 07/20/15 | PURCHASE AUTHORIZED ON 07/17 SAMSCLUB #6634 LITTLETON SE CO S305198684865934 CARD 4079 | | $17.40 | |
| 07/17/15 | PURCHASE AUTHORIZED ON 07/17 SAM'S Club LITTLETON SE CO P00000000441339815 CARD 4079 | | $58.62 | $6,672.84 |
| 07/17/15 | PURCHASE AUTHORIZED ON 07/17 SAM'S Club LITTLETON SE CO P00000000643907862 CARD 4079 | | $12.73 | |
| 07/17/15 | PURCHASE AUTHORIZED ON 07/17 SAM'S Club LITTLETON SE CO P00000000145376352 CARD 7458 | | $191.22 | |
| 07/17/15 | PURCHASE AUTHORIZED ON 07/17 COSTCO WHSE #0468 LONE TREE CO P00385198624334836 CARD 7458 | | $40.01 | |
| 07/17/15 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 07/17 SAFEWAY STORE 1548 LITTLETON CO P00585198594219760 CARD 7458 | | $111.09 | |
| 07/17/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 07/17 SPROUTS FARMERS MKT#30 LONE TREE CO P00585198559649720 CARD 7458 | | $54.18 | |
| 07/17/15 | PURCHASE AUTHORIZED ON 07/16 SPROUTS FARMERS MKT#30 LONE TREE CO P00585198128184870 CARD 4079 | | $82.20 | |
| 07/17/15 | PURCHASE AUTHORIZED ON 07/16 SAMSCLUB #6634 LITTLETON SE CO S385197857565533 CARD 4079 | | $5.91 | |
| 07/17/15 | eDeposit in Branch/Store 07/17/15 05:46:21 PM 4165 E WILDCAT RESERVE PKWY HIGHLANDS RANCH CO 3576 | $1,000.00 | | |
| 07/16/15 | PURCHASE AUTHORIZED ON 07/16 SAFEWAY STORE 1548 LITTLETON CO P00305197643843860 CARD 4079 | | $1.07 | $6,228.80 |
| 07/16/15 | PURCHASE AUTHORIZED ON 07/15 LOWE'S #2274 CASTLE ROCK CO P00305197132209590 CARD 4079 | | $12.93 | |
| 07/16/15 | PURCHASE AUTHORIZED ON 07/15 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00465197125208932 CARD 4079 | | $4.06 | |
| 07/16/15 | PURCHASE AUTHORIZED ON 07/14 KING SOOPERS #0691 CASTLE ROCK CO S285196083060951 CARD 4079 | | $5.78 | |
| 07/15/15 | PURCHASE AUTHORIZED ON 07/14 SAMSCLUB #6634 LITTLETON SE CO S385195547423152 CARD 4079 | | $5.02 | $6,252.64 |

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 07/15/15 | SSA TREAS 310 XXSOC SEC 071515 XXXXX9483B SSA LYNETTE P EVANSON | $792.00 | | |
| 07/14/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $39.57 | | $5,465.66 |
| 07/13/15 | COLORADO HEALTH 723520 150710 LYNETTE EVANSON LYNETTE EVANSON | | $82.23 | $5,426.09 |
| 07/13/15 | PURCHASE AUTHORIZED ON 07/11 SPROUTS FARMERS MA HIGHLANDS RAN CO S305193007774347 CARD 4079 | | $5.97 | |
| 07/13/15 | eDeposit in Branch/Store 07/13/15 05:01:42 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 3576 | $4,278.52 | | |
| 07/09/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $1,235.77 |
| 07/09/15 | PURCHASE AUTHORIZED ON 07/09 SPROUTS FARMERS MKT#30 LONE TREE CO P00305190791814844 CARD 7458 | | $37.02 | |
| 07/09/15 | PURCHASE AUTHORIZED ON 07/09 SAMSCLUB #6634 LONE TREE CO P00000000141732199 CARD 7458 | | $122.71 | |
| 07/07/15 | CHECK # 181 | | $349.00 | $1,444.94 |
| 07/06/15 | CHECK # 180 | | $225.00 | $1,793.94 |
| 07/06/15 | SAFECO INSURANCE INS PREM 071215 71077376730 TERRY EVANSON | | $346.01 | |
| 07/06/15 | PURCHASE AUTHORIZED ON 07/04 MACEYS PLEASANT GROVE Pleasant Grov UT P00585185863706887 CARD 4079 | | $19.16 | |
| 07/03/15 | PURCHASE AUTHORIZED ON 07/02 SEAGULL BOOK - 011 SALT LAKE CIT UT S385183755221380 CARD 4079 | | $62.33 | $2,384.11 |
| 07/02/15 | PURCHASE AUTHORIZED ON 06/30 TRAPPER'S CHOP HOU PARKER CO S385182089803038 CARD 4079 | | $44.48 | $2,446.44 |
| 07/01/15 | DISH NETWORK DISH NTWRK 062915 9060370845 SPA EVANSON,TERRY | | $253.34 | $2,490.92 |
| 07/01/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | |
| 07/01/15 | PURCHASE AUTHORIZED ON 06/30 SAFEWAY STORE 1548 LITTLETON CO P00305182109929814 CARD 4079 | | $7.80 | |
| 07/01/15 | PURCHASE AUTHORIZED ON 06/30 SAMS CLUB #6634 LONE TREE CO S285181774782054 CARD 4079 | | $34.03 | |
| 07/01/15 | PURCHASE AUTHORIZED ON 06/30 THAI ORCHIDS LONE TREE CO S465181741929002 CARD 4079 | | $21.05 | |
| 07/01/15 | PURCHASE AUTHORIZED ON 06/30 SAMSCLUB 6634 GAS LONE TREE CO S305181647990920 CARD 7458 | | $20.06 | |
| 07/01/15 | PURCHASE AUTHORIZED ON 06/30 JJB*JIBJAB.COM 888-9591297 CA S385181512541381 CARD 4079 | | $18.00 | |
| Totals | | $6,125.68 | $5,979.31 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Equal Housing Lender
© 1995 – 2015 Wells Fargo. All rights reserved.