DEBTOR: TERRY + LYNETTE EVANSON    MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 8-31

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 9/16/15    Print Name: TERRY EVANSON

Signature: _____

Title: _____

Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/1/15 to 8/31/15

CASH RECEIPTS DETAIL   Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|  |  | Business Operations | $3742.50 |
|  |  | Social Security | 792.00 |
|  |  | Charge reversal | 99.00 |
|  |  | return Cr. (Business) | 38.41 |

Total Cash Receipts   $ 4671.91 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/1/15 to 8/31/15

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

Account No: _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | Gas | | 263.15 |
| | | Doctors | | 410.00 |
| | | Life Ins. | | 156.63 |
| | | Discover | | 450.00 |
| | | Health Ins. | | 82.23 |
| | | House Ins. | | 346.01 |
| | | Donations | | 500.00 |
| | | Personal | | 185.79 |
| | | TOTAL | | 2393.81 |
| | | | | 2845.34 |

Business Operations

Total Cash Disbursements  $ 5239.15 (1)

DEBTOR: TERRY + LYNETTE EVANSON       CASE NO: 13-19032 MER

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 8/1/15 to 8/31/15

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 3098.76 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 3742.50 | |
| Sale of Assets | | |
| Loans/advances | 927.41 | |
| Other | | |
| Total Cash Receipts | $ 4671.91 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 2845.34 | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | 2393.81 | |
| Other | | |
| Total Cash Disbursements | $ 5239.15 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 2531.52 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 2531.52 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 2531.52 |
| DIP Operating Account | 3576 (Wells) | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 2531.52 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

13-19032-MER

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 8-31-15

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ 0 | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| TOTAL ASSETS | $ 0 | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ 0 | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ 0 | $ |
| TOTAL LIABILITIES | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON

CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 8/1/15 to 8/31/15

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 3742.50 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| Net Operating Revenue | $ 3742.50 | $ |
| Cost of Goods Sold | 2845.34 | |
| Gross Profit | $ 897.16 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| Total Operating Expenses | $ 0 | $ |
| Operating Income (Loss) | $ 897.16 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ 0 | $ |
| Net Income (Loss) Before Income Taxes | $ 897.16 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| NET INCOME (LOSS) | $ 897.16 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 8/1/15 to 8/31/15

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ 0 | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | $ 0 |
| TOTALS | $ | $ | $ | | | |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | House - Safeco | $ same | | $ 2/16 |
| Vehicle | Farmers | $ same | | $ 10/15 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON   CASE NO: 13-19032mER

Form 2-E
SUPPORTING SCHEDULES
For Period: 8/1/15 to 8/31/15

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

|  | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Due | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ 0 | |
| Total Post Petition Accounts Payable | | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032-MER

Form 2-F
QUARTERLY FEE SUMMARY *
For the Month Ended: 8/31/15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | 5979.31 $ | | | | |
| August | 5239.15 | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 8-31-15

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $5,672.10 |
| Pending Withdrawals/ Debits | -$514.81 |
| Pending Deposits/ Credits | $792.00 |
| Available Balance | $5,949.29 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 08/01/15 to 08/31/15

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 08/31/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $2,531.52 |
| 08/31/15 | PURCHASE AUTHORIZED ON 08/31 Staples, Inc BOZEMAN MT P005852438503733337 CARD 4079 | | $11.52 | |
| 08/31/15 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.92 | |
| 08/31/15 | PURCHASE INTL AUTHORIZED ON 08/29 HONG KONG RESTAURA TABER CD S585242123477946 CARD 4079 | | $30.76 | |
| 08/31/15 | PURCHASE AUTHORIZED ON 08/28 CHILIS GREAT FALLS MT S585240044491397 CARD 4079 | | $23.99 | |
| 08/31/15 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.25 | |
| 08/31/15 | PURCHASE INTL AUTHORIZED ON 08/28 TABER IGA TABER CD S385240683316951 CARD 4079 | | $8.54 | |
| 08/31/15 | PURCHASE AUTHORIZED ON 08/28 KIMBERLY C STONE M ENGLEWOOD CO S585240550677306 CARD 4079 | | $110.00 | |
| 08/31/15 | PURCHASE AUTHORIZED ON 08/27 EXXONMOBIL 4594 SHELBY MT S585240085871198 CARD 4079 | | $9.78 | |
| 08/31/15 | PURCHASE AUTHORIZED ON 08/27 ARBY'S SHERIDAN SHERIDAN WY S585239664659518 CARD 4079 | | $10.58 | |
| 08/28/15 | PURCHASE AUTHORIZED ON 08/27 CENEX ZIP TRIP0708 BILLINGS MT S305239746801021 CARD 4079 | | $27.05 | $2,845.05 |
| 08/27/15 | CHECK # 189 | | $225.00 | $2,872.10 |
| 08/27/15 | CHECK # 190 | | $23.00 | |
| 08/27/15 | COLORADO HEALTH ACH 150826 720-627-8900 LYNETTE EVANSON | | $82.23 | |
| 08/27/15 | PURCHASE AUTHORIZED ON 08/27 CENEX ZIP TRIP BILLINGS MT P00000000352205729 CARD 4079 | | $2.98 | |
| 08/27/15 | PURCHASE AUTHORIZED ON 08/26 SPROUTS FARMERS MKT#30 LONE TREE CO P00305239101049781 CARD 4079 | | $21.16 | |
| 08/27/15 | PURCHASE AUTHORIZED ON 08/26 SAMS CLUB #6634 LONE TREE CO S005238839228374 CARD 4079 | | $22.17 | |
| 08/27/15 | PURCHASE AUTHORIZED ON 08/26 BART G CHRISTIANSE CENTENNIAL CO S285238493357267 CARD 4079 | | $300.00 | |
| 08/27/15 | PURCHASE AUTHORIZED ON 08/26 SAMS CLUB #6634 LONE TREE CO S285238481041311 CARD 4079 | | $20.85 | |
| 08/26/15 | PURCHASE RETURN AUTHORIZED ON 08/26 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000540243279 CARD 7458 | $38.41 | | $3,569.49 |
| 08/26/15 | PURCHASE AUTHORIZED ON 08/25 SAMS CLUB #6634 LONE TREE CO S165237851265183 CARD 4079 | | $12.71 | |
| 08/24/15 | PURCHASE AUTHORIZED ON 08/24 CORNER STORE 1141 LITTLETON CO P00585237004389663 CARD 4079 | | $9.79 | $3,543.79 |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 08/24/15 | eDeposit in Branch/Store 08/24/15 02:50:56 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $2,728.60 | | |
| 08/21/15 | PURCHASE AUTHORIZED ON 08/20 PUBLIX SUPER MAR 110 W SANTA ROSA BE FL P00385233058529697 CARD 4079 | | $19.06 | $824.98 |
| 08/21/15 | PURCHASE AUTHORIZED ON 08/19 CHICK-FIL-A #01066 DOTHAN AL S305231653508892 CARD 4079 | | $3.43 | |
| 08/20/15 | INTEREST PAYMENT | $0.02 | | $847.47 |
| 08/19/15 | PURCHASE AUTHORIZED ON 08/18 CVS 02946 02946--1367 Columbus GA P00385231084142137 CARD 4079 | | $9.71 | $847.45 |
| 08/19/15 | SSA TREAS 310 XXSOC SEC 081915 XXXXX9483B SSA LYNETTE P EVANSON | $792.00 | | |
| 08/17/15 | CHECK # 187 | | $500.00 | $65.16 |
| 08/17/15 | PURCHASE AUTHORIZED ON 08/16 SAMSCLUB 6634 GAS LONE TREE CO S305228765600428 CARD 4079 | | $28.73 | |
| 08/17/15 | PURCHASE WITH CASH BACK $ 100.00 AUTHORIZED ON 08/15 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000657749553 CARD 4079 | | $270.24 | |
| 08/17/15 | PURCHASE AUTHORIZED ON 08/14 WHICH WICH HIGHLAN HIGHLANDS RAN CO S465226836738157 CARD 4079 | | $6.56 | |
| 08/14/15 | RECURRING PAYMENT REVERSAL ON 08/13 PSV*STANSBERRY RES 855-4938301 MD S615226549841058 CARD 4079 | $99.00 | | $870.69 |
| 08/14/15 | PURCHASE AUTHORIZED ON 08/13 SAMSCLUB 6634 GAS LONE TREE CO S305225540330004 CARD 4079 | | $32.77 | |
| 08/14/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $54.88 | | |
| 08/13/15 | PURCHASE WITH CASH BACK $ 100.00 AUTHORIZED ON 08/13 SAMSCLUB #6634 LONE TREE CO P00000000635482787 CARD 7458 | | $333.90 | $749.58 |
| 08/13/15 | PURCHASE AUTHORIZED ON 08/12 SAMSCLUB 6634 GAS LONE TREE CO S385224798624607 CARD 4079 | | $49.27 | |
| 08/12/15 | PURCHASE AUTHORIZED ON 08/11 LOAF N JUG #0011 CASTLE ROCK CO S285223682223226 CARD 4079 | | $6.01 | $1,132.75 |
| 08/12/15 | PURCHASE AUTHORIZED ON 08/11 KING SOOPERS #0691 CASTLE ROCK CO S005223529817809 CARD 4079 | | $26.64 | |
| 08/12/15 | PURCHASE AUTHORIZED ON 08/10 SPROUTS FARMERS MA HIGHLANDS RAN CO S305222482666277 CARD 4079 | | $13.92 | |
| 08/11/15 | eDeposit in Branch/Store 08/11/15 05:04:13 PM 4165 E WILDCAT RESERVE PKWY HIGHLANDS RANCH CO 3576 | $959.00 | | $1,179.32 |
| 08/10/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $220.32 |
| 08/10/15 | PURCHASE WITH CASH BACK $ 100.00 AUTHORIZED ON 08/10 SAMSCLUB #6634 LONE TREE CO P00000000639413682 CARD 7458 | | $350.42 | |
| 08/10/15 | PURCHASE AUTHORIZED ON 08/09 UNITED PACIFIC 074 HIGHLNDS RNCH CO S305221732624594 CARD 4079 | | $15.81 | |
| 08/10/15 | PURCHASE AUTHORIZED ON 08/09 PURITY PRODUCTS 888-769-7873 NY S385220502035245 CARD 4079 | | $6.95 | |
| 08/10/15 | PURCHASE AUTHORIZED ON 08/07 LOAF N JUG #0011 CASTLE ROCK CO S005219851072081 CARD 4079 | | $5.31 | |
| 08/10/15 | PURCHASE AUTHORIZED ON 08/06 TLF ASSOC WHOLESAL 303-4551234 CO S465218684673485 CARD 7458 | | $38.85 | |
| 08/07/15 | CHECK # 186 | | $225.00 | $687.10 |
| 08/07/15 | PURCHASE AUTHORIZED ON 08/07 KING SOOPERS 7296 LAGA CASTLE PINES CO P00305219862463956 CARD 4079 | | $2.78 | |
| 08/07/15 | PURCHASE WITH CASH BACK $ 60.00 AUTHORIZED ON 08/07 SAFEWAY STORE 1548 LITTLETON CO P00385219840185501 CARD 7458 | | $123.60 | |
| 08/07/15 | PURCHASE WITH CASH BACK $ 100.00 AUTHORIZED ON 08/07 SAMSCLUB #6634 LONE TREE CO P00000000646255830 CARD 7458 | | $585.94 | |
| 08/07/15 | PURCHASE AUTHORIZED ON 08/06 AMATO WHOLESALE FL DENVER CO S165218629962025 CARD 7458 | | $343.13 | |
| 08/07/15 | PURCHASE AUTHORIZED ON 08/06 SAMSCLUB 6634 GAS LONE TREE CO S385218565491166 CARD 7458 | | $57.40 | |
| 08/06/15 | PURCHASE AUTHORIZED ON 08/04 SPROUTS FARMERS MA HIGHLANDS RAN CO S585217073599747 CARD 4079 | | $7.00 | $2,024.95 |
| 08/05/15 | SAFECO INSURANCE INS PREM 081015 71077376730 TERRY EVANSON | | $346.01 | $2,031.95 |
| 08/05/15 | PURCHASE AUTHORIZED ON 08/03 UA GREENWOOD PLAZA GREENWOOD VLG CO S465215805579354 CARD 7458 | | $47.92 | |
| 08/04/15 | | | $8.27 | $2,425.88 |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 08/03 5015 SOUTH KIPLING LITTLETON CO P00585216103324667 CARD 4079 | | | |
| 08/03/15 | PURCHASE AUTHORIZED ON 08/03 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000851550622 CARD 7458 | | $621.48 | $2,434.15 |
| 08/03/15 | PURCHASE AUTHORIZED ON 08/01 KING SOOPERS 7296 LAGA CASTLE PINES CO P00305214055028142 CARD 4079 | | $11.85 | |
| 08/03/15 | PURCHASE AUTHORIZED ON 07/30 MONACO SINCLAIR DENVER CO S585211617067383 CARD 4079 | | $31.28 | |
| Totals | | $4,671.91 | $5,239.15 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Equal Housing Lender

© 1995 – 2015 Wells Fargo. All rights reserved.