DEBTOR: Terry & Lynette Evanson

CASE NUMBER: 13-19032 MER

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
**COVER SHEET**

For Period Ending 9-30

Accounting Method: ☐ Accrual Basis ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 10/12/15    Print Name: Terry Evanson

Signature: _____

Title: _____

Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON   CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 9/1/15 to 9/30/15

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576

| Date | Payer | Description | Amount $ |
|------|-------|-------------|----------|
|      |       | Social Security | 792.00 |
|      |       | Business Operations | { 5023.92 |
|      |       |                     |   50.25 |
|      |       | Returns             |   25.57 |
|      |       | Interest            |    .02 |

Total Cash Receipts   $ 5891.76 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 9/1/15 to 9/30/15

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

Account No: 35.76

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | | House Insurance | 346.01 |
| | | | Donations | 500.— |
| | | | Medical bills | 432.55 |
| | | | Life Insurance | 156.63 |
| | | | Health Insurance | 164.46 |
| | | | Internet | 164.25 |
| | | | Personal | 344.72 |
| | | | Dish | 246.34 |
| | | | Gas | 131.63 |
| | | | TOTAL | 2486.59 |
| | | | Business Operations | 770.86 |

Total Cash Disbursements  $ 3257.45 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 9/1/15 to 9/30/15

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 2531.52 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 5074.17 | |
| Sale of Assets | 792.00 | |
| Loans/advances — social security | | |
| Other — returns + interest | 25.59 | |
| Total Cash Receipts | $ 5891.76 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 770.84 | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | 2486.59 | |
| Other | | |
| Total Cash Disbursements | $ 3257.43 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 5165.85 | _____ |
| 5. Ending Cash Balance (to Form 2-C) | $ 5165.85 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 5165.85 |
| DIP Operating Account | Wells Fargo 3576 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 5165.85 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

DEBTOR: TERRY + LYNETTE EVANSON        CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 9/30/15

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ — Ø — | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| TOTAL ASSETS | $ — Ø — | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ — Ø — | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ — Ø — | $ |
| TOTAL LIABILITIES | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ — Ø — | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ — Ø — | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON          CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 9/1/15 to 9/30/15

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 5074.17 | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| Net Operating Revenue | $ 5074.17 | $ |
| Cost of Goods Sold | | |
| Gross Profit | $ 5074.17 | $ |
| Operating Expenses | $ 770.84 | $ |
|   Officer Compensation | | |
|   Selling, General and Administrative | | |
|   Rents and Leases | | |
|   Depreciation, Depletion and Amortization | | |
|   Other (list): _____ | | |
| Total Operating Expenses | $ 770.84 | $ |
| Operating Income (Loss) | $ 4303.33 | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses | | |
|   Gains (Losses) on Sale of Assets | | |
|   Interest Income | | |
|   Interest Expense | | |
|   Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | $ | $ |
|   Legal and Professional Fees | | |
|   Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ 4303.33 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| NET INCOME (LOSS) | $ 4303.33 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 9/1/15 to 9/30/15

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: _____ | | | | | | |
| TOTALS | $ | $ | $ | | | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | House - Safeco | $ same | 2/16 | $ 2/16 |
| Vehicle | Cars - Farmers | $ same | 04/16 | $ 1/16 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032mER

Form 2-E
SUPPORTING SCHEDULES
For Period: 9/1/15 to 9/30/15

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | $ |
| Total | $ | $ | $ | | 0 |

\*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\*

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON                CASE NO: 13-19032mer

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: _____

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | 5979 31 $ | | | | |
| August | 5239.15 | | | | |
| September | 3257 43 | | | | |
| TOTAL 3rd Quarter | $ | 14475.89 $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 9/30/15

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



**Wells Fargo Online®**

## Account Activity

WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $4,831.71 |
| Pending Withdrawals/ Debits | -$169.84 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $4,661.87 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 09/01/15 to 09/30/15

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 09/30/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $5,165.83 |
| 09/29/15 | PURCHASE AUTHORIZED ON 09/28 5015 SOUTH KIPLING LITTLETON CO P00465272120846189 CARD 4079 | | $2.88 | $5,273.02 |
| 09/24/15 | COLORADO HEALTH ACH 150923 720-627-8900 LYNETTE EVANSON | | $82.23 | $5,275.90 |
| 09/21/15 | INTEREST PAYMENT | $0.02 | | $5,358.13 |
| 09/21/15 | PURCHASE AUTHORIZED ON 09/21 CORNER STORE 1722 LITTLETON CO P00305265010727822 CARD 4079 | | $16.80 | |
| 09/18/15 | COLORADO HEALTH ACH 150917 720-627-8900 LYNETTE EVANSON | | $82.23 | $5,374.91 |
| 09/18/15 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $164.25 | |
| 09/18/15 | PURCHASE AUTHORIZED ON 09/18 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000136949996 CARD 4079 | | $158.96 | |
| 09/17/15 | PURCHASE AUTHORIZED ON 09/17 THE HOME DEPOT 1508 LITTLETON CO P00465261010480892 CARD 4079 | | $162.94 | $5,780.35 |
| 09/17/15 | PURCHASE AUTHORIZED ON 09/15 CALIFORNIA PIZZA 1 LITTLETON CO S585258675740610 CARD 4079 | | $24.30 | |
| 09/16/15 | PURCHASE AUTHORIZED ON 09/16 BLACK EYED PEA CASTLE ROCK CO S305259023290916 CARD 4079 | | $22.72 | $5,967.59 |
| 09/16/15 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 09/16 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00385259620335759 CARD 7458 | | $64.62 | |
| 09/16/15 | PURCHASE WITH CASH BACK $ 100.00 AUTHORIZED ON 09/16 SAM'S Club LITTLETON SE CO P00000000156166465 CARD 7458 | | $268.50 | |
| 09/16/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 09/16 SPROUTS FARMERS MKT#30 LONE TREE CO P00465259555001691 CARD 7458 | | $31.21 | |
| 09/16/15 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 09/16 KING SOOPERS 7296 LAGA CASTLE PINES CO P00305259533794440 CARD 7458 | | $80.73 | |
| 09/16/15 | PURCHASE AUTHORIZED ON 09/15 SAMS CLUB #6634 LONE TREE CO S085258535408230 CARD 4079 | | $28.73 | |
| 09/16/15 | SSA TREAS 310 XXSOC SEC 091615 XXXXX9483B SSA LYNETTE P EVANSON | $792.00 | | |
| 09/14/15 | PURCHASE AUTHORIZED ON 09/11 SAMSCLUB 6634 GAS LONE TREE CO S305254581837231 CARD 4079 | | $28.74 | $5,672.10 |
| 09/14/15 | PURCHASE AUTHORIZED ON 09/10 KNEADERS PARKER CO S585254009368372 CARD 4079 | | $14.87 | |
| 09/14/15 | eDeposit in Branch/Store 09/14/15 01:59:35 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $5,023.25 | | |
| 09/14/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $50.92 | | |
| 09/11/15 | PURCHASE AUTHORIZED ON 09/11 TJ TJ MAXX COLUMBUS GA P00465254660085471 CARD 7458 | | $21.59 | $641.54 |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 09/11/15 | PURCHASE AUTHORIZED ON 09/10 TSE K&G 518 GREENWOOD VI CO S305253660751415 CARD 4079 | | $7.58 | |
| 09/10/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $670.71 |
| 09/09/15 | PURCHASE AUTHORIZED ON 09/08 SQ *FOOD BEAUTIFUL Denver CO S465251661089611 CARD 4079 | | $241.75 | $720.15 |
| 09/08/15 | CHECK # 188 | | $500.00 | $961.90 |
| 09/08/15 | SAFECO INSURANCE INS PREM 091015 71077376730 TERRY EVANSON | | $346.01 | |
| 09/08/15 | PURCHASE RETURN AUTHORIZED ON 09/08 THE HOME DEPOT 1508 LITTLETON CO P00585251709148636 CARD 4079 | $25.57 | | |
| 09/08/15 | PURCHASE AUTHORIZED ON 09/08 THE HOME DEPOT 1508 LITTLETON CO P00465251798290560 CARD 4079 | | $10.63 | |
| 09/08/15 | PURCHASE AUTHORIZED ON 09/08 WAL-MART #1311 COLUMBUS GA P00000000731142793 CARD 7458 | | $66.60 | |
| 09/08/15 | PURCHASE AUTHORIZED ON 09/08 SAMS CLUB SAM'S Club COLUMBUS GA P00000000653656296 CARD 7458 | | $14.56 | |
| 09/08/15 | PURCHASE AUTHORIZED ON 09/07 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000935340913 CARD 4079 | | $26.06 | |
| 09/08/15 | PURCHASE AUTHORIZED ON 09/07 THE HOME DEPOT 1508 LITTLETON CO P00585250841911959 CARD 4079 | | $39.42 | |
| 09/08/15 | PURCHASE AUTHORIZED ON 09/04 SAMSCLUB 6634 GAS LONE TREE CO S305247762228683 CARD 4079 | | $26.59 | |
| 09/08/15 | PURCHASE AUTHORIZED ON 09/04 PUBLIC WORKS-PRKG DENVER CO S585247569064217 CARD 4079 | | $1.00 | |
| 09/08/15 | PURCHASE AUTHORIZED ON 09/04 PUBLIC WORKS-PRKG DENVER CO S385247568414051 CARD 4079 | | $1.00 | |
| 09/04/15 | PURCHASE AUTHORIZED ON 09/02 KNEADERS PROVO UT S465245655022186 CARD 4079 | | $24.53 | $1,968.20 |
| 09/03/15 | PURCHASE AUTHORIZED ON 09/02 SAMSCLUB #6685 PROVO UT S585245771673914 CARD 4079 | | $18.03 | $1,992.73 |
| 09/03/15 | PURCHASE AUTHORIZED ON 09/02 SEAGULL BOOK - 016 PROVO UT S305245764074066 CARD 4079 | | $34.61 | |
| 09/03/15 | PURCHASE AUTHORIZED ON 09/01 CENEX TOWN PUM0708 BOZEMAN MT S465244534841746 CARD 4079 | | $10.38 | |
| 09/02/15 | PURCHASE AUTHORIZED ON 08/31 EXXONMOBIL 4594 TOWNSEND MT S465243774928191 CARD 4079 | | $21.53 | $2,055.75 |
| 09/02/15 | PURCHASE AUTHORIZED ON 08/31 CHILIS GREAT FALLS MT S465243684087051 CARD 4079 | | $17.10 | |
| 09/01/15 | DISH NETWORK DISH NTWRK 082915 9060370845 SPA EVANSON,TERRY | | $246.34 | $2,094.38 |
| 09/01/15 | RECURRING PAYMENT AUTHORIZED ON 08/31 PURITY PRODUCTS ANUJ.GUPTA@PU NY S385243150508318 CARD 4079 | | $190.80 | |
| Totals | | $5,891.76 | $3,257.45 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

🏠 Equal Housing Lender

© 1995 – 2015 Wells Fargo. All rights reserved.