DEBTOR: TERRY + LYNETTE EVANSON           MONTHLY OPERATING REPORT
                                                       CHAPTER 11
CASE NUMBER: 13-19032 MER

## Form 2-A
## COVER SHEET

For Period Ending __10-30-15__

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 11/16/15    Print Name: TERRY EVANSON

Signature: _[signed]_

Title: _____

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON       CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10-1-15 to 10-30-15

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576

| Date | Payer | Description | Amount $ |
|---|---|---|---|
| | Soc. Security | | 792.00 |
| | Business Operations | | 444.62 |
| | Refunds (10/8) | | 185.85 |
| | | | 1422.47 |
| | (10/19 - return auth for 23.83 | | 23.83 |
| | 10/16 - purchase.) | | 1446.30 |

Total Cash Receipts  $ 1446.30 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10-1-15 to 10-30-15

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | | Gas | 46.48 |
| | | | Health Ins. | 82.23 |
| | | | Life Ins. | 156.53 |
| | | | House Ins. | 346.01 |
| | | | medical | 300.00 |
| | | | Utilities | 79.05 |
| | | | Phones | 241.62 |
| | | | Internet | 119.69 |
| | | | Personal | 397.48 |
| | | | Trustee | 325.00 |
| | | | | 2094.06 |
| | | | Business Operations | 555.92 |

Total Cash Disbursements  $ 2649.98 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10-1-15 to 10-30-15

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 5165.85 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 444.62 | |
| Sale of Assets | 1001.68 | |
| Loans/advances | | |
| Other | | |
| Total Cash Receipts | $ 1446.40 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 555.92 | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | 2094.06 | |
| Other | | |
| Total Cash Disbursements | $ 2649.98 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | <1203.58> | |
| 5. Ending Cash Balance (to Form 2-C) | $ 3962.15 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 3962.15 |
| DIP Operating Account | Wells Fargo #3576 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 3962.15 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON         CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 10-30-15

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) _____ | | |
| Total Current Assets | $ —0— | $ ___ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ___ ) | ( ___ ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ ___ | $ ___ |
| Other Assets (List): _____ | | |
| | | |
| **TOTAL ASSETS** | $ —0— | $ ___ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): _____ | | |
| Total Post Petition Liabilities | $ —0— | $ ___ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ ___ | $ ___ |
| **TOTAL LIABILITIES** | $ —0— | $ ___ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ ___ | $ ___ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ —0— | $ ___ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON          CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 10-1-15 to 10-30-15

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 444.62 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| **Net Operating Revenue** | $ 444.62 | $ |
| Cost of Goods Sold | 0 | |
| **Gross Profit** | $ 444.62 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): | 555.92 | |
| **Total Operating Expenses** | $ 555.92 | $ |
| **Operating Income (Loss)** | $ (111.30) | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | 0 | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ (111.30) | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ (111.30) | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson                    CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 10-1-15 to 10-30-15

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | Home Ins. Safeco | $ same | 2/16 | $ 2/16 |
| Vehicle | Auto - Farmers | $ same | 4/16 | $ 4/16 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032mER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 10-1-15 to 10-30-15

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | 0 | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| Total Post Petition Accounts Payable | | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | 0 |
| Other: | | | | | $ |
| Total | $ | $ | $ | | |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032mer

## Form 2-F
## QUARTERLY FEE SUMMARY
For the Month Ended: 10-30-15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| **TOTAL 1st Quarter** | | $ | $ | | |
| April | | $ | | | |
| May | | | | | |
| June | | | | | |
| **TOTAL 2nd Quarter** | | $ | $ | | |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| **TOTAL 3rd Quarter** | | $ | $ | | |
| October | 2649.98 | $ | | | |
| November | | | | | |
| December | | | | | |
| **TOTAL 4th Quarter** | | $ | $ | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson        CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 10-30-15

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Welcome to Wells Fargo
## Account Activity

WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $2,337.50 |
| Pending Withdrawals/ Debits | -$28.49 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $2,309.01 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show:  for  Date Range  10/01/15 to 10/31/15

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions**  Note: Debit card transaction amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 10/30/15 | CHECK # 192 | | $325.00 | $3,962.15 |
| 10/30/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | |
| 10/30/15 | PURCHASE AUTHORIZED ON 10/30 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00305304018425357 CARD 4079 | | $19.98 | |
| 10/30/15 | PURCHASE AUTHORIZED ON 10/30 KING SOOPERS 7296 LAGA CASTLE PINES CO P00385304003444168 CARD 4079 | | $31.77 | |
| 10/30/15 | PURCHASE AUTHORIZED ON 10/28 BART G CHRISTIANSE 303-790-9323 CO S285301726722080 CARD 4079 | | $300.00 | |
| 10/29/15 | PURCHASE AUTHORIZED ON 10/29 COSTCO WHSE #0468 LONE TREE CO P00465302620109000 CARD 7458 | | $43.28 | $4,746.09 |
| 10/29/15 | PURCHASE AUTHORIZED ON 10/28 SPROUTS FARMERS MKT#30 CASTLE ROCK CO P00465302090304655 CARD 4079 | | $104.49 | |
| 10/28/15 | PURCHASE AUTHORIZED ON 10/27 OUTBACK 0614 HIGHLANDS RAN CO S305300002240662 CARD 4079 | | $17.10 | $4,893.86 |
| 10/28/15 | PURCHASE AUTHORIZED ON 10/27 SAMSCLUB 6634 GAS LONE TREE CO S585300553683737 CARD 4079 | | $30.70 | |
| 10/27/15 | COLORADO HEALTH ACH 151026 720-627-8900 LYNETTE EVANSON | | $82.23 | $4,941.66 |
| 10/26/15 | PURCHASE AUTHORIZED ON 10/26 THE HOME DEPOT 1508 LITTLETON CO P00305299705373165 CARD 4079 | | $5.81 | $5,023.89 |
| 10/26/15 | eDeposit in Branch/Store 10/26/15 01:50:14 PM 9233 E LINCOLN AVE LONE TREE CO 4079 | $409.25 | | |
| 10/23/15 | PURCHASE AUTHORIZED ON 10/23 THE HOME DEPOT 1508 LITTLETON CO P00305297006731761 CARD 4079 | | $39.61 | $4,620.45 |
| 10/23/15 | PURCHASE AUTHORIZED ON 10/23 LOWE'S #311 GREENWOOD VIL CO P00465296849568876 CARD 4079 | | $17.96 | |
| 10/22/15 | PURCHASE AUTHORIZED ON 10/20 HOLIDAY AUTO CARE DENVER CO S385294021459179 CARD 4079 | | $2.57 | $4,678.02 |
| 10/22/15 | PURCHASE AUTHORIZED ON 10/20 John Holly's Bistr DENVER CO S285294011569425 CARD 4079 | | $33.98 | |
| 10/21/15 | INTEREST PAYMENT | $0.04 | | $4,714.57 |
| 10/21/15 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $120.81 | |
| 10/21/15 | PURCHASE AUTHORIZED ON 10/20 SAMSCLUB #6634 LITTLETON SE CO S385294040320961 CARD 4079 | | $31.83 | |
| 10/21/15 | SSA TREAS 310 XXSOC SEC 102115 XXXXX9483B SSA LYNETTE P EVANSON | $792.00 | | |
| 10/20/15 | WASTE CONNECTION WEB_PAY OCT 15 17364974101915 TERRY EVANSON | | $79.05 | $4,075.17 |
| 10/19/15 | | | $145.55 | $4,154.22 |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 10/19 COSTCO WHSE #0468 LONE TREE CO P0038529266506781 CARD 7458 | | | |
| 10/19/15 | PURCHASE AUTHORIZED ON 10/17 SPROUTS FARMERS MA LONE TREE CO S305291140601826 CARD 4079 | | $6.08 | |
| 10/19/15 | PURCHASE AUTHORIZED ON 10/16 THAI ORCHIDS LONE TREE CO S465289713588599 CARD 4079 | | $18.17 | |
| 10/19/15 | PURCHASE RETURN AUTHORIZED ON 10/17 LOWES #00311* GREENWOOD VIL CO S625291545865273 CARD 4079 | $23.83 | | |
| 10/16/15 | PURCHASE AUTHORIZED ON 10/15 SAMS CLUB #6634 LONE TREE CO S285288466788966 CARD 4079 | | $23.80 | $4,300.19 |
| 10/14/15 | DISH NETWORK DISH NTWRK 101215 9060370845 SPA EVANSON,TERRY | | $119.67 | $4,323.99 |
| 10/14/15 | PURCHASE AUTHORIZED ON 10/13 SOFTWAREPROJECTS.C 800-218-1525 OR S385285785477344 CARD 4079 | | $39.00 | |
| 10/14/15 | PURCHASE AUTHORIZED ON 10/13 GROUPON INC 877-788-7858 IL S465286733926550 CARD 4079 | | $26.00 | |
| 10/14/15 | PURCHASE AUTHORIZED ON 10/13 GROUPON INC 877-788-7858 IL S465286729289957 CARD 4079 | | $26.00 | |
| 10/14/15 | PURCHASE AUTHORIZED ON 10/12 SPROUTS FARMERS MA LONE TREE CO S585286017070600 CARD 4079 | | $14.90 | |
| 10/14/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $35.33 | | |
| 10/13/15 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $120.81 | $4,514.23 |
| 10/13/15 | PURCHASE AUTHORIZED ON 10/12 LOWES #02274* CASTLE ROCK CO S585285696044836 CARD 4079 | | $23.83 | |
| 10/13/15 | PURCHASE AUTHORIZED ON 10/12 SOF*SOFT SURROUNDI 888-4147638 MO S465285535634723 CARD 4079 | | $114.25 | |
| 10/13/15 | PURCHASE AUTHORIZED ON 10/12 SOF*SOFT SURROUNDI 888-4147638 MO S385285460160425 CARD 4079 | | $0.10 | |
| 10/13/15 | PURCHASE AUTHORIZED ON 10/11 CORNER STORE 1722 LITTLETON CO P004652846793952B9 CARD 4079 | | $8.16 | |
| 10/13/15 | PURCHASE AUTHORIZED ON 10/10 UA MEADOWS 12 LONE TREE CO S465284039850555 CARD 4079 | | $6.24 | |
| 10/13/15 | PURCHASE AUTHORIZED ON 10/09 SAM'S Club LITTLETON SE CO P00000000542772140 CARD 4079 | | $18.43 | |
| 10/13/15 | PURCHASE AUTHORIZED ON 10/09 CITRON BISTRO DENVER CO S585282760430089 CARD 4079 | | $25.66 | |
| 10/09/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $4,831.71 |
| 10/09/15 | PURCHASE AUTHORIZED ON 10/09 CORNER STORE 1161 LITTLETON CO P00465282574878152 CARD 4079 | | $5.05 | |
| 10/08/15 | PURCHASE AUTHORIZED ON 10/07 THAI ORCHIDS LONE TREE CO S585280714251289 CARD 4079 | | $10.49 | $4,886.20 |
| 10/08/15 | PURCHASE AUTHORIZED ON 10/06 OLIVE GARDEN 0001 HIGHLANDS RAN CO S305279745706675 CARD 4079 | | $28.98 | |
| 10/08/15 | PURCHASE RETURN AUTHORIZED ON 10/07 PURITY PRODUCTS 888-769-7873 NY S615281548024966 CARD 4079 | $185.85 | | |
| 10/06/15 | PURCHASE AUTHORIZED ON 10/05 LIVINGSOCIAL* 202-695-8945 DC S385278620944444 CARD 4079 | | $40.00 | $4,739.82 |
| 10/06/15 | PURCHASE AUTHORIZED ON 10/05 LIVINGSOCIAL* 202-695-8945 DC S385278454142568 CARD 4079 | | $40.00 | |
| 10/05/15 | SAFECO INSURANCE INS PREM 101115 71077376730 TERRY EVANSON | | $346.01 | $4,819.82 |
| Totals | | $1,446.30 | $2,649.98 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

🏠 Equal Housing Lender

© 1995 – 2015 Wells Fargo. All rights reserved.