## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19032 MER |
| | ) | |
| Terry Lee Evanson | ) | Chapter 11 |
| SS# XXX-XX-9483 | ) | |
| | ) | |
| Lynette Pearce Evanson | ) | |
| SS# XXX-XX-5531 | ) | |
| | ) | |
| Debtors | ) | |

FILED
KENNETH S. GARDNER
CLERK
2015 DEC -2 PM 3:39
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Rules 9010 and 2002(g), Fed.R. Bankr. P., Ted H. Merriam and Kevin A. Planegger hereby enter their appearance on behalf of Terry Lee Evanson and Lynette Pearce Evanson, the Chapter 11 Debtors-in-Possession, as special counsel and request that copies of all notices, pleadings, motions, applications, responses, objections, financial reports, plans of reorganization, schedules, statements of affairs, and all other documents filed and/or served in this case be sent to or served upon:

Ted H. Merriam and Kevin A. Planegger
Merriam Law Firm, P.C
1625 Broadway, Suite 770
Denver, CO 80202
Tel: 303-592-5404
Fax: 303-592-5439
Email: ted@merriamlaw.com
Email: kevin@merriamlaw.com

DATED:      December 2, 2015

Respectfully submitted:

MERRIAM LAW FIRM, P.C.

*[signature]*
Ted H. Merriam, #9100

*[signature]*
Kevin A. Planegger, #29084

1625 Broadway, Suite 770
Denver, Colorado  80202
Telephone: 303-592-5404
Facsimile: 303-592-5439
Email: ted@merriamlaw.com
Email: kevin@merriamlaw.com

Attorneys for Terry Lee Evanson
and Lynette Pearce Evanson

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2015 a true and correct copy of the **NOTICE OF ENTRY OF APPEARANCE, REQUEST FOR NOTICES** was sent via U.S. Mail, to all counsel of record and to all parties who are entitled to notice:

William C. Brittan
270 St. Paul Street, Ste. 200
Denver, CO 80202

Kenneth J. Buechler
1621 18th Street, Ste. 260
Denver, CO 80202

Heather S. Cleary
999 18th Street, Ste. 3100
Denver, CO 80202

Clarissa M. Collier
555 17th Street, Ste. 3200
Denver, CO 80202

Alexis L. Davidson
2594 S. Lewis Way, Ste. A
Lakewood, CO 80227

Douglas D. Koktavy
10200 E. Girard Ave.
Building B, Suite 120
Denver, CO 80231

Alan K. Motes
US Trustee, 11
Byron G. Rogers Federal Building
1961 Stout Street, Ste. 12-200
Denver, CO 80294

Jeffery Weinmann
730 17th Street, Ste. 240
Denver, CO 80202

Ted H. Merriam