# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| SSN / ITIN: xxx-xx-9483 ) | Chapter 11 |
| Lynette Pearce Evanson ) | |
| SSN / ITIN: xxx-xx-5531 ) | |
| ) | |
| Debtors. ) | |

## ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION
## TO DISMISS OR CONVERT CHAPTER 11 CASE

This matter came on before the Court on the United States Trustee's Motion to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) and the Court finding good cause for granting the motion:

**IT IS ORDERED** that the above-captioned case is hereby:

\_\_\_\_ Dismissed.

\_\_\_\_ Converted to Chapter 7.

Dated:_____ By the Court:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court