# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| SSN / ITIN: xxx-xx-9483 ) | Chapter 11 |
| Lynette Pearce Evanson ) | |
| SSN / ITIN: xxx-xx-5531 ) | |
| ) | |
| Debtors. ) | |

**NOTICE OF:** **UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE**

**OBJECTION DEADLINE: JANUARY 5, 2016**

     **YOU ARE HEREBY NOTIFIED** that the United States Trustee ("UST") has filed a Motion to Dismiss or Convert Chapter 11 Case under 11 U.S.C. § 1112(b) with the Bankruptcy Court and requests the following relief:

     The UST asserts that there has been a substantial and continuing loss and diminution to the bankruptcy estate and that Debtors have failed to pursue timely confirmation of a plan of reorganization. The UST is requesting the Court to enter an order dismissing this case from the jurisdiction of the Bankruptcy Court or converting this case to chapter 7.

     If you desire to oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

     In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

**CLERK OF COURT PLEASE SEND TO BNC**

Dated: December 8, 2015           Respectfully submitted,

                                                 PATRICK S. LAYNG
                                                 UNITED STATES TRUSTEE

                                                 /s/  Alan K. Motes
                                                 By: Alan K. Motes, #33997
                                                 Trial Attorney for the U.S. Trustee
                                                 1961 Stout Street, Suite 12-200
                                                 Denver, Colorado 80294
                                                 (303) 312-7999 telephone
                                                 (303) 312-7259 facsimile
                                                 Alan.Motes@usdoj.gov

## 9013-1 Certificate of Service of Motion, Notice and Proposed Order

The undersigned certifies that on December 8, 2015, I served by prepaid first class mail, a copy of the **UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE, NOTICE** as prepared by L.B.R. 9013-1 and proposed **ORDER** on all parties against whom relief is sought and those otherwise entitled to service as follows:

Terry Lee Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

Ted H. Merriam
Kevin A. Planegger
1625 Broadway
Suite 770
Denver, CO 80202

## 2002-1 Certificate of Service

UST has requested that the foregoing Notice be mailed by the Clerk of Court, through the Bankruptcy Notice Center, on Creditors and parties in interest on the Court's Creditor Address Mailing Matrix for these cases.

Dated: December 8, 2015

/s/ Nicole Nagler
Office of the United States Trustee