```
                              United States Bankruptcy Court
                                   District of Colorado

In re:                                                         Case No. 13-19032-MER
Terry Lee Evanson                                              Chapter 11
Lynette Pearce Evanson
        Debtors                        CERTIFICATE OF NOTICE
District/off: 1082-1          User: mckinleyj              Page 1 of 2              Date Rcvd: Dec 08, 2015
                              Form ID: pdf902              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2015.
db/db         Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO 80124-9608
aty          +Kevin A. Planegger,    Merriam Law Firm, P.C.,    1625 Broadway,    Denver, CO 80202-4725
aty          +Ted H. Merriam,   1625 Broadway,    Suite 770,    Denver, CO 80202-4717
intp         +Diane A. Holbert,    Douglas County Treasurer,    100 Third Street,    Attn: Stephanie Cook,
               Castle Rock, CO 80104-2425
15344012      Advantedge Business Group, LLC,    9777 Pyramid Ct Ste 220,    Englewood, CO 80112-6046
15344013     +Allied Interstate,    3000 Corporate Exchange Dr,    Columbus, OH 43231-7684
15344015      American Express,    PO Box 297879,   Fort Lauderdale, FL 33329-7879
15344014      American Express,    PO Box 297879,   Ft Lauderdale, FL 33329-7879
15344016      American Express,    PO Box 650448,   Dallas, TX 75265-0448
15559957      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15344017      Bank Of America,    PO Box 851001,   Dallas, TX 75285-1001
15344018      Castle Rock Security,    400 W Division St,    Syracuse, NY 13204-1438
15344019      Chase,   Cardmember Service,    PO Box 94014,    Palatine, IL 60094-4014
15344020      Citi,   PO Box 6077,    Sioux Falls, SD 57117-6077
15344224      Command Center, Inc.,    C/O Heather Cleary & Thomas Kanan,    999 18th St Ste 3100,
               Denver, CO 80202-2499
15409833     +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
15344022      Hill Property,    PO Box 4389,   Taber, Alberta,    Canada,
15344023      Home Depot,   Processing Center,    Des Moines, IA 50364-0500
15344024      Houslanger & Associates, PLLC,    372 New York Ave,    Huntington, NY 11743-3311
15344027      #NCO Financial Systems, Inc.,    355 Union Blvd Ste 350,    Lakewood, CO 80228-1528
15344029      Provo Dental,    1355 N University Ave Ste 330,    Provo, UT 84604-2721
15377384     +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
15344034      U.S. Bank,   C/O Law Office Of David A. Bauer, P.C.,     2594 S Lewis Way Unit A,
               Lakewood, CO 80227-2839
15452890     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,      BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
15344035      US Bank,   PO Box 790401,    Saint Louis, MO 63179-0401
15685691     +US Bank,   c/o Jeanne Mehan/ SBLC/PD-OR-PL2,     555 SW Oak St. 220,    Portland, OR 97204-1767
15344036      Wells Fargo,    PO Box 30097,   Los Angeles, CA 90030-0097
15344037      Wells Fargo,    PO Box 5247,   Denver, CO 80217-5247
15606598     +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
15403099     +Wells Fargo Bank N.A.,    PO Box 10438 MAC X2505-036,    Des Moines, IA 50306-0438
15364677     +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,   Des Moines, IA 50328-0001
15344038      Wells Fargo Card Services,    PO Box 30086,    Los Angeles, CA 90030-0086
15344039      Westcore Pyramid LP,    PO Box 748175,   Los Angeles, CA 90074-8175

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15344033      E-mail/PDF: dor_tac_bankruptcy@state.co.us Dec 08 2015 23:49:27      Colorado Dept of Revenue,
               1375 Sherman St, Rm 504,   Denver, CO 80261-0004
15344021      E-mail/Text: mrdiscen@discover.com Dec 08 2015 23:57:42      Discover,   PO Box 29033,
               Phoenix, AZ 85038-9033
15363428      E-mail/Text: mrdiscen@discover.com Dec 08 2015 23:57:42      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,    New Albany, OH 43054-3025
15408490     +E-mail/Text: dc_bankruptcy@douglas.co.us Dec 08 2015 23:57:59      Douglas County Treasurer,
               Attn: Stephanie Cook,   100 Third Street,    Castle Rock, CO 80104-2425
15344025      E-mail/Text: cio.bncmail@irs.gov Dec 08 2015 23:57:48     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
15344026      E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2015 23:49:38      Lowes,    PO Box 530954,
               Atlanta, GA 30353-0954
16306542     +E-mail/Text: tg@purchasedebt.com Dec 08 2015 23:58:27
               NTL Capital, LLC. c/o Hidden Oak Group,Inc.,    35 E. Grassy Sprain Road Ste. 210,
               Yonkers, NY 10710-4613
15344030      E-mail/Text: bankruptcy@redrocks.org Dec 08 2015 23:57:41     Red Rocks Credit Union,
               9325 Dorchester St Ste 200,   Highlands Ranch, CO 80129-2519
15344032      E-mail/Text: appebnmailbox@sprint.com Dec 08 2015 23:58:03      Sprint,   6391 Sprint Parkway,
               Overland Park, KS 66251-6100
15344031      E-mail/Text: appebnmailbox@sprint.com Dec 08 2015 23:58:03      Sprint,   PO Box 4191,
               Carol Stream, IL 60197-4191
15398911      E-mail/Text: appebnmailbox@sprint.com Dec 08 2015 23:58:03      Sprint Nextel,
               Attn Bankruptcy Dept,   PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15559958*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15559959*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
```

```
District/off: 1082-1          User: mckinleyj              Page 2 of 2                   Date Rcvd: Dec 08, 2015
                              Form ID: pdf902              Total Noticed: 44
```

15344028      ##North Shore Agency,    4000 E 5th Ave,   Columbus, OH   43219-1811

                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2015 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com,   tk_lesiak@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                             TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| SSN / ITIN: xxx-xx-9483 ) | Chapter 11 |
| Lynette Pearce Evanson ) | |
| SSN / ITIN: xxx-xx-5531 ) | |
| ) | |
| Debtors. ) | |

**NOTICE OF:**     **UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE**

**OBJECTION DEADLINE: JANUARY 5, 2016**

      **YOU ARE HEREBY NOTIFIED** that the United States Trustee ("UST") has filed a Motion to Dismiss or Convert Chapter 11 Case under 11 U.S.C. § 1112(b) with the Bankruptcy Court and requests the following relief:

      The UST asserts that there has been a substantial and continuing loss and diminution to the bankruptcy estate and that Debtors have failed to pursue timely confirmation of a plan of reorganization. The UST is requesting the Court to enter an order dismissing this case from the jurisdiction of the Bankruptcy Court or converting this case to chapter 7.

      If you desire to oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

      In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

**CLERK OF COURT PLEASE SEND TO BNC**

Dated: December 8, 2015         Respectfully submitted,

                                                PATRICK S. LAYNG
                                                UNITED STATES TRUSTEE

                                                /s/ Alan K. Motes
                                                By: Alan K. Motes, #33997
                                                Trial Attorney for the U.S. Trustee
                                                1961 Stout Street, Suite 12-200
                                                Denver, Colorado 80294
                                                (303) 312-7999 telephone
                                                (303) 312-7259 facsimile
                                                Alan.Motes@usdoj.gov

## 9013-1 Certificate of Service of Motion, Notice and Proposed Order

The undersigned certifies that on December 8, 2015, I served by prepaid first class mail, a copy of the **UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE, NOTICE** as prepared by L.B.R. 9013-1 and proposed **ORDER** on all parties against whom relief is sought and those otherwise entitled to service as follows:

Terry Lee Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

Ted H. Merriam
Kevin A. Planegger
1625 Broadway
Suite 770
Denver, CO 80202

## 2002-1 Certificate of Service

UST has requested that the foregoing Notice be mailed by the Clerk of Court, through the Bankruptcy Notice Center, on Creditors and parties in interest on the Court's Creditor Address Mailing Matrix for these cases.

Dated: December 8, 2015

/s/ Nicole Nagler
Office of the United States Trustee