DEBTOR: TERRY + LYNETTE EVANSON     MONTHLY OPERATING REPORT
                                    CHAPTER 11
CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending 11-30-15

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 12/18/15

Print Name: TERRY EVANSON

Signature: [signed]

Title:

Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/15 to 11/30/15

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576

| Date | Payer | Description | Amount $ |
|------|-------|-------------|----------|
|  | social security |  | 792.00 |
|  | Business Income |  | 2425.86 |
|  | return credit |  | 38.41 |

Total Cash Receipts $ 3256.27 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson   CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/30 to 11/30/15

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576.

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | House Ins. | | 361.99 |
| | | Life Ins. | | 49.44 |
| | | Gas | | 55.27 |
| | | Personal | | 244.27 |
| | | Discover | | 225.00 |
| | | Donations | | 1020.00 |
| | | | | 1955.97 |
| | | | | 802.61 |
| | | Business expenses | | |

Total Cash Disbursements  $ 2758.58 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/15 to 11/30/15

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 3962.15 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 2425.86 | |
|    Sale of Assets | 38.41 | |
|    Loans/advances | 00 | |
|    Other   Social Security | 792. | |
|    Total Cash Receipts | $ 3256.27 | $ _____ |
| 3. Cash Disbursements | | |
|    Operations | 802.61 | |
|    Debt Service/Secured loan payment | 1955.97 | |
|    Professional fees/U.S. Trustee fees | | |
|    Other | | |
|    Total Cash Disbursements | $ 2758.58 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | |
| 5. Ending Cash Balance (to Form 2-C) | $ 4459.84 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 4459.84 |
| DIP Operating Account | Wells Fargo 3576 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 4459.84 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 11/30/15

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) _____ | | |
| _____ | | |
| Total Current Assets | $ _____ | $ _____ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | _____ | _____ |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( _____ ) | ( _____ ) |
| Net Fixed Assets | $ _____ | $ _____ |
| Other Assets (List): _____ | | |
| _____ | | |
| TOTAL ASSETS | $ 0 | $ _____ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): _____ | | |
| _____ | | |
| Total Post Petition Liabilities | $ _____ | $ _____ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ 0 | $ _____ |
| TOTAL LIABILITIES | $ _____ | $ _____ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ _____ | $ _____ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ _____ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON   CASE NO: 13-19032 MER

Form 2-D
PROFIT AND LOSS STATEMENT
For Period 11/1/15 to 11/30/15

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 2425.86 | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| **Net Operating Revenue** | $ 2425.86 | $ |
| Cost of Goods Sold | 802.65 | |
| **Gross Profit** | $ 1623.25 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| Total Operating Expenses | $ | $ |
| **Operating Income (Loss)** | $ 1623.25 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 1623.25 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 1623.25 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 11/1/15 to 11/30/15

## POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: |  |  |  |  |  |  |
| Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax |  |  |  |  |  |  |
| Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: |  |  |  |  |  |  |
| Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | Howard Ins. Agency | $ same | 2/16 | $ 2/16 |
| Vehicle | Farmers | $ same | 4/16 | $ 4/16 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 mER

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 11/1/15 to 11/30/15

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| Total Post Petition Accounts Payable | | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 11/30/15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | | $ _____ $ | _____ | _____ | _____ |
| April | | $ | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | | $ _____ $ | _____ | _____ | _____ |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | | $ _____ $ | _____ | _____ | _____ |
| October | | 2649.98 $ | | | |
| November | | 2758.58 | | | |
| December | | | | | |
| TOTAL 4th Quarter | | $ _____ $ | _____ | _____ | _____ |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009


DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 11/30/15

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $5,204.62 |
| Pending Withdrawals/ Debits | $0.00 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $5,204.62 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 11/01/15 to 11/30/15

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions   Note: Debit card transaction amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 11/30/15 | PURCHASE RETURN AUTHORIZED ON 11/30 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000542939013 CARD 7458 | $38.41 | | $4,459.84 |
| 11/30/15 | PURCHASE AUTHORIZED ON 11/30 SAMSCLUB #6634 LONE TREE CO P00000000551768173 CARD 7458 | | $40.30 | |
| 11/30/15 | PURCHASE AUTHORIZED ON 11/28 SAMSCLUB #6634 LITTLETON SE CO S385332732972648 CARD 4079 | | $25.65 | |
| 11/27/15 | PURCHASE AUTHORIZED ON 11/25 KNEADERS OF MERIDI ENGLEWOOD CO S305329680977558 CARD 4079 | | $14.26 | $4,487.38 |
| 11/23/15 | CHECK # 195 | | $19.00 | $4,501.64 |
| 11/23/15 | PURCHASE AUTHORIZED ON 11/23 SAFEWAY STORE 1548 LITTLETON CO P00465327799637537 CARD 4079 | | $1.98 | |
| 11/23/15 | PURCHASE AUTHORIZED ON 11/20 64017 - 5280 LOT DENVER CO S465324757948457 CARD 4079 | | $15.00 | |
| 11/23/15 | PURCHASE AUTHORIZED ON 11/20 64017 - 5280 LOT DENVER CO S585324712730256 CARD 4079 | | $10.00 | |
| 11/23/15 | PURCHASE AUTHORIZED ON 11/20 SAMS CLUB #6634 LONE TREE CO S165324573848380 CARD 4079 | | $24.81 | |
| 11/20/15 | INTEREST PAYMENT | $0.03 | | $4,572.43 |
| 11/20/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 11/20 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00385324746741434 CARD 7458 | | $23.56 | |
| 11/19/15 | eDeposit in Branch/Store 11/19/15 09:23:33 AM 7700 E BELLEVIEW AVE GREENWOOD VILLAGE CO 4079 | $1,247.00 | | $4,595.96 |
| 11/19/15 | Transfer in Branch/Store - To TERRY L EVANSON DDA XXXXXX3576 7700 E BELLEVIEW AVE GREENWOOD VILLAGE CO | $935.23 | | |
| 11/18/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 11/18 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000645375707 CARD 7458 | | $103.47 | $2,413.73 |
| 11/18/15 | SSA TREAS 310 XXSOC SEC 111815 XXXXX9483B SSA LYNETTE P EVANSON | $792.00 | | |
| 11/16/15 | CHECK # 194 | | $225.00 | $1,725.20 |
| 11/16/15 | PURCHASE AUTHORIZED ON 11/16 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000746470965 CARD 4079 | | $51.63 | |
| 11/16/15 | PURCHASE AUTHORIZED ON 11/14 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000956800510 CARD 7458 | | $58.57 | |
| 11/13/15 | PURCHASE AUTHORIZED ON 11/13 SAM'S Club LITTLETON SE CO P00000000936736256 CARD 7458 | | $205.74 | $2,060.40 |
| 11/13/15 | PURCHASE AUTHORIZED ON 11/12 LDS DIST ONLINE ST 801-240-5513 UT S305313653183455 CARD 4079 | | $20.00 | |
| 11/13/15 | PURCHASE AUTHORIZED ON 11/12 SAMSCLUB 6634 GAS LONE TREE CO S585316549351209 CARD 4079 | | $28.18 | |
| 11/13/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $54.59 | | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 11/12/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $2,259.73 |
| 11/12/15 | PURCHASE AUTHORIZED ON 11/12 ROSS STORES #1209 LITTLETON CO P00000000534741000 CARD 7458 | | $17.84 | |
| 11/12/15 | PURCHASE AUTHORIZED ON 11/10 UDOM THAI CUISINE CENTENNIAL CO S005314697099840 CARD 7458 | | $10.49 | |
| 11/09/15 | PURCHASE AUTHORIZED ON 11/08 KING SOOPERS 7296 LAGA CASTLE ROCK CO P003853130989555330 CARD 4079 | | $12.55 | $2,337.50 |
| 11/09/15 | PURCHASE AUTHORIZED ON 11/06 SAMS CLUB #6634 LONE TREE CO S285311003556965 CARD 4079 | | $13.89 | |
| 11/09/15 | PURCHASE AUTHORIZED ON 11/05 KNEADERS OF MERIDI ENGLEWOOD CO S465310055444517 CARD 4079 | | $18.66 | |
| 11/09/15 | eDeposit in Branch/Store 11/09/15 03:05:38 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $189.01 | | |
| 11/06/15 | PURCHASE AUTHORIZED ON 11/06 SAM'S Club LITTLETON SE CO P00000000042733068 CARD 7458 | | $196.48 | $2,193.59 |
| 11/06/15 | PURCHASE AUTHORIZED ON 11/04 LOCO 17 GAS FRUITA CO S385309075859518 CARD 4079 | | $24.64 | |
| 11/05/15 | SAFECO INSURANCE INS PREM 111015 71077376730 TERRY EVANSON | | $361.99 | $2,414.71 |
| 11/05/15 | PURCHASE AUTHORIZED ON 11/03 KNEADERS OF DRAPER DRAPER UT S465307732163814 CARD 4079 | | $7.33 | |
| 11/04/15 | PURCHASE AUTHORIZED ON 11/03 SAMSCLUB #6685 PROVO UT S585307834346984 CARD 4079 | | $28.06 | $2,784.03 |
| 11/03/15 | PURCHASE AUTHORIZED ON 11/03 MACEY'S 8TH NORTH OREM UT P00305308008237420 CARD 4079 | | $16.47 | $2,812.09 |
| 11/03/15 | PURCHASE AUTHORIZED ON 11/03 TEXACO 00308324 OREM UT S003853077978227867 CARD 4079 | | $5.35 | |
| 11/02/15 | CHECK # 193 | | $520.00 | $2,833.91 |
| 11/02/15 | CHECK # 191 | | $500.00 | |
| 11/02/15 | PURCHASE AUTHORIZED ON 11/02 PILOT #592 GRAND JUNSTIO CO P00305306817111667 CARD 4079 | | $22.95 | |
| 11/02/15 | PURCHASE AUTHORIZED ON 11/01 JOHN HOLLY ASIAN B LONE TREE CO S585305057617569 CARD 4079 | | $19.04 | |
| 11/02/15 | PURCHASE AUTHORIZED ON 10/31 SAMS CLUB #6634 LONE TREE CO S085305048710673 CARD 4079 | | $11.95 | |
| 11/02/15 | PURCHASE AUTHORIZED ON 10/31 UNITED PACIFIC 6546 DENVER CO P00305304578883904 CARD 4079 | | $2.33 | |
| 11/02/15 | PURCHASE AUTHORIZED ON 10/30 FOODSAVER/SEAL-A-M 800-777-5452 FL S305301773376938 CARD 4079 | | $51.97 | |
| Totals | | $3,256.27 | $2,758.58 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Equal Housing Lender
© 1995 – 2015 Wells Fargo. All rights reserved.