UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
TERRY LEE EVANSON ) Case No. 13-19032 MER
SS# XXX-XX-9483 ) Chapter 11
LYNETTE PEARCE EVANSON )
SS# XXX-XX-5531 )
)
Debtors. )

**ORDER GRANTING EXTENSION OF TIME TO OBJECT TO
MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE**

THIS MATTER, having come before the Court on the Unopposed Motion of Debtors for an Extension of Time to object to the Motion to Dismiss or Convert Chapter 11 Case filed by the United States Trustee; the Court having reviewed Debtors' motion and its file with respect to this matter; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting Debtors' motion.

THEREFORE, THE COURT ORDERS:

1. Debtors' Unopposed Motion for Extension of Time to object to the Motion to Dismiss or Convert Chapter 11 Case filed by the United States Trustee, is granted.

2. Debtors are hereby granted an extension of time of twenty (20) days, through and including January 25, 2016, to file an objection to the Motion to Dismiss or Convert Chapter 11 Case.

DATED:   January 6, 2016

BY THE COURT:

_____
U.S. Bankruptcy Judge