```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                       Case No. 13-19032-MER
Terry Lee Evanson                                            Chapter 11
Lynette Pearce Evanson
        Debtors                  CERTIFICATE OF NOTICE
District/off: 1082-1        User: gonzalesc              Page 1 of 1        Date Rcvd: Jan 06, 2016
                            Form ID: pdf904              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2016.
db/db           Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO  80124-9608
aty            +Kevin A. Planegger,    Merriam Law Firm, P.C.,    1625 Broadway,    Denver, CO 80202-4725
aty            +Ted H. Merriam,    1625 Broadway,   Suite 770,   Denver, CO 80202-4717
intp           +Diane A. Holbert,    Douglas County Treasurer,    100 Third Street,    Attn: Stephanie Cook,
                 Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2016                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2016 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com,   tk_lesiak@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com,   Rhonda@ColoradoCreditorLaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
TERRY LEE EVANSON ) Case No. 13-19032 MER
SS# XXX-XX-9483 ) Chapter 11
LYNETTE PEARCE EVANSON )
SS# XXX-XX-5531 )
)
Debtors. )

**ORDER GRANTING EXTENSION OF TIME TO OBJECT TO
MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE**

THIS MATTER, having come before the Court on the Unopposed Motion of Debtors for an Extension of Time to object to the Motion to Dismiss or Convert Chapter 11 Case filed by the United States Trustee; the Court having reviewed Debtors' motion and its file with respect to this matter; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting Debtors' motion.

THEREFORE, THE COURT ORDERS:

1. Debtors' Unopposed Motion for Extension of Time to object to the Motion to Dismiss or Convert Chapter 11 Case filed by the United States Trustee, is granted.

2. Debtors are hereby granted an extension of time of twenty (20) days, through and including January 25, 2016, to file an objection to the Motion to Dismiss or Convert Chapter 11 Case.

DATED:  January 6, 2016 

BY THE COURT:

_____
U.S. Bankruptcy Judge