DEBTOR: Terry & Lynette Evanson     MONTHLY OPERATING REPORT
CASE NUMBER: 13-19032 MER                    CHAPTER 11

## Form 2-A
## COVER SHEET

For Period Ending 12/1/15  12/31/15

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 1/10/16

Print Name: TERRY EVANSON
Signature: [signed]
Title:

Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON  CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/15 to 12/31/15

**CASH RECEIPTS DETAIL**  Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| | Social Security | | $825.00 |
| | Business | | 1725.79 |
| | (Return) | | 114.35 |

Total Cash Receipts  $ 2665.14 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/15 to 12/31/15

**CASH DISBURSEMENTS DETAIL**
(attach additional sheets as necessary)

Account No: 3576

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | Health Insurance | | 80.96 |
| | | Life Insurance | | 263.82 |
| | | Medical | | 200.00 |
| | | Internet | | 246.34 |
| | | House Insurance | | 361.99 |
| | | Gas | | 29.55 |
| | | Phones | | 44.87 |
| | | Personal | | 403.46 |
| | | | | 1630.99 |
| | | Operations | | 1619.19 |

Total Cash Disbursements  $3250.18 (1)

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/15 to 12/31/15

**CASH FLOW SUMMARY**      Current Month      Accumulated

1. Beginning Cash Balance    $ _____ (1)    $ _____ (1)

2. Cash Receipts
   - Operations    1725.79
   - Sale of Assets    00
   - Loans/advances    825.35
   - Other (for ins. returns)    114

   Total Cash Receipts    $ 2665.14    $ _____

3. Cash Disbursements
   - Operations    1619.19
   - Debt Service/Secured loan payment    1630.99
   - Professional fees/U.S. Trustee fees
   - Other

   Total Cash Disbursements    $ 3250.18    $ _____

4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements)    _____    _____

5. Ending Cash Balance (to Form 2-C)    $ _____ (2)    $ _____ (2)

**CASH BALANCE SUMMARY**    Financial Institution    Book Balance

- Petty Cash       $ 3874.80
- DIP Operating Account    3576.    Wells Fargo
- DIP State Tax Account
- DIP Payroll Account
- Other Operating Account
- Other Interest-bearing Account

TOTAL (must agree with Ending Cash Balance above)    $ _____ (2)

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

13-19032 MER

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032 MER

**Form 2-C**
**COMPARATIVE BALANCE SHEET**
For Period Ended: 12/31/15

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( 0 ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| TOTAL ASSETS | $ 0 | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ 0 | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| TOTAL LIABILITIES | $ 0 | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson     CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 12/1/15 to 12/31/15

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 1725.79 | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| Net Operating Revenue | $ 1725.29 | $ |
| Cost of Goods Sold | 1619.19 | |
| **Gross Profit** | $ 6.60 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| Total Operating Expenses | $ | $ |
| **Operating Income (Loss)** | $ 6.60 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 6.60 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 6.60 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 12/1/15 to 12/31/15

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | House - Safeco | $ same | 2/16 | $ 2/16 |
| Vehicle | Autos - Farmers | $ same | 4/16 | $ 4/16 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

DEBTOR: Terry & Lynette Evanson  CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 12/1/15 to 12/31/15

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| Total Post Petition Accounts Payable | | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | 0 |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 12/31/15

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson         CASE NO: 13-19032 mer.

Form 2-G
**NARRATIVE**
For Period Ending 12/31/15

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $3,214.54 |
| Pending Withdrawals/ Debits | -$68.71 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $3,145.83 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 12/01/15 to 12/31/15

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions Note: Debit card transaction amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 12/31/15 | PURCHASE AUTHORIZED ON 12/30 SAMS CLUB #6634 LONE TREE CO S615365553238821 CARD 7458 | | $35.69 | $3,874.80 |
| 12/31/15 | PURCHASE AUTHORIZED ON 12/29 John Holly's Bistr DENVER CO S005363716277276 CARD 4079 | | $6.65 | |
| 12/30/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $3,917.14 |
| 12/30/15 | PURCHASE AUTHORIZED ON 12/30 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00305364755472924 CARD 7458 | | $41.96 | |
| 12/30/15 | PURCHASE AUTHORIZED ON 12/30 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000057250967 CARD 7458 | | $114.41 | |
| 12/30/15 | PURCHASE AUTHORIZED ON 12/29 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00465364080040597 CARD 4079 | | $46.49 | |
| 12/30/15 | PURCHASE AUTHORIZED ON 12/29 FOCUS PARKING-1417 DENVER CO S385363733916018 CARD 4079 | | $8.00 | |
| 12/30/15 | PURCHASE AUTHORIZED ON 12/29 AMATO WHOLESALE FL DENVER CO S085363706252669 CARD 7458 | | $184.80 | |
| 12/30/15 | PURCHASE AUTHORIZED ON 12/29 SAMSCLUB 6634 GAS LONE TREE CO S585363610752375 CARD 4079 | | $23.09 | |
| 12/30/15 | PURCHASE AUTHORIZED ON 12/28 WPY*Fit Prosperity 855-469-3729 CA S005362311533164 CARD 4079 | | $139.90 | |
| 12/29/15 | HUMANA, INC. INS PYMT 151227 235174141002235 174122 | | $80.96 | $4,582.98 |
| 12/29/15 | PURCHASE AUTHORIZED ON 12/29 SAM'S Club LITTLETON SE CO P00000000932813781 CARD 4079 | | $19.82 | |
| 12/29/15 | PURCHASE AUTHORIZED ON 12/29 TARGET T- 10001 Common Lone Tree CO P00000000544219299 CARD 7458 | | $15.10 | |
| 12/29/15 | PURCHASE AUTHORIZED ON 12/29 TARGET T- 6767 S Clint Englewood CO P00000000059080063 CARD 7458 | | $31.64 | |
| 12/29/15 | PURCHASE AUTHORIZED ON 12/28 UNITED PACIFIC 074 HIGHLNDS RNCH CO S625363545676257 CARD 4079 | | $7.00 | |
| 12/28/15 | PURCHASE AUTHORIZED ON 12/28 SPROUTS FARMERS MKT#30 LONE TREE CO P00465362827030748 CARD 7458 | | $50.55 | $4,737.50 |
| 12/28/15 | PURCHASE AUTHORIZED ON 12/24 TONYS DRY CREEK MA CENTENNIAL CO S465358673527459 CARD 4079 | | $5.87 | |
| 12/24/15 | PURCHASE AUTHORIZED ON 12/24 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00465358853336970 CARD 4079 | | $12.57 | $4,793.92 |
| 12/24/15 | PURCHASE AUTHORIZED ON 12/24 STEIN MART 104 8181 So Englewood CO P00465358652577723 CARD 4079 | | $18.13 | |
| 12/24/15 | PURCHASE AUTHORIZED ON 12/24 BEDBATH&BEYOND# BEDBAT LITTLETON CO P00385358640177299 CARD 4079 | | $16.52 | |
| 12/24/15 | | | $236.58 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 12/24 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000452426600 CARD 7458 | | | |
| 12/23/15 | PURCHASE AUTHORIZED ON 12/23 SAFEWAY STORE 1877 CASTLE ROCK CO P00585358055731364 CARD 4079 | | $12.97 | $5,077.72 |
| 12/23/15 | PURCHASE AUTHORIZED ON 12/23 WALGREENS 6650 TIMBERL HIGHLANDS RAN CO P00465358032452699 CARD 4079 | | $31.57 | |
| 12/23/15 | PURCHASE AUTHORIZED ON 12/23 LDS DENVER CENTER 670 CENTENNIAL CO P00465357746184612 CARD 4079 | | $52.31 | |
| 12/23/15 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 12/23 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00465357672330609 CARD 7458 | | $30.05 | |
| 12/21/15 | PURCHASE AUTHORIZED ON 12/20 BLACK EYED PEA CASTLE ROCK CO S585354040376474 CARD 4079 | | $22.94 | $5,204.62 |
| 12/21/15 | PURCHASE AUTHORIZED ON 12/20 WALGREENS #5538 HIGHLANDS RAN CO S585354700200147 CARD 4079 | | $81.20 | |
| 12/21/15 | PURCHASE AUTHORIZED ON 12/18 SAMSCLUB #6634 LITTLETON SE CO S385352744228246 CARD 4079 | | $27.02 | |
| 12/21/15 | PURCHASE AUTHORIZED ON 12/18 SKY DRY CLEANERS A LONE TREE CO S465352734441286 CARD 4079 | | $38.87 | |
| 12/21/15 | PURCHASE AUTHORIZED ON 12/18 SAMS CLUB #6634 LONE TREE CO S285352627734787 CARD 7458 | | $37.73 | |
| 12/18/15 | INTEREST PAYMENT | $0.03 | | $5,412.38 |
| 12/17/15 | DISH NETWORK DISH NTWRK 121515 9060370845 SPA EVANSON,TERRY | | $126.67 | $5,412.35 |
| 12/17/15 | eDeposit in Branch/Store 12/17/15 02:55:59 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $1,267.00 | | |
| 12/16/15 | PURCHASE AUTHORIZED ON 12/15 SEES CANDIES 272 LITTLETON CO S305349019751291 CARD 4079 | | $38.16 | $4,272.02 |
| 12/16/15 | SSA TREAS 310 XXSOC SEC 121615 XXXXX9483B SSA LYNETTE P EVANSON | $825.00 | | |
| 12/15/15 | PURCHASE AUTHORIZED ON 12/14 NOODLES & CO 121 LITTLETON CO S585349023097137 CARD 4079 | | $15.43 | $3,485.18 |
| 12/14/15 | PURCHASE AUTHORIZED ON 12/12 John Hollys Bistro DENVER CO S085347095684287 CARD 4079 | | $12.05 | $3,500.61 |
| 12/14/15 | PURCHASE AUTHORIZED ON 12/12 SPROUTS FARMERS MKT#30 LONE TREE CO P00305346636389507 CARD 4079 | | $26.99 | |
| 12/14/15 | PURCHASE AUTHORIZED ON 12/12 SAMS CLUB #6634 LONE TREE CO S285346619966468 CARD 4079 | | $31.25 | |
| 12/14/15 | PURCHASE AUTHORIZED ON 12/12 SPROUTS FARMERS MKT#31 HIGHLANDS RAN CO P00305346613802606 CARD 4079 | | $139.20 | |
| 12/14/15 | Shelf Reliance Home Party 2327 Lynette P Evanson | $458.76 | | |
| 12/11/15 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $44.87 | $3,251.34 |
| 12/11/15 | PURCHASE AUTHORIZED ON 12/11 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00305345754219040 CARD 4079 | | $21.97 | |
| 12/11/15 | PURCHASE AUTHORIZED ON 12/11 SAMSCLUB #6634 LONE TREE CO P00000000046864886 CARD 4079 | | $86.31 | |
| 12/11/15 | PURCHASE AUTHORIZED ON 12/11 SPROUTS FARMERS MKT#30 LONE TREE CO P00385345731688751 CARD 4079 | | $121.69 | |
| 12/09/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $3,526.18 |
| 12/09/15 | PURCHASE AUTHORIZED ON 12/09 WALGREENS 6650 TIMBERL HIGHLANDS RAN CO P00305343736716396 CARD 4079 | | $11.54 | |
| 12/09/15 | PURCHASE AUTHORIZED ON 12/08 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00585343170613796 CARD 4079 | | $62.09 | |
| 12/09/15 | PURCHASE AUTHORIZED ON 12/08 WPY*FITPROSPERITY5 855-469-3729 CA S285342609636225 CARD 4079 | | $9.95 | |
| 12/08/15 | PURCHASE AUTHORIZED ON 12/08 WALGREENS 6650 TIMBERL HIGHLANDS RAN CO P00305342572593771 CARD 4079 | | $18.67 | $3,659.20 |
| 12/08/15 | PURCHASE AUTHORIZED ON 12/07 FIVE GUYS #GA-1583 ATLANTA GA S085342039215947 CARD 4079 | | $6.17 | |
| 12/07/15 | SAFECO INSURANCE INS PREM 121015 71077376730 TERRY EVANSON | | $361.99 | $3,684.04 |
| 12/07/15 | PURCHASE AUTHORIZED ON 12/07 SHELL Service Station EAST POINT GA P00585342014164957 CARD 4079 | | $6.46 | |
| 12/07/15 | PURCHASE AUTHORIZED ON 12/05 PAYLESSCAR.COM 8007295377 VA S385339178406064 CARD 4079 | | $38.14 | |
| 12/04/15 | | $114.35 | | $4,090.63 |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE RETURN AUTHORIZED ON 12/03 SOF*SOFT SURROUNDI 888-4147638 MO S615338549031704 CARD 4079 | | | |
| 12/03/15 | PURCHASE AUTHORIZED ON 12/02 KING SOOPERS 7296 LAGA CASTLE PINES CO P00385337123583490 CARD 4079 | | $38.71 | $3,976.28 |
| 12/03/15 | PURCHASE AUTHORIZED ON 12/02 SPROUTS FARMERS MKT#30 CASTLE ROCK CO P00385337111071731 CARD 4079 | | $17.99 | |
| 12/03/15 | PURCHASE AUTHORIZED ON 12/02 BART G CHRISTIANSE CENTENNIAL CO S005336746439166 CARD 4079 | | $200.00 | |
| 12/02/15 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $4,232.98 |
| 12/01/15 | DISH NETWORK DISH NTWRK 112915 9060370845 SPA EVANSON,TERRY | | $119.67 | $4,340.17 |
| Totals | | $2,665.14 | $3,250.18 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Equal Housing Lender
© 1995 – 2016 Wells Fargo. All rights reserved.