# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
# The Honorable Michael E. Romero

In re:

TERRY LEE EVANSON
LYNETTE PEARCE EVANSON

Case No. 13-19032 MER

Chapter 11

Debtors.

## ORDER

THIS MATTER comes before the Court on the Debtors' Motion Pursuant to Bankruptcy Code § 505 filed on December 8, 2016 (the "Motion"). The Court, having reviewed the Motion, finds it was not properly served on a party directly affected by the Motion, namely, the Internal Revenue Service. The Court further finds it is appropriate to allow the Internal Revenue Service to respond to the allegations in the Motion. Accordingly,

IT IS HEREBY ORDERED that the Debtors shall properly serve the Motion on the Internal Revenue Service and shall file a certificate of service on or before **January 26, 2016**. The Internal Revenue Service shall then file a response to the Motion with the Court no later than **February 16, 2016**. After receipt of the above pleadings, the Motion will be set for hearing, if necessary.

DATED January 19, 2016

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court