United States Bankruptcy Court
District of Colorado

In re:  
Terry Lee Evanson  
Lynette Pearce Evanson  
    Debtors

Case No. 13-19032-MER  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: gonzalesc     Page 1 of 1     Date Rcvd: Jan 20, 2016  
                     Form ID: pdf904     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2016.  
db/db         Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO   80124-9608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2016                                         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2016 at the address(es) listed below:

         Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov  
         Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@dabauerpc.com, bosullivan@dabauerpc.com  
         Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@dabauerpc.com, bosullivan@dabauerpc.com  
         Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado CMCollier@hollandhart.com, tk_lesiak@hollandhart.com  
         Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc. Doug@coloradocreditorlaw.com, Rhonda@ColoradoCreditorLaw.com  
         Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com, kristine.fernatt@ritsema-lyon.com  
         Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com, lkraai@weinmanpc.com  
         Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com, lkraai@weinmanpc.com  
         Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com, sharon@kjblawoffice.com  
         Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com, mmorton@allen-vellone.com  
         US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov  
         William C. Brittan    on behalf of Creditor Keith Anderson bbrittan@ckbrlaw.com, adavis@ckbrlaw.com

                                                                                                                               TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

TERRY LEE EVANSON
LYNETTE PEARCE EVANSON

    Debtors.

Case No. 13-19032 MER

Chapter 11

## ORDER

THIS MATTER comes before the Court on the Debtors' Motion Pursuant to Bankruptcy Code § 505 filed on December 8, 2016 (the "Motion"). The Court, having reviewed the Motion, finds it was not properly served on a party directly affected by the Motion, namely, the Internal Revenue Service. The Court further finds it is appropriate to allow the Internal Revenue Service to respond to the allegations in the Motion. Accordingly,

IT IS HEREBY ORDERED that the Debtors shall properly serve the Motion on the Internal Revenue Service and shall file a certificate of service on or before **January 26, 2016.** The Internal Revenue Service shall then file a response to the Motion with the Court no later than **February 16, 2016**. After receipt of the above pleadings, the Motion will be set for hearing, if necessary.

DATED January 19, 2016

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court