UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

**THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE**

Debtors-in-Possession, Terry Lee Evanson and Lynette Pearce Evanson ("Debtors"), through their counsel, Weinman & Associates, P.C., move the Court for an additional extension of time of seven (7) days for Debtors to object to the Motion to Dismiss or Convert Chapter 11 Case ("Motion to Dismiss") filed by the United States Trustee ("UST"). In support of their motion, Debtors state as follows:

1. Debtors filed their Chapter 11 bankruptcy petition on May 28, 2013.

2. On December 8, 2015, the UST filed its Motion to Dismiss. This Court granted Debtors through and including January 25, 2016 to object to the UST's Motion to Dismiss.

3. Debtors are still in the process of obtaining advice with respect to tax issues and need additional time to make a final decision.

4. Therefore, Debtors request that the Court grant them an extension of time of seven (7) days, through and including February 8, 2016, within which to file an objection to the Motion to Dismiss.

5. Undersigned counsel advises the Court that he has been in communication with Alan K. Motes, Esq., trial attorney for the United States Trustee for Region 19, and he has advised undersigned counsel that the United States Trustee does not object to granting an extension of time of seven (7) days, through and including February 8, 2016, for Debtors to file an objection to the Motion to Dismiss.

WHEREFORE, for reasons as set forth above, Debtors respectfully request that the Court enter an Order granting them an extension of time of seven (7) days, through and including February 8, 2016, for Debtors to file an objection to the UST's Motion to Dismiss.

DATED: February 1, 2016

                               Respectfully Submitted,

                               WEINMAN & ASSOCIATES, P.C.

                               By: /s/ Jeffrey A. Weinman
                                    Jeffrey A. Weinman, #7605
                                    730 17th Street, Suite 240
                                    Denver, CO 80202-3506
                                    Telephone: (303) 572-1010
                                    Facsimile: (303) 572-1011
                                    jweinman@weinmanpc.com

**CERTIFICATE OF MAILING**

I hereby certify that I have mailed on this 1st day of February, 2016, a true and correct copy of the foregoing **THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE** by placing the same in the United States mail, postage prepaid, addressed to:

Alan K. Motes, Esq.
U.S. Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294

Terry Lee Evanson
Lynette Pearce Evanson
10175 S. Oneida St.
Littleton, CO 80124-9608

Clarissa M. Raney, Esq.
Holland & Hart, LLP
555 17th St., Ste. 3200
P.O. Box 8749
Denver, CO 80201-8749

William C. Brittan, Esq.
Campbell Killin Brittan & Ray, LLC
270 St. Paul St., Ste. 200
Denver, CO 80206

Kevin D. Allen, Esq.
Patrick D. Vellone, Esq.
Tatiana G. Popacondria, Esq.
Allen & Vellone, P.C.
1600 Stout St., Ste. 1100
Denver, CO 80202

Heather S. Cleary, Esq.
Ritsema & Lyon, P.C.
999 18th St., Ste. 3100
Denver, CO 80202

Douglas County Treasurer
Attn: Stephanie Cook
100 Third Street
Castle Rock, CO 80104

Alexis L. Davidson, Esq.
David A. Bauer, P.C.
2594 S. Lewis Way, Suite A
Lakewood, CO 80227

Douglas D. Koktavy, Esq.
Douglas D. Koktavy, P.C.
3515 S. Tamarac Dr., Ste. 200
Denver, CO 80237

Kevin A. Planegger, Esq.
Ted H. Merriam, Esq.
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202

/s/ Lisa R. Kraai

3