## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
## The Honorable Michael E. Romero

In re:

TERRY LEE EVANSON
LYNETTE PEARCE EVANSON

Debtor.

Case No. 13-19032 MER

Chapter 11

## ORDER

THIS MATTER comes before the Court on the Debtors' Motion Pursuant to Bankruptcy Code § 505 filed on December 8, 2015 (the "Motion"). The Court issued an order on January 19, 2016, requiring the Debtors to properly serve the Motion on the Internal Revenue Service. No evidence of such service was filed with the Court. Accordingly,

THE COURT DENIES the Motion.

DATED February 2, 2016

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court