UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

### ORDER GRANTING FURTHER EXTENSION OF TIME TO OBJECT TO MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE

THIS MATTER, having come before the Court on the Third Unopposed Motion of Debtors for an Extension of Time to object to the Motion to Dismiss or Convert Chapter 11 Case filed by the United States Trustee; the Court having reviewed Debtors' motion and its file with respect to this matter; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting Debtors' motion.

THEREFORE, THE COURT ORDERS:

1. Debtors' Third Unopposed Motion for Extension of Time to object to the Motion to Dismiss or Convert Chapter 11 Case filed by the United States Trustee, is granted.

2. Debtors are hereby granted an extension of time of seven (7) days, through and including February 8, 2016, to file an objection to the Motion to Dismiss or Convert Chapter 11 Case.

DATED:  February 2, 2016

BY THE COURT:

_____
U.S. Bankruptcy Judge