United States Bankruptcy Court
District of Colorado

In re:                                                    Case No. 13-19032-MER
Terry Lee Evanson                                         Chapter 11
Lynette Pearce Evanson
          Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: gonzalesc          Page 1 of 1          Date Rcvd: Feb 02, 2016
                             Form ID: pdf904           Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2016.
db/db          Terry Lee Evanson,  Lynette Pearce Evanson,  10175 S Oneida St,  Littleton, CO  80124-9608
aty           +Kevin A. Planegger,  Merriam Law Firm, P.C.,  1625 Broadway,  Denver, CO 80202-4725
aty           +Ted H. Merriam,  1625 Broadway,  Suite 770,  Denver, CO 80202-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2016 at the address(es) listed below:
          Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
          Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@dabauerpc.com,
           bosullivan@dabauerpc.com
          Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@dabauerpc.com,
           bosullivan@dabauerpc.com
          Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
           CMCollier@hollandhart.com,  tk_lesiak@hollandhart.com
          Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
           Doug@coloradocreditorlaw.com,  Rhonda@ColoradoCreditorLaw.com
          Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
           kristine.fernatt@ritsema-lyon.com
          Jeffrey  Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
           lkraai@weinmanpc.com
          Jeffrey  Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
           lkraai@weinmanpc.com
          Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
           sharon@kjblawoffice.com
          Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
           mmorton@allen-vellone.com
          US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
          William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
           adavis@ckbrlaw.com
                                                                         TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

**ORDER GRANTING FURTHER EXTENSION OF TIME TO OBJECT TO
MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE**

THIS MATTER, having come before the Court on the Third Unopposed Motion of Debtors for an Extension of Time to object to the Motion to Dismiss or Convert Chapter 11 Case filed by the United States Trustee; the Court having reviewed Debtors' motion and its file with respect to this matter; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting Debtors' motion.

THEREFORE, THE COURT ORDERS:

1.  Debtors' Third Unopposed Motion for Extension of Time to object to the Motion to Dismiss or Convert Chapter 11 Case filed by the United States Trustee, is granted.

2.  Debtors are hereby granted an extension of time of seven (7) days, through and including February 8, 2016, to file an objection to the Motion to Dismiss or Convert Chapter 11 Case.

DATED:   February 2, 2016

BY THE COURT:

_____
U.S. Bankruptcy Judge