UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
Terry Lee Evanson ) Case No. 13-19032 MER
SSN / ITIN: xxx-xx-9483 ) Chapter 11
Lynette Pearce Evanson )
SSN / ITIN: xxx-xx-5531 )
)
Debtors. )

MOVANT'S CERTIFICATE OF CONTESTED
MATTER AND REQUEST FOR HEARING
(UNITED STATES TRUSTEE'S MOTION TO DISMISS
OR CONVERT CHAPTER 11 CASE)

On December 8, 2015, the United States Trustee, Movant, filed a motion pursuant to L.B.R. 2002-1 entitled United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (Docket No. 940). Movant hereby represents and shows to the Court that:

1. Movant certifies that service of the motion, notice and proposed order was timely made on all parties against whom relief is sought pursuant to the Fed. R. Bankr. P. and these L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion on December 8, 2015.

2. Movant certifies that mailing or other service was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1, as is shown on the certificate of service L.B.Form 9013-1.2, previously filed with the notice on August 2, 2012, and the Court's Notice and BNC Certificate of Mailing filed on December 10, 2015.

3. An objection was filed by the Debtors (Docket No. 177).

4. The docket numbers for each of the following relevant documents are:

   a. the motion, and all documents attached thereto and served therewith, (Docket No. 158);
   b. the notice, (Docket No. 159);
   c. the certificate of service of the motion and notice, (Docket Nos. 158, 159, and 161);
   d. the proposed order, (Docket No. 158).

5. The Movant certifies that a good faith effort has been made to resolve the matter through emails and telephone calls without the necessity of a hearing.

      6.      Resolution of this contested matter will require an evidentiary hearing. Movant estimates that the hearing will proceed as follows:

      a) summary of factual issues: Whether cause exists to dismiss this case or convert it to chapter 7 and whether the case should be converted to chapter 7 rather than dismissed, including whether there may be assets for a trustee to investigate and potentially administer for the benefit of creditors

      b) estimated time required for hearing: Three hours

      c) number of witnesses anticipated: Three, a bankruptcy analyst and the Debtors

      d) expert testimony will not be required

      e) discovery will be necessary: approximately 90 days will be needed for written discovery and to schedule and conduct depositions.

    WHEREFORE, the United States Trustee prays that the Court forthwith set this matter for hearing pursuant to L.B.R. 9013-1.

Dated: February 11, 2016                               Respectfully submitted,

                                                            PATRICK S. LAYNG
                                                            UNITED STATES TRUSTEE

                                                            /s/ Alan K. Motes
                                                           By: Alan K. Motes, #33997
                                                           Trial Attorney for the U.S. Trustee
                                                           1961 Stout Street, Suite 12-200
                                                           Denver, Colorado 80294
                                                           (303) 312-7999 telephone
                                                           (303) 312-7259 facsimile
                                                           Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

       The undersigned certifies that on February 11, 2016, I served by prepaid first class mail, a copy a copy of the **MOVANT'S CERTIFICATE OF CONTESTED MATTER AND REQUEST FOR HEARING** (**UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE**) on the following:

Terry Lee Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

Ted H. Merriam
Kevin A. Planegger
1625 Broadway
Suite 770
Denver, CO 80202

                                                     /s/ Alan K. Motes
                                                  Office of the United States Trustee