DEBTOR: *TERRY & LYNETTE EVANSON*   MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: *13 - 19032 MER .*

Form 2-A
COVER SHEET

For Period Ending   *1 - 31 - 2016.*

Accounting Method:   ☐ Accrual Basis   ☒ Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts <br> IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts <br> *WELLS FARGO + RED ROCKS* |

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: *2/16/16*

Print Name: *TERRY EVANSON*

Signature:

Title:

Rev. 12/10/2009

DEBTOR: _TERRY & LYNETTE EVANSON_   CASE NO: _13- 19032 MER_

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _1/1/16_ to _1/31/16_.

CASH RECEIPTS DETAIL          Account No: _3576_
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount $ |
|------|-------|-------------|----------|
| | Soc. Security | | 795.00 |
| | Returns. | | 173.59 |
| | Business operations | | 3485.04 |
| | | | 4453.63 |

Total Cash Receipts          $ _4453.63_ (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

DEBTOR: _Terry & Lynette Evanson_          CASE NO: _13-19032 MER._

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _4/1/16_ to _4/31/16_

CASH DISBURSEMENTS DETAIL          Account No: _3576._
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | $ Amount |
|------|-----------|-------|----------------------|----------|
| | | House Insurance | | 361 99 |
| | | Internet | | 91 06 |
| | | Life Ins. | | 49 44 |
| | | Donation's | | 500. 00 |
| | | Utilities | | 86 27 |
| | | Medical | | 169. 00 |
| | | Gas. | | 139. 98 |
| | | | | 1389 74 |
| | | | | 1255 89. |
| | | Business costs | | |

Total Cash Disbursements   $ _2645.63_ (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

DEBTOR: _TERRY + LYNETTE EVANSON_          CASE NO: ___13-19032 MER.___

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _1/1/16_ to _1/31/16._

| CASH FLOW SUMMARY | Current Month | | Accumulated | |
|---|---|---|---|---|
| 1. Beginning Cash Balance | $ 3874.80 | (1) | $ _____ | (1) |
| 2. Cash Receipts | | | | |
| Operations | 3485.04 | | | |
| Sale of Assets | | | | |
| Loans/advances | 795.00 | | | |
| Other | 173.59 | | | |
| Total Cash Receipts | $ 4453.63 | | $ _____ | |
| 3. Cash Disbursements | | | | |
| Operations | 1255.89 | | | |
| Debt Service/Secured loan payment | | | | |
| Professional fees/U.S. Trustee fees | 1389.24 | | | |
| Other | | | | |
| Total Cash Disbursements | $ 2645.63 | | $ _____ | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | _____ | | _____ | |
| 5. Ending Cash Balance (to Form 2-C) | $ 5682.80 | (2) | $ _____ | (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance | |
|---|---|---|---|
| Petty Cash | | $ | |
| DIP Operating Account | Wells Fargo 3596. | 5682.80 | |
| DIP State Tax Account | _____ | | |
| DIP Payroll Account | _____ | | |
| Other Operating Account | _____ | | |
| Other Interest-bearing Account | _____ | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 5682.80 | (2) |

(1)  Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2)  All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: _Terry + Lynette Evanson_                CASE NO: _13-19032 MER._

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: _1/31/16_

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| | | |
| TOTAL ASSETS | $ | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| TOTAL LIABILITIES | $ | $ |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

DEBTOR: _TERRY & LYNETTE EVANSON_                     CASE NO: _13-19032-MER._

### Form 2-D
### PROFIT AND LOSS STATEMENT
For Period _1/1/16_ to _1/31/16._

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 34 85 04 | $ |
| Less: Discounts, Returns and Allowances | ( — ) | ( ) |
| **Net Operating Revenue** | $ 3485 04 | $ |
| Cost of Goods Sold | | |
| **Gross Profit** | $ 3485 04 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | 1255 89. | |
| _____ | | |
| Total Operating Expenses | $ 1255 89. | $ |
| **Operating Income (Loss)** | $ 2229 05 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 2229 15 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 2229.15 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: _Terry + Lynette Evanson_          CASE NO: _13-19032 MER._

Form 2-E
SUPPORTING SCHEDULES
For Period: _1/1/16_ to _1/31/16_

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ | $ | $ | | $ | |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Other: _____ | | | | | | |
| TOTALS | $ _____ | $ _____ | $ _____ | | $ _____ | |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | House  safeco | $ same | 2/17 | $ 2/17 |
| Vehicle | autos  Farmers | $ same | 4/16 | $ 4/16 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: _Terry & Lynette Evanson_     CASE NO: _13-19032 mER._

### Form 2-E
### SUPPORTING SCHEDULES
For Period: _____ to _____

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
|  | $ | $ |
| Under 30 days |  |  |
| 30 to 60 days |  |  |
| 61 to 90 days |  |  |
| 91 to 120 days |  |  |
| Over 120 days |  |  |
| Total Post Petition | _____ | |
| Pre Petition Amounts | _____ | |
| Total Accounts Receivable | $_____ | |
| Less: Bad Debt Reserve | $_____ | |
| Net Accounts Receivable (to Form 2-C) | | |

Total Post Petition
Accounts Payable  $_____

\* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: _____ | $_____ | $_____ | $_____ | | $_____ |
| Total | $_____ | $_____ | $_____ | | |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

DEBTOR: TERRY + LYNETTE EVANSON          CASE NO: 13-19032-MER.

### Form 2-F
### QUARTERLY FEE SUMMARY *
For the Month Ended: 1/31/16

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 26.46 $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................. | $325 | $1,000,000 to $1,999,999.............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999.............. | $9,750 |
| $75,000 to $149,999....... | $975 | $3,000,000 to $4,999,999.............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

*  This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

**  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1

Rev. 12/10/2009

DEBTOR: _Terry + Lynette Evanson_          CASE NO: _13-19032 mer._

Form 2-G
NARRATIVE
For Period Ending _1/31/16_

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.



**Wells Fargo Online®**

## Account Activity

**WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576**

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $5,336.91 |
| Pending Withdrawals/ Debits | -$845.58 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$4,491.33** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range **01/01/16** to **01/31/16**

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 01/29/16 | LDS CHURCH DONATION 160129 6352488 EVANSON TERRY LEE | | $500.00 | $5,682.80 |
| 01/29/16 | eDeposit in Branch/Store 01/29/16 02:09:41 PM 9233 E LINCOLN AVE LONE TREE CO 4079 | $1,091.14 | | |
| 01/29/16 | PURCHASE RETURN AUTHORIZED ON 01/26 BRITISH A 125821 LONDON GB S616029549194047 CARD 4079 | $40.00 | | |
| 01/29/16 | PURCHASE RETURN AUTHORIZED ON 01/26 BRITISH A 125821 LONDON GB S616029549194057 CARD 4079 | $20.00 | | |
| 01/28/16 | PURCHASE AUTHORIZED ON 01/25 BRITISH A 125821 LONDON GB S086026045496377 CARD 4079 | | $20.00 | $5,031.66 |
| 01/28/16 | PURCHASE AUTHORIZED ON 01/25 BRITISH A 125821 LONDON GB S006026014060966 CARD 4079 | | $40.00 | |
| 01/26/16 | PURCHASE RETURN AUTHORIZED ON 01/26 STEIN MART 104 8181 So Englewood CO P00586026856116424 CARD 4079 | $18.13 | | $5,091.66 |
| 01/26/16 | PURCHASE AUTHORIZED ON 01/25 UNITED PACIFIC 074 HIGHLNDS RNCH CO S466025398980840 CARD 4079 | | $6.00 | |
| 01/25/16 | PURCHASE AUTHORIZED ON 01/25 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000843515145 CARD 4079 | | $13.76 | $5,079.53 |
| 01/25/16 | PURCHASE AUTHORIZED ON 01/23 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000536978963 CARD 4079 | | $50.95 | |
| 01/25/16 | PURCHASE AUTHORIZED ON 01/23 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000440439860 CARD 4079 | | $53.45 | |
| 01/25/16 | PURCHASE AUTHORIZED ON 01/23 SPROUTS FARMERS MA LONE TREE CO S466023847075715 CARD 4079 | | $13.58 | |
| 01/25/16 | PURCHASE AUTHORIZED ON 01/22 TEXACO 00305108 OREM UT S00466023178218257 CARD 4079 | | $27.65 | |
| 01/25/16 | PURCHASE AUTHORIZED ON 01/22 KNEADERS PROVO UT S586023044134487 CARD 4079 | | $14.63 | |
| 01/25/16 | PURCHASE AUTHORIZED ON 01/22 SLC PARKING STATIO SALT LAKE CIT UT S306022751222825 CARD 4079 | | $2.00 | |
| 01/25/16 | PURCHASE AUTHORIZED ON 01/21 LOCO 17 GAS FRUITA CO S466022003300828 CARD 4079 | | $19.67 | |
| 01/22/16 | INTEREST PAYMENT | $0.05 | | $5,275.22 |
| 01/22/16 | PURCHASE AUTHORIZED ON 01/21 STARVIN ARVINS FRU FRUITA CO S466022023813417 CARD 4079 | | $14.95 | |
| 01/22/16 | PURCHASE AUTHORIZED ON 01/21 SAMSCLUB #6634 LITTLETON SE CO S306021736365642 CARD 4079 | | $10.32 | |
| 01/22/16 | PURCHASE AUTHORIZED ON 01/20 KNEADERS OF CASTLE CASTLE ROCK CO S306020695308754 CARD 4079 | | $11.69 | |
| 01/21/16 | WASTE CONNECTION WEB_PAY JAN 16 18373029012016 TERRY EVANSON | | $86.27 | $5,312.13 |

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 01/21/16 | PURCHASE AUTHORIZED ON 01/20 VTF*STATE INSUR LI 517-381-3860 MI S466019754869998 CARD 4079 | | $125.10 | |
| 01/21/16 | PURCHASE AUTHORIZED ON 01/20 ADVANCED EYE CARE CENTENNIAL CO S306020657715997 CARD 4079 | | $169.00 | |
| 01/21/16 | PURCHASE AUTHORIZED ON 01/20 SAMSCLUB #6634 LITTLETON SE CO S466020553920903 CARD 4079 | | $26.57 | |
| 01/21/16 | PURCHASE AUTHORIZED ON 01/19 SPROUTS FARMERS MA LONE TREE CO S306019711325506 CARD 7458 | | $9.44 | |
| 01/20/16 | PURCHASE AUTHORIZED ON 01/19 SAMSCLUB #6634 LITTLETON SE CO S585019719987167 CARD 4079 | | $6.53 | $5,728.51 |
| 01/20/16 | SSA TREAS 310 XXSOC SEC 012016 XXXXX9483B SSA LYNETTE P EVANSON | $795.00 | | |
| 01/19/16 | PURCHASE RETURN AUTHORIZED ON 01/19 Sam's Club LITTLETON SE CO P00000000454026400 CARD 7458 | $31.64 | | $4,940.04 |
| 01/19/16 | PURCHASE AUTHORIZED ON 01/19 Sam's Club LITTLETON SE CO P00000000556827312 CARD 7458 | | $48.92 | |
| 01/19/16 | PURCHASE AUTHORIZED ON 01/19 SAMS CLUB Sam's Club LITTLETON SE CO P00000000130366652 CARD 7458 | | $34.06 | |
| 01/19/16 | PURCHASE AUTHORIZED ON 01/18 5015 SOUTH KIPLING LITTLETON CO P00306018813395929 CARD 4079 | | $7.02 | |
| 01/19/16 | PURCHASE AUTHORIZED ON 01/18 SAFEWAY STORE 1548 LITTLETON CO P00306018622608261 CARD 4079 | | $15.99 | |
| 01/19/16 | PURCHASE AUTHORIZED ON 01/17 OUTBACK 0621 GRAND JUNCTIO CO S466017043449748 CARD 4079 | | $23.43 | |
| 01/19/16 | PURCHASE AUTHORIZED ON 01/16 LOCO 17 GAS FRUITA CO S466017031414653 CARD 4079 | | $18.34 | |
| 01/19/16 | PURCHASE AUTHORIZED ON 01/16 SAMS CLUB #6685 PROVO UT S286016775729254 CARD 4079 | | $11.35 | |
| 01/19/16 | PURCHASE AUTHORIZED ON 01/16 SPROUTS FARMERS MKT#60 OREM UT P00456016619053262 CARD 4079 | | $15.94 | |
| 01/15/16 | PURCHASE AUTHORIZED ON 01/14 SAMS CLUB #4718 SOUTH JORDAN UT S086015050420706 CARD 4079 | | $24.53 | $5,083.45 |
| 01/14/16 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $91.06 | $5,107.98 |
| 01/14/16 | PURCHASE AUTHORIZED ON 01/13 SHELL Service Station HELPER UT P00586014119394026 CARD 4079 | | $9.06 | |
| 01/14/16 | PURCHASE AUTHORIZED ON 01/13 OUTBACK 0626 CASTLE ROCK CO S386013047721168 CARD 4079 | | $42.57 | |
| 01/14/16 | PURCHASE AUTHORIZED ON 01/13 SAMS CLUB #6634 LONE TREE CO S006013758790179 CARD 4079 | | $25.74 | |
| 01/14/16 | Shelf Reliance Home Party 2327 Lynette P Evanson | $47.85 | | |
| 01/13/16 | PURCHASE AUTHORIZED ON 01/13 PILOT #592 GRAND JUNSTIO CO P00386014037704329 CARD 4079 | | $16.39 | $5,228.56 |
| 01/13/16 | PURCHASE AUTHORIZED ON 01/13 USPS 0755839554 LITTLETON CO P00000000331335520 CARD 4079 | | $11.30 | |
| 01/12/16 | PURCHASE AUTHORIZED ON 01/12 SAMSCLUB #6634 LONE TREE CO P00000000233920339 CARD 7458 | | $20.79 | $5,256.25 |
| 01/11/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $5,277.04 |
| 01/11/16 | PURCHASE AUTHORIZED ON 01/09 EARL'S RESTUARANT LITTLETON CO S306009131123223 CARD 4079 | | $38.84 | |
| 01/11/16 | PURCHASE AUTHORIZED ON 01/09 TOKYO JOES HR 2 HIGHLANDS RAN CO S386009720353733 CARD 4079 | | $16.80 | |
| 01/11/16 | PURCHASE AUTHORIZED ON 01/09 Sam's Club LITTLETON SE CO P00000000542095871 CARD 4079 | | $17.82 | |
| 01/08/16 | PURCHASE AUTHORIZED ON 01/07 SAMS CLUB #6634 LONE TREE CO S006007847236193 CARD 4079 | | $19.84 | $5,399.94 |
| 01/08/16 | PURCHASE AUTHORIZED ON 01/07 STAR PARK NDC PARK DENVER CO S306007772318177 CARD 4079 | | $14.00 | |
| 01/08/16 | PURCHASE AUTHORIZED ON 01/06 John Hollys Bistro DENVER CO S086006742651478 CARD 4079 | | $5.68 | |
| 01/08/16 | PURCHASE AUTHORIZED ON 01/06 DESERET BOOK CO 60 LITTLETON CO S306006735800203 CARD 7458 | | $66.03 | |
| 01/08/16 | eDeposit in Branch/Store 01/08/16 01:32:32 PM 4165 E WILDCAT RESERVE PKWY HIGHLANDS RANCH CO 4079 | $2,346.00 | | |
| 01/07/16 | | $63.82 | | $3,159.49 |

Wells Fargo Account Activity

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE RETURN AUTHORIZED ON 01/07 SAMS CLUB SAM'S Club LITTLETON SE CO P0000000836757339 CARD 7458 | | | |
| 01/07/16 | PURCHASE AUTHORIZED ON 01/07 SAMS CLUB SAM'S Club LITTLETON SE CO P0000000244182562 CARD 7458 | | $115.50 | |
| 01/07/16 | PURCHASE AUTHORIZED ON 01/07 SHELL Service Station DENVER CO P00466007720847016 CARD 4079 | | $3.37 | |
| 01/06/16 | PURCHASE AUTHORIZED ON 01/06 WALGREENS 4175 E WILDC HIGHLANDS RAN CO P00306006842270782 CARD 7458 | | $23.25 | $3,214.54 |
| 01/06/16 | PURCHASE AUTHORIZED ON 01/06 ROSS STORES #1209 LITTLETON CO P0000000450558925 CARD 7458 | | $24.64 | |
| 01/06/16 | PURCHASE AUTHORIZED ON 01/05 WALGREENS 4175 E WILDC HIGHLANDS RAN CO P00586006090889008 CARD 7458 | | $13.07 | |
| 01/06/16 | PURCHASE AUTHORIZED ON 01/05 SAMSCLUB #6634 LITTLETON SE CO S386005840791684 CARD 7458 | | $20.70 | |
| 01/06/16 | PURCHASE AUTHORIZED ON 01/05 SAMS CLUB #6634 LONE TREE CO S086005782499733 CARD 4079 | | $16.05 | |
| 01/05/16 | SAFECO INSURANCE INS PREM 011016 71077376730 TERRY EVANSON | | $361.99 | $3,312.25 |
| 01/05/16 | PURCHASE AUTHORIZED ON 01/04 5015 SOUTH KIPLING LITTLETON CO P00586005162169742 CARD 4079 | | $13.13 | |
| 01/04/16 | PURCHASE AUTHORIZED ON 01/01 SAFEWAY STORE 1877 CASTLE ROCK CO P00306002055222379 CARD 4079 | | $9.33 | $3,687.37 |
| 01/04/16 | PURCHASE AUTHORIZED ON 01/01 SAFEWAY STORE 1548 LITTLETON CO P00466001581463699 CARD 4079 | | $22.01 | |
| 01/04/16 | PURCHASE AUTHORIZED ON 12/31 SAFEWAY STORE 1548 LITTLETON CO P00586001095475907 CARD 4079 | | $8.97 | |
| 01/04/16 | PURCHASE AUTHORIZED ON 12/31 SPROUTS FARMERS MKT#30 LONE TREE CO P00586001084793611 CARD 4079 | | $20.53 | |
| 01/04/16 | PURCHASE AUTHORIZED ON 12/29 TLF ASSOC WHOLESAL 303-4551234 CO S385363658258541 CARD 7458 | | $126.59 | |
| Totals | | $4,453.63 | $2,645.63 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Equal Housing Lender

© 1995 – 2016 Wells Fargo. All rights reserved.