UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

## MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE

Debtors-in-Possession, Terry Lee Evanson and Lynette Pearce Evanson ("Debtors"), through their counsel, Weinman & Associates, P.C., move this Court for an Order dismissing their Chapter 11 bankruptcy case. In support thereof, Debtors state as follows:

1. Debtors filed their Chapter 11 bankruptcy case on May 28, 2013.

2. Since the date of the filing of their bankruptcy petition, Debtors have remained in possession of their assets and have operated their business and managed their financial affairs as Debtors-in-Possession pursuant to 11 U.S.C. §§1107 and 1108.

3. The reason for the case filing was state court litigation commenced by Command Center with respect to its claims against the Debtors and their defense thereof, as well as to seek a forum for more expeditiously resolving issues with the IRS.

4. Since the filing of the Chapter 11 case, Debtors have resolved the Command Center litigation. Moreover, through employment of and the advice of special counsel, the tax issues facing Debtor have been crystalized.

5. In essence, these events obviate the need for continuing with the case in the bankruptcy forum.

6. In sum, the Debtors wish to dismiss their Chapter 11 case since the reason for filing it no longer exists, and further, they believe that they can address any remaining obligations in the ordinary course of business and without the need for bankruptcy court protection.

7. Indeed, the U.S. Trustee has alleged, mistakenly, that there may be equity in Debtors' home and therefore the case should be converted. It is understandable why the U.S. Trustee may believe this, however, the conclusion is incorrect and the

      Debtors will demonstrate to the Court that there are virtually no non-exempt assets in the estate.

8.   Accordingly, under the circumstances, Debtors seek dismissal of the case and assert that dismissal of the case is the best alternative and, in light of the foregoing, in the best interests of the estate, creditors and the Debtors.

WHEREFORE, for reasons as set forth above, Debtors respectfully request that the Court enter an Order dismissing the within Chapter 11 bankruptcy case.

DATED: February 25, 2016

                Respectfully Submitted,

                WEINMAN & ASSOCIATES, P.C.


                By: /s/ Jeffrey A. Weinman
                    Jeffrey A. Weinman, #7605
                    730 17th Street, Suite 240
                    Denver, CO 80202-3506
                    Telephone: (303) 572-1010
                    Facsimile: (303) 572-1011
                    jweinman@weinmanpc.com

## CERTIFICATE OF MAILING

I hereby certify that I have mailed on this 25th day of February, 2016, a true and correct copy of the foregoing **MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE** by placing the same in the United States mail, postage prepaid, addressed to:

Alan K. Motes, Esq.
U.S. Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294

Terry Lee Evanson
Lynette Pearce Evanson
10175 S. Oneida St.
Littleton, CO 80124-9608

Clarissa M. Raney, Esq.
Holland & Hart, LLP
555 17th St., Ste. 3200
P.O. Box 8749
Denver, CO 80201-8749

William C. Brittan, Esq.
Campbell Killin Brittan & Ray, LLC
270 St. Paul St., Ste. 200
Denver, CO 80206

Kevin D. Allen, Esq.
Patrick D. Vellone, Esq.
Tatiana G. Popacondria, Esq.
Allen & Vellone, P.C.
1600 Stout St., Ste. 1100
Denver, CO 80202

Heather S. Cleary, Esq.
Ritsema & Lyon, P.C.
999 18th St., Ste. 3100
Denver, CO 80202

Douglas County Treasurer
Attn: Stephanie Cook
100 Third Street
Castle Rock, CO 80104

Alexis L. Davidson, Esq.
David A. Bauer, P.C.
2594 S. Lewis Way, Suite A
Lakewood, CO 80227

Douglas D. Koktavy, Esq.
Douglas D. Koktavy, P.C.
3515 S. Tamarac Dr., Ste. 200
Denver, CO 80237

Kevin A. Planegger, Esq.
Ted H. Merriam, Esq.
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202

　/s/ Lisa R. Kraai