UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

**ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE**

THIS MATTER, having come before the Court on the Motion of the Debtors to Dismiss their Chapter 11 Bankruptcy Case; the Court having reviewed the Debtors' Motion and its file with respect to this matter; notice of the Debtors' Motion having been given pursuant to Rule 9013 L.R.B.P.; and no party in interest having objected thereto or, the Court having received an objection and having convened a hearing in this matter and having made findings of facts and conclusions of law; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting the Debtors' Motion.

THEREFORE, THE COURT ORDERS:

1. The Debtors' Motion to Dismiss their Chapter 11 Bankruptcy Case is granted.

2. The within Chapter 11 bankruptcy case of Debtors, Terry Lee Evanson and Lynette Pearce Evanson, is hereby dismissed.

DATED: _____

BY THE COURT:

_____
U.S. Bankruptcy Judge