UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| TERRY LEE EVANSON | ) Case No. 13-19032 MER |
| SS# XXX-XX-9483 | ) Chapter 11 |
| LYNETTE PEARCE EVANSON | ) |
| SS# XXX-XX-5531 | ) |
| | ) |
| Debtors. | ) |

**NOTICE PURSUANT TO RULE 9013 L.R.B.P. OF THE
MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE**

**OBJECTION DEADLINE: MARCH 17, 2016**

**YOU ARE HEREBY NOTIFIED** that Debtors-in-Possession, Terry Lee Evanson and Lynette Pearce Evanson, have filed a **MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE** with the Bankruptcy Court and request the following relief: the Debtors have resolved their Command Center litigation. Moreover, through employment of and the advice of special counsel, the tax issues facing Debtors have been crystalized. These events obviate the need for continuing with the case in the bankruptcy forum. The Debtors wish to dismiss their Chapter 11 case since the reason for filing it no longer exists, and further, they believe that they can address any remaining obligations in the ordinary course of business and without the need for bankruptcy court protection.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: February 25, 2016    Respectfully submitted

    WEINMAN & ASSOCIATES, P.C.

    By: /s/ Jeffrey A. Weinman
        Jeffrey A. Weinman, #7605
        730 17th Street, #240
        Denver, CO 80202-3506
        Telephone: (303) 572-1010
        Facsimile: (303) 572-1011
        jweinman@weinmanpc.com

**2002-1 CERTIFICATE OF SERVICE OF NOTICE**

      The undersigned certifies that on February 25, 2016, I served by prepaid first class mail a copy of the **NOTICE PURSUANT TO RULE 9013 L.R.B.P. OF THE MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE** in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on February 25, 2016.

                                                        /s/ Lisa R. Kraai