UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Terry Lee Evanson | ) | Case No. 13-19032 MER |
| SSN / ITIN: xxx-xx-9483 | ) | Chapter 11 |
| Lynette Pearce Evanson | ) | |
| SSN / ITIN: xxx-xx-5531 | ) | |
| | ) | |
| Debtors. | ) | |

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS'
MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE**

The United States Trustee ("UST"), by and through his counsel, objects to the Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and states and alleges as follows:

1. On December 8, 2015, the UST filed his Motion to Dismiss or Convert Chapter 11 Case, which the UST incorporates herein by reference. In that Motion, the UST asserted that cause for dismissal or conversion of this case exists under 11 U.S.C. § 1112(b). The UST also explained that he believes that conversion of this case to chapter 7, rather than dismissal, would be in the best interests of creditors and the estate under § 1112(b).

2. Upon conversion, a chapter 7 trustee could investigate the Debtors' assets and transactions and determine whether any assets may be administered for the benefit of creditors. Among other things, there might be equity in the Debtors' residence that could potentially be administered by a chapter 7 trustee. The Debtors' representations concerning their alleged mortgage debt have been inconsistent and, based on the UST's understanding, all or part of the alleged mortgage obligation might be unenforceable. The Debtors deny that there is any equity in their residence.

3. On February 8, 2016, the Debtors filed their objection to the UST's motion to dismiss or convert.

4. On February 25, 2016, the Debtors filed their Motion to Dismiss Chapter 11 Bankruptcy Case.

5. The UST agrees that cause exists under § 1112(b), but the UST continues to assert that conversion to chapter 7, rather than dismissal, is in the best interests of creditors and the estate, as asserted in the UST's Motion to Dismiss or Convert.

6. On February 11, 2016, the UST filed a Certificate of Contested Matter with respect to his Motion to Dismiss or Convert and the Debtors' Objection thereto. A hearing has not yet been set on that matter. The UST requests that any hearing on the Debtors' Motion to Dismiss be scheduled together with the hearing on the UST's Motion to Dismiss or Convert as

the motions will ultimately involve the same issue: whether dismissal or conversion is in the best interests of creditors and the estate.

WHEREFORE, the UST objects to the Debtors' Motion to Dismiss as the UST believes that conversion of this case to chapter 7 is in the best interests of creditors and the estate. The UST requests such other and further relief as the Court deems appropriate.

Dated: March 17, 2016

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 17, 2016, I served by prepaid first class mail, a copy of the **UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE** on the following:

Terry Lee Evanson
Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

/s/ Alan K. Motes
Office of the United States Trustee