DEBTOR: TERRY + LYNETTE EVANSON  
CASE NUMBER: 13-19032 MER

MONTHLY OPERATING REPORT  
CHAPTER 11

Form 2-A  
COVER SHEET

For Period Ending 2/29/16

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

WELLS FARGO + RED ROCKS

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 3/16/16  
Print Name: TERRY EVANSON  
Signature: _____  
Title: _____

Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE GUANSON    CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 2/1/16 to 2/29/16

**CASH RECEIPTS DETAIL**    Account No: 3576.
(attach additional sheets as necessary)

| Date | Payer | Description | Amount $ |
|---|---|---|---|
| | Soc. Security | | 795.00 |
| | Business | | 1513.15 |
| | Return Credit (Personal) | | 139.90 |

Total Cash Receipts    $ 2448.05 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 2/1/16 to 2/29/16

CASH DISBURSEMENTS DETAIL    Account No: 3576
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | Health Ins. | | 161.92 |
| | | House Ins. | | 342.75 |
| | | Medical bills | | 350.00 |
| | | Donation | | 500.00 |
| | | Life Insurance | | 156.63 |
| | | Dish | | 119.67 |
| | | Personal | | 458.19 |
| | | U.S. TRUSTEE | | 325.00 |
| | | | | 2414.06 |
| | | Operations | | 1725.63 |

Total Cash Disbursements    $ 4139.69 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 2/29/16

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) _____ | | |
| _____ | | |
| Total Current Assets | $ _____ | $ _____ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( _____ ) | ( _____ ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ _____ | $ _____ |
| Other Assets (List): _____ | | |
| _____ | | |
| **TOTAL ASSETS** | $ 0 | $ _____ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): _____ | | |
| _____ | | |
| Total Post Petition Liabilities | $ _____ | $ _____ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ _____ | $ _____ |
| **TOTAL LIABILITIES** | $ 0 | $ _____ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ _____ | $ _____ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ _____ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE GUANSON     CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 2/1/16 to 2/29/16.

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 5682.80 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 1513.15 | |
| Sale of Assets | | |
| Loans/advances  S. SEC. | 795.00 | |
| Other  CR. REFUND | 139.90 | |
| Total Cash Receipts | $ 8130.85 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 1725.63 | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | 2414.06. | |
| Other | | |
| Total Cash Disbursements | $ 4139.69. | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | |
| 5. Ending Cash Balance (to Form 2-C) | $ 3991.16 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 3991.16 |
| DIP Operating Account | WELLS FARGO. 3576 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 3991.16 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson

CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 2/1/16 to 2/29/16.

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 1513.15 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| **Net Operating Revenue** | $ 1513.15 | $ |
| Cost of Goods Sold | 0 | |
| **Gross Profit** | $ 1513.15 | $ |
| Operating Expenses | $ 1725.63 | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): _____ | | |
| **Total Operating Expenses** | $ 1725.63 | $ |
| **Operating Income (Loss)** | $ (212.48) | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| **Net Non-Operating Income or (Expenses)** | $ 0 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| **Total Reorganization Expenses** | $ 0 | $ |
| **Net Income (Loss) Before Income Taxes** | $ (212.48) | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ (212.48) | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 2/01/16 to 2/29/16

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ | $ | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | Safeco House | same | 2/17 | 3/16 |
| Vehicle | Farmers Ins. | same | 4/16 | 4/16 |
| Other (list): |  | $ | $ |  |
|  |  | $ | $ |  |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 2/1/16 to 2/29/16

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Due | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| Total Post Petition Accounts Payable | | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | 0 |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 2/29/16

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2646. | | | | |
| February | 4140. | | | | |
| March | | | | | |
| TOTAL 1st Quarter | | $ | $ | | |
| April | | $ | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | | $ | $ | | |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | | $ | $ | | |
| October | | $ | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | | $ | $ | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 2/29/16

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $3,733.44 |
| Pending Withdrawals/ Debits | -$162.99 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $3,570.45 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 02/01/16 to 02/29/16

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions   Note: Debit card transaction amounts may change ||||
| No pending transactions meet your criteria above. ||||
| Posted Transactions ||||
| 02/29/16 | HUMANA, INC. INS PYMT 160226 235174141002235 174162 | | $161.92 | $3,991.16 |
| 02/29/16 | PURCHASE AUTHORIZED ON 02/27 KING SOOPERS 5050 SOUT ENGLEWOOD CO P00386059020211656 CARD 4079 | | $7.53 | |
| 02/29/16 | PURCHASE AUTHORIZED ON 02/27 SAMSCLUB #6634 LONE TREE CO P00000000055735503 CARD 4079 | | $54.71 | |
| 02/26/16 | PURCHASE AUTHORIZED ON 02/25 SAMS CLUB #6634 LONE TREE CO S006056483630413 CARD 4079 | | $43.13 | $4,215.32 |
| 02/25/16 | PURCHASE AUTHORIZED ON 02/25 SPROUTS FARMERS MKT#30 LONE TREE CO P00466056699951745 CARD 7458 | | $16.22 | $4,258.45 |
| 02/25/16 | PURCHASE AUTHORIZED ON 02/25 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000441209445 CARD 7458 | | $179.62 | |
| 02/25/16 | PURCHASE AUTHORIZED ON 02/25 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000143803392 CARD 7458 | | $16.03 | |
| 02/24/16 | PURCHASE AUTHORIZED ON 02/24 SAMSCLUB #6634 LONE TREE CO P00000000937581030 CARD 4079 | | $150.00 | $4,470.32 |
| 02/24/16 | PURCHASE AUTHORIZED ON 02/24 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000156084993 CARD 4079 | | $250.00 | |
| 02/24/16 | PURCHASE AUTHORIZED ON 02/24 THE HOME DEPOT 1508 LITTLETON CO P00306055836074621 CARD 4079 | | $21.01 | |
| 02/24/16 | PURCHASE AUTHORIZED ON 02/23 UROLOGY ASSOCIATES LONE TREE CO S466054733323627 CARD 4079 | | $50.00 | |
| 02/23/16 | eDeposit in Branch/Store 02/23/16 02:35:16 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $450.00 | | $4,941.33 |
| 02/22/16 | LDS CHURCH DONATION 160220 6878553 EVANSON TERRY LEE | | $500.00 | $4,491.33 |
| 02/22/16 | CREDIT FIRST NA CFNA PYMT 160219 XXXXX4373 TERRY EVANSON | | $200.00 | |
| 02/22/16 | PURCHASE AUTHORIZED ON 02/22 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00386053744662711 CARD 7458 | | $49.87 | |
| 02/22/16 | PURCHASE AUTHORIZED ON 02/22 Wal-Mart Super Center HIGHLANDS RAN CO P00000000952731640 CARD 7458 | | $16.86 | |
| 02/22/16 | PURCHASE AUTHORIZED ON 02/22 SAM'S Club LITTLETON SE CO P00000000444567784 CARD 7458 | | $47.56 | |
| 02/22/16 | PURCHASE AUTHORIZED ON 02/20 KING SOOPERS 7296 LAGA CASTLE PINES CO P00586052171546986 CARD 4079 | | $31.29 | |
| 02/19/16 | INTEREST PAYMENT | $0.04 | | $5,336.91 |
| 02/19/16 | KOHL'S DEPT STRS CHG PYMT 160218 043000095076570 EVANSON TERRY | | $200.00 | |
| 02/18/16 | PURCHASE AUTHORIZED ON 02/16 BART G CHRISTIANSE CENTENNIAL CO S286047758960480 CARD 4079 | | $300.00 | $5,536.87 |
| 02/18/16 | PURCHASE AUTHORIZED ON 02/16 KNEADERS OF MERIDI ENGLEWOOD CO S586047688956219 CARD 4079 | | $14.67 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 02/17/16 | PURCHASE AUTHORIZED ON 02/15 KNEADERS OF MERIDI ENGLEWOOD CO S306046714004619 CARD 4079 | | $7.13 | $5,851.54 |
| 02/17/16 | SSA TREAS 310 XXSOC SEC 021716 XXXXX9483B SSA LYNETTE P EVANSON | $795.00 | | |
| 02/16/16 | PURCHASE AUTHORIZED ON 02/16 KING SOOPERS 7296 LAGA CASTLE PINES CO P00586048012217053 CARD 7458 | | $13.34 | $5,063.67 |
| 02/16/16 | PURCHASE AUTHORIZED ON 02/16 SPROUTS FARMERS MKT#31 HIGHLANDS RAN CO P00386047850642590 CARD 7458 | | $20.38 | |
| 02/16/16 | PURCHASE AUTHORIZED ON 02/15 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000241299848 CARD 4079 | | $21.45 | |
| 02/16/16 | PURCHASE AUTHORIZED ON 02/15 THE HOME DEPOT 1508 LITTLETON CO P00586047035437666 CARD 4079 | | $5.36 | |
| 02/16/16 | PURCHASE AUTHORIZED ON 02/14 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00586045818968067 CARD 4079 | | $26.63 | |
| 02/16/16 | PURCHASE AUTHORIZED ON 02/13 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000549394095 CARD 4079 | | $45.34 | |
| 02/16/16 | PURCHASE AUTHORIZED ON 02/14 JOHN HOLLY ASIAN B LONE TREE CO S586045150931530 CARD 4079 | | $35.44 | |
| 02/16/16 | PURCHASE AUTHORIZED ON 02/13 BLACK EYED PEA CASTLE ROCK CO S386044067542952 CARD 4079 | | $43.65 | |
| 02/16/16 | PURCHASE RETURN AUTHORIZED ON 02/11 WPY*Fit Prosperity Palo Alto CA S616044544787343 CARD 4079 | $139.90 | | |
| 02/12/16 | Shelf Reliance Home Party 2327 Lynette P Evanson | $58.19 | | $5,135.36 |
| 02/11/16 | PURCHASE AUTHORIZED ON 02/11 USPS 0755839554 LITTLETON CO P00000000239658305 CARD 4079 | | $3.45 | $5,077.17 |
| 02/11/16 | PURCHASE AUTHORIZED ON 02/10 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00386042109194509 CARD 4079 | | $17.09 | |
| 02/10/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $5,097.71 |
| 02/10/16 | PURCHASE AUTHORIZED ON 02/10 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000439059244 CARD 7458 | | $35.68 | |
| 02/08/16 | CHECK # 149 | | $325.00 | $5,182.83 |
| 02/08/16 | PURCHASE AUTHORIZED ON 02/08 DOLLARTREE 8575 S QUBE HIGHLANDS RAN CO P00000000337905967 CARD 7458 | | $38.75 | |
| 02/08/16 | PURCHASE AUTHORIZED ON 02/08 WALGREENS 6650 TIMBERL HIGHLANDS RAN CO P00466039797281643 CARD 7458 | | $30.63 | |
| 02/08/16 | PURCHASE AUTHORIZED ON 02/07 SAMS CLUB #6634 LONE TREE CO S166039031046317 CARD 4079 | | $18.86 | |
| 02/05/16 | SAFECO INSURANCE INS PREM 021016 71077376730 TERRY EVANSON | | $342.75 | $5,596.07 |
| 02/05/16 | PURCHASE AUTHORIZED ON 02/05 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00466036597663591 CARD 4079 | | $1.99 | |
| 02/05/16 | PURCHASE AUTHORIZED ON 02/05 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000459214001 CARD 4079 | | $26.57 | |
| 02/05/16 | PURCHASE AUTHORIZED ON 02/03 MAD GREENS - 0101 CENTENNIAL CO S306035007133699 CARD 7458 | | $8.01 | |
| 02/04/16 | PURCHASE AUTHORIZED ON 02/04 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000839784160 CARD 4079 | | $49.82 | $5,975.39 |
| 02/04/16 | PURCHASE AUTHORIZED ON 02/03 SAMSCLUB #6634 LITTLETON SE CO S386034858857432 CARD 7458 | | $29.86 | |
| 02/04/16 | PURCHASE AUTHORIZED ON 02/02 IKEA CENTENNIAL CENTENNIAL CO S386033850122981 CARD 4079 | | $44.95 | |
| 02/03/16 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 02/03 SPROUTS FARMERS MKT#30 LONE TREE CO P00306034713835902 CARD 7458 | | $87.46 | $6,100.02 |
| 02/03/16 | PURCHASE AUTHORIZED ON 02/03 WM SUPERC Wal-Mart Sup CASTLE ROCK CO P00000000051814910 CARD 7458 | | $67.23 | |
| 02/03/16 | eDeposit in Branch/Store 02/03/16 12:00:37 PM 9233 E LINCOLN AVE LONE TREE CO 7458 | $1,004.92 | | |
| 02/02/16 | DISH NETWORK DISH NTWRK 013016 9060370845 SPA EVANSON,TERRY | | $119.67 | $5,249.79 |
| 02/02/16 | PURCHASE AUTHORIZED ON 02/02 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00466034029872401 CARD 4079 | | $24.81 | |
| 02/02/16 | PURCHASE AUTHORIZED ON 02/02 SAM'S Club LITTLETON SE CO P0000000247554565 CARD 4079 | | $98.22 | |
| 02/02/16 | PURCHASE AUTHORIZED ON 02/01 SAMSCLUB #6634 LITTLETON SE CO S466032702870748 CARD 4079 | | $23.87 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 02/02/16 | PURCHASE AUTHORIZED ON 01/29 VIET PHO LONE TREE CO S286030025823765 CARD 4079 | | $23.31 | |
| 02/01/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $5,539.67 |
| 02/01/16 | PURCHASE AUTHORIZED ON 02/01 SAMSCLUB #6634 LONE TREE CO P00000000441177627 CARD 7458 | | $30.91 | |
| 02/01/16 | PURCHASE AUTHORIZED ON 01/31 LONE TREE 40 LITTLETON CO S386031563195772 CARD 4079 | | $5.03 | |
| Totals | | $2,448.05 | $4,139.69 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Equal Housing Lender

© 1995 – 2016 Wells Fargo. All rights reserved.