# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| April 11, 2016 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>TERRY LEE EVANSON<br>LYNETTE PEARCE EVANSON<br><br>Debtors | Case No. 13-19032 MER<br><br>Chapter 11 |

Appearances:

| Trustee | Unites States Trustee | Counsel | Alan K. Motes |
|---|---|---|---|
| Debtors | | Counsel | Jeffrey Weinman |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:

Hearing regarding United States Trustee's Motion to Dismiss or Convert Chapter 11 Case and Debtors' response; and Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and United States Trustee's response

Orders:

As set forth on the record, the parties requested a discovery schedule for this matter. The Court will issue a separate order scheduling the deadlines discussed on the record.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: _____
Deputy Clerk