# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
## The Honorable Michael E. Romero

In re:

TERRY LEE EVANSON
LYNETTE PEARCE EVANSON

  Debtors.

Case No. 13-19032 MER

Chapter 11

## ORDER REGARDING DISCOVERY SCHEDULE PURSUANT TO FED.R.BANKR.P. 7016 (FED.R.CIV.P. 16(b)) and NOTICE OF SCHEDULING CONFERENCE

PLEASE TAKE NOTICE that a telephonic scheduling conference on the United States Trustee's Motion to Dismiss or Convert Chapter 11 Case and Debtors' response; and on the Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and United States Trustee's response will be held on **Monday, August 22, 2016, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado. Parties wishing to participate by telephone may call 1-888-684-8852. The access code is 9288499.

IT IS ORDERED that the provisions of Fed.R.Civ.P. 26 shall apply to this proceeding, subject to the provisions of this Order.

IT IS FURTHER ORDERED that the parties adhere to the following deadlines:

1. **Expert Witnesses**. Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged on or before **July 11, 2016**. If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made on or before **August 11, 2016**.

2. **Discovery**. Factual Discovery must be completed by **July 11, 2016**. "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date. The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this adversary proceeding.

3. **Discovery Disputes**. All discovery disputes in this matter are subject to this division's "No Written Discovery Motions" procedure, which is set forth under Judges' Info on the Court's website at www.cob.uscourts.gov.

4. **Status Report**.  On or before **August 15, 2016**, the parties shall submit a written report to the Court stating:

    a. Whether they anticipate filing any motions in limine;
    b. Whether they anticipate challenging any experts;
    c. The estimated length of trial.

**FAILURE TO COMPLY WITH THE PROCEDURES AS SET FORTH IN THE LOCAL BANKRUPTCY RULES AND THIS ORDER MAY RESULT IN DENIAL OF THE RELIEF REQUESTED AND/OR SANCTIONS UPON THE PARTY AND COUNSEL FAILING TO COMPLY.**

DATED April 12, 2016                      BY THE COURT:

                                             Michael E. Romero, Chief Judge
                                             United States Bankruptcy Court