```
                         United States Bankruptcy Court
                              District of Colorado

In re:                                                   Case No. 13-19032-MER
Terry Lee Evanson                                        Chapter 11
Lynette Pearce Evanson
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: gonzalesc              Page 1 of 1         Date Rcvd: Apr 12, 2016
                              Form ID: pdf904              Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2016.
db/db          Terry Lee Evanson,   Lynette Pearce Evanson,   10175 S Oneida St,   Littleton, CO  80124-9608
aty           +Kevin A. Planegger,   Merriam Law Firm, P.C.,   1625 Broadway,   Suite 770,
                Denver, CO 80202-4717
aty           +Ted H. Merriam,   1625 Broadway,   Suite 770,   Denver, CO 80202-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2016 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com,   tk_lesiak@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com,   Rhonda@ColoradoCreditorLaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                              TOTAL: 12
```

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| April 11, 2016 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>TERRY LEE EVANSON<br>LYNETTE PEARCE EVANSON<br><br>Debtors | Case No. 13-19032 MER<br><br>Chapter 11 |

Appearances:

| Trustee | Unites States Trustee | Counsel | Alan K. Motes |
|---|---|---|---|
| Debtors | | Counsel | Jeffrey Weinman |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:

Hearing regarding United States Trustee's Motion to Dismiss or Convert Chapter 11 Case and Debtors' response; and Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and United States Trustee's response

Orders:

As set forth on the record, the parties requested a discovery schedule for this matter. The Court will issue a separate order scheduling the deadlines discussed on the record.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
    Deputy Clerk