United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 13-19032-MER
Terry Lee Evanson                                               Chapter 11
Lynette Pearce Evanson
         Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1           User: gonzalesc            Page 1 of 1            Date Rcvd: Apr 12, 2016
                               Form ID: pdf904            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2016.
db/db          Terry Lee Evanson,   Lynette Pearce Evanson,   10175 S Oneida St,   Littleton, CO  80124-9608
aty           +Ted H. Merriam,   1625 Broadway,   Suite 770,   Denver, CO 80202-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2016 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com,  tk_lesiak@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com,  Rhonda@ColoradoCreditorLaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey  Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey  Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@kjblawoffice.com,
               sharon@kjblawoffice.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                               TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>TERRY LEE EVANSON<br>LYNETTE PEARCE EVANSON<br><br>         Debtors. | Case No. 13-19032 MER<br><br>Chapter 11 |

**ORDER REGARDING DISCOVERY SCHEDULE PURSUANT TO**
**FED.R.BANKR.P. 7016 (FED.R.CIV.P. 16(b)) and**
**NOTICE OF SCHEDULING CONFERENCE**

PLEASE TAKE NOTICE that a telephonic scheduling conference on the United States Trustee's Motion to Dismiss or Convert Chapter 11 Case and Debtors' response; and on the Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and United States Trustee's response will be held on **Monday, August 22, 2016, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.  Parties wishing to participate by telephone may call 1-888-684-8852.  The access code is 9288499.

IT IS ORDERED that the provisions of Fed.R.Civ.P. 26 shall apply to this proceeding, subject to the provisions of this Order.

IT IS FURTHER ORDERED that the parties adhere to the following deadlines:

1. **Expert Witnesses**.  Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged on or before **July 11, 2016**.  If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made on or before **August 11, 2016**.

2. **Discovery**.  Factual Discovery must be completed by **July 11, 2016**.  "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.  The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this adversary proceeding.

3. **Discovery Disputes**.  All discovery disputes in this matter are subject to this division's "No Written Discovery Motions" procedure, which is set forth under Judges' Info on the Court's website at www.cob.uscourts.gov.

4. **Status Report**.  On or before **August 15, 2016**, the parties shall submit a written report to the Court stating:

   a. Whether they anticipate filing any motions in limine;
   b. Whether they anticipate challenging any experts;
   c. The estimated length of trial.

**FAILURE TO COMPLY WITH THE PROCEDURES AS SET FORTH IN THE LOCAL BANKRUPTCY RULES AND THIS ORDER MAY RESULT IN DENIAL OF THE RELIEF REQUESTED AND/OR SANCTIONS UPON THE PARTY AND COUNSEL FAILING TO COMPLY.**

DATED April 12, 2016                              BY THE COURT:

                                                  Michael E. Romero, Chief Judge
                                                  United States Bankruptcy Court