# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| SSN / ITIN: xxx-xx-9483 ) | Chapter 11 |
| Lynette Pearce Evanson ) | |
| SSN / ITIN: xxx-xx-5531 ) | |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE OF UNITED STATES TRUSTEE'S REQUEST FOR PRODUCTION OF DOCUMENTS

The undersigned hereby certifies that on April 29, 2016, a true and correct copy of the UNITED STATES TRUSTEE'S REQUEST FOR PRODUCTION OF DOCUMENTS was sent via United States mail, proper postage prepaid, to the addresses listed below:

Terry Lee Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

Ted H. Merriam
Kevin A. Planegger
1625 Broadway
Suite 770
Denver, CO 80202

Dated: May 3, 2016

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov