DEBTOR: TERRY & LYNETTE EVANSON      MONTHLY OPERATING REPORT
                                                  CHAPTER 11
CASE NUMBER: 13-19032 MER

Form 2-A
COVER SHEET

For Period Ending __3-31-2016__

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts WELLS FARGO + RED ROCKS |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: 4/18/16.    Print Name: TERRY EVANSON

Signature: _[signed]_

Title:

Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE GUANSON  CASE NO: 13-19032MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3/1/16 to 3/31/16

Account No: 3576.

CASH RECEIPTS DETAIL
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| | Social Security | | $ 795.00 |
| | Business | | 2312.54 |
| | Returns | | 3.06 |

Total Cash Receipts  $ 3110.60 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson       CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3/1/16 to 3/31/16.

CASH DISBURSEMENTS DETAIL       Account No: 3576
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | Medical | | 130.02 |
| | | Car Insurance | | 219.44 |
| | | | | 263.82 |
| | | Life Ins. | | 131.67 |
| | | Dish | | 259.32 |
| | | Internet | | 56.53 |
| | | Gas | | 342.76 |
| | | House/Insurance | | 334.06 |
| | | Personal | | 1737.60 |
| | | | | 1580.39 |
| | | Business | | |

Total Cash Disbursements  $ 3317.99 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE GUANSON   CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3/1/16 to 3/31/16

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 3991.16 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 2312.54 | |
|    Sale of Assets | 798.06 | |
|    Loans/advances | | |
|    Other | | |
|    Total Cash Receipts | $ 3110.60 | $ _____ |
| 3. Cash Disbursements | | |
|    Operations | 1580.39 | |
|    Debt Service/Secured loan payment | | |
|    Professional fees/U.S. Trustee fees | 1737.60 | |
|    Other | | |
|    Total Cash Disbursements | $ 3317.99 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 3783.77 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 3783.77 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 3783.77 |
| DIP Operating Account | 3576 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 3783.77 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 3/31/16

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | ( ) | ( ) |
| Less: Accumulated Depreciation | $ | $ |
| Net Fixed Assets | | |
| Other Assets (List): | | |
| | $ 0 | $ |
| **TOTAL ASSETS** | | |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON

CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 3/1/16 to 3/31/16

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 2312.54 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| Net Operating Revenue | $ 2312.54 | $ |
| Cost of Goods Sold | — | |
| Gross Profit | $ 2312.54 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation | | |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): | 1580.39 | |
| Total Operating Expenses | $ 1580.39 | $ |
| Operating Income (Loss) | $ 732.15 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses | | |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ 732.15 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees | | |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| Net Income (Loss) Before Income Taxes | $ | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| NET INCOME (LOSS) | $ 732.15 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson        CASE NO: 13-19032 MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 3/1/16 to 3/31/16

## POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  | $ 0 |
| TOTALS | $ | $ | $ |  |  | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

## INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | House - Safeco | $ same | 2/16 | $ 6/16 |
| Vehicle | Autos - Farmers | $ same | 10/16 | $ 6/16 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON                     CASE NO: 13-19032-MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 3/1/16 to 3/31/16

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

|  | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Due | $ | $ |
| Under 30 days |  |  |
| 30 to 60 days |  |  |
| 61 to 90 days |  |  |
| 91 to 120 days |  |  |
| Over 120 days |  |  |
| Total Post Petition |  |  |
| Pre Petition Amounts |  |  |
| Total Accounts Receivable | $ |  |
| Less: Bad Debt Reserve | $ |  |
| Net Accounts Receivable (to Form 2-C) |  |  |
| Total Post Petition Accounts Payable |  | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ |  | $ |
| Counsel for Unsecured Creditors' Committee |  |  |  |  |  |
| Trustee's Counsel |  |  |  |  |  |
| Accountant |  |  |  |  |  |
| Other: |  |  |  |  | $ 0 |
| Total | $ | $ | $ |  |  |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
|  |  |  | $ 0 |
|  |  |  |  |
|  |  |  |  |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY*
For the Month Ended: 3/31/16

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2646 $ | | | | |
| February | 4140. | | | | |
| March | 3318 | | | | |
| TOTAL 1st Quarter | $ | 10,104 $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)] In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 3/31/16

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $8,801.78 |
| Pending Withdrawals/ Debits | -$29.73 |
| Pending Deposits/ Credits | $795.00 |
| Available Balance | $9,567.05 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 03/01/16 to 03/31/16

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 03/31/16 | SKY RIDGE MEDICA 8664757937 98741122 Terry L Evanson | | $65.00 | $3,783.77 |
| 03/31/16 | SKY RIDGE MEDICA 8664757937 98741176 Terry L Evanson | | $65.00 | |
| 03/31/16 | COVEHREG CO.GOV COVEHREG C 160330 303-534-3468 TERRY EVANSON | | $112.07 | |
| 03/31/16 | COVEHREG CO.GOV COVEHREG C 160330 303-534-3468 TERRY EVANSON | | $107.37 | |
| 03/31/16 | eDeposit in Branch/Store 03/31/16 04:56:55 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $633.00 | | |
| 03/30/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $3,500.21 |
| 03/30/16 | PURCHASE AUTHORIZED ON 03/29 SAMS CLUB #6634 LONE TREE CO S286089570412249 CARD 4079 | | $20.39 | |
| 03/29/16 | PURCHASE AUTHORIZED ON 03/29 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00306089791928241 CARD 7458 | | $63.76 | $3,627.79 |
| 03/28/16 | PURCHASE AUTHORIZED ON 03/28 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000159408315 CARD 7458 | | $47.66 | $3,691.55 |
| 03/28/16 | PURCHASE AUTHORIZED ON 03/25 SAMS CLUB #6634 LONE TREE CO S086085667001081 CARD 4079 | | $13.01 | |
| 03/25/16 | PURCHASE AUTHORIZED ON 03/25 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00306085675980301 CARD 4079 | | $17.71 | $3,752.22 |
| 03/25/16 | PURCHASE AUTHORIZED ON 03/25 SAMSCLUB #6634 LONE TREE CO P00000000643762098 CARD 4079 | | $28.30 | |
| 03/25/16 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 03/24 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00466085083758733 CARD 7458 | | $41.44 | |
| 03/24/16 | PURCHASE AUTHORIZED ON 03/24 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000555696157 CARD 7458 | | $77.37 | $3,839.67 |
| 03/24/16 | PURCHASE AUTHORIZED ON 03/23 SAMSCLUB 6634 GAS LONE TREE CO S466083556204543 CARD 4079 | | $23.38 | |
| 03/23/16 | PURCHASE AUTHORIZED ON 03/22 PSV*Oxford Club 877-6539124 MD S466082742562235 CARD 4079 | | $49.00 | $3,940.42 |
| 03/23/16 | PURCHASE AUTHORIZED ON 03/22 TIME PARK LOT 7 DENVER CO S386082560683353 CARD 4079 | | $14.00 | |
| 03/22/16 | PURCHASE AUTHORIZED ON 03/22 IKEA USA CENTENNIAL CO P00386082780284252 CARD 7458 | | $99.58 | $4,003.42 |
| 03/22/16 | PURCHASE AUTHORIZED ON 03/20 PROBIOTIC AMERICA 866-8039895 CA S386080586079756 CARD 4079 | | $69.95 | |
| 03/21/16 | PURCHASE AUTHORIZED ON 03/21 SAMSCLUB #6634 LONE TREE CO P00000000055388905 CARD 7458 | | $57.99 | $4,172.95 |
| 03/21/16 | PURCHASE AUTHORIZED ON 03/19 SAMS CLUB #6634 LONE TREE CO S166079616327845 CARD 7458 | | $43.12 | |
| 03/21/16 | | | $32.51 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 03/19 OUTBACK 0610 LITTLETON CO S466079036905755 CARD 4079 | | | |
| 03/21/16 | PURCHASE AUTHORIZED ON 03/18 SAMSCLUB 6634 GAS LONE TREE CO S586078547724034 CARD 4079 | | $27.48 | |
| 03/18/16 | INTEREST PAYMENT | $0.03 | | $4,334.05 |
| 03/17/16 | CREDIT FIRST NA CFNA PYMT 160316 XXXXX4373 TERRY EVANSON | | $259.32 | $4,334.02 |
| 03/17/16 | PURCHASE AUTHORIZED ON 03/17 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00586077808015812 CARD 7458 | | $20.00 | |
| 03/16/16 | PURCHASE AUTHORIZED ON 03/16 SAM'S Club LITTLETON SE CO P00000000935815225 CARD 7458 | | $122.83 | $4,613.34 |
| 03/16/16 | PURCHASE AUTHORIZED ON 03/15 DIA PARKING OPERAT 303-342-4633 CO S586075212676363 CARD 4079 | | $8.00 | |
| 03/16/16 | SSA TREAS 310 XXSOC SEC 031616 XXXXX9483B SSA LYNETTE P EVANSON | $795.00 | | |
| 03/15/16 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 03/15 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00386075736847127 CARD 7458 | | $27.73 | $3,949.17 |
| 03/15/16 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 03/14 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00466075101040041 CARD 7458 | | $34.33 | |
| 03/15/16 | PURCHASE AUTHORIZED ON 03/15 CHEVRON 0203212 SALT LAKE CIT UT S386075058313144 CARD 4079 | | $5.67 | |
| 03/15/16 | PURCHASE AUTHORIZED ON 03/14 SEAGULL BOOK - 023 SANDY UT S586074771704038 CARD 4079 | | $11.10 | |
| 03/14/16 | PURCHASE AUTHORIZED ON 03/14 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00386074792979624 CARD 7458 | | $8.01 | $4,028.00 |
| 03/14/16 | PURCHASE AUTHORIZED ON 03/12 SPROUTS FARMERS MKT#30 LONE TREE CO P00386072773950623 CARD 4079 | | $21.89 | |
| 03/14/16 | PURCHASE AUTHORIZED ON 03/12 SAMSCLUB #6634 LONE TREE CO P00000000143198424 CARD 4079 | | $142.85 | |
| 03/14/16 | PURCHASE AUTHORIZED ON 03/12 MOD PIZZA CASTLE ROCK CO S386071735467297 CARD 4079 | | $16.16 | |
| 03/14/16 | PURCHASE AUTHORIZED ON 03/11 KNEADERS OF CASTLE CASTLE ROCK CO S306071718359760 CARD 4079 | | $10.61 | |
| 03/11/16 | PURCHASE AUTHORIZED ON 03/11 LOWE'S #2274 CASTLE ROCK CO P00466072025806652 CARD 4079 | | $8.37 | $4,227.52 |
| 03/11/16 | PURCHASE AUTHORIZED ON 03/11 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00466071792651405 CARD 7458 | | $10.00 | |
| 03/11/16 | PURCHASE AUTHORIZED ON 03/11 LOWE'S #2274 CASTLE ROCK CO P00466071645744580 CARD 4079 | | $49.50 | |
| 03/11/16 | PURCHASE AUTHORIZED ON 03/10 PATRIOTHEALTHALLIA 800-3044202 TN S586070639890628 CARD 4079 | | $49.95 | |
| 03/11/16 | PURCHASE AUTHORIZED ON 03/10 PATRIOTHEALTHALLIA 800-3044202 TN S466070632594024 CARD 4079 | | $3.95 | |
| 03/11/16 | Shelf Reliance Home Party 2327 Lynette P Evanson | $49.51 | | |
| 03/09/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $4,299.78 |
| 03/09/16 | PURCHASE AUTHORIZED ON 03/09 THE HOME DEPOT 1508 LITTLETON CO P00306069787957673 CARD 4079 | | $21.70 | |
| 03/09/16 | PURCHASE AUTHORIZED ON 03/07 SPROUTS FARMERS MA LONE TREE CO S586067742341570 CARD 7458 | | $20.12 | |
| 03/08/16 | PURCHASE AUTHORIZED ON 03/07 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00306068175225625 CARD 4079 | | $9.55 | $4,391.04 |
| 03/08/16 | eDeposit in Branch/Store 03/08/16 01:55:31 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $1,255.00 | | |
| 03/07/16 | SAFECO INSURANCE INS PREM 031016 71077376730 TERRY EVANSON | | $342.75 | $3,145.59 |
| 03/07/16 | PURCHASE RETURN AUTHORIZED ON 03/05 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000743833902 CARD 4079 | $3.06 | | |
| 03/07/16 | PURCHASE AUTHORIZED ON 03/05 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000256929002 CARD 4079 | | $80.02 | |
| 03/07/16 | PURCHASE AUTHORIZED ON 03/05 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000634013355 CARD 4079 | | $6.21 | |
| 03/04/16 | PURCHASE AUTHORIZED ON 03/04 KING SOOPERS 5673S. QU HIGHLANDS RAN CO P00386064826030503 CARD 4079 | | $5.38 | $3,571.51 |
| 03/04/16 | PURCHASE AUTHORIZED ON 03/04 SAMSCLUB #6634 LONE TREE CO P00000000952405757 CARD 4079 | | $27.29 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 03/04/16 | PURCHASE AUTHORIZED ON 03/04 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000653583133 CARD 4079 | | $3.06 | |
| 03/04/16 | PURCHASE AUTHORIZED ON 03/03 FIVE GUYS-CO # 110 LONE TREE CO S586064033807531 CARD 4079 | | $18.03 | |
| 03/03/16 | DISH NETWORK DISH NTWRK 030116 9060370845 SPA EVANSON,TERRY | | $131.67 | $3,625.27 |
| 03/02/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $3,756.94 |
| 03/02/16 | PURCHASE AUTHORIZED ON 03/02 THE HOME DEPOT 1508 LITTLETON CO P00386062857257276 CARD 4079 | | $47.80 | |
| 03/02/16 | PURCHASE AUTHORIZED ON 03/02 IKEA USA CENTENNIAL CO P00586062842000720 CARD 4079 | | $140.71 | |
| 03/02/16 | PURCHASE AUTHORIZED ON 03/02 HOB-LOB #117 8181 S. Q Centennial CO P00386062691310880 CARD 7458 | | $4.47 | |
| 03/02/16 | PURCHASE AUTHORIZED ON 03/02 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00306062647176973 CARD 7458 | | $51.33 | |
| 03/02/16 | eDeposit in Branch/Store 03/02/16 02:17:21 PM 9233 E LINCOLN AVE LONE TREE CO 4079 | $375.00 | | |
| 03/01/16 | PURCHASE AUTHORIZED ON 02/29 SAMSCLUB #6634 LONE TREE CO P00000000155135842 CARD 7458 | | $257.72 | $3,733.44 |
| Totals | | $3,110.60 | $3,317.99 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

🏠 Equal Housing Lender

© 1995 – 2016 Wells Fargo. All rights reserved.