DEBTOR: _Terry & Lynette Evanson_  
CASE NUMBER: _13-19032 MER_

MONTHLY OPERATING REPORT  
CHAPTER 11

Form 2-A  
COVER SHEET

For Period Ending _4-30-2016_

Accounting Method: ☐ Accrual Basis  ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts _WELLS FARGO & RED ROCKS_ |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: _5/18/16_  
Print Name: _Terry Evanson_  
Signature: _[signed]_  
Title: _____

Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON   CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/16 to 4/30/16

CASH RECEIPTS DETAIL   Account No: 3576
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount $ |
|------|-------|-------------|----------|
| | Social Security | | 795.00 |
| | Business | | 5583.76 |
| | Returns | | 117.82 |

Total Cash Receipts   $ 6496.58 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

DEBTOR: Terry & Lynette Evanson          CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 4/1/16 to 4/30/16

CASH DISBURSEMENTS DETAIL          Account No: 3576
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| | | Utilities | | 86.27 |
| | | Health Ins. | | 161.92 |
| | | Dentist | | 400.00 |
| | | Life Ins. | | 49.44 |
| | | Donations | | 500.00 |
| | | House Ins. | | 342.75 |
| | | Dish | | 131.67 |
| | | Gas | | 46.25 |
| | | Personal | | 629.65 |
| | | Business | | 2347.95 |
| | | | | 3858.36 |

Total Cash Disbursements   $ 6206.31 (1)

DEBTOR: TERRY + LYNETTE EVANSON    CASE NO: 13-19032 MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 4/1/16 to 4/30/16

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 3783.77 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 6496.58 | |
| Sale of Assets | | |
| Loans/advances | | |
| Other | | |
| Total Cash Receipts | $ 6496.58 | $ _____ |
| 3. Cash Disbursements | | |
| Operations | 3858.36 | |
| Debt Service/Secured loan payment | 2347.95 | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | $ 6206.31 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 4074.04 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 4074.04 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 4074.04 |
| DIP Operating Account | 3576 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 4074.04 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON            CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 4/30/16

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) _____ | | |
| _____ | | |
| Total Current Assets | $ _____ | $ _____ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | _____ | _____ |
| Total Fixed Assets | ( _____ ) | ( _____ ) |
| Less: Accumulated Depreciation | | |
| Net Fixed Assets | $ _____ | $ _____ |
| Other Assets (List): _____ | | |
| _____ | | |
| **TOTAL ASSETS** | $ ⌀ | $ _____ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): _____ | | |
| _____ | | |
| Total Post Petition Liabilities | $ _____ | $ _____ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | _____ | _____ |
| Total Pre Petition Liabilities | $ _____ | $ _____ |
| **TOTAL LIABILITIES** | $ ⌀ | $ _____ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | _____ | _____ |
| TOTAL OWNERS' EQUITY | $ _____ | $ _____ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ ⌀ | $ _____ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson

CASE NO: 13-19032 MER

Form 2-D
PROFIT AND LOSS STATEMENT
For Period 4/1/16 to 4/30/16

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $6496.58 | $ |
| Less: Discounts, Returns and Allowances | ( — ) | ( ) |
| **Net Operating Revenue** | $6496.58 | $ |
| Cost of Goods Sold | — | |
| **Gross Profit** | $6496.58 | $ |
| Operating Expenses | $ | $ |
|   Officer Compensation | | |
|   Selling, General and Administrative | | |
|   Rents and Leases | | |
|   Depreciation, Depletion and Amortization | | |
|   Other (list): | | |
| **Total Operating Expenses** | $3858.36 | $ |
| **Operating Income (Loss)** | $2638.22 | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses | | |
|   Gains (Losses) on Sale of Assets | | |
|   Interest Income | | |
|   Interest Expense | | |
|   Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | $ | $ |
|   Legal and Professional Fees | | |
|   Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $2638.22 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $2638.22 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson         CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 4/1/16 to 4/30/16

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS | $ | $ | $ | | | $ 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | Safeco | $ same | 2/17 | $ 6/16 |
| Vehicle | Farmers | $ same | 10/16 | $ 6/16 |
| Other (list): | | $ | | $ |
| | | $ | | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 4/1/16 to 4/30/16

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

|  | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Due | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| | Total Post Petition Accounts Payable | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due* |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON      CASE NO: 13-19032MER

Form 2-F
QUARTERLY FEE SUMMARY*
For the Month Ended: 4/30/16

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | 6206.31 $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)] In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER

Form 2-G
NARRATIVE
For Period Ending 4/30/16

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

**WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576**

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $3,577.17 |
| Pending Withdrawals/ Debits | -$485.92 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $3,091.25 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 04/01/16 to 04/30/16

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 04/29/16 | PURCHASE AUTHORIZED ON 04/27 IKEA CENTENNIAL CENTENNIAL CO S386118796332396 CARD 7458 | | $107.88 | $4,074.04 |
| 04/29/16 | PURCHASE AUTHORIZED ON 04/27 M & M CUT FLORA DENVER CO S386118716719707 CARD 7458 | | $110.40 | |
| 04/28/16 | PURCHASE AUTHORIZED ON 04/28 SAFEWAY STORE 1548 LITTLETON CO P00466119650469814 CARD 7458 | | $42.35 | $4,292.32 |
| 04/28/16 | PURCHASE AUTHORIZED ON 04/28 SPROUTS FARMERS MKT#30 LONE TREE CO P00306119636648481 CARD 7458 | | $43.00 | |
| 04/28/16 | PURCHASE AUTHORIZED ON 04/28 COSTCO WHSE #0468 LONE TREE CO P00306119621936421 CARD 7458 | | $35.96 | |
| 04/28/16 | PURCHASE AUTHORIZED ON 04/28 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000052215827 CARD 7458 | | $109.33 | |
| 04/28/16 | PURCHASE AUTHORIZED ON 04/27 FLORAL SUPPLY SYND DENVER CO S466118704467114 CARD 7458 | | $29.60 | |
| 04/28/16 | PURCHASE AUTHORIZED ON 04/27 SAMS CLUB #6634 LONE TREE CO S006118572233689 CARD 7458 | | $34.54 | |
| 04/28/16 | PURCHASE AUTHORIZED ON 04/26 PF CHANGS #1700 LONE TREE CO S306117668566453 CARD 4079 | | $43.33 | |
| 04/27/16 | PURCHASE RETURN AUTHORIZED ON 04/27 JETRO HOLDINGS LLC GREENWOOD VIL CO P00306118759374376 CARD 7458 | $27.62 | | $4,630.43 |
| 04/27/16 | PURCHASE AUTHORIZED ON 04/27 SPROUTS FARMERS MKT#30 LONE TREE CO P00386118816528274 CARD 7458 | | $38.08 | |
| 04/27/16 | PURCHASE AUTHORIZED ON 04/27 PARTY CITY 8481 S Yose Denver Park M CO P00386118807150480 CARD 7458 | | $27.26 | |
| 04/27/16 | PURCHASE AUTHORIZED ON 04/27 JETRO HOLDINGS LLC GREENWOOD VIL CO P00466118781900133 CARD 7458 | | $150.99 | |
| 04/27/16 | PURCHASE AUTHORIZED ON 04/27 SAM'S Club LITTLETON SE CO P00000000646147278 CARD 7458 | | $295.84 | |
| 04/27/16 | PURCHASE AUTHORIZED ON 04/27 SPROUTS FARMERS MKT#30 LONE TREE CO P00466118559458835 CARD 7458 | | $41.01 | |
| 04/26/16 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 04/26 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00386117691435088 CARD 7458 | | $89.39 | $5,155.99 |
| 04/26/16 | eDeposit in Branch/Store 04/26/16 09:10:42 AM 9233 E LINCOLN AVE LONE TREE CO 3576 | $1,000.00 | | |
| 04/25/16 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 04/25 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00586116573134160 CARD 7458 | | $53.08 | $4,245.38 |
| 04/25/16 | PURCHASE AUTHORIZED ON 04/22 JOHN HOLLY ASIAN B LONE TREE CO S386114123389520 CARD 4079 | | $30.87 | |
| 04/25/16 | PURCHASE AUTHORIZED ON 04/22 SAMS CLUB #6634 LONE TREE CO S166113800604778 CARD 7458 | | $16.00 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 04/22/16 | PURCHASE AUTHORIZED ON 04/22 SPROUTS FARMERS MKT#30 LONE TREE CO P00386113834593485 CARD 4079 | | $28.19 | $4,345.33 |
| 04/22/16 | PURCHASE AUTHORIZED ON 04/22 COSTCO WHSE #0468 LONE TREE CO P00586113792418115 CARD 7458 | | $148.10 | |
| 04/21/16 | WASTE CONNECTION WEB_PAY APR 16 19424258042016 TERRY EVANSON | | $86.27 | $4,521.62 |
| 04/20/16 | INTEREST PAYMENT | $0.03 | | $4,607.89 |
| 04/20/16 | HUMANA, INC. INS PYMT 160418 235174141002235 174163 | | $161.92 | |
| 04/20/16 | PURCHASE AUTHORIZED ON 04/20 COST PLUS WLD #176 ENGLEWOOD CO P00466111818518453 CARD 7458 | | $18.42 | |
| 04/20/16 | PURCHASE AUTHORIZED ON 04/20 SPROUTS FARMERS MKT#30 LONE TREE CO P00586111754529878 CARD 7458 | | $99.00 | |
| 04/20/16 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 04/20 SAFEWAY STORE 1548 LITTLETON CO P00386111644454071 CARD 7458 | | $26.16 | |
| 04/20/16 | SSA TREAS 310 XXSOC SEC 042016 XXXXX9483B SSA LYNETTE P EVANSON | $795.00 | | |
| 04/20/16 | PURCHASE RETURN AUTHORIZED ON 04/19 PSV*Oxford Club 877-6539124 MD S616111549452824 CARD 4079 | $49.00 | | |
| 04/19/16 | eDeposit in Branch/Store 04/19/16 04:22:30 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $500.00 | | $4,069.36 |
| 04/18/16 | PURCHASE RETURN AUTHORIZED ON 04/18 SAMSCLUB #6634 LONE TREE CO P00000000856546579 CARD 7458 | $10.34 | | $3,569.36 |
| 04/18/16 | PURCHASE RETURN AUTHORIZED ON 04/18 SAMSCLUB #6634 LONE TREE CO P00000000536080814 CARD 7458 | $30.86 | | |
| 04/18/16 | PURCHASE AUTHORIZED ON 04/18 KING SOOPERS 7296 LAGA CASTLE PINES CO P00306109822857236 CARD 7458 | | $12.44 | |
| 04/18/16 | PURCHASE AUTHORIZED ON 04/18 PARTY CITY 8481 S Yose Denver Park M CO P00586109749344220 CARD 7458 | | $38.21 | |
| 04/18/16 | PURCHASE AUTHORIZED ON 04/18 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000936772727 CARD 7458 | | $69.58 | |
| 04/18/16 | PURCHASE AUTHORIZED ON 04/15 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000440956225 CARD 7458 | | $44.84 | |
| 04/18/16 | PURCHASE AUTHORIZED ON 04/15 SAMSCLUB #6634 LITTLETON SE CO S306106646149637 CARD 4079 | | $12.11 | |
| 04/18/16 | eDeposit in Branch/Store 04/18/16 04:16:19 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $278.00 | | |
| 04/15/16 | KOHL'S DEPT STRS CHG PYMT 160414 043000096536390 EVANSON TERRY | | $370.23 | $3,427.34 |
| 04/15/16 | PURCHASE AUTHORIZED ON 04/15 SAFEWAY STORE 1548 LITTLETON CO P00386107033507247 CARD 7458 | | $4.98 | |
| 04/15/16 | PURCHASE AUTHORIZED ON 04/14 AMATO WHOLESALE FL DENVER CO S086105727048150 CARD 7458 | | $284.05 | |
| 04/15/16 | PURCHASE AUTHORIZED ON 04/13 SPROUTS FARMERS MA CASTLE ROCK CO S386105094940971 CARD 4079 | | $1.26 | |
| 04/15/16 | Shelf Reliance Home Party 2327 Lynette P Evanson | $180.73 | | |
| 04/14/16 | PURCHASE AUTHORIZED ON 04/14 SAMSCLUB #6634 LONE TREE CO P00000000050220116 CARD 7458 | | $41.91 | $3,907.13 |
| 04/14/16 | PURCHASE AUTHORIZED ON 04/14 JETRO HOLDINGS LLC GREENWOOD VIL CO P00306105858808670 CARD 7458 | | $147.60 | |
| 04/14/16 | PURCHASE AUTHORIZED ON 04/14 SAMSCLUB #6634 LONE TREE CO P00000000942621041 CARD 7458 | | $68.50 | |
| 04/14/16 | PURCHASE AUTHORIZED ON 04/14 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000750943540 CARD 7458 | | $51.54 | |
| 04/14/16 | PURCHASE AUTHORIZED ON 04/14 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000450272237 CARD 7458 | | $15.20 | |
| 04/14/16 | PURCHASE AUTHORIZED ON 04/13 BART G CHRISTIANSE CENTENNIAL CO S006104703717052 CARD 4079 | | $400.00 | |
| 04/13/16 | PURCHASE AUTHORIZED ON 04/13 KING SOOPERS 7296 LAGA CASTLE ROCK CO P00386105019773333 CARD 4079 | | $5.50 | $4,631.88 |
| 04/13/16 | eDeposit in Branch/Store 04/13/16 03:40:38 PM 9233 E LINCOLN AVE LONE TREE CO 4079 | $3,625.00 | | |
| 04/12/16 | PURCHASE AUTHORIZED ON 04/12 SAMSCLUB #6634 LONE TREE CO P00000000753242086 CARD 4079 | | $119.91 | $1,012.38 |
| 04/12/16 | PURCHASE AUTHORIZED ON 04/11 PRINTERPIX.COM 407-324-4816 FL S466102695897528 CARD 4079 | | $24.98 | |
| 04/12/16 | | | $146.40 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 04/11 AMATO WHOLESALE FL DENVER CO S166102607566238 CARD 7458 | | | |
| 04/12/16 | PURCHASE AUTHORIZED ON 04/10 WESTSIDE TOWING IN CASTLE ROCK CO S586101805383728 CARD 4079 | | $129.00 | |
| 04/11/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $1,432.67 |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/11 SAFEWAY STORE 1548 LITTLETON CO P00306102652373795 CARD 7458 | | $12.87 | |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/11 SAM'S Club LITTLETON SE CO P00000000951388106 CARD 7458 | | $121.00 | |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/09 SAMSCLUB 6634 GAS LONE TREE CO S466100744904080 CARD 4079 | | $8.89 | |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/09 SAMSCLUB #6634 LONE TREE CO P00000000831656293 CARD 7458 | | $9.48 | |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/09 SAMSCLUB #6634 LONE TREE CO P00000000053905054 CARD 7458 | | $135.61 | |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/09 SPROUTS FARMERS MKT#30 LONE TREE CO P00466100691618127 CARD 7458 | | $36.37 | |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/08 OUTBACK 0614 HIGHLANDS RAN CO S306099850201951 CARD 4079 | | $21.38 | |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/08 PUBLIC WORKS-PRKG DENVER CO S386099523758705 CARD 4079 | | $1.25 | |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/07 TLF ASSOC WHOLESAL 303-4551234 CO S386098720482378 CARD 7458 | | $157.15 | |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/07 M & M CUT FLORA DENVER CO S586098710378225 CARD 4079 | | $28.35 | |
| 04/11/16 | PURCHASE AUTHORIZED ON 04/07 M & M CUT FLORA DENVER CO S306098708691298 CARD 7458 | | $76.65 | |
| 04/08/16 | LDS CHURCH DONATION 160408 8007351 EVANSON TERRY LEE | | $500.00 | $2,091.11 |
| 04/08/16 | PURCHASE AUTHORIZED ON 04/08 SAM'S Club LITTLETON SE CO P00000000334470002 CARD 7458 | | $15.92 | |
| 04/08/16 | PURCHASE AUTHORIZED ON 04/07 FLORAL SUPPLY SYND DENVER CO S586098696679265 CARD 7458 | | $23.75 | |
| 04/08/16 | PURCHASE AUTHORIZED ON 04/07 SMASHBURGER #1258 LONE TREE CO S386098625338005 CARD 4079 | | $9.16 | |
| 04/08/16 | PURCHASE AUTHORIZED ON 04/07 SAMSCLUB #6634 LITTLETON SE CO S586098569965479 CARD 7458 | | $33.19 | |
| 04/07/16 | PURCHASE AUTHORIZED ON 04/07 TARGET T- 10001 Common Lone Tree CO P00000000752325851 CARD 7458 | | $24.86 | $2,673.13 |
| 04/07/16 | PURCHASE AUTHORIZED ON 04/07 HOB-LOB #117 8181 S. Q Centennial CO P00466098631676877 CARD 7458 | | $49.23 | |
| 04/07/16 | PURCHASE AUTHORIZED ON 04/07 DOLLARTREE 8575 S QUBE HIGHLANDS RAN CO P00000000359350324 CARD 7458 | | $22.00 | |
| 04/07/16 | PURCHASE AUTHORIZED ON 04/06 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00586098097877022 CARD 7458 | | $42.90 | |
| 04/06/16 | PURCHASE AUTHORIZED ON 04/04 SPROUTS FARMERS MA LONE TREE CO S306095682958074 CARD 7458 | | $5.28 | $2,812.12 |
| 04/06/16 | PURCHASE AUTHORIZED ON 04/05 NMX*FRANKLN PROSPE 800-4854350 FL S306095596169603 CARD 4079 | | $1.97 | |
| 04/05/16 | SAFECO INSURANCE INS PREM 041016 71077376730 TERRY EVANSON | | $342.75 | $2,819.37 |
| 04/05/16 | PURCHASE AUTHORIZED ON 04/05 MICHAELS STORES INC971 ENGLEWOOD CO P00000000445192714 CARD 7458 | | $22.57 | |
| 04/05/16 | PURCHASE AUTHORIZED ON 04/05 SPROUTS FARMERS MKT#30 LONE TREE CO P00466096731257954 CARD 7458 | | $15.69 | |
| 04/05/16 | PURCHASE AUTHORIZED ON 04/05 SAM'S Club LITTLETON SE CO P00000000947917178 CARD 7458 | | $269.05 | |
| 04/05/16 | PURCHASE AUTHORIZED ON 04/04 PRINTERPIX.COM 407-324-4816 FL S386095636798200 CARD 4079 | | $25.99 | |
| 04/05/16 | PURCHASE AUTHORIZED ON 04/04 SAMSCLUB 6634 GAS LONE TREE CO S306095562086912 CARD 4079 | | $18.94 | |
| 04/04/16 | PURCHASE AUTHORIZED ON 04/02 SUBWAY 0005 LITTLETON CO S586093734461833 CARD 4079 | | $12.86 | $3,514.36 |
| 04/04/16 | PURCHASE AUTHORIZED ON 04/02 SAMS CLUB #6634 LONE TREE CO S166093712803515 CARD 4079 | | $21.21 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 04/04/16 | PURCHASE AUTHORIZED ON 04/01 DESERET BOOK CO 60 LITTLETON CO S386092699609797 CARD 4079 | | $24.10 | |
| 04/04/16 | PURCHASE AUTHORIZED ON 04/01 SAMS CLUB #6634 LONE TREE CO S286092543273128 CARD 4079 | | $19.23 | |
| 04/01/16 | DISH NETWORK DISH NTWRK 033016 9060370845 SPA EVANSON,TERRY | | $131.67 | $3,591.76 |
| 04/01/16 | PURCHASE AUTHORIZED ON 04/01 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00386092766822090 CARD 7458 | | $29.47 | |
| 04/01/16 | PURCHASE AUTHORIZED ON 03/30 OUTBACK 0626 CASTLE ROCK CO S386090852616775 CARD 4079 | | $30.87 | |
| Totals | | $6,496.58 | $6,206.31 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Equal Housing Lender

© 1995 – 2016 Wells Fargo. All rights reserved.