UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| SSN / ITIN: xxx-xx-9483 ) | Chapter 11 |
| Lynette Pearce Evanson ) | |
| SSN / ITIN: xxx-xx-5531 ) | |
| ) | |
| Debtors. ) | |

_____

### NOTICE OF DEPOSITION OF LYNETTE PEARCE EVANSON PURSUANT TO FED.R.BANKR.P. 7030 AND FED.R.CIV.P. 30
_____

PLEASE TAKE NOTICE THAT the United States Trustee, by and through undersigned counsel, pursuant to Fed.R.Bankr.P. 7030 and Fed.R.Civ.P. 30, will take the deposition of Lynette Pearce Evanson on **Wednesday, July 6, 2016, at 9:00 a.m.** The deposition will take place at the Office of the United States Trustee, 1961 Stout Street, Suite 12-200, Denver, Colorado 80294**,** and shall continue from day to day until completed. The deposition will be taken under oath and recorded by stenographic means by a court reporter. Such deposition testimony may be used as trial testimony under Fed.R.Bankr.P. 7032, Fed.R.Civ.P. 32, Fed.R.Evid. 804(b)(1), and any other applicable Federal Rule of Evidence. Mrs. Evanson's address is 10175 S Oneida St., Littleton, Colorado 80124.

Dated: June 7, 2016

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/  Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2016, a copy of the **NOTICE OF DEPOSITION OF LYNETTE PEARCE EVANSON PURSUANT TO FED.R.BANKR.P. 7030 AND FED.R.CIV.P. 30** was served by deposit in the United States Mail, postage prepaid, to the following parties:

Terry Lee Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

Ted H. Merriam
Kevin A. Planegger
1625 Broadway
Suite 770
Denver, CO 80202

/s/  Nicole Nagler
Office of the United States Trustee