DEBTOR: _Terry & Lynette Evanson_     MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: _13-19032 MER_

Form 2-A
COVER SHEET

For Period Ending _5-31-16_

Accounting Method: ☐ Accrual Basis    ☒ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

WELLS FARGO + RED ROCKS

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: _5/6/16_    Print Name: _Terry Evanson_

Signature: _[signed]_

Title: ____

Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON   CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/16 to 5/31/16

CASH RECEIPTS DETAIL   Account No: 3576
(attach additional sheets as necessary)

| Date | Payer | Description | Amount $ |
|---|---|---|---|
|  | B.H.A. |  | 1135.46 |
|  | Soc. Sec. |  | 795.00 |
|  | Business |  | 9869.24 |
|  | Return (Business) |  | 16.21 |

Total Cash Receipts   $ 11,815.91 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson    CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/16 to 5/31/16

CASH DISBURSEMENTS DETAIL    Account No: 3576
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
|      |           |       | Gas                   | $153.66 |
|      |           |       | Medical               | 310.00 |
|      |           |       | Health Ins.           | 80.96 |
|      |           |       | Life Ins.             | 156.63 |
|      |           |       | House Ins.            | 342.75 |
|      |           |       | Donation              | 520.00 |
|      |           |       | Trustee               | 325.00 |
|      |           |       | Personal              | 340.20 |
|      |           |       |                       | 2229.20 |
|      |           |       | Business              | 3688.26 |

Total Cash Disbursements   $ 5917.46 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/16 to 5/31/16

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 4074.04 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
| Operations | 9869.24 | |
| Sale of Assets | 1930.46 | |
| Loans/advances | 16.21 | |
| Other Returns | | |
| Total Cash Receipts | $ 11815.91 | $ |
| 3. Cash Disbursements | | |
| Operations | 3688.26 | |
| Debt Service/Secured loan payment | 2229.20 | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | $ 5917.46 | $ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 5898.45 | |
| 5 Ending Cash Balance (to Form 2-C) | $ 9972.49 (2) | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 9972.49 |
| DIP Operating Account | Wells Fargo 3876 | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 9972.49 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON          CASE NO: 13-19032 MER

## Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 5/31/16

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | $ | $ |
| Cash (from Form 2-B, line 5) | | |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ 0 | $ |
| Fixed Assets: | $ | $ |
| Land | | |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ 0 | $ |
| **LIABILITIES** | $ | $ |
| Post-petition Accounts Payable (from Form 2-E) | | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ 0 | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ 0 | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | $ | $ |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON

CASE NO: 13-19032 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 5/1/16 to 5/31/16

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 9869.24 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| **Net Operating Revenue** | $ 9869.24 | $ |
| Cost of Goods Sold |  |  |
| **Gross Profit** | $ 9869.24 | $ |
| Operating Expenses | $ | $ |
| Officer Compensation |  |  |
| Selling, General and Administrative |  |  |
| Rents and Leases |  |  |
| Depreciation, Depletion and Amortization | 3688.26 |  |
| Other (list): _____ |  |  |
| _____ |  |  |
| **Total Operating Expenses** | $ 3688.26 | $ |
| **Operating Income (Loss)** | $ 6180.98 | $ |
| Non-Operating Income and Expenses | $ | $ |
| Other Non-Operating Expenses |  |  |
| Gains (Losses) on Sale of Assets |  |  |
| Interest Income |  |  |
| Interest Expense |  |  |
| Other Non-Operating Income |  |  |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses | $ | $ |
| Legal and Professional Fees |  |  |
| Other Reorganization Expense |  |  |
| **Total Reorganization Expenses** | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 6180.98 | $ |
| Federal and State Income Tax Expense (Benefit) |  |  |
| **NET INCOME (LOSS)** | $ 6180.98 | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson         CASE NO: 13-19032 MER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 5/1/16 to 5/31/16

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: |  |  |  |  |  |  |
| Federal | $ | $ | $ |  |  | $ |
| State |  |  |  |  |  |  |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax |  |  |  |  |  |  |
| Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: |  |  |  |  |  |  |
| Federal |  |  |  |  |  |  |
| State |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ |  | $ |
| General Liability |  | $ |  | $ |
| Property (Fire, Theft) | Home - Safeco | $ | 2/17 | $ 2/17 |
| Vehicle | Autos - Farmers | $ | 10/16 | $ 10/16 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson           CASE NO: 13-19032mER

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 5/1/16 to 5/31/16

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

|  | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| **Due** | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| **Total Post Petition** | | |
| **Pre Petition Amounts** | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | $ | |
| Net Accounts Receivable (to Form 2-C) | | |
| **Total Post Petition Accounts Payable** | | $ 0 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | $ | $ | | $ 0 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON            CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY*
For the Month Ended: 5/31/16

| Month | Year | Cash Disbursements** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | | $ _____$ | | | |
| April | | 6206 31 $ | | | |
| May | | 5592 46 | | | |
| June | | | | | |
| TOTAL 2nd Quarter | | $ _____$ | | | |
| July | | $ | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | | $ _____$ | | | |
| October | | $ | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | | $ _____$ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson   CASE NO: 13-19032 MER.

Form 2-G
NARRATIVE
For Period Ending 5/31/16

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

# Account Activity

**WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576**

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $9,972.49 |
| Pending Withdrawals/ Debits | -$253.50 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $9,718.99 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range 05/01/16 to 05/31/16

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 05/31/16 | PURCHASE AUTHORIZED ON 05/30 SAMSCLUB #6634 LITTLETON SE CO S386151817033977 CARD 4079 | | $31.09 | $9,972.49 |
| 05/31/16 | PURCHASE AUTHORIZED ON 05/30 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000853681198 CARD 4079 | | $42.37 | |
| 05/31/16 | PURCHASE AUTHORIZED ON 05/30 SPROUTS FARMERS MKT#31 HIGHLANDS RAN CO P00306151800393923 CARD 4079 | | $32.72 | |
| 05/31/16 | PURCHASE AUTHORIZED ON 05/27 LOCO 17 GAS FRUITA CO S386149006678539 CARD 4079 | | $20.85 | |
| 05/31/16 | PURCHASE AUTHORIZED ON 05/27 ARBYS 7214 GREEN RIVER UT S466148827717584 CARD 4079 | | $11.40 | |
| 05/31/16 | PURCHASE AUTHORIZED ON 05/27 SAMSCLUB #6685 PROVO UT S306148746097035 CARD 4079 | | $14.97 | |
| 05/31/16 | PURCHASE AUTHORIZED ON 05/26 SLC PARKING STATIO SALT LAKE CIT UT S386147711242022 CARD 4079 | | $4.00 | |
| 05/31/16 | eDeposit in Branch/Store 05/31/16 03:18:27 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $1,761.00 | | |
| 05/27/16 | PURCHASE AUTHORIZED ON 05/26 SPORTS AUTHORITY 0321 OREM UT P00306148104999068 CARD 7458 | | $79.49 | $8,368.89 |
| 05/27/16 | PURCHASE AUTHORIZED ON 05/26 SAMS CLUB #6685 PROVO UT S006148091921325 CARD 4079 | | $34.37 | |
| 05/27/16 | PURCHASE AUTHORIZED ON 05/26 CHENS NOODLE HOUSE OREM UT S306147856163271 CARD 4079 | | $33.68 | |
| 05/27/16 | PURCHASE AUTHORIZED ON 05/26 CAFE ZUPAS PROVO PROVO UT S586147662759103 CARD 4079 | | $22.38 | |
| 05/27/16 | PURCHASE AUTHORIZED ON 05/25 TA GRAND JUNCTION GRAND JUNCTIO CO S306147048569995 CARD 4079 | | $7.73 | |
| 05/27/16 | PURCHASE AUTHORIZED ON 05/26 TA GRAND JUNCTION GRAND JUNCTN CO S586147046462047 CARD 4079 | | $27.83 | |
| 05/27/16 | PURCHASE AUTHORIZED ON 05/26 OUTBACK 0621 GRAND JUNCTIO CO S306147039367847 CARD 4079 | | $15.97 | |
| 05/27/16 | BENFITHLTHAD95 TRANSACTIO EVANSON TERRY TERRY EVANSON | $1,135.46 | | |
| 05/26/16 | PURCHASE AUTHORIZED ON 05/26 SPROUTS FARMERS MKT#60 OREM UT P00306147851545249 CARD 4079 | | $52.96 | $7,454.88 |
| 05/26/16 | PURCHASE AUTHORIZED ON 05/25 SAMS CLUB #6634 LONE TREE CO S286146643813113 CARD 4079 | | $13.46 | |
| 05/24/16 | PURCHASE AUTHORIZED ON 05/24 STAPLES 1445 HIGHLANDS RAN CO P00586145833593005 CARD 4079 | | $11.01 | $7,521.30 |
| 05/24/16 | PURCHASE AUTHORIZED ON 05/23 SAMS CLUB #6634 LONE TREE CO S006144517948486 CARD 4079 | | $27.28 | |
| 05/23/16 | CHECK # 150 | | $325.00 | $7,559.59 |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 05/23/16 | PURCHASE AUTHORIZED ON 05/23 SAM'S Club LITTLETON SE CO P00000000051461719 CARD 4079 | | $29.57 | |
| 05/23/16 | PURCHASE AUTHORIZED ON 05/21 KING SOOPERS 7296 LAGA CASTLE PINES CO P00386142682711155 CARD 7458 | | $17.10 | |
| 05/23/16 | PURCHASE AUTHORIZED ON 05/21 SPROUTS FARMERS MKT#30 CASTLE ROCK CO P00466142672845016 CARD 7458 | | $18.72 | |
| 05/23/16 | PURCHASE AUTHORIZED ON 05/21 SAM'S Club LITTLETON SE CO P00000000040610790 CARD 7458 | | $21.42 | |
| 05/23/16 | PURCHASE AUTHORIZED ON 05/21 Wal-Mart Super Center HIGHLANDS RAN CO P00000000442383241 CARD 7458 | | $14.90 | |
| 05/23/16 | PURCHASE AUTHORIZED ON 05/20 SAMSCLUB 6634 GAS LONE TREE CO S306141552393250 CARD 7458 | | $32.85 | |
| 05/23/16 | PURCHASE AUTHORIZED ON 05/19 CLINIX HEALTH SERV CENTENNIAL CO S466140698035251 CARD 4079 | | $10.00 | |
| 05/23/16 | PURCHASE AUTHORIZED ON 05/19 M & M CUT FLORA DENVER CO S586140588525983 CARD 7458 | | $319.35 | |
| 05/23/16 | PURCHASE AUTHORIZED ON 05/19 M & M CUT FLORA DENVER CO S386140587471457 CARD 7458 | | $592.65 | |
| 05/23/16 | PURCHASE AUTHORIZED ON 05/19 TLF ASSOC WHOLESAL 303-4551234 CO S306140526059322 CARD 7458 | | $116.75 | |
| 05/20/16 | PURCHASE AUTHORIZED ON 05/20 SAM'S Club LITTLETON SE CO P00000000459591503 CARD 7458 | | $101.33 | $9,057.90 |
| 05/20/16 | PURCHASE AUTHORIZED ON 05/20 SPROUTS FARMERS MKT#30 LONE TREE CO P00386141525496457 CARD 7458 | | $23.43 | |
| 05/20/16 | PURCHASE AUTHORIZED ON 05/20 KING SOOPERS 1375 S. B LOUISVILLE CO P00306141515569631 CARD 4079 | | $100.87 | |
| 05/20/16 | PURCHASE AUTHORIZED ON 05/19 FLORAL SUPPLY SYND DENVER CO S466140600557297 CARD 7458 | | $19.00 | |
| 05/20/16 | PURCHASE AUTHORIZED ON 05/19 FLORAL SUPPLY SYND DENVER CO S586140556650304 CARD 7458 | | $130.00 | |
| 05/19/16 | INTEREST PAYMENT | $0.03 | | $9,432.53 |
| 05/19/16 | HUMANA, INC. INS PYMT 160517 235174141002235 174165 | | $80.96 | |
| 05/19/16 | PURCHASE AUTHORIZED ON 05/19 JETRO HOLDINGS LLC GREENWOOD VIL CO P00306140641774444 CARD 7458 | | $53.59 | |
| 05/19/16 | PURCHASE AUTHORIZED ON 05/18 SAMS CLUB #6634 LONE TREE CO S286139516715110 CARD 4079 | | $29.73 | |
| 05/18/16 | SSA TREAS 310 XXSOC SEC 051816 XXXXX9483B SSA LYNETTE P EVANSON | $795.00 | | $9,596.78 |
| 05/17/16 | PURCHASE RETURN AUTHORIZED ON 05/17 TARGET T- 10001 Common Lone Tree CO P00000000344965032 CARD 7458 | $16.21 | | $8,801.78 |
| 05/17/16 | PURCHASE AUTHORIZED ON 05/17 SAM'S Club LITTLETON SE CO P00000000345533646 CARD 7458 | | $84.99 | |
| 05/17/16 | PURCHASE AUTHORIZED ON 05/17 COSTCO WHSE #0468 LONE TREE CO P00466138689053979 CARD 7458 | | $30.18 | |
| 05/17/16 | PURCHASE AUTHORIZED ON 05/17 SPROUTS FARMERS MKT#30 LONE TREE CO P00586138638002172 CARD 7458 | | $47.20 | |
| 05/17/16 | PURCHASE AUTHORIZED ON 05/17 700 S. Perry St. Castle Rock CO P00306138592987669 CARD 4079 | | $9.33 | |
| 05/17/16 | PURCHASE AUTHORIZED ON 05/16 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00386138138593150 CARD 4079 | | $19.98 | |
| 05/17/16 | PURCHASE AUTHORIZED ON 05/16 SAMSCLUB #6634 LITTLETON SE CO S586137485927116 CARD 4079 | | $27.13 | |
| 05/16/16 | PURCHASE AUTHORIZED ON 05/16 Wal-Mart Super Center HIGHLANDS RAN CO P00000000540941804 CARD 7458 | | $120.41 | $9,004.38 |
| 05/16/16 | PURCHASE AUTHORIZED ON 05/14 SAMSCLUB #6634 LONE TREE CO P00000000150133828 CARD 7458 | | $101.89 | |
| 05/16/16 | PURCHASE AUTHORIZED ON 05/14 COSTCO WHSE #0468 LONE TREE CO P00466135601179182 CARD 7458 | | $100.83 | |
| 05/16/16 | PURCHASE AUTHORIZED ON 05/14 OUTBACK 0621 GRAND JUNCTIO CO S306135062090660 CARD 4079 | | $23.43 | |
| 05/16/16 | PURCHASE AUTHORIZED ON 05/14 TA GRAND JUNCTION GRAND JUNCTN CO S386135053728603 CARD 4079 | | $23.62 | |
| 05/16/16 | PURCHASE AUTHORIZED ON 05/13 SAMSCLUB #6685 PROVO UT S306134800338787 CARD 4079 | | $36.66 | |
| 05/16/16 | | | $43.82 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 05/13 FONG ASIAN DINING PLEASANT GROV UT S306134717605189 CARD 4079 | | | |
| 05/16/16 | PURCHASE AUTHORIZED ON 05/12 KNEADERS OF DRAPER DRAPER UT S466133715478662 CARD 4079 | | $7.33 | |
| 05/16/16 | PURCHASE AUTHORIZED ON 05/12 CAFE RIO AMERICAN AMERICAN FORK UT S386133620626463 CARD 7458 | | $9.80 | |
| 05/16/16 | eDeposit in Branch/Store 05/16/16 04:10:11 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $5,895.00 | | |
| 05/13/16 | Shelf Reliance Home Party 2327 Lynette P Evanson | $40.05 | | $3,577.17 |
| 05/12/16 | PURCHASE AUTHORIZED ON 05/12 SHELL Service Station SANDY UT P00306133860982541 CARD 4079 | | $4.73 | $3,537.12 |
| 05/12/16 | PURCHASE AUTHORIZED ON 05/11 CAFE ZUPAS PROVO PROVO UT S306133074904123 CARD 4079 | | $31.96 | |
| 05/12/16 | PURCHASE AUTHORIZED ON 05/11 SAMSCLUB #6634 LITTLETON SE CO S586132672436710 CARD 4079 | | $8.84 | |
| 05/11/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $3,582.65 |
| 05/11/16 | PURCHASE AUTHORIZED ON 05/11 PILOT #592 GRAND JUNSTIO CO P00586132800204617 CARD 4079 | | $25.63 | |
| 05/11/16 | PURCHASE AUTHORIZED ON 05/10 SAMS CLUB #6634 LONE TREE CO S166131565967244 CARD 7458 | | $41.00 | |
| 05/11/16 | PURCHASE AUTHORIZED ON 05/10 BLACK EYED PEA LAKEWOOD CO S386131002700217 CARD 4079 | | $11.66 | |
| 05/10/16 | PURCHASE AUTHORIZED ON 05/10 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000156051973 CARD 4079 | | $47.12 | $3,710.38 |
| 05/10/16 | PURCHASE AUTHORIZED ON 05/10 KING SOOPERS 400 RED C HIGHLANDS RAN CO P00386131648047788 CARD 7458 | | $21.53 | |
| 05/10/16 | PURCHASE AUTHORIZED ON 05/09 TIME PARK LOT 7 DENVER CO S386130753934455 CARD 4079 | | $14.00 | |
| 05/09/16 | PURCHASE AUTHORIZED ON 05/09 SAM'S Club LITTLETON SE CO P00000000050005388 CARD 7458 | | $323.78 | $3,793.03 |
| 05/09/16 | PURCHASE AUTHORIZED ON 05/08 OUTBACK 0626 CASTLE ROCK CO S466129041795868 CARD 4079 | | $38.86 | |
| 05/06/16 | LDS CHURCH DONATION 160506 8726499 EVANSON TERRY LEE | | $520.00 | $4,155.67 |
| 05/06/16 | PURCHASE AUTHORIZED ON 05/05 BART G CHRISTIANSE CENTENNIAL CO S006126702657006 CARD 4079 | | $300.00 | |
| 05/06/16 | PURCHASE AUTHORIZED ON 05/04 SPROUTS FARMERS MA CASTLE ROCK CO S306125600311068 CARD 4079 | | $6.22 | |
| 05/06/16 | eDeposit in Branch/Store 05/06/16 04:52:31 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $2,173.16 | | |
| 05/05/16 | SAFECO INSURANCE INS PREM 051016 71077376730 TERRY EVANSON | | $342.75 | $2,808.73 |
| 05/05/16 | PURCHASE AUTHORIZED ON 05/04 SAMSCLUB 6634 GAS LONE TREE CO S306125776081145 CARD 4079 | | $29.50 | |
| 05/05/16 | PURCHASE AUTHORIZED ON 05/04 UNITED PACIFIC 074 HIGHLNDS RNCH CO S586125715431299 CARD 7458 | | $8.92 | |
| 05/05/16 | PURCHASE AUTHORIZED ON 05/04 WALGREENS #07837 CASTLE ROCK CO S466125623807822 CARD 7458 | | $36.85 | |
| 05/04/16 | PURCHASE AUTHORIZED ON 05/02 GENGHIS GRILL DENV CENTENNIAL CO S466123681559486 CARD 4079 | | $22.68 | $3,226.75 |
| 05/03/16 | DISH NETWORK DISH NTWRK 043016 9060370845 SPA EVANSON,TERRY | | $131.67 | $3,249.43 |
| 05/03/16 | PURCHASE AUTHORIZED ON 05/02 UNITED PACIFIC 654 LONE TREE CO S586123830275532 CARD 4079 | | $9.06 | |
| 05/02/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $3,390.16 |
| 05/02/16 | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 05/02 SAMSCLUB #6634 LONE TREE CO P00000000754515807 CARD 7458 | | $130.50 | |
| 05/02/16 | PURCHASE AUTHORIZED ON 04/30 SHELL Service Station HIGHLANDS RAN CO P00386122187845844 CARD 4079 | | $4.44 | |
| 05/02/16 | PURCHASE AUTHORIZED ON 04/30 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000147080336 CARD 7458 | | $74.03 | |
| 05/02/16 | PURCHASE AUTHORIZED ON 04/29 SPROUTS FARMERS MA CASTLE ROCK CO S386120863081549 CARD 4079 | | $12.42 | |
| 05/02/16 | PURCHASE AUTHORIZED ON 04/28 TLF ASSOC WHOLESAL 303-4551234 CO S386119762117466 CARD 7458 | | $116.55 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 05/02/16 | PURCHASE AUTHORIZED ON 04/27 TLF ASSOC WHOLESAL 303-4551234 CO S306118669333769 CARD 7458 | | $238.75 | |
| Totals | | $11,815.91 | $5,917.46 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Equal Housing Lender
© 1995 – 2016 Wells Fargo. All rights reserved.