# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

In re:

TERRY LEE EVANSON
LYNETTE PEARCE EVANSON

    Debtors.

Case No. 13-19032 MER

Chapter 11

## NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the status and scheduling conference which was originally scheduled on August 22, 2016, at 1:30 p.m., is continued to **Monday, August 29, 2016, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

DATED: July 15, 2016

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202-2508