```
                        United States Bankruptcy Court
                              District of Colorado
In re:                                                      Case No. 13-19032-MER
Terry Lee Evanson                                           Chapter 11
Lynette Pearce Evanson
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: gonzalesc              Page 1 of 1                  Date Rcvd: Jul 15, 2016
                              Form ID: pdf904              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db/db          Terry Lee Evanson,   Lynette Pearce Evanson,   10175 S Oneida St,   Littleton, CO  80124-9608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@dabauerpc.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com,   tk_lesiak@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com,   Rhonda@ColoradoCreditorLaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey  Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Jeffrey  Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                             TOTAL: 12
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

In re:

TERRY LEE EVANSON
LYNETTE PEARCE EVANSON

    Debtors.

Case No. 13-19032 MER

Chapter 11

## NOTICE OF CONTINUED HEARING

    PLEASE TAKE NOTICE that the status and scheduling conference which was originally scheduled on August 22, 2016, at 1:30 p.m., is continued to **Monday, August 29, 2016, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

DATED: July 15, 2016        KENNETH S. GARDNER, CLERK

        By:    Deborah L. Beatty, Deputy Clerk
                United States Bankruptcy Court
                U.S. Custom House
                721 19th Street
                Denver, Colorado 80202-2508