DEBTOR: _TERRY & LYNETTE EVANSON_  MONTHLY OPERATING REPORT
CHAPTER 11

CASE NUMBER: _13-19032 MER_

## Form 2-A
## COVER SHEET

For Period Ending _6/30/16_

Accounting Method: ☐ Accrual Basis   ☒ Cash Basis

*THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts  IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts  WELLS FARGO + RED ROCKS |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: _6/20/16_   Print Name: _TERRY EVANSON_

Signature: _[signed]_

Title:

Rev. 12/10/2009

DEBTOR: Terry & Lynette Evanson    CASE NO: 13-19032MER

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 6/1/16 to 6/30/16

CASH RECEIPTS DETAIL                Account No: 3576
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| | Brighthouse | | $2270.92 |
| | Interest | | .08 |
| | S.S. | | 795.00 |
| | Business - Shelf Reliance | | 45.35 |
| | Business | | 1895.00 |

Total Cash Receipts    $ 5006.35 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson　　　　CASE NO: 13-19032 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/16 to 6/30/16

**CASH DISBURSEMENTS DETAIL**
*(attach additional sheets as necessary)*

Account No: 3574

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | | Gas | $50.24 |
| | | | House Ins. | 342.75 |
| | | | Medical | 114.00 |
| | | | Health Ins. | 80.96 |
| | | | Donation | 500.00 |
| | | | Life Ins. | 263.82 |
| | | | Internet/dish | 131.67 |
| | | | Personal | 392.92 |
| | | | Total | 1876.86 |
| | | | House Taxes | 2364.43 |
| | | | Business | 3181.13 |

Total Cash Disbursements　　$ 7422.42 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Page 3 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON        CASE NO: 13-19032 MER

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/16 to 6/30/16

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 9972.49 (1) | $ _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 1940.35 | |
|    Sale of Assets | | |
|    Loans/advances | 3066.00 | |
|    Other | | |
| Total Cash Receipts | $ 5006.35 | $ _____ |
| 3. Cash Disbursements | | |
|    Operations | 3181.13 | |
|    Debt Service/Secured loan payment | 4241.29 | |
|    Professional fees/U.S. Trustee fees | | |
|    Other | | |
| Total Cash Disbursements | $ 7422.42 | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | -2416.07 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 7556.42 (2) | $ _____ (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 7556.42 |
| DIP Operating Account | 3576. | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 7556.42 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON     CASE NO: 13-19032 MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 6/30/16

|  | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | | |
| Land | $ | $ |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| **TOTAL ASSETS** | $ 0 | $ |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ 0 | $ |
| **TOTAL LIABILITIES** | $ | $ |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ 0 | $ |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 0 | $ |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: _Terry & Lynette Evanson_   CASE NO: _13-19032 MER._

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period _6/1/16_ to _6/31/16_.

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 1940.35 | $ |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( ) |
| **Net Operating Revenue** | $ 1940.35 | $ |
| Cost of Goods Sold |  |  |
| **Gross Profit** | $ 1940.35 | $ |
| Operating Expenses | $ | $ |
|   Officer Compensation |  |  |
|   Selling, General and Administrative |  |  |
|   Rents and Leases |  |  |
|   Depreciation, Depletion and Amortization | 3181.13 |  |
|   Other (list): _____ |  |  |
|   _____ |  |  |
| Total Operating Expenses | $ 3181.13 | $ |
| **Operating Income (Loss)** | $ (1240.28) | $ |
| Non-Operating Income and Expenses | $ | $ |
|   Other Non-Operating Expenses |  |  |
|   Gains (Losses) on Sale of Assets |  |  |
|   Interest Income |  |  |
|   Interest Expense |  |  |
|   Other Non-Operating Income |  |  |
| Net Non-Operating Income or (Expenses) | $ 0 | $ |
| Reorganization Expenses |  |  |
|   Legal and Professional Fees | $ | $ |
|   Other Reorganization Expense |  |  |
| Total Reorganization Expenses | $ 0 | $ |
| Net Income (Loss) Before Income Taxes | $ (1240.28) | $ |
| Federal and State Income Tax Expense (Benefit) |  |  |
| **NET INCOME (LOSS)** | $ (1240.28) | $ |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson          CASE NO: 13-19032 MER

Form 2-E
SUPPORTING SCHEDULES
For Period: 6/1/16 to 6/30/16

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal State | $ | $ | $ |  |  | $ |
| FICA Tax Withheld |  |  |  |  |  |  |
| Employer's FICA Tax |  |  |  |  |  |  |
| Unemployment Tax Federal State |  |  |  |  |  |  |
| Sales, Use & Excise Taxes |  |  |  |  |  |  |
| Property Taxes |  |  |  |  |  |  |
| Accrued Income Tax: Federal State Other: |  |  |  |  |  |  |
| TOTALS | $ | $ | $ |  |  | $ |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation |  | $ — |  | $ |
| General Liability |  | $ — |  | $ |
| Property (Fire, Theft) | House - Safeco | $ same | 2/17 | $ 2/17 |
| Vehicle | Farmers | $ same | 10/16 | $ 10/16 |
| Other (list): |  | $ |  | $ |
|  |  | $ |  | $ |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: TERRY & LYNETTE EVANSON     CASE NO: 13-19032 mER.

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 6/1/16 to 6/30/16

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| | Total Post Petition Accounts Payable | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | 0 |
| Other: | | | | | |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON          CASE NO: 13-19032MER

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 6/30/16

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | 6206.31 $ | | | | |
| May | 5592.46 | | | | |
| June | 7422.42 | | | | |
| TOTAL 2nd Quarter | $ | 19221.19 $ | | | |
| July | $ | | | | |
| August | | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)] In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Page 1 of 1
Rev. 12/10/2009

DEBTOR: Terry + Lynette Evanson     CASE NO: 13-19032 MER.

Form 2-G
**NARRATIVE**
For Period Ending 6/30/14

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

[blank box]

Page 1 of 1
Rev. 12/10/2009



Wells Fargo Online®

## Account Activity

WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $6,112.57 |
| Pending Withdrawals/ Debits | -$327.26 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $5,785.31 |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show:  for  Date Range  06/01/16 to 06/30/16

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions   Note: Debit card transaction amounts may change | | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 06/30/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $7,556.42 |
| 06/30/16 | PURCHASE AUTHORIZED ON 06/30 THE HOME DEPOT 1508 LITTLETON CO P00586182726498185 CARD 4079 | | $117.46 | |
| 06/30/16 | PURCHASE AUTHORIZED ON 06/28 KNEADERS OF DRAPER DRAPER UT S386180720081590 CARD 4079 | | $15.94 | |
| 06/29/16 | PURCHASE AUTHORIZED ON 06/29 WALGREENS 6650 TIMBERL HIGHLANDS RAN CO P00586181600510814 CARD 4079 | | $7.86 | $7,797.01 |
| 06/29/16 | PURCHASE AUTHORIZED ON 06/27 KNEADERS OREM OREM UT S466179611270337 CARD 7458 | | $14.86 | |
| 06/28/16 | PURCHASE AUTHORIZED ON 06/28 SPROUTS FARMERS MKT#60 OREM UT P00386180680998691 CARD 4079 | | $250.00 | $7,819.73 |
| 06/28/16 | PURCHASE AUTHORIZED ON 06/28 SPROUTS FARMERS MKT#60 OREM UT P00306180679822940 CARD 4079 | | $25.15 | |
| 06/28/16 | PURCHASE AUTHORIZED ON 06/27 SAMSCLUB #4718 SOUTH JORDAN UT S386179548620735 CARD 4079 | | $36.96 | |
| 06/28/16 | PURCHASE AUTHORIZED ON 06/26 QUIZNO'S FRUITA CO S306178748308216 CARD 4079 | | $7.01 | |
| 06/28/16 | PURCHASE AUTHORIZED ON 06/26 LOCO 17 GAS FRUITA CO S586178743460856 CARD 4079 | | $26.16 | |
| 06/27/16 | PURCHASE AUTHORIZED ON 06/24 KING SOOPERS 400 RED C HIGHLANDS RAN CO P003061771191 76355 CARD 4079 | | $2.62 | $8,165.01 |
| 06/27/16 | PURCHASE AUTHORIZED ON 06/24 SPROUTS FARMERS MKT#32 LITTLETON CO P00586177102173051 CARD 4079 | | $57.99 | |
| 06/27/16 | PURCHASE AUTHORIZED ON 06/23 M & M CUT FLORA DENVER CO S306175710669675 CARD 7458 | | $209.05 | |
| 06/27/16 | PURCHASE AUTHORIZED ON 06/23 TLF ASSOC WHOLESAL 303-4551234 CO S586175661171938 CARD 7458 | | $181.03 | |
| 06/24/16 | PURCHASE AUTHORIZED ON 06/24 SPORTS AUTHORITY 0127 LITTLETON CO P00466177026092916 CARD 4079 | | $192.90 | $8,615.70 |
| 06/24/16 | PURCHASE AUTHORIZED ON 06/24 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000954375695 CARD 7458 | | $260.49 | |
| 06/24/16 | PURCHASE AUTHORIZED ON 06/23 SPROUTS FARMERS MKT#30 LONE TREE CO P00386176103898908 CARD 7458 | | $41.01 | |
| 06/24/16 | PURCHASE AUTHORIZED ON 06/23 SAMSCLUB 6634 GAS LONE TREE CO S306175814357774 CARD 4079 | | $18.57 | |
| 06/24/16 | PURCHASE AUTHORIZED ON 06/23 FLORAL SUPPLY SYND DENVER CO S466175688095438 CARD 7458 | | $10.00 | |
| 06/24/16 | PURCHASE AUTHORIZED ON 06/23 SAMS CLUB #6634 LONE TREE CO S086175594527706 CARD 7458 | | $33.68 | |

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 06/24/16 | BENFITHLTHAD95 TRANSACTIO EVANSON TERRY TERRY EVANSON | $1,135.46 | | |
| 06/23/16 | PURCHASE AUTHORIZED ON 06/23 THE HOME DEPOT 1508 LITTLETON CO P00306175808902831 CARD 4079 | | $179.92 | $8,036.89 |
| 06/23/16 | PURCHASE AUTHORIZED ON 06/23 SPORTS AUTHORITY 0134 LONE TREE CO P00386175789172873 CARD 4079 | | $144.16 | |
| 06/23/16 | PURCHASE AUTHORIZED ON 06/22 WALGREENS 7370 LAGAE R CASTLE ROCK CO P00466175080603749 CARD 4079 | | $24.91 | |
| 06/22/16 | PURCHASE AUTHORIZED ON 06/21 FRONTIER AI ZYJ9KD 720-3744390 CO S386173507094412 CARD 4079 | | $53.10 | $8,385.88 |
| 06/21/16 | PURCHASE AUTHORIZED ON 06/21 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000846046512 CARD 7458 | | $66.65 | $8,438.98 |
| 06/21/16 | PURCHASE AUTHORIZED ON 06/21 SAM'S Club LITTLETON SE CO P00000000453540307 CARD 7458 | | $314.78 | |
| 06/21/16 | PURCHASE AUTHORIZED ON 06/20 FRONTIER AI TF44UE 720-3744390 CO S306173155134357 CARD 4079 | | $53.10 | |
| 06/21/16 | PURCHASE AUTHORIZED ON 06/20 SAMS CLUB #6634 LONE TREE CO S166172791491961 CARD 4079 | | $31.05 | |
| 06/20/16 | INTEREST PAYMENT | $0.08 | | $8,904.56 |
| 06/20/16 | HUMANA, INC. INS PYMT 160617 235174141002235 174166 | | $80.96 | |
| 06/20/16 | PURCHASE AUTHORIZED ON 06/18 BEDBATH&BEYOND# 8467 S LITTLETON CO P00586170836668835 CARD 7458 | | $52.22 | |
| 06/20/16 | PURCHASE AUTHORIZED ON 06/18 LITTLE CAESARS 145 CASTLE ROCK CO S086170658575569 CARD 7458 | | $12.93 | |
| 06/17/16 | PURCHASE AUTHORIZED ON 06/16 ADVANCED DERMATOLO CENTENNIAL CO S306168765393859 CARD 4079 | | $50.00 | $9,050.59 |
| 06/16/16 | PURCHASE AUTHORIZED ON 06/16 SAM'S Club LITTLETON SE CO P00000000752237739 CARD 7458 | | $103.25 | $9,100.59 |
| 06/16/16 | PURCHASE AUTHORIZED ON 06/15 SPROUTS FARMERS MKT#30 CASTLE ROCK CO P00586168089663948 CARD 4079 | | $45.44 | |
| 06/15/16 | PURCHASE AUTHORIZED ON 06/15 THE HOME DEPOT 1508 LITTLETON CO P00586167826725285 CARD 4079 | | $149.69 | $9,249.28 |
| 06/15/16 | PURCHASE AUTHORIZED ON 06/15 KING SOOP 400 RED CEDA HIGHLANDS RAN CO P00000000436262611 CARD 7458 | | $5.52 | |
| 06/15/16 | PURCHASE AUTHORIZED ON 06/14 OPE 888-652-3990 OR S466166824655666 CARD 4079 | | $66.90 | |
| 06/15/16 | SSA TREAS 310 XXSOC SEC 061516 XXXXX9483B SSA LYNETTE P EVANSON | $795.00 | | |
| 06/14/16 | PURCHASE AUTHORIZED ON 06/14 HOB-LOB #117 8181 S. Q Centennial CO P00466166827860804 CARD 7458 | | $25.60 | $8,676.39 |
| 06/14/16 | PURCHASE AUTHORIZED ON 06/14 MICHAELS STORES INC971 ENGLEWOOD CO P00000000255707260 CARD 7458 | | $88.46 | |
| 06/14/16 | PURCHASE AUTHORIZED ON 06/13 SAMS CLUB #6634 LONE TREE CO S086165459360776 CARD 4079 | | $30.49 | |
| 06/14/16 | Shelf Reliance Home Party 2327 Lynette P Evanson | $45.35 | | |
| 06/13/16 | PURCHASE AUTHORIZED ON 06/09 AMATO WHOLESALE FL DENVER CO S086161749481941 CARD 7458 | | $283.09 | $8,775.59 |
| 06/10/16 | PURCHASE AUTHORIZED ON 06/09 SAMS CLUB #6634 LONE TREE CO S286161819313495 CARD 7458 | | $40.24 | $9,058.68 |
| 06/10/16 | BENFITHLTHAD95 TRANSACTIO EVANSON TERRY TERRY EVANSON | $1,135.46 | | |
| 06/09/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $7,963.46 |
| 06/09/16 | PURCHASE AUTHORIZED ON 06/09 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000639409187 CARD 7458 | | $175.09 | |
| 06/09/16 | PURCHASE AUTHORIZED ON 06/09 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000533779068 CARD 4079 | | $30.57 | |
| 06/09/16 | PURCHASE AUTHORIZED ON 06/08 OKINAWA SUSHI LONE TREE CO S466160676768521 CARD 4079 | | $22.23 | |
| 06/09/16 | PURCHASE AUTHORIZED ON 06/08 BART G CHRISTIANSE CENTENNIAL CO S006160587980637 CARD 4079 | | $64.00 | |
| 06/08/16 | PURCHASE AUTHORIZED ON 06/08 SPROUTS FARMERS MKT#30 LONE TREE CO P00586160775287595 CARD 7458 | | $19.58 | $8,304.79 |
| 06/08/16 | PURCHASE AUTHORIZED ON 06/08 HOB-LOB #117 8181 S. Q Centennial CO P00586160727408222 CARD 7458 | | $9.60 | |
| 06/08/16 | | | $36.70 | |

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 06/07 CHATFIELD TIME REN LITTLETON CO S386159734731007 CARD 4079 | | | |
| 06/06/16 | DOUGLASCTYTREAS GILALLC 160602 47-R0036767 TERRY & LYNETTE EVANSO | | $2,364.43 | $8,370.67 |
| 06/06/16 | SAFECO INSURANCE INS PREM 061216 71077376730 TERRY EVANSON | | $342.75 | |
| 06/06/16 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 06/06 KING SOOP 400 RED CEDA HIGHLANDS RAN CO P00000000351591573 CARD 4079 | | $22.50 | |
| 06/06/16 | PURCHASE AUTHORIZED ON 06/03 BIG 5 SPORTING GOO HIGHLANDS RAN CO S586156053186196 CARD 4079 | | $13.64 | |
| 06/03/16 | LDS CHURCH DONATION 160603 9350402 EVANSON TERRY LEE | | $500.00 | $11,113.99 |
| 06/03/16 | PURCHASE AUTHORIZED ON 06/01 SPROUTS FARMERS MA CASTLE ROCK CO S466154088680207 CARD 4079 | | $14.64 | |
| 06/02/16 | DISH NETWORK DISH NTWRK 053116 9060370845 SPA EVANSON,TERRY | | $131.67 | $11,628.63 |
| 06/02/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | |
| 06/02/16 | eDeposit in Branch/Store 06/02/16 04:09:30 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $1,895.00 | | |
| Totals | | $5,006.35 | $7,422.42 | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

Equal Housing Lender
© 1995 – 2016 Wells Fargo. All rights reserved.