**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

TERRY LEE EVANSON
LYNETTE PEARCE EVANSON

Debtors.

Case No. 13-19032 MER

Chapter 11

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the status and scheduling conference which was originally scheduled on August 29, 2016, at 1:30 p.m., is continued to **Tuesday, September 13, 2016, at 10:30 a.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado. Parties wishing to participate by telephone may call 1-888-684-8852. The access code is 9288499.

DATED: July 28, 2016

KENNETH S. GARDNER, CLERK

By:  Deborah L. Beatty, Deputy Clerk
     United States Bankruptcy Court
     U.S. Custom House
     721 19th Street
     Denver, Colorado 80202-2508