**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| SSN / ITIN: xxx-xx-9483 ) | Chapter 11 |
| Lynette Pearce Evanson ) | |
| SSN / ITIN: xxx-xx-5531 ) | |
| ) | |
| Debtors. ) | |

**JOINT STATUS REPORT REGARDING (i) UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT AND THE DEBTORS' RESPONSE THERETO AND (ii) THE DEBTORS' MOTION TO DISMISS AND THE UNITED STATES TRUSTEE'S RESPONSE THERETO**

The United States Trustee ("UST") and the Debtors, by and through their respective counsel, report as follows:

1. On April 12, 2016, the Court entered its Order Regarding Discovery Schedule pursuant to Fed.R.Bank.P. 7016 (Fed.R.Civ.P. 16(b)) and Notice of Scheduling Conference (the "Scheduling Order") relating to (i) the UST's Motion to Dismiss or Convert and the Debtors' response thereto and (ii) the Debtors' Motion to Convert and the UST's response thereto.

2. Through the Scheduling Order, a telephonic scheduling conference for the above motions and responses was originally scheduled for August 22, 2016, although the telephonic scheduling conference has since been rescheduled to September 13, 2016, at 10:30 a.m.

3. As required by Part 4 of the Scheduling Order, the UST and Debtors report as follows:

    a. The parties do not anticipate filing motions in limine.

    b. No experts were designated, so the parties do not anticipate challenging any experts.

    c. The parties believe that a trial will require approximately two hours of the Court's time.

Dated:  August 15, 2016	Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE


/s/  Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov


and

WEINMAN & ASSOCIATES, P.C.


By:  /s/ Jeffrey A. Weinman
Jeffrey A. Weinman, #7605
730 17th Street, Suite 240
Denver, CO 80202-3506
Telephone: (303) 572-1010
Facsimile: (303) 572-1011
jweinman@weinmanpc.com

Counsel for the Debtors

## CERTIFICATE OF SERVICE

      The undersigned certifies that on August 15, 2016, I served by prepaid first class mail, a copy of the JOINT STATUS REPORT REGARDING (i) UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT AND THE DEBTORS' RESPONSE THERETO AND (ii) THE DEBTORS' MOTION TO DISMISS AND THE UNITED STATES TRUSTEE'S RESPONSE THERETO on the following:

Terry Lee Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

Ted H. Merriam
Kevin A. Planegger
1625 Broadway
Suite 770
Denver, CO 80202

                                            /s/ Alan Motes
                                            Office of the United States Trustee