## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| September 13, 2016 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>TERRY LEE EVANSON and LYNETTE PEARCE EVANSON<br><br>Debtors | Case No. 13-19032 MER<br><br>Chapter 11 |

Appearances:

| Trustee | United States Trustee | Counsel | Alan Motes |
|---|---|---|---|
| Debtor | | Counsel | Jeff Weinman |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:

Scheduling Conference on: 1) United States Trustee's Motion to Dismiss or Convert Chapter 11 Case and Debtors' response; and 2) Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and United States Trustee's response

Orders:

This matter is set for hearing on Tuesday, October 18, 2016, at 9:00 a.m. A separate notice of hearing and scheduling order will enter.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
Deputy Clerk