United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 13-19032-MER
Terry Lee Evanson                                               Chapter 11
Lynette Pearce Evanson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: gonzalesc        Page 1 of 1        Date Rcvd: Sep 14, 2016
                            Form ID: pdf904        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db/db         Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO  80124-9608
aty          +Kevin A. Planegger,    Merriam Law Firm, P.C.,    1625 Broadway,    Suite 770,
               Denver, CO 80202-4717
aty          +Ted H. Merriam,    1625 Broadway,    Suite 770,    Denver, CO 80202-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@nelson-kennard.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@nelson-kennard.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com,   tk_lesiak@hollandhart.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com,   Rhonda@ColoradoCreditorLaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                             TOTAL: 12

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minutes of Proceeding**

| September 13, 2016 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>TERRY LEE EVANSON and LYNETTE PEARCE EVANSON<br><br>Debtors | Case No. 13-19032 MER<br><br>Chapter 11 |

Appearances:

| Trustee | United States Trustee | Counsel | Alan Motes |
|---|---|---|---|
| Debtor | | Counsel | Jeff Weinman |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:

Scheduling Conference on: 1) United States Trustee's Motion to Dismiss or Convert Chapter 11 Case and Debtors' response; and 2) Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and United States Trustee's response

Orders:

This matter is set for hearing on Tuesday, October 18, 2016, at 9:00 a.m.  A separate notice of hearing and scheduling order will enter.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
Deputy Clerk