DEBTOR: TERRY + LYNETTE EVANSON

**MONTHLY OPERATING REPORT**
CHAPTER 11

CASE NUMBER: 13-19032 MER

Form 2-A
**COVER SHEET**

For Period Ending 8-31-16.

**Accounting Method:** ☐ Accrual Basis ☒ Cash Basis

***THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH***

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts<br>IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts<br>WELLS FARGO + RED ROCKS |

***I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.***

**Executed on:** 8/21/16. **Print Name:** TERRY EVANSON

**Signature:** [signature]

**Title:**

DEBTOR: TERRY + LYNETTE EVANSON CASE NO: 13-19032MER.

Form 2-B

CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 8/1/16 to 8/31/16.

CASH RECEIPTS DETAIL Account No: 3576

*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| | Social Security | | $ 795.00 |
| | Income - Business | | 14363.92 |
| | | | 05 |
| | | | — |
| | Interest | | 49.74 |
| | Returns | | 3.68 |

Total Cash Receipts $ 15212.39 (1)

(1) *Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

DEBTOR: TERRY & LYNETTE EVANSON CASE NO: 13-19032 MER.

Form 2-B

CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 8/1/16 to 8/31/16

CASH DISBURSEMENTS DETAIL

*(attach additional sheets as necessary)*

Account No: 3576.

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| Life Insurance | | | | $ 263.82 |
| Gas | | | | 207.16 |
| Medical | | | | 240.00 |
| Health Ins. | | | | 161.92 |
| House Ins. | | | | 342.75 |
| Internet | | | | 333.98 |
| Trustee | | | | 650.00 |
| Personal. | | | | 699.26 |
| total. | | | | 2898.84 |
| Business Expenses | | | | 8734.24 |

Total Cash Disbursements $11633.08 (1)

(1) *Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR: TERRY + LYNETTE EVANSON CASE NO: 13-19032MER.

Form 2-B

CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 8/1/16 to 8/31/16.

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 7191.08 (1) | $ (1) |
| 2. Cash Receipts | | |
| Operations | 14363.92 | |
| Sale of Assets | | |
| Loans/advances | 848.47 | |
| Other | | |
| Total Cash Receipts | $ 15212.39 | $ |
| 3. Cash Disbursements | | |
| Operations | 8734.24 | |
| Debt Service/Secured loan payment | 2898.84 | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | $ 11633.08 | $ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 3579.31 | |
| 5 Ending Cash Balance (to Form 2-C) | $ 10,770.39 (2) | $ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | # 3576. | 10770.39 |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ 10770.39 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.*

*(2) All cash balances should be the same.*

DEBTOR: Terry + Lynette Evanson CASE NO: 13-19032 MER.

Form 2-C

# COMPARATIVE BALANCE SHEET

For Period Ended: 8/30/16

| | Current Month | Petition Date (1) |
|---|---|---|
| ***ASSETS*** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ | $ |
| Accounts Receivable (from Form 2-E) | | |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | | |
| Other Current Assets :(List) | | |
| Total Current Assets | $ | $ |
| Fixed Assets: | | |
| Land | $ | $ |
| Building | | |
| Equipment, Furniture and Fixtures | | |
| Total Fixed Assets | | |
| Less: Accumulated Depreciation | ( ) | ( ) |
| Net Fixed Assets | $ | $ |
| Other Assets (List): | | |
| TOTAL ASSETS | $ 0 | $ 0 |
| ***LIABILITIES*** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List): | | |
| Total Post Petition Liabilities | $ | $ |
| Pre Petition Liabilities: | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| Total Pre Petition Liabilities | $ | $ |
| TOTAL LIABILITIES | $ 0 | $ 0 |
| ***OWNERS' EQUITY*** | | |
| Owner's/Stockholder's Equity | $ | $ |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| TOTAL OWNERS' EQUITY | $ 0 | $ 0 |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ | $ |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*



Rev. 12/10/2009

DEBTOR: TERRY + LYNETTE EVANSON

CASE NO: 13-19032 MER.

Form 2-D

PROFIT AND LOSS STATEMENT

For Period 8/1/16 to 8/30/16

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 14363.92 | $ |
| Less: Discounts, Returns and Allowances | ( ) | ( ) |
| **Net Operating Revenue** | $ 14363.92 | $ |
| Cost of Goods Sold | 8734.24 | |
| **Gross Profit** | $ 5629.68 | $ |
| Operating Expenses | | |
| Officer Compensation | $ | $ |
| Selling, General and Administrative | | |
| Rents and Leases | | |
| Depreciation, Depletion and Amortization | | |
| Other (list): | | |
| Total Operating Expenses | $ | $ |
| **Operating Income (Loss)** | $ 5629.68 | $ |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ | $ |
| Gains (Losses) on Sale of Assets | | |
| Interest Income | | |
| Interest Expense | | |
| Other Non-Operating Income | | |
| Net Non-Operating Income or (Expenses) | $ | $ |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ | $ |
| Other Reorganization Expense | | |
| Total Reorganization Expenses | $ | $ |
| **Net Income (Loss) Before Income Taxes** | $ 5629.68 | $ |
| Federal and State Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $ 5629.68 | $ |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

DEBTOR: Terry + Lynette Evanson CASE NO: 13-19032 MER.

Form 2-E
SUPPORTING SCHEDULES
For Period: 8/1/16 to 8/31/16.

## POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ | $ | $ | | | $ |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: | | | | | | |
| Federal | | | | | | |
| State | | | | | | |
| Other: ________ | | | | | | |
| TOTALS | $ | $ | $ | | | $ 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

## INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | Safeco | $ Same | 2/17 | $ 2/17 |
| Vehicle | Farmers | $ Same | 10/16 | $ 10/16. |
| Other (list): | | $ | | $ |
| | | $ | | $ |

DEBTOR: TERRY + LYNETTE EVANSON CASE NO: 13-19032MER.

Form 2-E
SUPPORTING SCHEDULES
For Period: 8/1/16 to 8/30/16

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| | $ | $ |
| Under 30 days | | |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| Total Post Petition | | |
| Pre Petition Amounts | | |
| Total Accounts Receivable | $ | |
| Less: Bad Debt Reserve | | |
| Net Accounts Receivable (to Form 2-C) | $ | |
| | Total Post Petition Accounts Payable | $ 0 |

* Attach a detail listing of accounts receivable and post-petition accounts payable

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | 0 |
| Total | $ | $ | $ | | $ |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ 0 |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

DEBTOR: Terry + Lynette Evanson CASE NO: 13-19032MER.

Form 2-F
QUARTERLY FEE SUMMARY *
For the Month Ended: 8/30/16.

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | $ | | | | |
| February | | | | | |
| March | | | | | |
| TOTAL 1st Quarter | $ | $ | | | |
| April | $ | | | | |
| May | | | | | |
| June | | | | | |
| TOTAL 2nd Quarter | $ | $ | | | |
| July | 6838.51 $ | | | | |
| August | 11633.08 | | | | |
| September | | | | | |
| TOTAL 3rd Quarter | $ | $ | | | |
| October | $ | | | | |
| November | | | | | |
| December | | | | | |
| TOTAL 4th Quarter | $ | $ | | | |

**FEE SCHEDULE (as of JANUARY 1, 2008)**

*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

DEBTOR: TERRY + LYNETTE EVANSON CASE NO: 13-19032 MER.

Form 2-G

NARRATIVE

For Period Ending 8/30/16

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.



Wells Fargo Online®

## Account Activity

**WELLS FARGO AT WORK(SM) CHECKING XXXXXX3576**

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $11,978.07 |
| Pending Withdrawals/ Debits | -$106.00 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$11,872.07** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for **Date Range 08/01/16** to **08/31/16**

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 08/31/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | $10,770.39 |
| 08/31/16 | INTERNATIONAL PURCHASE TRANSACTION FEE | | $0.55 | |
| 08/31/16 | RECURRING PAYMENT INTL AUTHORIZED ON 08/30 UBER BV 866-576-1039 NL S086243470507458 CARD 4079 | | $18.57 | |
| 08/30/16 | PURCHASE AUTHORIZED ON 08/28 Grasshopper Sweets BOSTON MA S006241761671286 CARD 4079 | | $6.96 | $10,896.70 |
| 08/30/16 | PURCHASE AUTHORIZED ON 08/28 SOUTHWES 526260 800-435-9792 TX S166241445719921 CARD 4079 | | $40.00 | |
| 08/30/16 | PURCHASE AUTHORIZED ON 08/27 COLORADO BAGGAGE 1 LONE TREE CO S586240799568034 CARD 4079 | | $74.75 | |
| 08/29/16 | PURCHASE RETURN AUTHORIZED ON 08/27 SAM'S Club LITTLETON SE CO P00000000046673469 CARD 7458 | $49.74 | | $11,018.41 |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/28 SBARRO E EAST BOSTON MA S386242051611877 CARD 4079 | | $9.39 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/28 STOP N FUEL EAST BOSTON MA S306241840217070 CARD 4079 | | $2.80 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/28 DOCK SQUARE PARKIN BOSTON MA S386241826036666 CARD 4079 | | $36.00 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/28 REVOLUTIONARY BOSTON O BOSTON MA P00000000554159685 CARD 4079 | | $19.95 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/27 SPROUTS FARMERS LONE TREE CO P00000000542650509 CARD 4079 | | $38.82 | |
| 08/29/16 | ATM WITHDRAWAL AUTHORIZED ON 08/27 8677 SO QUEBEC ST HIGHLANDS RAN CO 0007736 ATM ID 0633S CARD 4079 | | $200.00 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/27 KING SOOP 400 RED CEDA HIGHLANDS RAN CO P00000000144350994 CARD 7458 | | $27.09 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/27 ACE HIGHLANDS RANC HIGHLANDS RAN CO S306240765481019 CARD 7458 | | $39.86 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/27 SAMS CLUB #6634 LONE TREE CO S586240743519292 CARD 7458 | | $40.90 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/27 CORNER STORE 4051 AURORA CO S306240739647123 CARD 4079 | | $12.01 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/27 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000254980553 CARD 7458 | | $234.84 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/26 KNEADERS OF CASTLE CASTLE ROCK CO S466239856976414 CARD 4079 | | $7.56 | |
| 08/29/16 | PURCHASE AUTHORIZED ON 08/26 KIWK DRY CLEAN SUP PARKER CO S306239575450609 CARD 7458 | | $94.81 | |
| 08/29/16 | | | $128.20 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| | PURCHASE AUTHORIZED ON 08/24 TLF ASSOC WHOLESAL 303-4551234 CO S386237703313326 CARD 7458 | | | |
| 08/29/16 | eDeposit in Branch/Store 08/27/16 01:10:23 PM 9233 E LINCOLN AVE LONE TREE CO 4079 | $5,122.00 | | |
| 08/26/16 | PURCHASE AUTHORIZED ON 08/26 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000347082739 CARD 7458 | | $116.16 | $6,738.90 |
| 08/26/16 | PURCHASE AUTHORIZED ON 08/24 AMATO WHOLESALE FL DENVER CO S286237743768147 CARD 7458 | | $69.48 | |
| 08/25/16 | PURCHASE AUTHORIZED ON 08/25 WM SUPERC Wal-Mart Sup CASTLE ROCK CO P00000000145288496 CARD 7458 | | $44.85 | $6,924.54 |
| 08/25/16 | PURCHASE AUTHORIZED ON 08/25 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000646978063 CARD 4079 | | $18.01 | |
| 08/25/16 | PURCHASE AUTHORIZED ON 08/23 PEI WEI SALT LAKE CIT UT S386236813188930 CARD 4079 | | $7.70 | |
| 08/25/16 | PURCHASE AUTHORIZED ON 08/23 TAKE CARE HEALTH C HIGHLANDS RAN CO S466236593888808 CARD 7458 | | $25.00 | |
| 08/24/16 | PURCHASE AUTHORIZED ON 08/24 SPROUTS FARMERS LONE TREE CO P00000000554053705 CARD 7458 | | $15.77 | $7,020.10 |
| 08/24/16 | PURCHASE AUTHORIZED ON 08/24 WALGREENS STORE 9141 S HIGHLANDS RAN CO P00586237659565522 CARD 7458 | | $99.99 | |
| 08/24/16 | PURCHASE AUTHORIZED ON 08/22 LOCO 17 GAS FRUITA CO S466235813405046 CARD 4079 | | $23.61 | |
| 08/24/16 | PURCHASE AUTHORIZED ON 08/22 FREDDYS FROZEN CUS CASTLE ROCK CO S586235807953328 CARD 7458 | | $9.05 | |
| 08/24/16 | PURCHASE AUTHORIZED ON 08/22 ZARLINGOS AUTOMOTI GRAND JUNCTIO CO S306235781232699 CARD 4079 | | $113.72 | |
| 08/24/16 | eDeposit in Branch/Store 08/24/16 03:57:35 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $1,133.96 | | |
| 08/23/16 | PURCHASE AUTHORIZED ON 08/23 BIG 5 SPORTING GOODS 3 HIGHLANDS RAN CO P00000000043390749 CARD 7458 | | $22.03 | $6,148.28 |
| 08/23/16 | PURCHASE AUTHORIZED ON 08/23 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000157149716 CARD 7458 | | $14.38 | |
| 08/23/16 | PURCHASE AUTHORIZED ON 08/23 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000455608858 CARD 7458 | | $366.99 | |
| 08/23/16 | PURCHASE AUTHORIZED ON 08/23 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000640479023 CARD 7458 | | $54.32 | |
| 08/23/16 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 08/23 WM SUPERC Wal-Mart Sup HIGHLANDS RAN CO P00000000143466497 CARD 7458 | | $76.24 | |
| 08/23/16 | PURCHASE AUTHORIZED ON 08/23 WALGREENS STORE 6650 T HIGHLANDS RAN CO P00466236614350806 CARD 7458 | | $42.75 | |
| 08/23/16 | PURCHASE AUTHORIZED ON 08/22 ARBYS 7214 GREEN RIVER UT S586236003696254 CARD 4079 | | $3.80 | |
| 08/23/16 | PURCHASE AUTHORIZED ON 08/22 FRONTIER AI OZPLYR 720-3744390 CO S386235819325416 CARD 4079 | | $139.00 | |
| 08/23/16 | PURCHASE AUTHORIZED ON 08/22 SAMS CLUB #6685 PROVO UT S166235662343620 CARD 4079 | | $20.94 | |
| 08/23/16 | PURCHASE AUTHORIZED ON 08/22 SQ *AUBERGINE & CO OREM UT S386235623422533 CARD 4079 | | $21.35 | |
| 08/23/16 | PURCHASE AUTHORIZED ON 08/21 QUIZNO'S FRUITA CO S386235092742737 CARD 4079 | | $7.01 | |
| 08/22/16 | HUMANA, INC. INS PYMT 160819 235174141002235 174167 | | $161.92 | $6,917.09 |
| 08/22/16 | PURCHASE AUTHORIZED ON 08/22 SHELL Service Station GRAND JUNCTIO CO P00466235787609252 CARD 4079 | | $21.58 | |
| 08/22/16 | PURCHASE AUTHORIZED ON 08/21 TSE 7 ELEVEN 726 HIGHLANDS RAN CO P00466234778530851 CARD 4079 | | $22.73 | |
| 08/22/16 | PURCHASE AUTHORIZED ON 08/20 SAMSCLUB 6634 GAS LONE TREE CO S386233583270645 CARD 4079 | | $29.92 | |
| 08/22/16 | PURCHASE AUTHORIZED ON 08/20 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000740128694 CARD 4079 | | $7.43 | |
| 08/22/16 | PURCHASE AUTHORIZED ON 08/20 SAM'S Club LITTLETON SE CO P00000000054974480 CARD 4079 | | $147.07 | |
| 08/22/16 | PURCHASE AUTHORIZED ON 08/20 SAFEWAY STORE 1548 LITTLETON CO P00466233553392035 CARD 4079 | | $32.92 | |
| 08/22/16 | PURCHASE AUTHORIZED ON 08/19 KNEADERS PARKER CO S586232595977042 CARD 4079 | | $11.86 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 08/22/16 | PURCHASE AUTHORIZED ON 08/17 TLF ASSOC WHOLESAL 303-4551234 CO S586230544852677 CARD 7458 | | $266.33 | |
| 08/19/16 | PURCHASE AUTHORIZED ON 08/19 WALGREENS STORE 6650 T HIGHLANDS RAN CO P00306232841259246 CARD 4079 | | $121.29 | $7,618.85 |
| 08/19/16 | PURCHASE AUTHORIZED ON 08/19 KING SOOP 400 RED CEDA HIGHLANDS RAN CO P00000000444079750 CARD 7458 | | $35.21 | |
| 08/19/16 | PURCHASE AUTHORIZED ON 08/17 WESTSIDE TOWING IN 303-6885244 CO S386231071971059 CARD 4079 | | $126.00 | |
| 08/19/16 | PURCHASE AUTHORIZED ON 08/17 KIWK DRY CLEAN SUP PARKER CO S466230794280968 CARD 4079 | | $84.83 | |
| 08/19/16 | PURCHASE AUTHORIZED ON 08/17 AMATO WHOLESALE FL DENVER CO S086230599571224 CARD 7458 | | $387.85 | |
| 08/18/16 | INTEREST PAYMENT | $0.05 | | $8,374.03 |
| 08/18/16 | PURCHASE AUTHORIZED ON 08/17 SAMSCLUB #6634 LITTLETON SE CO S306230802009049 CARD 7458 | | $28.03 | |
| 08/17/16 | PURCHASE AUTHORIZED ON 08/17 SAM'S Club LITTLETON SE CO P00000000642974851 CARD 7458 | | $53.21 | $8,402.01 |
| 08/17/16 | PURCHASE AUTHORIZED ON 08/16 FIRE BOWL CAFE ENGLEWOOD CO S386229631978884 CARD 4079 | | $22.04 | |
| 08/17/16 | PURCHASE AUTHORIZED ON 08/15 KNEADERS OF MERIDI ENGLEWOOD CO S306228646799958 CARD 4079 | | $13.63 | |
| 08/17/16 | SSA TREAS 310 XXSOC SEC 081716 XXXXX9483B SSA LYNETTE P EVANSON | $795.00 | | |
| 08/16/16 | PURCHASE AUTHORIZED ON 08/16 SAM'S Club LITTLETON SE CO P00000000433068773 CARD 7458 | | $276.91 | $7,695.89 |
| 08/16/16 | PURCHASE AUTHORIZED ON 08/16 PARTY CITY 8481 S Yose Denver Park M CO P00586229677273319 CARD 7458 | | $63.55 | |
| 08/16/16 | PURCHASE AUTHORIZED ON 08/16 THE HOME DEPOT #1508 LITTLETON CO P00306229667978245 CARD 7458 | | $36.62 | |
| 08/16/16 | PURCHASE AUTHORIZED ON 08/16 SPROUTS FARMERS LONE TREE CO P00000000255516808 CARD 7458 | | $31.80 | |
| 08/16/16 | PURCHASE AUTHORIZED ON 08/16 KING SOOP 5673S. QUEBE HIGHLANDS RAN CO P00000000556773633 CARD 7458 | | $25.53 | |
| 08/16/16 | PURCHASE AUTHORIZED ON 08/16 Wal-Mart Super Center HIGHLANDS RAN CO P00000000253419981 CARD 7458 | | $23.92 | |
| 08/16/16 | PURCHASE AUTHORIZED ON 08/16 Wal-Mart Super Center HIGHLANDS RAN CO P00000000353003715 CARD 7458 | | $127.09 | |
| 08/16/16 | PURCHASE AUTHORIZED ON 08/15 THE HOME DEPOT #1507 DENVER CO P00306229038203624 CARD 4079 | | $43.30 | |
| 08/16/16 | PURCHASE AUTHORIZED ON 08/15 SAMSCLUB #6634 LITTLETON SE CO S306228769297860 CARD 4079 | | $29.20 | |
| 08/16/16 | eDeposit in Branch/Store 08/16/16 11:25:11 AM 9233 E LINCOLN AVE LONE TREE CO 7458 | $1,090.00 | | |
| 08/15/16 | PURCHASE RETURN AUTHORIZED ON 08/15 THE HOME DEPOT #1507 DENVER CO P00306229030942159 CARD 4079 | $3.68 | | $7,263.81 |
| 08/15/16 | PURCHASE WITH CASH BACK $ 20.00 AUTHORIZED ON 08/15 THE HOME DEPOT #1508 LITTLETON CO P00306228765810157 CARD 4079 | | $28.91 | |
| 08/15/16 | ATM WITHDRAWAL AUTHORIZED ON 08/15 9233 E. LINCOLN AVE LITTLETON CO 0008665 ATM ID 9988S CARD 4079 | | $200.00 | |
| 08/15/16 | PURCHASE AUTHORIZED ON 08/13 Wal-Mart Super Center HIGHLANDS RAN CO P00000000845149525 CARD 7458 | | $50.41 | |
| 08/15/16 | PURCHASE AUTHORIZED ON 08/13 KIWK DRY CLEAN SUP PARKER CO S386226801243969 CARD 7458 | | $79.93 | |
| 08/15/16 | PURCHASE AUTHORIZED ON 08/13 HOB-LOB #92 10901 S Pa Parker CO P00306226791206614 CARD 7458 | | $39.91 | |
| 08/15/16 | PURCHASE AUTHORIZED ON 08/13 THE HOME DEPOT #1508 LITTLETON CO P00586226751022337 CARD 7458 | | $112.91 | |
| 08/15/16 | PURCHASE AUTHORIZED ON 08/13 OUTBACK 0626 CASTLE ROCK CO S466226038608555 CARD 4079 | | $36.91 | |
| 08/15/16 | PURCHASE AUTHORIZED ON 08/12 TLF ASSOC WHOLESAL 303-4551234 CO S586225727771068 CARD 7458 | | $175.69 | |
| 08/15/16 | PURCHASE AUTHORIZED ON 08/12 TMG049 DENVER, CO GREENWOOD VIL CO S466225676245660 CARD 4079 | | $15.44 | |
| 08/15/16 | PURCHASE AUTHORIZED ON 08/12 Andrew P Hummell D Centennial CO S006225631068950 CARD 7458 | | $50.00 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 08/12/16 | PURCHASE AUTHORIZED ON 08/11 SAMSCLUB 6634 GAS LONE TREE CO S466224666596321 CARD 7458 | | $34.03 | $8,050.24 |
| 08/12/16 | PURCHASE AUTHORIZED ON 08/11 BLACK EYED PEA CASTLE ROCK CO S466224018545596 CARD 4079 | | $23.94 | |
| 08/11/16 | PURCHASE AUTHORIZED ON 08/11 SAM'S Club LITTLETON SE CO P00000000953903495 CARD 7458 | | $123.93 | $8,108.21 |
| 08/10/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S42083752 EVANSON,LYNETTE OR TER | | $49.44 | $8,232.14 |
| 08/10/16 | PURCHASE AUTHORIZED ON 08/10 HOB-LOB #117 8181 S. Q Centennial CO P00306223839993129 CARD 7458 | | $50.10 | |
| 08/10/16 | PURCHASE AUTHORIZED ON 08/10 THE HOME DEPOT #1508 LITTLETON CO P00386223810613803 CARD 7458 | | $11.19 | |
| 08/10/16 | PURCHASE AUTHORIZED ON 08/09 YA YA E FAVORMART 626-667-2258 CA S586222534907588 CARD 7458 | | $257.54 | |
| 08/10/16 | eDeposit in Branch/Store 08/10/16 04:37:54 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $2,898.50 | | |
| 08/09/16 | PURCHASE AUTHORIZED ON 08/08 SAMSCLUB 6634 GAS LONE TREE CO S306221777300990 CARD 4079 | | $27.97 | $5,701.91 |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/08 TIRES PLUS 257039 LITTLETON CO P00466221774315054 CARD 4079 | | $125.90 | $5,729.88 |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/08 SAM'S Club LITTLETON SE CO P00000000056497109 CARD 7458 | | $332.16 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/06 SAFEWAY STORE 1548 LITTLETON CO P00306220171050899 CARD 7458 | | $39.76 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/06 KING SOOP 100 FOUNDERS CASTLE ROCK CO P00000000151563543 CARD 4079 | | $47.22 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/06 ACE HIGHLANDS RANCH HIGHLANDS RAN CO P00466219606659034 CARD 4079 | | $37.53 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/06 KING SOOP 5673S. QUEBE HIGHLANDS RAN CO P00000000150148961 CARD 4079 | | $86.79 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/06 SAMS CLUB SAM'S Club LITTLETON SE CO P00000000642647152 CARD 4079 | | $124.26 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/06 THE HOME DEPOT #1508 LITTLETON CO P00466219570990248 CARD 4079 | | $6.18 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/06 SPROUTS FARMERS LONE TREE CO P00000000545385810 CARD 4079 | | $17.94 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/05 IKEA CENTENNIAL CENTENNIAL CO S386218590862630 CARD 7458 | | $71.92 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/05 SAMS CLUB #6634 LONE TREE CO S086218510798588 CARD 7458 | | $26.76 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/05 SKY RIDGE MEDICAL 615-344-2404 CO S006218364102994 CARD 4079 | | $65.00 | |
| 08/08/16 | PURCHASE AUTHORIZED ON 08/04 TLF ASSOC WHOLESAL 303-4551234 CO S306217597291849 CARD 7458 | | $228.78 | |
| 08/08/16 | eDeposit in Branch/Store 08/08/16 12:35:15 PM 9233 E LINCOLN AVE LONE TREE CO 3576 | $1,133.96 | | |
| 08/05/16 | SAFECO INSURANCE INS PREM 081016 71077376730 TERRY EVANSON | | $342.75 | $5,806.12 |
| 08/05/16 | WITHDRAWAL MADE IN A BRANCH/STORE | | $300.00 | |
| 08/05/16 | PURCHASE AUTHORIZED ON 08/05 SPROUTS FARMERS LONE TREE CO P00000000541251873 CARD 7458 | | $49.06 | |
| 08/05/16 | PURCHASE AUTHORIZED ON 08/05 SAFEWAY STORE 1548 LITTLETON CO P00586219012975480 CARD 7458 | | $70.73 | |
| 08/05/16 | PURCHASE AUTHORIZED ON 08/05 SAFEWAY STORE 1548 LITTLETON CO P00466218750459953 CARD 4079 | | $3.45 | |
| 08/05/16 | PURCHASE AUTHORIZED ON 08/05 RESTAURANT DEPOT GREENWOOD VIL CO P00466218579600154 CARD 7458 | | $128.83 | |
| 08/05/16 | PURCHASE AUTHORIZED ON 08/05 SAM'S Club LITTLETON SE CO P00000000144808375 CARD 7458 | | $214.47 | |
| 08/05/16 | PURCHASE AUTHORIZED ON 08/04 AMATO WHOLESALE FL DENVER CO S166217654961506 CARD 7458 | | $269.05 | |
| 08/05/16 | PURCHASE AUTHORIZED ON 08/03 KNEADERS OF CASTLE CASTLE ROCK CO S586217014868628 CARD 4079 | | $9.18 | |
| 08/05/16 | PURCHASE AUTHORIZED ON 08/04 CV LINENS LINE 512-821-1178 TX S466215637795651 CARD 7458 | | $168.72 | |

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| 08/04/16 | CHECK # 152 | | $650.00 | $7,362.36 |
| 08/04/16 | PURCHASE AUTHORIZED ON 08/04 BEDBATH&BEYOND# 11435 PARKER CO P00306218017649353 CARD 7458 | | $34.55 | |
| 08/04/16 | eDeposit in Branch/Store 08/04/16 01:12:53 PM 8677 S QUEBEC ST HIGHLANDS RANCH CO 4079 | $2,985.50 | | |
| 08/03/16 | PURCHASE AUTHORIZED ON 08/03 SAM'S Club LITTLETON SE CO P00000000550170194 CARD 7458 | | $446.46 | $5,061.41 |
| 08/03/16 | PURCHASE AUTHORIZED ON 08/02 SAMSCLUB 6634 GAS LONE TREE CO S586215778052687 CARD 4079 | | $29.75 | |
| 08/03/16 | PURCHASE AUTHORIZED ON 08/02 YA YA E FAVORMART 626-667-2258 CA S306215661920285 CARD 7458 | | $109.97 | |
| 08/03/16 | PURCHASE AUTHORIZED ON 08/02 PHILLIPS 66 - TSE CASTLE PINES CO S586215565135522 CARD 4079 | | $3.45 | |
| 08/03/16 | PURCHASE AUTHORIZED ON 08/01 UROLOGY ASSOCIATES 303-733-8848 CO S586214712077300 CARD 4079 | | $50.00 | |
| 08/02/16 | CTL 8002441111 WEB 3037923202414 terryevanson@gmail.com | | $202.31 | $5,701.04 |
| 08/02/16 | PURCHASE AUTHORIZED ON 08/02 SAM'S Club LITTLETON SE CO P00000000246304885 CARD 7458 | | $236.54 | |
| 08/01/16 | DISH NETWORK DISH NTWRK 072816 9060370845 SPA EVANSON,TERRY | | $131.67 | $6,139.89 |
| 08/01/16 | TRANSAMERICA INS INSPAYMENT 37L/A 0S41730069 EVANSON, TERRY AND LYN | | $107.19 | |
| 08/01/16 | Cash eWithdrawal in Branch/Store 08/01/2016 2:28 PM 9233 E LINCOLN AVE LONE TREE CO 4079 | | $380.00 | |
| 08/01/16 | PURCHASE AUTHORIZED ON 07/31 HACIENDA COLORADO ENGLEWOOD CO S466213040042577 CARD 4079 | | $15.00 | |
| 08/01/16 | PURCHASE AUTHORIZED ON 07/29 SAMS CLUB #6634 LONE TREE CO S286211856984645 CARD 7458 | | $34.18 | |
| 08/01/16 | PURCHASE AUTHORIZED ON 07/29 LOAF N JUG #0011 CASTLE ROCK CO S006211792631476 CARD 7458 | | $8.00 | |
| 08/01/16 | PURCHASE AUTHORIZED ON 07/29 PSV*Strategic Inve 888-8982227 MD S306211708217809 CARD 4079 | | $97.00 | |
| 08/01/16 | PURCHASE AUTHORIZED ON 07/28 KNEADERS OF MERIDI ENGLEWOOD CO S466210724597340 CARD 4079 | | $7.34 | |
| 08/01/16 | PURCHASE AUTHORIZED ON 07/28 TLF ASSOC WHOLESAL 303-4551234 CO S466210632462510 CARD 7458 | | $198.72 | |
| 08/01/16 | PURCHASE AUTHORIZED ON 07/28 COLORADO FABRICS LITTLETON CO S466210600108962 CARD 7458 | | $22.09 | |
| 08/01/16 | PURCHASE AUTHORIZED ON 07/28 JOSEPH A HUMMELL D Centennial CO S166210562885581 CARD 7458 | | $50.00 | |
| **Totals** | | **$15,212.39** | **$11,633.08** | |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

**Equal Housing Lender**

© 1995 – 2016 Wells Fargo. All rights reserved.