# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
TERRY LEE EVANSON                               )      Case No. 13-19032 MER
LYNETTE PEARCE EVANSON,                         )      Chapter 11
                                                )
        Debtors.                                )

## UNOPPOSED MOTION TO CONTINUE HEARING

Terry Lee Evanson and Lynette Pearce Evanson, by and through proposed special counsel, Sender Wasserman Wadsworth, P.C., respectfully move this Court to continue the evidentiary hearing scheduled for October 18, 2016 in this case and, in support thereof, state as follows:

1. The Debtors are represented by Weinman & Associates, P.C. as general counsel in the within case.

2. The Court has scheduled an evidentiary hearing on (a) the Motion to Dismiss or Convert filed by the United States Trustee (Docket No. 158) and (b) the Motion to Dismiss filed by the Debtors (Docket No. 180) at 9:00 a.m. on October 18, 2016.

3. The hearing was set by the Court at a scheduling conference held on September 27, 2016.

4. It is the undersigned's understanding that Debtors' counsel Jeffrey Weinman represented at the scheduling conference that the Debtors would be seeking special counsel to represent them at the evidentiary hearing.

5. After the hearing was set, the Debtors retained the services of the undersigned as proposed special counsel to represent them at the hearing. The undersigned shall seek approval of his employment by separate motion.

6. Undersigned counsel agreed to represent the Debtors on the condition that the United States Trustee consent to a continuance of the October 18, 2016 hearing, as undersigned counsel will be out of town the five days prior to the hearing.

7. Undersigned counsel conferred with Alan Motes, trial attorney for the Office of the United States Trustee regarding the requested continuance, and is authorized to represent that the United States Trustee does not oppose the relief requested.

8. The Debtors request the Court vacate the October 18, 2016 hearing and continue the matter to a date as soon as practicable on the Court's calendar after October 31, 2016, exclusive of November 4-10, 2016, when Mr. Evanson will be out of state. The Debtors request a half-day setting and an extension of all other deadlines tied to the hearing date as set forth in the proposed order tendered herewith.

9. No party will be prejudiced by a brief continuance and the request is not made for improper purposes or to unduly delay this case.

WHEREFORE, the Debtors request that the Court continue the October 18, 2016 hearing and related deadlines as set forth herein and grant such other relief as deemed appropriate.

Dated this 30th day of September, 2016.

Respectfully submitted,

SENDER WASSERMAN WADSWORTH, P.C.

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
303-296-1999 / 303-296-7600 FAX
dwadsworth@sww-legal.com
Proposed Special Counsel to the Debtors

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 30th day of September, 2016, I mailed a true and correct copy of the **UNOPPOSED MOTION TO CONTINUE HEARING** via United States mail, postage prepaid thereon, to those persons listed below:

William C. Brittan
270 St. Paul Street, Suite 200
Denver, CO 80206

Kenneth J. Buechler
999 18th Street, Suite, 1230 S
Denver, CO 80202

Heather S. Cleary
999 18th Street, Suite 3100
Denver, CO 80202

Alexis L. Davidson
2594 South Lewis Way, Suite A
Lakewood, CO 80227

Lynette Pearce Evanson
Terry Lee Evanson
10175 South Oneida Street
Littleton, CO 80124-9608

Ted H. Merriam
Kevin A. Planegger
1625 Broadway, Suite 770
Denver, CO 80202

Jeffrey Weinman
730 17th Street, Suite 240
Denver, CO 80202

Diane A. Holbert
Douglas County Treasurer
100 Third Street
Attn: Stephanie Cook
Castle Rock, CO 80104

Clarissa M. Collier
555 17th Street, Suite 3200
Denver, CO 80202

Douglas D. Koktavy
10200 East Girard Avenue
Building B, Suite 120
Denver, CO 80231

US Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294
Attn: Alan K. Motes

        */s/ Rhonda A. Hanshe*
        For Sender Wasserman Wadsworth, P.C.