# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING

THIS MATTER having come before the Court on the unopposed motion filed by the Debtors seeking a continuance of the evidentiary hearing scheduled for 9:00 a.m. on October 18, 2016 (the "Motion") and the Court, having reviewed and considered the Motion and finding cause for the relief requested, hereby

ORDERS that the Motion is GRANTED. The Order and Notice of Evidentiary Hearing entered on September 27, 2016 (Docket No. 207) is hereby modified as follows:

(a) The evidentiary hearing scheduled in this case for October 18, 2016 is vacated and continued to _____, _____ at __:__ _.m.;

(b) The parties shall exchange witness and exhibit lists and file such lists as well as a list of uncontested background facts on or before _____, fourteen (14) days prior to the hearing date;

(c) Illustrative aids shall be exchanged on or before _____, eleven (11) days prior to the hearing date; and,

(d) Written objections directed to witnesses and exhibits must be filed with the Court and served on opposing counsel on or before _____, seven (7) days prior to the hearing date.

DATED this ____ day of _____, 2016.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE