**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

_____

**APPLICATION TO EMPLOY SENDER WASSERMAN WADSWORTH, P.C.**
**AS SPECIAL COUNSEL FOR THE DEBTORS-IN-POSSESSION**
_____

Terry Lee Evanson and Lynette Pearce Evanson (the "Debtors"), by and through proposed special counsel, Sender Wasserman Wadsworth, P.C., respectfully submits their Application to Employ Sender Wasserman Wadsworth, P.C. as Special Counsel for the Debtors-In-Possession, and in support thereof state as follows:

1. The Debtors filed their voluntary chapter 11 bankruptcy petition on May 28, 2013 (the "Petition Date").

2. Since the Petition Date, the Debtors have remained in possession of their assets and have operated their business and managed their financial affairs as Debtors-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. 11 U.S.C. § 327(e) provides for the employment of counsel that does not represent or hold an interest adverse to a debtor or the estate with respect to the matter on which counsel is to be employed, for a specific purpose.

4. The Debtors desire to employ Sender Wasserman Wadsworth, P.C. ("SWW") as special counsel to represent the Debtors in connection with the evidentiary hearing on (a) the Motion to Dismiss or Convert filed by the United States Trustee (Docket No. 158) and (b) the Motion to Dismiss filed by the Debtors (Docket No. 180).

5. David V. Wadsworth is the attorney most likely to perform services on behalf of the Debtors. Mr. Wadsworth's professional rate is $400.00 per hour. Other attorneys at SWW who may perform services on behalf of the Debtors bill at rates between $170.00 and $525.00 per hour. The hourly rate for SWW paralegals is $115.00.

6. SWW received a retainer from the Debtors in the amount of $5,000.00. SWW asserts a security interest in the retainer. In the event the case is converted to a chapter 7 proceeding, the security interest in the retainer may enable SWW to receive payment of its fees and expenses to the

extent of the retainer while other administrative expenses remain unpaid. Any sums remaining at the close of the representation will be refunded to the Debtors. There are no liens or interests in the retained funds other than the security interest claimed by SWW.

7. As stated in the Affidavit of David V. Wadsworth attached hereto as Exhibit 1, SWW does not hold or represent any interest adverse to the Debtors and the bankruptcy estate, except as stated herein and as described in the affidavit, and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) of the Bankruptcy Code.

8. To the best of SWW's knowledge, the firm has no connection with the Debtors, the creditors, the U.S. Trustee or any employee of the U.S. Trustee, or any other party in-interest herein, except that (a) SWW has previously represented the Debtors' bankruptcy counsel, Jeffrey A. Weinman, in his capacity as a bankruptcy trustee and (b) Mr. Wadsworth and SWW attorneys Harvey Sender and Daniel Hepner all serve as chapter 7 panel trustees in Colorado.

9. The Debtors believe that the employment of SWW as special counsel would be in the best interest of the creditors and the bankruptcy estate.

10. SWW requests that the Order approving this Application be granted *nunc pro tunc* to the date of September 29, 2016, the date SWW first provided services to the Debtors in connection with the above-captioned case.

11. SWW's compensation shall be subject to the approval of the Court, after additional motion and notice as provided by applicable law and as provided in the Order Establishing Interim Compensation Procedure for All Professionals dated June 17, 2013 (Docket No. 24).

WHEREFORE, the Debtors requests that the Court enter an Order in the form attached hereto (1) authorizing the Debtors to employ the law firm of Sender Wasserman Wadsworth, P.C. as special counsel in this bankruptcy case *nunc pro tunc* September 29, 2016, (2) approving the retainer in the amount of $5,000.00, and (3) granting such other and further relief as the Court deems just.

Dated this 3rd day of October, 2016.   Respectfully submitted,

SENDER WASSERMAN WADSWORTH, P.C.

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
(303) 296-1999; (303) 296-7600 (fax)
dwadsworth@sww-legal.com
Proposed Special Counsel for the Debtors