**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

**NOTICE PURSUANT TO L.B.R. 9013-1 OF APPLICATION TO EMPLOY SENDER WASSERMAN WADSWORTH, P.C. AS SPECIAL COUNSEL FOR THE DEBTORS-IN-POSSESSION**

**OBJECTION DEADLINE: OCTOBER 24, 2016.**

**YOU ARE HEREBY NOTIFIED THAT** Terry and Lynette Evanson (the "Debtors"), debtors-in-possession herein, have filed an Application to Employ Sender Wasserman Wadsworth, P.C. ("SWW") as special counsel for the Debtors with the bankruptcy court and requests therein the approval of said application. The Debtors seek authorization to employ SWW to represent Debtors in connection with the evidentiary hearing on (a) the Motion to Dismiss or Convert filed by the United States Trustee (Docket No. 158) and (b) the Motion to Dismiss filed by the Debtors (Docket No. 180)

To the best of its knowledge, SWW has no connection with any of the creditors of the Debtors, the Debtors or any other party in interest, their respective attorneys and/or accountants, the United States Trustee and any person employed by the Office of the United States Trustee other than as follows: (a) SWW has previously represented the Debtors' bankruptcy counsel, Jeffrey A. Weinman, in his capacity as a bankruptcy trustee and (b) Mr. Wadsworth and SWW attorneys Harvey Sender and Daniel Hepner all serve as chapter 7 panel trustees in Colorado..

The Debtors have provided a retainer to SWW in the amount of $5,000.00. SWW asserts a security interest in the retainer. In the event the case is converted to a chapter 7 proceeding, the security interest in the retainer may enable SWW to receive payment of its fees and expenses to the extent of the retainer while other administrative expenses remain unpaid. Any sums remaining at the close of the representation will be refunded to the Debtors. There are no liens or interests in the retained funds other than the security interest claimed by SWW.

A copy of the Application is available for inspection in the Bankruptcy Court Clerk's Office, 721 19th Street, Denver, Colorado 80202 or upon request from the undersigned. If you oppose the Application or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 3rd day of October, 2016.

Respectfully submitted,
SENDER WASSERMAN WADSWORTH, P.C.

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
(303) 296-1999; (303) 296-7600 (fax)
dwadsworth@sww-legal.com
Proposed Special Counsel for the Debtors