# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

_____

## CERTIFICATE OF SERVICE
_____

**9013-1 Certificate of Service of Motion, Notice, Cover Sheet and Proposed Order:**

      The undersigned certifies that on October 3, 2016, I served by prepaid first class mail a copy of the **APPLICATION TO EMPLOY SENDER WASSERMAN WADSWORTH, P.C. AS SPECIAL COUNSEL FOR THE DEBTORS-IN-POSSESSION,** Notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

William C. Brittan
270 St. Paul Street, Suite 200
Denver, CO 80206

Kenneth J. Buechler
999 18th Street, Suite, 1230 S
Denver, CO 80202

Heather S. Cleary
999 18th Street, Suite 3100
Denver, CO 80202

Alexis L. Davidson
2594 South Lewis Way, Suite A
Lakewood, CO 80227

Lynette Pearce Evanson
Terry Lee Evanson
10175 South Oneida Street
Littleton, CO 80124-9608

Ted H. Merriam
Kevin A. Planegger
1625 Broadway, Suite 770
Denver, CO 80202

Jeffrey Weinman
730 17th Street, Suite 240
Denver, CO 80202

Diane A. Holbert
Douglas County Treasurer
100 Third Street
Attn: Stephanie Cook
Castle Rock, CO 80104

Clarissa M. Collier  
555 17th Street, Suite 3200  
Denver, CO 80202

Douglas D. Koktavy  
10200 East Girard Avenue  
Building B, Suite 120  
Denver, CO 80231

US Trustee  
1961 Stout Street, Suite 12-200  
Denver, CO 80294  
Attn: Alan K. Motes

**2002-1 Certificate of Service of Notice and Cover Sheet**:

  The undersigned further certifies that on October 3, 2016, I served by prepaid first class mail a copy of the foregoing Notice in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on October 3, 2016.

                */s/ Rhonda A. Hanshe*  
                _____  
                For Sender Wasserman Wadsworth, P.C.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 13-19032-MER<br>District of Colorado<br>Denver<br>Mon Oct  3 14:53:53 MDT 2016 | Advantedge Business Group, LLC<br>9777 Pyramid Ct Ste 220<br>Englewood, CO  80112-6046 | Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus, OH  43231-7689 |
| American Express<br>PO Box 297879<br>Fort Lauderdale, FL  33329-7879 | American Express<br>PO Box 297879<br>Ft Lauderdale, FL  33329-7879 | American Express<br>PO Box 650448<br>Dallas, TX  75265-0448 |
| American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Bank Of America<br>PO Box 851001<br>Dallas, TX  75285-1001 | William C. Brittan<br>270 St. Paul St.<br>Ste. 200<br>Denver, CO 80206-5133 |
| Kenneth J. Buechler<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202-2499 | Castle Rock Security<br>400 W Division St<br>Syracuse, NY  13204-1438 | Chase<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 |
| Citi<br>PO Box 6077<br>Sioux Falls, SD  57117-6077 | Heather S. Cleary<br>999 18th St., Ste. 3100<br>Denver, CO 80202-2499 | Clarissa M. Collier<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 |
| Colorado Dept of Revenue<br>1375 Sherman St, Rm 504<br>Denver, CO  80261-0004 | Command Center, Inc.<br>C/O Heather Cleary & Thomas Kanan<br>999 18th St Ste 3100<br>Denver, CO  80202-2499 | Alexis L. Davidson<br>2594 S. Lewis Way<br>Ste. A<br>Lakewood, CO 80227-2839 |
| Discover<br>PO Box 29033<br>Phoenix, AZ  85038-9033 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Douglas County Treasurer<br>Attn: Stephanie Cook<br>100 Third Street<br>Castle Rock, CO 80104-2425 |
| Lynette Pearce Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | Terry Lee Evanson<br>10175 S Oneida St<br>Littleton, CO 80124-9608 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Hill Property<br>PO Box 4389<br>Taber, Alberta<br>Canada, | Diane A. Holbert<br>Douglas County Treasurer<br>100 Third Street<br>Attn: Stephanie Cook<br>Castle Rock, CO 80104-2425 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Houslanger & Associates, PLLC<br>372 New York Ave<br>Huntington, NY  11743-3311 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Douglas D. Koktavy<br>10200 E. Girard Ave.<br>Building B Ste 120<br>Denver, CO 80231-5500 |

| | | |
|---|---|---|
| Lowes<br>PO Box 530954<br>Atlanta, GA  30353-0954 | Ted H. Merriam<br>1625 Broadway<br>Suite 770<br>Denver, CO 80202-4717 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| NCO Financial Systems, Inc.<br>355 Union Blvd Ste 350<br>Lakewood, CO  80228-1528 | NTL Capital, LLC. c/o Hidden Oak Group,Inc.<br>35 E. Grassy Sprain Road Ste. 210<br>Yonkers, NY 10710-4613 | North Shore Agency<br>4000 E 5th Ave<br>Columbus, OH  43219-1811 |
| Kevin A. Planegger<br>Merriam Law Firm, P.C.<br>1625 Broadway<br>Suite 770<br>Denver, CO 80202-4717 | Provo Dental<br>1355 N University Ave Ste 330<br>Provo, UT  84604-2721 | Red Rocks Credit Union<br>9325 Dorchester St Ste 200<br>Highlands Ranch, CO  80129-2519 |
| Santander Consumer USA<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | U.S. Bank<br>C/O Law Office Of David A. Bauer, P.C.<br>2594 S Lewis Way Unit A<br>Lakewood, CO  80227-2839 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank<br>PO Box 790401<br>Saint Louis, MO  63179-0401 | US Bank<br>c/o Jeanne Mehan/ SBLC/PD-OR-PL2<br>555 SW Oak St. 220<br>Portland, OR 97204-1767 |
| US Trustee 11<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | David Wadsworth<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 |
| Wells Fargo<br>PO Box 30097<br>Los Angeles, CA  90030-0097 | Wells Fargo<br>PO Box 5247<br>Denver, CO  80217-5247 | Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 |
| Wells Fargo Bank N.A.<br>PO Box 10438 MAC X2505-036<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA  90030-0086 |
| Westcore Pyramid LP<br>PO Box 748175<br>Los Angeles, CA  90074-8175 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Home Depot<br>Processing Center<br>Des Moines, IA  50364-0500 | Sprint<br>6391 Sprint Parkway<br>Overland Park, KS  66251-6100 | (d)Sprint<br>PO Box 4191<br>Carol Stream, IL  60197-4191 |
| (d)Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Keith Anderson | (u)Command Center, Inc. | (u)Discover Bank |
| (u)Moreton Insurance of Colorado | (u)Santander Consumer USA, Inc. | End of Label Matrix<br>Mailable recipients   54<br>Bypassed recipients    5<br>Total                 59 |