# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| SSN / ITIN: xxx-xx-9483 ) | Chapter 11 |
| Lynette Pearce Evanson ) | |
| SSN / ITIN: xxx-xx-5531 ) | |
| ) | |
| Debtors. ) | |

## UNITED STATES TRUSTEE'S LIST OF WITNESSES AND EXHIBITS

The United States Trustee ("UST"), by and through counsel, hereby designates the following witnesses and exhibits[1] for the hearing on (i) the UST's Motion to Dismiss or Convert Chapter 11 Case and the Debtors' Objection thereto and (ii) the Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and UST's Objection thereto, currently set for Tuesday, October 18, 2016, at 9:00 a.m., in the United States Bankruptcy Court for the District of Colorado, Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado, before the Honorable Michael E. Romero.

### WITNESSES

The UST will call the following witnesses:

1.  Terry Lee Evanson, Debtor, to testify as to all matters relevant to the UST's Motion to Dismiss or Convert and the Debtors' Motion to Dismiss, including documents filed by the Debtors, such as the Schedules, Statement of Financial Affairs, and monthly operating reports filed in this case, the asserted mortgage claim against the Debtors' residence and documentation related thereto, the origination, history, and any assignment of the mortgage loan, criminal proceedings relating to Dennis Evanson, and communications with the IRS concerning the asserted mortgage loan.

2.  Mary Logan, Bankruptcy Analyst with the Office of United States Trustee, to testify as a summary fact witness regarding all aspects of the Debtors' bankruptcy case, including documents filed by the Debtors, such as the Schedules, Statement of Financial Affairs,

---

[1] The Debtors recently obtained special counsel, Sender Wasserman Wadsworth, P.C. ("SWW"), to represent them in connection with the hearing scheduled for October 18 on the parties' respective motions. On September 30, 2016, SWW filed on behalf of the Debtors an uncontested motion for a continuance of the October 18 hearing and for a corresponding extension of pretrial deadlines. Because that motion has not yet been granted, the UST files this Witness & Exhibit List in order to comply with the Court's Order and Notice of Evidentiary Hearing dated September 27, 2016, but reserves the right to amend or supplement his list of witnesses and exhibits, including in the event that the Court extends pretrial deadlines as requested by SWW.

and monthly operating reports, regarding documents received from the Debtors concerning their alleged mortgage loan, and regarding criminal proceedings relating to Dennis Evanson.

The UST may call the following witnesses:

1.	Lynette Pearce Evanson, Debtor, to testify as to all matters relevant to the UST's Motion to Dismiss or Convert and the Debtors' Motion to Dismiss, including documents filed by the Debtors, such as the Schedules, Statement of Financial Affairs, and monthly operating reports filed in this case, the asserted mortgage claim against the Debtors' residence and documentation related thereto, the origination, history, and any assignment of the mortgage loan, criminal proceedings relating to Dennis Evanson, and communications with the IRS concerning the asserted mortgage loan.

2.	Any witness endorsed by the Debtors or any other party or present in the courtroom and necessary for impeachment or rebuttal.

## EXHIBITS

The UST intend to introduce at the hearing those exhibits enumerated in Attachment 1, attached hereto and incorporated herein and reserves the right to supplement his exhibits as necessary.

Dated:  October 4, 2016                                  Respectfully submitted,

	PATRICK S. LAYNG
	UNITED STATES TRUSTEE


	/s/  Alan K. Motes
	By: Alan K. Motes, #33997
	Trial Attorney for the U.S. Trustee
	1961 Stout Street, Suite 12-200
	Denver, Colorado 80294
	(303) 312-7999 telephone
	(303) 312-7259 facsimile
	Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below a copy of the **UNITED STATES TRUSTEE'S LIST OF WITNESSES AND EXHIBITS** was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: October 4, 2016

Terry Lee Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

David Wadsworth
1660 Lincoln St.
Ste. 2200
Denver, CO 80264

                                             /s/ Sherri Barnett
                                             Office of the United States Trustee

# ATTACHMENT 1

In re: )
 )
Terry Lee Evanson ) Case No. 13-19032 MER
SSN / ITIN: xxx-xx-9483 ) Chapter 11
Lynette Pearce Evanson )
SSN / ITIN: xxx-xx-5531 )
 )
 Debtors. )

## UNITED STATES TRUSTEE'S EXHIBITS FOR HEARING

Submitted by: The United States Trustee
In connection with: 10/18/16 hearing on (i) the UST's Motion to Dismiss or Convert Chapter 11 Case and the Debtors' Objection thereto and (ii) the Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and UST's Objection thereto.

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 1 | Statement of Financial Affairs and Schedules filed 6/11/13 (Docket No. 21) | | | |
| 2 | Amended Schedules D, E, and F filed 2/11/14 (Docket No. 103) | | | |
| 3 | Deed of Trust with Cottonwood Financial Services, L.C. | | | |
| 4 | Indictment filed on 11/2/05 in Case No. 2:05CR00805-TC in the U.S. District Court for the District of Utah | | | |
| 5 | Second Amended Judgment filed 9/9/08 in Case No. 2:05CR00805-TC in the U.S. District Court for the District of Utah | | | |
| 6 | Assignment and Transfer in Cancellation of Obligation and Cover Sheet | | | |
| 7 | Unexecuted Closing Agreement with IRS and cover letter from IRS dated 3/19/13 | | | |

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 8 | IRS Documentation regarding Cancellation of Indebtedness Income | | | |
| 9 | United States Trustee's Request for Production of Documents | | | |
| 10 | Proof of Claim No. 6-3 filed by the IRS | | | |
| 11 | Transcript of 6/30/16 Deposition of Terry Evanson | | | |
| | All exhibits identified by the Debtors or any other party | | | |
| | Any document necessary for purposes of impeachment or rebuttal. | | | |