# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Terry Lee Evanson ) | Case No. 13-19032 MER |
| SSN / ITIN: xxx-xx-9483 ) | Chapter 11 |
| Lynette Pearce Evanson ) | |
| SSN / ITIN: xxx-xx-5531 ) | |
| ) | |
| Debtors. ) | |

## UNITED STATES TRUSTEE'S STATEMENT REGARDING UNCONTESTED BACKGROUND FACTS

The United States Trustee ("UST"), by and through his counsel, files this Statement regarding Uncontested Background Facts and states as follows:

1. On September 27, 2016, this Court entered its Order and Notice of Evidentiary Hearing, which set an evidentiary hearing for October 18, 2016, at 9:00 a.m. on the UST's Motion to Dismiss or Covert and the Debtors' Motion to Dismiss. The Court also set various pretrial deadlines, including a deadline of October 4, 2016, for the parties to submit a list of uncontested background facts.

2. Within the past few business days, the Debtors obtained proposed special counsel, Sender Wasserman Wadsworth, P.C. ("SWW"), to represent them in connection with the hearing currently scheduled for October 18. On September 30, 2016, SWW filed on behalf of the Debtors an uncontested motion for a continuance of the October 18 hearing and for a corresponding extension of pretrial deadlines.

3. Because the Debtors have only recently obtained special counsel, the UST and proposed special counsel have not yet had an opportunity to confer and prepare a list of uncontested background facts.

4. Undersigned counsel believes that many or most of the relevant facts can be submitted via stipulation, and expects that the parties will submit a statement of stipulated facts in accordance with any extended deadline set by the Court, or promptly upon any order denying the Debtors' request for a continuance and extension of deadlines.

5. To the extent that the Court denies the Debtors' request for a continuance and extension of deadlines, the UST requests a brief extension of time for the parties to confer and prepare a stipulated list of background facts.

Dated: October 4, 2016

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 4, 2016, I served by prepaid first class mail, a copy of the **UNITED STATES TRUSTEE'S STATEMENT REGARDING UNCONTESTED BACKGROUND FACTS** to the following:

Terry Lee Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Lynette Pearce Evanson
10175 S Oneida St
Littleton, CO 80124-9608

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

David Wadsworth
1660 Lincoln St.
Ste. 2200
Denver, CO 80264

/s/ Sherri Barnett
Office of the United States Trustee