```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                               Case No. 13-19032-MER
Terry Lee Evanson                                                    Chapter 11
Lynette Pearce Evanson
         Debtors                   CERTIFICATE OF NOTICE
District/off: 1082-1          User: cosior                 Page 1 of 1                  Date Rcvd: Oct 06, 2016
                              Form ID: pdf904              Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2016.
db/db          Terry Lee Evanson,    Lynette Pearce Evanson,   10175 S Oneida St,   Littleton, CO   80124-9608
aty           +Kevin A. Planegger,   Merriam Law Firm, P.C.,   1625 Broadway,    Suite 770,
                Denver, CO 80202-4717
aty           +Ted H. Merriam,    1625 Broadway,   Suite 770,   Denver, CO 80202-4717
intp          +Diane A. Holbert,    Douglas County Treasurer,   100 Third Street,   Attn: Stephanie Cook,
                Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2016 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee   US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Plaintiff   Discover Bank adavidson@nelson-kennard.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Creditor   Discover Bank adavidson@nelson-kennard.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor   Moreton Insurance of Colorado
               CMCollier@hollandhart.com,   tk_lesiak@hollandhart.com
              David Wadsworth    on behalf of Debtor Terry Lee Evanson dvw@sendwass.com,
               rhonda@sendwass.com;ECFDWadsworth@gmail.com
              David Wadsworth    on behalf of Debtor Lynette Pearce Evanson dvw@sendwass.com,
               rhonda@sendwass.com;ECFDWadsworth@gmail.com
              Douglas D. Koktavy    on behalf of Creditor   Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com,   Rhonda@ColoradoCreditorLaw.com
              Heather S. Cleary    on behalf of Creditor   Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Kenneth J. Buechler    on behalf of Creditor   Command Center, Inc. ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                             TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING

THIS MATTER having come before the Court on the unopposed motion filed by the Debtors seeking a continuance of the evidentiary hearing scheduled for 9:00 a.m. on October 18, 2016 (the "Motion") and the Court, having reviewed and considered the Motion and finding cause for the relief requested, hereby

ORDERS that the Motion is GRANTED. The Order and Notice of Evidentiary Hearing entered on September 27, 2016 (Docket No. 207) is hereby modified as follows:

(a) The evidentiary hearing scheduled in this case for October 18, 2016 is vacated and continued to Monday, November 21, 2016 at 1:30 a.m.;

(b) The parties shall exchange witness and exhibit lists and file such lists as well as a list of uncontested background facts on or before November 7, 2016, fourteen (14) days prior to the hearing date;

(c) Illustrative aids shall be exchanged on or before Nov. 10, 2016, eleven (11) days prior to the hearing date; and,

(d) Written objections directed to witnesses and exhibits must be filed with the Court and served on opposing counsel on or before Nov. 14, 2016, seven (7) days prior to the hearing date.

DATED this 6th day of October, 2016.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE