# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On October 3, 2016, Terry Lee Evanson and Lynette Pearce Evanson, Debtors herein ("Movant"), filed an application pursuant to L.B.R. 9013-1 entitled Application to Employ Sender Wasserman Wadsworth, P.C. as Special Counsel for the Debtors-in-Possession ("Application") and a Notice Pursuant to L.B.R. 9013-1 of the Application ("Notice"). Movant hereby certifies that the following is true and correct:

1. Service of the Application, Notice and proposed order was timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the Certificate of Service, L.B.R. Form 9013-1.2, previously filed on October 3, 2016.

2. Mailing of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1, as is shown on the Certificate of Service, L.B.R. Form 9013-1.2, previously filed on October 3, 2016.

3. The docket numbers for each of the following relevant documents are:

   a. the Application and all documents attached thereto and served therewith, (Docket No. 210);
   b. the Notice, (Docket No. 211);
   c. the Certificate of Service of the Application and the Notice, (Docket No. 212); and
   d. the proposed order, (Docket No. 210).

4. No objections to or requests for hearing on the Application were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the Notice (October 24, 2016).

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which was previously submitted, granting the requested relief.

DATED this 25th day of October, 2016.

                                                Respectfully submitted,

                                                SENDER WASSERMAN WADSWORTH, P.C.

                                                */s/ David V. Wadsworth*
                                                David V. Wadsworth, #32066
                                                1660 Lincoln Street, Suite 2200
                                                Denver, Colorado 80264
                                                (303) 296-1999; (303) 296-7600 (fax)
                                                dwadsworth@sww-legal.com
                                                Proposed Special Counsel for the Debtors

---

Court Use Only:  The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for a hearing on this motion have been entered.

Dated:                                                                      _____
                                                                     Signature of Deputy Clerk