**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**ORDER GRANTING APPLICATION TO EMPLOY SENDER WASSERMAN WADSWORTH, P.C. AS SPECIAL COUNSEL FOR THE DEBTORS-IN-POSSESSION**

THE COURT, having examined the Debtors' Application to Employ Sender Wasserman Wadsworth, P.C. as Special Counsel for the Debtors-in-Possession and the Affidavit in support thereof, and it appearing that the law firm of Sender Wasserman Wadsworth, P.C., the proposed attorneys, are duly admitted to practice in this Court, and the Court being satisfied that the law firm of Sender Wasserman Wadsworth, P.C. represents no interest adverse to the Debtors and the creditors to the estate, nor do said attorneys represent any interest adverse to the estate in the matters upon which they are to be engaged, that their appointment is necessary and would be in the best interests of the estate, hereby

ORDERS that the Debtor is authorized to employ the law firm of Sender Wasserman Wadsworth, P.C., *nunc pro tunc* September 29, 2016 to represent the Debtors as special counsel, and

FURTHER ORDERS that the retainer in the amount of $5,000.00 is approved. Sender Wasserman Wadsworth, P.C. shall make application to the Court for payment of fees and expenses.

DONE AND SIGNED this 26th day of October, 2016.

BY THE COURT:

_____
United States Bankruptcy Judge