```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                            Case No. 13-19032-MER
Terry Lee Evanson                                                 Chapter 11
Lynette Pearce Evanson
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: cosior                 Page 1 of 1                  Date Rcvd: Oct 27, 2016
                               Form ID: pdf904              Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
db/db          Terry Lee Evanson,    Lynette Pearce Evanson,    10175 S Oneida St,    Littleton, CO  80124-9608
aty           +Kevin A. Planegger,    Merriam Law Firm, P.C.,    1625 Broadway,    Suite 770,
                Denver, CO 80202-4717
aty           +Ted H. Merriam,    1625 Broadway,    Suite 770,    Denver, CO 80202-4717
intp          +Diane A. Holbert,    Douglas County Treasurer,    100 Third Street,    Attn: Stephanie Cook,
                Castle Rock, CO 80104-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Plaintiff    Discover Bank adavidson@nelson-kennard.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@nelson-kennard.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com,   tk_lesiak@hollandhart.com
              David Wadsworth    on behalf of Debtor Terry Lee Evanson dvw@sendwass.com,
               rhonda@sendwass.com;ECFDWadsworth@gmail.com
              David Wadsworth    on behalf of Debtor Lynette Pearce Evanson dvw@sendwass.com,
               rhonda@sendwass.com;ECFDWadsworth@gmail.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com,   Rhonda@ColoradoCreditorLaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                             TOTAL: 14
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

_____

### ORDER GRANTING APPLICATION TO EMPLOY SENDER WASSERMAN WADSWORTH, P.C. AS SPECIAL COUNSEL FOR THE DEBTORS-IN-POSSESSION

_____

THE COURT, having examined the Debtors' Application to Employ Sender Wasserman Wadsworth, P.C. as Special Counsel for the Debtors-in-Possession and the Affidavit in support thereof, and it appearing that the law firm of Sender Wasserman Wadsworth, P.C., the proposed attorneys, are duly admitted to practice in this Court, and the Court being satisfied that the law firm of Sender Wasserman Wadsworth, P.C. represents no interest adverse to the Debtors and the creditors to the estate, nor do said attorneys represent any interest adverse to the estate in the matters upon which they are to be engaged, that their appointment is necessary and would be in the best interests of the estate, hereby

ORDERS that the Debtor is authorized to employ the law firm of Sender Wasserman Wadsworth, P.C., *nunc pro tunc* September 29, 2016 to represent the Debtors as special counsel, and

FURTHER ORDERS that the retainer in the amount of $5,000.00 is approved. Sender Wasserman Wadsworth, P.C. shall make application to the Court for payment of fees and expenses.

DONE AND SIGNED this 26th day of October, 2016.

BY THE COURT:

_____
United States Bankruptcy Judge