# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TERRY LEE EVANSON | ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

_____

## STIPULATED LIST OF UNCONTESTED BACKGROUND FACTS
_____

Terry and Lynette Evanson ("Debtors") and the United States Trustee ("UST" and, together with the Debtors, the "Parties"), by and through their respective undersigned counsel, submit the following stipulated list of uncontested background facts:

1. The Parties stipulate and agree that "cause" for conversion or dismissal exists under 11 U.S.C. § 1112(b)(1) and that the only disputed issue for determination is whether conversion or dismissal is "in the best interests of creditors and the estate."

2. The Debtors commenced their chapter 11 bankruptcy case more than two years ago, on May 28, 2013.

3. The debts scheduled by the Debtors are primarily business debts.

4. The Debtors are the owners in fee simple of the real property and improvements located at 10175 S. Oneida Street, Littleton, Colorado 80124 (the "Property").

5. In their Schedule A (Docket No. 21), the Debtors valued the Property at $957,000.

6. The Debtors have resided at the Property since 1988 and claim the maximum homestead exemption allowed under Colorado law.

7. A Deed of Trust against the Property in favor of Cottonwood Financial Services, L.C. ("Cottonwood"), a Utah limited liability company, was recorded with the Douglas County Clerk and Recorder on April 22, 2002, at Reception No. 2002038573.

8. On July 30, 2002, Washington Mutual Bank released a deed of trust against the Property at Reception No. 2002073539.

9. On March 1, 2007, Financial Federal Credit Union recorded a deed of trust against the Property at Reception No. 2007017813.

10. On December 11, 2012, an Assignment and Transfer in Cancellation of Obligation (the "Assignment") was recorded with the Douglas County Clerk and Recorder at Reception No. 2012095509.

11. On May 6, 2013, the Internal Revenue Service filed a federal tax lien against the Property at Reception No. 2013037330.

12. In their original Schedule D filed June 11, 2013 (Docket No. 21), the Debtors scheduled a mortgage claim in favor of Hill Property in the amount of $1,433,000. The Debtors did not schedule the claim as contingent, unliquidated, or disputed.

13. The Debtors each signed their Schedules under penalty of perjury.

14. In their Amended Schedule D filed February 11, 2014 (Docket No. 103), the Debtors revised the mortgage claim of Hill Property to $891,175.58. The Debtors did not schedule the claim as contingent, unliquidated, or disputed.

15. The Debtors did not list any other debts secured by the Property on their Schedule D or on their Amended Schedule D.

16. According to the Debtors' Statement of Financial Affairs item 3, the Debtors made payments to Hill Properties in January, February, and March 2013 in the aggregate amount of $9,138.

17. The Debtors listed various debts in their Schedules, including 28 debts on their Amended Schedule F (Docket No. 103), most of which were not scheduled as contingent, unliquidated, or disputed. Some creditors listed on Schedule F also filed proofs of claim.

18. The Debtors commenced the case in response to state court litigation brought against them by Command Center, Inc. In addition, the Debtors believed the bankruptcy court would provide a forum for expeditiously resolving claims with the IRS.

19. The litigation with Command Center concluded post-petition and resulted in a judgment in favor of the Debtors and against Command Center. Command Center is therefore not a creditor of the Debtors.

20. The tax issues facing the Debtors are the subject of pending tax court actions.

21. No creditors objected to the Debtors' motion to dismiss. Likewise, no creditors joined in the Debtors' motion to dismiss.

22. No creditors objected to the UST's motion to dismiss or convert. Likewise, no creditors joined in the UST's motion to dismiss or convert.

Dated: November 7, 2016          Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

**/s/ Alan K. Motes**
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294-1961
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov


SENDER WASSERMAN WADSWORTH, P.C.

**/s/ David V. Wadsworth**
By: David V. Wadsworth, #32066
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
(303) 296-1999; (303) 296-7600 (fax)
dwadsworth@sww-legal.com
*Attorneys for Terry and Lynette Evanson*