# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## DEBTORS' LIST OF WITNESSES AND EXHIBITS

Terry and Lynette Evanson, debtors herein, by and through their counsel Sender Wasserman Wadsworth, P.C., hereby designate the following witnesses and exhibits for the hearing on the (i) United States Trustee's Motion to Dismiss or Convert Chapter 11 case and the Debtors' Objection thereto and (ii) the Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and the United States Trustee's Objection thereto, set to commence on Monday, November 21, 2016 at 1:30 p.m. in Courtroom C.

## WITNESSES

The Debtors **will call** the following witnesses:

1. Jeffrey A. Weinman. Mr. Weinman will testify regarding the reasons that dismissal of the bankruptcy case is preferable to conversion.

2. Terry Evanson. Mr. Evanson will testify regarding the reasons that dismissal of the bankruptcy case is preferable to conversion.

The Debtors **may call** the following witnesses:

1. Any witnesses necessary for rebuttal or impeachment.

2. Any witness necessary to authenticate any exhibit.

3. Any witnesses identified or called by any other party.

## EXHIBITS

The Debtors may introduce as exhibits at the hearing those exhibits enumerated in Attachment 1, attached hereto and incorporated herein. The Trustee reserves the right to use any other evidence necessary for rebuttal or impeachment along with all exhibits listed or introduced by any other party.

DATED this 7th day of November, 2016.

> Respectfully submitted,
>
> SENDER WASSERMAN WADSWORTH, P.C.
>
> */s/ David V. Wadsworth*
>
> David V. Wadsworth, #32066
> 1660 Lincoln Street, Suite 2200
> Denver, Colorado 80264
> (303) 296-1999; (303) 296-7600 (fax)
> dwadsworth@sww-legal.com

## CERTIFICATE OF SERVICE

     I do hereby certify that on the 7th day of November, 2016, I served a true and correct copy of **DEBTORS' LIST OF WITNESSES AND EXHIBITS** via email and first-class United States mail, postage prepaid, addressed to the following:

Alan K. Motes
United States Trustee
1961 Stout Street, Suite 120299
Denver, CO 80294
alan.motes@usdoj.gov

and via hand delivery **(with Exhibits A-BB)** on November 8, 2016.

> */s/ Rhonda A. Hanshe*
>
> For Sender Wasserman Wadsworth, P.C.

## ATTACHMENT 1

## EXHIBITS FOR HEARING

*In re: Terry and Lynette Evanson*
Chapter 11, Case Number 13-19032 MER

Submitted by: <u>Terry and Lynette Evanson</u>
In connection with: <u>Hearing on the (i) United States Trustee's Motion to Dismiss or Convert Chapter 11 case and (ii) the Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case</u>

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A | Voluntary Petition | | | |
| B | SOFA and Schedules | | | |
| C | Amended SOFA | | | |
| D | Amended Schedule C | | | |
| E | Amended Schedules D, E and F | | | |
| F | Motion to Approve Settlement with Discover Bank | | | |
| G | Order Approving Settlement with Discover Bank | | | |
| H | Notice of the UST's Motion to Dismiss or Convert | | | |
| I | Notice of the Debtor's Motion to Dismiss | | | |
| J | April 22, 2002 Cottonwood Financial Deed of Trust | | | |
| K | July 30, 2002 Release of WAMU Deed of Trust | | | |
| L | March 1, 2007 Financial Federal Credit Deed of Trust | | | |
| M | December 11, 2012 Assignment of Cottonwood Financial Deed of Trust | | | |
| N | May 6, 2013 IRS Notice of Federal Tax Lien | | | |
| O | Proof of Claim 6-3 (IRS) | | | |
| P | Hill Property balance statement | | | |
| Q | 1995 HELOC Application | | | |
| R | 2001 Cottonwood Mortgage Tax Correspondence with Balance | | | |
| S | 1999 Notice of Deficiency | | | |
| T | 2000 Notice of Deficiency | | | |
| U | 2001 Notice of Deficiency | | | |

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| V | 2002 Notice of Computational Adjustment | | | |
| W | 2003 Notice of Computational Adjustment | | | |
| X | 2003 Tax Return | | | |
| Y | 2004 Notice of Computational Adjustment | | | |
| Z | 2004 Tax Return | | | |
| AA | 2005 Notice of Computational Adjustment | | | |
| BB | 2005 Tax Return | | | |
| | | | | |
| | Any document filed in the bankruptcy case after the filing of the within list but before the final hearing on the objection. | | | |
| | Any exhibit necessary for rebuttal or impeachment. | | | |
| | Any demonstrative exhibits. | | | |