**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| TERRY LEE EVANSON ) | Case No. 13-19032 MER |
| LYNETTE PEARCE EVANSON, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**DEBTORS' OBJECTIONS TO UNITED STATES TRUSTEE'S LIST OF WITNESSES AND EXHIBITS FOR NOVEMBER 21, 2016 EVIDENTIARY HEARING**

_____

Terry and Lynette Evanson, debtors herein, by and through their counsel Sender Wasserman Wadsworth, P.C., hereby file this written objection to the United States Trustee's exhibits for the November 21, 2016 hearing on the (i) United States Trustee's Motion to Dismiss or Convert Chapter 11 case and the Debtors' Objection thereto and (ii) the Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case and the United States Trustee's Objection thereto, as follows:

1. The Trustee reserves the right to object to the foundation for and relevancy of all exhibits.

2. The Trustee makes the following objections to specific exhibits so as to preserve the same at trial:

| Exhibit | Description | Objection |
|---|---|---|
| 4 | Indictment filed on 11/2/05 in Case No. 2:05CR00805-TC | FED. R. EVID. 802 – Document contains inadmissible hearsay. |
| 5 | Second Amended Judgment filed 9/9/08 in Case No. 2:05CR00805-TC | FED. R. EVID. 802 – Document contains inadmissible hearsay. |
| 6 | Assignment and Transfer in Cancellation of Obligation and Cover Sheet | Objection as to page 1 only:<br>FED. R. EVID. 802 – Document contains inadmissible hearsay.<br>FED. R. EVID. 901 – Authenticity. |
| 7 | Unexecuted Closing Agreement with IRS and cover letter from IRS dated 3/9/13 | FED. R. EVID. 802 – Document contains inadmissible hearsay.<br>FED. R. EVID. 901 – Authenticity. |
| 8 | IRS Documentation regarding Cancellation of Indebtedness Income | FED. R. EVID. 802 – Document contains inadmissible hearsay.<br>FED. R. EVID. 901 – Authenticity. |

| 11 | Transcript of 6/30/16 Deposition of Terry Evanson | FED. R. EVID. 802 – Document contains inadmissible hearsay. |
|---|---|---|
| 13 | Debtors' mark-up of United States Trustee's Request for Production of Documents | FED. R. EVID. 802 – Document contains inadmissible hearsay.<br>FED. R. EVID. 901 – Authenticity.<br>Untimely – disclosed after deadline. |
| 14 | Monthly Operating Report for August 2016 | Untimely – disclosed after deadline. |
| 15 | Docket | Untimely – disclosed after deadline. |
| 16 | Claims register | Untimely – disclosed after deadline. |

Dated this 14th day of November, 2016.

Respectfully submitted,

SENDER WASSERMAN WADSWORTH, P.C.

*/s/ David V. Wadsworth*

_____
David V. Wadsworth, #32066
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
(303) 296-1999; (303) 296-7600 (fax)
dwadsworth@sww-legal.com
Attorneys for the Chapter 7 Trustee

**CERTIFICATE OF MAILING**

I hereby certify that on this 14th day of November, 2016, a true and correct copy of foregoing **DEBTORS' OBJECTIONS TO UNITED STATES TRUSTEE'S LIST OF WITNESSES AND EXHIBITS FOR NOVEMBER 21, 2016 EVIDENTIARY HEARING** was sent via United States mail, postage prepaid and addressed to the following:

Alan K. Motes
United States Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294

*/s/ Rhonda A. Hanshe*
For Sender Wasserman Wadsworth, P.C.

2