## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minutes of Proceeding**

| | |
|---|---|
| November 22, 2016 | Honorable Michael E. Romero, Presiding Courtroom C |

| In re: | |
|---|---|
| TERRY LEE EVANSON and LYNETTE PEARCE EVANSON, | Case No. 13-19032 MER Chapter 11 |
| Debtors. | |

Appearances:

| Debtors | Terry L. Evanson and Lynette P. Evanson | Counsel | David V. Wadsworth |
|---|---|---|---|
| U.S. Trustee | Patrick S. Layng | Counsel | Alan K. Motes |

Proceedings:

United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (Docket No. 158) and Debtor's Response (Docket No. 177); Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case (Docket No. 180) and United States Trustee's Response (Docket No. 182).

Orders:

The United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (Docket No. 158); Debtor's Response (Docket No. 177); Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case (Docket No. 180); and United States Trustee's Response (Docket No. 182) are taken under advisement.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:   *William G. Cross*
           Deputy Clerk