United States Bankruptcy Court
District of Colorado

In re:
Terry Lee Evanson
Lynette Pearce Evanson
    Debtors

Case No. 13-19032-MER
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: gonzalesc      Page 1 of 1      Date Rcvd: Nov 22, 2016
                        Form ID: pdf904      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.
```
db/db          Terry Lee Evanson,    Lynette Pearce Evanson,   10175 S Oneida St,   Littleton, CO  80124-9608
aty           +Kevin A. Planegger,   Merriam Law Firm, P.C.,   1625 Broadway,   Suite 770,
               Denver, CO 80202-4717
aty           +Ted H. Merriam,   1625 Broadway,   Suite 770,   Denver, CO 80202-4717
intp          +Diane A. Holbert,   Douglas County Treasurer,   100 Third Street,   Attn: Stephanie Cook,
               Castle Rock, CO 80104-2425
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2016 at the address(es) listed below:
```
              Alan K. Motes    on behalf of U.S. Trustee   US Trustee, 11 Alan.Motes@usdoj.gov
              Alexis L. Davidson    on behalf of Plaintiff   Discover Bank adavidson@nelson-kennard.com,
               bosullivan@dabauerpc.com
              Alexis L. Davidson    on behalf of Creditor    Discover Bank adavidson@nelson-kennard.com,
               bosullivan@dabauerpc.com
              Clarissa M. Collier    on behalf of Creditor    Moreton Insurance of Colorado
               CMCollier@hollandhart.com,   tk_lesiak@hollandhart.com
              David Wadsworth    on behalf of Debtor Terry Lee Evanson dvw@sendwass.com,
               rhonda@sendwass.com;ECFDWadsworth@gmail.com
              David Wadsworth    on behalf of Debtor Lynette Pearce Evanson dvw@sendwass.com,
               rhonda@sendwass.com;ECFDWadsworth@gmail.com
              Douglas D. Koktavy    on behalf of Creditor    Santander Consumer USA, Inc.
               Doug@coloradocreditorlaw.com,   Rhonda@ColoradoCreditorLaw.com
              Heather S. Cleary    on behalf of Creditor    Command Center, Inc. heather.cleary@ritsema-lyon.com,
               kristine.fernatt@ritsema-lyon.com
              Jeffrey Weinman    on behalf of Debtor Lynette Pearce Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Jeffrey Weinman    on behalf of Debtor Terry Lee Evanson jweinman@epitrustee.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Kenneth J. Buechler    on behalf of Creditor    Command Center, Inc. ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Mark A. Larson    on behalf of Defendant Lynette Pearce Evanson mlarson@allen-vellone.com,
               mmorton@allen-vellone.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
              William C. Brittan    on behalf of Creditor Keith  Anderson bbrittan@ckbrlaw.com,
               adavis@ckbrlaw.com
                                                                                             TOTAL: 14
```

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minutes of Proceeding**

| | |
|---|---|
| November 22, 2016 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
| In re:<br><br>TERRY LEE EVANSON and<br>LYNETTE PEARCE EVANSON,<br><br>    Debtors. | Case No. 13-19032 MER<br><br>Chapter 11 |

Appearances:

| Debtors | Terry L. Evanson and Lynette P. Evanson | Counsel | David V. Wadsworth |
|---|---|---|---|
| U.S. Trustee | Patrick S. Layng | Counsel | Alan K. Motes |

Proceedings:

United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (Docket No. 158) and Debtor's Response (Docket No. 177); Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case (Docket No. 180) and United States Trustee's Response (Docket No. 182).

Orders:

The United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (Docket No. 158); Debtor's Response (Docket No. 177); Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case (Docket No. 180); and United States Trustee's Response (Docket No. 182) are taken under advisement.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:   *William G. Cross*
         Deputy Clerk